# EXHIBIT 19





             







### Streaming
Play music, watch movies, and more using just your voice.



**Chromecast Ultra**
$69
Buy

**Chromecast**
$29.99
Buy

## Need a hand? Book a pro* during checkout.

Google now makes it simple to purchase your device with professional installation. Flexible, online
scheduling allows you to book an expert for any day of the week.

Learn about installation

Already have a device?
Book installation with OnTech ⓘ



### Better is when everything works together.

Learn more

**Find your phone under any couch cushion.**

Pixel + Nest Hub Max + Nest Mini

**Speak up and stream on.**

Nest Mini + Chromecast

**Get the fastest route from A to B.**

Pixel + Nest Mini + Nest Hub Max

See all

