# EXHIBIT 24





Google Play | Search

Apps | Categories | Home | Top charts | New releases

My apps
Shop

Games
Family
Editors' Choice

Account
Payment methods
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide

# Google Play Music

**Google LLC** **Music & Audio** ★★★★ 4,250,512

Teen

Contains Ads

You don't have any devices.

Add to Wishlist

Install

Google Play Music provides free, ad-supported radio for what you're doing, how you're feeling, or what you want to hear. Instantly start radio stations based on songs, artists, or albums, or browse by genre, mood, activity, decade, and more. Bring your own music collection with you by uploading 50,000 of your own songs; then listen to them across Android, iOS, and the web, for free.

Subscribe to get on-demand access to millions of songs and download anything to listen even when you're not connected - or sign up for the family plan on Android to provide access for up to six family members for one low price. Plus, subscriptions come with YouTube Music Premium membership, so you can enjoy YouTube Music ad-free, in the background, and offline.

Free features:
*Radio curated by experts for anything you want to hear
*Store up to 50,000 songs from your personal music collection
*Discover and subscribe to podcasts
*Smart recommendations based on your taste
*Listen on Android, iOS, and the web

Subscription-only features:
*The family plan, where up to six family members can enjoy Google Play Music for one low price.
*On-demand access to over 35 million songs
*YouTube Music Premium membership (see music.youtube.com/music_premium for details)
*Download music to your device and listen when you're not connected
*Ad-free, uninterrupted listening

Learn where Google Play Music is available at https://support.google.com/googleplay/?p=availability

Learn more about Google Play Music at https://play.google.com/music

COLLAPSE

COLLAPSE

REVIEWS

Review Policy

4.1

★★★★☆

4,250,512 total

**C Catchings**

★☆☆☆☆ November 29, 2019

50

It's not made to honor music purchases and makes downloading individual song purchases a hassle. I still don't have my songs. I just spent 12 hours downloading files after 3 Google play purchases. Everything reads complete. And the files are nowhere to be found. If streaming music services are that ...

Full Review

**J C**

★☆☆☆☆ November 27, 2019

19

I have paid for premium for years. Here's my beef. I constantly like songs that regularly get erased from my like list. They source songs from a variety of places and if one of those places leaves you lose the likes and the song if it's in a playlist. Frustrating. Not worth it. Just do spotify or Am...

Full Review

**Troy Cannon**

★☆☆☆☆ November 30, 2019

134

The algorithm to suggest music based on your taste is not very good. It keeps suggesting the same old music over and over again. I asked for play new music and it does not play new music ask for a specific genre of music it plays songs but not by the original artist. Not happy with this app, there h...

Full Review

**Zachary Holloway**

★☆☆☆☆ November 28, 2019

15

Used to be great (was a bit buggy but still good), but now they have taken away youtube premium while keeping the price the same. Disney did it right, They own everything, but bundled there subscriptions to save consumers money. Google is trying to squeeze every penny they can out of you. Do yoursel...

Full Review

READ ALL REVIEWS

WHAT'S NEW

v8.21.8170-1.O

* Bug fixes

ADDITIONAL INFORMATION

| Updated | Size | Installs |
|---|---|---|
| November 7, 2019 | Varies with device | 5,000,000,000+ |
| **Current Version** | **Requires Android** | **Content Rating** |
| Varies with device | Varies with device | Teen<br>Diverse Content: Discretion Advised<br>Learn More |

Learn More



| Interactive Elements | Permissions | Report |
|---|---|---|
| In-App Purchases | View details | Flag as inappropriate |
| **Offered By** | **Developer** | |
| Google LLC | Visit website | |
| | apps-help@google.com | |
| | Privacy Policy | |
| | 1600 Amphitheatre Parkway, Mountain View 94043 | |

More by Google LLC

See more

YouTube Music - St
Google LLC
★ ★ ★ ★ ☆

Google Home
Google LLC
★ ★ ★ ★ ☆

Similar



See more



Music Player for An
Leopard V7
★ ★ ★ ★ ☆



Music Player
Leopard V7
★ ★ ★ ★ ☆



Samsung Music
Samsung Electronics C
★ ★ ★ ★ ☆





Music Player - MP3
InShot Inc.
★ ★ ★ ★ ☆

©2019 Google   Site Terms of Service   Privacy   Developers   Artists   About Google   |   Location: United States   Language: English
By purchasing this item, you are transacting with Google Payments and agreeing to the Google Payments Terms of Service and Privacy Notice.