# EXHIBIT 28



Shop gifts for family and friends this holiday season.  See Offers

Phones ⌄   Connected Home ⌄   Gaming   Laptops ⌄   Tablets ⌄   Accessories ⌄   Special Offers

 

# Pick your Pixel.







Pixel 4 ⌄

$799

Buy now

Pixel 3 ⌄

$799

Buy now

Pixel 3a ⌄

$399

Buy now

Available colors

Available colors

Available colors

             

## Dimensions



5.7"h  5.7"d

2.7"w

## Dimensions



5.7"h  5.5"d

2.7"w

## Dimensions



6.0"h  5.6"d

2.8"w

## Display

Fullscreen 5.7 inch/ 144.7 mm display

FHD+ flexible OLED at 444 ppi

HDR Support (UHDA Certification)

19:9

Smooth Display (up to 90hz)[1]

## Display

Fullscreen 5.5 inch / 139.7mm display

FHD+ flexible OLED at 443 ppi

HDR Support (UHDA Certification)

18:9

## Display

Fullscreen 5.6 inch / 142.2mm display

FHD+ OLED at 441 ppi

18.5:9

Ambient EQ

### Battery[2]

2800 mAh

Fast wireless charging

All-day battery

### Design

Soft touch glass back

Active Edge™

Water resistant[3]

### Memory & Storage

6 GB RAM

64 GB or 128 GB[4], plus unlimited storage at high quality with Google Photos [5]

### Processors

Qualcomm® Snapdragon™ 855 with Octa-Core

Pixel Neural Core™

### Battery[2]

2915 mAh

Fast wireless charging

All-day battery

### Design

Soft touch glass back

Active Edge™

Water resistant[3]

### Memory & Storage

4GB RAM

Up to 128GB storage[4], plus unlimited storage at original quality with Google Photos [5]

### Processors

Qualcomm® Snapdragon™ 845 with Octa-Core

Pixel Visual Core™

Titan M security module[6]

### Battery[2]

3000 mAh

Fast charging

All-day battery

### Design

Polycarbonate unibody

Active Edge™

### Memory & Storage

4GB RAM

64GB storage[4], plus unlimited storage for photos and videos at high quality with Google Photos [5]

### Processors

Qualcomm® Snapdragon™ 670 with Octa-Core

Titan M security module[6]

Titan M
security module[6]

### Cameras

Rear camera

12.2 MP dual-pixel rear camera

ƒ/1.7

Auto-focus with dual-pixel phase detection

Optical + electronic image stabilization

77° field of view

1.4 µm pixel width

16 MP telephoto camera

ƒ/2.4

Auto-focus with phase detection

Optical + electronic image stabilization

Spectral + flicker sensor

52° field of view

1.0 µm pixel width

### Cameras

Rear camera

12.2 MP dual-pixel rear camera

ƒ/1.8

Autofocus + dual pixel phase detection

Optical + electronic image stabilization

Dual-front camera

8MP wide-angle and normal cameras

Wide-angle: ƒ/2.2 aperture, fixed focus

### Cameras

Rear camera

12.2MP dual-pixel rear camera

ƒ/1.8

Autofocus + dual pixel phase detection

Optical + electronic image stabilization

Front camera

8MP front camera

ƒ/2.0 aperture, fixed focus

| | | |
|---|---|---|
| Front camera<br><br>8 MP wide-angle camera<br><br>ƒ/2.0, fixed focus<br><br>NIR flood emitter<br><br>NIR dot projector<br><br>2 NIR cameras<br><br>90° field of view<br><br>1.22 µm pixel width<br><br>**Camera Features**<br><br>Group Selfie Cam<br><br>Night Sight<br><br>Top Shot<br><br>Portrait Mode<br><br>Super Res Zoom<br><br>Motion Auto Focus<br><br>HDR+<br><br>Frequent Faces<br><br>Dual exposure controls<br><br>Motion Sense<br><br>**Audio**<br><br>Dual, stereo speakers | **Camera Features**<br><br>Group Selfie Cam<br><br>Night Sight<br><br>Top Shot<br><br>Portrait Mode<br><br>Super Res Zoom<br><br>Motion Auto Focus<br><br>HDR+<br><br>**Audio**<br><br>Dual, front-firing stereo speakers<br><br>USB-C™ audio<br><br>**Operating System**<br><br>Android 9 Pie | **Camera Features**<br><br>Night Sight<br><br>Top Shot<br><br>Portrait Mode<br><br>Motion Auto Focus<br><br>Super Res Zoom<br><br>HDR+<br><br>**Audio**<br><br>Stereo speakers<br><br>USB-C™ audio<br><br>3.5mm audio jack<br><br>**Operating System**<br><br>Android 9 Pie |

Dual, stereo speakers

USB-C™ audio

## Operating System

Android 10

Qualcomm is a trademark of Qualcomm Incorporated, registered in the United States and other countries, used with permission.

USB-Type C™ and USB-C™ are trademarks of USB Implementers Forum.

The Bluetooth® word mark and logos are registered trademarks owned by Bluetooth SIG, Inc.

[1]Not available for all apps or content. Display automatically adjusts to optimize for best viewing and battery performance.

[2]Pixel 4 / Pixel 4 XL: Approximate battery life based on a mix of talk, data, standby, mobile hot spot and use of other features, with Motion Sense off and always on display off. Use of Motion Sense, an active display or data usage will decrease battery life. Pixel 4 and 4 XL testing conducted in Mountain View, California in August 2019 on pre-production hardware and software. Actual results may vary.

Pixel 3a and Pixel 3a XL: Approximate battery life based on a mix of talk, data, standby, mobile hot spot and use of other features, with always on display off. An active display or data usage will decrease battery life. Actual results may vary.

Pixel 3 and Pixel 3 XL: Approximate battery life based on a mix of talk, data, standby and use of

Pixel 3 and Pixel 3 XL: Approximate battery life based on a mix of talk, data, standby and use of other features, with always on display off and mobile hotspot off. An active display or data usage will decrease battery life. Wired charging: rates are based on use of the included charger. Wireless charging: Up to 10 W with Pixel 3 and Pixel 3 XL charging with Pixel Stand (sold separately). Actual results may vary.

Pixel 2 and Pixel 2 XL: Approximate battery life based on a mix of talk, data, and standby use with always on display off. Requires use of included charger. An active display or data usage will decrease battery life. Actual results may vary, see website for details.

Pixel and Pixel XL: Battery use statistics are approximate and represent mixed use of talk, standby, web browsing, and other features, according to an average user profile as defined by Google. Uses that involve an active display or data usage will use battery more quickly, actual results may vary. Charging rates are based on use of the included USB Type-C 18W charger.

[3]Pixel 4 and Pixel 4 XL: Pixel 4 and Pixel 4 XL have a water protection rating of IPX8 under IEC standard 60529. Charger and accessories are not water resistant. Water resistance is not a permanent condition and may be compromised due to normal wear and tear, repair, disassembly or damage.

Pixel 3 and Pixel 3 XL: Pixel 3 and Pixel 3 XL have a water protection rating of IPx8 under IEC standard 60529. Charger and accessories are not water resistant. Pixel 2 and Pixel 2 XL: Pixel 2 has a water protection rating of IP67 under IEC standard 60529. Charger and accessories are not water resistant.

[4]Storage specifications refer to capacity before formatting. Actual formatted capacity less.

[5]Pixel 4 and Pixel 4 XL: Google Photos offers unlimited online storage for all photos and videos uploaded in high-quality. Photos and videos uploaded in high-quality may be compressed or resized. Requires Google Account and internet connection. Data rates may apply.

[g.co/help/photostorage](g.co/help/photostorage)

Pixel 3a and Pixel 3a XL: Google Photos offers free unlimited online storage for all photos and videos uploaded in high-quality. Photos and videos uploaded in high-quality may be compressed or resized. Requires Google Account. Data rates may apply. [g.co/help/photostorage](g.co/help/photostorage)

Pixel 3 and Pixel 3 XL: Free unlimited online original-quality storage for all photos and videos uploaded to Google Photos from Pixel 3 through 1/31/2022. Photos and videos uploaded before 1/31/2022 will remain free at original-quality. Requires Google Account. Data rates may apply.

[g.co/help/photostorage](g.co/help/photostorage)

Pixel 2 and Pixel 2 XL: Free, unlimited original-quality storage for photos and videos taken with

Pixel 2 and Pixel 2 XL: Free, unlimited original-quality storage for photos and videos taken with Pixel through the end of 2020, and free, unlimited high-quality storage for photos taken with Pixel afterwards.

Pixel and Pixel XL: Unlimited original quality storage of photos/videos taken with your Pixel, high quality for all other photos/videos. Requires Google Account. Data rates may apply.

[6]See g.co/pixel/security for additional security information.



| Placing an order | Financing |
| Shipping options | Device recycling |
| Tracking a package | Sustainability |
| Country availability | Gift returns |
| Repairs | Refurbished |
| Find a Nest Pro | |

tates    Privacy    Google Nest Commitment to Privacy    Sales Terms    Terms of Service    Careers