# EXHIBIT 40



# Methodology

**1620 online surveys**
  800 Smart Speaker owners
  820 Non-owners
  Adults 18+
  Data weighted to Smart Speaker owner
  estimates from Infinite Dial 2017

**15 in-home interviews with Smart Speaker owners**
  Conducted in Atlanta, Chicago, Los Angeles,
  New Jersey, and Allentown, PA









# Smart Speaker Owners:

Alexa only
76%

Google Home only
16%

Both
8%









# How many Smart Speakers do you own?
## Smart Speaker Owners

One
58%

Two
24%

Three or more
18%





# 45%
of Smart Speaker Owners

## plan to purchase another Smart Speaker







# Smart Speaker Owners

## Compared to the first month of ownership, are you now using your Smart Speaker...?



**More often**
**47%**

**About the same**
**36%**

**Less often**
**17%**





## Smart Speaker Owners
# Reasons for wanting a Smart Speaker:

| Reason | % |
|---|---|
| Listen to music | 90 |
| Ask questions without needing to type | 87 |
| It seemed like a fun new gadget | 86 |
| Listen to news and information | 77 |
| Control audio with your voice | 71 |
| To make it easier to do things | 69 |
| Quality of sound | 65 |
| Set alarms | 63 |

% saying reason

Page 1/2







## Smart Speaker Owners
# Reasons for wanting a Smart Speaker:

- Hear better music than on AM/FM radio **62**
- Discover new songs **53**
- Control smart home devices **48**
- Listen to talk radio/sports talk **44**
- Listen to podcasts **40**
- Replace an old stereo **39**
- Entertain children **36**
- Help Disability **16**
- Help elderly **12**

% saying reason

Page 2/2



**42%** of Smart Speaker Owners **say that their Smart Speakers are essential to their everyday lives**





How much do you agree/disagree...

Smart Speaker Owners
**Strongly Agree/Agree:**

# 65%

"You wouldn't want to go back to life without your Smart Speaker"





# Smart Speaker Owners
## % Using Smart Speaker regularly for the following:



| | |
|---|---|
| Play music | 68 |
| Get the weather | 58 |
| General question | 52 |
| News | 45 |
| Timers/Alarms | 43 |
| Check the time | 43 |
| AM/FM music radio | 38 |
| Control devices | 33 |
| AM/FM news talk | 32 |
| Add to to-do list | 26 |
| Sports update | 26 |
| Add to shopping list | 26 |
| Traffic | 24 |
| Check/add to calendar | 23 |

| | |
|---|---|
| Jokes | 22 |
| AM/FM sports radio | 22 |
| Cooking requests | 18 |
| Games | 18 |
| Podcasts | 17 |
| Stock prices | 16 |
| Translate | 14 |
| Audiobooks | 14 |
| Read to children | 14 |
| Find local businesses | 13 |
| Order food | 13 |
| Lead a workout | 12 |
| Order an item | 10 |
| Flight information | 10 |







# Smart Speaker Owners
## % Using Smart Speaker regularly for the following:

Play music
Get the weather
General question
News
Timers/Alarms
Check the time
AM/FM music radio
Control devices
AM/FM news talk
Add to to-do list — 26
Sports update — 26
Add to shopping list — 26
Traffic — 24
Check/add to calendar — 23

Jokes — 22
AM/FM sports radio — 22
requests — 18
Games — 18
Podcasts — 17
k prices — 16
ranslate — 14
diobooks — 14
Read to children — 14
Find local businesses — 13
Order food — 13
a workout — 12
rder an item — 10
Flight information — 10

**Using an average of**
58

**7.5**

**of these 28 task types regularly**





# Listen to Podcasts:

**Smart Speaker Owners:**  **70%**

**Non-Owners:** **45%**





# How do you listen to audio most often?
## Smart Speaker Owners



Smartphone/tablet — 28
AM/FM Radio — 20
Smart Speaker — 18
Speaker connected to smartphone — 17
Computer — 8
iPod/Mp3 — 7
CD — 2




edison research

# Listen to Internet Streaming sources:

**Smart Speaker Owners:**  94%

**Non-Owners:** 71%





# Have a paid subscription to an Internet Audio service:

**Smart Speaker Owners:** 57%

**Non-Owners:** 37%





How much do you agree/disagree...

Smart Speaker Owners
**Strongly Agree/Agree:**

# 28%

"Getting your Smart Speaker led you to pay for a music service subscription"





How much do you agree/disagree...

Smart Speaker Owners
**Strongly Agree/Agree:**

# 70%

"You are listening to more audio since you got your Smart Speaker"





# Smart Speaker Owners

**65%**
listening to more
**Music**
since getting speaker

**28%**
listening to more
**News/Talk**
since getting speaker

**20%**
listening to more
**Podcasts**
since getting speaker

**18%**
listening to more
**Audiobooks**
since getting speaker





Those who listen to
# Music
on a Smart Speaker

Median

**4** hours **15** mins

of music listening
on a Smart Speaker
in the typical week

Those who listen to
# News
on a Smart Speaker

Median

**1** hour **15** mins

of news listening
on a Smart Speaker
in the typical week

Those who listen to
# Podcasts
on a Smart Speaker

Median

**1** hour **22** min

of podcast listening
on a Smart Speaker
in the typical week









How much do you agree/disagree...

Smart Speaker Owners
**Strongly Agree/Agree:**

72%

"You don't know enough about your Smart Speaker to use all its features"





# % using Smart home capabilities:

## Smart Speaker Owners

**Home lighting, thermostat, appliances** — **35%**

**Home security** — **34%**

**Outdoor lighting/ equipment, sprinklers** — **20%**







# Have children in household:

**Smart Speaker Owners:** **45%**

**Non-Owners:** **32%**

# Smart Speaker Owners With Children in Household

# 57%

## said entertaining children was a reason for wanting Smart Speaker





How much do you agree/disagree...

Smart Speaker Owners
with children in household
**Strongly Agree/Agree:**

"The children in your household enjoy Alexa"

# 88%





How much do you agree/disagree...

**Smart Speaker Owners**
with children in household
**Strongly Agree/Agree:**

# 80%

"[Alexa/Google Home] has made it easier to entertain the children in the household"





How much do you agree/disagree...

Smart Speaker Owners
**Strongly Agree/Agree:**

# 61%

"Having your Smart Speaker is like having someone to talk to"





How much do you agree/disagree...

Smart Speaker Owners
**Strongly Agree/Agree:**

# 69%

"You have encouraged your friends to get a Smart Speaker"





# Reasons why you do not currently own a Smart Speaker:

**Base: Non-owners who have expressed interest in owning a smart speaker**

| Reason | % |
|---|---|
| Smart speakers are too expensive | 60 |
| You don't know enough about the speakers yet | 48 |
| You are worried you wouldn't use it enough | 41 |
| You worry that hackers could use it to access your home or personal info | 41 |
| It bothers you that smart speakers are always listening | 36 |
| You are worried you would spend more money with one | 35 |
| You worry that it could allow the government to listen | 34 |

% saying reason







# Non-Owners

## How likely are you to purchase a Smart Speaker in the next six months?



**Very likely**
**13%**

**Not at all likely**
**46%**

**Somewhat likely**
**41%**





# Smart Speakers...

...have quickly become
essential to many owners

...encourage more audio listening

...make life easier, especially for parents







www.nationalpublicmedia.com/smart-audio-report



The
SMART
AUDIO
Report

