IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SONOS, INC., | § § | |
| Plaintiff, | § § | Case No. 6:20-cv-881-ADA |
| v. | § § | |
| GOOGLE LLC, | § § § | |
| Defendant. | § | |

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Bas de Blank, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Sonos, Inc., in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the names of) Orrick, Herrington & Sutcliffe LLP with offices at:

    Mailing address:        1000 Marsh Blvd.

    City, State, Zip Code:  Menlo Park, CA 94205

    Telephone: 650.614.7343          Facsimile: 650.614.7401

2. Since December 9, 1997, Applicant has been and presently is a member of and in good standing with the Bar of the State of California. Applicant's bar license number is 191487.

3. Applicant has been admitted to practice before the following courts:

    | Court: | Admission date: |
    |---|---|
    | USDC, Northern District of California | December 9, 1997 |
    | USDC, Central District of California | October 6, 1998 |
    | USDC, Southern District of California | October 24, 2013 |

USDC, Eastern District of Texas    January 13, 2013
U.S. Court of Appeals, Federal Circuit    February 20, 2009

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   None

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the ____ day of _____, ____.

   Number: _____ on the ____ day of _____, ____.

   Number: _____ on the ____ day of _____, ____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

   None

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   None

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

|  |  |
|---|---|
| Co-counsel: | Jeffrey L. Johnson |
| Mailing address: | Orrick, Herrington & Sutcliffe LLP |
|  | 609 Main St., 40th Floor |
| City, State, Zip Code: | Houston, TX 77002 |
| Telephone: | 713.658.6400 |

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Bas de Blank to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Bas de Blank
[printed name of Applicant]

*/s/ Bas de Blank*
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of the Court on this the 29th day of September 2020.

Bas de Blank
[printed name of Applicant]

*/s/ Bas de Blank*
[signature of Applicant]