IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | | |
|---|---|---|---|
| SONOS, INC., | | § | |
| | | § | |
| | Plaintiff, | § | Case No. _____ |
| v. | | § | |
| | | § | |
| GOOGLE LLC, | | § | |
| | | § | |
| | Defendant. | § | |

## **MOTION FOR ADMISSION PRO HAC VICE**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Alyssa Caridis, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Sonos, Inc., in this case, and would respectfully show the Court as follows:

1.      Applicant is an attorney and a member of the law firm (or practices under the names of) Orrick, Herrington & Sutcliffe LLP with offices at:

   Mailing address:          777 South Figueroa St., Suite 3200

   City, State, Zip Code:     Los Angeles, CA 90017

   Telephone:  213.612.2372                    Facsimile:  213.612.2499

2.      Since December 4, 2008, Applicant has been and presently is a member of and in good standing with the Bar of the State of California.  Applicant's bar license number is 260103.

3.      Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| USDC, Central District of California | December 4, 2008 |
| USDC, Northern District of California | July 6, 2010 |
| USDC, Southern District of California | February 9, 2011 |

| | |
|---|---|
| USDC, Eastern District of Texas | December 13, 2012 |
| USDC, Northern District of Illinois | April 26, 2011 |
| USDC, District of Colorado | August 5, 2011 |
| U.S. Court of Appeals, Ninth Circuit | February 9, 2011 |
| U.S. Court of Appeals, Federal Circuit | May 7, 2012 |

4.  Applicant is presently a member in good standing of the bars of the courts listed

    above, except as provided below (list any court named in the preceding paragraph

    before which Applicant is no longer admitted to practice):

    None

5.  I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district

    court in Case[s]:

    Number:  6:19-cv-00716-ADA on the 27th day of February 2020.

6.  Applicant has never been subject to grievance proceedings or involuntary removal

    proceedings while a member of the bar of any state or federal court, except as

    provided:

    None

7.  Applicant has not been charged, arrested, or convicted of a criminal offense or

    offenses, except as provided below (omit minor traffic offenses):

    None

8.  Applicant has read and is familiar with the Local Rules of the Western District of

    Texas and will comply with the standards of practice set out therein.

9.  Applicant will file an Application for Admission to Practice before the United

    States District Court for the Western District of Texas, if so requested; or Applicant

    has co-counsel in this case who is admitted to practice before the United States

    District Court for the Western District of Texas.

Co-counsel:              Jeffrey L. Johnson

Mailing address:         Orrick, Herrington & Sutcliffe LLP

                         609 Main St., 40th Floor

City, State, Zip Code:   Houston, TX 77002

Telephone:               713.658.6400

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00

pro hac vice fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to:  Clerk,

U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of

Alyssa Caridis to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Alyssa Caridis
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney

of record and the original upon the Clerk of the Court on this the 29th day of September 2020.

Alyssa Caridis
[printed name of Applicant]

[signature of Applicant]