AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

SONOS, INC.,
*Plaintiff*

V.

Civil Action No. 6:20−CV−00881−ADA

GOOGLE LLC,
*Defendant*

## SUMMONS IN A CIVIL ACTION

TO: Google LLC
500 West 2nd Street, Suite 2900
Austin, Texas 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey Lance Johnson
Orrick, Herrington & Sutcliffe LLP
609 Main, 40th Floor
Houston, TX 77002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JEANNETTE J. CLACK
CLERK OF COURT

s/AKEITA MICHAEL
DEPUTY CLERK



ISSUED ON 2020−09−29 11:45:52

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:20-CV-00881-ADA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)* __Google LLC__
was received by me on *(date)* __9/29/20__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____; or

☐ I left the summons at the individual's resident or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Samantha Guerra__, who is designated by law to accept service of process on behalf of *(name of organization)* __Corporation Service Company d/b/a CSC - Lawyers__ on *(date)* __9/29/20 at 2:50 pm__; or

☐ I returned the summons unexecuted because _____; or

☐ Other (specify): _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty that this information is true.

Date: __9/29/2020__

_____
Server's signature

__Mike Techow, PSC - 1215__
Printed name and title

__809 Nueces, Austin, TX 78701__
Server's Address

Additional information regarding attempted sevice, etc:

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Western District of Texas

Case Number: 6:20-CV-00881-ADA

Plaintiff:
**Sonos, Inc.**

vs.

Defendant:
**Google, LLC**

For:
Orrick, Herrington & Sutcliffe LLP
609 Main Street
40th Floor
Houston, TX 77002

Received by Austin Process LLC on the 29th day of September, 2020 at 1:19 pm to be served on **Google LLC by serving its Registered Agent, The Corporation Service Company dba CSC – Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701**.

I, Mike Techow, being duly sworn, depose and say that on the **29th day of September, 2020 at 2:50 pm, I:**

delivered to **REGISTERED AGENT** by delivering a true copy of the **Summons in a Civil Action, Complaint for Patent Infringement, Exhibits 1-44, Civil Cover Sheet, Corporate Disclosure Statement, and Report on the Filing or Determination of an Action Regarding a Patent or Trademark** with the date of service endorsed thereon by me, to: **Samantha Guerra, The Corporation Service Company dba CSC – Lawyers Incorporating Service Company** as **Authorized Agent** at the address of: **211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701** on behalf of **Google LLC**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, of sound mind, have no interest in the above action. The facts stated in this affidavit are within my personal knowledge and are true and correct.

Subscribed and Sworn to before me on the 29th day of September, 2020 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

SUZI DICKERSON
Notary Public, State of Texas
Comm. Expires 04-04-2023
Notary ID 131960911

_____
Mike Techow
PSC-1215, Exp. 7/31/2022

Austin Process LLC
809 Nueces
Austin, TX 78701
(512) 480-8071

Our Job Serial Number: MST-2020006341
Ref: Sonos, Inc. v. Google, LLC

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1t