IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SONOS, INC., | § | |
| | § | |
| Plaintiff, | § | Case No. 6:20-cv-881-ADA |
| v. | § | |
| | § | |
| GOOGLE LLC, | § | |
| | § | |
| Defendant. | § | |

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Rory P. Shea, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Sonos, Inc., in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the names of) Lee Sullivan Shea & Smith LLP with offices at:

   Mailing address:         656 W. Randolph St., Floor 5W

   City, State, Zip Code:   Chicago, IL 60661

   Telephone: 312.754.9602             Facsimile: 312.754.9603

2. Since December 5, 2006, Applicant has been and presently is a member of and in good standing with the Bar of the State of Illinois. Applicant's bar license number is 6290745.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | Supreme Court of Illinois | 12/05/2006 |
   | Northern District of Illinois | 1/11/2007 |
   | Federal Circuit | 12/9/2019 |

4.     Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

None

5.     I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: 1:13-cv-00217-LY on the 27th day of March 2013.

Number: 1:11-cv-01014-LY on the 2nd day of December 2011.

Number: 1:11-cv-01012-LY on the 5th day of December 2011.

Number: 1:11-cv-01002-LY on the 28th day of November 2011.

Number: 1:11-cv-00989-LY on the 28th day of November 2011.

Number: 1:11-cv-00987-LY on the 28th day of November 2011.

Number: 1:11-cv-00986-LY on the 28th day of November 2011.

Number: 1:11-cv-00942-LY on the 10th day of November 2011.

Number: 1:11-cv-00934-LY on the 10th day of November 2011.

Number: 1:11-cv-00931-LY on the 10th day of November 2011.

Number: 1:11-cv-00929-LY on the 7th day of November 2011.

Number: 1:10-cv-00475-JRN on the 8th day of July 2010.

Number: 1:10-cv-00428-JRN on the 23th day of June 2010.

Number: 1:10-cv-00336-JRN on the 27th day of May 2010.

Number: 1:10-cv-00313-JRN on the 13th day of May 2010.

Number: 1:10-cv-00285-JRN on the 3rd day of May 2010.

Number: 1:10-cv-00273-JRN on the 28th day of April 2010.

        Number: 1:10-cv-00254-JRN on the 16th day of April 2010.

        Number: 1:10-cv-00246-JRN on the 16th day of April 2010.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

   None

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   None

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

   | | |
   |---|---|
   | Co-counsel: | Jeffrey L. Johnson |
   | Mailing address: | Orrick, Herrington & Sutcliffe LLP |
   | | 609 Main St., 40th Floor |
   | City, State, Zip Code: | Houston, TX 77002 |
   | Telephone: | 713.658.6400 |

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Rory P. Shea to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Rory P. Shea
[printed name of Applicant]

*/s/ Rory P. Shea*
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of the Court on this the 29th day of September 2020.

Rory P. Shea
[printed name of Applicant]

*/s/ Rory P. Shea*
[signature of Applicant]