IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SONOS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 6:20-cv-00881-ADA |

**MOTION FOR ADMISSION PRO HAC VICE**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Charles K. Verhoeven, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Google LLC in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Quinn Emanuel Urquhart & Sullivan LLP with offices at:

    Mailing address: 50 California Street, 22nd Floor

    City, State, Zip Code: San Francisco, CA 94105

    Telephone: (415) 875-6301    Facsimile: (415) 875-6700

2. Since June 1, 1994, Applicant has been and presently is a member of and in good standing with the Bar of the State of California. Applicant's bar license number for the Bar of the State of California is 170151. Since June 21, 1989, Applicant has been and presently is also a member of and in good standing with the Bar of

the State of New York. Applicant's bar license number for the Bar of the State of New York is 2272060.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| Supreme Court of The United States of America | November 4, 2013 |
| Court of Appeals for the Federal Circuit | August 3, 2001 |
| Court of Appeals for the Ninth Circuit | 1998 |
| Court of Appeals for the Tenth Circuit | August 1, 2019 |
| Northern District of California | 1998 |
| Central District of California | 1993 |
| Eastern District of California | 1999 |
| Southern District of California | February 1, 2007 |
| Eastern District of New York | April 28, 1992 |
| Southern District of New York | April 28, 1992 |
| Eastern District of Michigan | June 30, 2003 |
| Eastern District of Arkansas | 2009 |
| Western District of Arkansas | 2009 |
| Western District of Wisconsin | March 16, 2011 |
| Eastern District of Texas | June 2, 2014 |
| District of Colorado | December 18, 2018 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

None

5. I have previously applied to appear Pro Hac Vice in this district court in Case[s]:

       Number: 1:05-cv-181-SS on the 6th day of June, 2005.

       Number: 1:10-cv-246-JRN on the 4th day of January, 2010.

       Number: 6:20-cv-90-ADA on the 2nd day of April, 2020.

       Number: 6:20-cv-00899-ADA on the 1st day of October, 2020.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

    None

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

    None

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

| | |
|---|---|
| Co-counsel: | Paige Arnette Amstutz |
| Mailing address: | Scott, Douglass & McConnico, LLP |
| | 303 Colorado Street, Suite 2400 |
| City, State, Zip Code: | Austin, TX 78701 |
| Telephone: | (512) 495-6300 |

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Charles K. Verhoeven to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Charles K. Verhoeven
[printed name of Applicant]

[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 19th day of November 2020.

Charles K. Verhoeven
[printed name of Applicant]

[signature of Applicant]