IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>   Plaintiff,<br><br>vs.<br><br>GOOGLE LLC,<br><br>   Defendant. | Case No. 6:20-cv-00881-ADA |

## **ORDER**

  BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Jordan R. Jaffe, counsel for Google LLC, and the Court, having reviewed the motion, enters the following order:

  IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Jordan R. Jaffe may appear on behalf of Google LLC in the above case.

  IT IS FURTHER ORDERED that Jordan R. Jaffe, if he has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Court Rule AT-l(f)(2).

  SIGNED this the _____ day of _____, 20____.

                      _____
                      UNITED STATES DISTRICT JUDGE