# EXHIBIT 9

Shop  Learn  Support  Radio                    SONOS                    Sign in

# Contact Us

**Sales**

Interested in Sonos? Our team is here to answer your questions and get your new system started.

Monday - Thursday
10 am - 8 pm EST

Friday
10 am - 5 pm EST
6 pm - 8 pm EST

Saturday, 11/14/2020
10 am - 8 pm EST

Call toll free. Some charges may apply. Check with your provider.

Call 800-680-2345

Email us

**Support**

We're here to help with setup, control, and system performance.

Visit Support Center

**Community**

Connect with other Sonos listeners and get your questions answered.

Join the conversation

**Investor relations**

Take a look inside Sonos and see why we're here.

Learn more

Email us

**Media**

Find the latest press releases, media kits, images, videos, and more.

Newsroom

Email us

**Social responsibility**

Through our Sonos Soundwaves program, we partner with local nonprofits to provide children in need with music education.

Learn more

Want to email our CEO, Patrick Spence, directly? Click here



## Offices

**Headquarters:**
Santa Barbara

614 Chapala Street
Santa Barbara, CA 93101
+1 805-965-3001

**Boston**

2 Avenue De Lafayette
Third Floor
Boston, MA 02111

**Seattle**

800 5th Avenue
Floor 4
Seattle, WA 98104

**San Francisco**

550 Montgomery Street
Suite 750
San Francisco, CA 94111

### Netherlands

Schuttersweg 10
1217 PZ Hilversum
The Netherlands

### Paris

104 Rue Richelieu
75002 Paris, France

### Australia

3 - 5 Hill Street
Cremorne VIC 3121

### Beijing

Reignwood Plaza
Room 1101-1106
No.8 Yong An Dong Li
Jian Guo Men Wai
Beijing, China 100022

### Shanghai

Venture International Park
Tower A, Suite 802
No. 2679 Hechuan Road
Minhang District
Shanghai, China 200234

### Shenzhen

Sonos Shenzhen Representative Office
Room 510, East Tower, Coastal City, Haide 3rd Road
Business Culture Center, Nanshan District
Shenzhen, China 518054

---

Our Company
News
Blog
Careers
Responsibility
Innovation

| | | |
|---|---|---|
| Manage Your Account | Dealer Store | Disney+ |
| Order Status | Investors | Frontline Workers |
| Shipping and Delivery | Sonos for Business | Sonos App |
| Returns | Works with Sonos | Upgrade |
| Certified Refurbished | Developer Portal | |
| Find a Store | Contact Us | |

United States   

© 2020 Sonos Inc.   Legal   Privacy statement   Accessibility   Conformity   Site map   Security