# EXHIBIT 20

**Personal Injury Lawyer?** - Your practice needs online reviews. See how Podium makes it easy. [VIDEO] Ad



Promoted

 **Earn a T...**
The onlin...
Davis co...

 **Persona...**
Your prac...
how Pod...

 **Online ...**
Top-tier ...
future. A...

[Message]   [More...]

 Google

 University of California,
Berkeley, Haas School of...

## Andy Volk · 3rd

Head of Developer Ecosystem, Sub-Saharan Africa at Google

San Francisco, California, United States · 500+ connections ·

**Contact info**

People Also

 **Micah**
· 2nd
Produc
Google

 **Helen**
· 2nd
Workin

 **Sean**
· 3rd
We're h
people

 **Dayna**
· 3rd
Geogra
Marin

**Emma**
· 3rd
Softwa
Manag

## About

Andy is the Head of Ecosystem for Sub-Saharan Africa at Google.

Andy's early startup experience includes inventing and launching Live365.com in 1999, which grew exponentially after launch to become the Internet's second-largest broadcaster with over 2.7 million annual tuning hours. More recently, Andy was the VP of Apps & Developer Relations for Mxit, the groundbreaking South Africa-based mobile messaging platform and social network.

He has led a range of pioneering online products over the last 15 years, including co-creating the Media RSS / mRSS standard (popularly used as the global standard for including multimedia in RSS feeds), leading products at Yahoo! (digital music, video-on-demand, company-wide video player platform, and video search), LOYAL3 (direct-to-consumer company stock purchasing via Facebook), Kongregate (social gaming destination and community site for gamers and game developer), and Scour.com (Internet broadcasting and peer-to-peer technology).

Andy is also the founder of Downtempo, an Internet product development & strategy firm located in San Francisco, whose client projects have included work for MTV, NASA, Craigslist Foundation, SpotXchange, LACMA, and Globe.gov. In addition to these client projects, Downtempo incubated and launched its own in-house projects, including Is It Safe To Visit?, the world's first travel advisory search engine, Phone Genome, and NiceTips.

## Activity

1,440 followers

See all

 **Highlights of African funding in YTD 2020 from the excellent Maxime Bayen... look...**
Andy shared this
5 Reactions · 2 Comments

 **Congrats my friend, success well deserved. :)**
Andy commented

Sh

People You I

 **Mike**
Founde
Sports

**Alex**
Associa
Emanu

## Experience

 **Head of Ecosystem, Sub-Saharan Africa**



Google
Oct 2013 – Present · 7 yrs 1 mo
San Francisco, California

I lead Google's Ecosystem team for Sub-Saharan Africa, with team members on the ground in Google's offices in Kenya and Nigeria. My focus is on reaching top startups and developers through scalable, high-impact programs, focused on all stages of the developer lifecycle, from developers writing their first lines of code, to entrepreneurs launching their first startups and apps, and on to the most successful developers on the African continent.

Projects my team has led includes coordinating and managing scalable developer outreach and support programs across the region (including Google Developer Groups, Google Devel ...see more



### Angel Investor
AngelList
Sep 2017 – Present · 3 yrs 2 mos

Investing in promising early-stage founding teams.



### Limited Partner & Global Advisor
Microtraction · Full-time
May 2018 – Present · 2 yrs 6 mos
Lagos, Nigeria

Investor (Limited Partner) and advisor to Microtraction, a Nigerian pre-seed VC fund focused on investing in Africa's most remarkable teams with technical founders at the earliest stage of their ventures.



### Mentor
88mph.ac
Jan 2012 – Nov 2013 · 1 yr 11 mos
Cape Town Area, South Africa

Mentoring, brainstorming, collaborating, and occasionally arguing, with incubated startups at the 88mph (formerly Google Umbono) Cape Town-based incubator for South African startups.

Awarded "Mentor of the Year" in 2013.



### VP of Apps & Developer Relations
Mxit
Mar 2012 – Sep 2013 · 1 yr 7 mos
Stellenbosch, South Africa

Leading the charge to support and expand Mxit's ecosystem of 3rd-party apps and developers running on the Mxit platform, Africa's first "super app" with an open API reaching millions of users across Africa.

...see more



### VP of Product
Kongregate
Dec 2010 – Dec 2011 · 1 yr 1 mo
San Francisco, CA

As VP of Product at Kongregate, the top social game site for core gamers, I'm responsible for our online product and user experience. My duties range from managing the User Experience Design team and Product Management teams directly, leading our Agile product development process, managing our long-term product priorities, developing new product ideas and wirefram ...see more



### Founder & President
Downtempo
Jul 2007 – Dec 2010 · 3 yrs 6 mos
san francisco, ca


Brice
Associa
Emanu


Jason
License
Chicag


Thao
Associa
Emanu

Sh

**in LEARNING**
Add new skills wi


Re
Bli
12


Cl
Co
24,


De
En
2,3

See more courses

Promoted



Online MBA With
GMAT

Top-tier business
education for the fut
Apply for MBA@Syra

Founder and president of a consulting company and incubator based in San Francisco, providing years of Silicon Valley product management, engineering leadership, and design experience to both established and emerging web and mobile companies. In other words, we take our client's ideas and evolve them into excellent products.                                                                                    ...see more



### Chief Product Officer

LOYAL3

Jan 2009 – Jun 2009 · 6 mos

San Francisco, CA

On contract to an early stage financial services startup as their Chief Product Officer from seed through the successful closing of their Series A round.

Played key roles in managing and building product pipeline, managing onshore and offs ...see more



### World Traveler

Gone Living

Feb 2006 – Mar 2007 · 1 yr 2 mos

The Planet

Gone Living: an extended around-the-world trip visiting all seven continents. Spending my time living life, figuring out what is truly important, and musing on the next big thing. And blogging it all at http://www.goneliving.com.



### Product Manager

Yahoo

Nov 2000 – Feb 2006 · 5 yrs 4 mos

Sunnyvale, CA

Product Manager leading Yahoo! Video Search from pre-launch through public release and first year of the product's lifecycle. Co-creator of the Media RSS / mRSS specification for including rich media and related metadata in RSS feeds, which is now used as a global standard.

Product Manager in charge of Yahoo!'s Streaming Audio/Video player platform and associated products (College Broadcast, SBC Video, and all video players on the Yahoo! Network), and the Yahoo! Platinum VOD product.

Product Manager leading digital music products and infrastructure for Yahoo! Music. Projects ranged from acquiring and encoding every CD in the North American catalog of recorded music, to building consumer streaming radio and music video applications, evaluating music technology acquisitions, and integrating with the LAUNCH Music acquisition.

see less



### Senior Product Manager

Scour

Dec 1999 – Aug 2000 · 9 mos

Beverly Hills, CA

In charge of product management for Scour Exchange, Scour's peer-to-peer media distribution system, and myCaster, Scour's personal audio and video broadcasting system.

Invented the myCaster Video broadcasting system.



### Director of Community

Live365.com

Aug 1998 – Dec 1999 · 1 yr 5 mos

Foster City, CA

Co-invented groundbreaking Live365 radio site and product (while Art Director for the company's former product, Nanocosm.com), conducted initial viral marketing efforts to build launch user base, and operated online radio station that achieved significant share of the Live365 listener base for the

first year of operation.



**Research Assistant**
Human Interface Technology Lab
May 1997 – May 1998 · 1 yr 1 mo
Seattle, WA

Worked on several research projects, including the creation of 3D content to demonstrate the rendering capabilities of a new graphics chipset, and developing a distributed Virtual Reality shopping mall. Created 3D graphics in Alias Studio, wrote interaction scenarios, wrote virtual world transition interface in Java.

Show fewer experiences ⌃

## Education



**University of California, Berkeley, Haas School of Business**
Certificate, Venture Capital Executive Program
2017 – 2017



**University of Puget Sound**
BA, English (Professional Writing / Non-linear narrative in virtual environments)
1992 – 1997
Activities and Societies: Intern, Walt Disney Imagineering (Virtual Reality theme park ride design). Intern, Walt Disney Interactive (Software Product/Project Management)

## Licenses & certifications



**Certified ScrumMaster**
ScrumAlliance
Issued Jun 2009 · No Expiration Date
Credential ID 000060814



**Advanced Open Water Diver**
PADI
Issued 2006 · No Expiration Date

## Skills & Endorsements

User Experience · 63

 Endorsed by **Phil Barrett and 1 other who is highly skilled at this**    G Endorsed by **3 of Andy's colleagues at Google**

Start-ups · 56

Endorsed by **Kakul Srivastava and 5 others who are highly skilled at this**    G Endorsed by **4 of Andy's colleagues at Google**

Mobile Devices · 48

 Endorsed by **Brett StClair and 11 others who are highly skilled at this**    G Endorsed by **4 of Andy's colleagues at Google**

Show more ∨

## Recommendations

**Received (15)**     Given (10)



**Phil Barrett**
Product management and UX leader
January 6, 2014, Andy was senior to Phil but didn't manage directly

Andy shows how product management should be done. He put his heart and soul into launching the new J2ME client at Mxit and worked the team up into a lather of enthusiasm and productivity. He gives 120% and that's on an off-day. He managed the product backlog with complete precision and insight. It was an ... **See more**



**Elizabeth Heathfield**
Narrative and Content Strategist and Producer
August 4, 2013, Elizabeth worked with Andy but at different companies

Andy is incredibly focused on building the tech ecosystem in Africa. He has a keen and deep understanding of its past, present, and future. He takes both the users' and developers' points of view, and has a broad yet precise understanding of mobile technology in African markets. He is a passionate believer that a risin... **See more**

Show more ∨

## Accomplishments

**6**   **Projects**                                                                            ∨
Africa Notes • Grrwl • Phone Genome • NiceTips • Is It Safe To Visit? • Showscout

**5**   **Patents**                                                                             ∨
Method and system for providing listener-requested music over a network • Method and apparatus for organizing and playing data • RSS rendering via a media player • Syndicating multimedia information with RSS • Syndicating multiple media objects with RSS

**4**   **Publications**                                                                        ∨
Shine On: M-KOPA Solar Home System • Sharing Your Media With Media RSS • Flash Video: Free and Easy • Video Compression: A Codec Primer

**1**   **Honor & Award**                                                                       ∨
Mentor of the Year

## Interests



**Jeff Weiner** in
Executive Chairman at LinkedIn
10,813,696 followers



**Sequoia Capital**
261,346 followers

**SF New Tech**
1,084 members



**The Pivotal Labs Network**
736 members



**Google**
19,305,251 followers



**Caterina Fake** in
Host at Should This Exist?, Investor at Yes ...



269,249 followers

See all

**Linked** in

About

Community Guidelines

Privacy & Terms ⌄

Sales Solutions

Safety Center

Accessibility

Careers

Ad Choices

Mobile

Talent Solutions

Marketing Solutions

Advertising

Small Business

(?) Questions?
Visit our Help Center.

⚙ Manage your account and privacy
Go to your Settings.

Select Language

English (English

LinkedIn Corporation © 2020

Messaging ✎ ⋯ ⌃