# EXHIBIT 23



# Dolby offices worldwide

Click the links to navigate by region.

[Americas](#)

[EMEA](#)

[Asia Pacific](#)

## Americas

### United States:

**San Francisco HQ**
Dolby Laboratories, Inc.
1275 Market Street
San Francisco, CA 94103-1410 USA
T +1-415-558-0200
F +1-415-645-4000

**Burbank 1 Office**
Dolby Laboratories, Inc.
3601 West Alameda Avenue
Burbank, CA 91505-5300 USA
T +1-818-823-2800
F +1-818-557-0890

**Burbank 2 Office**
Dolby Laboratories, Inc.
4000 West Alameda Avenue, Suite 500
Burbank, CA 91505 USA
T +1-818-391-1100
F +1-818-391-1101

**Burbank 3 Office**
Dolby Laboratories, Inc.
1020 Chestnut Street
Burbank, CA 91506 USA
T +1-818-562-1101
F +1-818-562-1109

**Indianapolis Office**
Dolby Laboratories, Inc.
8021 Knue Road, Suite 113
Indianapolis, IN 46250 USA
T +1-317-585-3912
F +1-317-585-3901

**New York Office**
Dolby Laboratories, Inc.
1350 Avenue of the Americas, Suite 2400
New York, NY 10019-4703 USA
T +1-212-767-1700
F +1-212-767-1705

**Ozark - SLS Audio Corporate Office**
A Division of Dolby Laboratories, Inc.
1650 West Jackson St.
Ozark, MO 65721 USA
T +1-417-323-7000
F +1-417-485-3744

**Sunnyvale Office**
Dolby Laboratories, Inc.
432 Lakeside Drive
Sunnyvale, CA 94085 USA
T +1-408-330-3300
F +1-408-330-3200

### Brazil:

**São Paulo Office**
Dolby Laboratories, Inc.
Rua Paulo Orozimbo, 260 Aclimacao
01535-000 São Paulo
Brazil
T +55-11-2872-5600

# EMEA

## France:

**Paris Office**
Dolby France
18 Rue de Londres
75009 Paris
France
T + 33-0-422-106-700
F + 33-0-422-106-700

**Valbonne Office**
Dolby France SAS
2400, Route des Crêtes
Sophia Antipolis
06560 Valbonne
France
T +33-(0)422-106-700
F +33-(0)422-106-701

## Germany:

**Berlin Office**
Dolby Germany GmbH
Rheinstraße 45
Aufgang 1
12161 Berlin,
Germany
T +49-30-89061-8000
F +49-30-89061-8001

**Munich Office**
Dolby Germany GmbH
Arnulfstrasse 122
80636 München
Germany
T +49 89 2000 570 11

**Nuremberg Office**
Dolby Germany GmbH
Deutschherrnstraße 15-19
90429 Nuremberg
Germany
T +49-911-928-91-0
F +49-911-928-91-99

## The Netherlands:

**Amsterdam Office**
Dolby International AB
Apollo Building, 3E
Herikerbergweg 1-35
1101 CN Amsterdam Zuidoost
The Netherlands
T +31-20-6511-800
F +31-20-6511-801

## Poland:

**Wroclaw Office**
Dolby Poland Sp. z.o.o.
Business Garden, Building G
Ul. Legnicka 48
54-202 Wroclaw
Poland
T +48-71-7352-300
F +48-71-7352-301

## Russian Federation:

**Moscow Office**
Dolby CIS LLC
Smolensky Passage
Smolenskaya Square, 3
Floor 7, Office 716-718
121099 Moscow
Russian Federation
T +7-495-937-8485
F +7-495-937-8290

## Spain:

**Barcelona Office**
Dolby Iberia, S.L.
Edificio Imagina
Avenida Diagonal, 177, Planta 10

08018 Barcelona
Spain
T +34-934-867-600
F +34-934-867-601

**Madrid Office**
Dolby Iberia, S.L.
Paseo de la Castellana 93
28046 Madrid
Spain
T +34-91-047-9310
F +34-91-793-2999

## Sweden:

**Stockholm Office**
Dolby Sweden AB
Gävlegatan 12A
113 30 Stockholm
Sweden
T +46-8-442-91-60
F +46-8-442-91-90

## United Arab Emirates:

**Dubai Office**
Dolby Middle East FZ LLC
Dubai Media City
Building 5, Office 110
502444 Dubai
United Arab Emirates
T +971-4-455-6900
F +971-4-455-6901

## United Kingdom:

**London Office**
Dolby Europe Limited
4-6 Soho Square
London W1D 3PZ
United Kingdom
T +44-207-406-3200
F +44-207-406-3201

**Royal Wootton Bassett Office**
Dolby Europe Limited
Royal Wootton Bassett
Wiltshire SN4 8QJ
United Kingdom
T +44-1793-842100
F +44-1793-842101

# Asia Pacific

## Australia:

**Sydney Office**
Dolby Australia Pty Ltd.
Level 3, 35 Mitchell Street
McMahons Point, NSW 2060
Australia
T +61-2-9101-7900
F +61-2-9101-7800

## China:

**Beijing Office**
Dolby Laboratories International Services (Beijing) Co., Ltd.
Room 907-916, Level 9, West Building
World Financial Centre
No. 1, East 3rd Ring Middle Road, Chaoyang District
Beijing 100020
China
T +86-10-5910-3000
F +86-10-5910-3001

**Shanghai Office**
Dolby Laboratories International Services (Shanghai) Co., Ltd.
09-128, Tower A, ONE ITC
1901 Huashan Road, Xuhui District
Shanghai 200030
China
T +86-21-6113-3456
F +86-21-6113-3400

**Shenzhen Office**
Dolby Laboratories International Services, Inc., Shenzhen Branch

18F, Tower 1 of Kerry Plaza
No. 1 Zhong Xin Si Road
Futian District, Shenzhen, 518048
China
T +86-755-3698-5900
F +86-755-3698-5901

## Hong Kong:

**Hong Kong Office**
Dolby Laboratories Hong Kong Limited
Suite 5407, Central Plaza
18 Harbour Road
Wanchai
Hong Kong SAR
T +852-2519-0888
F +852-2519-8988

## India:

**Chennai Office**
Dolby Technology India Private Limited
Prestige Palladium Bayan, Level 5
Greams Road,
Chennai 600 006
India
T +91-44-4654-9227
F +91-44-4654-9394

**Mumbai Office**
Dolby Technology India Private Limited
Solitaire Corporate Park
S14, 5th Floor
167, Guru Hargovindji Marg
Chakala, Andheri (E)
Mumbai 400093
India
T +91-22-4919-2400
F +91-4973-3965

**Noida Office**
Dolby Technology India Private Limited
We Work, Berger Delhi One,
Level 19, Office 19A,
Sector 16B,
Noida, UP – 201 301
India
T +91-120-4804819
F +91-120-4804949

## Japan:

**Osaka Office**
Dolby Japan K.K.
Hankyu Terminal Building 16th Floor
1-1-4 Shibata Kita-ku
Osaka 530-0012
Japan
T +81-6-7222-3772
F +81-6-7222-3701

**Tokyo Office**
Dolby Japan K.K.
NBF Higashi-Ginza Square 3F
1-13-14 Tsukiji, Chuo-ku
Tokyo 104-0045
Japan
T +81-3-3524-7300
F +81-3-3524-7389

## Singapore:

**Singapore Office**
Dolby Singapore Pte Ltd.
5 Shenton Way
UIC Building #10-01
Singapore 068808
T +65-6911 6610
F +65-6911 6611

## South Korea:

**Seoul Office**
Dolby Laboratories International Services, Inc., Korea Branch
14, Teheran-ro, 26-gil
Gangnam-gu, Seoul, 06236
South Korea
T +82-2-521 3570

## Taiwan:

Taiwan

**Taipei Office**
Dolby Laboratories International Services Inc.
Level 04, Neihu New Century Building
No. 55, Zhouzi Street
Taipei 114
Taiwan
T +886-2-8758-2785
F +886-2-8758-2728

**Senior management**

Learn about Dolby's CEO, CFO, and the rest of the senior management team.



**Dolby's Board of Directors**

Check out our board of directors' bios.





Get Dolby news and updates

SIGN UP

Movies & TV  About us  Support
Music  Newsroom  Careers
Gaming  Investors  Professionals

Dolby and the double-D symbol are registered trademarks of Dolby Laboratories Licensing Corporation. All other trademarks remain the property of their respective owners. © 2020 Dolby Laboratories, Inc. All rights reserved.

Privacy policy  Cookie policy  EU funding  Terms of use  United States