# EXHIBIT 24



in Search Home My Network Jobs Messaging Notifications Me Work Reacti Prem

Earn a Top-50 MBA Online - The online MBA program from UC Davis connects you with Silicon Valley. Ad ···

Message More...

# Alan Seefeldt · 3rd

Senior Member Research Staff at Dolby Laboratories

San Francisco Bay Area · 236 connections · Contact info

Dolby Laboratories

Massachusetts Institute of Technology

## Experience

**Dolby Laboratories**
17 yrs 10 mos

**Senior Member Research Staff**
Jan 2013 – Present · 7 yrs 10 mos

**Senior Staff Engineer, Research**
Jan 2007 – Jan 2013 · 6 yrs 1 mo

**Staff Engineer, Research**
Jan 2003 – Jan 2007 · 4 yrs 1 mo

**Staff Engineer**
Creative Technology Ltd
Dec 1999 – Nov 2002 · 3 yrs
San Francisco Bay Area

## Education

**Massachusetts Institute of Technology**
M.S., Electrical Engineering (Signal Processing)
1995 – 1999

Completed doctoral coursework

**Harvey Mudd College**
B.S., General Engineering
1991 – 1995

## Recommendations

Received (0) Given (2)

**Greg Benson**
Manager at Google, Grasshopper app
September 15, 2009, Alan was

As the Research technical lead for development of the Dolby Volume algorithm, I worked closely with Greg when Dolby Volume was transformed from research prototpye to engineering reference

Jocelyn, explore jobs at Dolby Laboratories that match your skills

Brand Protection Analyst
San Francisco, CA, US

Market Intelligence Manager
San Francisco, CA, US

Product Manager - Audio
San Francisco, CA, US

See More Jobs

People Also Viewed

Steven (Steve) Forshay • 3rd
SVP Advanced Technology Group at Dolby...

Phil Brown • 3rd
Senior Member Research Staff

LeRoy Leach • 3rd
Principal Engineer

Rogerio Alves • 3rd
Principal Engineer/Mgr at Qualcomm

José Benitez Cong • 2nd
I am humane, perhaps you wish to be as well? trust,...

Show more

People You May Know

Mike Yang
Founders/CEO at Nike Sports Camps-Asia &...

Alex Bergjans
Associate at Quinn Emanuel

Brice Lynch
Associate at Quinn Emanuel

Jason Fenstermaker
Licensed Realtor at CPG Chicago

Thao Thai

**Mike Barnes**
Product & Marketing Leader, HW/SW Innovation, Digital Musical Instruments, Pro Audio, DSP AU/VST, VoIP, Conversational AI
November 3, 2008, Mike worked with Alan in the same group

At Lava.com Mike saw a prototype piece of research software I had written for advanced, sound-reactive 3D visuals and then had the vision and drive to transform it into a company sponsored start-up which broke very new ground in electronic media delivery. Mike is a rare marketing professional in the fact that he comm... See more

## Interests

**Dolby Laboratories**
77,713 followers

**Harvey Mudd College**
10,777 followers

**Massachusetts Institute of Technol...**
860,105 followers

Associate at Quinn Emanuel

Show more ∨

**LEARNING**
Add new skills with these courses

Learning C
45,892 viewers

Programming Foundations: Beyond the Fundamentals
9,138 viewers

Exam Tips: Project Management Professional (PMP)®
42,700 viewers

See more courses

**Promoted**

**Data Analytics Course**
Earn a Tableau data analytics certification in 3 online courses. App...

**Online MBA With No GMAT**
Top-tier business education for the future. Apply for MBA@Syracuse tod...

**Baylor's MPH Online**

---

About | Accessibility | Talent Solutions | Questions? Visit our Help Center. | Select Language: English (English)
Community Guidelines | Careers | Marketing Solutions
Privacy & Terms ∨ | Ad Choices | Advertising | Manage your account and privacy — Go to your Settings.
Sales Solutions | Mobile | Small Business
Safety Center
LinkedIn Corporation © 2020

Messaging