# EXHIBIT 26

Google

Trips
Things to do
Flights
Hotels
Vacation rentals

Round trip · 1 · Economy

Santa Barbara | San Francisco SFO | Mon, Dec 7 | Fri, Dec 11

Non-stop · Airlines · Bags · Price · Times · Connecting airports · Duration · More

Track prices · Date grid · Price graph

Travel update
Coronavirus disease (COVID-19) may impact travel. See travel advice

Prices are currently typical for your trip. Details

Departing flights

Total price includes taxes + fees for 1 adult. Additional bag fees and other fees may apply.

Sort by:

| | | | | |
|---|---|---|---|---|
| 6:30 AM – 7:44 AM<br>United · Operated by Skywest DBA United Express | 1 hr 14 min<br>SBA–SFO | Nonstop | $407<br>round trip |
| 4:00 PM – 5:14 PM<br>United · Operated by Skywest DBA United Express | 1 hr 14 min<br>SBA–SFO | Nonstop | $407<br>round trip |

Language · English (United States) · Country · United States · Currency · USD

About Google · Privacy & Terms · Help Center and Consumer Information

Displayed currencies may differ from the currencies used to purchase flights. Learn more

Google

Trips
Things to do
Flights
Hotels
Vacation rentals

Round trip · 1 · Economy

Santa Barbara → San Francisco SFO | Mon, Dec 7 | Fri, Dec 11

Non-stop · Airlines · Bags · Price · Times · Connecting airports · Duration · More

SBA–SFO > Choose return to Santa Barbara

## Returning flights

Total price includes taxes + fees for 1 adult. Additional bag fees and other fees may apply.

Sort by:

| | | | | |
|---|---|---|---|---|
| 10:35 AM – 11:46 AM<br>United · Operated by Skywest DBA United Express | 1 hr 11 min<br>SFO–SBA | Nonstop | $407<br>round trip |
| 6:35 PM – 7:45 PM<br>United · Operated by Skywest DBA United Express | 1 hr 10 min<br>SFO–SBA | Nonstop | $407<br>round trip |

Language · English (United States) · Country · United States · Currency · USD

About Google · Privacy & Terms · Help Center and Consumer Information

Displayed currencies may differ from the currencies used to purchase flights. Learn more



