# EXHIBIT 27

FlightConnections

From Boston (BOS) ⇄ To San Francisco (SFO)

EN Log in

4 direct routes found

**Boston → San Francisco**

2697 miles 6h 49

Boston (BOS) → San Francisco (SFO)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Alaska (Ends in October) | su | mo | tu | we | th | fr | sa |
| Delta (Starts in December) | su | mo | tu | we | th | fr | sa |
| JetBlue (Ends in June) | su | mo | tu | we | th | fr | sa |
| United Airlines | su | mo | tu | we | th | fr | sa |

Round trip · 1 passenger · Economy

Nov 2 - Nov 9 **Check Price**

Alliances All · Airlines All · Classes PREMIUM All · Stopovers Non-stop

Full Map

Show indirect destinations
Reset
Book flight
San Francisco (SFO)
Boston (BOS)
Subscribe
Remove ads
Airport legend
> 50 direct destinations
> 10 direct destinations
< 10 direct destinations
United States of America
Mexico
Leaflet | © OpenStreetMap contributors

**FlightConnections**

From Boston (BOS) ⇌ To Waco (ACT)

❌ No direct routes found
✅ 1 route with 1 stop found

**Stopover options**
via Dallas-Fort Worth — 4h 27

**Boston → Waco**
1559 miles · 3h 41
① Boston (BOS) → Dallas-Fort Worth (D...)
- American Airlin... su mo tu we th fr sa
- JetBlue su mo tu we th fr sa — Ends in June
- Aer Lingus su mo tu we th fr sa

91 miles · 0h 46
② Dallas-Fort Wort... → Waco (ACT)
- American Airlin... su mo tu we th fr sa

Round trip · 1 passenger · Economy
Nov 2 - Nov 9   **Check Price**

Alliances All | Airlines All | Classes PREMIUM All | Stopovers 1 Stop | Same airline No | Full Map

Show indirect destinations
Filter active: 1 Stop

Boston (BOS)
Dallas-Fort Worth (DFW)
Waco (ACT)

Airport legend:
- > 50 direct destinations
- > 10 direct destinations
- < 10 direct destinations

Reset ⟳
Remove ads
Leaflet | © OpenStreetMap contributors