**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

|  |  |
|---|---|
| SONOS, INC.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | Case No. 6:20-cv-00881-ADA<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF LINDSAY COOPER IN SUPPORT OF**
**GOOGLE LLC'S REPLY IN SUPPORT OF**
**RULE 12(B)(3) MOTION TO STAY OR DISMISS**
**PURSUANT TO THE FIRST-TO-FILE RULE**

I, Lindsay Cooper, declare and state as follows:

1.      I am an associate at Quinn Emanuel Urquhart & Sullivan, LLP representing Google LLC ("Google") in this matter.  If called as a witness, I could and would testify competently to the information contained herein.

2.      Attached hereto as Exhibit 1 is a true and correct copy of a December 1, 2020 email from Joshua Yi, Law Clerk to the Honorable Alan D Albright, to counsel for Google and counsel for Sonos, Inc.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.

Executed on December 10, 2020, in San Francisco, California.


                                        _/s/ Lindsay Cooper_____
                                        Lindsay Cooper