IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>       Plaintiff,<br><br>vs.<br><br>GOOGLE LLC,<br><br>       Defendant. | Case No. 6:20-cv-00881-ADA |

**DECLARATION OF JAMES JUDAH IN SUPPORT OF
GOOGLE LLC'S MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)**

I, James Judah, declare and state as follows:

1. I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP representing Google LLC ("Google") in this matter. If called as a witness, I could and would testify competently to the information contained herein.

2. I am representing Google in *Certain Audio Players and Controllers, Components Thereof and Products Containing Same*, Inv. No. 337-TA-1191, an investigation pending before the International Trade Commission involving Google and Sonos ("*Sonos I*"). The parties took 33 fact depositions in *Sonos I*, which included 17 depositions of Google employees, nine depositions of Sonos employees, and seven depositions of third parties. None of the individuals who were deposed in *Sonos I* were based in Texas.

3. Fifteen of the 17 Google employees who were deposed in *Sonos I* are based in the San Francisco Bay Area, including ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ The two Google employees not based in the San Francisco Bay Area are based in Kitchener, Canada, and Chicago, Illinois.

4. Five of the nine Sonos witnesses who were deposed in *Sonos I* are based in California. The Sonos witnesses not based in California are based in Illinois and Massachusetts.

5. The parties exchanged tentative witness lists in *Sonos I* on October 23, 2020. None of the Google or Sonos employees on either party's list is based in Texas.

6. Twenty-three of the 26 Google employees on the parties' trial witness lists in *Sonos I* are based in the San Francisco Bay Area. The other Google employees not based in the Sam Francisco Bay Area are based in Kitchener, Canada, Chicago, Illinois, and Australia.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct. Executed on January 8, 2021, in Hillsborough, California.

3

DATED:  January 8, 2021

By:   */s James Judah*                   
     James Judah