**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| SONOS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 6:20-cv-00881-ADA |

**DECLARATION OF LINDSAY COOPER IN SUPPORT OF
<u>GOOGLE LLC'S MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)</u>**

I, Lindsay Cooper, declare and state as follows:

1.  I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP representing Google LLC ("Google") in this matter. If called as a witness, I could and would testify competently to the information contained herein.

2.  Attached hereto as Exhibit 1 is a true and correct copy of a November 14, 2013 agreement between Google and Sonos.

3.  Attached hereto as Exhibit 2 is a true and correct copy of a July 16, 2013 agreement between Google and Sonos.

4.  Attached hereto as Exhibit 3 is a true and correct copy of a Google calendar invite for a June 5, 2014 event in the San Francisco Bay Area.

5.  Attached hereto as Exhibit 4 is a true and correct copy of the LinkedIn Profile of Joni Hoadley.

6.  Attached hereto as Exhibit 5 is a true and correct copy of the LinkedIn Profile of Robert Lambourne.

7.  Attached hereto as Exhibit 6 is a true and correct copy of the Westlaw Public Records Report of Arthur Coburn IV.

8.  Attached hereto as Exhibit 7 is a true and correct copy of a December 23, 2010 agreement between Google and Sonos.

9.  Attached hereto as Exhibit 8 is a true and correct copy of a January 18, 2013 agreement between Google and Sonos.

10. Attached hereto as Exhibit 9 is a true and correct copy of a December 14, 2015 agreement between Google and Sonos.

11. Attached hereto as Exhibit 10 is a true and correct copy of an April 18, 2015 agreement between Google and Sonos.

12. Attached hereto as Exhibit 11 is a true and correct copy of U.S. Patent No. 8,239,559.

13. Attached hereto as Exhibit 12 is a true and correct copy of U.S. Patent No. 8,797,926.

14. Attached hereto as Exhibit 13 is a true and correct copy of U.S. Patent Application Publication No. 2008/0120501 A1.

15. Attached hereto as Exhibit 14 is a true and correct copy of U.S. Patent No. 7,720,686.

16. Attached hereto as Exhibit 15 is a true and correct copy of European Patent No. 2986034B1.

17. Attached hereto as Exhibit 16 is a true and correct copy of U.S. Patent No. 6,731,760.

18. Attached hereto as Exhibit 17 is a true and correct copy of the LinkedIn Profile of Ravi Rajapakse.

19. Attached hereto as Exhibit 18 is a true and correct copy of the LinkedIn Profile of Philip Kearney.

20. Attached hereto as Exhibit 19 is a true and correct copy of the LinkedIn Profile of Robert Newberry.

21. Attached hereto as Exhibit 20 is a true and correct copy of the LinkedIn Profile of David Heller.

22. Attached hereto as Exhibit 21 is a true and correct copy of the LinkedIn Profile of Jan Jannink.

23. Attached hereto as Exhibit 22 is a true and correct copy of the LinkedIn Profile of Timothy E. McGraw.

24. Attached hereto as Exhibit 23 is a true and correct copy of the webpage https://www.pandora.com/static/careers/location-oak.html.

25. Attached hereto as Exhibit 24 is a true and correct copy of the LinkedIn Profile of Andrew Volk.

26. Attached hereto as Exhibit 25 is a true and correct copy of the Westlaw Public Records Report of Erik Reed.

27. Attached hereto as Exhibit 26 is a true and correct copy of the webpage https://www.dolby.com/about/support/dolby-offices-worldwide/#americas.

28. Attached hereto as Exhibit 27 is a true and correct copy of the LinkedIn Profile of Alan Seefeldt.

29. Attached hereto as Exhibit 28 is a true and correct copy of the LinkedIn Profile of Jan Abildgaard Pedersen.

30. Attached hereto as Exhibit 29 is a true and correct copy of Sonos's Reply Brief in Support of Its Motion To Dismiss Or Transfer to the Western District of Texas filed in *Google LLC v. Sonos, Inc.*, No. 3-20-cv-06754 (N.D. Cal. Sep. 28, 2020).

31. Attached hereto as Exhibit 30 is a true and correct copy of the webpage https://www.sonos.com/en-us/contact.

32. Attached hereto as Exhibit 31 is a true and correct copy of the webpage https://www.flightconnections.com/flights-to-waco-act, which reflects the results of a search for direct flights to Waco, Texas.

//

//

//

//

33. Attached hereto as Exhibit 32 is a true and correct copy of the results of a search on https://www.google.com/travel/flights for flights between Santa Barbara, California and San Francisco, California.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct. Executed on January 8, 2021, in San Francisco, California.

*/s/ Lindsay Cooper*
Lindsay Cooper

5