# EXHIBIT 5

in  Search  Home  My Network  Jobs  Messaging  Notifications  Me ▾  Work ▾  Learning

Dispute Resolution LLM - Online LLM from top-ranked Pepperdine. JD required.  Ad ⋯



**Rob Lambourne** · 3rd
Distinguished Designer at Sonos, Inc.
Santa Barbara, California · 500+ connections · Contact info

 Sonos, Inc.
RCA Royal College of Art

Message    More...


Lindsay, explore jobs at **Sonos, Inc.** that match your skills

See jobs

**Activity**
825 followers                                                    See all

 Congratulations Rob! Exciting stuff.
Rob commented

Congratulations Y! another award!
Rob commented

**Experience**

Sonos, Inc.
17 yrs 5 mos

**Distinguished Designer**
Jul 2018 – Present · 2 yrs 4 mos
Santa Barbara, California Area

I recently pivoted to spend more time focusing on project work. I was design lead for our integration with Apple AirPlay and I'm now excited to be running design projects that define how Sonos products are made available to more third party partners. These partners include music services and the makers of connected home products. The first step of this was going live with the Sonos open developer portal in September 2018. http: www.developer.sonos.com. More to come as I dig into this role.

**Director User Experience Design**
Jun 2003 – Jul 2018 · 15 yrs 2 mos
Santa Barbara, California Area

As the founding member of the UX team at Sonos, I was given the opportunity to create something from the ground up and build a team to redefine the hardware and software user experience for sound in the home. It's been a thrilling ride so far and the future promises to be even more exciting as music streaming services and the connected home become commonplace.

As well as lending a hand in launching some game-changing products, I'm particularly proud of the culture of design we've created at Sonos. It's never the case that a designer has to fight for a seat at the table: design and a human-centered focus are built in to all our projects, and it's been like that since the very early days.

see less


**Senior Interaction Designer**
Invention Machine
Apr 2001 – Mar 2003 · 2 yrs
Greater Boston Area

Invention Machine is a leading provider of innovation software for teams working on complex engineering products and systems. My role was to understand the needs of B2B customers such as NASA and Boeing, and work with a remote engineering team to create an experience that was as accessible as it was powerful. The result was the first edition of the Goldfire Platform.    ...see more


**Senior Interaction Designer**
Weave Innovations
Jun 2000 – Mar 2001 · 10 mos
San Francisco Bay Area

My first foray into the world of startups. I longed for the thrill of working in a small team on a new product in the buzz of Silicon Valley. We produced the world's first digital picture frame and

**People Also Viewed**

 **Tad Toulis**
• 3rd in
Vice President of Design at Sonos, Inc.    

 **Nicholas Hawley**
• 3rd
Senior People Partner at Sonos, Inc.    

 **Richard Jackson**
• 3rd
SW Technical Product Manager at Sonos, Inc.    

 **Niels van Erven**
• 3rd
Sr. Director Radio Engineering and...    

 **Kate Wojogbe**
• 3rd
Director, UX at Sonos, Inc.    

Show more ⌄

**People You May Know**

 **Carlos A. Rodriguez**
Patent Litigation Attorney    

 **Rachel Aripez**
Executive Legal Secretary at Quinn Emanuel    

 **Hallie Bezner**
Criminal Defense Attorney    

 **Valerie Lozano**
Partner at Quinn Emanuel    

 **Esther Berthon**
UX Research Lead at DoorDash    

Show more ⌄

Lindsay, learn what hiring managers look for in answers to top interview questions

accompanying Storybox network that allowed users to send pictures to friends and family frame-to-frame without needing any technical know-how. Using dial-up technology, it was in man ...see more


**Philips Design**
6 yrs

**Senior Interaction Designer**
1997 – 2000 · 3 yrs
San Francisco Bay Area

I moved to the Bay Area to help Philips Design establish a presence in Silicon Valley. We worked mostly on new business products that Philips was incubating. I was part of the design teams that produced the Philips Pronto Universal Remote Control, and the Philips Nino PDA.

**Interaction Designer**
Jan 1994 – Jun 1997 · 3 yrs 6 mos
Eindhoven Area, Netherlands

My dream job coming out of college. This was the early days of 'Humanware' at Philips under the guidance of Stefano Marzano and Irene McWilliam. I was the lead Interaction Designer for the Philips Vision of the Future project, a designer in the KidCom group, and a designer on a number of projects with Philips Research.

## Education


**Royal College of Art**
MA, Computer Related Design (Interaction Design)
1991 – 1993


**Loughborough University**
BA (hons), Design and Technology
1988 – 1991

## Skills & Endorsements

**User Experience** · 67

 Endorsed by Steve Rogers and 8 others who are highly skilled at this

 Endorsed by 28 of Rob's colleagues at Sonos, Inc.

**Interaction Design** · 53

 Endorsed by Robert Reimann and 7 others who are highly skilled at this

 Endorsed by 18 of Rob's colleagues at Sonos, Inc.

**User Interface** · 50

 Endorsed by David Rose and 5 others who are highly skilled at this

 Endorsed by 9 of Rob's colleagues at Sonos, Inc.

Show more ⌄

## Recommendations

Received (0)   **Given (3)**


**Dave Caro**
Telecommunications Specialist at Air Force Civilian Service
April 3, 2016, Rob worked with Dave in different groups

Two words come to mind when recommending Dave - he's a "can-do" type of person. Always positive, always willing to go the extra mile, always willing to try something new.


**Liesbeth van den Berg**
Associate Director of UI Design
April 3, 2016, Rob managed Liesbeth directly

Liesbeth is a highly skilled and experienced visual designer with whom I've worked for many years - first at Philips Design in Palo Alto and more recently at Sonos. She has eye for visual clarity and simplicity and is able to make her designs work across many platforms. She is particularly good at working alongsid... See more

Show more ⌄

---

 Describe your most challenging project.

 Tell me about a time you had to manage conflicting priorities.

 Why do you want to work here?

See all questions

Promoted



**The Berkeley MBA**
Earn your MBA at UC Berkeley's top-ranked business school while you

**Social Media & Law MCLE**
Schedule SF Bay Area Legal Continuing



