# EXHIBIT 17



**LLM from Pepperdine** - Earn your online LLM from top-ranked Pepperdine in 12 months. JD req'd. Ad

Promoted

 The Ber... The same... degree o...

 Master'... USF's on... practicu...

 Lawyer'... Your pra... Lawyer's...

### Ravi R. · 3rd

Leader in advanced technology applications and market opportunities

San Francisco Bay Area · 500+ connections · Contact info

Blackfire Research Corp (sold to Roku Inc.)

University of Cambridge

[Message] [More...]

> **Providing services**
> Business Consulting and Management Consulting
> See all details

People You...

 Grace... Associa... & Man...

 Mike... Founde... Sports...

 Alex B... Associa... Emanu...

## About

Passionate about applying innovative technology solutions to meet great market opportunities. Focus on IOT products/smart devices, platforms and solutions. Broad and deep understanding of technologies from wireless to networking, embedded systems and software. Hands on experience building successful venture backed high technology businesses, executing and delivering effectively. Awarded over 50 patents on wireless, media and products and systems.

 Brice... Associa... Emanu...

 Jason... License... Chicag...

## Featured



**WebSummit - Innovate or die**
YouTube

Blackfire Research founder and CEO, Ravi Rajapakse and Arabian Prince; a founding...



**Top 20 Wireless Technology companies**
wireless.cioreview.com

Blackfire Research recognized as one of the Top 20 wireless technologies.

**DOD Wireless Sp...**
Google Docs

US Department o... Summit speaker a...

 LEARNING

Add new skills wi...

 Le... wi... 19,...

 Str... 24,...

 W... Tr... 4,8...

See more courses

## Experience



**Founder, CEO, VP Engineering**
Blackfire Research Corp (sold to Roku Inc.)
2005 – Present · 15 yrs
San Francisco, California

Founded and grew Blackfire, a provider of advanced smart home wireless technologies, to become the market leader in solutions for smart devices in the connected home for streaming low latency audio and video, reliably, over wireless networks. Major consumer product customers include HTC, Pioneer, Sharp, TCL, Onkyo and Harman Kardon with over 5 million units shipped.

Smart devices included smart phones, smart TVs, smart audio, and other IoT devices such as sensors & controls. We redesigning the underlying network transport protocols to address WiFi issues and produced end to end solutions and software and hardware sub components.



**CTO & VP Engineering**
Savi Technologies, Inc (sold to Lockheed Martin)
2000 – 2005 · 5 yrs
Sunnyvale, California

Created a global wireless IOT platform and network of advanced wireless edge products for commercial, industrial and defense applications at Savi, a venture backed startup. This allowed visibility and management of global supply chains of goods and equipment via our smart wireless sensors and data centers with real time business processing software.

I led a worldwide engineering organization that designed a suite of feature rich wireless IOT products and shipped millions of these units for very demanding commercial, industrial and defense environments. These products grew our markets and revenue 4x enabling the sale of Savi to Lockheed Martin in 2006

see less



**VP Engineering & Co Founder**
US Wireless, Inc. (Nasdaq 1999)
1996 – 2000 · 4 yrs

Invented an innovative cellular wireless technology for analyzing cellular radio signal propagation and applied it to cell phone location based services applications in dense urban environments. US Wireless reached a market cap of ~$200M on NASDAQ.

Built cellular radio receiver systems, software and NOC for real time data analytics on cellular (CDMA, TDMA) wave front data. Built engineering team from the ground up and created the product from initial concepts and various technology ideas.

see less

## Education



**University of Cambridge**
Master of Science (MS), Electrical and Electronics Engineering



**Rensselaer Polytechnic Institute**
Master of Science (MS), Computer Engineering

## Skills

**Entrepreneurship**

Promoted



Gain Coding Ski
Become a web devel
at The Coding Boot C
at UCI Continuing
Education.

Learn more

Executive Management

Engineering Management

Show more

## Recommendations

Received (0)    **Given (2)**



**Marisa Lomask**
Professional Technophile
February 5, 2019, Ravi managed Marisa directly

Marisa led Blackfire's marketing activities in its early years. She crafted the marketing strategy, the story line and launched and managed all aspects of our marketing campaign. This included messaging, sales material, online presence, social media, everything to do with trade shows and our PR activities.... See more



**Bruno Skracic**
Simplifying complex things
November 12, 2010, Ravi was senior to Bruno but didn't manage directly

Bruno is one of those rare people that you can rely on to get a difficult job done. Whenever there were projects that were difficult in terms of management, technology and/or personnel, Bruno was always the right person to pick to lead the project, unravel the difficulties and get it done

## Interests

 **Cambridge MBA Ventures**
314 members

 **University of Cambridge**
602,543 followers

 **LinkedIn**
13,371,306 followers

 **Cambridge in America**
1,762 members

 **Rensselaer Leadership Alumni Net...**
395 members

 **Redfish Technology**
27,181 followers

See all

---

LinkedIn

| About | Accessibility | Talent Solutions | Questions?<br>Visit our Help Center. | Select Language |
|---|---|---|---|---|
| Community Guidelines | Careers | Marketing Solutions | | English (English |
| Privacy & Terms ⌄ | Ad Choices | Advertising | Manage your account and privacy<br>Go to your Settings. | |
| Sales Solutions | Mobile | Small Business | | |
| Safety Center | | | | |

LinkedIn Corporation © 2020

 Messaging