# EXHIBIT 18

LinkedIn  Search  🏠 👥 💼 💬 🔔 👤 ⋮⋮⋮  Reactivate Premium

**Master's in Data Science -** USF's one-year program. Nine-month practicum placement.   Ad  ···



🔒 Message  ···

 Independent

## Philip Kearney · 3rd

Former Apple, Qualcomm Tech Exec: Expert in IoT, Consumer Products, Wi-Fi, Bluetooth, Networking & Embedded

San Jose, California, United States · 500+ connections ·

Contact info

### About

Deep thinking, strategic leader with expertise in innovation, product development/management and driving product vision, definition and prioritization/release planning as well as supporting product marketing and customer adoption.
... see more

### Activity
1,682 followers

 **This CEO Just Brilliantly Explained How Remote Work Will Change the World by…**
Philip shared this
5 Reactions

 **Tim Ferriss Is No Longer Living the Tim Ferriss Lifestyle. Neither Should You**
Philip shared this
8 Reactions

 **This Company's New 2-Sentence Remote Work Policy Is the Best I've Ever Heard**
Philip shared this
6 Reactions

 **Why Intelligent Minds Like Elon Musk and Steve Jobs Embrace the "No Silo…**
Philip shared this
4 Reactions

See all activity

### Experience

 **Startup Advisor / Consultant**
Independent · Contract
Jun 2019 – Present · 1 yr 8 mos

Helping non-technical founders choose the right technologies and technical talent to get their startup off the ground. Providing technical due diligence, patent filing help, and all other services

Jocelyn, en…

Get a boo…

People als…

 De…
 Sc…
 Aj…
 Pe…
 Fra…

People yo…

 Wi…
 Va…

that non-technical founders need.



#### Board Of Directors
Virgil Security, Inc.
Jun 2014 – Present · 6 yrs 8 mos

Authenticate. Encrypt. Verify.
Add end-to-end encryption to your applications in hours. Not weeks.

 Virgil Security



#### VP of Engineering, Smart Lighting Products
Soraa · Full-time
Jul 2015 – Jun 2019 · 4 yrs
Fremont, CA

Headed up and staffed the team that built the Helia smart lighting system which won a CES 2017 Innovation Award.

Responsible for all software and hardware platform architecture, leading all software and ...see more

 Helia Smart Lights from Soraa - CES 2017       Soraa's Helia Bulbs Eliminate Blue Light...



#### Sr. Director of Engineering, Qualcomm Connected Experiences
Qualcomm
Jun 2011 – Dec 2014 · 3 yrs 7 mos
San Jose, CA

One of my team's projects was the Qualcomm® AllPlay™ smart audio platform.

Actively managed multiple engineering teams bringing new products & technologies to the market. These include software engineers, hardware engineers and QA engineers.    ...see more

 Qualcomm Based AllPlay WiFi-Speaker Platform...



#### Director of Engineering
Atheros Communications · Full-time
Jun 2010 – Jun 2011 · 1 yr 1 mo
San Jose, CA

Directed multiple software, firmware and QA teams building Wi-Fi driver stacks, HomePlug driver stacks as well as the entire firmware reference design for Atheros' reference Wi-Fi routers.

Responsible for innovation and strategy in all areas of the reference routers, including th ...see more

 Qualcomm Atheros



#### President & Co-Founder
Trailing Zee Productions, LLC. · Full-time
Dec 2008 – Jul 2010 · 1 yr 8 mos

Mobile application development for iOS and other smartphone platforms.



**Director of Engineering, Communications Technologies**
Apple · Full-time
Jan 2002 – Dec 2008 · 7 yrs
Cupertino, CA

Directed a team of nearly 100 software, hardware, embedded firmware and QA engineers responsible for developing the communications and data networking technologies deployed in all Macintosh computers as well as the AirPort Base Station Wi-Fi Access Point product line.

...see more


AirPort



**Sr. Engineering Manager, Wireless Communications & Networking Division**
Agere System Inc · Full-time
Jan 2001 – Jan 2002 · 1 yr 1 mo
Herndon, VA

Built the team responsible for the specification, design, implementation, integration, and testing of a variety of Wi-Fi (802.11) products including wireless client software for Linux, Macintosh, and Windows as well as embedded Wi-Fi access point products covering Enterprise, Secure Enterprise, and Small Office Home Office (SOHO) market spaces.

...see more


WaveLAN



**Engineering Manager, Wireless Communications & Networking Division**
Lucent Technologies · Full-time
Jun 1999 – Jan 2001 · 1 yr 8 mos
Herndon, VA

One of the people responsible for Apple's market-defining first generation AirPort base station product after leading the development of the world's first modern wireless home router, the Lucent BG-2000. Lead a team of software engineers and a team of QA engineers who designed and implemented wireless client software solutions for the WaveLAN and Orinoco line of 802 ...see more


AirPort


BG-2000 A4



**Senior Software Engineer**
Ascend Communications · Full-time
Mar 1997 – Jun 1999 · 2 yrs 4 mos
Herndon, VA

Worked on the design and implementation of embedded data networking software solutions at Ascend and eventually was promoted to manager of my team. Team wrote low level embedded networking software technologies for products like the Ascend Max 6000 dial-up concentrator as well as the TNT and PPPoE concentrator devices and Pipeline broadband modems. Also ...see more



**Senior Software Engineer**
Intercon · Full-time
Oct 1992 – Mar 1997 · 4 yrs 6 mos
Herndon, VA

Responsible for specification, design, implementation, and testing of IETF standards-based TCP/IP client software for Macintosh and Windows platforms. Shipped over a dozen commercially successful networking software products including AOL's first web browser for the Macintosh, TCP/Connect, NFS/Share, Networker, InterPrint, InterPPP and InterSLIP among others.  ...see more

 InterCon Systems Corporation

 **Network Engineer/Software Engineer**
Falcon Microsystems
1990 – 1992 · 2 yrs

Was in two different roles at this company which was the largest VAR of Apple equipment to the US federal government. As a network design engineer I helped customers design the local, metropolitan and wide area networks for their facilities. As a software engineer I worked on internal software systems for the company to run on their Macintosh computers to aid in sales m ...see more

Show fewer experiences ^

## Education

 **Drexel University**
1984 – 1989
Activities and Societies: Sigma Alpha Mu

 **Greater Latrobe High School**
1981 – 1984

## Skills & endorsements

**Wireless** · 99+

 Endorsed by **Michael W. Wellman**, who is highly skilled at this

**Embedded Systems** · 96

 Endorsed by **Marco Pontil** and 16 others who are highly skilled at this

 Endorsed by **2 of Philip's colleagues at Virgil Security, Inc.**

**WiFi** · 74

 Endorsed by **Henry Ptasinski** and 18 others who are highly skilled at this

 Endorsed by **2 of Philip's colleagues at Virgil Security, Inc.**

Show more ∨

## Recommendations

**Received (21)**   Given (3)

 **Matt Smith**
Wireless Communications Professional
February 8, 2015, Matt reported directly to Philip

I first met Phil many years ago during a 4am Wi-Fi debugging session on Apple campus. Phil was there throughout to ensure the problem was resolved, but also provided some much needed levity during a stressful stop-ship situation. I was so impressed with Phil's

leadership and technical abilities I decided to report to ... See more

 **Gary Brotman**
Vice President of Product & Marketing at Secondmind
February 4, 2015, Philip worked with Gary in the same group

I had the distinct pleasure of working with Phil at Qualcomm on a groundbreaking wireless whole home audio platform. Phil's vision, which became a reality in the form of the Qualcomm AllPlay Smart Media Platform, was to create a turnkey solution that not only solved a wireless audio distribution problem the broad ... See more

Show more 

## Accomplishments

**7  Patents**
Sensor derived authentication for establishing peer-to-peer networks • Networked Media Station • Proximity-based wireless handshaking for connection establishment • System And Method For Discovering A Wireless Device • Method and system for monitoring and limiting wireless network access based upon location parameters • Methods and apparatus for solicited activation for protected wireless networking • Security enhancement arrangement

## Interests

 **Real-Time Embedded Engineering**
42,625 members

 **Guy Kawasaki**
Chief evangelist, Canva. Podcaster, Remarkable P...
3,086,527 followers

 **Hunter Walk**
Partner at Homebrew VC (fmr YouTube, Google, ...
900,968 followers

 **Philadelphia Area Sammys**
106 members

 **Harvard Business Review**
11,755,484 followers

 **The Hardware Startup**
4,059 members

See all

---

LinkedIn

| About | Accessibility | Talent Solutions | Questions?<br>Visit our Help Center. | Select Langu...<br>English (En |
|---|---|---|---|---|
| Community Guidelines | Careers | Marketing Solutions | | |
| Privacy & Terms | Ad Choices | Advertising | Manage your account and privacy<br>Go to your Settings. | |
| Sales Solutions | Mobile | Small Business | | |
| Safety Center | | | | |

LinkedIn Corporation © 2021

 Messaging