# EXHIBIT 19

in  Search                                                                    Reactivate Premium

The Berkeley MBA - The same faculty, culture and MBA degree on a schedule that fits your life.   Ad



Message  •••

**Rob Newberry** • 3rd 

Director, Device Software Platforms at Nest

Cupertino, California, United States · 500+ connections ·

Contact info

nest  Nest

Texas A&M University

People als...

## About

Experienced product visionary who successfully led the teams that created Apple's award-winning AirPort and AppleTV products. Currently overseeing platform technologies used in all of Nest's products, including the Nest Learning Thermostat, Nest Protect, Nest Cam, and Nest Secure. Directed hardware and software teams through architecture, design and implementation for numerous products for Wi-Fi, web and cloud applications, and embedded, mobile and desktop space, focusing those efforts on Nest and Apple's reputation for simplicity for the customer. Strong engineering process foundation with the ability to creatively make decisions and adapt to changes with minimal schedule and budget impact. Effective collaborator with experience overseeing global engineering and manufacturing teams, as well as factory and component suppliers.

- Developing technologies across Nest's product line and Works with Nest programs.
- Guiding Nest's creation of new user experiences via networking in the connected home.
- Enhanced industry presence in wireless streaming as the co-architect and original implementor of AirPlay.
- Guided strategic cross-functional initiatives to create third-party products in Apple's ecosystem.
- Proven technology leader involved in designing and developing a cohesive roadmap of products.
- Entrepreneurial technologist with roots in all disciplines of product development.
- Successfully developed and supervised global manufacturing of several products.
- Optimistic, energetic leader experienced in building, motivating and leading cross-functional teams.
- Strategic architect with a passion for producing and delivering a seamless and enjoyable user experience.

## Activity

1,332 followers

Posts Rob created, shared, or commented on in the last 90 days are displayed here.

See all activity

## Experience

Nest



7 yrs 2 mos

### Director, Device Software Platforms
Sep 2017 – Present · 3 yrs 5 mos

- Leading engineering managers for Nest's embedded software platforms, including:
- Network technologies like Wi-Fi, BLE, Thread, and cellular
- Operating systems (RTOS and Linux, drivers, manufacturing diagnostics)
- Audio
- Security
- Responsible for strategic direction and execution of Thread and Weave.
- Driving common technology adoption between Nest and Google.

### Director, Partnership and Ecosystem
Jun 2016 – Aug 2017 · 1 yr 3 mos
Shanghai City, China

- Partnership and scaling opportunities with manufacturing and development services companies.
- Cross-functional and international team management.
- Resided in Shanghai, China.

### Head of Network Technology
Dec 2013 – May 2016 · 2 yrs 6 mos

- Led multiple teams of engineering managers for all network software and hardware technologies used across Nest products.
- Responsible for strategic execution of Nest's Thread efforts.
- Guided Works with Nest programs.
- Managed teams responsible for network software from driver to application layers.
- Managed teams responsible for wireless hardware and antenna systems for Wi-Fi, 802.15.4 and other solutions.
- Drove network technology integration and product initiatives between Nest and Google.

see less



### Software Engineering Manager, Android@Home
Google
May 2013 – Nov 2013 · 7 mos

- Led multiple software teams responsible for wireless software and cloud integration for Google's efforts in the connected home market.



### Independent Consultant
Independent Consultant
Feb 2012 – Apr 2013 · 1 yr 3 mos

Advised on networked product development. and engineering start-ups. Provides architectural and strategic insight to tech executives.



### Apple
9 yrs 6 mos

### Senior Engineering Manager, AirPort and AppleTV
Mar 2008 – Jan 2012 · 3 yrs 11 mos

- Led multiple teams of software and hardware managers resulting in release of two generations of AppleTV hardware, three generations of AirPort Extreme and Time Capsule, and two generations of Airport Express.
- Led team that created network configuration and management software for iOS, Mac O ...see more

### Engineering Manager, AirPort Firmware
Jan 2004 – Feb 2008 · 4 yrs 2 mos

- Managed global teams to ship over a dozen firmware and software updates for as many products





LEARNING
Add new sk





Show m

Promoted





- Architect for several AirPort product features, including Time Machine backup, firmware updates, and user-friendly configuration.
- Devised and guided strategy for transition from VxWorks to NetBSD to leverage open- ...see more

**Senior Software Engineer, AirPort Firmware**
Aug 2002 – Dec 2003 · 1 yr 5 mos

- Lead engineer on AirPort base station code base. Developed USB printing feature for users, and USB audio support for future AirPlay work.
- Served as expert on all aspects of home networking code, including NAT, SNMP, configuration and PPP/PPPoE.

Show fewer roles ⌃



**Senior Software Engineer**
Group Logic, Inc.
1995 – 2002 · 7 yrs

- Architect and chief engineer for ExtremeZ-IP, an Apple Filing Protocol server allowing Mac clients to use storage on Windows systems, providing a 400% performance boost versus competing services.
- Served as senior engineer on MassTransit, the company's business-to-business file tran ...see more



**Founder**
Education and Technology Solutions
Sep 1993 – Jun 1995 · 1 yr 10 mos

- Designed and developed software (under contract) for American Association for the Advancement of Science's Project 2061 educational
- Hired and managed team of 3 software engineers

Show fewer experiences ⌃

## Education



**Texas A&M University**
B.A., Mathematics and English
1989 – 1993

## Skills & endorsements

**Embedded Systems** · 62

| Endorsed by **Chris McKillop** and 14 others who are highly skilled at this | Endorsed by **37 of Rob's colleagues at Apple** |

**Mobile Devices** · 46

| Endorsed by **Renu Bhatia** and 5 others who are highly skilled at this | Endorsed by **24 of Rob's colleagues at Apple** |

**Firmware** · 33

| Endorsed by **James Dougherty** and 2 others who are highly skilled at this | Endorsed by **20 of Rob's colleagues at Apple** |

Show more

## Recommendations

**Received (4)**   Given (2)



**Bart Giordano**
SVP, RUCKUS Global Sales at CommScope
February 21, 2013, Bart worked with Rob but at different companies

I've known Rob first professionally and then personally over the last 6 years. During this time I've had the opportunity to work with his teams to bring cutting edge wireless products to market. Rob is both a brilliant engineer and creative visionary whose approach to engineering resulted in some of the most cutting edge … See more



**Derick Naef**
CEO @ ReFirm Labs
February 7, 2013, Derick managed Rob directly

Rob is one of the best software engineers and technology managers / leaders I have worked with in my career. Rob was the driver behind the creation of ExtremeZ-IP, the most successful product in GroupLogic's history. He conceived of the idea, helped to champion the business plan, secure OEM relationshi… See more

Show more

## Accomplishments

 

**4  Patents**
Security enhancement arrangement  •  Networked media station  •  System and method for synchronizing media presentation at multiple recipients  •  Synchronization of computer system clock using a local gateway

## Interests


**Texas A&M University**
484,678 followers


**Arm**
240,524 followers


**Apple - Current and Former Employees**
29,812 members


**Direct Relief**
5,883 followers


**Netflix**
6,374,938 followers


**Engadget**
631,589 followers

See all



About   Accessibility   Talent Solutions   Questions? Visit our Help Center.   Select Langu…
Community Guidelines   Careers   Marketing Solutions       English (En…


Community Guidelines
Privacy & Terms ⌄
Sales Solutions
Safety Center

Ad Choices
Mobile

Advertising
Small Business

⚙ Manage your account and privacy
Go to your Settings.

LinkedIn Corporation © 2021


Messaging