# EXHIBIT 20



# Dave Heller · 3rd
Software Engineer at Apple

Los Altos, California, United States · 307 connections · **Contact info**

Apple

University of Arizona

Message

## Activity
308 followers

Posts Dave created, shared, or commented on in the last 90 days are displayed here.

See all activity

## Experience


**Software Engineer**
Apple
Apr 2019 – Present · 1 yr 10 mos
Cupertino, CA

I'm back! If you bet on that you may collect your winnings at the Cashier cage.


**Dad**
Home
May 2018 – Present · 2 yrs 9 mos
San Francisco Bay Area


**Apple**
3 yrs 1 mo

**Director of Engineering, Apple Music**
Oct 2015 – May 2018 · 2 yrs 8 mos
San Francisco Bay Area

**Senior Engineering Manager**
May 2015 – Oct 2015 · 6 mos
San Francisco Bay Area

Worked on a non-published product


**Dad**
Home
Jun 2014 – May 2015 · 1 yr

Spend more time with the kids. Fix stuff.


**Director, iTunes Engineering**
Apple Inc.
Sep 2000 – Jun 2014 · 13 yrs 10 mos


**Manager, PGPsdk Development**
PGP Corp.
1996 – 1999 · 3 yrs


**Manager, PGPsdk**
Network Associates
1996 – 1998 · 2 yrs


**Sr. Software Engineer**
Fifth Generation Systems
1992 – 1993 · 1 yr


**Software Engineer**
Salient Software
1991 – 1992 · 1 yr

Worked on AutoDoubler, CopyDoubler, and DiskDoubler.

Show fewer experiences ^

## Education


**University of Arizona**
BS, Electrical Engineering
1985 – 1991

## Volunteer experience


**Board Member**
YMCA of Silicon Valley
Jun 2013 – Present · 7 yrs 8 mos
Health

## Skills & endorsements

**Software Engineering** · 10

**Venkat Sundaranatha and 9 connections** have given endorsements for this skill

**Objective-C** · 8










