# EXHIBIT 22

in   Search                                                 🏠  👥  💼  💬  🔔  👤  ⋮⋮⋮   Reactivate Premium

The Berkeley MBA - The same faculty, culture and MBA degree on a schedule that fits your life.   Ad  ···



### Tim DeGraw · 3rd
Software Engineer at Cambly Inc.

San Francisco, California · 420 connections · Contact info

🔒 Message    More...

🦜 Cambly Inc.
Ⓜ University of Michigan

## About

iOS engineer with a passion for building elegant, intuitive products. I have over 15 years of experience working with mobile and internet applications. My work experience spans a wide range of disciplines from software development, product management to business operations.

• iOS
Swift and Objective-C, MV* architectures and reactive programming

• Software Development
Languages (Swift, Objective C, Javascript, Python, Java), Frameworks (React Native, Django, RAILS, Node.js, AngularJS)

• Product
Product Design, UI/UX Design, Product Development Lifecycles, Customer Feedback Loops, Agile & XP Methodologies

## Experience


**Software Engineer**
Cambly Inc.
Apr 2019 – Present · 1 yr 7 mos
San Francisco Bay Area


**Staff iOS Engineer**
Airware
Oct 2017 – Sep 2018 · 1 yr
San Francisco

Development of Airware Flight, an iOS application for autonomous flight control of DJI drones for systematic connection of aerial imagery
• Built a first-person perspective flight controller interface for piloting the drone using standard gestures while viewing the onboard camera's live video feed
• Added real-time visual flight progress tracking
• Development of a React Native application that allowed construction & mining companies to add on-the-ground photos and comments

People You...
 Mike ...  Founde... Sports ...
 Alex ... Associa... Emanu...
 Brice ... Associa... Emanu...
 Jason ... License... Chicag...
 Thao ... Associa... Emanu...

 LEARNING
Add new skills wi...
 iO... 20,...
 Pr... Pr... 6,6...
 Sw... 22,...

See more courses

see less



### iOS Software Engineer
Skimble, Inc.
Mar 2014 – Jul 2017 · 3 yrs 5 mos
San Francisco

iOS development of the Workout Trainer fitness app
• Developed a picture-in-picture video player experience to enable end-users to seamlessly switch between a full-screen workout video and countdown timer using AVFoundation, Core Animations, UIKit Dynamics and Motion Effects.
• Created a private messaging and video sharing feature using AWS hosted HLS Live Streaming video
• Added Apple App Store Auto-Renewable Subscriptions
• Built a workout scheduling calendar and custom workout creation tools.
• Localized the Workout Trainer app in Spanish and Chinese (simplified)

see less



### Principle Software Engineer & Co-Founder
Cassette, Inc.
Aug 2013 – Aug 2015 · 2 yrs 1 mo
San Francisco

Cassette was a web-based tool designed to make recording and collaborating on web content quick and seamless. While browsing the web, users were able to copy content, make notes, share with friends, and get real-time updates. Using a Chrome Extension that opened within the user's current browser tab, Cassette was able to provide a streamlined user experience that removed the overhead of switching between windows to collect and share content.
• The core product was built on AWS using an AngularJS/Django/MySQL architecture
• The Chrome Extension and website used a unified AngularJS code base
• 2014 Start-Up Chile Participant

see less



### Vice President, Operations
Mixed Media Labs, Inc.
Apr 2010 – Jun 2012 · 2 yrs 3 mos
San Francisco Bay Area

Helped design and build picplz, a web and mobile photo sharing service, and early Instagram competitor
• Led the Design team to build App.net's marketing tools for mobile developers
• A16Z funded start-up



### Senior Director, Product Management
imeem
Nov 2004 – Dec 2009 · 5 yrs 2 mos
San Francisco Bay Area

Led, built, and managed a diverse set of teams and products from the company's beginnings through its growth to the top U.S. music streaming service on the Internet.

Managed multiple teams across several disciplines that spanned engineering, product, and operations teams. These teams included Product Management, Business Analytics, Ad Operations, Client Software Engineering, Engineering Operations (music & video identification and reporting), Community Conduct, Customer Support, Quality Assurance, and Account Operations.

During my tenure at imeem, I oversaw numerous products including the identification of imeem's music catalog of 10 million+ audio recordings and videos. I was also responsible for the fulfillment of imeem's contractual obligations to the Music Labels and Music Rights Organizations including all 4 major labels (UMG, SonyBMG, WMG, EMI).

imeem was acquired by MySpace in December 2009.

Promoted



Online MBA With GMAT
Top-tier business education for the fut Apply for MBA@Syra today.

Learn more

see less


**Software Engineer**
Unicast
Jan 2003 – Dec 2003 · 12 mos
Greater New York City Area

Developed a web-based test harness for Unicast's Flash-based advertising products.


**QA Engineer**
Napster
Jan 2001 – Sep 2002 · 1 yr 9 mos
San Francisco Bay Area


**Product Manager**
iCast Radio
May 2000 – Nov 2000 · 7 mos
San Francisco Bay Area


**Operations Engineer**
United Space Alliance/NASA
1998 – 2000 · 2 yrs
Houston, Texas Area

Show fewer experiences ∧

## Education


**University of Michigan**
B.S., Aerospace Engineering
1996 – 1998
Activities and Societies: NCAA Division | All-American, Varsity Men's Gymnastics team member

## Licenses & certifications


**Remote Pilot - Small Unmanned Aircraft System**
Federal Aviation Administration
Issued May 2018 · No Expiration Date

See credential


**Private Pilot**
Federal Aviation Administration
Issued Oct 1995 · No Expiration Date

See credential

## Skills & Endorsements

**Software Development** · 18

 Endorsed by **Matt Hargett**, who is highly skilled at this    Endorsed by **6 of Tim's colleagues at imeem**

**Product Management** · 14

Endorsed by **Kush Khandelwal and 2 others who are highly skilled at this**

Endorsed by **5 of Tim's colleagues at imeem**

**Mobile Devices** · 13

Endorsed by **Shane Tobin, who is highly skilled at this**

Endorsed by **2 of Tim's colleagues at Airware**

Show more

## Recommendations

**Received (1)**  Given (3)

**Scott Fisher**
Senior Mobile Engineer - Flight Team at DroneDeploy
September 20, 2018, Scott managed Tim directly

Tim is an exceptional engineer. His attention to detail and drive to finish what he starts were felt throughout the team. He excels in his ability to dive into the nitty gritty, finding solutions and performance opportunities where others might not. He is a great team player, working well with every member of the te… See more

## Accomplishments

**1  Patent**
Interactive multicast media service

## Interests

Michigan Engineering Alumni - OF…
6,885 members

Cambly Inc.
8,119 followers

Official Group: Alumni Association …
45,475 members

Washio
1,937 followers

Airware
7,967 followers

Startup Chile
2,412 members

LinkedIn

About
Community Guidelines
Privacy & Terms
Sales Solutions
Safety Center

Accessibility
Careers
Ad Choices
Mobile

Talent Solutions
Marketing Solutions
Advertising
Small Business

Questions?
Visit our Help Center.

Manage your account and privacy
Go to your Settings.

Select Language
English (English