# EXHIBIT 23



## Oakland

Pandora's "main stage" office is located in Oakland's bustling Uptown neighborhood. We're surrounded by acclaimed restaurants, cafes, and world famous venues like the Fox and Paramount Theaters. And if you're in the mood for a lunchtime run, Lake Merritt is just a stone's throw away from our front doors. Our space has a modern industrial feel with an open floor plan and stunning 360 degree views of the Bay Area. We're an easy commute from San Francisco and the East Bay, a short stroll from BART, and less than two miles from the Jack London Ferry.



### What makes Pandora special?

Live, in-office artist performances
40 hours of volunteer time off
We value culture adds, not culture fits
Humble & approachable leaders
12 weeks paid leave for new parents
Community celebrations, from Pride to Diwali

Join Us

About   Advertising   Gifts   Business   Submit Your Music   Blog   Jobs   Investor   Privacy   Terms   Community   Ad Preferences

© 2020 Pandora Media, LLC, All Rights Reserved. Pandora and the Music Genome Project are registered trademarks of Pandora Media, LLC.