# EXHIBIT 27





September... senior to Greg but didn't manage directly

code. Greg was a key team member for this project, and I enjoyed working with him tremendously. Greg was very quick g... See more


Associate at Quinn Emanuel

**Mike Barnes**
Product & Marketing Leader, HW/SW Innovation, Digital Musical Instruments, Pro Audio, DSP AU/VST, VoIP,Conversational AI
November 3, 2008, Mike worked with Alan in the same group

At Lava.com Mike saw a prototype piece of research software I had written for advanced, sound-reactive 3D visuals and then had the vision and drive to transform it into a company sponsored start-up which broke very new ground in electronic media delivery. Mike is a rare marketing professional in the fact that he comm... See more

Show more ⌄

**LEARNING**
Add new skills with these courses


Learning C
45,892 viewers


Programming Foundatio... Beyond the Fundamental...
9,138 viewers


Exam Tips: Project Mana... Professional (PMP)®
42,700 viewers

See more courses

### Interests


Dolby Laboratories
77,713 followers


Harvey Mudd College
10,777 followers

Massachusetts Institute of Technol...
860,105 followers

**Promoted**


Data Analytics Course
Earn a Tableau data analytics certification in 3 online courses. App...


Online MBA With No GMAT
Top-tier business education for the future. Apply for MBA@Syracuse tod...

Baylor's MPH Online

---

Linkedin

| About | Accessibility | Talent Solutions | Questions? Visit our Help Center. | Select Language |
| Community Guidelines | Careers | Marketing Solutions | | English (English) |
| Privacy & Terms ⌄ | Ad Choices | Advertising | Manage your account and privacy Go to your Settings. | |
| Sales Solutions | Mobile | Small Business | | |
| Safety Center | | | | |

LinkedIn Corporation © 2020

Messaging