# EXHIBIT 28



## Jan Abildgaard Pedersen · 3rd

Senior Manager, Audio Hardware Technology at Amazon Lab126 - I am Hiring !

Sunnyvale, California, United States · 500+ connections ·

Contact info

Amazon Lab126

Aalborg University

### Activity
1,982 followers

Dear Chandra! Great achievement! I enjoy every day that we work together! And it...
Jan commented

Et vigtigt skridt for Lyden i Danmark, som gør os alle så stolte af hvad...
Jan commented

See all activity

### Experience


**Senior Manager, Audio Hardware Technology**
Amazon Lab126
Aug 2017 – Present · 3 yrs 6 mos
Sunnyvale, CA

Management of the Audio Hardware Technology Team at Amazon Lab126 in Sunnyvale, California, USA


**Audio Engineering Society**
14 yrs

**Past President**
Nov 2012 – Present · 8 yrs 3 mos

**President**
Nov 2011 – Nov 2012 · 1 yr 1 mo

**President-Elect**

Nov 2010 – Nov 2011 · 1 yr 1 mo

**Associate Technical Editor**
2007 – Jul 2011 · 4 yrs

**Vice President, Northern Region Europe**
Oct 2008 – Nov 2010 · 2 yrs 2 mos

Show fewer roles ︿


**Dynaudio A/S**
3 yrs 2 mos

**CTO**
Sep 2016 – Jul 2017 · 11 mos
Skanderborg

**Development Director, CTO**
Jun 2014 – Sep 2016 · 2 yrs 4 mos
Skanderborg


**Bang & Olufsen**
4 yrs 8 mos

**Senior Manager, Specialist in DSP & Acoustic Technology**
Sep 2011 – Jun 2014 · 2 yrs 10 mos

Acoustic Research & Solutions

**Senior Manager, Specialist in DSP & Acoustic Technology**
Nov 2009 – Sep 2011 · 1 yr 11 mos

Automotive Concept & Technology


**Senior Research Manager**
Lyngdorf Audio
Oct 2005 – Nov 2009 · 4 yrs 2 mos


**Senior Research Manager**
AM3D
Aug 2004 – Sep 2005 · 1 yr 2 mos


**Technology Specialist, Acoustics/DSP**
Bang & Olufsen
Dec 1993 – Aug 2004 · 10 yrs 9 mos


**Research Assistant**
Aalborg University
1993 · less than a year

Show fewer experiences ︿

## Education


**Aalborg University**
M.Sc.E.E., DSP & Acoustics
1988 – 1993

## Skills & endorsements

**Digital Signal Processors** · 99+

 Endorsed by **James D. (jj) Johnston and 6 others** who are highly skilled at this

 Endorsed by **10 of Jan's colleagues at Audio Engineering Society**

**Acoustics** · 99+

 Endorsed by **Alex Voishvillo and 11 others** who are highly skilled at this

 Endorsed by **13 of Jan's colleagues at Audio Engineering Society**

**Audio Processing** · 74

 Endorsed by **Jean-Marc Jot and 7 others** who are highly skilled at this

 Endorsed by **9 of Jan's colleagues at Audio Engineering Society**

Show more ∨

## Recommendations

**Received (1)**    Given (10)


**Betina Hodak**
Fitter Apprentice at Patrick Mechanical Limited.
March 11, 2010, Jan was senior to Betina but didn't manage directly

I had the opportunity to work with Jan at Bang & Olufsen in Denmark in the acoustics department. Jan was very knowledgeable in the DSP process and taught me a great deal in the development of audio systems. I would work with/under Jan again if the opportunity became available.

## Accomplishments

**3  Languages**    
Danish  ·  English  ·  German

**2  Projects**    
Celebrating the 100 year anniversary of the loudspeaker  ·  DEAP Components platform development

**1  Organization**    
Audio Engineering Society

**1  Publication**
Sound field planarity characterized by superdirective beamforming

## Interests

 **Aalborg University**
107,380 followers

 **Institute Of Acoustics**
13,504 members

 **Bill Gates**
Co-chair, Bill & Melinda Gates Foundation
31,035,013 followers

**Steinway Lyngdorf**
1,356 followers

 **Amazon Lab126**
167,380 followers

 **Artificial Intelligence | Computer Vision ...**
843 members

See all

---



| About | Accessibility | Talent Solutions | Questions?<br>Visit our Help Center. | Select Langu... |
|---|---|---|---|---|
| Community Guidelines | Careers | Marketing Solutions | | English (En... |
| Privacy & Terms ⌄ | Ad Choices | Advertising | Manage your account and privacy<br>Go to your Settings. | |
| Sales Solutions | Mobile | Small Business | | |
| Safety Center | | | | |

LinkedIn Corporation © 2021

  Messaging