# EXHIBIT 31



**FlightConnections**

**Direct flights to Waco (ACT)**
Waco Regional Airport - Airport code: ACT

Home › Airports › United States › ACT Waco

## Non-stop flights to Waco (ACT)
Did you mean flights from Waco?

Last updated on: 10-25-2020

Waco Regional Airport is a small airport in United States. It is a domestic airport. There is only one airport that has a direct flight to Waco. Currently, there is one domestic flight to Waco.

Waco is mainly known for sightseeing & culture and activities.

**On this page**
- All direct flights to Waco
- Airlines flying to Waco
- Domestic flights
- Alternative airports
- FAQ

This month, there are 48 flights arriving at Waco Airport, which are 14 flights per week or 2 flights per day.

The only flight to Waco ACT is departing from Dallas-Fort Worth (DFW). This non-stop flight takes around 55 minutes and covers a distance of 91 miles (146 km).

## List of all direct flights to Waco
Below you can find a list of all cities and countries that have direct flights to Waco, ordered by popularity.

| | | |
|---|---|---|
| 🇺🇸 Dallas-Fort Worth (DFW) | | 48 flights this month |

## Airlines flying to Waco
The only airline that flies to Waco is American Airlines.

 American Airlines (AA)    1 route to ACT

## International flights to Waco
Currently there are no international flights to Waco. The only flights to Waco are domestic flights within United States. To get to Waco from another country you will need a flight with a stopover through Dallas-Fort Worth.

## Domestic flights to Waco

🇺🇸 **Flights from United States to Waco**

There is just one domestic flight to Waco, which is between Waco and Dallas-Fort Worth. From **Dallas-Fort Worth**, direct flights are offered by American Airlines (Oneworld).

## Alternative airports near Waco
Flying to an alternative airport near Waco could give you other options to reach your destination. For example, the possibility to fly with a different airline or alliance, or finding a cheaper airfare. For this reason, alternative airports near to Waco (ACT) are listed below. The closest alternative airports are Fort Hood / Killeen (GRK) and College Station (CLL).

| | | | |
|---|---|---|---|
| GRK | Fort Hood / Killeen | United St... | 52 mi / 83 km |
| CLL | College Station | United States | 88 mi / 141 km |
| DAL | Dallas | United States | 88 mi / 142 km |
| DFW | Dallas-Fort Worth | United Stat... | 91 mi / 146 km |
| AUS | Austin | United States | 101 mi / 163 km |
| TYR | Tyler | United States | 119 mi / 191 km |

## Frequently asked questions - FAQ
- How many airports are there in Waco?
- What is the best airport to fly into Waco?
- How many airlines fly to Waco?



Which airlines fly to Waco?

Which alliances are flying to Waco?

How many nonstop flights are there to Waco?

What is the official name of Waco Airport?

What is the airport code of Waco Airport?

What are the most popular flights to Waco?

How long is the flight to Waco?