IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>      Plaintiff,<br><br>vs.<br><br>GOOGLE LLC,<br><br>      Defendant. | Case No. 6:20-cv-00881-ADA |

**[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)**

BEFORE THE COURT is Google LLC's Motion To Transfer Pursuant to 28 U.S.C. § 1404(a) ("Motion"). Having read and considered the Motion and all supporting papers and responses and replies thereto, and the argument of the parties, the Court hereby **GRANTS** Google's Motion.

ORDERED this _____ day of _____, 2021.

                                                                         ALAN D ALBRIGHT
                                                                          UNITED STATES DISTRICT JUDGE