# EXHIBIT 1

UNITED STATES INTERNATIONAL TRADE COMMISSION

Washington, D.C.

| | |
|---|---|
| **In the Matter of**<br><br>**CERTAIN AUDIO PLAYERS AND CONTROLLERS, COMPONENTS THEREOF, AND PRODUCTS CONTAINING THE SAME** | Inv. No. 337-TA-1191 |

**ORDER NO. 4:**     **SETTING DATE FOR SUBMISSION OF JOINT PROPOSED PROCEDURAL SCHEDULE**

(March 13, 2020)

The joint proposed procedural schedule should be received by the undersigned no later than close of business on March 24, 2020. Said proposed procedural schedule should include dates for each of the events set forth in Ground Rule 2 (if applicable). Based on a review of the undersigned's current caseload, the *Markman* hearing will take place on July 20, 2020 and the evidentiary hearing will be held February 22–26, 2021. The parties should take these dates into consideration when proposing their procedural schedule.

The proposed schedule includes dates for two settlement meetings and one mediation (which will not include the Administrative Law Judge) at a time, date, and location of the parties choosing for the exploration of settlement, by persons of requisite authority, of some or all of the issues in the case. Unless the parties obtain the permission of the undersigned, for good cause shown, the settlement meetings should <u>not</u> occur by video-conferencing or by teleconferencing.

**SO ORDERED.**

                                                                  Charles E. Bullock<br>
                                                                  Chief Administrative Law Judge

| | |
|---|---|
| **CERTAIN AUDIO PLAYERS AND CONTROLLERS, COMPONENTS THEREOF, AND PRODUCTS CONTAINING THE SAME** | Inv. No. 337-TA-1191 |

Certificate of Service – Page 1

      I, Lisa R. Barton, hereby certify that the attached **ORDER NO. 4** has been served by hand upon the Commission Investigative Attorney, **Cortney Hoecherl, Esq.,** and the following parties as indicated, on **March 13, 2020**.

                                                     _____
                                                     Lisa R. Barton, Secretary
                                                     U.S. International Trade Commission
                                                     500 E Street SW, Room 112
                                                     Washington, DC 20436

| **On Behalf of Complainant Sono, Inc.:** | |
|---|---|
| Jordan L. Coyle, Esq.<br>**ORRICK, HERRINGTON & SUTCLIFF LLP**<br>Columbia Center<br>1152 15th Street, NW<br>Washington, DC 20006 | ☐ Via Hand Delivery<br>☐ Via Express Delivery<br>☒ Via First Class Mail<br>☐ Other:_____ |
| **On Behalf of Respondents Google LLC and Alphabet Inc.:** | |
| S. Alex Lasher, Esq.<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>1300 I Street, NW, Suite 900<br>Washington, DC 20005 | ☐ Via Hand Delivery<br>☐ Via Express Delivery<br>☒ Via First Class Mail<br>☐ Other:_____ |