UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SONOS, INC. | § |
| | § CIVIL NO: |
| vs. | § WA:20-CV-00881-ADA |
| | § |
| GOOGLE LLC | § |

## ORDER SETTING DISCOVERY HEARING BY ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **DISCOVERY HEARING** by zoom on **Friday, January 29, 2021 at 03:30 PM**. The private link to the hearing will be sent by e-mail. Please do not share this link with anyone that should not be involved in the hearing.

IT IS SO ORDERED this 28th day of January, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE