# EXHIBIT 6



# Top 300 Organizations Granted U.S. Patents in 2017

### Are more patents better?

*IPO does not attempt to answer the question above. IPO publishes patent owner lists as an information service for IPO members.*

*This list of organizations that received the most U.S. utility patents is being published by IPO for the 35th consecutive year. It is based on data obtained from the U.S. Patent and Trademark Office.*

*Patents granted to parent and subsidiary companies are combined in many instances. See the end notes for more information. IPO makes reasonable efforts to avoid errors, but cannot guarantee accuracy.*

*18 June 2018*

# 2017 Patent Owners
## Numerical Listing

Use care in interpreting the "percent change from 2016" column.  The total number of patents granted by the USPTO in 2017 was 318,829, up 5 percent from 2016.  The percent change for an individual organization could be affected by mergers, acquisitions, divestitures, inconsistent treatment of subsidiaries in 2016 and 2017, and many other factors.

| Rank | Organization | 2017 Patents | Percent Change From 2016 |
|------|--------------|--------------|--------------------------|
| 1 | International Business Machines Corp. | 8,996 | 10.8 |
| 2 | Samsung Electronics Co., Ltd. | 5,810 | 5.3 |
| 3 | Intel Corp. | 3,726 | 8.4 |
| 4 | Canon K.K. | 3,664 | -5.5 |
| 5 | Alphabet Inc. | 3,065 | new |
| 6 | General Electric Co. | 2,989 | 14.2 |
| 7 | Qualcomm, Inc. | 2,728 | -14.3 |
| 8 | LG Electronics Inc. | 2,696 | 10.0 |
| 9 | Microsoft Corp. | 2,601 | 1.7 |
| 10 | Taiwan Semiconductor Manufacturing Co., Ltd. | 2,408 | 6.1 |
| 11 | Samsung Display Co., Ltd. | 2,266 | 11.3 |
| 12 | Apple, Inc. | 2,225 | 5.6 |
| 13 | Sony Corp. | 2,116 | -2.5 |
| 14 | Toyota Jidosha K.K. | 2,015 | 23.6 |
| 15 | Amazon Technologies, Inc. | 1,960 | 15.2 |
| 16 | Toshiba Corp. | 1,891 | -1.5 |
| 17 | Ford Global Technologies, LLC | 1,876 | 18.4 |
| 18 | Dell Technologies | 1,681 | 3.2 |
| 19 | Telefonaktiebolaget LM Ericsson | 1,551 | -0.1 |
| 20 | Siemens AG | 1,538 | 3.6 |
| 21 | Fujitsu Ltd. | 1,531 | -2.1 |
| 22 | Huawei Technologies Co., Ltd. | 1,472 | 18.6 |
| 23 | United Technologies Corp. | 1,423 | 23.0 |
| 24 | Medtronic Inc. | 1,414 | -1.9 |
| 25 | Seiko Epson Corp. | 1,404 | -17.1 |
| 26 | Nokia Corp. | 1,381 | new |
| 27 | BOE Technology Group Co., Ltd. | 1,376 | 40.8 |
| 28 | Panasonic Intellectual Property Management Co., Ltd. | 1,338 | -4.6 |
| 29 | Hyundai Motor Co. | 1,295 | 20.3 |
| 30 | AT&T Corp. | 1,263 | -0.2 |
| 31 | Boeing Co. | 1,171 | 10.2 |
| 32 | Robert Bosch GmbH | 1,158 | 3.1 |
| 33 | Johnson & Johnson | 1,147 | 18.7 |
| 34 | Mitsubishi Denki K.K. | 1,142 | 11.5 |
| 35 | Ricoh Co., Ltd. | 1,140 | -23.2 |
| 36 | GM Global Technology Operations LLC | 1,063 | -4.9 |
| 37 | Honeywell International Inc. | 1,036 | 20.8 |
| 38 | Cisco Technology, Inc. | 989 | 0.2 |
| 39 | Koninklijke Philips N.V. | 973 | -14.2 |
|  | Semiconductor Energy Laboratory Co., Ltd. | 973 | -8.3 |
| 41 | SK Hynix Inc. | 938 | -18.1 |
| 42 | Texas Instruments, Inc. | 923 | 3.9 |
| 43 | Denso Corp. | 863 | 18.7 |
| 44 | Honda Motor Co., Ltd. | 854 | -1.9 |
| 45 | Western Digital Corp. | 837 | -27.4 |
| 46 | NEC Corp. | 816 | -7.8 |
| 47 | Micron Technology, Inc. | 807 | -9.3 |
| 48 | Globalfoundries Inc. | 782 | -73.9 |
| 49 | The Dow Chemical Co. | 765 | 7.8 |
| 50 | Oracle International Corp. | 753 | 12.1 |
| 51 | Halliburton Energy Services, Inc. | 738 | 25.6 |
| 52 | Verizon | 715 | -5.5 |
| 53 | Shenzhen China Star Optoelectronics Technology Co., Ltd. | 709 | 30.5 |
| 54 | Brother Kogyo K.K. | 705 | -31.3 |
| 55 | Fujifilm Corp. | 691 | -1.2 |
| 56 | Schlumberger Technology Corp. | 680 | -0.7 |
| 57 | Sharp Corp. | 679 | -20.5 |
| 58 | Infineon Technologies AG | 677 | 8.7 |
| 59 | STMicroelectronics, Inc. | 675 | -9.2 |
| 60 | Facebook, Inc. | 660 | 33.0 |
| 61 | LG Chem., Ltd. | 634 | 24.6 |
| 62 | Kyocera Document Solutions Inc. | 632 | -17.1 |
| 63 | HP Inc. | 630 | -4.1 |
| 64 | Olympus Corp. | 613 | 9.5 |
| 65 | LG Display Co., Ltd. | 604 | -5.6 |
| 66 | 3M Innovative Properties Co. | 602 | 11.5 |
|  | NXP USA, Inc. | 602 | new |
| 68 | Renesas Electronics Corp. | 601 | 2.0 |
| 69 | Caterpillar Inc. | 595 | 15.5 |
| 70 | Applied Materials, Inc. | 590 | -1.9 |
| 71 | Xerox Corp. | 586 | -30.0 |
| 72 | Electronics and Telecommunications Research Institute | 585 | -12.8 |
| 73 | Fuji Xerox Co., Ltd. | 569 | -1.9 |

**2017 Patent Owners
Numerical Listing**

| Rank | Organization | 2017 Patents | Percent Change From 2016 |
|---|---|---|---|
| 74 | Murata Manufacturing Co., Ltd. | 563 | 16.9 |
| 75 | Japan Display Inc. | 553 | 15.6 |
| 76 | Corning Inc. | 547 | 28.0 |
| 77 | University of California, The Regents of | 524 | 3.6 |
| 78 | SAP AG | 521 | 4.6 |
| 79 | LG Innotek Co., Ltd. | 520 | 11.7 |
| 80 | Kyocera Corp. | 509 | 23.8 |
| 81 | Blackberry Ltd. | 506 | -52.0 |
| 82 | Hewlett Packard Enterprise | 505 | -21.8 |
| 83 | Konica Minolta, Inc. | 495 | 9.9 |
| 84 | Hitachi, Ltd. | 491 | -4.3 |
| 85 | Procter & Gamble Co. | 469 | 15.4 |
| 86 | DuPont | 465 | -10.3 |
| 87 | Commissariat a l'Energie Atomique et aux Energies Alternatives | 458 | 3.5 |
| 88 | Seagate Technology, LLC | 457 | -14.2 |
| 89 | Monsanto Technology, LLC | 434 | -26.0 |
| 90 | Avago Technologies General IP (Singapore) Pte. Ltd. | 431 | 24.8 |
| 91 | Mitsubishi Heavy Industries, Ltd. | 427 | 7.0 |
| 92 | BASF SE | 415 | -1.9 |
| 93 | ZTE Corp. | 407 | -16.0 |
| 94 | Tokyo Electron Ltd. | 403 | 3.7 |
| 95 | Mediatek Inc. | 398 | 29.6 |
| 96 | Becton Dickinson and Co. | 397 | 35.8 |
|  | Samsung SDI Co., Ltd. | 397 | -9.1 |
| 98 | Sprint Corp. | 391 | -30.7 |
| 99 | Nike, Inc. | 372 | -11.6 |
| 100 | Rolls-Royce PLC | 359 | 26.5 |
| 101 | Nissan Motor Co., Ltd. | 357 | 11.2 |
| 102 | Tencent Technology (Shenzhen) Co. Ltd. | 354 | 25.1 |
|  | United States of America, Navy | 354 | 5.1 |
| 104 | United Microelectronics Corp. | 351 | 7.7 |
| 105 | Yazaki Corp. | 349 | -12.9 |
| 106 | Futurewei Technologies, Inc. | 345 | 0.3 |
| 107 | Dolby Laboratories, Inc. | 344 | 32.8 |
| 108 | ExxonMobil Corp. | 339 | -18.0 |
| 109 | Raytheon Co. | 336 | -9.8 |
| 110 | Adobe Systems Inc. | 334 | -5.4 |
| 111 | Deere & Co. | 328 | 27.1 |
| 112 | Roche Holdings, Inc. | 323 | -20.1 |
| 113 | Boston Scientific Scimed, Inc. | 320 | 2.8 |
| 114 | Empire Technology Development LLC | 314 | -8.9 |
|  | Philips Lighting Holding B.V. | 314 | new |
| 116 | Industrial Technology Research Institute, Taiwan | 312 | -19.9 |
| 117 | Koch Industries | 310 | 50.6 |
| 118 | Massachusetts Institute of Technology | 306 | 9.2 |
| 119 | TE Connectivity | 301 | 8.0 |
| 120 | Fanuc Corp. | 299 | 32.1 |
| 121 | NXP B.V. | 296 | 2.0 |
| 122 | Elwha LLC | 294 | 22.4 |
| 123 | InterDigital Technology Corp. | 291 | 5.8 |
| 124 | Bayer Intellectual Property GmbH | 290 | 52.4 |
| 125 | Bank of America Corp. | 288 | 3.1 |
| 126 | Rohm Co., Ltd. | 286 | 0.7 |
| 127 | Sanofi | 284 | -5.6 |
|  | Whirlpool Corp. | 284 | 22.2 |
| 129 | Samsung Electro-Mechanics Co., Ltd. | 281 | -46.6 |
| 130 | Fuji Electric Co., Ltd. | 279 | 19.4 |
|  | Nvidia Corp. | 279 | -25.4 |
| 132 | CNH Industrial America LLC | 272 | 44.5 |
| 133 | Hon Hai Precision Industry Co., Ltd. | 271 | -57.9 |
|  | Schaeffler Technologies AG & Co. KG | 271 | 29.2 |
| 135 | Commscope Technologies LLC | 270 | 25.6 |
| 136 | Novartis AG | 262 | 5.7 |
| 137 | Juniper Networks, Inc. | 259 | 5.4 |
| 138 | Eaton Corp. | 257 | 16.7 |
| 139 | Sumitomo Electric Industries, Ltd. | 255 | -5.5 |
| 140 | Illinois Tool Works Inc. | 250 | 10.8 |
| 141 | Stryker Corp. | 244 | 21.7 |
| 142 | ABB Ltd. | 243 | -30.5 |
|  | NetApp, Inc. | 243 | -3.3 |
| 144 | Infineon Technologies Austria AG | 242 | 18.2 |
|  | Thomson Licensing S.A. | 242 | -7.4 |
| 146 | Hitachi Automotive Systems, Ltd. | 235 | 16.2 |
|  | Saint-Gobain Corp. | 235 | 10.2 |
|  | Societe Nationale d'Etude et de Construction de Moteurs d'Aviation | 235 | 18.7 |
| 149 | Marvell International Ltd. | 231 | new |
| 150 | Disney Enterprises, Inc. | 227 | 14.1 |
| 151 | ASML Netherlands B.V. | 223 | -0.9 |
|  | Audi AG | 223 | 10.8 |
| 153 | Ebay Inc. | 220 | 20.0 |
| 154 | University of Texas | 219 | 26.0 |
| 155 | Saudi Arabian Oil Co. | 218 | 21.6 |

**www.ipo.org**

**2017 Patent Owners**
**Numerical Listing**

| Rank | Organization | 2017 Patents | Percent Change From 2016 |
|---|---|---|---|
| 156 | Semiconductor Components Industries, LLC | 217 | 6.5 |
| 157 | Symantec Corp. | 214 | 0.9 |
| 158 | Nikon Corp. | 212 | -0.5 |
| 159 | Salesforce.com, Inc. | 211 | -6.2 |
|  | Shin Etsu Chemical Co., Ltd. | 211 | 3.3 |
| 161 | Casio Computer Co. Ltd. | 206 | -7.3 |
|  | Cree, Inc. | 206 | -17.0 |
|  | Merck Patent GmbH | 206 | 18.4 |
|  | Skyworks Solutions, Inc. | 206 | new |
| 165 | CA, Inc. | 204 | 10.3 |
|  | Stanford University | 204 | -19.6 |
|  | Sun Patent Trust | 204 | 42.2 |
|  | Xperi Corp. | 204 | 6.4 |
| 169 | Merck & Co., Inc. | 203 | 3.0 |
| 170 | Paypal, Inc. | 202 | 27.7 |
| 171 | LAM Research Corp. | 201 | 10.9 |
| 172 | Airbus Operations GmbH | 200 | -10.5 |
|  | HTC Corp. | 200 | -7.5 |
| 174 | Nichia Corp. | 196 | 25.5 |
| 175 | ARM Ltd. | 195 | 40.5 |
|  | Avaya Inc. | 195 | 3.1 |
| 177 | TDK Corp. | 194 | 22.2 |
| 178 | Komatsu Ltd. | 193 | 21.2 |
| 179 | KLA-Tencor Corp. | 192 | 13.5 |
|  | NTT Docomo, Inc. | 192 | -12.0 |
|  | Red Hat, Inc. | 192 | -5.2 |
| 182 | Continental Automotive GmbH | 189 | 21.2 |
|  | Sumitomo Chemical Co., Ltd. | 189 | 9.5 |
| 184 | Wistron Corp. | 187 | -69.5 |
| 185 | Cook Medical Technologies LLC | 186 | -11.3 |
| 186 | Hitachi High-Technologies Corp. | 185 | -9.7 |
| 187 | Osram Opto Semiconductors GmbH | 184 | 12.5 |
| 188 | Sumitomo Wiring Systems, Ltd. | 183 | 24.6 |
| 189 | Semiconductor Manufacturing International (Shanghai) Corp. | 182 | 18.7 |
| 190 | Lenovo (Singapore) Pte. Ltd. | 179 | -2.8 |
|  | Rockwell Automation Technologies, Inc. | 179 | 21.2 |
| 192 | Thales | 178 | 12.9 |
| 193 | Aktiebolaget SKF | 177 | 15.8 |
| 194 | Bally Gaming, Inc. | 176 | -19.9 |
|  | Tsinghua University | 176 | -1.7 |
| 196 | Bayerische Motoren Werke AG | 174 | 28.2 |
| 197 | Echostar Technologies LLC | 172 | 14.5 |
|  | Rockwell Collins, Inc. | 172 | 21.5 |
| 199 | Bridgestone Corp. | 171 | -15.2 |
|  | Lockheed Martin Corp. | 171 | -11.1 |
|  | Panasonic Intellectual Property Corp. of America | 171 | -78.9 |
| 202 | Nitto Denko Corp. | 170 | -17.1 |
| 203 | LSIS Co., Ltd. | 169 | 30.8 |
| 204 | Haier US Appliance Solutions, Inc. | 168 | new |
| 205 | King Fahd University of Petroleum and Minerals | 167 | new |
|  | Mahle International GmbH | 167 | 26.9 |
| 207 | Johns Hopkins University | 164 | -1.8 |
| 208 | Ecolab USA Inc. | 163 | 14.7 |
| 209 | Airbus Operations S.A.S. | 162 | 4.9 |
|  | Comcast Cable Communications, LLC | 162 | new |
|  | Foxconn Interconnect Technology Ltd. | 162 | 9.3 |
|  | Wisconsin Alumni Research Foundation | 162 | -3.7 |
| 213 | Nintendo Co., Ltd. | 161 | -28.6 |
|  | Rambus, Inc. | 161 | -5.6 |
| 215 | Cooper Technologies Co. | 159 | 15.7 |
| 216 | Hitachi Metals Ltd. | 158 | -12.7 |
|  | IGT | 158 | -56.3 |
| 218 | Nippon Steel & Sumitomo Metal Corp. | 157 | 2.5 |
| 219 | AU Optronics Corp. | 156 | -42.3 |
|  | Harvard College, President and Fellows | 156 | new |
| 221 | Daikin Industries Ltd. | 155 | 0.0 |
| 222 | BAE Systems | 154 | -10.4 |
|  | Syngenta Participations AG | 154 | 16.9 |
| 224 | Cardiac Pacemakers, Inc. | 153 | -3.9 |
| 225 | Accenture Global Services Ltd. | 152 | 3.9 |
|  | Northrop Grumman Systems Corp. | 152 | new |
| 227 | Aisin Seiki K.K. | 151 | 2.0 |
|  | Carl Zeiss SMT GmbH | 151 | 15.2 |
|  | Shimadzu Corp. | 151 | 14.6 |
| 230 | California Institute of Technology | 150 | -34.0 |
|  | Chevron USA Inc. | 150 | 14.0 |
|  | Globus Medical, Inc. | 150 | 2.7 |
|  | Marvell World Trade Ltd. | 150 | new |
|  | Nielsen | 150 | -12.7 |
| 235 | L'Oreal S.A. | 149 | 23.5 |
|  | Panasonic Corp. | 149 | 2.7 |
| 237 | Here Global B.V. | 148 | 19.6 |
|  | Omron Corp. | 148 | 10.8 |
|  | Synaptics, Inc. | 148 | new |

www.ipo.org

**2017 Patent Owners**
**Numerical Listing**

| Rank | Organization | 2017 Patents | Percent Change From 2016 |
|------|--------------|--------------|--------------------------|
| 240 | Macronix International Co., Ltd. | 147 | -59.9 |
| | Shimano Inc. | 147 | -6.1 |
| | ZF Friedrichshafen, AG | 147 | -11.6 |
| 243 | Kobe Steel, Ltd. | 145 | 13.8 |
| 244 | Delta Electronics Inc. | 144 | 8.3 |
| | Jtekt Corp. | 144 | -4.9 |
| 246 | Innolux Corp. | 143 | new |
| 247 | Evonik Degussa GmbH | 142 | new |
| | Toyoda Jidoshokki Seisakusho K.K. | 142 | new |
| | United States of America, Army | 142 | 4.2 |
| 250 | Borgwarner Inc. | 141 | new |
| | Kawasaki Jukogyo K.K. | 141 | -6.4 |
| 252 | Acushnet Co. | 140 | 10.0 |
| | Bose Corp. | 140 | new |
| | Compagnie Generale des Etablissements Michelin | 140 | 19.3 |
| 255 | Nuance Communications, Inc. | 139 | 4.3 |
| 256 | Analog Devices, Inc. | 138 | 2.2 |
| | Xiaomi Inc. | 138 | new |
| 258 | Advanced Micro Devices, Inc. | 137 | -54.7 |
| | Hyundai Mobis, Co., Ltd. | 137 | 13.9 |
| 260 | Nestec, S.A. | 136 | -22.1 |
| | Open Invention Network, LLC | 136 | 11.8 |
| | Toray Industries Inc. | 136 | 5.1 |
| 263 | Boston Scientific Neuromodulation Corp. | 134 | -30.6 |
| | Xilinx, Inc. | 134 | -15.7 |
| 265 | Lenovo (Beijing) Ltd. | 133 | new |
| | Sonos, Inc. | 133 | new |
| 267 | Abbott Cardiovascular Systems, Inc. | 132 | -0.8 |
| | United States of America, Department of Health & Human Services | 132 | -11.4 |
| 269 | Alibaba Group Holding Ltd. | 130 | new |
| | Lenovo Enterprise Solutions (Singapore) Pte. Ltd. | 130 | -56.2 |
| 271 | Bristol-Myers Squibb Co. | 129 | 14.0 |
| | Citrix Systems, Inc. | 129 | -33.3 |
| | Huawei Device Co., Ltd. | 129 | -17.1 |
| | Yamaha Motor Co., Ltd. | 129 | 10.1 |
| 275 | Colgate-Palmolive Co. | 128 | new |
| | Excalibur IP, LLC | 128 | new |
| | Motorola Solutions, Inc. | 128 | -37.5 |
| | Rovi Guides, Inc. | 128 | new |
| | University of Michigan | 128 | -10.9 |
| 280 | Ciena Corp. | 127 | new |
| | NTN Corp. | 127 | 2.4 |
| 282 | Centre National de la Recherche Scientifique - CNRS | 126 | -1.6 |
| | Cypress Semiconductor Corp. | 126 | -32.5 |
| | Stanley Black & Decker, Inc. | 126 | 4.0 |
| 285 | Qorvo US, Inc. | 125 | new |
| 286 | Arris Enterprises, LLC | 124 | 8.9 |
| | T-Mobile, USA, Inc. | 124 | new |
| | UOP | 124 | -44.4 |
| 289 | Delphi Technologies, Inc. | 121 | new |
| | HRL Laboratories, LLC | 121 | 4.1 |
| 291 | Broadcom Corp. | 119 | -590.8 |
| | Sumitomo Rubber Industries, Ltd. | 119 | -3.4 |
| 293 | Intuitive Surgical Operations, Inc. | 118 | -6.8 |
| 294 | United States of America, National Aeronautics and Space Administration | 117 | 1.7 |
| 295 | DSM IP Assets B.V. | 116 | -24.1 |
| | NGK Spark Plug Co., Ltd. | 116 | -6.0 |
| | University of South Florida | 116 | 1.7 |
| 298 | Acer Inc. | 115 | 4.3 |
| | General Hospital Corp. | 115 | new |
| | Hitachi Kokusai Electric Inc. | 115 | -18.3 |
| | JFE Steel Corp. | 115 | new |
| | Smith & Nephew, Inc. | 115 | -85.2 |

www.ipo.org

# 2017 Patent Owners
## Alphabetical Listing

Use care in interpreting the "percent change from 2016" column. The total number of utility patents granted by the USPTO in 2017 was 318,829, up 5 percent from 2016. The percent change for an individual organization might be affected by mergers, acquisitions, divestitures, inconsistent treatment of subsidiaries in 2016 and 2017, and other factors.

| Rank | Organization | 2017 Patents | Percent Change From 2016 |
|------|-------------|--------------|--------------------------|
| 66 | 3M Innovative Properties Co. | 602 | 11.5 |
| 142 | ABB Ltd. | 243 | -30.5 |
| 267 | Abbott Cardiovascular Systems, Inc. | 132 | -0.8 |
| 225 | Accenture Global Services Ltd. | 152 | 3.9 |
| 298 | Acer Inc. | 115 | 4.3 |
| 252 | Acushnet Co. | 140 | 10.0 |
| 110 | Adobe Systems Inc. | 334 | -5.4 |
| 258 | Advanced Micro Devices, Inc. | 137 | -54.7 |
| 172 | Airbus Operations GmbH | 200 | -10.5 |
| 209 | Airbus Operations S.A.S. | 162 | 4.9 |
| 227 | Aisin Seiki K.K. | 151 | 2.0 |
| 193 | Aktiebolaget SKF | 177 | 15.8 |
| 269 | Alibaba Group Holding Ltd. | 130 | new |
| 5 | Alphabet Inc. | 3,065 | new |
| 15 | Amazon Technologies, Inc. | 1,960 | 15.2 |
| 256 | Analog Devices, Inc. | 138 | 2.2 |
| 12 | Apple, Inc. | 2,225 | 5.6 |
| 70 | Applied Materials, Inc. | 590 | -1.9 |
| 175 | ARM Ltd. | 195 | 40.5 |
| 286 | Arris Enterprises, LLC | 124 | 8.9 |
| 151 | ASML Netherlands B.V. | 223 | -0.9 |
| 30 | AT&T Corp. | 1,263 | -0.2 |
| 219 | AU Optronics Corp. | 156 | -42.3 |
| 151 | Audi AG | 223 | 10.8 |
| 90 | Avago Technologies General IP (Singapore) Pte. Ltd. | 431 | 24.8 |
| 175 | Avaya Inc. | 195 | 3.1 |
| 222 | BAE Systems | 154 | -10.4 |
| 194 | Bally Gaming, Inc. | 176 | -19.9 |
| 125 | Bank of America Corp. | 288 | 3.1 |
| 92 | BASF SE | 415 | -1.9 |
| 124 | Bayer Intellectual Property GmbH | 290 | 52.4 |
| 196 | Bayerische Motoren Werke AG | 174 | 28.2 |
| 96 | Becton Dickinson and Co. | 397 | 35.8 |
| 81 | Blackberry Ltd. | 506 | -52.0 |
| 27 | BOE Technology Group Co., Ltd. | 1,376 | 40.8 |
| 31 | Boeing Co. | 1,171 | 10.2 |
| 250 | Borgwarner Inc. | 141 | new |
| 252 | Bose Corp. | 140 | new |
| 263 | Boston Scientific Neuromodulation Corp. | 134 | -30.6 |
| 113 | Boston Scientific Scimed, Inc. | 320 | 2.8 |
| 199 | Bridgestone Corp. | 171 | -15.2 |
| 271 | Bristol-Myers Squibb Co. | 129 | 14.0 |
| 291 | Broadcom Corp. | 119 | -590.8 |
| 54 | Brother Kogyo K.K. | 705 | -31.3 |
| 165 | CA, Inc. | 204 | 10.3 |
| 230 | California Institute of Technology | 150 | -34.0 |
| 4 | Canon K.K. | 3,664 | -5.5 |
| 224 | Cardiac Pacemakers, Inc. | 153 | -3.9 |
| 227 | Carl Zeiss SMT GmbH | 151 | 15.2 |
| 161 | Casio Computer Co. Ltd. | 206 | -7.3 |
| 69 | Caterpillar Inc. | 595 | 15.5 |
| 282 | Centre National de la Recherche Scientifique - CNRS | 126 | -1.6 |
| 230 | Chevron USA Inc. | 150 | 14.0 |
| 280 | Ciena Corp. | 127 | new |
| 38 | Cisco Technology, Inc. | 989 | 0.2 |
| 271 | Citrix Systems, Inc. | 129 | -33.3 |
| 132 | CNH Industrial America LLC | 272 | 44.5 |
| 275 | Colgate-Palmolive Co. | 128 | new |
| 209 | Comcast Cable Communications, LLC | 162 | new |
| 87 | Commissariat a l'Energie Atomique et aux Energies Alternatives | 458 | 3.5 |
| 135 | Commscope Technologies LLC | 270 | 25.6 |
| 252 | Compagnie Generale des Etablissements Michelin | 140 | 19.3 |
| 182 | Continental Automotive GmbH | 189 | 21.2 |
| 185 | Cook Medical Technologies LLC | 186 | -11.3 |
| 215 | Cooper Technologies Co. | 159 | 15.7 |
| 76 | Corning Inc. | 547 | 28.0 |
| 161 | Cree, Inc. | 206 | -17.0 |
| 282 | Cypress Semiconductor Corp. | 126 | -32.5 |
| 221 | Daikin Industries Ltd. | 155 | 0.0 |
| 111 | Deere & Co. | 328 | 27.1 |
| 18 | Dell Technologies | 1,681 | 3.2 |
| 289 | Delphi Technologies, Inc. | 121 | new |

**2017 Patent Owners**
**Alphabetical Listing**

| Rank | Organization | 2017 Patents | Percent Change From 2016 |
|---|---|---|---|
| 244 | Delta Electronics Inc. | 144 | 8.3 |
| 43 | Denso Corp. | 863 | 18.7 |
| 150 | Disney Enterprises, Inc. | 227 | 14.1 |
| 107 | Dolby Laboratories, Inc. | 344 | 32.8 |
| 295 | DSM IP Assets B.V. | 116 | -24.1 |
| 86 | DuPont | 465 | -10.3 |
| 138 | Eaton Corp. | 257 | 16.7 |
| 153 | Ebay Inc. | 220 | 20.0 |
| 197 | Echostar Technologies LLC | 172 | 14.5 |
| 208 | Ecolab USA Inc. | 163 | 14.7 |
| 72 | Electronics and Telecommunications Research Institute | 585 | -12.8 |
| 122 | Elwha LLC | 294 | 22.4 |
| 114 | Empire Technology Development LLC | 314 | -8.9 |
| 247 | Evonik Degussa GmbH | 142 | new |
| 275 | Excalibur IP, LLC | 128 | new |
| 108 | ExxonMobil Corp. | 339 | -18.0 |
| 60 | Facebook, Inc. | 660 | 33.0 |
| 120 | Fanuc Corp. | 299 | 32.1 |
| 17 | Ford Global Technologies, LLC | 1,876 | 18.4 |
| 209 | Foxconn Interconnect Technology Ltd. | 162 | 9.3 |
| 130 | Fuji Electric Co., Ltd. | 279 | 19.4 |
| 73 | Fuji Xerox Co., Ltd. | 569 | -1.9 |
| 55 | Fujifilm Corp. | 691 | -1.2 |
| 21 | Fujitsu Ltd. | 1,531 | -2.1 |
| 106 | Futurewei Technologies, Inc. | 345 | 0.3 |
| 6 | General Electric Co. | 2,989 | 14.2 |
| 298 | General Hospital Corp. | 115 | new |
| 48 | Globalfoundries Inc. | 782 | -73.9 |
| 230 | Globus Medical Inc. | 150 | 2.7 |
| 36 | GM Global Technology Operations LLC | 1,063 | -4.9 |
| 204 | Haier US Appliance Solutions, Inc. | 168 | new |
| 51 | Halliburton Energy Services, Inc. | 738 | 25.6 |
| 219 | Harvard College, President and Fellows | 156 | new |
| 237 | Here Global B.V. | 148 | 19.6 |
| 82 | Hewlett Packard Enterprise | 505 | -21.8 |
| 146 | Hitachi Automotive Systems, Ltd. | 235 | 16.2 |
| 186 | Hitachi High-Technologies Corp. | 185 | -9.7 |
| 298 | Hitachi Kokusai Electric Inc. | 115 | -18.3 |
| 216 | Hitachi Metals Ltd. | 158 | -12.7 |
| 84 | Hitachi, Ltd. | 491 | -4.3 |
| 133 | Hon Hai Precision Industry Co., Ltd. | 271 | -57.9 |
| 44 | Honda Motor Co., Ltd. | 854 | -1.9 |
| 37 | Honeywell International Inc. | 1,036 | 20.8 |
| 63 | HP Inc. | 630 | -4.1 |
| 289 | HRL Laboratories, LLC | 121 | 4.1 |
| 172 | HTC Corp. | 200 | -7.5 |
| 271 | Huawei Device Co., Ltd. | 129 | -17.1 |
| 22 | Huawei Technologies Co., Ltd. | 1,472 | 18.6 |
| 258 | Hyundai Mobis, Co., Ltd. | 137 | 13.9 |
| 29 | Hyundai Motor Co. | 1,295 | 20.3 |
| 140 | Illinois Tool Works Inc. | 250 | 10.8 |
| 116 | Industrial Technology Research Institute, Taiwan | 312 | -19.9 |
| 58 | Infineon Technologies AG | 677 | 8.7 |
| 144 | Infineon Technologies Austria AG | 242 | 18.2 |
| 246 | Innolux Corp. | 143 | new |
| 3 | Intel Corp. | 3,726 | 8.4 |
| 123 | InterDigital Technology Corp. | 291 | 5.8 |
| 1 | International Business Machines Corp. | 8,996 | 10.8 |
| 216 | IGT | 158 | -56.3 |
| 293 | Intuitive Surgical Operations, Inc. | 118 | -6.8 |
| 75 | Japan Display Inc. | 553 | 15.6 |
| 298 | JFE Steel Corp. | 115 | new |
| 207 | Johns Hopkins University | 164 | -1.8 |
| 33 | Johnson & Johnson | 1,147 | 18.7 |
| 244 | Jtekt Corp. | 144 | -4.9 |
| 137 | Juniper Networks, Inc. | 259 | 5.4 |
| 250 | Kawasaki Jukogyo K.K. | 141 | -6.4 |
| 205 | King Fahd University of Petroleum and Minerals | 167 | new |
| 179 | KLA-Tencor Corp. | 192 | 13.5 |
| 243 | Kobe Steel, Ltd. | 145 | 13.8 |
| 117 | Koch Industries | 310 | 50.6 |
| 178 | Komatsu Ltd. | 193 | 21.2 |
| 83 | Konica Minolta, Inc. | 495 | 9.9 |
| 39 | Koninklijke Philips N.V. | 973 | -14.2 |
| 80 | Kyocera Corp. | 509 | 23.8 |
| 62 | Kyocera Document Solutions Inc. | 632 | -17.1 |
| 171 | LAM Research Corp. | 201 | 10.9 |
| 265 | Lenovo (Beijing) Ltd. | 133 | new |
| 190 | Lenovo (Singapore) Pte. Ltd. | 179 | -2.8 |
| 269 | Lenovo Enterprise Solutions (Singapore) Pte. Ltd. | 130 | -56.2 |
| 61 | LG Chem., Ltd. | 634 | 24.6 |

www.ipo.org

**2017 Patent Owners**
**Alphabetical Listing**

| Rank | Organization | 2017 Patents | Percent Change From 2016 |
|---|---|---|---|
| 65 | LG Display Co., Ltd. | 604 | -5.6 |
| 8 | LG Electronics Inc. | 2,696 | 10.0 |
| 79 | LG Innotek Co., Ltd. | 520 | 11.7 |
| 199 | Lockheed Martin Corp. | 171 | -11.1 |
| 235 | L'Oreal S.A. | 149 | 23.5 |
| 203 | LSIS Co., Ltd. | 169 | 30.8 |
| 240 | Macronix International Co., Ltd. | 147 | -59.9 |
| 205 | Mahle International GmbH | 167 | 26.9 |
| 149 | Marvell International Ltd. | 231 | new |
| 230 | Marvell World Trade Ltd. | 150 | new |
| 118 | Massachusetts Institute of Technology | 306 | 9.2 |
| 95 | Mediatek Inc. | 398 | 29.6 |
| 24 | Medtronic Inc. | 1,414 | -1.9 |
| 169 | Merck & Co., Inc. | 203 | 3.0 |
| 161 | Merck Patent GmbH | 206 | 18.4 |
| 47 | Micron Technology, Inc. | 807 | -9.3 |
| 9 | Microsoft Corp. | 2,601 | 1.7 |
| 34 | Mitsubishi Denki K.K. | 1,142 | 11.5 |
| 91 | Mitsubishi Heavy Industries, Ltd. | 427 | 7.0 |
| 89 | Monsanto Technology, LLC | 434 | -26.0 |
| 275 | Motorola Solutions, Inc. | 128 | -37.5 |
| 74 | Murata Manufacturing Co., Ltd. | 563 | 16.9 |
| 46 | NEC Corp. | 816 | -7.8 |
| 260 | Nestec, S.A. | 136 | -22.1 |
| 142 | NetApp, Inc. | 243 | -3.3 |
| 295 | NGK Spark Plug Co., Ltd. | 116 | -6.0 |
| 174 | Nichia Corp. | 196 | 25.5 |
| 230 | Nielsen | 150 | -12.7 |
| 99 | Nike, Inc. | 372 | -11.6 |
| 158 | Nikon Corp. | 212 | -0.5 |
| 213 | Nintendo Co., Ltd. | 161 | -28.6 |
| 218 | Nippon Steel & Sumitomo Metal Corp. | 157 | 2.5 |
| 101 | Nissan Motor Co., Ltd. | 357 | 11.2 |
| 202 | Nitto Denko Corp. | 170 | -17.1 |
| 26 | Nokia Corp. | 1,381 | new |
| 225 | Northrop Grumman Systems Corp. | 152 | new |
| 136 | Novartis AG | 262 | 5.7 |
| 280 | NTN Corp. | 127 | 2.4 |
| 179 | NTT Docomo, Inc. | 192 | -12.0 |
| 255 | Nuance Communications, Inc. | 139 | 4.3 |
| 130 | Nvidia Corp. | 279 | -25.4 |
| 121 | NXP B.V. | 296 | 2.0 |
| 66 | NXP USA, Inc. | 602 | new |
| 64 | Olympus Corp. | 613 | 9.5 |

| Rank | Organization | 2017 Patents | Percent Change From 2016 |
|---|---|---|---|
| 237 | Omron Corp. | 148 | 10.8 |
| 260 | Open Invention Network, LLC | 136 | 11.8 |
| 50 | Oracle International Corp. | 753 | 12.1 |
| 187 | Osram Opto Semiconductors GmbH | 184 | 12.5 |
| 235 | Panasonic Corp. | 149 | 2.7 |
| 199 | Panasonic Intellectual Property Corp. of America | 171 | -78.9 |
| 28 | Panasonic Intellectual Property Management Co., Ltd. | 1,338 | -4.6 |
| 170 | Paypal. Inc. | 202 | 27.7 |
| 114 | Philips Lighting Holding B.V. | 314 | new |
| 85 | Procter & Gamble Co. | 469 | 15.4 |
| 285 | Qorvo US, Inc. | 125 | new |
| 7 | Qualcomm, Inc. | 2,728 | -14.3 |
| 213 | Rambus, Inc. | 161 | -5.6 |
| 109 | Raytheon Co. | 336 | -9.8 |
| 179 | Red Hat, Inc. | 192 | -5.2 |
| 68 | Renesas Electronics Corp. | 601 | 2.0 |
| 35 | Ricoh Co., Ltd. | 1,140 | -23.2 |
| 32 | Robert Bosch GmbH | 1,158 | 3.1 |
| 112 | Roche Holdings, Inc. | 323 | -20.1 |
| 190 | Rockwell Automation Technologies, Inc. | 179 | 21.2 |
| 197 | Rockwell Collins, Inc. | 172 | 21.5 |
| 126 | Rohm Co., Ltd. | 286 | 0.7 |
| 100 | Rolls-Royce PLC | 359 | 26.5 |
| 275 | Rovi Guides, Inc. | 128 | new |
| 146 | Saint-Gobain Corp. | 235 | 10.2 |
| 159 | Salesforce.com, Inc. | 211 | -6.2 |
| 11 | Samsung Display Co., Ltd. | 2,266 | 11.3 |
| 129 | Samsung Electro-Mechanics Co., Ltd. | 281 | -46.6 |
| 2 | Samsung Electronics Co., Ltd. | 5,810 | 5.3 |
| 96 | Samsung SDI Co., Ltd. | 397 | -9.1 |
| 127 | Sanofi | 284 | -5.6 |
| 78 | SAP AG | 521 | 4.6 |
| 155 | Saudi Arabian Oil Co. | 218 | 21.6 |
| 133 | Schaeffler Technologies AG & Co. KG | 271 | 29.2 |
| 56 | Schlumberger Technology Corp. | 680 | -0.7 |
| 88 | Seagate Technology, LLC | 457 | -14.2 |
| 25 | Seiko Epson Corp. | 1,404 | -17.1 |
| 156 | Semiconductor Components Industries, LLC | 217 | 6.5 |
| 39 | Semiconductor Energy Laboratory Co., Ltd. | 973 | -8.3 |
| 189 | Semiconductor Manufacturing International (Shanghai) Corp. | 182 | 18.7 |

7

**www.ipo.org**

**2017 Patent Owners**
**Alphabetical Listing**

| Rank | Organization | 2017 Patents | Percent Change From 2016 |
|---|---|---|---|
| 57 | Sharp Corp. | 679 | -20.5 |
| 53 | Shenzhen China Star Optoelectronics Technology Co., Ltd. | 709 | 30.5 |
| 227 | Shimadzu Corp. | 151 | 14.6 |
| 240 | Shimano Inc. | 147 | -6.1 |
| 159 | Shin Etsu Chemical Co., Ltd. | 211 | 3.3 |
| 20 | Siemens AG | 1,538 | 3.6 |
| 41 | SK Hynix Inc. | 938 | -18.1 |
| 161 | Skyworks Solutions, Inc. | 206 | new |
| 298 | Smith & Nephew, Inc. | 115 | -85.2 |
| 146 | Societe Nationale d'Etude et de Construction de Moteurs d'Aviation | 235 | 18.7 |
| 265 | Sonos, Inc. | 133 | new |
| 13 | Sony Corp. | 2,116 | -2.5 |
| 98 | Sprint Corp. | 391 | -30.7 |
| 165 | Stanford University | 204 | -19.6 |
| 282 | Stanley Black & Decker, Inc. | 126 | 4.0 |
| 59 | STMicroelectronics, Inc. | 675 | -9.2 |
| 141 | Stryker Corp. | 244 | 21.7 |
| 182 | Sumitomo Chemical Co., Ltd. | 189 | 9.5 |
| 139 | Sumitomo Electric Industries, Ltd. | 255 | -5.5 |
| 291 | Sumitomo Rubber Industries, Ltd. | 119 | -3.4 |
| 188 | Sumitomo Wiring Systems, Ltd. | 183 | 24.6 |
| 165 | Sun Patent Trust | 204 | 42.2 |
| 157 | Symantec Corp. | 214 | 0.9 |
| 237 | Synaptics, Inc. | 148 | new |
| 222 | Syngenta Participations AG | 154 | 16.9 |
| 10 | Taiwan Semiconductor Manufacturing Co., Ltd. | 2,408 | 6.1 |
| 177 | TDK Corp. | 194 | 22.2 |
| 119 | TE Connectivity | 301 | 8.0 |
| 19 | Telefonaktiebolaget LM Ericsson | 1,551 | -0.1 |
| 102 | Tencent Technology (Shenzhen) Co. Ltd. | 354 | 25.1 |
| 42 | Texas Instruments, Inc. | 923 | 3.9 |
| 192 | Thales | 178 | 12.9 |
| 49 | The Dow Chemical Co. | 765 | 7.8 |
| 144 | Thomson Licensing S.A. | 242 | -7.4 |
| 286 | T-Mobile, USA, Inc. | 124 | new |
| 94 | Tokyo Electron Ltd. | 403 | 3.7 |
| 260 | Toray Industries Inc. | 136 | 5.1 |
| 16 | Toshiba Corp. | 1,891 | -1.5 |
| 247 | Toyoda Jidoshokki Seisakusho K.K. | 142 | new |
| 14 | Toyota Jidosha K.K. | 2,015 | 23.6 |
| 194 | Tsinghua University | 176 | -1.7 |
| 104 | United Microelectronics Corp. | 351 | 7.7 |
| 247 | United States of America, Army | 142 | 4.2 |
| 267 | United States of America, Department of Health & Human Services | 132 | -11.4 |
| 294 | United States of America, National Aeronautics and Space Administration | 117 | 1.7 |
| 102 | United States of America, Navy | 354 | 5.1 |
| 23 | United Technologies Corp. | 1,423 | 23.0 |
| 77 | University of California, The Regents of | 524 | 3.6 |
| 275 | University of Michigan | 128 | -10.9 |
| 295 | University of South Florida | 116 | 1.7 |
| 154 | University of Texas | 219 | 26.0 |
| 286 | UOP | 124 | -44.4 |
| 52 | Verizon | 715 | -5.5 |
| 45 | Western Digital Corp. | 837 | -27.4 |
| 127 | Whirlpool Corp. | 284 | 22.2 |
| 209 | Wisconsin Alumni Research Foundation | 162 | -3.7 |
| 184 | Wistron Corp. | 187 | -69.5 |
| 71 | Xerox Corp. | 586 | -30.0 |
| 256 | Xiaomi Inc. | 138 | new |
| 263 | Xilinx, Inc. | 134 | -15.7 |
| 165 | Xperi Corp. | 204 | 6.4 |
| 271 | Yamaha Motor Co., Ltd. | 129 | 10.1 |
| 105 | Yazaki Corp. | 349 | -12.9 |
| 240 | ZF Friedrichshafen, AG | 147 | -11.6 |
| 93 | ZTE Corp. | 407 | -16.0 |

www.ipo.org

END NOTES:

1.      "New" in the percent change column indicates that the company was not on the Top 300 list in 2016.

2.      The number of patents granted does not necessarily indicate the value of a company's technology, the effectiveness of its R&D, or whether it will be profitable.  The number of patents per company varies widely from industry to industry and from company to company within an industry.

3.      This report was compiled by IPO from data provided by the U.S. Patent and Trademark Office.  Patents reported are utility patents granted during calendar year 2017 that listed the organization or a subsidiary as the owner on the printed patent document.  Patents in the name of a majority-owned subsidiary are included with patents of the parent organization if the organization asked IPO to include subsidiaries.  Patents that were granted to two or more organizations jointly are attributed to the organization listed first on the patent document.

4.      The number of utility patents granted by the USPTO increased to 318,829 in 2017 from 303,051 in 2016.

5.      IPO has published this report annually since 1984 as a service to its members.  For annual lists, go to www.ipo.org/top-300.

6.      For next year's list, IPO will include patents of majority-owned subsidiaries under the name of the parent if the parent provides the names of such subsidiaries to IPO at info@ipo.org by 1 March 2019.