# EXHIBIT 13



**FILM**   **TV**   **MUSIC**   **TECH**   **THEATER**   **REAL ESTATE**   **AWARDS**   **VIDEO**   **PODCASTS**   **V500**

HOME > DIGITAL > NEWS

DECEMBER 10, 2015 9:00AM PT

# Google's Chromecast Audio Adapter Gets Multi-Room Support Similar to Sonos

By **JANKO ROETTGERS**



CREDIT: COURTESY OF GOOGLE

Google's recently-launched Chromecast Audio adapter is getting a major feature update this week: Consumers will now be able to group multiple Chromecast audio adapters to stream their favorite music simultaneously in more than one room, similar to the multi-room support available for internet-connected loudspeakers like the ones made by Sonos. The company is also adding high-resolution audio support to Chromecast, making it possible to enjoy music with a resolution of up to 96KHz/24bit.

Google first introduced Chromecast Audio in September. The $35 adapter can be plugged into any stereo system or stand-alone loudspeaker with line-in or optical audio connectivity, and allows consumers to stream music services like Spotify and other audio programming directly from the cloud. Grouping of adapters is being done through Google's Chromecast app, which is available for iOS and Android.

Multi-room audio support will be extended to loudspeakers made by LG, Sony and Denon that use Google's Cast technology some time next year. At that point, consumers will be able to combine a Wifi-connected speaker with a traditional stereo system equipped with a Chromecast audio adapter to play the same music in all of their rooms. Google hasn't said yet whether it intends to bring multi-room audio support to its Chromecast video streaming stick as well.

## Popular on Variety



2  LEAVE A REPLY

CHROMECAST    CHROMECAST AUDIO    GOOGLE

Want to read more articles like this one?  **Subscribe to Variety Today.**