# EXHIBIT 19

9/28/2020
Case 6:20-cv-00881-ADA Document 50-21 Filed 02/18/21 Page 2 of 4
Google Nest—Build your connected home with Google—all in one category on the Google Home







### Streaming
Play music, watch movies, and more using just your voice.

Chromecast Ultra
$69
Buy

Chromecast
$29.99
Buy



# Need a hand? Book a pro* during checkout.

Google now makes it simple to purchase your device with professional installation. Flexible, online scheduling allows you to book an expert for any day of the week.

Learn about Installation

Already have a device?
Book installation with OnTech ⓘ



## Better is when everything works together.

Learn more

**Find your phone under any couch cushion.**

Pixel + Nest Hub Max + Nest Mini

⊕

**Speak up and stream on.**

Nest Mini + Chromecast

⊕

**Get the fastest route from A to B.**

Pixel + Nest Hub + Nest Hub Max

⊕

See all

