# EXHIBIT 30

Compare Pixelbook Laptops – Google Store



Shop gifts for family and friends this holiday season. <u>See Offers</u>

 

Phones ⌄    Connected Home ⌄    Gaming    Laptops ⌄    Tablets ⌄    Accessories ⌄    Special Offers    🔍    ❓    🛒

# Compare Pixelbook Go and Pixelbook





## Pixelbook Go

Made to move, with a lightweight design and long-lasting battery.[1]

**Buy now**

---

### Available Colors

## Pixelbook

Super thin, 4-in-1 design with 360° hinge and Pixelbook Pen support.[3]

**Buy now**

---

### Available Colors

                     

### Operating system

Chrome OS with security and
OS updates[2]

### Operating system

Chrome OS with security and
OS updates[2]

### Display size

13.3" touchscreen

### Display size

12.3" touchscreen with Google
Pixelbook Pen support[3]

### Display resolution

Full HD 1920x1080 (166 ppi)

or

4K Ultra HD Molecular Display™
3840x2160 (331 ppi)

### Display resolution

Quad HD 2400x1600 (235 ppi)

### Processor

8th Gen Intel® Core™ m3, i5, or i7[4]

### Processor

7th Gen Intel® Core™ i5 or i7[4]

### Memory

### Memory

8 GB or 16 GB

8 GB or 16 GB

## Storage

64 GB, 128 GB, or 256 GB SSD[5]

## Storage

128 GB, 256 GB, or 512 GB SSD[5]

## Camera

Front 1080p Duo Cam

## Camera

Front 720p Cam

## Battery

Up to 12 hours[1]

## Battery

Up to 10 hours[1]

## Height

13.4mm (.5in)

## Height

10.3mm (.4in)

## Weight

Full HD: 2.3 lbs (1061g)[7]

4K Ultra HD Molecular Display: 2.4 lbs (1090g)[7]

## Weight

2.4 lbs (1.1kg)[7]

## Ports

2 USB-C™[6]

3.5 mm headphone jack

## Ports

2 USB-C™[6]

3.5 mm headphone jack

---

[1]Battery performance is based on a mix of video, web browsing, productivity and other uses. Actual results may vary.

[2]Auto-updates require Internet connection.

[3]Pixelbook Pen sold separately.

[4]Intel and Intel Core are trademarks of Intel Corporation in the U.S. and/or other countries.

[5]Storage specifications before formatting; actual formatted capacity will be less.

[6]USB-C is a trademark of USB Implementers Forum.

[7]Weight may vary by configuration and manufacturing process.

 Store

Placing an order

Financing

Shipping options

Device recycling

Tracking a package

Country availability

Repairs

Find a Nest Pro

Sustainability

Gift returns

Refurbished

tates          Privacy          Google Nest Commitment to Privacy          Sales Terms          Terms of Service          Careers