# EXHIBIT 32

Google Pixel 4a | Overview | Tech Specs | Compare | How to Buy | Get Started | From $349 or $14.54/month for 24 months with 0% APR Google Store Financing* | Buy



Tech Specs

Display
Full-screen 5.8-inch (147.6 mm) display with transmissive hole

Dimensions and Weight[1]
5.7 height x 2.7 width x 0.3 depth (inches)

Battery
3140 mAh[2]

Memory and Storage
6 GB LPDDR4x RAM • 128 GB storage[3]

Processors
Qualcomm® Snapdragon™ 730G[4]

Rear camera
12.2 MP dual-pixel • 1.4 μm pixel width • Autofocus with dual pixel phase detection

Front Camera
8 MP • 1.12 μm pixel size • ƒ/2.0 aperture • Fixed focus

Video
**Rear Camera:** 1080p @ 30 FPS, 60 FPS, 120 FPS • 720p @ 30 FPS, 60 FPS, 240 FPS

Sensors
Proximity / Ambient light sensor • Accelerometer / Gyrometer

Google Pixel 4a | Overview | Tech Specs | Compare | How to Buy | Get Started | From $349 or $14.54/month for 24 months with 0% APR Google Store Financing* | Buy

**Sensors**

**Charging**
USB-C® 18W adapter with USB-PD 2.0 • 18W fast charging[5]

**Buttons and Ports**
USB Type-C® 3.1 Gen 1 • 3.5 mm audio jack • Power button • Volume controls

**SIMs**
Single Nano SIM • eSIM[6]

**Media & Audio**
Stereo speakers • 2 microphones • Noise suppression

**Wireless and Location**
Wi-Fi 2.4 GHz + 5 GHz 802.11a/b/g/n/ac 2x2 MIMO • Bluetooth® 5.0 + LE, A2DP (HD codecs: AptX, Apt…

**Network[8]**
Up to 3xCA DL, 2x2 MIMO • CAT 12 capable of 600 Mbps download,[9] CAT 5 capable of 75 Mbps uploa…

**Colors**
Just Black

**Hearing Aid Compatibility**
M3/T4 HAC Rating • Google's devices meet the hearing aid compatibility (HAC) requirements set by t…

**Security and OS Updates**
The latest Android 10 + the new Google Assistant with Lens[11]

**Materials**
Polycarbonate unibody • Corning® Gorilla® Glass 3 cover glass

**AR/VR**
AR Core

**Warranty**
1 year

---

**What's in the box**

18W USB-C® power adapter

1 m USB-C to USB-C cable (USB 2.0)

Quick Start Guide

Quick Switch Adapter

SIM tool

| Google Pixel 4a | Overview | Tech Specs | Compare | How to Buy | Get Started | From $349 or $14.54/month for 24 months with 0% APR Google Store Financing* | Buy |





### Trade in your old phone for money back.^Δ

Learn more



### Finance your Pixel.

Learn more



### Preferred Care for added protection.

Learn more



### Free shipping on orders over $35.†

Learn more

[1] Dimensions and weight vary by configuration and manufacturing process.

[2] Estimate of typical capacity based upon testing and expected cell behavior.

[3] Storage specifications refer to capacity before formatting. Actual formatted capacity will be less.

[4] Qualcomm is a trademark of Qualcomm Incorporated, registered in the United States and other countries, used with permission.

[5] Charging rates are based upon use of the included charger plugged into a wall outlet. Actual results may vary.
USB-C® is a trademark of USB Implementers Forum.

[6] Select markets. See your carrier for details.

[7] The Bluetooth® word mark and logos are registered trademarks owned by Bluetooth SIG, Inc.

[8] Pixel 4a works on major carrier networks. In the US, Pixel 4a is compatible with all GSM-based networks and CDMA-based networks. See your carrier for details.

[9] Speeds represent peak theoretical throughput.

[10] Select markets. See your carrier for details.

[11] English only. See g.co/pixelassistant/languages for country and language availability and Google Account requirements. For available Google Lens languages go to g.co/help/lens. Some Lens features require an internet connection.

[12] Android version updates for at least 3 years from when the device first became available on the Google Store in the U.S. See g.co/pixel/updates for details.

[Δ] Trade-in values vary based on condition, year, and configuration of your trade-in device, and are subject to change upon inspection. Credit card refund only available if a Pixel phone is purchased on that card. Phone trade-in value depends on the eligibility of the phone traded in. Phone trade-in credit will be issued as a refund back on the credit card used for the phone purchase at Google Store or in the form of Store Credit if the purchased phone has already been returned. Refund is based on (and paid after) phone received matching the description provided at time of estimate and will be issued to form of payment used for order. Phones sent for trade-in must be received within 30 days of initiation of trade-in process, provided the purchased device has not been returned during that time. Additional trade-in terms are located here: https://store.google.com/intl/en-US_us/about/device-terms.html. Additional store credit terms are located here: https://store.google.com/intl/en-US_us/about/device-terms.html.

† To qualify for free shipping at the lowest cost, your order total must be at least $35 before estimated taxes and after any discounts are applied. Separate, multiple orders cannot be combined to total $35 or more to receive free shipping. Learn more

**Google Pixel 4a**  Overview  **Tech Specs**  Compare  How to Buy  Get Started   From $349 or $14.54/month for 24 months with 0% APR Google Store Financing*   Buy

date each month, the monthly payment (adjusted for taxes, shipping and any other items purchased in the same sales transaction) should allow you to pay off the phone purchase within the number of months advertised if this balance is the only balance on your account during that time period. If you have other balances on your account, this monthly payment will be added to the monthly payment applicable to those balances. For new accounts: Phone purchases (any transaction that includes a phone) APR is 0.00%. All other (regular) purchase APR is 29.99%. Minimum interest charge is $2.00. APRs are accurate as of 08/01/20. Subject to credit approval.

| | |
|---|---|
| Placing an order | Financing |
| Shipping options | Device recycling |
| Tracking a package | Sustainability |
| Country availability | Gift returns |
| Repairs | Refurbished |
| Installation | Trade-in |
| Nest Legal | |
| Nest Privacy | |



United States  Privacy  Google Nest Commitment to Privacy  Sales Terms  Terms of Service  Careers