# EXHIBIT 33



Verizon customers: Upgrade to a Galaxy S20 and save $150

☰  androidcentral  🔍

We may earn a commission for purchases using our links. Learn more.

POWERFUL AUDIO CAPABILITIES

# Google Nest speakers are one step closer to replacing your Sonos system

All those free Nest Minis are coming in handy.

MICHAEL ALLISON    18 Aug 2020                    💬 7



Source: Android Central

## What you need to know

- Google is making it more convenient to own multiple Nest speakers.
- A new update rolling out today will offer more powerful multi-room audio.
- Nest Hubs and other Google Assistant smart-displays will get the new multi-room control today, while the Google Home app will get it in a fall update.

**G**oogle is updating Nest smart home devices with more powerful and dynamic multi-room support. Previously, users could pair Nest devices for stereo audio or manually create a multi-room speaker home grouping. Going forward, it'll be able to be done dynamically. If you have a Google Assistant-powered smart display like the Nest Hub, you'll be able to tap the icon at the bottom of the screen to open up the multi-room control interface and add/remove devices as you move through your home.

▸ Verizon is offering the Pixel 4a for just $10/mo on new Unlimited lines

Here's how Google suggests users can use the new capabilities:

> **Move music from one room to another**: Stream transfer lets you easily move music, videos, podcasts, and more between compatible devices in your home using your voice, the Google Home app, or the touchscreen on your Nest smart display.
>
> **Experience stereo sound**: Stereo pair two Nest Mini or Google Home Max devices in the Google Home app for room-filling sound and even more immersive left and right channel separation.
>
> **Get new music recommendations**: YouTube Music and Spotify Premium subscribers can ask, "Hey Google, recommend some music" and Google Assistant will offer multiple choices from artists and genres that they like, and others like them to choose from.

The new multi-room interface will roll out to Google Nest Hub devices today as well as other Assistant-enabled smart displays. An update to the Google Home app in the fall will let Android phones, tablets, and Play Store-compatible Chromebooks control them.



**Google Nest Hub Max**

The Nest Hub Max remains one of Google's nicest smart home devices. With a nice roomy display and great sound, it's a decent addition to your living room.


$229 at Best Buy


$229 at Walmart

*We may earn a commission for purchases using our links. Learn more.*

---

**From the Editor's Desk**
**Google's giving up too much ground in the smart home fight**
We're in the thick of our fall launches, but after the tidal wave of new products from Amazon last week, Google's Launch Night In looks like it'll barely make a splash. That's not good, because Alexa and Ring are rapidly gaining on Assistant and Nest.

**Au clair de la lune**
**Luna is both a safe bet and Amazon's best idea in years**
Is "rolling your own" Netflix-style game library what we really want? Amazon thinks so.

**Now we're getting somewhere**
**Google's parent company settles shareholder lawsuit over sexual misconduct**
Following sexual misconduct reports from 2018, Google has settled a shareholder lawsuit and announced major changes to how the company operates in these regards — including no severance packages for employees

Keep the big, beautiful OnePlus 8 Pro big and beautiful with a case

The OnePlus 8 Pro is a big, glass-backed phone, and big glass-backed phones get cases. These are the best options for protecting your new flagship in style.





News   Google Nest Hub

## Google Nest speakers are one step closer to replacing your Sonos system

**Log in** or **Register** to Comment

**fuzzylumpkin**

I hardly think so.

Tue Aug 18, 2020 3:28pm    Reply

**pgg101**

Sonos has been dead for a few years now in my house. I unplugged my Sonos shortly after I started getting Google Home speakers throughout my house.

Tue Aug 18, 2020 3:46pm    Reply

**rob damiani**

I am sorry for your loss

Tue Aug 18, 2020 3:59pm    Reply

**real0395**

I think Sonos is very overpriced, but are the Google speakers better quality than the Sonos?

Tue Aug 18, 2020 7:29pm    Reply

**medianemesis**

Seeing as Google Nest speakers do not have the audio quality of the Sonos speakers (except maybe the Max), they have nothing close to the integration with roughly 70+ music services like Sonos has, and the Google Home app is nowhere as fluid as the S2 app regarding media playback/controls on multiple devices simultaneously, I daresay Google has a long way to go.

Even YouTube and podcasts streams cast to the Google Home still drop out and sometimes resume on the phone, so no...

Tue Aug 18, 2020 3:59pm    Reply

**Lone Wolf2**

Yeah, right. For all those lovers of transistor radio quality sound, great news.

Wed Aug 19, 2020 10:49am    Reply

**RSage67**

There are a few of us who will never buy into Google/Nest.

Wed Aug 19, 2020 3:00pm    Reply

Only A Few People Know These Airplane Hacks
amomedia.com

One Thing All Liars Have In Common (Brace Yourself)
TruthFinder

If You Like to Play, this Strategy Game is a Must-Have. No Install.
Forge Of Empires

Look Closer, The Photographer Was Not Expecting This Photo
Scientific Mirror



CCPA Notice

© Future US, Inc. • Terms & Conditions • Privacy Policy • Cookie Policy • Careers • Licensing • External Links Disclosure •
Accessibility Statement