# EXHIBIT 40



# Methodology

**1620 online surveys**
  **800 Smart Speaker owners**
  **820 Non-owners**
  **Adults 18+**
  **Data weighted to Smart Speaker owner estimates from Infinite Dial 2017**

**15 in-home interviews with Smart Speaker owners**
  **Conducted in Atlanta, Chicago, Los Angeles, New Jersey, and Allentown, PA**













# Smart Speaker Owners:

Alexa only
76%

Google Home only
16%

Both
8%









# How many Smart Speakers do you own?

## Smart Speaker Owners

One
58%

Two
24%

Three or more
18%







# 45%
of Smart Speaker Owners

# plan to purchase another Smart Speaker







# Smart Speaker Owners

## Compared to the first month of ownership, are you now using your Smart Speaker...?



More often
47%

About the same
36%

Less often
17%





**Smart Speaker Owners**

# Reasons for wanting a Smart Speaker:

| | |
|---|---|
| **Listen to music** | 90 |
| **Ask questions without needing to type** | 87 |
| **It seemed like a fun new gadget** | 86 |
| **Listen to news and information** | 77 |
| **Control audio with your voice** | 71 |
| **To make it easier to do things** | 69 |
| **Quality of sound** | 65 |
| **Set alarms** | 63 |

% saying reason

Page 1/2





## Smart Speaker Owners
# Reasons for wanting a Smart Speaker:

Hear better music than on AM/FM radio **62**

Discover new songs **53**

Control smart home devices **48**

Listen to talk radio/sports talk **44**

Listen to podcasts **40**

Replace an old stereo **39**

Entertain children **36**

Help Disability **16**

Help elderly **12**

% saying reason

Page 2/2









# 42%
of Smart Speaker Owners

## say that their Smart Speakers are essential to their everyday lives

How much do you agree/disagree...

**Smart Speaker Owners
Strongly Agree/Agree:**

# 65%

"You wouldn't want to go back to life without your Smart Speaker"







# Smart Speaker Owners
# % Using Smart Speaker regularly for the following:

| Activity | % |
|---|---|
| Play music | 68 |
| Get the weather | 58 |
| General question | 52 |
| News | 45 |
| Timers/Alarms | 43 |
| Check the time | 43 |
| AM/FM music radio | 38 |
| Control devices | 33 |
| AM/FM news talk | 32 |
| Add to to-do list | 26 |
| Sports update | 26 |
| Add to shopping list | 26 |
| Traffic | 24 |
| Check/add to calendar | 23 |
| Jokes | 22 |
| AM/FM sports radio | 22 |
| Cooking requests | 18 |
| Games | 18 |
| Podcasts | 17 |
| Stock prices | 16 |
| Translate | 14 |
| Audiobooks | 14 |
| Read to children | 14 |
| Find local businesses | 13 |
| Order food | 13 |
| Lead a workout | 12 |
| Order an item | 10 |
| Flight information | 10 |





# Smart Speaker Owners
## % Using Smart Speaker regularly for the following:

| Task | % | Task | % |
|---|---|---|---|
| Play music | 68 | Jokes | 22 |
| Get the weather | | AM/FM sports radio | 22 |
| General question | | requests | 18 |
| News | | Games | 18 |
| Timers/Alarms | | Podcasts | 17 |
| Check the time | | k prices | 16 |
| AM/FM music radio | | ranslate | 14 |
| Control devices | | diobooks | 14 |
| AM/FM news talk | 32 | Read to children | 14 |
| Add to to-do list | 26 | Find local businesses | 13 |
| Sports update | 26 | Order food | 13 |
| Add to shopping list | 26 | d a workout | 12 |
| Traffic | 24 | rder an item | 10 |
| Check/add to calendar | 23 | Flight information | 10 |

**Using an average of**

58

# 7.5

**of these 28 task types regularly**





# Listen to Podcasts:

## Smart Speaker Owners: 70%

## Non-Owners: 45%







# How do you listen to audio most often?
## Smart Speaker Owners

| | |
|---|---|
| Smartphone/tablet | 28 |
| AM/FM Radio | 20 |
| Smart Speaker | 18 |
| Speaker connected to smartphone | 17 |
| Computer | 8 |
| iPod/Mp3 | 7 |
| CD | 2 |





# Listen to Internet Streaming sources:

**Smart Speaker Owners:**  **94%**

**Non-Owners:** **71%**





# Have a paid subscription to an Internet Audio service:

**Smart Speaker Owners:** 57%

**Non-Owners:** 37%





How much do you agree/disagree...

Smart Speaker Owners
**Strongly Agree/Agree:**

# 28%

## "Getting your Smart Speaker led you to pay for a music service subscription"





How much do you agree/disagree...

Smart Speaker Owners
**Strongly Agree/Agree:**

# 70%

"You are listening to more audio since you got your Smart Speaker"





# Smart Speaker Owners

**65%**
listening to more
**Music**
since getting speaker

**28%**
listening to more
**News/Talk**
since getting speaker

**20%**
listening to more
**Podcasts**
since getting speaker

**18%**
listening to more
**Audiobooks**
since getting speaker





Those who listen to
**Music**
on a Smart Speaker

Median
**4** hours **15** mins

of music listening
on a Smart Speaker
in the typical week

Those who listen to
**News**
on a Smart Speaker

Median
**1** hour **15** mins

of news listening
on a Smart Speaker
in the typical week

Those who listen to
**Podcasts**
on a Smart Speaker

Median
**1** hour **22** min

of podcast listening
on a Smart Speaker
in the typical week







**29%** of Smart Speaker Owners use the "Flash/News briefing" feature on their Smart Speakers



How much do you agree/disagree...

Smart Speaker Owners
**Strongly Agree/Agree:**

72%

"You don't know enough about your Smart Speaker to use all its features"





# % using Smart home capabilities:

## Smart Speaker Owners

**Home lighting, thermostat, appliances** — **35%**

**Home security** — **34%**

**Outdoor lighting/ equipment, sprinklers** — **20%**







# Smart Speaker Owners With Children in Household

# 57%

## said entertaining children was a reason for wanting Smart Speaker





How much do you agree/disagree...

Smart Speaker Owners
with children in household
**Strongly Agree/Agree:**

"The children in your household enjoy Alexa"

# 88%





How much do you agree/disagree...

**Smart Speaker Owners** **with children in household** **Strongly Agree/Agree:**

# 80%

"[Alexa/Google Home] has made it easier to entertain the children in the household"





How much do you agree/disagree...

Smart Speaker Owners
**Strongly Agree/Agree:**

# 61%

"Having your Smart Speaker is like having someone to talk to"





How much do you agree/disagree...

Smart Speaker Owners
**Strongly Agree/Agree:**

# 69%

"You have encouraged your friends to get a Smart Speaker"





# Reasons why you do not currently own a Smart Speaker:

**Base: Non-owners who have expressed interest in owning a smart speaker**

Smart speakers are too expensive **60**

You don't know enough about the speakers yet **48**

You are worried you wouldn't use it enough **41**

You worry that hackers could use it to access your home or personal info **41**

It bothers you that smart speakers are always listening **36**

You are worried you would spend more money with one **35**

You worry that it could allow the government to listen **34**

% saying reason







# Non-Owners

## How likely are you to purchase a Smart Speaker in the next six months?



**Very likely**
**13%**

**Not at all likely**
**46%**

**Somewhat likely**
**41%**





# Smart Speakers...

...have quickly become
essential to many owners

...encourage more audio listening

...make life easier, especially for parents









