# EXHIBIT 43

9/28/2020, Case 6:20-cv-00881-ADA Document 50-45 Filed 02/18/21 Page 2 of 2, Google Nest and Google Home device firmware versions - Google Nest Help, https://support.google.com/googlenest/answer/7365257



chrome-extension://mcbpblocgmgfnpjjppndjkmgjaogfceg/fsCaptured.html  1/1