# EXHIBIT 44

back to school BAKER'S DOZEN $7 MONDAY EINSTEIN BROS BAGELS



Ad covered content | Not interested in this ad | Ad was inappropriate | Seen this ad multiple times



# Google Home upgrade brings some of the best Sonos features to your speakers

GOOGLE HOME owners will now be able to use some of the greatest features from connected audio specialists Sonos on their voice-activated gadgets.

By AARON BROWN
PUBLISHED: 07:12, Sun, Aug 23, 2020 | UPDATED: 07:12, Sun, Aug 23, 2020

SHARE TWEET

Google Home users can now quickly add or remove speakers to blast their favourite tracks (Image: GOOGLE • UNSPLASH)

ATHLETA MAKE MOVES SHOP NOW FREE SHIPPING ON $50+ FREE RETURNS

Google has started to roll out a number of new multi-room audio options for Google Nest speakers and smart displays controlled within the Google Home app. The new functionality appears to be the most direct challenge to the likes of Sonos, which has enjoyed enormous success by creating a series of connected speakers and soundbars that can play music simultaneously – or individually.

RELATED ARTICLES

Google warns free services like Gmail and YouTube are now 'at risk'

Google Maps gets its most impressive update yet ...but there's a catch

In a blog post shared earlier this week, Google revealed its new dynamic speaker group options, which lets you add and remove speakers from the Google Home app with a few taps. Although you've been able to manually group together Google Assistant-enabled speakers, smart displays and Chromecasts for a while now, Google didn't offer the ability to quickly throw together a few devices on a whim.

0% INTRO APR on balance transfers for 15 months from date of first transfer. Get Started Citi Rewards+ Card citi

Most read in Tech

1. Your next Virgin Media bill could be a shock, but not in the way you might expect
2. WhatsApp will soon let you do something it's never allowed before
3. Microsoft has removed security features from your Windows 10 PC, but there's a good reason
4. macOS 11 Big Sur release date could be announced on October 13, new leak suggests
5. Microsoft gives Windows 10 fans another really good reason to ditch Google Chrome

Latest videos

Man Utd could sell seven this week as Ed Woodward makes Jadon Sancho transfer decision

Coronavirus map LIVE: London and the North face two week lockdown if cases do not fall

GetResponse EMAIL MARKETING MARKETING AUTOMATION LANDING PAGES WEBINARS TRY FOR FREE

The upgraded multi-room control works inside a number of your favourite music apps, like Spotify, Apple Music, YouTube Music, and more. If the app already supports the ability to Cast your audio to a Google Assistant-enabled speaker or a Chromecast, then you'll be able to bundle a few speakers together to create a haphazard grouping. Tapping on the Cast icon in the corner of the screen when any audio content is playing will let you add or remove your other devices throughout your home.

If you have a Google Nest Hub, or another smart display, in your home, you don't even need to pull out your smartphone. Instead you'll be able to use a new interface included in the clever gadget to quickly tick or untick speakers on your network. Just like Sonos, you can also change the volume on each speaker individually from the main interface.

PROMOTED STORY





Dr. Ron Paul: "Why They're Keeping Americans Home"
(Stansberry Research) Outbrain

MORE LIKE THIS
Google Chromecast just got a feature you'll wish you had months ago






As pictured above, the new interface lets you toggle speakers, Chromecasts, and smart displays (Image: GOOGLE)

Advertisement
ATHLETA MAKE MOVES SHOP NOW FREE SHIPPING ON $50+ FREE RETURNS



Of course, if you find yourself adding the same speakers again and again, it might be worth putting in the time to create a dedicated group. That allows you to beam audio from these speakers with a single tap – or ask Google Assistant to do it for you.

Chris Chan, Product Manager for Google Nest, says coupling the new feature with stereo pairing for two Nest Mini or Home Max devices will bring left and right channel support and room-filling audio for your favourite track.

TRENDING



Your next Virgin Media bill could be a shock, but not in the way you might expect



WhatsApp will soon let you do something it's never allowed before



Microsoft has removed security features from your Windows 10 PC, but there's a good reason

The latest upgrade to Google Home audio gadgets comes after the Mountain View-based company introduced a new feature, dubbed Stream Transfer, that lets you move music, videos, podcasts and more between compatible devices in your home using your voice, the Google Home app or the touchscreen on your Nest smart display. So, you can be listening to a podcast in the kitchen while preparing dinner – and throw the episode to the speaker in your dining room to continue listening while you munch.

As Google Home becomes a more fully-fledged multi-room audio app, Sonos recently overhauled its entire app. The next-generation Sonos app includes support for high resolution

READ MORE



Google guarantees you the best deal on Pixel 4a, Google Home, more



Universal Credit claimants could receive up to £10k extra this year - are you eligible?



Brexit LIVE: Irish leader Micheál Martin drops major hint EU heading for no deal Brexit



Craig Revel Horwood: Strictly judge says 'curse' will be 'more intense' in 2020 series




Sponsored Smartfeed


How to order DoorDash without paying DoorDash prices
Sponsored - Wikibuy


The genius trick every Amazon shopper should know
Sponsored - Wikibuy


This genius checkout trick can drop your JOANN total instantly
Sponsored - Wikibuy


Urologist: This May Shrink An Enlarged Prostate - Try It Tonight
Sponsored - World Health Wellness


The Actual Cost Of One Day Full Mouth Dental Implants Might Surprise you
Sponsored - Dental implants | Sponsored listing


Don't Over Pay For Roof Replacement. Actual Cost In Chicago Might...
Sponsored - Roofing Contractors | Sponsored Listings


The Richest Songwriters of All Time Ranked
Sponsored - Investing.com


Read This Before You Renew Amazon Prime Again
Sponsored - Wikibuy


How to shop at Best Buy without paying Best Buy prices
Sponsored - Wikibuy


Jay Leno's Million-Dollar Collection
Sponsored - Investing.com

Comments

audio including Dolby Atmos, as well as delivering new security updates. With the arrival of the new app, Sonos had to drop support for a number of connected speakers.

RELATED ARTICLES

- Microsoft confirms Internet Explorer is finally dead on Windows 10
- Google Maps gets its most impressive update yet ...but there's a catch
- Your Facebook will change forever from next month

Google

Sponsored

The New Volvo XC90 Is Dropping Jaws!

Auto Life | Sponsored Listings

1 Important Trick Most Mac Users Are Unaware of

MacKeeper

Many Chicago, Illinois Drivers Don't Even Know This Genius Tip

US Auto Insurance Now

Warning: Kirkland Brand Are Identical To These Products And Cost

Healthy Eaters: "Goodbye Meal Kits, Hello Hungryroot"

Comments

WhatsApp will soon let you do something it's never allowed before

Amazon Prime Day deals 2020 revealed: The date all Amazon customers need to know

Why your next Android smartphone will soon be much faster and cheaper

BT, Virgin and Sky's broadband eclipsed on price but only if you make a drastic change

Apple Watch Series 6 review: the best smartwatch just got even better

Your next Virgin Media bill could be a shock, but not in the way you might expect

macOS 11 Big Sur release date may have just been revealed early

Your Amazon Echo is getting a free upgrade that WILL save you money

iPhone 12 release date: why Apple fans don't have long left to wait

Galaxy S20 FE has a big advantage over the Galaxy S20 and it's not the price

New Chromecast and redesigned Google Home smart speaker unmasked, will YOU upgrade?

This Google code cuts the cost of Google Nest Mini, Chromecast, Nest WiFi for today only

Microsoft has removed security features from your Windows 10 PC, but there's a good reason

Way Less!
BetterBe

Hungryroot

sponsored by Doggykingdom
NO PULL Harness

Dog Owners Watch Out. This Is The Best Dog

Dog Owners Watch Out. This Is The Best Dog

Why This Harness Will Make Your Dog Feel Mc

Shaquille Oneal's new $50 million yacht is unreal.
Investing.com

[Gallery] Famous Septuplets 20 Years Later. Look What Happened To Them
Herald Weekly

If you're going to buy Bath and Body Works, read this
Wikibuy

Blake Shelton And Gwen Stefani Make Exciting Announcement
Creat8 Media

Comments

Popular in the Community

Rishi Sunak warned 'you will NEVER be...

Brex as E

Amazon Prime Day is almost here, here's one thing you need to do to before it arrives

WhatsApp tests new photo feature that could cause its biggest controversy in years

Google Maps' crucial new update is essential viewing before your next trip

New Amazon Echo Show 10 has a screen that follows you around the room

All-new Amazon Echo revealed with ball-shaped design and much better sound

Microsoft gives Windows 10 fans another really good reason to ditch Google Chrome

iPhone 6 users fury as NHS track and trace Covid-19 app will NOT work on their phone

Comments

Sponsored

25 Vinyl Records Worth a Fortune Today
Sponsored - Investing.com

[Pics] Ryan Reynolds Helped Rescue This Young Woman's Most Treasured Memento
Sponsored - Zan Herald

Here Are The Highest Paid News Anchors At Each Network.
Sponsored - Investing.com

Born Into Billions: Kevin Bacon's Wife is one of the Richest Heiresses in America
Sponsored - Investing.com

[Pics] Heidi Klum's Daughter Looks Just Like Her Famous Dad
Sponsored - PawsZilla

Illinois Surgeon: Easy Method Relieves Tinnitus (Ear Ringing)
Sponsored - healthbenefits.vip

Claim These 8 Senior

rasong
Does Murphy, who claims there are goin...
Top Comment 13
AdChoices
Sponsored
Conversation
Be the first to comment...
Powered by OpenWeb
Terms | Privacy | Feedback
Rebates Right Now
Sponsored - Everyday Finance
Urologist: Try This If You Have An Enlarged Prostatic (Watch)
Sponsored - healthtrend.news
[Pics] Firemen Think They Saved Puppies Then Realize This
Sponsored - Give It Love
Are You Paying Too Much For Auto Insurance in 2020? Here's A Cool Way...
Sponsored - savemoneyinsider.org
sponsored by Eargo
Hearing Shouldn't Cost an Arm and a Leg
Get a Free Sample Of
The World's Best Hearing
Learn More
Learn More
Learn More
Tommy Chong: Throw Out Your CBD Now
tommychongshemp.com
Rollback
8 Secret Ways to Save at Walmart That Only Experts Know About
thepennyhoarder.com
Ranked: The 25 Best Vehicles of 2020
Edmunds
Shut The Front Door! The 2020 Volkswagen Atlas Is Amazing
2020 Volkswagen Atlas | Sponsored Listings

