# EXHIBIT 7

# Interactive: Patent Power 2017

## The technology world's most valuable patent portfolios

Below is this year's interactive table combining 18 industry scorecards with the top 20 companies in each sector. To see an individual scorecard, select that industry from the list on the right, or select multiple sectors as you prefer. In the zoomable map below, companies are plotted by the country in which their headquarters is located. Companies are plotted by the country in which each headquarters are located in the zoomable map below.

For an explanation of how the metrics are used to derive the Pipeline Power score—which takes into account the value rather than the raw quantity of patents in a portfolio—read the sidebar, "Constructing the Patent Power Scorecard."

**Company by Pipeline Power**

| Company/Organization | Country of Headquar.. | Pipeline Power |
|---|---|---|
| Apple Inc. | United States | 14,285 |
| Sonos Inc. | United States | 2,235 |
| LG Electronics Inc. | South Korea | 1,960 |
| GoPro Inc. | United States | 1,692 |
| iRobot Corp. | United States | 1,221 |
| Dolby Laboratories Inc. | United States | 1,129 |
| Sony Corp. | Japan | 1,101 |
| Canon Inc. | Japan | 1,030 |
| Koninklijke Philips NV | Netherlands | 1,027 |
| Hand Held Products Inc. (Honeywell Int.. | United States | 983 |
| Goertek Inc. | China | 947 |
| Kimree Inc. | China | 922 |
| Samsung SDI Co. | South Korea | 676 |
| Panasonic Corp. | Japan | 465 |

Sector

- [ ] (All)
- [ ] Aerospace and Defense
- [ ] Automotive and Parts
- [ ] Biotechnology and Pharmaceut…
- [ ] Chemicals
- [ ] Communication/Internet Equip…
- [ ] Communication/Internet Services
- [ ] Computer Peripherals and Stor…
- [ ] Computer Software
- [ ] Computer Systems
- [ ] Conglomerates
- [x] Electronics
- [ ] Government Agencies
- [ ] Medical Equipment/Instruments
- [ ] Scientific Instruments
- [ ] Semiconductor Equipment Mfg
- [ ] Semiconductor Mfg

Join IEEE | IEEE.org | IEEE *Xplore* Digital Library | IEEE Standards | IEEE Spectrum | More Sites    Create Account | Sign In

IEEE SPECTRUM  Engineering Topics  Special Reports  Blogs  Multimedia  The Magazine  Professional Resources  Search

+ t a b l e a u

IEEE SPECTRUM  Contact Us  About  Reprints & Permissions  Newsletters  Advertising & Media Center  IEEE Job Site

Facebook  Twitter  LinkedIn  Instagram  RSS

© Copyright 2019 IEEE Spectrum | Terms & Conditions | Privacy & Opting Out of Cookies | Accessibility | Nondiscrimination Policy

IEEE

Join IEEE
About IEEE
Conferences & Events
Education & Careers
Membership & Services
Publications and Standards
Societies & Communities

© Copyright 2019 IEEE — All rights reserved. Use of this Web site signifies your agreement to the IEEE Terms and Conditions.
A not-for-profit organization, IEEE is the world's largest technical professional organization dedicated to advancing technology for the benefit of humanity.

