# EXHIBIT 19

9/28/2020 Google Nest: Build your connected home with Google - https___store.google.com_us_category_connected_home

Case 6:20-cv-00881-ADA Document 51-19 Filed 02/23/21 Page 2 of 4








