# EXHIBIT 30

Shop gifts for family and friends this holiday season. See Offers



Phones ⌄    Connected Home ⌄    Gaming    Laptops ⌄    Tablets ⌄    Accessories ⌄    Special Offers

 

# Compare Pixelbook Go and Pixelbook



## Pixelbook Go

Made to move, with a lightweight design and long-lasting battery.[1]

Buy now



## Pixelbook

Super thin, 4-in-1 design with 360° hinge and Pixelbook Pen support.[3]

Buy now

### Available Colors



### Available Colors

    

## Operating system

Chrome OS with security and OS updates[2]

## Display size

13.3" touchscreen

## Display resolution

Full HD 1920x1080 (166 ppi)

or

4K Ultra HD Molecular Display™ 3840x2160 (331 ppi)

## Processor

8th Gen Intel® Core™ m3, i5, or i7[4]

## Memory

## Operating system

Chrome OS with security and OS updates[2]

## Display size

12.3" touchscreen with Google Pixelbook Pen support[3]

## Display resolution

Quad HD 2400x1600 (235 ppi)

## Processor

7th Gen Intel® Core™ i5 or i7[4]

## Memory

8 GB or 16 GB

8 GB or 16 GB

## Storage

64 GB, 128 GB, or 256 GB SSD[5]

## Storage

128 GB, 256 GB, or 512 GB SSD[5]

## Camera

Front 1080p Duo Cam

## Camera

Front 720p Cam

## Battery

Up to 12 hours[1]

## Battery

Up to 10 hours[1]

## Height

13.4mm (.5in)

## Height

10.3mm (.4in)

## Weight

Full HD: 2.3 lbs (1061g)[7]

4K Ultra HD Molecular Display: 2.4 lbs (1090g)[7]

## Weight

2.4 lbs (1.1kg)[7]

**Ports**

2 USB-C™[6]

3.5 mm headphone jack

**Ports**

2 USB-C™[6]

3.5 mm headphone jack

[1]Battery performance is based on a mix of video, web browsing, productivity and other uses. Actual results may vary.

[2]Auto-updates require Internet connection.

[3]Pixelbook Pen sold separately.

[4]Intel and Intel Core are trademarks of Intel Corporation in the U.S. and/or other countries.

[5]Storage specifications before formatting; actual formatted capacity will be less.

[6]USB-C is a trademark of USB Implementers Forum.

[7]Weight may vary by configuration and manufacturing process.



| Placing an order | Financing |
| Shipping options | Device recycling |

| | |
|---|---|
| Tracking a package | Sustainability |
| Country availability | Gift returns |
| Repairs | Refurbished |
| Find a Nest Pro | |

tates    Privacy    Google Nest Commitment to Privacy    Sales Terms    Terms of Service    Careers