# EXHIBIT 42





















Case 6:20-cv-00881-ADA Document 51-42 Filed 02/23/21 Page 4 of 4

**THE VERGE**

Terms of Use • Privacy Notice • Cookie Policy • Do Not Sell My Personal Info •
Licensing FAQ • Accessibility • Platform Status
Contact • Tip Us • Community Guidelines • About • Ethics Statement

**VOX MEDIA**
Advertise with us
Jobs @ Vox Media
© 2020 Vox Media, LLC. All Rights Reserved