# EXHIBIT 43

