# EXHIBIT 14



Source: Packet Broadband Network Handbook

# PART 1

# Packet Network Foundations

Downloaded from Digital Engineering Library @ McGraw-Hill (www.digitalengineeringlibrary.com)
Copyright © 2004 The McGraw-Hill Companies. All rights reserved.
Any use is subject to the Terms of Use as given at the website.

Part I of this book introduces four widely deployed packet network technologies: X.25, frame relay, asynchronous transfer mode (ATM), and Internet protocol (IP).

Before packet networks, communications technology used circuit-switched telephone networks with dedicated, analog circuits that functioned on a "always on once activated" basis. A dedicated circuit cannot be used for other purposes even if no communications are taking place at the moment. In regard to telephone conversations, it is estimated that on the average a dedicated circuit carried active traffic only 20 to 25 percent of the time and is idle the other 75 to 80 percent. Moreover, other services such as video data streams cannot be efficiently carried on circuit-switched networks.

Packet networks based on packet switching technologies represent a radical departure. The key idea behind packet switching is that a message or a conversation is broken into independent, small pieces of information called *packets* that are either equal or variable in size. These packets are sent individually to a destination and are reassembled there. No physical resource is dedicated to a connection, and connections become virtual, thus allowing many users to share the same physical network resource.

The concept of packet switching is attributed to Paul Baran who first outlined its principles in an essay published in 1964 in the journal *On Distributed Communications*. The term *packet switching* itself was coined by Donald Davies, a physicist at the British National Physical Lab, who came up with the same packet switching idea independently. It is interesting to note that a few decades earlier, a similar discovery in physics by Albert Einstein—that waves of light can be broken into a stream of individual photons—led to the development of quantum mechanics.

Packet networks allow more efficient use of network resources. Each packet occupies a transmission facility only for the duration of the transmission, leaving the facility available for other users when no transmission is taking place.

Packet-switched networks are highly fault-tolerant. From the very start of their development, network survivability was a major design goal. Because packet networks do not rely on dedicated physical connections, packets can be routed via alternative routes in case of an outage in the original communications link.

Packet networks can support bandwidth on-demand and flexible bandwidth allocation. Bandwidth is allocated at the time of communication, and the amount of bandwidth allocated is based on need. In

Downloaded from Digital Engineering Library @ McGraw-Hill (www.digitalengineeringlibrary.com)
Copyright © 2004 The McGraw-Hill Companies. All rights reserved.
Any use is subject to the Terms of Use as given at the website.



Source: Packet Broadband Network Handbook

# CHAPTER 8

# Local Area Networks

Downloaded from Digital Engineering Library @ McGraw-Hill (www.digitalengineeringlibrary.com)
Copyright © 2004 The McGraw-Hill Companies. All rights reserved.
Any use is subject to the Terms of Use as given at the website.

# 8.1 Introduction

A local area network is a high-speed data network that covers a relatively small geographic area. It typically connects workstations, personal computers, printers, servers, and other end-user devices, which are collectively also known as *data terminal equipment*. The common applications of LAN include shared access to devices and applications, file exchange between connected users, and communication between users via electronic mail and others. LANs are also private data networks, because they belong to an organization and are used to carry data traffic as opposed to voice traffic.

This section provides a brief introduction to LAN history, standards, protocol stacks, topologies, and devices.

## 8.1.1 LAN History and Standards

LAN is a type of broadband packet access network that carries the packet data traffic of an organization. LAN interconnects the end users of an organization to an outside public data network such as the Internet.

The basis of LAN technologies and standards was defined in the late 1970s and early 1980s. LAN technologies really emerged with the Internet itself, and the first widely deployed LAN technology, Ethernet, is almost as old as the Internet itself. The overwhelming majority of the deployed LANs are Ethernet.

IEEE 802, a branch of the International Institute of Electrical and Electronics Engineers (IEEE), is responsible for most of the LAN standards. These standards have also been adopted by other standards organization such as ANSI and ISO. The major LAN standards are listed in Table 8-1.

## 8.1.2 LAN Protocol Stacks

The LAN protocols operate at the bottom two layers of the OSI network reference model, i.e., at the physical layer and the data link layer, as shown in Fig. 8-1. The physical layer is primarily concerned with the transmission medium and its physical characteristics for digital signal transmission. The data link layer consists of two sublayers, the medium access control (MAC) sublayer and logical link control (LLC) layer. The MAC sublayer is responsible for controlling access to a shared medium by multiple users simultaneously. The LLC sublayer is responsible for

Downloaded from Digital Engineering Library @ McGraw-Hill (www.digitalengineeringlibrary.com)
Copyright © 2004 The McGraw-Hill Companies. All rights reserved.
Any use is subject to the Terms of Use as given at the website.

Local Area Networks

**TABLE 8-1**

IEEE 802 LAN Standards Summary

| IEEE 802 specification | LAN technology | Description |
|---|---|---|
| IEEE 802.1 (ISO 15802-2) | General information | Details how the other 802 standards relate to one another and to the ISO OSI reference model. |
| IEEE 802.2 (ISO 8802.2) | LLC framework | Divides the OSI data link layer into two sublayers and defines the functions of the LLC and MAC sublayers |
| IEEE 802.3 | Ethernet | Defines the CSMA/CD protocol, which is used in Ethernet applications and has become synonymous with Ethernet |
| IEEE 802.4 (ISO 8802.4) | Token bus | Defines the token-passing bus access method |
| IEEE 802.5 (ISO 8802.5) | Token ring | Defines the Token Ring access method |
| IEEE 802.7 | Broadband LAN | Recommended practices for broadband LANs |
| IEEE 802.11 | Wireless LAN | Wireless LAN medium access control (MAC) and physical layer specifications |
| IEEE 802.15 | Wireless personal area network (WPAN) | WPAN MAC and physical layer specifications |
| IEEE 802.16 | Broadband fixed wireless metropolitan area networks (MANs) | Air interface specification for fixed broadband wireless access systems |
| IEEE 802.12 | 100 VG-AnyLAN | Defines a LAN technology that supports the operations of any existing LAN protocol, including the Ethernet frame format and Token Ring frame format, but not both at the same time |

interfacing to the upper layers, such as IP and the Internetwork Packet Exchange protocol (IPX). Any layer above the data link layer is beyond the scope of the LAN protocols.

The IEEE 802 LAN standards are compatible at the upper part of the data link layer, i.e., at the LLC sublayer, but differ from each other at the MAC sublayer and physical layer.

The scope of each LAN protocol may vary. Some cover the entire two bottom layers. For example, Ethernet as defined in IEEE 802.3 (IEEE 2001) and FDDI as defined in IEEE 802.5j (IEEE 1998c) cover the physical layer and both sublayers of the data link layer, as shown on the right-hand side of Fig. 8-1. Other LAN protocols, such as Token Ring and token bus,

Downloaded from Digital Engineering Library @ McGraw-Hill (www.digitalengineeringlibrary.com)
Copyright © 2004 The McGraw-Hill Companies. All rights reserved.
Any use is subject to the Terms of Use as given at the website.

**Figure 8-1** The LAN protocol stack.

specify the physical layer and the MAC sublayer while sharing a common LLC specification defined in IEEE 802.2, as shown on the right-hand side of Fig. 8-1.

**8.1.2.1 Physical Transmission Medium** The LAN transmission medium can be divided into the two general categories of wired and wireless. This chapter focuses only on the wired or wireline LAN technology, while Chap. 9 will describe wireless LAN.

There are basically three types of transmission media used in wireline LAN deployment: copper twisted pair, coaxial cable, and optical fiber. The type of transmission medium determines the data rate and transmission distance.

**TWISTED PAIR COPPER WIRE** Twisted pair, both shielded and unshielded, is a pair of copper wires that are twisted to increase the transmission distance. It is the least costly of the three wireline LAN media, and one of the most common transmission media currently used in LAN applications. It is primarily used in star and hub LAN configurations in office buildings. The maximum transmission distance of twisted pair cable depends on the target date rate; typically the limit is 100 m without repeater. The data rate of copper twisted pair normally is not as high as that of other transmission media and depends on factors such as transmission distance and the modulation scheme used for transmission. The

Downloaded from Digital Engineering Library @ McGraw-Hill (www.digitalengineeringlibrary.com)
Copyright © 2004 The McGraw-Hill Companies. All rights reserved.
Any use is subject to the Terms of Use as given at the website.

Local Area Networks

longer the transmission distance is, the lower the bit rate is. It is not uncommon to see twisted pair achieve a bit rate of over 1 Mbps for a distance of 100 meters.

**COAXIAL CABLE** Coaxial cable, whose transmission wire is insulated with dielectric insulating material and braided out conductor, can achieve higher data rates and longer transmission distances. There are two kinds of coaxial cables: thin wire and thick wire, referring to the difference in the cable diameters, thin wire being 0.25 in diameter and thick wire being 0.5 in diameter. Thin-wire coaxial cable reaches shorter distances, typically 200 m with the data rate of over 10 Mbps, while thick-wire cable can reach over 500 m with the same data rate.

**OPTICAL FIBER** Optical fiber carries data in the form of flashing light beams in a glass fiber, as opposed to electrical signals on a wire. Optical fiber can achieve much higher data rates than coaxial cable or twisted pair over much longer distances. The fiber transmission equipment consists of fiber cable, special electrical-to-optical and optical-to-electrical converters, light emitters such as light-emitting diodes (LEDs) or laser and optical receivers. These transmission components have been much more costly than twisted pair and coaxial cable. However, with the advent of new optical transmission technologies and a massive market for broadband applications, the cost has come down considerably in recent years and the optical fiber is becoming a common choice for LAN deployment.

LANs can use one type of transmission medium or a mix of types. For example, lower-speed twisted pair can be used between a computer and a hub, while coaxial cable can be used between a branch hub and a main hub and high-speed optical fiber cable can be used between a main hub and an outside router.

**8.1.2.2 Media Access Control Sublayer** A LAN technology must address the issue of resource contention because multiple users share the same transmission medium. A contention occurs when two DTEs transmit data at the same time. There are basically two MAC mechanisms for LAN: carrier-sense multiple access with collision detection and control token.

**CSMA/CD** The CSMA/CD access control method is used in Ethernet and can be characterized as "listen and send." A network device first listens to the wire when it has data to send, then sends the data when it finds that no other device is sending the data. After it finishes sending the

Downloaded from Digital Engineering Library @ McGraw-Hill (www.digitalengineeringlibrary.com)
Copyright © 2004 The McGraw-Hill Companies. All rights reserved.
Any use is subject to the Terms of Use as given at the website.

SONOS-SVG2-00018679

data, it listens to the wire again to detect if any collision occurs while it transmitted data. A collision occurs when two devices send data simultaneously. If a collision is detected, the device waits for a random amount of time before resending the data. The randomness of the wait period makes the possibility of another collision very small. However, this algorithm is not deterministic, and when the number of users increases to a large enough point, network performance deteriorates drastically owing to the large number of collisions.

The major advantage of CSMA/CD is its simplicity. It is easy to implement and works well in the LAN environment.

**CONTROL TOKEN** Control token is a special network packet used to control access to a shared transmission medium. A token is passed around a network from device to device. When a device has data to send, it must wait until it has the token, at which time it sends its data. When the transmission is complete, the token is released so that other devices may use the network to transmit their data. A major advantage of token-passing networks is that they are deterministic. In other words, it is easy to calculate the maximum time that will pass before a device has the opportunity to send data. This explains the popularity of token-passing networks in some real-time environments such as factories, where machinery must be capable of communicating at determinable intervals. Token-passing networks include Token Ring and FDDI.

**MAC ADDRESS** The MAC address is a number that is hard-wired into each LAN card such as the Ethernet Network Interface Card or adapter that uniquely identifies this device on a LAN. The MAC addresses are 6 bytes in length, and are usually written in hexadecimal such as 12:34:56:78:90:AB. The colons in the address may be omitted, but generally make the address more readable. Each manufacturer of LAN devices has a certain range of MAC addresses, just like a range of telephone numbers, that they can use. The first 3 bytes of the address denote the manufacturer.

**8.1.2.3 Link Layer Control Sublayer** The LLC sublayer, as defined in the IEEE 802.2 standard, mainly hides the differences between various MAC sublayer implementations such as Ethernet, Token Ring, and FDDI and presents a uniform interface to the network layer. This allows different types of LANs to communicate with each other.

The IEEE 802 LLC protocol defines a generic LLC protocol data unit that includes both user data and LLC header. The LLC header contains a control field that in turn contains the fields such as protocol ID and

Downloaded from Digital Engineering Library @ McGraw-Hill (www.digitalengineeringlibrary.com)
Copyright © 2004 The McGraw-Hill Companies. All rights reserved.
Any use is subject to the Terms of Use as given at the website.

header type. Also found in the LLC header are source and destination address fields.

### 8.1.3 Data Transmission Methods

There are three data transmission modes in LAN environments: point-to-point, multicast, and broadcast. In each transmission mode, a single packet is sent to one or more nodes.

In *point-to-point transmission,* which is also known as *unicast,* a single packet is sent from a source to a destination on a LAN. First, the source node addresses the packet by using the address of the destination node. The packet is then sent onto the LAN, and the LAN then passes the packet to its destination.

In *multicast transmission,* a single data packet is copied and sent to a specific subset of nodes on a LAN. First, the source node addresses the packet by using a special type of address, called a *multicast address.* The packet is then sent onto the LAN, which makes copies of the packet and sends a copy to each node that is part of the multicast address.

In *broadcast transmission,* a single piece of data is copied and sent to all the nodes on a LAN. In this type of transmission mode, a source node addresses a packet by using a broadcast address. The packet is then sent onto the LAN, which makes copies of the packet and sends a copy to every node on the LAN.

### 8.1.4 LAN Topology

A LAN topology defines how the data terminal equipment such as desk top computers, printers, and server computers, and LAN internetworking devices such as switches, routers, and hubs, are interconnected to each other. In general, there are four types of LAN topologies: bus, star, ring, and hub. Each has some advantages, which will now be discussed (Halsall 1996).

**8.1.4.1 Bus Topology** The bus is one of the most common LAN topologies. A simple bus topology is characterized by a central cable that runs through end-user equipment like computers and servers, as shown in Fig. 8-2(a). A physical connection, also known as a *tap,* is made to the cable for each user terminal or computer to access the network. MAC circuitry and the software implementing the control scheme together allow the connected users to share the common cable and transmission

Downloaded from Digital Engineering Library @ McGraw-Hill (www.digitalengineeringlibrary.com)
Copyright © 2004 The McGraw-Hill Companies. All rights reserved.
Any use is subject to the Terms of Use as given at the website.

**Figure 8-2**
Bus, star, and hub LAN topology examples.



bandwidth. A slightly more complicated bus topology may consist of multiple layers of buses. A bus cable can be connected to another bus cable, which in turn may be connected to yet another cable. This forms a topology that looks like an uprooted tree.

**8.1.4.2 Ring Topology** Ring-based LAN topology is characterized by a cable that passes from one DTE to another until all the DTEs are connected to form a ring or loop. A distinct feature of ring topology is

Downloaded from Digital Engineering Library @ McGraw-Hill (www.digitalengineeringlibrary.com)
Copyright © 2004 The McGraw-Hill Companies. All rights reserved.
Any use is subject to the Terms of Use as given at the website.

Local Area Networks

that traffic travels in one direction only. Between two neighboring user DTEs, it is a direct point-to-point link that carries traffic in one direction only, termed *unidirectional*. Again, medium access circuitry and a control algorithm are built into a DTE and network to allow each DTE a fair chance to access the cable ring.

**8.1.4.3 Star Topology** In star topology, there is a focal point that is either a switch or a router, and all end-user DTEs are connected to the central point via a point-to-point cable, as shown in Fig. 8-2(b). This is a typical voice-service PBX configuration that is also used to interconnect end-user DTEs, although not as common as other topologies. Compared to the other topologies, star topology has more complicated wiring.

**8.1.4.4 Hub Topology** A fourth common topology is the hub structure, which is a mix of the ring and bus topologies. A hub topology is simply a bus or ring wiring collapsed into a central unit. A hub does not perform any switching or intelligent processing. All a hub does is simply retransmit all signals received from a DTE to all other DTEs with a set of repeaters inside the hub. As shown in Figure 8-2(c), a hub can be connected to another hub to form a hierarchy of hubs and DTEs that looks like a tree structure.

## 8.1.5 LAN Internetworking Devices

An internetworking device interconnects two or more other LAN devices. Based on functionality, there are three types of such internetworking devices: repeater, bridge, and router or switch.

**8.1.5.1 Repeater** A LAN *repeater* is a physical layer device used to connect two LAN cable segments so a LAN will extend further in distance. A repeater essentially boots digital signals to allow a series of cable segments to be treated as a single cable. It receives signals from one network segment and amplifies, retimes, and retransmits those signals to another network segment. A LAN repeater operates at the physical layer without any intelligence to perform any filtering or other traffic processing. In addition, all electrical signals, including electrical noise and errors, are repeated and amplified as well. The total number of repeaters within a LAN is limited due to timing and other issues.

**8.1.5.2 LAN Hub** A *hub* is a physical layer device that connects multiple user stations, each through a dedicated cable. In some respects, a

Downloaded from Digital Engineering Library @ McGraw-Hill (www.digitalengineeringlibrary.com)
Copyright © 2004 The McGraw-Hill Companies. All rights reserved.
Any use is subject to the Terms of Use as given at the website.

Local Area Networks

hub functions as a multiport repeater. Hubs are used to create a physical star network while maintaining the logical bus or ring configuration of a LAN.

**8.1.5.3 LAN Bridge** A LAN *bridge* is an internetworking device that interconnects two LAN segments at the data link layer as opposed to the physical layer in the case of a repeater. A bridge must have at least two ports, one receiving incoming frames and one sending outgoing frames. A bridge uses a MAC address to route frames from one segment to another, or even to a different LAN that is the same or different at the physical or MAC layer.

**8.1.5.4 LAN Router and Switch** A LAN *router* operates at the network layer, interconnecting like and unlike devices attached to one or more LANs. LAN routers normally also support link layer bridging in addition to network layer routing.

A LAN router, as described in Chap. 4 on IP networks and Appendix A, employs routing protocols to dynamically obtain knowledge of destination address prefixes across an entire set of internetworked LANs. A LAN router normally has a packet-forwarding engine that uses a lookup table to identify the physical interface of the next hop toward the destination.

## 8.2 Ethernet

Ethernet is almost as old as the Internet itself. Since its inception at a Xerox lab in the early 1970s, it has been the dominant protocol for local area networks. By various estimates, Ethernet accounts for somewhere between 80 to 95 percent of worldwide LAN installations.

This section, after first providing some background information, introduces three generations of Ethernet: 10Base Ethernet, Fast Ethernet, and optical Ethernet, with an emphasis on the first two. Gigabit Ethernet and 10 Gigabit Ethernet were described in detail in Chap. 7 in the context of optical transport network, and will be discussed briefly in this chapter in the context of LAN technology.

What is remarkable about Ethernet is its continuity and simplicity. The fundamentals of Ethernet such as Ethernet frame and logical link control, which were already defined for the first generation of Ethernet, have remained largely intact through the rapid technological evolution

Downloaded from Digital Engineering Library @ McGraw-Hill (www.digitalengineeringlibrary.com)
Copyright © 2004 The McGraw-Hill Companies. All rights reserved.
Any use is subject to the Terms of Use as given at the website.

SONOS-SVG2-00018684

Case 6:20-cv-00881-ADA Document 60-14 Filed 04/27/21 Page 14 of 29

of the past two decades. Ethernet is viewed as a kind of plug-play technology because it is relatively simple and can operate with very little manual intervention for configuration and provisioning.

## 8.2.1 Ethernet Basics

**8.2.1.1 A Brief History** Ethernet was originally developed by Digital, Intel, and Xerox (DIX) in 1972 and was designed as a "broadcast" system where stations on a network can send messages at will. All the stations may receive the messages, but only one specific station to which the message is directed will respond. Robert Metcalf and David Boggs of Xerox are credited with coming up with first Ethernet design. Ethernet was originally designed to run on any medium (copper wire, fiber, or even radio wave), which is where *Ether* in the term *Ethernet* comes from.

The original version of Ethernet was adopted by IEEE Committee 802.3 (IEEE Project 802 was named after the time Ethernet was set up, in February 1980), and the packet format was standardized, which is known as the IEEE 802.3 Ethernet frame.

The Ethernet evolution, based on the transmission technologies and speed, involved at various times in its development, can be divided into the following periods:

- 10BaseT Ethernet, starting from 1972 to the mid-1990s
- 100Base Ethernet, starting from the mid-1990s
- 1000Base Ethernet, starting from 1998
- 10Gig Ethernet, starting from 2000

An Ethernet version is represented in terms of the transmission speed, the transmission medium, and maybe the transmission distance. The prefix number in an Ethernet version such as 10 in 10Base or 100 in 100Base refers to the transmission speed of 10 Mbps and 100 Mbps. The suffix letter refers to the medium type, while suffix number for earlier versions of Ethernet refers to the maximum transmission distance. For example, the letter T in 10BaseT refers to "twisted pair" copper wire and the number 5 in 10Base5 refers to the transmission distance in hundreds of meters.

**8.2.1.2 Ethernet Protocol Stack** The Ethernet protocol stack is similar to the general LAN protocol stack as described earlier: It covers the layers 1 and 2 of the OSI network reference model. In addition, Ethernet further

Downloaded from Digital Engineering Library @ McGraw-Hill (www.digitalengineeringlibrary.com)
Copyright © 2004 The McGraw-Hill Companies. All rights reserved.
Any use is subject to the Terms of Use as given at the website.

SONOS-SVG2-00018685

Local Area Networks

defines three sublayers for the physical (PHY) layer: PMD, PMA, and PCS, which are briefly discussed here (IEEE 2001c).

The physical medium-dependent (PMD) sublayer defines the Ethernet cables, wiring, and other transmission medium-related components. The physical medium attachment (PMA) defines the type of connectors used to connect an Ethernet device such as an Ethernet NIC, hub, or switch to the Ethernet cable. The physical coding sublayer (PCS) defines a scheme appropriate to the medium to encode and decode data received from/sent to the PMD sublayer (Spurgen 2000).

The Ethernet data link layer, like that of other LAN technologies, is broken into two sublayers: the LLC on the upper half and the MAC on the lower half. The MAC deals with getting data on and off the wire and media access control, as shown in Fig. 8-3. The logical link control

**Figure 8-3**
The Ethernet protocol stack in reference to the OSI network reference model.

Downloaded from Digital Engineering Library @ McGraw-Hill (www.digitalengineeringlibrary.com)
Copyright © 2004 The McGraw-Hill Companies. All rights reserved.
Any use is subject to the Terms of Use as given at the website.

on the upper half of the data link layer deals with error checking and providing a uniform interface to the network layer above.

**8.2.1.3 Ethernet Operation Mode** Ethernet supports either half-duplex, full-duplex, or both operation modes. Early Ethernet supports only the half-duplex mode of operation, where a station can transmit or receive data but not at the same time. In contrast, a station supporting the full-duplex mode of operation can transmit and receive data simultaneously. It was with the development of Fast Ethernet that Ethernet became able to support both half-duplex and full-duplex modes of operation.

## 8.2.2 First Generation—10BaseT Ethernet

10BaseT is one of the most popular versions of the first generation of Ethernet, and defines the fundamentals of Ethernet technology upon which later generations of Ethernet have been built. This discussion will cover the area of the physical layer, the media access control sublayer, and the logical link control sublayer.

**8.2.2.1 Physical Layer of Ethernet** The characteristics of the first generation of Ethernet are summarized in Table 8-2, which includes the transmission medium, transmission distance and data rate, and operation mode.

**TABLE 8-2**

10Base Ethernet Summary

| Standards | IEEE standard—year first released | PMD type | Date rate | Maximal distance in meters | |
|---|---|---|---|---|---|
| | | | | Half duplex | Full duplex |
| 10Base5 | 802.3—1983 | Coax cable (thick Ethernet) | 10 Mbps | 500 | Not supported yet |
| 10Base2 | 802.3—1985 | Coaxial cable (thin Ethernet) | 10 Mbps | 185 | Not supported yet |
| 1Base5 | 802.3—1987 | 2 pairs of twisted telephone cable | 1 Mbps | 250 | Not supported yet |
| 10Base-T | 802.3—1990 | 2 pairs of category 3 or better UTP cable | 10 Mbps | 100 | 100 |
| 10Base-FL | 802.3—1993 | Two optical fibers | 10 Mbps | 2000 | >2000 |

SOURCE: IEEE 2000.

Downloaded from Digital Engineering Library @ McGraw-Hill (www.digitalengineeringlibrary.com)
Copyright © 2004 The McGraw-Hill Companies. All rights reserved.
Any use is subject to the Terms of Use as given at the website.

The transmission medium has evolved from the original thick coax (10base5) to twisted pair copper wire and then to fiber. Twisted pair is the most common choice of cable for the first generation of Ethernet. Unshielded twisted pair (UTP) is one kind of twisted pair that has two copper wires twisted together and is relatively immune to noise.

The physical coding sublayer uses Manchester coding, a common coding scheme at the time of first-generation Ethernet that divides each bit into two halves. A 1 is defined by a transition from "low" to "high" in the middle of the bit period, and a 0 is defined as a transition from "high" to "low" in the middle of the bit period.

Most versions of first-generation Ethernet support only the half-duplex mode of operation and have a transmission distance of around 250 m.

**8.2.2.2 Ethernet Frame** The Ethernet frame defines a structure to hold user data and to be carried on the physical medium. It consists of two parts: a header and the payload data. Figure 8-4 shows the IEEE 802.3 Ethernet frame format, which includes the following:

- *Preamble.* A 7-byte field containing a series of alternating 1s and 0s used by an Ethernet receiver to acquire bit synchronization and frame timing information. This field is generated by the hardware in an Ethernet device.
- *Destination address.* The MAC address of a receiving Ethernet device.
- *Source address.* The MAC address of a sending device.
- *Type.* A 2-byte field indicating the type of data encapsulated, e.g., IP, ARP, RARP, etc.
- *Payload data.* The data field with length ranging from 46 to a maximum of 1500 bytes.
- *Cyclical redundancy check (CRC).* A 4 -byte field used for error detection.

**Figure 8-4**
The IEEE 802 Ethernet frame structure.

Preamble (7)
Destination address (6)
Source address (6)
Type (2)
Payload data (46 ... 1500)
CRC (4)
MAC header
Data field

Downloaded from Digital Engineering Library @ McGraw-Hill (www.digitalengineeringlibrary.com)
Copyright © 2004 The McGraw-Hill Companies. All rights reserved.
Any use is subject to the Terms of Use as given at the website.

Local Area Networks

**8.2.2.3 Media Access Control** Ethernet MAC uses CSMA/CD for access control. By means of carrier sense multiple access, with collision detection, an Ethernet device does the following:

1. Listens to the line before putting a packet "on the wire," and if the line is busy, waits for a predetermined number of seconds before retry
2. When the line becomes idle, transmits while monitoring for collisions
3. If a collision is detected, sends the jam signal and waits for an algorithmically determined number of seconds before resending any packets
4. If the maximum number of transmission attempts is reached, gives up

## 8.2.3 Second Generation—Fast Ethernet

Fast Ethernet was defined to meet the demands of fast-growing Internet traffic. In the face of fast growth, 10 Base Ethernet became too slow by the early 1990s to meet all the needs of the Internet's data traffic flow. The IEEE reconvened the IEEE 802.3 committee in 1992 to upgrade Ethernet to 100 Mbps. Two competing proposals emerged in the process: one simply aimed at increasing the speed of the existing Ethernet as defined by IEEE 802.3 to 100 Mbps, while the other reworked the old Ethernet with a new architecture. The first proposal resulted in the updated IEEE 802.3 specifications, also known as *Fast Ethernet,* that were approved in 1996. The second resulted in the establishment of the IEEE 802.12 committee and the 802.12 standard specifications in 1995, also known as *100VG-AnyLAN.* This subsection briefly describes Fast Ethernet, while the following subsection discusses 100VG-AnyLAN.

One major change in the Fast Ethernet specifications is that shared medium topologies like the bus topology are eliminated in favor of the star topology in order to decrease transmission collisions and increase network throughput. At the center of the star topology is a switching hub that supports full-duplex operation.

**8.2.3.1 Physical Layer** The Fast Ethernet specifications define three physical media, or physical medium-dependents: 100Base-T4, 100BaseSE-TX, and 100Base-FX. The 100Base-T4 uses four unshielded

Downloaded from Digital Engineering Library @ McGraw-Hill (www.digitalengineeringlibrary.com)
Copyright © 2004 The McGraw-Hill Companies. All rights reserved.
Any use is subject to the Terms of Use as given at the website.

twisted pairs of cable to connect a user station to a hub, a very common situation in office buildings. The 100Base-TX uses two pairs of category 5 unshielded twisted pairs. The 100Base-FX uses a pair of optical fiber cables that are defined by ANSI standards for FDDI. Table 8-3 summarizes the Fast Ethernet physical layer characteristics.

Fast Ethernet adopts a faster coding scheme at the physical signaling sublayer, i.e., the 4-bit/5-bit scheme that uses groups of four data bits as a transmission unit, also called an *encoded symbol*, with the fifth bit as the delimiter.

**8.2.3.2 MAC Layer** Fast Ethernet retains the original Ethernet MAC layer. All the original frame formats, procedures, and media access control algorithms, i.e., CSMA/CD, remain almost identical. This enables the first-generation of 10-Mbps Ethernet LANs to run over 100 Mbps Fast Ethernet without any changes.

## 8.2.4 100VG-AnyLAN

The IEEE 802.12 standards, originally approved in 1995, were the result of a competing proposal for upgrading the first generation of Ethernet. The central idea behind 100 VG-AnyLAN is to define a LAN technology that supports the operations of any existing LAN protocol, be it Ethernet frame format and Token Ring frame format, but not both at the same time. The main goals of 100VG-AnyLAN include avoiding the frame collisions of the traditional CSMA/CD access method and providing

**TABLE 8-3**

100Base Ethernet Summary

| Standards | IEEE standard—year first released | PMD type | Maximal distance in meters | |
|---|---|---|---|---|
| | | | Half duplex | Full duplex |
| 100Base-TX | 802.3—1995 | Two pairs of category 5 UTP cable | 100 | 100 |
| 100Base-FX | 802.3—1995 | Two optical fibers | 400 | 2000 |
| 100Base-T4 | 802.3—1995 | Four pairs of category 3 or better UTP cable | 100 | Not supported |
| 100Base-T2 | 802.3—1997 | Two pairs of category 3 or better UTP cable | 100 | 100 |

SOURCE: IEEE 2000b.

Downloaded from Digital Engineering Library @ McGraw-Hill (www.digitalengineeringlibrary.com)
Copyright © 2004 The McGraw-Hill Companies. All rights reserved.
Any use is subject to the Terms of Use as given at the website.

Local Area Networks

prioritized services on LAN (IEEE 1998a). 100VG-AnyLAN did not achieve wide acceptance in the market, largely due to the overwhelming dominance of Ethernet.

The prioritized service is implemented via a demand priority protocol that utilizes a round robin polling scheme for each station to request a priority for each MAC frame from the repeater. Higher priority is given to delay-sensitive frames, while the best-effort service is given to the rest of the frames.

Collision avoidance is achieved via the exclusive use of a switching hub as opposed to the shared media used by traditional Ethernet. A station can transmit only after it is granted permission to do so by the connected repeater. Thus the access control method is deterministic with no collisions.

## 8.2.5 Gigabit and 10 Gigabit Ethernet

Gigabit Ethernet and 10 Gigabit Ethernet as transport technologies are introduced in Chap. 7 on optical ethernet, which focuses on the physical layer of both Ethernet technologies. This subsection provides an overview of Gigabit Ethernet and 10 Gigabit Ethernet from the perspective of LAN.

**8.2.5.1 Gigabit Ethernet** Soon after the Fast Ethernet standards were finalized, the work on 1000Base Ethernet began at the IEEE 802.3z committee. After the specifications were completed, large-scale deployment soon followed.

One primary goal of Gigabit Ethernet, like its predecessor Fast Ethernet, is to alleviate the bandwidth crunch on LANs with 10-fold increase in speed. Gigabit Ethernet also preserves the standard 802.3 Ethernet frame format and the minimum and maximum sizes of the frame, so that it is backward-compatible with 100BaseT and 10BaseT Ethernet.

Gigabit Ethernet supports both full- and half-duplex operations, the same as Fast Ethernet. For half-duplex operations, CSMA/CD is used. For full-duplex operations, the standard flow control defined in IEEE 802.3 is used (IEEE 2001b). At the physical layer, Gigabit Ethernet supports both fiber and copper wire as physical media, although optical fiber is the common choice. It uses the recently defined ANSI Fibre Channel standards as the basis for fiber-based media (ANSI 1998).

Gigabit Ethernet equipment, like Ethernet switch or router equipment, is mainly used for LAN backbone, interconnecting distributed multiple LANs, or connecting a LAN to a backbone IP network.

Downloaded from Digital Engineering Library @ McGraw-Hill (www.digitalengineeringlibrary.com)
Copyright © 2004 The McGraw-Hill Companies. All rights reserved.
Any use is subject to the Terms of Use as given at the website.

Case 6:20-cv-00881-ADA Document 60-14 Filed 04/27/21 Page 21 of 29

**8.2.5.2 10 Gigabit Ethernet** Efforts on the 10 Gigabit Ethernet specifications by the IEEE 802.ae committee were initiated soon after the Gigabit Ethernet specifications were completed. The 10 Gigabit technology clearly targets LAN, the traditional space of Ethernet, and the space beyond LAN such as WAN and MAN. 10 Gigabit Ethernet defines two families of physical layer interfaces: one for local area networks, operating at a data rate of 10 Gbps, and one for wide area networks, operating at a data rate compatible with the payload rate of OC-192c/SDH VC-4-64c. 10 Gigabit Ethernet preserves the standard 802.3 Ethernet frame format and the minimum and maximum sizes of the frame, so that it is backward-compatible with 100BaseT and 10BaseT Ethernet, like Gigabit Ethernet.

One important feature of 10 Gigabit Ethernet is that it supports full-duplex operation only. The traditional Ethernet half-duplex operation for shared connections and CAMA/CD is abandoned.

# 8.3 Token Ring LAN

Token Ring LAN technology was originally developed by IBM in the 1970s, was originally standardized by the IEEE as the standard IEEE 802.5 in 1985, and then was adopted as ISO 8802.5 (IEEE 1998c). The IEEE 802.5 specification is almost identical to IBM's Token Ring network, with some minor differences. Throughout this chapter, the term *Token Ring* generally is used to refer to both IBM's Token Ring network and IEEE 802.5 network unless noted otherwise.

The Token Ring network is well suited for use in commercial and industrial environments, where predictability of the performance is expected.

## 8.3.1 Transmission Medium

IBM Token Ring uses twisted pair copper wire as the transmission medium even though IEEE 802.5 does not specify a media type. In more recent deployments, optical fiber cable is also used to extend the size of the ring interconnecting hubs beyond their normal limitations.

With unshielded twisted pair, a very common wiring choice, a Token Ring network can have a maximum of 72 stations or nodes, although in practice the number of nodes is normally smaller. With shielded twisted pair (STP) wiring, the number of attached stations can increase up to 250

Downloaded from Digital Engineering Library @ McGraw-Hill (www.digitalengineeringlibrary.com)
Copyright © 2004 The McGraw-Hill Companies. All rights reserved.
Any use is subject to the Terms of Use as given at the website.

SONOS-SVG2-00018692

Local Area Networks

in theory. The typical distance of a Token Ring LAN, called an *average ring length* (ARL), is about 100 m, and this distance can be extended 10-fold if optical fiber cable is used between hubs.

The original IEEE 802.5 Token Ring LAN operates at 4 Mbps, but the standard now covers transmission rates up to 16 Mbps.

## 8.3.2 Token Ring LAN Configuration and Topology

A Token Ring network typically features a ring topology formed from a set of small clusters or stars, as shown in Fig. 8-5. At the center of each star is a multistation access unit (MSAU) with a set of Token Ring stations connected to it. An MSAU is basically a hub device, and each station is connected to it via a twisted pair cable with two wire pairs. One pair receives data and the other is for transmitting data. The MSAUs are connected together with patch cable or optical fiber cable to form a ring.

An MSAU can be passive or active. A passive MSAU merely provides an electrical path for the data to pass through. An active MSAU amplifies the signals passing through it. With active MSAUs, a Token Ring network can extend further in distance.

**Figure 8-5**
A Token Ring network topology.

Downloaded from Digital Engineering Library @ McGraw-Hill (www.digitalengineeringlibrary.com)
Copyright © 2004 The McGraw-Hill Companies. All rights reserved.
Any use is subject to the Terms of Use as given at the website.

## 8.3.3 Media Access Control and Frame Format of Token Ring

As the name of the protocol suggests, the media access method used with Token Ring networks is called *token passing*. This is a deterministic access method that ensures no collisions will occur because only one station can transmit at any given time.

There are two types of frame for Token Ring LAN: token frame and data frame. A token frame is a short frame three octets in length, and can turn into a data frame when the token bit is set to 1, as shown in Fig. 8-6.

The token frame has a start delimiter (SD) and an end delimiter (ED), each with a length of one octet. The access control octet has four fields: priority, token indicator, monitor, and reserved bits. The priority field indicates the frame priority and a station can seize the token only if its own priority is equal to or higher than the token priority. The token indicator bit indicates whether the frame is a token or a data frame. The monitor field prevents any frame from circulating on the ring endlessly. The reserved bits field allows a station with higher priority to reserve the next token to be issued with the indicated priority.

A data frame is a superset of the token frame with additional fields such as destination and source addresses, data, and FCS fields, as shown in Fig. 8-6.

## 8.3.4 Token Ring LAN Operations

User data travels on the Token Ring network in one direction only, as in other ring topologies. The token frame is passed from node to node. Possession of the token gives a station permission to transmit data.

**8.3.4.1 Data Transmission Operations** When a station has data to send, it seizes the token first, then changes the token indicator bit to turn the token into the start of a data frame sequence. It then inserts user information and a destination address into the frame and sends it to the next station downstream on the ring.

Each station on the ring examines the data frame and passes it onto the next neighboring station if it is not the intended destination station. The destination station copies the frame for further processing, and sets a bit in the frame to acknowledge receipt of the frame.

The frame continues to circulate the ring until it reaches the sender. The sender removes the frame when it finds that the frame has been "seen" by the destination station. When the sender finishes sending the

Downloaded from Digital Engineering Library @ McGraw-Hill (www.digitalengineeringlibrary.com)
Copyright © 2004 The McGraw-Hill Companies. All rights reserved.
Any use is subject to the Terms of Use as given at the website.

Local Area Networks

**Chapter 8:** Local Area Networks 215

Start delimiter
Access control
Frame counter
Destination address
Source address
Data
FCS
End delimiter
Generic frame structure

1 Octet
1 Octet
1 Octet
SD
Access token
ED
Token frame structure
Priority
Token
Monitor
Reservation bit

**Figure 8-6** Token Ring frame structures.

last frame, it regenerates the token and puts it on the ring to allow other stations on the network to transmit data.

When a data frame is on the ring, no token frame is on the ring at the same time. This prevents two stations from transmitting data simultaneously so that no collisions occur.

**8.3.4.2 Priority** Token Ring LAN uses a priority system that allows the operator to assign high priority to some stations that can use the network more frequently than others. Briefly, the priority scheme works as follows: The token frame has two fields that control the priority: the priority field and the reservation field. Only those stations with a priority equal to or higher than the priority level contained in the token frame can seize the token. After the token is seized and changed to a data frame, those stations with a priority level higher than that of the transmitting station can reserve the token for the next round of token passing. When the next token frame is generated, it contains the higher-priority level of the reserving station. Once the reserving station finishes sending data, it is responsible for resetting the token frame's priority level to the original level in order to allow other stations a chance to transmit data.

**8.3.4.3 Ring Management** A station on a Token Ring LAN plays the role of either an active monitor or a standby monitor station. There is only one active monitor on a ring, and it is chosen during a process called the *claim token process*. The active monitor is responsible for maintaining the master clock, issuing a "neighbor notification," which is similar to a keep-alive message, detecting lost tokens and frames and purging the ring to get rid of endlessly circulating frames. Any station on the

Downloaded from Digital Engineering Library @ McGraw-Hill (www.digitalengineeringlibrary.com)
Copyright © 2004 The McGraw-Hill Companies. All rights reserved.
Any use is subject to the Terms of Use as given at the website.

SONOS-SVG2-00018695

ring can be the active monitor station if the current active monitor goes down, via the same claim token process.

## 8.4 FDDI

Fiber-distributed data interface (FDDI) LAN is another incarnation of Token Ring LAN, defined by ANSI (ANSI 1987, 1988) to fill two needs at the time the protocol was adopted. FDDI is intended to fill the need for a large amount of bandwidth on enterprise LANs and the need for reliable and fault-tolerant networks when enterprises start moving critical applications onto their networks. It was adopted by IEEE as IEEE 802.5 (IEEE 1998c), and by ISO. All the specifications are compatible and completely interoperable.

The FDDI standards define the physical layer and the data link layer of the LAN protocol stack. Specifically, they consist of four separate specifications covering the LAN physical layer protocol, PMD, MAC, and station management.

### 8.4.1 FDDI Basics

FDDI uses two types of optical fibers as primary transmission media: single-mode fiber, which is more expensive but has higher capacity, and multimode fiber, which is relatively inexpensive but has less capacity. The FDDI specification allows for 2 km between stations using multimode fiber and a longer distance with single-mode fiber, and supports a data rate of 100 Mbps.

The FDDI frame structure is very similar to that of the Token Ring frame structure described earlier, and it can be as large as 4500 octets. Like the Token Ring frame, the FDDI token frame is a subset of a general frame with three fields: a start delimiter, an end delimiter, and a frame control, which have identical fields to the token frame of Token Ring.

### 8.4.2 FDDI Configuration and Access Control

FDDI uses two counterrotating rings to enhance its fault tolerance capability: a primary ring and a secondary ring. As shown in Fig. 8-7, the secondary ring can be used to provide additional bandwidth or purely as a backup to the primary ring.

Downloaded from Digital Engineering Library @ McGraw-Hill (www.digitalengineeringlibrary.com)
Copyright © 2004 The McGraw-Hill Companies. All rights reserved.
Any use is subject to the Terms of Use as given at the website.

**Figure 8-7** Configuration and components of FDDI network.

In an FDDI LAN, there are two kinds of stations: the dual attachment station (DAS), which is connected to both rings, and the single attachment station (SAS), which is attached only to the primary ring. Another FDDI LAN device is the attachment concentrator, which allows multiple DASs or SASs to connect to either ring.

FDDI uses a media access control method that is different from that used by basic Token Ring. As discussed above, Basic Token Ring uses priority and reservation bits in the access control field of the token. In contrast, FDDI uses timed token rotation protocol, which operates as follows: For each rotation of the token, each station computes the time that has expired since it last received the token; this time is called the *token rotation time* (TRT). The TRT includes the time a station needs to transmit any of its waiting frames and the time all other stations in the ring need to transmit any of their waiting frames. TRT will be shorter if the system load is light and longer if the load is heavy. There is a predefined parameter called the *target token rotation time* (TTRT). Upon

Downloaded from Digital Engineering Library @ McGraw-Hill (www.digitalengineeringlibrary.com)
Copyright © 2004 The McGraw-Hill Companies. All rights reserved.
Any use is subject to the Terms of Use as given at the website.

receipt of a token, a station computes its TRT and the difference between the TTRT and the just computed TRT. The difference, known as the *token hold time* (THT), decides whether and how long the station can transmit the waiting frames. If the THT is positive, the station can spend up to the amount of time equal to the THT in transmitting data. If the THT is negative, the station cannot transmit any frame for this rotation of the token. This time token rotation protocol prevents a station from holding the token for an excessive amount of time and ensures that all stations have a fair chance to use it. This is the same mechanism the token bus protocol uses.

### 8.4.3 Station Management

There is one management station that acts as the manager on an FDDI ring, and each station has a station management agent. An agent station communicates with the management station to negotiate TTRT and reports the station status.

### 8.4.4 CDDI

A standard specification similar to FDDI for copper wire has emerged more recently, called the Copper Distributed Data Interface (CDDI) to be consistent with FDDI naming convention. CDDI is an implementation of the FDDI protocol on the copper medium and supports 100 Mbps over a 100-m distance from a desktop to a concentrator (ANSI 1995).

CDDI was defined by the ANSI X3T9.5 committee. It is officially named the Twisted-Pair Physical Medium-Dependent (TP-PMD) Standard to indicate that the focus of the specification is on the twisted pair physical medium, with rest of the protocol including the MAC algorithm and network configurations identical to that of FDDI.

## REVIEW QUESTIONS

1. What are the three media types for LAN? Describe the relationships between transmission distance and data rate.
2. The IEEE 802 LAN standards and protocols cover only the bottom two layers of the network reference model. Describe the responsibilities of each of the two bottom layers in the LAN context.

Downloaded from Digital Engineering Library @ McGraw-Hill (www.digitalengineeringlibrary.com)
Copyright © 2004 The McGraw-Hill Companies. All rights reserved.
Any use is subject to the Terms of Use as given at the website.

SONOS-SVG2-00018698

Local Area Networks

3. Describe the two media access control methods used for LANs and discuss the characteristics of each.
4. Describe the four LAN topologies and explain which ones are most commonly deployed.
5. Describe the operations of a LAN bridge and the differences between a LAN bridge and a LAN router.
6. Describe the responsibilities of the MAC and LLC sublayers in the LAN protocol stack.
7. Explain why Ethernet is a simple technology in terms of access control methods, network topology, and frame format.
8. Describe the differences between Fast Ethernet and the first generation of Ethernet in terms of transmission media, network topologies, and operation modes.
9. Describe the Token Ring LAN topology and how the token is passed around on a Token Ring LAN.
10. Describe the operations of the CSMA/CD access control method and compare it with the token-passing scheme.
11. Describe how the priority scheme in a Token Ring LAN allows some stations to transmit more data than other stations and how to prevent a frame from circulating the ring indefinitely.
12. Describe how the time token rotation protocol works as used in FDDI and token bus networks. Specifically, discuss how it prevents a station from holding onto the token for an excessive amount of time.
13. Briefly describe CDDI and compare it with FDDI.

## REFERENCES

ANSI. 1987. "FDDI—Token Ring Media Access Control (MAC)." ANSI X3.139. Web site: www.anci.org.

ANSI. 1988. "FDDI—Token Ring Physical Layer (PHY) Protocol." ANSI X3.148. Web site: www.anci.org.

ANSI. 1995. "FDDI—Token Ring Twisted Pair Physical Layer Medium Dependent (TP-PMD)." ANSI X3.263. Web site: www.anci.org.

ANSI. 1998. "Fibre Channel: Physical and Signaling Interface—3." ANSI INCITS 303. Web site: www.anci.org.

IEEE. 1990. "Token Passing Bus Access Method and Physical Layer Specifications." IEEE 802.4. Web site: www.ieee.org.

Downloaded from Digital Engineering Library @ McGraw-Hill (www.digitalengineeringlibrary.com)
Copyright © 2004 The McGraw-Hill Companies. All rights reserved.
Any use is subject to the Terms of Use as given at the website.

IEEE. 1994. "Distributed Queue Dual Bus (DQDB) Access Method and Physical Layer Specifications." IEEE 802.6. Web site: www.ieee.org.

IEEE. 1997. "IEEE Recommended Practices for Broadband Local Area Networks." IEEE 802.7. Web site: www.ieee.org.

IEEE. 1998a. "Demand-Priority Access Method, Physical Layer and Repeater Specifications." IEEE 802.12. Web site: www.ieee.org.

IEEE. 1998b. "Logical Link Control." IEEE 802.2. Web site: www.ieee.org.

IEEE. 1998c. "Token Ring Access Method and Physical Layer Specification." IEEE 802.5. Web site: www.ieee.org.

IEEE. 1999. "Wireless LAN Medium Access Control (MAC) and Physical Layer Specifications." IEEE 802.11. Web site: www.ieee.org.

IEEE. 2001a. "Air Interface for Fixed Broadband Wireless Access Systems." IEEE 802.16. Web site: www.ieee.org.

IEEE. 2001b. "Carrier Sense Multiple Access with Collision Detection (CSMA/CD) Access Method and Physical Layer Specifications." 2001 edition. IEEE 802.3. Web site: www.ieee.org.

IEEE. 2001c. "Local and Metropolitan Area Networks: Overview and Architecture." IEEE 802. Web site: www.ieee.org.

IEEE. 2002a. "Media Access Control (MAC) Parameters, Physical Layer and Management Parameters for 10Gb/s Operation." IEEE 802.3ae. Web site: www.ieee.org.

IEEE. 2002b. "Wireless Medium Access Control (MAC) and Physical Layer Specifications for Wireless Personal Area Networks (WPANs™)." IEEE 802.15. Web site: www.ieee.org.

Spurgen, C. 2000. *Ethernet: The Definitive Guide.* O'Reilly and Associations.

Downloaded from Digital Engineering Library @ McGraw-Hill (www.digitalengineeringlibrary.com)
Copyright © 2004 The McGraw-Hill Companies. All rights reserved.
Any use is subject to the Terms of Use as given at the website.

SONOS-SVG2-00018700