# EXHIBIT 15



SONOS-SVG2-00018837