# EXHIBIT 3

US008050652B2

(12) **United States Patent** (10) **Patent No.:** **US 8,050,652 B2**
Qureshey et al. (45) **Date of Patent:** *Nov. 1, 2011

(54) **METHOD AND DEVICE FOR AN INTERNET RADIO CAPABLE OF OBTAINING PLAYLIST CONTENT FROM A CONTENT SERVER**

(75) Inventors: **Safi Qureshey**, Santa Ana, CA (US); **Daniel D. Sheppard**, Brea, CA (US)

(73) Assignee: **Horsham Enterprises, LLC**, Wilmington, DE (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1374 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/563,232**

(22) Filed: **Nov. 27, 2006**

(65) **Prior Publication Data**

US 2007/0089132 A1 Apr. 19, 2007

**Related U.S. Application Data**

(63) Continuation of application No. 09/805,470, filed on Mar. 12, 2001, now abandoned, which is a continuation-in-part of application No. 09/096,703, filed on Jun. 12, 1998, now abandoned.

(60) Provisional application No. 60/246,842, filed on Nov. 8, 2000, provisional application No. 60/072,127, filed on Jan. 22, 1998.

(51) **Int. Cl.**
*H05K 11/00* (2006.01)
*G06F 15/16* (2006.01)
*H04N 5/445* (2011.01)

(52) **U.S. Cl.** .................... **455/344**; 455/556.1; 455/557; 455/414.1; 455/414.3; 709/217; 709/219; 725/39; 725/45

(58) **Field of Classification Search** ................ 455/3.02, 455/3.06, 142, 150.1, 151.1, 151.2, 154.1, 455/154.2, 158.1, 158.2, 158.4, 186.1, 344, 455/414.1, 414.3, 456.2, 556.1, 557; 709/217, 709/219; 725/39, 45, 18
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,291,919 A 12/1966 Robitaille
(Continued)

FOREIGN PATENT DOCUMENTS

EP 0984584 A1 3/2000
(Continued)

OTHER PUBLICATIONS

"A Music Revolution . . . SoundServer," imerge, 2 pages.
(Continued)

*Primary Examiner* — Pablo Tran
(74) *Attorney, Agent, or Firm* — Withrow & Terranova, PLLC

(57) **ABSTRACT**

A network-enabled audio device that provides a display device that allows the user to select playlists of music much like a jukebox is disclosed. The user can compose playlists from disk files, CD's, Internet streaming audio broadcasts, online music sites, and other audio sources. The user can also select a desired Web broadcast from a list of available Web broadcasts. In addition, the user can play standard audio CD's and MP3 encoded CD's and have access to local AM/FM stations. Further, the software, the user controls, and the display in the network-enabled audio device are operably configured and connected such that the user can listen to playlists that include CD's and other audio sources just as the user would choose a playlist in a jukebox. The user accesses a server site via a PC and the Internet. From the server site, the user obtains a list of the devices in his or her Internet Personal Audio Network (IPAN) and what songs are on those devices. The IPAN includes an IPAN server, an IPAN client, and IPAN software stored on the network-enabled audio device. Thus, the network-enabled audio device provides people who are or are not comfortable with computers a way of taking music from various sources and putting it into one place for listening pleasure. In one embodiment, the Personal Computer (PC) is used to compose the playlists, but the user is able to listen to playlists and other audio sources without using the PC.

**64 Claims, 49 Drawing Sheets**





GOOG-SONOS-WDTX-INV-00004943

**US 8,050,652 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,682,370 | A | 7/1987 | Matthews |
| 4,720,873 | A | 1/1988 | Goodman et al. |
| 4,920,432 | A | 4/1990 | Eggers et al. |
| 5,035,438 | A | 7/1991 | Cronquist |
| 5,119,188 | A | 6/1992 | McCalley et al. |
| 5,127,003 | A | 6/1992 | Doll, Jr. et al. |
| 5,129,036 | A | 7/1992 | Dean et al. |
| 5,168,481 | A | 12/1992 | Culbertson et al. |
| 5,189,630 | A | 2/1993 | Barstow et al. |
| 5,191,573 | A | 3/1993 | Hair |
| 5,192,999 | A | 3/1993 | Graczyk et al. |
| 5,215,466 | A | 6/1993 | Rubio |
| 5,262,875 | A | 11/1993 | Mincer et al. |
| 5,282,028 | A | 1/1994 | Johnson et al. |
| 5,305,438 | A | 4/1994 | MacKay et al. |
| 5,349,678 | A | 9/1994 | Morris et al. |
| 5,351,276 | A | 9/1994 | Doll, Jr. et al. |
| 5,414,455 | A | 5/1995 | Hooper et al. |
| 5,440,334 | A | 8/1995 | Walters et al. |
| 5,440,336 | A | 8/1995 | Buhro et al. |
| 5,455,570 | A | 10/1995 | Cook et al. |
| 5,475,835 | A | 12/1995 | Hickey |
| 5,481,535 | A | 1/1996 | Hershey |
| 5,512,935 | A | 4/1996 | Majeti et al. |
| 5,526,284 | A | 6/1996 | Mankovitz |
| 5,534,913 | A | 7/1996 | Majeti et al. |
| 5,539,635 | A | 7/1996 | Larson, Jr. |
| 5,544,161 | A | 8/1996 | Bigham et al. |
| 5,557,541 | A | 9/1996 | Schulhof et al. |
| 5,568,645 | A | 10/1996 | Morris et al. |
| 5,570,134 | A | 10/1996 | Hong |
| 5,572,442 | A | 11/1996 | Schulhof et al. |
| 5,583,763 | A | 12/1996 | Atcheson et al. |
| 5,592,511 | A | 1/1997 | Schoen et al. |
| 5,594,779 | A | 1/1997 | Goodman |
| 5,617,565 | A | 4/1997 | Augenbraun et al. |
| 5,625,608 | A | 4/1997 | Grewe et al. |
| 5,629,867 | A | 5/1997 | Goldman |
| 5,636,211 | A | 6/1997 | Newlin et al. |
| 5,640,193 | A | 6/1997 | Wellner |
| 5,652,841 | A | 7/1997 | Nemirovsky et al. |
| 5,654,886 | A | 8/1997 | Zereski, Jr. et al. |
| 5,671,436 | A | 9/1997 | Morris et al. |
| 5,673,322 | A | 9/1997 | Pepe et al. |
| 5,682,525 | A | 10/1997 | Bouve et al. |
| 5,684,799 | A | 11/1997 | Bigham et al. |
| 5,710,970 | A | 1/1998 | Walters et al. |
| 5,727,048 | A | 3/1998 | Hiroshima et al. |
| 5,740,035 | A | 4/1998 | Cohen et al. |
| 5,768,527 | A | 6/1998 | Zhu et al. |
| 5,809,246 | A | 9/1998 | Goldman |
| 5,812,937 | A | 9/1998 | Takahisa et al. |
| 5,818,512 | A | 10/1998 | Fuller |
| 5,819,160 | A | 10/1998 | Foladare et al. |
| 5,844,893 | A | 12/1998 | Gollnick et al. |
| 5,850,340 | A | 12/1998 | York |
| 5,852,610 | A | 12/1998 | Olaniyan |
| 5,857,149 | A | 1/1999 | Suzuki |
| 5,862,171 | A | 1/1999 | Mahany |
| 5,870,390 | A | 2/1999 | Campanella |
| 5,873,045 | A | 2/1999 | Lee et al. |
| 5,880,721 | A | 3/1999 | Yen |
| 5,890,152 | A | 3/1999 | Rapaport et al. |
| 5,892,536 | A | 4/1999 | Logan et al. |
| 5,905,865 | A | 5/1999 | Palmer et al. |
| 5,907,831 | A | 5/1999 | Lotvin et al. |
| 5,914,941 | A | 6/1999 | Janky |
| 5,918,223 | A | 6/1999 | Blum et al. |
| 5,930,765 | A | 7/1999 | Martin |
| 5,943,398 | A | 8/1999 | Klein et al. |
| 5,948,084 | A | 9/1999 | Ha |
| 5,949,492 | A * | 9/1999 | Mankovitz .................. 348/473 |
| 5,949,877 | A | 9/1999 | Traw et al. |
| 5,990,868 | A | 11/1999 | Frederick |
| 5,991,693 | A | 11/1999 | Zalewski |
| 5,991,737 | A | 11/1999 | Chen |
| 6,005,563 | A | 12/1999 | White et al. |
| 6,012,086 | A | 1/2000 | Lowell |
| 6,014,569 | A | 1/2000 | Bottum |
| 6,035,350 | A | 3/2000 | Swamy et al. |
| 6,064,379 | A | 5/2000 | DeMoney |
| 6,067,562 | A | 5/2000 | Goldman |
| 6,088,455 | A | 7/2000 | Logan et al. |
| 6,105,060 | A | 8/2000 | Rothblatt |
| 6,108,686 | A | 8/2000 | Williams, Jr. |
| 6,182,128 | B1 | 1/2001 | Kelkar et al. |
| 6,192,340 | B1 | 2/2001 | Abecassis |
| 6,199,076 | B1 | 3/2001 | Logan et al. |
| 6,204,885 | B1 | 3/2001 | Kwoh |
| 6,226,672 | B1 | 5/2001 | DeMartin et al. |
| 6,229,621 | B1 | 5/2001 | Kulakowski et al. |
| 6,233,430 | B1 | 5/2001 | Helferich |
| 6,233,682 | B1 | 5/2001 | Fritsch |
| 6,248,946 | B1 | 6/2001 | Dwek |
| 6,253,069 | B1 | 6/2001 | Mankovitz |
| 6,295,093 | B1 | 9/2001 | Park et al. |
| 6,295,555 | B1 | 9/2001 | Goldman |
| 6,349,329 | B1 | 2/2002 | Mackintosh et al. |
| 6,349,339 | B1 | 2/2002 | Williams |
| 6,389,467 | B1 | 5/2002 | Eyal |
| 6,473,792 | B1 | 10/2002 | Yavitz et al. |
| 6,484,199 | B2 | 11/2002 | Eyal |
| 6,502,194 | B1 | 12/2002 | Berman et al. |
| 6,505,160 | B1 | 1/2003 | Levy et al. |
| 6,507,727 | B1 | 1/2003 | Henrick |
| 6,519,648 | B1 | 2/2003 | Eyal |
| 6,587,127 | B1 | 7/2003 | Leeke et al. |
| 6,600,898 | B1 | 7/2003 | De Bonet et al. |
| 6,609,096 | B1 | 8/2003 | De Bonet et al. |
| 6,628,928 | B1 | 9/2003 | Crosby et al. |
| 6,647,389 | B1 | 11/2003 | Fitch et al. |
| 6,657,116 | B1 | 12/2003 | Gunnerson |
| 6,662,231 | B1 | 12/2003 | Drosset et al. |
| 6,701,355 | B1 | 3/2004 | Brandt et al. |
| 6,711,622 | B1 | 3/2004 | Fuller et al. |
| 6,721,403 | B1 | 4/2004 | Mandalia |
| 6,721,741 | B1 | 4/2004 | Eyal et al. |
| 6,725,275 | B2 | 4/2004 | Eyal |
| 6,735,628 | B2 | 5/2004 | Eyal |
| 6,741,869 | B1 | 5/2004 | Lehr |
| 6,782,253 | B1 | 8/2004 | Shteyn et al. |
| 6,793,142 | B2 | 9/2004 | Yap |
| 6,826,283 | B1 | 11/2004 | Wheeler et al. |
| 6,829,475 | B1 | 12/2004 | Lee et al. |
| 6,925,489 | B1 | 8/2005 | Curtin |
| 6,933,433 | B1 | 8/2005 | Porteus et al. |
| 6,982,780 | B2 | 1/2006 | Morley et al. |
| 6,985,694 | B1 | 1/2006 | De Bonet et al. |
| 7,010,263 | B1 | 3/2006 | Patsiokas |
| 7,010,537 | B2 | 3/2006 | Eyal et al. |
| 7,028,082 | B1 | 4/2006 | Rosenberg et al. |
| 7,058,694 | B1 | 6/2006 | De Bonet et al. |
| 7,139,770 | B2 | 11/2006 | Nakase et al. |
| 7,187,947 | B1 | 3/2007 | White et al. |
| 7,212,830 | B2 | 5/2007 | Tamaki et al. |
| 7,277,955 | B2 | 10/2007 | Elliott |
| 7,468,934 | B2 | 12/2008 | Janik |
| 7,469,283 | B2 | 12/2008 | Eyal et al. |
| 7,472,353 | B1 | 12/2008 | Wolff et al. |
| 7,525,289 | B2 | 4/2009 | Janik et al. |
| 7,652,844 | B2 | 1/2010 | Edwards et al. |
| 7,660,601 | B2 | 2/2010 | Janik et al. |
| 7,711,838 | B1 | 5/2010 | Boulter et al. |
| 7,768,234 | B2 | 8/2010 | Janik et al. |
| 7,783,722 | B1 | 8/2010 | Rosenberg et al. |
| 7,786,705 | B2 | 8/2010 | Janik et al. |
| 7,797,272 | B2 | 9/2010 | Picker et al. |
| 7,797,321 | B2 | 9/2010 | Martin et al. |
| 7,840,691 | B1 | 11/2010 | De Bonet et al. |
| 7,856,485 | B2 * | 12/2010 | Prager et al. ................. 709/219 |
| 7,870,088 | B1 | 1/2011 | Chen et al. |
| 7,904,579 | B2 | 3/2011 | Janik et al. |
| 7,917,645 | B2 * | 3/2011 | Ikezoye et al. ................. 709/231 |
| 7,917,932 | B2 * | 3/2011 | Krikorian .................. 725/88 |
| 7,920,824 | B2 | 4/2011 | Janik et al. |
| 7,926,085 | B2 * | 4/2011 | Del Beccaro et al. ........ 725/143 |
| 2002/0002039 | A1 | 1/2002 | Qureshey et al. |

GOOG-SONOS-WDTX-INV-00004944

**US 8,050,652 B2**

Page 3

| | | | |
|---|---|---|---|
| 2002/0013852 A1 | 1/2002 | Janik | |
| 2002/0023084 A1 | 2/2002 | Eyal et al. | |
| 2002/0049037 A1 | 4/2002 | Christensen et al. | |
| 2002/0072326 A1 | 6/2002 | Qureshey et al. | |
| 2002/0116476 A1 | 8/2002 | Eyal et al. | |
| 2002/0138630 A1 | 9/2002 | Solomon et al. | |
| 2002/0161858 A1 | 10/2002 | Goldman | |
| 2002/0194260 A1 | 12/2002 | Headley et al. | |
| 2003/0018799 A1 | 1/2003 | Eyal | |
| 2003/0033420 A1 | 2/2003 | Eyal et al. | |
| 2003/0060157 A1 | 3/2003 | Henrick | |
| 2004/0121723 A1 | 6/2004 | Poltorak | |
| 2004/0255340 A1* | 12/2004 | Logan | 725/145 |
| 2005/0044561 A1* | 2/2005 | McDonald | 725/18 |
| 2006/0074808 A1 | 4/2006 | Boesen | |
| 2006/0141962 A1 | 6/2006 | Forbes et al. | |
| 2006/0156346 A1 | 7/2006 | Kulakowski | |
| 2006/0161621 A1 | 7/2006 | Rosenberg | |
| 2006/0171395 A1 | 8/2006 | Deshpande | |
| 2006/0173825 A1 | 8/2006 | Hess et al. | |
| 2006/0174348 A1 | 8/2006 | Rhoads et al. | |
| 2006/0184960 A1 | 8/2006 | Horton et al. | |
| 2006/0218613 A1 | 9/2006 | Bushnell | |
| 2006/0224971 A1 | 10/2006 | Paulin et al. | |
| 2006/0288074 A1 | 12/2006 | Rosenberg | |
| 2007/0088804 A1 | 4/2007 | Qureshey et al. | |
| 2007/0089135 A1 | 4/2007 | Qureshey et al. | |
| 2007/0180063 A1 | 8/2007 | Qureshey et al. | |
| 2007/0220100 A1 | 9/2007 | Rosenberg | |
| 2007/0265970 A1 | 11/2007 | Hangartner | |
| 2007/0283268 A1 | 12/2007 | Berger et al. | |
| 2009/0070267 A9 | 3/2009 | Hangartner | |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| GB | 2306869 A | 7/1997 | |
| WO | 97/26601 A2 | 7/1997 | |

OTHER PUBLICATIONS

"Imerge Multi-room SoundServer Application note," Issue 1.1. Aug. 2000, 9 pages.

Veronica Hendricks, "Imerge SoundServer," Techonline, http://www.techonline.com/scripts/tol.exe?TEMPLATE,                 top.ops&AREA,1&CONTENT,8988&NET,13&USER.todd_

Bergeson@3com.com, Copyright 1999-2000 TechOnLine, Inc., printed Sep. 22, 2000, 2 pages.

"NPR : National Public Radio : News & Analysis, World, US, Music & Arts," http://www.npr.org, Copyright 2007 NPR, printed Oct. 16, 2007, 7 pages.

"Webradio    Com,"    http://www.webradio.com/eflp/web+radio/pid73231/D284974/C2243539, Copyright 2007 www.webradio.com, printed Oct. 16, 2007, 1 page.

"RCS Acquires Decision Inc.; Offers Complete Software Solution for Radio Station Programming Operations," Businesswire, Feb. 9, 1993, Copyright 1995 Reuters Info. Svcs., 2 pages.

Mary Weller, "Radio Station Software: Programmes That Meet Your Stations Needs," Music & Media, Nov. 28, 1992, p. 11, Copyright 1995 Information Access Co., 3 pages.

Chris McConnell, "The tapeless revolution comes to radio (disk-based radio broadcasting storage, production and editing systems)," Broadcasting & Cable, v124, n41, p. 77, Oct. 10, 1994, Copyright 1995 Info Access Co., 4 pages.

"Blockbuster and IBM Announce New Multimedia Ventures," May 11, 1993, 2 pages.

"IBM Launches Business to Deploy Multimedia Applications and Services," Jan. 20, 1993, 3 pages.

"The Not So Hard Disk," Wheatstone Corporation, 5 pages.

"Audio Switcher Model CCSW84-01," Computer Concepts Corp. Digital Commercial System, Feb. 1991, 3 pages.

"DCS Live! Live Radio Just Got Easier," Computer Concepts Corporation, 1 page.

"DCS Overview," Computer Concepts Corporation, 1 page.

"The Computer Concepts Traffic System. You'll wonder how you managed without it," Computer Concepts Corporation, 1 page.

"Digital On-Air Studio System," Jan. 31, 1994, Copyright format only 1997 Knight-Ridder Info., 1 page.

"Relatable's Open Source Audio Signature Solution, TRM," http://web.archive.org/web/20001117082600/http://www.relatable.com/tech/trm.html, copyright Relatable 2000, printed Nov. 28, 2007, 2 pages.

Kevin C. Almeroth et al., "An Alternative Paradigm for Scalable On-Demand Applications: Evaluating and Deploying the Interactive Multimedia Jukebox," IEEE Transactions on Knowledge and Data Engineering, vol. 11, No. 4, Jul./Aug. 1999, pp. 658-672, copyright 1999 IEEE, 15 pages.

* cited by examiner

GOOG-SONOS-WDTX-INV-00004945



FIG. 1



FIG. 2



FIG. 3A



FIG. 3B



FIG. 3C

GOOG-SONOS-WDTX-INV-00004948

GOOG-SONOS-WDTX-INV-0000494949

*FIG. 3D*

```
┌─────────────────────────────────┐
│  AVAILABLE  CHANNEL  LISTS       │      ╱ 330
├──────────────────────────┬──────┤
│                          │  ▲   │
│  SPORTS                  │      │
│ ┌──────────────────────┐ │ ┌──┐ │
│ │WEATHER               │ │ │  │ │      331
│ └──────────────────────┘ │ └──┘ │
│  NEWS                    │      │
│  ALL                     │  ▼   │
└──────────────────────────┴──────┘
```
332

*FIG. 3E*                    ╱ 340

| ID | Description | Address | |
|---|---|---|---|
| ☐ ABC | ABC Hourly News | http://www.rbn.com/cig−bin/r.pl?swave/abc/wnews.ra | ▲ |
| ☐ AFnews | AirForce Radio News update | http://www.af.mil/news/radio/latest.ram | |
| ☒ City | Citynews from around the w... | http://www.citynews.co.uk/ | |
| ☐ Counter... | CounterSpin−weekly rt win... | http://www.webactive.com/webactive/content/cspin | |
| ☐ DlyFeed | The Daily Feed− Satire colu... | http:www.dailyfeed.com/Latest_Feed.html | |
| ☐ EIC−env | Environmental Information... | http://www.webactive.com/webactive/audio/raconten | |
| ☐ Earth | Earth and Sky daily update | http://www.earthsky.com/today ram | |
| ☐ IaAgg | Iowa Agriguiture news | http://wwwagnews.com/features/news/ianews html | |
| ☐ Leeza | Leeza's entertainment upda... | http://www.premrad.com/ | |
| ☐ MFarm | Missouri Farm Report | http://www.agnews.com/audio/momr.ram | ▼ |

343       341       342



*FIG. 4*

GOOG-SONOS-WDTX-INV-00004950



FIG. 5

GOOG-SONOS-WDTX-INV-0000952



FIG. 6

U.S. Patent

Nov. 1, 2011

Sheet 8 of 49

US 8,050,652 B2



FIG. 6A

GOOG-SONOS-WDTX-INV-0000495J



FIG. 6B

GOOG-SONOS-WDTX-INV-00004954



FIG. 7

GOOG-SONOS-WDTX-INV-00004955



FIG. 8



*FIG. 9*

GOOG-SONOS-WDTX-INV-00004957



FIG. 10



FIG. 11

GOOG-SONOS-WDTX-INV-00004959



FIG. 12A



*FIG. 12B*

GOOG-SONOS-WDTX-INV-00004961



FIG. 13A



FIG. 13B

GOOG-SONOS-WDTX-INV-00004963

Case 6:20-cv-00881-ADA   Document 64-4   Filed 06/01/21   Page 23 of 72



FIG. 14

GOOG-SONOS-WDTX-INV-00004964

FIG. 15

GOOG-SONOS-WDTX-INV-00004965



*1600*

*1601*

CONNECT SPEAKERS AND RADIO ANTENNAS TO BACK OF UNIT. PLUG AC POWER CORD INTO AN ELECTRICAL OUTLET AND CONNECT PHONE CABLE TO A PHONE JACK.

*1602*

PRESS POWER BUTTON TO BEGIN USING THE INTERNET STEREO.

*1603*

PRESS "LISTEN NOW/SETUP LATER" ON THE FIRST SCREEN. (OPTIONAL)

*1604*

USE SHUTTLE BUTTON TO SELECT PLAYLIST AND SCROLL THROUGH PLAYLISTS TO FIND PRELOADED MUSIC TO LISTEN TO.

*1605*

INSERT SETUP CD INTO INTERNET CONNECTED PC TO LOAD iPAN MANAGER

*1606*

RETURN TO INTERNET STEREO AND SELECT "SETUP NOW" ON FIRST SCREEN

*1607*

THE NETWORK—ENABLED AUDIO DEVICE READY TO BE LISTENED TO

*FIG. 16*

GOOG-SONOS-WDTX-INV-00004966

U.S. Patent

Nov. 1, 2011

Sheet 22 of 49

US 8,050,652 B2

GOOG-SONOS-WDTX-INV-00004967



FIG.   17A



FIG. 17B

U.S. Patent

Nov. 1, 2011

Sheet 24 of 49

US 8,050,652 B2

GOOG-SONOS-WDTX-INV-00004969



*FIG. 17C*

U.S. Patent

Nov. 1, 2011

Sheet 25 of 49

US 8,050,652 B2

GOOG-SONOS-WDTX-INV-00004970



FIG. 17D



1763
Playlist Manager
Personal Auio Network
Afternoon Pick–Me_Up
All
Playlist
Album
Artist
Genre
Books
Clips
Favorites
Name
Walk On The
Shiny Happy
Animals – W
Minimum W
Jimi Hendrix
Hello Goodb
Prozzak – S
Working In A
Tom Petty –
The Vapors
Sting & The
Schedule Playlist:
Favorites
On Device:
Living Room iRad–S
Time:
6:00PM
Ok
Cancel
Date:
June
2000
M T W T F S S
29 30 31 1 2 3 4
5 6 7 8 9 10 11
12 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 1 2
3 4 5 6 7 8 9
Recurs Every:
Monday
Tuesday
Wednesday
Thursday
Friday
Saturday
Sunday

FIG. 17E

U.S. Patent

Nov. 1, 2011

Sheet 27 of 49

US 8,050,652 B2

GOOG-SONOS-WDTX-INV-00004972



FIG. 17F



*FIG. 17G*

U.S. Patent

Nov. 1, 2011

Sheet 28 of 49

US 8,050,652 B2

GOOG-SONOS-WDTX-INV-00004973



FIG. 17H

U.S. Patent

Nov. 1, 2011

Sheet 29 of 49

US 8,050,652 B2

GOOG-SONOS-WDTX-INV-0000497

U.S. Patent

Nov. 1, 2011

Sheet 30 of 49

US 8,050,652 B2

GOOG-SONOS-WDTX-INV-00004975



| | |
|---|---|
| Name | Portable Player | — 1771 |
| Serial Number | | — 1772 |
| Device Type | Diamond Rio PMP500 ▼ | — 1773 |
| Connected To | My Personal Computer ▼ | — 1774 |

1793

☑ Download to this device by default

| | |
|---|---|
| Download Time | 1:00 AM | — 1775 |
| Download Duration | 1.00 | — 1776 |
| Download Folder | C:\audio | — 1778 |

Ok      Cancel

1791      1792

FIG. 171

Case 6:20-cv-00881-ADA   Document 64-4   Filed 06/01/21   Page 35 of 72



*FIG.  18A*

GOOG-SONOS-WDTX-INV-00004976



## FIG. 18B



FIG. 18C



*FIG. 18D*

GOOG-SONOS-WDTX-INV-00004979



FIG. 18E

GOOG-SONOS-WDTX-INV-00004980



FIG.   18F



FIG. 18G

GOOG-SONOS-WDTX-INV-00004982



FIG. 18H



*FIG. 19A*

GOOG-SONOS-WDTX-INV-00004984



FIG. 19B

FIG. 19C₁

FIG. 19C₂

FIG.   19C

FIG.   19C₁

START — 1902

USER LOG-IN TO IPAN — 1904

USER ASSIGNS PLAYLIST TO DEVICE A — 1906

IS ENTIRE PLAYLIST ON DEVICE A's HARD DRIVE ? — 1908

1980

YES → CATALOGUE SONGS THAT DEVICE "B" DOES NOT POSSESS IN A'S NEW PLAYLIST WITH AN EMPTY CONE ICON — 1950

NO

CHECK IPAN TO SEE IF DEVICE "B" HAS ALL OF THE REMAINING SONGS OF THE PLAYLIST ? — 1990

NO → DELETE SONGS THAT DEVICE "B" DOES NOT POSSESS FROM LIST OF REMAINING SONGS — 1952

YES

PROVIDE DEVICE "A" URLS ARCHIVED WITH IPAN'S RECORDS OF REMAINING SONGS STORED ON "B" — 1912

IS LIST OF REMAINING SONGS EMPTY ? — 1954

NO

YES



FIG. 19C₂

GOOG-SONOS-WDTX-INV-00004987



FIG. 20A

GOOG-SONOS-WDTX-INV-00004988



FIG. 20B

GOOG-SONOS-WDTX-INV-00004989



FIG. 20C

GOOG-SONOS-WDTX-INV-00004990



FIG. 20D

GOOG-SONOS-WDTX-INV-00004991



FIG. 20E

GOOG-SONOS-WDTX-INV-00004992



FIG. 20F



FIG. 21

GOOG-SONOS-WDTX-INV-00004994

US 8,050,652 B2

| 1 | 2 |

# METHOD AND DEVICE FOR AN INTERNET RADIO CAPABLE OF OBTAINING PLAYLIST CONTENT FROM A CONTENT SERVER

## RELATED APPLICATIONS

The present application is a continuation of U.S. patent application Ser. No. 09/805,470, filed Mar. 12, 2001, which is a continuation-in-part of U.S. patent application Ser. No. 09/096,703, filed Jun. 12, 1998, now abandoned, and which claims the benefit of U.S. Provisional Application No. 60/246,842, filed Nov. 8, 2000. U.S. patent application Ser. No. 09/096,703 also claims the benefit of U.S. Provisional Patent Application No. 60/072,127, filed Jan. 22, 1998. The disclosures of these previous applications are hereby incorporated by reference in their entireties.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to the field of audio file transfers and, more particularly, relates to the field of management and distribution of audio files over a computer network such as the Internet.

### 2. Description of the Related Art

The Internet is a worldwide array of interconnected computers and information servers that allow anyone with a computer and access to the Internet to get information about virtually any subject 24 hours a day. For the average consumer, an Internet Service Provider (ISP) provides access to the Internet. ISPs such as CompuServe, Prodigy, and America On-Line, currently link over ten million users to the Internet. Users typically connect to the ISP by using standard telephone lines and a telephone modem. Cable modems that allow a user to connect to the ISP over cable television lines, and satellite connections to the Internet, are also available.

The Internet provides a wealth of information from stock reports to headline news. One of the newer services provided on the Internet is a streaming audio (e.g., RealAudio and MPEG audio) service. Streaming audio services are often provided in connection with the World Wide Web (Web) and thus are often called Web radio broadcasts. With streaming audio, a user with a Personal Computer (PC), a sound card, and the necessary software can listen to audio programs from anywhere in the world. For example, Radio Prague provides daily Internet broadcasts from the Czech Republic. Listeners in the U.S. can listen to these Web radio broadcasts either in real time, or stored for later replay. Thus, unlike more traditional radio broadcasts where the listener must be within a reception area, Web radio broadcasts can be heard anywhere, so long as the listener has a connection to the Internet and the necessary computer hardware and software.

Unfortunately, even with the ever-decreasing cost of personal computers, the hardware and software needed to listen to a Web radio broadcast is beyond the financial means of many people. Even for those that can afford a personal computer, listening to a Web radio broadcast ties up the computer so that the user cannot use it for other purposes. Moreover, the use of a personal computer to receive streaming audio (e.g., Web radio broadcasts) requires a certain amount of computer literacy on the part of the user. The user must be able to install the Web Radio software, configure the Web Radio software to communicate with the ISP, and find the various Web radio broadcasts provided on the Web.

In addition to listening to Web radio broadcasts, users may wish to listen to audio files. With a group of PC's in a home and in a network, users can download songs from one PC to another or upload songs from one PC to another. However, users cannot play a song on one PC by using the controls of another PC. In addition, the users must purchase multiple PC's, which can be costly. Further, the user must be able to install the network connection and the appropriate software. Moreover, even if the user can afford to purchase multiple PC's and install the proper connection, the user would have difficulty playing music in addition to performing other tasks on the PC. For example, the Web radio broadcast may be interrupted. Also, a skip over parts of a song may result if the user is using a word processing program at the same time as listening to music.

## SUMMARY OF THE INVENTION

The present invention solves these and other problems by providing a network-enabled audio device for listening to a variety of audio sources with substantially equal convenience. The network-enabled audio device has a visual display for providing audio source choices to a user. The visual display also provides functions for managing audio sources. User control buttons allow a user to choose an audio source to listen to. The menu buttons allow the user to choose functions for managing the audio sources. In one embodiment, there is also tuner circuitry for receiving radio frequency signals from radio broadcast stations. In one embodiment, a CD player allows the user to listen to CD's. In one embodiment, the network-enabled audio device also has one or more audio amplifiers and one or more loudspeakers operably connected to said audio amplifiers. In one embodiment, a modem is used for transmitting and receiving digital data over a communications network. One embodiment includes a data storage device.

A first software module is stored on the data storage device, and the software module is configured to decode compressed audio files into a playable (e.g. uncompressed) format. A second software module is also stored on the data storage device. The second software module is configured to use the modem to connect to an Internet service provider to receive assignments of playlists from a third software module. The playlists include references to audio from a variety of audio sources. The assignments provide information about the location of other web sites containing the audio sources. The second software module is configured to subsequently connect through an Internet service provider to web sites to download audio files.

A third software module is also stored on the data storage device. The third software module is configured to use the modem to connect to an Internet service provider to receive digitized audio broadcasts from the Internet service provider. The module is further configured to provide a select-broadcast display to allow the user to selectably connect a program broadcast to the input of one or more audio amplifiers either from a local AM or FM radio station or from the world wide Web so that, to the user, reception of a broadcast from the World Wide Web is no more complicated than listening to a local FM or AM radio station.

One aspect of the present invention is a network-enabled audio device that allows a user to store files, to play standard audio CD's, to play MP3 encoded CDs, to record songs from CD's, to receive digitized radio broadcasts over the World Wide Web (Web), and to receive assignments of playlists of songs from other network-enabled audio devices. The network-enabled audio device provides the hardware and software to perform those functions without the need for expensive equipment. Optionally, a Local Area Network can be configured in place of, or in addition to, the Internet connec-

GOOG-SONOS-WDTX-INV-00004995

US 8,050,652 B2

3

tion to facilitate assignments of playlists and other features. Without an Internet connection or other network connection, the network-enabled audio device can play standard audio CD's, can play MP3 encoded CD's, and can record CD's.

The network-enabled audio device provides a display device, such as a Liquid Crystal Display (LCD) that allows the user to select playlists of music much like a jukebox. The user can compose playlists from disk files, CD's, Internet streaming audio broadcasts, online music sites, and other audio sources. In one embodiment, the user can also compose playlists from links to AM/FM broadcasts. The user can also select a desired Web broadcast from a list of available Web broadcasts. In addition, the user can play standard audio CD's and MP3 encoded CD's and have access to local AM/FM stations. Further, the software, the user controls, and the display in the network-enabled audio device are operably configured and connected such that the user can listen to playlists that include CD's and other audio sources just as the user would choose a playlist in a jukebox. Thus, the network-enabled audio device provides people who are or are not comfortable with computers a way of taking music from various sources and putting it into one place for listening pleasure. In one embodiment, the Personal Computer (PC) is used to compose the playlists, but the user is able to listen to playlists and other audio sources without using the PC.

In one embodiment, the network-enabled audio device is a low-cost tabletop box that connects to an AC power line and optionally to a phone line or to a local area network connection such as Ethernet. The device includes a display device, speakers, a control panel, a computer processor, stored software, a modem, an AM/FM tuner, and a CD player. Optionally, the device can include multiple computer processors or support computer processors. The user accesses the server site via a PC and the Internet. From the server site, the user obtains a list of the devices in his or her Internet Personal Audio Network (IPAN) and what songs are on those devices. The IPAN includes an IPAN server, an IPAN client, and IPAN software stored on the network-enabled audio device. In one embodiment, the IPAN client includes a standard web browser, an IPAN plug-in to the standard web browser, and an IPAN active tray software module. In one embodiment, any standard web browser may be used. but the IPAN client includes the IPAN plug-in and the IPAN active tray software module.

The IPAN client and the IPAN server store the name of the song and the associated Uniform Resource Locator (URL). The user can list multiple devices as being part of his or her IPAN. At a default time, such as for example 2 a.m., each device establishes a connection to an Internet Service Provider (ISP). The stored software in each device connects to the server site home page, via the ISP, and inquires whether any songs or playlists have been assigned to the device. The user can bypass the default time for accessing the server and access the server by manually pressing one of the buttons.

In one embodiment, the network-enabled audio device has no disk for data storage space. Rather, a local area network (LAN) connection to a PC or other network-enabled audio device allows the use of disk space on another device. In one embodiment, the network-enabled audio device comprises speakers, an AC power line, and a network line. A home PC is connected to the network-enabled audio device through the network line. The network connection can be a Home Phone-line Networking Alliance (HPNA) network connection so that the connection may be done through existing phone lines in a home. Optionally, the network connection can be an

4

Ethernet connection. Multiple network-enabled audio devices can be connected to each other and ultimately to the PC through the network line.

In one embodiment, the network-enabled audio device does not have any storage space other than memory. This embodiment provides for a low-cost system that can play songs from playlists stored on the IPAN Manager or on the PC's storage space without having to store the audio files locally.

Another aspect of the present invention is a network-enabled component audio device system for listening to a variety of audio sources with substantially equal convenience. A visual display provides audio source choices to a user. The visual display also provides menu choices for managing audio sources to the user. The user control buttons allow the user to choose an audio source to listen to. The menu buttons allow the user to choose functions for managing the audio sources. The network-enabled component audio device has a CD player for listening to compact discs. A modem is used for transmitting and receiving digital data over a communications network. In one embodiment, a data storage device is provided.

A first software module is configured to decode compressed audio files. The first software module is stored on the data storage device. A second software module is configured to use the modem to connect to an Internet service provider to receive assignments of playlists from the second software module. The playlists include titles of audio from a variety of audio sources. The assignments provide information about the location of other web sites containing the audio sources. The software module is configured to connect through the ISP to the web sites to download the audio files.

In one embodiment, the network-enabled audio device is a component hardware device for an audio system. The network-enabled audio device provides an audio output to the audio system. The audio system provides amplifiers and loudspeakers. The network-enabled audio device includes an enclosure that connects to an AC power line, a network line, and the audio system. The network line is a computer data connection, such as, for example, a telephone line, a cable line, an Ethernet line, a Token-Ring line, a twisted pair line, an infrared link, a radio frequency link, an IEEE 1394 FireWire line, etc. The network-enabled audio device includes a display device, a control panel, at least one computer processor, a stored software module, and a modem. In one embodiment, the network-enabled audio device connects to the IPAN server site.

Another aspect of the present invention is a method for assigning playlists of music from one electronic device to another. First, a network connection is used for transmitting and receiving digital data over a communication network to an Internet service provider. Next, the process provides a first software module to manage playlists of songs. The software module allows a user to compose playlists from a variety of audio sources. The software module allows a user to assign a playlist from a first device to a second device. Next, the process checks the second device's data storage space for songs listed on the assigned playlist. Next, the process accesses a server site to obtain locations of the web sites the first device downloaded its audio files from. The process then provides a second software module to connect to various web sites to download remaining songs needed for the playlist. The second software module connects if songs needed to form the playlist are not stored on the second device's data storage space. Finally, the process uploads files to the server

GOOG-SONOS-WDTX-INV-00004996

US 8,050,652 B2

5

from the first device and downloads files the second device if the second software module is unable to download a file from said web site.

BRIEF DESCRIPTION OF THE DRAWINGS

The various novel features of the invention are illustrated in the figures listed below and described in the detailed description that follows.

FIG. 1 is a perspective view of one embodiment of a table-top intelligent radio apparatus.

FIG. 2 is a block diagram of the functional elements of the intelligent radio apparatus.

FIG. 3A shows a default display that appears while a Web broadcast is being received.

FIG. 3B shows a menu display that allows the user to select one of the command and setup displays shown in FIGS. 3C-3E.

FIG. 3C illustrates a select language display that allows a user to specify desired languages (e.g., English, French, etc.).

FIG. 3D illustrates a display that allows a user to select a type of program material (e.g., news, sports, weather, etc.).

FIG. 3E illustrates a display that allows a user to select various program broadcasts.

FIG. 4 illustrates a data-entry display that the intelligent radio apparatus uses to allow the user to input alphanumeric text.

FIG. 5 is a flowchart that illustrates operation of the intelligent radio apparatus.

FIG. 6 is a flow graph that illustrates operation of the intelligent radio networked system.

FIG. 6A illustrates the information management and data processing functions provided by a Web radio Web site (e.g., www.webradio.com) to produce a list of Web radio broadcast stations for the user.

FIG. 6B illustrates a relationship between the Web radio Web site and other web sites that provide streaming audio programming.

FIG. 7 is a perspective view of a tabletop intelligent radio tuner.

FIG. 8 is a block diagram of the functional elements of the intelligent radio tuner shown in FIG. 7.

FIG. 9 is a block diagram of the functional elements of an embodiment of the intelligent radio that provides a remote playback capability.

FIG. 10 is a block diagram of the functional elements of an embodiment of the intelligent radio that provides a remote access capability.

FIG. 11 is a perspective view of one embodiment of the computing environment of a network-enabled audio device configuration.

FIG. 12A is a perspective front view of one embodiment of the network enabled component audio device as shown in FIG. 11 that integrates with a home stereo entertainment system.

FIG. 12B is a perspective rear view of one embodiment of the network-enabled component audio device as shown in FIG. 11 that integrates with a home stereo entertainment system.

FIG. 13A is a perspective front view of one embodiment of a stand alone network-enabled audio device as shown in FIG. 11.

FIG. 13B is a perspective rear view of one embodiment of a stand alone network-enabled audio device as shown in FIG. 11.

6

FIG. 14 is a block diagram of the functional elements of the network-enabled audio device as shown in FIGS. 12A, 12B, 13A, and 13B.

FIG. 15 is a block diagram illustrating the configuration between several network-enabled audio devices and a stereo web site as shown in FIG. 11.

FIG. 16 illustrates a process for connecting the components and setting up the software for the network-enabled audio device as shown in FIGS. 12A, 12B, 13A, and 13B.

FIG. 17A shows a default display of the current playlists when the Internet Personal Area network (IPAN) manager software is started.

FIG. 17B illustrates a display that allows the user to control the sound and perform other functions on the audio source.

FIG. 17C illustrates the menus used to assign a playlist, as shown in FIG. 17A, to another device.

FIG. 17D illustrates the songs within a playlist and links to other devices that have the songs present on their hard disk space.

FIG. 17E illustrates a schedule window that appears for a song (shown in FIG. 17D) to be played at a particular time on a specific device.

FIG. 17F illustrates the window that appears to allow the user to choose a default look and feel for the IPAN manager window, as shown in FIG. 17A.

FIG. 17G illustrates the window that appears to allow the user to choose other options and the look and feel for the IPAN manager window, as shown in FIG. 17A.

FIG. 17H illustrates the window that appears to allow the user to move audio files from one device to another device.

FIG. 17I shows a display for allowing a user to add a device to the IPAN.

FIG. 18A shows a default display of the network-enabled audio device, as shown in FIGS. 12A, 12B, 13A, and 13B.

FIG. 18B shows a display for allowing a user to operate the radio functions of the network-enabled audio device, as shown in FIGS. 12A, 12B, 13A, and 13B.

FIG. 18C shows a display for allowing a user to use preset radio stations of the network-enabled audio device, as shown in FIGS. 12A, 12B, 13A, and 13B.

FIG. 18D shows a display for allowing a user to play a playlist stored on the network-enabled audio device, as shown in FIGS. 12A, 12B, 13A, and 13B.

FIG. 18E shows a display for allowing a user to delete a song from a playlist stored on the network-enabled audio device, as shown in FIGS. 12A, 12B, 13A, and 13B.

FIG. 18F shows a display allowing a user to play the songs from all the playlists stored on the network-enabled audio device as shown in FIGS. 12A, 12B, 13A, and 13B.

FIG. 18G shows a display for allowing a user to collect information about a CD and copy a CD to the internal hard drive of the network-enabled audio device shown in FIGS. 12A, 12B, 13A, and 13B.

FIG. 18H shows a display that allows a user to play and navigate through the audio stored on the CD.

FIG. 19A is a flowchart showing the process for downloading audio files found when navigating the Internet.

FIG. 19B is a flowchart showing the process for assigning playlists from one device to another.

FIG. 19C, which comprises FIG. 19C$_1$ and FIG. 19C$_2$, is a flowchart of the process shown in FIG. 19B that assigns playlists with missing songs from one device to another.

FIG. 20A shows a default display of the network-enabled audio device before the action button has been pressed, as shown in FIGS. 12A, 12B, 13A, and 13B.

GOOG-SONOS-WDTX-INV-00004997

US 8,050,652 B2

7

FIG. **20**B shows a display of the menu items on the network-enabled audio device after the action button has been pressed.

FIG. **20**C shows a display of the menu items on the network-enabled audio device after the "music" menu item has been chosen.

FIG. **20**D shows a display of the menu items on the network-enabled audio device after the "albums" menu item has been chosen.

FIG. **20**E shows a display of the menu items on the network-enabled audio device after the menu item representing an album has been chosen.

FIG. **20**F shows a display of the menu items on the network-enabled audio device after the "buy" menu item has been chosen.

FIG. **21** shows a display including an advertisement after the action button has been pressed on the network-enabled audio device.

In the figures, the first digit of any three-digit number generally indicates the number of the figure in which the element first appears. For example, an element with the reference number **502** first appears in FIG. **5**. Where four-digit reference numbers are used, the first two digits indicate the figure number.

DETAILED DESCRIPTION

One aspect of the present invention is an intelligent radio device that allows a user to receive digitized radio broadcasts over the World Wide Web (Web). The intelligent radio provides the hardware and software necessary to receive digitized audio from the Web without the need for a personal computer or other expensive equipment. The intelligent radio provides a display device, such as a Liquid Crystal Display (LCD) that allows the user to select a desired Web broadcast from a list of available Web broadcasts. The display also allows the user to select Web broadcasts in a particular language. The software, the user controls, and the display in the intelligent radio **100** are operably configured and connected such that a user can tune into a Web radio broadcast in a manner similar to the way a user would use the controls on a conventional radio to tune into an AM or FM radio station. Thus, the intelligent radio provides people who are not comfortable with computers, or who do not own or have access to a computer, an opportunity to listen to streaming audio information from the Internet.

In one embodiment, the intelligent radio is a low-cost tabletop box that connects to an AC power line and a phone line. The radio includes a display device, speakers, a control panel, a computer processor, a stored software program, and a modem. The intelligent radio uses the modem to establish a telephone connection to an Internet Service Provider (ISP). The stored software program connects to a Web Radio home page, via the ISP, and downloads a list of Web radio station addresses. Alternatively, the user can enter a web address (e.g., a Uniform Resource Locator (URL)) to connect directly to a web page that provides audio broadcasts (instead of first connecting to the Web Radio home page). The user may use buttons on the control panel to scroll through the display and select a Web radio broadcast "station" for listening. When a station is selected, the stored software program connects to the station and begins to receive digitized audio data transmitted by the station. The intelligent radio converts the received data to analog audio and plays the audio on one or more loudspeakers.

In an alternate embodiment, the intelligent radio is a tuner that connects to an audio system such as a component stereo

8

system. The tuner provides an audio output to the audio system. The audio system provides amplifiers and loudspeakers. The tuner comprises an enclosure that connects to an AC power line, a network line, and the audio system. The network line may be any type of computer data connection, including, for example, a telephone line, a cable line, an Ethernet line, a Token-Ring line, a twisted pair line, an infrared link, a radio frequency link, an IEEE-1394 FireWire line, etc. The tuner includes a display device, a control panel, a computer processor, a stored software program, and a modem. The intelligent radio uses the modem to establish a telephone connection to an Internet Service Provider (ISP). The stored software program connects to a Web Radio home page, usually provided by the ISP, and downloads a list of Web radio stations. A user uses use buttons on the control panel (or remote control) to scroll through the display and select a Web radio broadcast "station" for listening. Alternatively, the user may use voice-activated commands to scroll through the display. When a station is selected, the stored software program connects to the station and begins to receive digitized audio data transmitted by the station. The intelligent radio converts the received data to analog audio, which is provided to the audio system.

FIG. **1** illustrates one embodiment of a tabletop intelligent radio **100**. The intelligent radio **100** is mounted in an enclosure **101** and connects to household AC power through a power cord **104** and to a communications network by a network cable **102**. The network cable **102** may be a telephone line, a network cable, a cable TV cable, a connection to a wireless (e.g., satellite) unit, etc. For example, the communications network may use Iridium satellites developed by the Motorola Corp., Globalstar satellites developed by a consortium of European manufacturers which includes Aérospatiale and Alcatel, P21 satellites developed on a project financed by Inmarsat, or the Odyssey satellite system developed by a TRW corporation associated with Teleglobe/Canada.

User controls are mounted on the front of the enclosure **101** and include a combined on-off and volume control **110**, a command button **121**, a cursor control **116**, a select button **118**, a tuning control **114**, and a button bar **120**. The cursor control **116** provides up, down, left, and right movements of a cursor or other entity on a display device **112**. The button bar **120** provides buttons to select an audio source, including, for example, "AM" radio, "FM" radio, "Web" radio, "Cassette", and "External" input. Also mounted on the front of the enclosure **101** is the display device **112**, which provides information to the user. An optional cassette player/recorder **130** provides the capability to play and record audio cassettes. The intelligent radio **100** also includes a left stereo speaker **106** and a right stereo speaker **108** that may be mounted in the enclosure **101** or in separate enclosures. A wireless remote **135** provides remote operation of the intelligent radio **100**. In some embodiments, a microphone is provided as well. An output from the microphone is provided to an analog-to-digital converter to convert the analog microphone signal into digital data. The microphone may be placed in the intelligent radio **100**, in the wireless remote **135**, or both.

FIG. **2** is a block diagram of the functional elements of the intelligent radio **100**. The intelligent radio **100** comprises a Central Processor Unit (CPU) **202** that is used to run the intelligent radio software. The CPU **202** is connected to a random access memory **204**, a data storage device **210**, and a modem **206**. The data storage device **210** may be any type of non-volatile data storage device, including, for example, a floppy disk drive, a hard disk drive, a flash memory, a CD-ROM, a DVD-ROM, a CMOS memory with battery backup, etc. The data storage device **210** provides storage for software

GOOG-SONOS-WDTX-INV-00004998

US 8,050,652 B2

9                                                              10

programs used by the intelligent radio **100**. The software stored on the data storage device **210** may be upgraded by downloading new software from the Web. The data storage device **210** may also provide storage for digitized audio material, such as recorded Web radio broadcasts, CD-Audio, etc. The modem **206** is connected to a communications network **230**, shown as a Public Switched Telephone Network (PSTN), by the network cable **102**. Although the communications network **230** is shown as a PSTN network, one skilled in the art will recognize that the network **230** may also be a cable television (CATV) network, a satellite network, or any other communications network. In one embodiment, the network **230** comprises both a Direct TV/PC satellite connection that provides information to the intelligent radio **100** at high speed (e.g., 400,000 bytes per second or more), and a PSTN network connection so the intelligent radio can upload information back to the ISP **232** (because many Direct TV/PC connections are only one-way). In yet another embodiment, the satellite network is a two-way satellite network that uses the satellite for both download and upload. In one embodiment, the satellite network uses the Iridium™ system developed, in part, by the Motorola Corp.

Optionally, a telephone **229** is connected to a first port of a codec **260**. A second port of the codec **260** is provided to the CPU **202**. The codec **260** provides digital-to-analog conversion and analog-to-digital conversion for the telephone **229**. The codec **260** also provides standard telephone interface signals, such as a ringing signal, to the telephone **229**, and telephone status conditions, such as receiver up or receiver down, to the CPU **202**. In some embodiments, the codec **260** and the modem **206** may be combined as a telephone modem. The telephone **229** may be connected even when the network **230** is not a telephone network.

The modem **206** provides an interface between the CPU **202** and the communications network **230** and the operational characteristics of the modem **206** are determined by the type of communications network **230**. Thus, if the network **230** is a PSTN network, then a telephone modem is used; if the network **230** is a CATV network, then a cable modem is used, etc. In a preferred embodiment, the modem **206** is integral to the intelligent radio **100**. In other embodiments, the modem **206** is provided in a separate enclosure. An Internet Service Provider (ISP) **232** provides the user with a connection from the communications network **230** to the Web via the Internet **234**. Note that FIG. **2** shows functional elements, but not necessarily hardware configurations. Thus, for example, the modem **206** may be implemented in software on the CPU **202**. The CPU **202** may be a Digital Signal Processor (DSP). The CPU **202** may comprise a single computer processor, or multiple computer processors. In one embodiment, the CPU **202** comprises two processors, a DSP and a general purpose microprocessor. In one embodiment, the modem **206** is provided in a plug-in module such that the intelligent radio can be configured for different types of computer networks by simply changing the modem plug-in to suit the type of network being used.

The CPU **202** provides data to the display device **112**. The CPU **202** receives user inputs from the command button **121**, the tuning control **114**, the button bar **120**, the select button **118**, and the cursor control **116**. The CPU **202** provides digitized audio samples to an input of a Digital-to-Analog Converter (DAC) **220**. The analog audio output of the DAC **220** is provided to an amplifier **222**. In a preferred embodiment, the DAC **220** and the amplifier **222** are each two-channel devices, providing left and right stereo channels. A left channel output of the amplifier **222** is provided to the left channel speaker **106** and a right channel output of the amplifier **222** is provided

to the right channel speaker **108**. The volume control **110** controls the gain of the amplifier **222**.

As shown in the preferred embodiment in FIG. **2**, the other optional audio sources such as the cassette device **130**, an AM tuner **240**, an FM tuner **242**, and an external input **244** also provide inputs to the amplifier **222**. Other optional audio sources may be provided, such as, for example, an audio CD, a DVD, a digital audio tape unit, etc. The CPU **202** controls the cassette device **130**, the AM tuner **240**, the FM tuner **242**, and other optional audio sources. A line output from the amplifier **222** may also be provided to a record input of the cassette device **130**.

As described above, the button bar **120** is used to select one of the audio sources. When the button bar **120** is set to "AM," the intelligent radio **100** operates in an AM radio mode. In the AM radio mode, an analog output from the AM tuner **240** is provided to the amplifier **222**. Also in the AM radio mode, the display device **112** displays the frequency of an AM station selected by the AM tuner **240**. The user may use the tuning control **114** to select a desired AM station. The AM mode is optional.

An analog output from a microphone **250** is provided to an analog input of an analog-to-digital converter **252**. A digital output from the analog-to-digital converter **252** is provided to the CPU **202**. The microphone **250** and converter **252** allow for voice commands to control the intelligent radio. The microphone **250** and converter **252** are optional. In some embodiments, a microphone is also placed in a wireless remote so that voice commands can be provided from the wireless remote.

When the button bar **120** is set to "FM," the intelligent radio **100** operates in an FM radio mode. In the FM radio mode, the analog audio output from the FM tuner is provided to the amplifier **222**, and the display device **112** displays the frequency of the FM station selected by the FM tuner **242**. The FM mode is also optional.

When the button bar **120** is set to "Cassette," the intelligent radio **100** operates in a cassette playback mode. In the cassette playback mode, analog output from the cassette player is provided to the amplifier **222**, and the display device **112** displays information relating to the cassette playback. The cassette playback mode is also optional. The cassette device **130** may also optionally be configured to provide a record capability such that the cassette can be used to record audio information from any of the other modes. Thus, for example, the cassette can be used to record FM radio, AM radio, or Web radio broadcasts.

When the button bar **120** is set to "Web," the intelligent radio **100** operates in a Web Radio mode. In the Web Radio mode, the intelligent radio **100** uses the modem **206** to connect to the ISP **232**. The ISP **232** provides a list of available Web broadcasts, and access to the Internet **234**, so that the various Web broadcasts can be received by the intelligent radio **100**. In the Web Radio mode, the display device **112** is used to select a Web broadcast and to provide information about the selected Web broadcast.

FIGS. **3A** through **3E** show various displays provided by the display device **112** while in the Web Radio mode. FIG. **3A** shows a default display **300** that appears while a Web broadcast is being received. FIG. **3B** shows a menu display that allows the user to select one of the command and setup displays shown in FIGS. **3C-3E**.

The display **300**, shown in FIG. **3A**, includes information about the Web broadcast including the type of broadcast (e.g., "Newscast"), the Web address (URL) of the source for the broadcast (e.g., http://www.npr.org), a description of the

GOOG-SONOS-WDTX-INV-00004999

US 8,050,652 B2

11

broadcast (e.g., "National Public Radio 1997"), a broadcast format (e.g., "Streaming RealAudio"), etc.

FIG. 3B shows a menu display 320 that allows the user to access the various setup and control displays shown in FIGS. 3D-3E. The user activates the menu display 320 by pressing the command button 121. The display 320 provides a menu list 322 that lists the various other command displays. The list 322 may provide: a "Tune Station" command for activating a tune-station display 340, shown in FIG. 3E; a "Select Language" command for activating a select-language display 310, shown in FIG. 3C; and a "Select List" command for activating a select-list display 322, shown in FIG. 3D. The list 322 may also provide commands to activate other displays (not shown) such as "Setup," to initialize the intelligent radio, "Scan Stations," to get a new list of Web broadcast stations from the Internet 234, and "Define Station," to manually define a Web broadcast station not listed. The list 322 may also provide commands to activate other displays such as "Set Clock," and "Set Alarm," to provide optional clock and alarm clock modes for the display device 112.

The display 320 also provides a scroll bar 321 to allow the user to scroll through the list 322 and select an item (command) from the list. Scrolling may be accomplished by using either the cursor control 116 or the tuning control 114. The user uses the cursor control 116 or the tuning control 114 to highlight a desired menu item in the list 322, and then the user presses the select button 118 to select the highlighted menu item.

The select-language display 310, shown in FIG. 3B, allows the user to elect to receive Web broadcasts in one or more selected languages. The display 310 provides a list of available languages 312 and a scroll bar 314 for scrolling through the list 312. Each item in the list 312 corresponds to a language (e.g., English, French, etc.) and each item is provided with a checkbox 313. If a checkbox 313 is checked, then the corresponding language is enabled. The display 310 also provides an OK button 315, a Cancel button 316, a Clear-All button 317, and a Select-All button 318. The Clear-All button 317 clears all of the checkboxes 313, and the Select-All button 318 checks all of the checkboxes 313. The user "presses" one of the buttons 315-318 by using the cursor control 116 to highlight a desired button and then pressing the select button 118 to "press" the highlighted button.

The select-list display 330, shown in FIG. 3D, allows the user to select a preferred type of program material (e.g., Sports, Weather, News, All, etc.). The display 330 includes a list 332 of program types and a scroll bar 331. The user uses the cursor control 116 or the tuning control 114 to highlight a desired program type from the list 332, and then the user presses the select button 118 to select the highlighted program type.

The select-broadcast display 340, shown in FIG. 3E, allows the user to select a Web broadcast. The display 330 includes a list 342 of the available Web broadcasts having the proper language (as selected in the select language display 310) and the desired program type (as selected in the select-list display 331). The user uses the cursor control 116 or the tuning control 114 to highlight a desired broadcast from the list 342, and then the user presses the select button 118 to select the highlighted program type. Each item in the list 342 is provided with a checkbox 343. If the checkbox 343 is checked, then the corresponding broadcast is a preferred (or "fast-tune") broadcast. The user may scroll through the fast-tune broadcasts by using the tuning control 114 from the default display 300 shown in FIG. 3A, without having to activate the select-broadcast display 340. This provides a

12

convenient shortcut feature to allow the user to quickly tune to stations that the user regularly listens to.

FIG. 4 illustrates a data-entry display 450 that allows the user to input alphanumeric text (e.g., the telephone number of the ISP 232 or a URL). The display 450 includes a text prompt 451 to prompt the user for the desired data. The display also includes an on-screen keyboard 452, a text display 453, an OK button 454 and a Cancel button 455. The user enters text by using the cursor control 118 to highlight a desired character on the on-screen keyboard 452 and then pressing the select button 118 to enter the highlighted character into the text display 453. The OK button 454 and the Cancel button 455 are "pressed" in the same fashion.

FIG. 5 is a flowchart 500 that begins at a start block 501 and illustrates the Web Radio mode process. The process advances from the start block 501 to a decision block 502, where the process checks a status flag to determine whether or not the intelligent radio software needs to be initialized (setup). If setup is needed, then the process advances to a process block 504; otherwise, the process jumps over the setup steps to a process block 514. In the process block 504, the process obtains a phone number for the desired ISP 232. The phone number may be obtained from a default phone number stored in the intelligent radio software, or by prompting the user through the data-entry display 450. Once the phone number has been obtained, the process advances to a process block 506, where the modem 206 dials the telephone number and establishes a modem connection with the ISP 232. Once the connection is established, the process advances to a process block 508 where the user establishes an account with the ISP 232.

In one embodiment, the user is prompted for a password that is stored on the data storage device 210 or entered using the data-entry display 450. Establishing an account may include other actions, such as creating a username for the user, changing the phone number used to access the ISP 232, and entering information about the user and the user's account. Once an account is established, the process advances to a process block 510 where a list of available Web radio broadcast stations is downloaded to the intelligent radio 100 from the ISP 232 and stored on the storage device 210. Lists of available languages and program types are also downloaded and stored on the storage device 210. Once the lists are downloaded, the process advances to a hang-up block 512 wherein the modem 206 terminates the network connection (e.g., hangs-up the phone). Upon hang-up, the setup process is complete, and the process advances to the process block 514.

In the process block 514, the modem dials the ISP 232 and then advances to a process block 516 where the intelligent radio 100 logs on to the user's account at the ISP 232. The hang-up, redial, and logon (blocks 512, 514, and 516, respectively) is desirable when using a PSTN, because the initial telephone call, placed in the block 506, is typically a long-distance call or a toll-free (e.g., a 1-800) call. By contrast, the telephone call placed in the block 514 is typically a local call. When using a non-PSTN network (e.g., a cable modem, a satellite network, etc.) then the hang-up, redial, and logon (blocks 512, 514, and 516, respectively) is typically omitted.

Once the user is logged on, the process advances to a process block 518 where the user selects (tunes) a Web radio broadcast station. Once a Web broadcast has been selected, the process advances to a process block 520 where the intelligent radio 100 receives the Web broadcast. The CPU 202 decodes and decompresses the received data as necessary and then sends the decompressed data to the DAC 220 where it is converted to an analog signal that is subsequently played on

US 8,050,652 B2

13

14

the speakers **106**, **108**. The process remains in the process block **520** while the user listens to the Web broadcast.

If the user tunes to a new Web broadcast station (e.g., by turning the tuning control **114** or by activating the select-broadcast display **340**) then the process loops back to the process block **518**, selects the new station, and returns to the process block **520**.

FIG. **6**A illustrates the information management and data processing functions **600** provided by a Web Radio site **602** (e.g., www.webradio.com). Access to the Internet site **602** is made possible by the Internet access provided by the ISP **232**. The Internet site **602** provides a list of Web radio broadcast stations for the user and optionally other value-added services that enhance the operation of the intelligent radio **100**. For example, the Internet site **602** may provide a list of available program sources and streaming audio programming. The site **602** may also maintain user profile comprising a list of preferred Internet "broadcast stations." The site **602** also provides special download capabilities such that the user can download information and software into the intelligent radio. The site **602** also provides upload capabilities such that the user can upload information, such as preferences, etc., from the intelligent radio **100** to the site **602**. For example, the site **602** can provide a customized list of stations for each user and voicemail capability. The site **602** may provide reformatting of streaming audio data into a format better suited for the intelligent radio.

In one embodiment, the site **602** also provides Web telephone capabilities to the intelligent radio **100**, such that the user can use the intelligent radio as a telephone to talk to other users that are connected to the Internet. In one embodiment of the Web telephone, the codec **260** is used to digitize speech from a microphone in the handset of the telephone **229**. The digitized speech is sent over the network **230** to the ISP. The ISP forwards the digitized speech to a remote user. Similarly, the ISP provides digitized speech from the remote user to the intelligent radio. The intelligent radio uses the codec **260** to convert the digitized speech into analog signals that are played on the speakers **106** and **108** or a speaker in the handset of the telephone **229**.

In yet another embodiment, the intelligent radio provides voice email in connection with the site **602**. To receive email, text-to-voice software in the site **602** is used to convert email text into digitized voice data as words spoken in the user's desired language. The digitized voice data is provided to the intelligent radio where it is converted to an analog signal and played on the speakers **106** and **108** or a speaker in the handset of the telephone **229**. To receive email, the user speaks into the microphone **250** or the microphone in the handset of the telephone **229** and the spoken words are converted into digitized speech by the intelligent radio. The intelligent radio sends the digitized speech to the site **602** where it is converted into email text and then emailed to the recipient. The software to convert speech to text and text to speech is provided in the site **602** in order to minimize the cost and complexity of the intelligent radio. Alternatively, the software to convert speech to text and text to speech is provided in the intelligent radio.

In one embodiment, the site **602** also provides special formatting and markup protocols that are tailored to the intelligent radio display **112**. Most existing Internet sites are geared towards a computer or television and assume that a user has a large, high resolution, color monitor. Most existing Internet sites also assume that a user is accessing the site by using a Web browser such as Netscape Navigator™ or Microsoft Internet Explorer™. These browsers support high level protocols such as HyperText Markup Language (HTML). The display **112** may be relatively smaller, and relatively less capable than a traditional computer monitor. In some embodiments, the display **112** does not necessarily need all of the capabilities and complexity of HTML and is thus better served by information that is formatted for the display **112** and that is expressed in a markup language that is suited to the needs of the intelligent radio **100**, without the overhead and complexity of HTML.

When the user connects to the Internet site, information is passed along a first data stream to an account management block **604**. The block **604** provides account management functions relating to the user's account with the ISP **232**. The account management block passes data to a user preference block **606**, which retrieves user profile information and user preferences specified by the user. Information regarding the user preferences may be stored by the ISP **232**, or downloaded from the intelligent radio **100** as needed.

Information is also passed from the process block **602** along a second data stream to a program management block **608**. The program management block **608** accesses a language variety database **610** to determine which languages are available, and a program variety database **612** to determine which types of programs are available. The program management block **608** also accesses program sources such as live broadcasts **620**, archived broadcasts **624**, stored music **626**, and other streaming audio sources **622**.

User profile information from the user preference block **606** and program data from the program management block **608** are provided to a program list block **616**, which constructs a list of available Web programs (broadcasts) that fit the user's preferences. The list constructed in the block **616** is passed to the intelligent radio **100**.

FIG. **6**B shows the conceptual relationship between the site **602** and other Web sites that supply streaming audio information, such as a site **630**, a site **631**, and a site **632**. The Internet provides the ability to transfer data between any two of the sites **602**, **630**-**632**. The user connects, through the ISP **232**, to the site **602**. The site **602** provides links to the sites **630**-**632** through the programming lists provided by the site **602**. If the user selects a streaming audio program from one of the sites **630**-**632**, then the site **602** provides the necessary link to the selected site. In some embodiments, the site **602** provides the link information to the intelligent radio **100**, and the intelligent radio **100** makes a "direct" connection to the selected site. In other embodiments, the site **602** links to the selected site, receives the streaming audio data, reformats the data if desired, and then sends the streaming audio data to the intelligent radio **100**.

FIG. **7** illustrates an embodiment of an intelligent radio tuner **700**. The tuner **700** is mounted in an enclosure **701** and connects to household AC power through a power cord **104**, to a network through a network cable **102**, and to an audio system through an audio line **702**. User controls are mounted on the front of the enclosure **701** and include an on-off switch **704**, a command button **121**, a cursor control **116**, a select button **118**, and a tuning control **114**. The cursor control **116** provides up, down, left, and right movements of a cursor or other entity on a display device **112**. Also mounted on the front of the enclosure **701** is the display device **112**, which provides information to the user.

FIG. **8** is a block diagram of the functional elements of the intelligent radio configured as a tuner **700**. The tuner **700** comprises the Central Processor Unit (CPU) **202** that is used to run the intelligent radio software. The CPU **202** is connected to the random access memory **204**, the data storage device **210**, the modem **206**, and the codec **260**. The data storage device **210** may be any type of non-volatile data storage device, including, for example, a floppy disk drive, a

GOOG-SONOS-WDTX-INV-00005001

US 8,050,652 B2

15                                                                                   16

hard disk drive, a flash memory, a CD-ROM, a DVD-ROM, a CMOS memory with battery backup, etc. The modem **206** is connected to a communications network **230**, shown as a Public Switched Telephone Network (PSTN). Although the communications network **230** is shown as a PSTN network, one skilled in the art will recognize that the network **230** may also be a cable television (CATV) network, a satellite network, or any other communications network. The modem **206** provides an interface between the CPU **202** and the communications network **230** and the operational characteristics of the modem **206** are determined by the type of communications network **203**. Thus, if the network **230** is a PSTN network, then a telephone modem is used; and if the network **230** is a CATV network, then a cable modem is used, etc. An Internet Service Provider (ISP) **232** provides the user with a connection from the network **230** to the Web via the Internet **234**.

The CPU **202** provides data to the display device **112**. The CPU **202** receives user inputs from the command button **121**, the tuning control **114**, the select button **118**, and the cursor control **116**. The CPU **202** provides digitized audio samples to an input of a Digital-to-Analog Converter (DAC) **220**. The analog audio output of the DAC **220** is provided to the audio output **702**. In a preferred embodiment, the DAC **220** is a two-channel device, providing left and right stereo channels.

FIG. **9** is a block diagram of the functional elements of an embodiment of an intelligent radio that provides for remote playback. FIG. **9** shows a base unit **900** that is connected to the communications network **230**. The base unit **900** receives streaming audio from the Web and transmits the audio information to a remote playback unit **902**.

The base unit **900** is similar in most respects to the intelligent radio except that the amplifier **222**, the loudspeakers **106** and **108**, and the volume control **110** are not located in the base unit **900**, but rather are located in the remote playback unit **902**. In the base unit, the DAC **220**, the cassette device **130**, the AM tuner **240**, the FM tuner **242**, and the external input **244** are connected to a transmitter **904** rather than the amplifier **222**. The transmitter **904** provides a transmitted signal to a receiver **906** in the remote unit **902**. The receiver **906** provides an audio output to the amplifier **222**.

The base unit **900** receives the streaming audio information from the Internet **234** and uses a transmission carrier to retransmit the audio information to one or more remote units **902**. The transmitter **904** and the receiver **906** may use any form of communication for the transmission carrier, including radio frequency communication, infrared communication, ultrasonic communication, etc. In one embodiment, the transmitter **904** may be a low power FM (Frequency Modulation) transmitter compatible with standard FM broadcast bands, such that the remote playback unit **902** can be a standard FM transistor radio or a stereo receiver. In yet another embodiment, the transmitter **904** may be a low power AM (Amplitude Modulation) transmitter compatible with standard AM broadcast bands, such that the remote playback unit **902** can be a standard AM transistor radio or a stereo receiver.

In other embodiments, the base unit **900** may also include an amplifier **222**, loudspeakers **106** and **108**, and a volume control **110** such that the base unit **900** can provide both playback of the audio information and transmission of the audio information to the remote unit **902**.

FIG. **10** is a block diagram of the functional elements of an embodiment of an intelligent radio that provides for remote access, comprising a base unit **1002** and an intelligent radio **1000**. The base unit **1002** comprises a transceiver **1012** coupled to a modem **1011**. The modem **1011** is connected to the communications network **230**. The modem **1011** receives data from the ISP and provides the data to the transceiver **1012**, which then transmits the data to a transceiver **1010** in the intelligent radio **1000**. The transceiver **1010** transmits data from the intelligent radio **1000** to the transceiver **1012**. The transceiver **1012** provides the data from the intelligent radio **1000** to the modem **1011**, which sends the data to the ISP **232**.

The intelligent radio **1000** is similar in most respects to the intelligent radio **100** shown in FIG. **2**, with the addition of the transceiver **1010**. A data input/output port of the transceiver **1010** is provided to the processor **202** and a Radio Frequency (RF) input/output port of the transceiver **1010** is provided to an antenna. Also, in the intelligent radio **1000**, the modem **206** is optional (because network communications are handled by the transceiver **1010** rather than the modem **206**).

The transceivers **1010** and **1012** use any suitable means for communication, including, for example, optical communication, radio communication, etc. In a preferred embodiment, the transceivers **1010** and **1012** are radio transceivers that use spread-spectrum communication techniques at a frequency of approximately 2.4 GHz. The combination of the base unit **1002** and the intelligent radio **1000** provides a capability similar to that provided by a cordless telephone. The base unit **1002** can be located near a network connection point (e.g., a telephone outlet), and the intelligent radio **1000** can be conveniently placed anywhere within the range of the base unit **1002**. The two-way communication link between the transceiver **1010** and the transceiver **1012** provides a cordless connection to the network **230**.

In one embodiment, the intelligent radio, as shown in FIG. **1**, is a network-enabled audio device. FIG. **11** illustrates one embodiment of the network-enabled audio device configured for use with other electronic devices. In one embodiment, the network-enabled audio device works in conjunction with a PC. With a network connection, software on a PC can be used to assign playlists of songs to the network-enabled audio device. Further, the network-enabled audio devices can be set to turn on at a certain time and play a playlist of music. In one embodiment, songs encompass a variety of audio sources including, but not limited to, audio files containing music and/or advertisements. Optionally, the network-enabled audio devices can turn on through an Internet connection as well. The front panel, including the user controls, can be disabled in order to prevent users from turning the device off when a playlist is scheduled.

In one embodiment, the network-enabled audio device records user activity and provides that information to a server for data mining purposes. For instance, a user's composition of a playlist including songs from The Beatles can be recorded by the network-enabled audio device and sent to a server tracking the number of users composing playlists including songs from The Beatles. Tracking information can then be provided to record companies interested in selling more Beatles MP3's to gauge consumer demand. In one embodiment, a button is provided for allowing the user to turn the logging feature on or off.

In FIG. **11**, an IPAN **1100** includes an IPAN server **1104**, a PC IPAN client **1106**, a network **1102**, a device B **1108**, a device A **1110**, and user controls **1112**. The PC IPAN client **1106** connects to the IPAN Server **1104** through the network **1102** (such as the Internet). The Device **1110** represents a network-enabled audio device, which connects at a default time to the IPAN server **1104**. The user can optionally change the default time or can connect to the IPAN server **1104** at a desired time independent of the default time. The user can use the user controls **1112** on the Device **1110** to bypass the default time and connect to the server **1104** immediately. When the Device **1110** connects, the IPAN server **1104** may

GOOG-SONOS-WDTX-INV-00005002

US 8,050,652 B2

17                                                                18

have a playlist for the Device **1110**. The IPAN server **1104** downloads the playlist to the device **1110**. The IPAN server **1104** checks to see what devices have the audio files listed in the playlist. The IPAN server **1104** maintains a list of URL's from which the device **1110** received audio files listed in the playlists. In one embodiment, the list of URL's is stored in a catalog. In one embodiment, the catalog also includes other information such as, for example, a list of available audio playback devices and their settings, scheduled audio playback, and/or commands for system synchronization. The Device **1110** attempts to connect to the URL's listed as the location from which the songs located on the Device's **1108** hard drive were retrieved from. If the URL's do not work and the song exists in the IPAN **1100**, then the audio files are transferred from the Device **1108** to the Device **1110** by uploading the files from the Device **1108** the next time the Device **1108** connects. The next time the Device **1110** connects, it will download the list of files from the server. If the song does not exist in the IPAN, the Device **1110** attempts to download the song at intervals until the user deletes the song from the playlist or the song is added to the Device **1108**. In one embodiment, for example, an empty cone will appear beside the song in the playlist that could not be downloaded. The user can delete the song in order to request a cease in the attempts to download, or the user can refrain from deleting the song from the playlist in order to request that further attempts be made to download the song. A request for further attempts in downloading the song results in further iterations of Device **1110** attempting to download the song from the broken URL followed by attempts to upload the song from Device **1108** when Device **1108** connects.

FIGS. **12**A and **12**B illustrate one embodiment of a network-enabled component audio device **1200**. The device **1200** represents one embodiment of the intelligent radio **700**. FIG. **12**A illustrates a front view of the network-enabled audio device **1200**. The network-enabled audio device **1200** has user controls which are mounted on the front of an enclosure **1202** and include a power button **1204**, a shuttle control **1214**, an enter button **1216**, menu buttons **1212**, an action button **1210**, and a CD-eject button **1222**. On the shuttle control **1214**, there is a right button **1264**, a left button **1260**, an up button **1262**, and a down button **1266** for navigating through menus on the display **1230**. An infrared port **1208** is mounted on the front of the enclosure **1202** to read signals from a remote control **1250**. In one embodiment, the remote control includes buttons for volume, enter, navigation shuttle, action, power, CD eject, and five preset menu buttons. A CD player **1220** is also mounted on the front of the enclosure **1202** to play standard audio CD's or MP3 encoded CD's.

In one embodiment, the display **1230** has a menu bar to provide the user with options for listening to playlists, listening to the CD player, or listening to streaming audio. The shuttle control **1214** is used to scroll through the selections in a playlist. Each selection is highlighted as the shuttle control **1214** is pressed right **1264** or left **1260**. When the user makes a choice, the enter button **1216** is pressed to signify that choice being made. If the user chooses the playlist option, a drop down menu is displayed in the display **1230** showing the available playlists. The user then uses the shuttle control **1214** to scroll through the playlists by pressing the up button **1262** or the down button **1266**. Once the user chooses an audio source with the shuttle control **1214**, the user can navigate and play the audio with the group of menu buttons **1212**.

The group of menu buttons **1212** is context sensitive and will change function depending on the audio source. For example, in one embodiment, if the user selects the CD player **1220** as the audio source, then the first menu button in the group of menu buttons **1212** is used to play the CD while the second menu button is used to stop. In one embodiment, the bottom of the display **1230** changes according to the audio source determined by the user. If the user chooses to play CDs, a "play" icon appears above the first button in the group of menu buttons. In one embodiment, if the user chooses to listen to the AM/FM radio, a scan icon appears above the first button in the group of menu buttons **1212**.

In addition to allowing the user to play files, the network-enabled audio device allows the user to play audio CD's on the CD player **1220**. Further, the user can copy and encode songs off CD's in digital formats (known as "ripping") and compose playlists with those songs and other files and streaming audio.

The action button **1210** allows the user to request the latest news, albums, concerts and other information on artists. For example, if the user is listening to a streaming audio broadcast and does not know who the artist is, he or she can press the action button **1210** and receive information on the display **1230** identifying the artists, the name of the songs, interesting facts about the artist, etc. Optionally, the user can acquire similar information by pressing the action button when listening to a CD or a playlist. In one embodiment, the network-enabled audio device **1200** acquires this information by accessing the IPAN server **1104**. The IPAN server **1104** then accesses its own database to search for the requested information. Optionally, the database is located on at least one different server than the IPAN server **1104**. In one embodiment, if the information is not found, a sample of the song will be sent to another server to analyze the sample and report back to the IPAN server **1104** with the correct information.

FIG. **12**B illustrates a rear view of the network-enabled component audio device **1200**. The network-enabled audio device **1200** connects to household AC power through a power cord **1268**. The network-enabled audio device **1200** includes a phone jack **1250**, an Ethernet port **1252**, a line-in connector **1264** having left and right channels, a line-out connector **1262** having left and right channels, a microphone jack **1258**, a headphone jack **1260**, a TOS link **1256**, and a USB port **1254**.

In one embodiment, the phone jack **1250** can be used to either establish a modem connection to an ISP and/or to establish a LAN connection (e.g. Home Phone Network Alliance network connection). The Ethernet port **1252** can be used with an Ethernet cable to provide access to an Ethernet LAN. Optionally, the Ethernet port **1252** can be replaced or supplemented with other types of connections to communications networks. A network cable provided to the Ethernet port **1252** can be a network cable, a cable TV cable, a connection to a wireless (e.g., satellite) unit, a power line, etc. For example, the communications network uses satellites developed by the Motorola Corp., Global Star satellites developed by a consortium of European manufacturers which includes Aérospatiale and Alcatel, P21 satellites developed on a project financed by Inmarasat, or the Odyssey satellite system developed by a TRW consortium associated with Teleglobe/Canada.

In one embodiment, the network-enabled audio device **1200** provides an audio output to an associated audio system. For high-speed interaction with other audio components, the digital out TOS link **1256** (also known as "Optic S/PDIF") is used for an optical connection to provide for the transfer of raw digital streams. Files can be transferred from the network-enabled audio device **1200** without a conversion from digital to analog signals. When the audio file reaches the associated audio system, such as for example a portable MP3 player, the digital audio stream is then converted to an analog

GOOG-SONOS-WDTX-INV-00005003

US 8,050,652 B2

19                                          20

stream within the associated audio system to enhance audio quality. The associated audio system provides for amplifiers and loudspeakers.

The line in connector **1264** is an analog line in from another device. The line out connector **1262** is an analog line out to standard left and right RCA-style connectors. The standard USB host connector **1254** allows downloading of music to portable MP3 players (in a host downloading to a slave relationship) and/or USB networking with a PC or other network-enabled audio device **1200** or **1300**.

FIGS. **13A** and **13B** illustrate one embodiment of a table-top network-enabled audio device **1300**. FIG. **13A** illustrates a front view of the tabletop version of the network-enabled audio device **1300**. As described in more detail below, the network-enabled audio device **1300** is similar to the network enabled audio device **1200** with the addition of extra features such as a radio, amplifier, and speakers. The network-enabled audio device **1300** has user controls which are mounted on the front of the enclosure **1302** and includes the power button **1204**, the shuttle control **1214**, the enter button **1216**, the menu buttons **1212**, the action button **1210**, the volume control **1316**, and a CD eject button **1222**. The shuttle control **1214** includes the right button **1264**, the left button **1260**, the up button **1262**, and the down button **1266** for navigating through menus on the display **1230**. The infrared port **1208** is mounted on the front of the enclosure **1302** to read signals from the remote control **1250**. In one embodiment, the remote control includes buttons for volume, enter, navigation shuttle, action, power, CD eject, and five pre-set menu buttons. The CD player **1220** is also provided on the device **1300** to play standard audio CD's or MP3 encoded CD's. A right speaker **1303** and a left speaker **1303** are operably connected to the network-enabled audio device **1300**.

In one embodiment, the group of menu buttons **1212** perform the same or similar functions as the group of menu buttons **1212** in the network-enabled component audio device **1200** illustrated in FIG. **12** except that the display **1230** will illustrate an additional option of playing an AM/FM radio. Therefore, when the shuttle control **1214** is used to select the AM/FM radio audio source and the user presses the enter button **1216**, the icons that reflect functions such as tuning, scanning, and other buttons used to navigate and manage an AM/FM audio source appear. If the user chooses to listen to the AM/FM radio, a scan icon appears above the first menu button **1212**.

FIG. **13B** illustrates a rear view of the tabletop network-enabled audio device **1300**. The network-enabled audio device **1300** connects to household AC power through the power cord **1268**. The network-enabled audio device includes the phone jack **1250**, the Ethernet port **1252**, the line-in connector **1264** having left and right channels, the line-out connector **1262** having right and left channels, the microphone jack **1258**, the headphone jack **1260**, an AM/FM antenna port **1390**, left and right speaker outputs **1392**, and the USB port **1254**.

In one embodiment, the network-enabled audio device **1300** has an AM/FM antenna port for connecting to an AM/FM antenna. The network enabled audio device **1300** includes an amplifier and loudspeakers **1303** (as will be described in FIG. **14**) which connect to the left and right speaker outputs **1350**.

FIG. **14** is a block diagram of the functional elements of the network-enabled audio devices **1200** and **1300**. The network-enabled audio device **1300** typically includes the functional elements of the network-enabled audio device **1200**. The network-enabled component audio device system **1300** includes an AM Tuner **1418**, an FM tuner **1420**, an amplifier

**1422**, and the speakers **1303**. In one embodiment, the network-enabled audio device **1200** does not include the AM tuner **1418**, the FM tuner **1420**, the amplifier **1422**, or the speakers **1303**. A Central Processing Unit (CPU) **1402** and a CPU Support Chip **1406** are used to run the software on the network-enabled audio devices **1200** and **1300**. In one embodiment, the CPU **1402** is a StrongARM SA-1110 manufactured by Intel, and the CPU Support Chip **1406** is a StrongARM SA-1111 manufactured by Intel. The network-enabled audio device **1200** includes a display **1408**, a modem **1410**, a memory card **1412**, a data storage device **1414**, a codec **1416**, a CD player, a DAC **1470**, a microphone **1480**, a line-in port **1482**, and a line out **1484**. Further, the network-enabled audio device **1200** includes user controls, including a shuttle control **1214**, a group of menu buttons **1212**, an enter button **1204**, and an action button **1210**. The network-enabled audio device **1200** connects externally to a network **1428**. The network **1428** is shown as a Public Switched Telephone Network (PSTN) **1428** that connects to an ISP **1429** which gives access to the Internet **1102**. Through the Internet **1102**, a user can access the server site **1104** and thereby access the server site IPAN software **1433**.

In one embodiment the CPU **1402** communicates with the random access memory **1412**, the telephone modem **1410**, and the display **1408**. The memory **1412** can be flash memory or a combination of flash memory and other types of memory. The memory **1412** can be volatile or non-volatile or a combination of volatile and non-volatile. The modem **1410** is connected to a communications network **1428**, shown as a PSTN **1428**. In one embodiment, the modem **1410** is also connected to an HPNA network. Although the communications network **1428** is shown as a PSTN network, one skilled in the art will recognize that the network **1428** can also be a cable television (CATV) network, a satellite network, or any other communications network. In one embodiment, the network **1428** comprises both a Direct TV/PC satellite connection that provides information to the network-enabled audio device at high speed (e.g., 400,000 bytes per second or more), and a PSTN **1428** network connection so the intelligent radio can upload information back to the ISP **1429** (because many Direct TV/PC connections are only one-way). In yet another embodiment, the satellite network is a two-way satellite network that uses the satellite for both download and upload.

A port of the codec **1416** is provided to the CPU Support Chip **1406**. In one embodiment, the codec is a Cirrus CS4299 audio codec. The codec **1416** provides analog-to-digital conversion for the microphone **1480** and for the line in **1482**, and digital-to-analog conversion for the line out **1484**. In some embodiments, the codec **1416** and the modem **1430** are combined as a telephone modem.

The modem **1410** provides an interface between the CPU **1402** and the communications network **1428** and the operational characteristics of the modem **1410** are determined by the type of communications network **1428**. Thus, if the network **1428** is a PSTN network, then a telephone modem is used; if the network **1428** is a CATV network, then a cable modem is used, etc. In a preferred embodiment, the modem **1430** is integral to the network-enabled audio device. An Internet Service Provider (ISP) **1429** provides the user with a connection from the communications network **1428** to the Web via the Internet **1430**. The server site **1104** can then be accessed, and the server site IPAN software **1433** can be used by the user to manage audio sources and devices. Note that FIG. **14** shows functional elements, but not necessarily hardware configurations. Thus, for example, the modem **1410** can be implemented in software on the CPU **1402** or even on the CPU Support Chip **1406**. The CPU **1402** is a single computer

GOOG-SONOS-WDTX-INV-00005004

US 8,050,652 B2

21

processor, or multiple computer processors. In one embodiment, the CPU **1402** comprises two processors, a Digital Signal Processor (DSP) and a general purpose microprocessor. In one embodiment, the modem **1410** is provided in a plug-in module such that the intelligent radio can be configured for different types of computer networks by simply changing the modem plug-in to suit the type of network being used.

Optionally, the microphone **1480** is connected to a second port of the codec **1416**. An analog output from the microphone **1480** is provided to the codec **1416**. A digital output from the codec **1416** is provided to the CPU **1402**. The microphone **1480** allows for voice commands to control the network-enabled audio device. The microphone **1416** is optional. In one embodiment, a microphone (not shown) is also placed in a wireless remote so that voice commands can be provided from the wireless remote. Optionally, headphones can also be used.

The CPU **1402** provides data to the display device **1408**. The CPU **1402** receives user inputs from the shuttle control **1214**, the group of menu buttons **1212**, the enter button **1202**, and the action button **1210**.

A system bus interface interconnects the CPU **1402** to the CPU Support Chip **1406**. In one embodiment, the CPU Support Chip provides digitized audio samples to an input of the Digital-to-Analog Converter (DAC) **1470**. The analog audio output of the DAC **1470** is provided to the amplifier **1422**. In one embodiment, the DAC **1470** and the amplifier **1422** are each two-channel devices, providing left and right stereo channels. Channel outputs of the amplifier **1422** are provided to the speakers **1303**. The volume control controls the gain of the amplifier **1422**. In one embodiment, the amplifier and speakers are part of an external stereo system.

The CPU support chip **1406** is also operably connected to a CD player **1426** which outputs audio to the amplifier **1422** or an external amplification system. The CPU Support Chip **1406** or optionally the CPU **1402** also maintains software for managing the transfer of audio files from CD's to the network-enabled audio device's hard drive.

FIG. **15** illustrates a configuration for assigning playlists and audio sources to a network-enabled audio device **1510** or other devices such as a PC **1508** from a network-enabled audio device **1520** or another device. Each network-enabled audio device **1510** has a storage space **1512** for network-enabled audio device IPAN software **1526**, a playlist **1528**, and associated URL's and songs within the playlist. Similarly, each network-enabled audio device **1520** has a storage space **1522** for network-enabled audio device IPAN software **1526**, a playlist **1528**, and associated URL's and songs within the playlist. Each client PC **1508** has a storage space **1524** for client IPAN software **1532**, a playlist **1534**, and associated URL's and songs within the playlist. The server site **1104** includes server site IPAN software **1433**, the playlist **1528** stored on the storage space **1522** of device **1510**, the playlist **1530** stored on the storage space **1524** of the client PC **1508**, and the playlist **1530** stored on the storage space **1522** of the device **1520**. A storage space **1506** is provided to the server site **1104** for use in uploading and downloading audio files when URL's are broken. Storage space **1506** for the server site IPAN **1104** and other software programs can be stored externally or locally at the site.

Each network enabled audio device **1510** has storage space **1512** for a playlist **1528**, which is a list of audio files and associated URL's of where the audio files were retrieved from. Optionally, the associated URL's can be archived for only file formats that are streaming audio or MP3. Multiple playlists can be stored on the storage space **1512**. In addition

22

to the playlist **1528**, the actual audio files listed in the playlist are also stored in the storage space **1512**. The audio files can be streaming audio, Windows Media Audio (WMA), and other audio formats. The network enabled audio device **1520** performs the same functions as the network enabled audio device **1510** with the storage space **1522**, the playlist **1530**, the network-enabled audio device IPAN software **1526**, and songs and associated URL's.

The PC client **1508** has a storage space **1524** for a playlist **1534** and associated URL's and songs in the playlist. PC IPAN client software **1532** is also stored on the storage space **1524**. The PC client **1508** includes a web browser (e.g., Microsoft Explorer, Netscape Navigator, etc.), an IPAN plug-in to the web browser, and an IPAN active tray software module.

The IPAN plug-in opens as soon as the web browser is opened. The IPAN plug-in affects the handling of links to MP3 files, streaming audio, and any other audio file type designated. Whenever a user selects, saves, or opens a file in the web browser, the IPAN plug-in intercepts the normal processing of the web browser and will check to see if the file is an audio file. If the file is an audio file, the IPAN plug-in will allow the user to download the audio file to the IPAN **1100** now or to schedule the file for download at a later time. In either case, the URL can be added to the playlist. Further, the IPAN plug-in will periodically connect to the server site IPAN software **1433** to receive software upgrades or to upload updates of the audio files present on the client PC **1433**.

The web browser can be used to connect to the server site **1104** and provide access to server site IPAN software **1433**. The IPAN active tray software module runs in the background when the PC client **1508** is turned on. Without the web browser being opened, the IPAN active tray software module can play audio files in playlists.

At the server site **1104**, the user can access the server site IPAN software **1433** through a network connection to the server site IPAN **1104** and from the server site IPAN software **1433** the user can assign playlists to different devices such as the network-enabled audio device **1510**, the network-enabled audio device **1520**, or the client PC **1508**. The user composes the playlists from the server site IPAN software **1433**, but typically only stores the title of the song and the URL from which the song came. The playlists stored throughout the IPAN **1100** are also stored in the server site IPAN **1433**. The user then has a master list of where all playlists are located. When the device **1510** connects to the server site IPAN **1104**, a playlist is assigned to it. Within the playlist, the URL's indicate the location from which the audio files associated with the song titles in the playlist can be downloaded. The network-enabled audio device **1510** then proceeds to download the song from the given site specified by the URL to the disk space **1512** on the device **1510**. If the site at the URL is not working, the server site IPAN software **1433** will upload the playlist from the disk space **1522** of another device **1520** the next time the second device **1520** connects to the network. The next time the original device **1510** calls in, it will download the playlist from the server site **1104**.

Further, the server downloads software upgrades, if necessary, when the device accesses the IPAN **1433**. For example, if the disk space in a device that was supposed to have a playlist was accidentally erased, then the server site **1104** provides the URL's for sites to download the lost playlists. In addition, the server site **1104** downloads any other software used to enhance the communications between the server and the device. Software can also be downloaded to be used by the CPU **1402** or the Support Chip CPU **1406**.

GOOG-SONOS-WDTX-INV-00005005

US 8,050,652 B2

23                                                          24

In one embodiment, there is no server site **1104**. The PC IPAN client software **1532** stores the playlists that are located throughout the IPAN **1100**. Through a network connection, the PC IPAN client software assigns playlists to devices **1510** and **1520**.

FIG. **16** illustrates the connection steps used when the user first sets up the network-enabled audio device. The user begins at process block **1601** by connecting the speakers and radio antennas to the back of the unit. The user also takes other preparatory measures such as plugging in the AC power cord and connecting a phone cable to a telephone jack. At the next process block **1602**, the user can choose to begin listening to preloaded music without setting up any of the software by pressing the power button **1204** on the machine and pressing the "Listen Now/Setup Later" button on the first screen. The user can thus listen to preloaded music before even setting up the software for the network-enabled audio device. The process then advances to the next process block **1603** where the user can scroll through the playlists of preloaded music by using the shuttle control **1214** and the enter button **1216**. At the next process block **1605**, the user begins to set up the network-enabled audio device **1200** by inserting a setup CD into the CD player **1220**. The process advances to process block **1606** where the user returns to the first screen and selects "Setup Now" in order to begin loading the PC IPAN client software **1532** on the network-enabled audio device **1200**.

FIGS. **17**A through **17**I show various displays provided by the PC IPAN client software **1532** and the server site IPAN software **1433**. In one embodiment, these displays are produced by web pages provided by the server and display on the user's PC in a web browser. FIG. **17**A illustrates a Playlist Manager window **1700** that appears when a user runs the PC IPAN client software **1532** and the server site IPAN software **1433**. The user-control buttons in the Playlist Manager window include a client feature control button **1702**, an audio player window button **1704**, a create new playlist button **1706**, a delete button **1708**, a schedule button **1710**, a play button **1712**, a scan hard drive button **1714**, an add device button **1716**, and a synchronize button **1718**. Personal Audio Information Tabs **1726** allow the user to view classifications for audio such as by artist or playlist. The display playlist and song button **1740** provides access to audio and devices such as PC's, network-enabled audio devices **1200** and **1300**, portable audio devices, etc. Access is provided as a tree control in the playlist window **1780**. The playlist window **1780** displays playlists, the title window **1720** displays songs in the playlist, an arrow button **1760** provides for addition of songs to playlists, and an arrow button **1799** provides for deletion of songs from playlists.

The Client Feature control button **1702** allows the user to select a desired playlist or other audio source to listen to. The client feature control button also allows the user to control the look and feel of the window such as color and background designs ("skins") etc. The user clicks the play button **1712** to play a selection. To control the volume, shuffle, repeat, and other playback functions, the user clicks the audio player window button **1704**. A new popup window appears with buttons for each of those functions. In addition to choosing a playlist, the user can compose a new playlist. The user clicks the new playlist button **1706** to create a new playlist by artist, album, or genre. The user can scan the PC's hard drive for music to incorporate into a playlist by clicking the scan button **1714**. The user can also add a device to the IPAN **1433** by clicking the add device button **1716**.

To help manage playlists and devices, the Playlist Manager **1700** provides personal audio information tabs **1726**. The devices that can be managed include network-enabled audio devices **1200** and **1300**, PC's, portable MP3 players, cell phones, etc. With the personal audio information tabs **1726**, the user can view and manage the devices, playlists, and audio classifications by "All," "Playlist," "Album," "Artist," "Genre," "Books," or "Clips." The playlist window **1780** lists the playlists selected by the personal audio information tabs **1726**. The title window **1720** lists the songs in a playlist selected in the playlist window **1780**. Songs are added to a playlist listed in the playlist window **1780** using the arrow button **1760** and removed from a playlist listed in the playlist window **1780** using the arrow button **1799**. The user deletes audio files from the IPAN **1100** by selecting the file and pressing the delete button **1708**. Further, the user can schedule playlists or streams to be heard at designated devices and at designated times by using the schedule button **1710**. The user can synchronize with the server site IPAN **1433** by clicking the synchronize button **1718**. Playlists are stored on the server site IPAN **1433** in addition to the PC IPAN client **1508** or device **1510**. In other words, a playlist may have been updated at the server site IPAN **1433** by adding or deleting some songs in the playlist. The user can choose to have the same playlist with two different songs at the server site **1104** and on the device **1200** or **1300**. But, if the user made the playlist at the server site IPAN **1433**, the user presses the synchronize button **1718** so that the next time the device **1200** or **1300** connects, an updated playlist will be downloaded. To access a playlist or the playlists on a particular device, the user clicks the display button **1740**.

FIG. **17**B illustrates the display of an audio player window **1792** that includes a previous track button **1782**, a play button **1784**, a stop button **1786**, and a next track button **1790**. The audio player window **1792** is invoked by pressing the audio player window button **1704**. A volume indicator **1794** displays the current volume. The user can click on the volume indicator **1794** to drag it higher or lower to a different volume. The user can click the shuffle button **1796** to "randomize" the playlist as opposed to playing the playlist in the same order. Further, the user can press the repeat button **1798** in order to have continuous play as opposed to the playlist stopping when it runs out of songs to play. The playlists will typically start from the beginning.

FIG. **17**C illustrates the display of the audio player window **1700** showing popup menus that appear when the user attempts to assign a highlighted playlist to another device. After the user highlights a song, the user can right-click on the song in order to have a popup menu **1761** appear with a variety of options such as "Load," "Play," "Blast To," "Copy To," "Make Available On," and "Delete." The user can choose the menu option of "Make Available On" to assign the playlist from one device to another, (e.g. from device **1510** to device **1520**). The addition of the device **1510**, the device **1520**, a portable player, a PC, etc. to the IPAN **1100** will be discussed with reference to FIG. **17**I. Once the "Make Available On" option is chosen, another window **1762** appears with options of devices for the playlist to be assigned to. In FIG. **17**C, the playlist is assigned to "Living Room iRad-S" instead of "Office Desktop computer," "Portable Player," or "Home Desktop Computer."

FIG. **17**D illustrates one embodiment of how the list of songs in a playlist is displayed. A speaker icon **1762** is used to indicate a local audio file. In other words, the audio file is located on some storage space within one of the devices (e.g., a network enabled audio device **1200** or **1300**, a PC, a portable player, etc.). A speaker outline icon **1763** indicates a link to an audio file located elsewhere on another device within the

GOOG-SONOS-WDTX-INV-00005006

US 8,050,652 B2

25                                                        26

IPAN **1100**. The link can be clicked in order to see what other devices, if any, the file is located on.

FIG. **17**E illustrates a scheduling window **1763** that opens in response to the pressing the schedule button **1710**. The user can schedule playlists to be played at a particular time and on a particular device. The network-enabled audio device will automatically turn on at the scheduled time and play the given playlist. The user controls can be disabled in order to prevent a user at a remote location from changing the music scheduled to be played at the given time. Optionally, the user controls can be disabled in order to prevent the network-enabled audio device from being turned off. The scheduling window **1763** allows a user to highlight dates on a calendar and choose devices from menus to be played at a specific time. The user can also choose to interactively play the selected playlist on a day of the week at a particular time. For example, the user can choose to have a selected playlist played every Monday, Tuesday, Wednesday, Thursday, and Friday at 6 p.m.

FIG. **17**F illustrates a popup menu for selecting the default look and feel ("skin") of the IPAN client **1508**. The user accesses the "skin" option by pressing the client feature control button **1702** and the client feature control menu **1764** appears. After the user selects "skin" from the client feature control menu **1764**, a "skin" menu **1765** appears to provide different "skin" options such as, for example, "Default," "Executive," "Space," "Sixties," and "Post Industrial." FIG. **17**G shows that the "skin" menu **1765** also provides a "Get More Skins" option to allow the user to see other "skins" besides the ones listed in the "skin" window **1765**.

FIG. **17**H shows how the user can choose to "blast" a playlist of the existing audio files from a device, such as a portable player, and replace them with a new playlist in one easy process. In other words, the user can delete the existing audio files from a playlist without deleting the playlist name and substitute new audio files for the old audio files. After the user selects a song, the user right-clicks on the song to open a window **1766** with the option "Blast To." When the "Blast to" menu item is selected, a popup menu **1767** appears to provide the user with a list of devices that the music can be "Blasted" to. Devices such as the network-enabled audio devices **1200** and **1300**, PC's, portable players, etc. can be "Blasted" to.

FIG. **17**I illustrates a pop up window **1779** for adding a device to the IPAN. A plurality of fields **1771-1774** and a plurality of fields **1775-1778** are provided to allow the user to enter information concerning the new device to be added. The user enters the name of the new device to be added in the field **1771**; the serial number of the device in the field **1772**; the device type of the new device in the field **1773**, the connection point in the field **1774**; the time to automatically download to the new device in the field **1775**; the maximum time for download duration in the field **1776**, and a folder for receiving files in the field **1778**. In addition an OK button **1791** and a Cancel button **1792** are provided. Finally, there is a download box **1793** that is checked to have new files and updates automatically downloaded to the device when it is connected to the IPAN **1100**. A device can become a dedicated MP3 server by downloading files to the device every time an audio file is downloaded to any other device.

The user selects the type of device in the field **1773** from a list of devices supported by the IPAN **1100**. The user may have more than one type of device in the IPAN **1100**. Therefore, the user can enter a name in the field **1771** and the serial number in the field **1772** to distinguish similar devices. If the user designates a portable device, the device which the portable device will be connected to is entered in the field **1774** to provide the IPAN with information about how to access the portable device. The download time is entered in the field

**1775** to provide the IPAN with the time when the user would like the device to automatically download. The default time is set to early morning (e.g. between midnight and 5 a.m.) because that is the time when the least amount of people are on the telephone and the Internet. The download duration is entered into the field **1776** to provide a maximum time limit for download duration if desired. The default is unlimited, but the user can set a maximum time so that if the download is not finished within the time limit, the device signs off. Before signing off, the current task will be completed. In other words, if the maximum time is exceeded in the middle of downloading the third song in a download of ten songs, the task of downloading the third song will be completed. The download will continue where it left off upon initiation of the next download command. In the previous example, the download will continue at the fourth song. Finally, the server site IPAN software **1433** will automatically install downloaded files in a designated folder unless the user specifies a different location in the field **1778**.

FIGS. **18**A through **18**H illustrate the use of the display **1800** on the network-enabled audio device. In FIG. **18**A, the screen display **1802** includes a "Radio" menu item **1804**, a "Playlist" menu item **1806**, a "Favorites" menu item **1808**, a "Jukebox" menu item **1810**, a "CD" menu item **1812**, and an "Internet Radio" menu item **1814**. Residing in the lower portion of the display **1800**, the menu buttons **1821-1825** are in the group of menu buttons **1212** and are provided to correspond to icons **1841-1845** residing in the lower portion of the display **1800**. Each one of the icons **1841-1845** represents a different function to be performed with respect to a selected audio source.

The user selects items from the screen display **1802** by using the shuttle control **1214** and the enter button **1216**. For example, to select the "CD" audio source, the user presses right shuttle control **1264** until the "CD" menu item is highlighted. The user then presses the enter button **1216**. Once an audio source is selected, context sensitive icons **1841-1845** appear above the corresponding menu buttons **1821-1825**. Depending on the chosen audio source, the icons **1841-1845** represent different functions.

FIG. **18**B illustrates the screen display **1802** when the audio source is an AM/FM radio, such as the AM/FM "Radio" menu item **1804**. The menu item **1804** is highlighted to indicate that the AM/FM "Radio" audio source has been chosen. The menu buttons **1821-1825** change context to correspond to icons that represent functions related to the audio source selected. Because the AM/FM "Radio" audio source was selected, the menu buttons **1821-1825** change context to correspond to the icons for an AM/FM tuner. The icons **1841-1845** shown as, respectively, a play icon **1841** corresponding to a play function **1830**, a scan next icon **1842** corresponding to a scan next function **1832**, a scan previous icon **1843** corresponding to a scan next function **1834**, a radio presets icon **1844** corresponding to a radio presets function **1836**, and a stop icon **1845** corresponding to a stop function **1838**. As further illustrated in FIG. **18**C, if the menu button **1823** corresponding to the icon **1844** representing the radio presets function **1836** is pressed, the menu buttons **1821-1825** change context to correspond to icons **1841-1845** which represent the choice of preset stations with each of the functions **1870-1874** corresponding to a different radio station. In one embodiment, the radio source menu option **1804** is omitted.

FIG. **18**D shows the screen display **1802** after the user has selected the Playlist menu item **1806**. The menu buttons **1821-1825** are used to select from various playlist icons **1841-1845**. The icons **1841-1845** shown as, respectively, a play icon **1841** corresponding to a play function **1875**, a

GOOG-SONOS-WDTX-INV-00005007

US 8,050,652 B2

27                                                      28

record icon **1842** corresponding to a record function **1876**, an export icon **1843** corresponding to an export function **1877**, and back to previous menu icon **1845** corresponding to a back to previous menu function **1878**. The shuttle control **1214** and the enter button **1216** are used to select a song from the playlist in order to play. The record function **1876** will record a playlist to the network-enabled audio device's storage device **1510**. The export mode downloads the playlist to a portable player. After a song is chosen from a playlist in FIG. 18D, FIG. **18**E shows the menu buttons **1821** and **1822** changing context to correspond to icons **1840** and **1841**. The icons **1841** and **1842** are shown as, respectively, a delete icon **1841** corresponding to a delete function **1848** and a back to previous menu icon **1850** corresponding to a back to previous menu function **1850**.

FIG. **18**F illustrates the Jukebox audio source **1810**, which provides a listing of all the audio files stored on the hard drive **1512** of the network enabled audio device **1510** by Title, Artist, Album or Genre. The menu buttons **1821** and **1822** change contexts to correspond go icons **1840** and **1841**. The icons **1841** and **1842** are shown as, respectively, a play icon **1849** corresponding to a play function **1849** and a back to previous menu icon **1851** corresponding to a back to previous menu function **1851**.

FIG. **18**G illustrates the CD audio source **1812** being selected. The menu buttons **1821**-**1823** change context to correspond to icons **1841**-**1843**. The icons **1841**-**1843** are shown as, respectively, a Name CD icon **1841** corresponding to a Name CD function **1852**, a Record CD icon **1842** corresponding to a Record CD function **1854**, and a back to previous menu icon **1843** corresponding to a back to previous menu function **1856**. The Record CD function **1854** can be used to copy tracks from a CD to the hard drive **1512** for future use in playlists. The Name CD function **1852** is used to retrieve a title name for a track and other information via the Internet from a CD database site after the Record CD function **1854** has been used to copy the CD to the hard drive. In one embodiment, an online database is checked via the Internet.

In FIG. **18**H, when the CD player is being played, menu buttons **1821**-**1825** change context to correspond to icons **1841**-**1844**. The icons **1841**-**1845** are shown as, respectively, a previous track icon **1841** corresponding to a previous track function **1892**, a pause icon **1842** corresponding to a pause function **1894**, a next track icon **1843** corresponding to a next track function **1896**, and a stop icon **1844** corresponding to a stop play function **1898**.

FIG. **19**A is a flowchart that illustrates an audio query process **1900** of the IPAN **1100**. The audio query process **1900** begins at start block **1940** where the PC IPAN client software **1532** is opened. In one embodiment, a portion of the PC IPAN client software **1532** is part of the "active tray" so that when a user turns the PC **1508** on, the PC IPAN client software **1532** is opened. Further, a portion of the PC IPAN client software **1532** is part of the IPAN plug-in so that when an Internet or other network connection is established, the PC IPAN client software **1532** runs in the background to query whether to add an audio file found on the Internet to the server site IPAN **1104**. The process advances to a process block **1942** where the user finds a desired audio file as addressed by a URL. The user can search the Internet for audio without having to access the web site associated with the server site **1502**. In a decision block **1944**, the user is asked, through a menu, if the file is to be downloaded. If the process advances to a process block **1948**, the user has decided to download the file now and the playlist is added to the IPAN **1100**. At a process block **1950**, the file has been downloaded and is available for playing. If the user decides "NO" (i.e. to down-

load the file at a later time or at the default time) the process advances to a process block **1946** to download the file at that default or more convenient time. The process then advances to a process block **1948** when the file is added to the IPAN **1100**. The web site associated with the server site **1104** does not have to be opened. The PC IPAN client software **1532** will download the software to the hard drive of the PC **1508** and connect to the web site associated with the server site **1508** to upload the audio files. At the final process block **1950**, the audio files will be available for playing.

FIG. **19**B is a flowchart **1900** that begins at start block **1902** and illustrates the assignment of playlists to devices. The process advances from the start block **1902** to a process block **1904** where the user logs into the server site IPAN **1433**. The process advances to the next process block **1908** where the user assigns a playlist to a first device **1510**. In one embodiment, the playlist is stored in an SQL database and accessed via active server pages. After the active server pages access the SQL database, the playlist is downloaded to the first device **1510**. The process then advances to a decision block **1908** where the process checks to see if all the songs in the playlist are stored in the first device's hard drive **1512**. If all the songs in the playlist are already on the first device **1510**, the songs on device **1510** are catalogued as being present. If songs need to be downloaded, the server site IPAN **1433** forms a list of remaining songs. In the next process block **1910**, the server site IPAN **1433** compares the list of remaining songs to its records of the songs present on the device **1520** to see if the device **1520** has some of the necessary songs to complete the playlist formation. If the second device **1520** does have some of the remaining songs, the URLs of those songs, which are stored on the Server site IPAN, are provided to the first device **1510**. The remaining songs which the second device **1520** does not have are deleted from the list of remaining songs and do not become part of the playlist. In the next process block **1914**, the first device **1510** will download the songs from the URLs provided to it by server site IPAN **1433**. The first device **1510** downloads all of the remaining songs needed for the playlist from the second device's **1520** URL's, but if all the songs are not on the second device's **1520** playlist, the first device **1510** will either get them from another device or in the worst case compose a playlist from only the songs that could be retrieved.

In the decision block **1916**, the process determines if any URLs are broken. If A is unable to download the files from the URLs, the server site IPAN **1433** will upload the files to the server site in process block **1920**, store the files in the interim, and download the files to the first device **1510** in process block **1922** the next time the first device **1510** calls in. For instance, the first device **1510** can be located on the east coast, and the second device **1520** can be located on the west coast. The first device **1510** may be assigned a playlist that is stored on the disk drive **1522** of the second device **1520**. When the first device connects (e.g., at 2 a.m.) to the server site IPAN **1433**, the first device will receive the URL's for the location where the second device **1520** downloaded the audio files and now the first device **1510** can download the audio files. If the URLs are broken, the first device **1510** will disconnect. When the second device **1520** calls in three hours later at 2 a.m. Pacific Time, the server site IPAN **1433** will upload the audio files to the server site IPAN **1104** and store the files on the disk space **1506**. When the first device **1510** connects at 2 a.m. the following evening, the audio files will be ready to download from the server site **1104** to the first device **1510**. The audio files will finally be stored on the disk space **1512**.

At process block **1922**, the songs that are present on the device **1510**'s storage space, the songs that have been down-

GOOG-SONOS-WDTX-INV-00005008

US 8,050,652 B2

29

30

loaded from URL's to the device **1510**, and the songs that have been uploaded to the device **1520** are catalogued in the IPAN **1100**. In one embodiment, the songs are catalogued in the IPAN **1100** at the time that they are found. For instance, the songs that are on the device **1510**'s hard drive found at the process block **1908** can be catalogued in the IPAN **1100** at that time rather than at process block **1922**. Further, the songs downloaded from URL's can be catalogued at process block **1916** or decision block **1916**. Finally, the songs uploaded from the device **1520** can be catalogued at the time of uploading at process block **1918** or at the time of downloading at process block **1920**. Optionally, delays in cataloguing can be used. In one embodiment, for example, the uploaded songs and the downloaded songs are all catalogued at process block **1920** whereas the songs present on the device **1510**'s storage space are catalogued at the decision block **1908**.

FIG. **19**C is a flowchart **1980** that illustrates another embodiment of the process of flowchart **1900**. In one embodiment, the flowchart **1980** has process and decision blocks that handle an assignment of a playlist that includes songs not present on the device **1510**. The process advances from the start block **1902** through **1908** in the same fashion as the process in flowchart **1900**. In contrast to the process in flowchart **1900**, the process then advances to decision block **1990** rather than **1910**. At decision block **1990**, if songs need to be downloaded, the server site IPAN **1433** checks its records to see if the device **1520** has all the necessary songs on the list of remaining songs to complete the playlist formation. If the device **1520** has none or some but not all of the necessary songs, the process advances to a process block **1950**. At the process block **1950**, the necessary songs that are not present on the device **1520** are catalogued in the new playlist with empty cone icons next to those songs. Optionally, the icon can be a symbol other than an empty cone. The playlist is not yet completely formed and will have additions of songs that are present on the device **1520** at a later point in the process. The process then advances to a process block **1952** and deletes songs that the device **1520** does not have from the list of remaining songs. The process then advances to decision block **1954** to determine if the list of remaining songs is empty. If the list of remaining songs is empty, then the process advances to process block **1922** where the songs present on the device **1510**'s storage space **1512** are catalogued in addition to the missing songs that are catalogued. In one embodiment, cataloguing does not include multiple entries for songs determined to be present at an earlier time. For instance, if a song is present on a device and is catalogued once as being present on the device, a multiple entry for the song being present on the device will not be made at a subsequent iteration of the process. If the list of remaining songs is not empty, the process advances to the process block **1912**. At the process block **1912**, the process in the flowchart **1980** proceeds in the same fashion as the process in flowchart **1900** until the process advances to the process block **1922**. After all the songs (including the missing songs) are catalogued at the process block **1922**, the process advances to the process block **1960** where the list of remaining songs is deleted. At the process block **1962**, if the playlist does not contain any songs with an empty cone icon, the playlist is complete and the process advances to the end process block **1924**. If the playlist contains any songs with an empty cone icon, the process advances to the decision block **1964** to allow the user to delete the missing songs. If the user deletes the missing songs, the playlist is complete, and the process advances to the end process block **1924**. If the user decides not to delete the missing songs, a new list of remaining songs is created con-

sisting of the missing songs not deleted by the user. The process then advances to the decision block **1990**.

At the decision block **1990**, if the device **1520** initially had all the remaining songs on the playlist, the process **1980** proceeds in the same fashion as the process **1900**. In one embodiment, if the process advanced from the process block **1966** rather than **1908**, the missing songs have been added to the storage space **1522** of the device **1520** so that the playlist can now be complete. The process advances through iterations until all the songs present on the playlist are present on the storage space **1512** of the device **1510** or until the user deletes songs from playlist so that no missing songs are present. In one embodiment, the process advances from the process block **1966** to the decision block **1908** in order to check whether the missing songs have been added to the storage space **1512** of the device **1510** or the storage space **1522** of the device **1520** so that the playlist can now be complete.

In one embodiment, the IPAN **1100** includes a network connection so that the first device **1510** and the second device **1520** can have audio files downloaded from the first device **1510** to the second device **1520** almost instantaneously after the assignment of an audio file to the device **1510**. For example, in a home network, the device **1510** does not need to connect to the Internet and can retrieve the necessary file through the network connection.

FIGS. **20**A–**20**F illustrate the use of the action button **1210** on the network-enabled audio devices **1200** or **1300**. FIG. **20**A illustrates the screen display **1802** before the action button **1210** has been pressed. In one embodiment, the action button **1210** can be pressed when an audio source (e.g. an audio source in MP3 file format) with an unidentified artist is playing. Optionally, the action button **1210** can be pressed when an audio source in MP3 file format with an identified artist is playing. Optionally, the action button **1210** can be pressed for audio sources such as, for example, streaming audio, files in WMA file format, CDs, etc. The menu buttons **1821**-**1825** represent the functions that can be performed on the given audio source before the action button **1210** is pressed. For an MP3 file, for example, the menu buttons **1821**-**1825** correspond to a "pause" function, a "next" function, a "previous" function, an "add favorites" function, and a "stop" function. After the action button **1210** is pressed, the menu buttons **1821**-**1825** change context to perform functions that provide additional information on the given audio source and artist. Further, after the action button **1210** is pressed, the artist will no longer be shown as "unknown" because the audio source will be uploaded to a server for analysis to determine the identification of the artist. The server will download the identity of the artist in addition to other information concerning the audio source.

FIG. **20**B illustrates the screen display **1802** after the action button **1210** has been pressed. The "unknown" artist in FIG. **20**A has been determined to be "Moby," and the unidentified MP3 file has been identified as "Porcelain." The menu buttons **1821**-**1825** correspond to menu items that provide information on, or related to, the audio source. A title menu **2002** is provided to indicate the location in the directory of action button options that the user has chosen. If the user is at the beginning of the action button directory structure, the screen display **1802** illustrates the text "action" in the title menu **2002**.

The menu buttons **1821**-**1825** correspond to the menu items "news," "music," "tour," "offers," and "done." By choosing the menu item "news," information will be presented to the user of current events regarding the artist and/or the given audio source. For instance, the "news" function can

GOOG-SONOS-WDTX-INV-00005009

US 8,050,652 B2

31

32

display Billboard top **40** information, clothing lines introduced by the artist, new albums, etc. The menu button **1822** corresponding to the "music" menu item provides the user access to other audio sources from a given artist. The menu button **1823** corresponding to the "tour" menu item allows the user to get up-to-date information on tours that the artist is going on. The menu **1824** corresponds to the "offers" menu item which allows the user to receive information on merchandise, promotional items, etc. for the given artist. The menu button **1825** corresponding to the "done" menu item allows a user to turn off the action button **1210**.

FIG. **20**C illustrates the screen display **1802** after the menu item "music" has been chosen. The menu path **2204** lists "action" to indicate to the user that the menu title "music" **2202** was a menu item chosen from the menu items illustrated in the screen shot denoted by the menu title "action." The menu buttons **1821-1825** correspond to the menu items "albums," "similar," "samples," "back," and "done." If the user selects the "albums" menu item the user will be able to view a list of other albums by the artist of the audio source. In one embodiment, the server downloads the albums listing when the action button **1210** is pressed for the first time. Optionally, the server downloads additional information after the user selects one of the menu buttons **1821-1825**. When the user presses the menu button **1822**, the "similar" menu item is chosen and a listing of albums that are from a genre of music similar to that of the audio source or from artists that are in some way similar to the artist of the audio source is presented. If the "similar" menu item is performed on Moby and "Porcelain," a list of techno songs from Moby and/or techno songs from other artists can be presented. If the user presses the menu button **1823** corresponding to the "samples" menu item, audio samples from the artist will be presented. If the user presses the menu button **1824** corresponding to the "back" menu item, the location illustrated in the menu title is returned to. If the user presses the menu button **1825** corresponding to the "done" menu item, the action button **1210** is turned off.

FIG. **20**D illustrates the screen display **1802** after the menu item "albums" has been chosen. The menu path **2204** lists "action/music" to indicate to the user that the menu title "albums" **2202** was a menu item chosen from the menu items illustrated in the screen shot denoted by the menu title "music." The menu buttons **1821-1824** correspond to different albums for the given artist. FIG. **20**D illustrates four of Moby's albums: "Moby," "Ambience," "Everything is Wrong," and "Animal Rights." The menu button **1825** corresponds to the "done" function which allows the user to turn the action button **1210** off.

FIG. **20**E illustrates the screen display **1802** after the menu item "Ambient" is chosen on the screen display **1802** illustrated in FIG. **20**D. The menu path **2204** action/music/albums shows that "Ambient" was chosen from the menu title "albums" **2202**. The menu item "buy" is chosen to purchase the album "Ambient." The menu item "download" is chosen to download the "Ambient" album. The menu item "listen" is pressed to allow the user to listen to the album. The menu item "back" allows the user to access the previous menu title. To reach the screen shot with the menu title "albums" from the menu title "Ambient," the user chooses the "back" menu item. The user can turn the action button off by pressing the "done" menu item.

FIG. **20**F illustrates the screen display **1802** after the user determines to buy the album illustrated in FIG. **20**E. The menu path action/music/albums/buy indicates that the user chose the "buy" menu item in FIG. **20**E. The title menu **2202** "complete" is used at the end of the transaction. The menu

item "buy" can be chosen to allow the user to complete the transaction. To reach the screen shot with the menu title "Ambient" from the menu title "Complete," the user chooses the "back" menu item. The menu button **1825** corresponds to the menu item "done" which allows the user to turn the action button **1210** off.

In FIG. **20**B, if the menu item "news" is chosen by the user, the subsequent screen will display the menu path "action," the menu title "news," and the menu items: "listen," "read," "log to myactions," "back," "done." If the user chooses the menu item "read," a subsequent screen displays the menu path "action/news," the menu title "read," and the menu items "log to myactions," "back," and "done." If the user chooses the menu item "log to myactions," information about a particular artist or a particular audio source will be stored in a log for future reference. The displayed menu path will be "action/news/to myactions," the menu title will be "complete," and the menu items will be "back" and "done."

If instead of reading the news, the user would like to listen to the "news," the "listen" menu item can be chosen in the screen displaying the "action" menu path and the "news" menu title. The next screen will display the "action/news" menu path and the "listen" menu title. The screen will also alert the user as to the status of the retrieval of the news. The menu items include "log to myactions," "back" and "done."

In FIG. **20**C, the user can choose the menu item "samples" so that the next screen displays the menu path "action/music," the menu title "samples," and the menu items which include different audio sources samples. After the user chooses a sample from the menu items of samples, a screen displays the menu path "action/music/samples," the title menu "Ambient," and the menu items "buy," "download," "listen," "back," and "done." If the user chooses to select the "buy" menu item, the next screen displays the menu path "action/music/samples/buy," the menu title "complete," and the menu items "back," and "done."

In FIG. **20**B, if the user decides to select the menu item "tour," the next screen will display the menu path "action," the menu title "tour," and the menu items "appearing," "log to myactions," "back," and "done." If the user selects the menu item "appearing," the next screen will display a location or locations of tours for the given artist. For example, when the user presses "tour" for "Moby," the screen can display "Dec. 13, 2000 Verizon Amphitheater Irvine Calif." The screen will also display the menu title "appearing" and the menu items "log to myactions," "back," and "done." If the user selects the "log to myactions" menu item, the next screen displays the menu path "action/tour/appearing," the menu title "complete" and the menu items "log to myactions," "back," and "done."

In FIG. **20**B, if the user selects the "offers" menu item, the next screen displays the menu path "action," the menu title "offers," and the menu items "merch," "special," "back," and "done." If the user selects the menu item "merch," the next screen displays the menu path "action/offers," the menu title "merchandise," and the menu items "item one," "item two," "item three," "back," and "done." If the user selects the menu item "item one," the next screen displays the menu path "action/offers/merchandise," "item one," and the menu items "buy," "log to myactions," "back," and "done." If the user selects "buy," the next screen displays the menu path "action/offers/merchandise/buy," the menu title "complete," and the menu items "buy," "back," and "done." The screen also displays the artist and the item selected. For example, the screen displaying "Moby, Item 1" indicates that the user bought Item 1 by Moby. If instead of buying Item 1, the user wishes to keep a log of Item 1 for future reference, the user can upload that

GOOG-SONOS-WDTX-INV-00005010

US 8,050,652 B2

33

future reference to a server. For instance, in the next screen, the menu path can be "action/offers/merchandise/to myaudioramp." The menu title is "complete," and the menu items are "back" and "done."

In FIG. 20C, if the user decides to choose "similar" music, the next screen displays the menu path "action/music," the menu title "similar," and the menu items that include audio sources similar to that of the artist with the given audio source. Menu items that can appear on the screen for "Moby," for example, are "808 state," "air," "aphex," "back," and "done." If the user decides to select the menu item "808 state," the next screen displays the menu path "action/music/similar," the menu title "808 state," the menu items "buy," "download," "listen," "back," and "done." If the user decides to buy "808 state," the next screen displays the menu path "action/music/similar/buy," the menu title "complete," and the menu items "back" and "done."

In FIG. 20C, if the user decides to select the menu item "samples," the next screen displays the menu path "action/music," the menu title "samples," and the menu items that include audio source samples of the given album. The menu items for "Moby" can include "Moby," "Ambient," "Everything is Wrong," "Animal Rights," and "done,"

In FIG. 20C, if the user selects the menu item "similar," the next screen displays the menu path "action/music/similar," the menu title "listen," and the menu items "back" and "done." The user can also choose to download the similar music. The next screen displays the menu path "action/music/similar," the menu title "download," and the menu items "back" and "done."

In FIG. 21, after the action button 1210 is pressed, the audio-enabled device 1200 or 1300 can at times play advertisements. For a Nike advertisement, the text "Nike" would be displayed on the first line of the screen. The text of the advertisement, such as "radio free Sydney, air max knukini offer," can be displayed underneath the "Nike" text. The menu title "action" 2002 is displayed and the menu items "buy," "log to myactions," "more info," "offers," and "done" are displayed. If the user decides to buy the products offered in the advertisement, the next screen displays the menu path "action/buy," the menu title "complete," the menu items "back" and "done," and the advertisements are displayed. If the user decides instead to store the offer for a future reference, the menu path "action/to myaudioramp" is displayed in addition to the menu title "complete," and the menu items "back" and "done" are displayed. If the user wishes to receive more information, the "more info" menu item can be chosen. The menu path "action/more info," the menu title "more info," and the menu items "buy," "log to myactions," "offers," and "done" are displayed.

While the above description contains many specifics, these should not be construed as limitations on the scope of the invention, but rather as an exemplification of preferred embodiments thereof. The various user controls and buttons can be relocated, combined, reconfigured, etc. Most of the user controls and buttons can even be omitted entirely in favor of voice-activated commands. One skilled in the art will recognize that many of the various features, and capabilities described in connection with the intelligent radio 100, are also applicable to other embodiments as well, including the embodiments described in connection with FIGS. 7-10 and the network-enabled audio device in FIGS. 13A-21. One skilled in the art will also recognize that other embodiments are contemplated, including, for example, handheld intelligent radios, and intelligent radios for boats, cars, trucks, planes, and other vehicles, etc.

34

One skilled in the art will recognize that these features, and thus the scope of the present invention, should be interpreted in light of the following claims and any equivalents thereto.

The invention claimed is:

1. An electronic device comprising:
  a) a network interface enabling the electronic device to receive an Internet radio broadcast and being further adapted to communicatively couple the electronic device to a central system;
  b) a system enabling playback of audio content from a playlist assigned to the electronic device via the central system; and
  c) a control system associated with the network interface and the system enabling playback of the audio content indicated by the playlist, and adapted to:
    i) enable a user of the electronic device to select a desired mode of operation from a plurality of modes of operation comprising an Internet radio mode of operation and a playlist mode of operation;
    ii) receive and play the Internet radio broadcast when the desired mode of operation is the Internet radio mode of operation; and
    iii) when the desired mode of operation is the playlist mode of operation:
      receive the playlist assigned to the electronic device from the central system, the playlist identifying a plurality of songs, wherein ones of the plurality of songs are not stored on the electronic device;
      receive information from the central system enabling the electronic device to obtain the ones of the plurality of songs from at least one remote source;
      obtain the ones of the plurality of songs from the at least one remote source; and
      play the audio content indicated by the playlist.

2. The electronic device of claim 1 wherein the control system is further adapted to enable playback from a broadcast radio source.

3. The electronic device of claim 1 wherein the control system is further adapted to enable playback from an optical disc.

4. The electronic device of claim 1 further comprising a data storage device, wherein the control system is further adapted to enable playback from the data storage device.

5. The electronic device of claim 1 wherein the control system is further adapted to provide an alarm clock mode.

6. The electronic device of claim 1 wherein the control system is further adapted to:
  display a list of Internet radio broadcast stations.

7. The electronic device of claim 1 further comprising a wireless transceiver communicatively coupled to the control system.

8. The electronic device of claim 1 wherein the electronic device is further adapted to receive input from a wireless remote control having a navigation shuttle.

9. The electronic device of claim 1 wherein the control system is further adapted to:
  enable the user of the electronic device to receive information on promotional items for the plurality of songs in the playlist.

10. The electronic device of claim 1 further comprising at least one speaker.

11. The electronic device of claim 1 wherein the control system is further adapted to:
  a) send a request to a remote server for supplemental information related to a song in real-time while the song is playing;

US 8,050,652 B2

35

b) receive the supplemental information from the remote server; and

c) present the supplemental information to the user of the electronic device.

**12.** The electronic device of claim **11** wherein the supplemental information comprises information enabling the user to listen to samples of a plurality of songs.

**13.** The electronic device of claim **1** wherein the control system is further adapted to:

receive and display a recommended song.

**14.** The electronic device of claim **13** wherein the control system is further adapted to:

provide an option to listen to the recommended song.

**15.** The electronic device of claim **13** wherein the control system is further adapted to:

provide an option to purchase the recommended song.

**16.** The electronic device of claim **1** wherein playback of the playlist when in the playlist mode of operation is triggered by at least one user settable schedule.

**17.** The electronic device of claim **16** wherein there are a plurality of user settable schedules.

**18.** The electronic device of claim **17** wherein at least one of the plurality of user settable schedules is specified by information that comprises a time of day.

**19.** The electronic device of claim **18** wherein information that specifies the at least one of the plurality of user settable schedules further comprises a day of the week.

**20.** The electronic device of claim **18** wherein information that specifies the at least one of the plurality of user settable schedules further comprises information that specifies a playlist.

**21.** An electronic device comprising:

a) a network interface enabling the electronic device to receive an Internet radio broadcast and being further adapted to communicatively couple the electronic device to a central system;

b) a system enabling playback of audio content from a plurality of additional content sources comprising a playlist assigned to the electronic device via the central system; and

c) a control system associated with the network interface and the system enabling playback of the audio content from the plurality of additional content sources, and adapted to:

i) enable a user of the electronic device to select a desired mode of operation from a plurality of modes of operation comprising an Internet radio mode of operation and a plurality of additional modes of operation each corresponding to one of the plurality of additional content sources;

ii) receive and play the Internet radio broadcast when the desired mode of operation is the Internet radio mode of operation; and

iii) play the audio content from one of the plurality of additional content sources when the desired mode of operation is a corresponding one of the plurality of additional modes of operation, where when in a playlist mode of operation, the control system is further adapted to:

receive the playlist assigned to the electronic device from the central system, the playlist identifying a plurality of songs, wherein ones of the plurality of songs are not stored on the electronic device;

receive information from the central system enabling the electronic device to obtain the ones of the plurality of songs from at least one remote source;

36

obtain the ones of the plurality of songs from the at least one remote source; and

play the audio content indicated by the playlist.

**22.** The electronic device of claim **21** wherein the plurality of additional content sources further comprises a data storage device of the electronic device.

**23.** The electronic device of claim **21** wherein the control system is further adapted to provide an alarm clock mode.

**24.** The electronic device of claim **21** wherein the control system is further adapted to:

display a list of Internet radio broadcast stations.

**25.** The electronic device of claim **21** further comprising a wireless transceiver communicatively coupled to the control system.

**26.** The electronic device of claim **21** wherein the electronic device is further adapted to receive input from a wireless remote control having a navigation shuttle.

**27.** The electronic device of claim **21** wherein the system further enables playback from an optical disc.

**28.** The electronic device of claim **21** wherein the plurality of additional content sources include a broadcast radio source.

**29.** The electronic device of claim **21** wherein the plurality of additional content sources include an optical disc source.

**30.** The electronic device of claim **21** wherein the control system is further adapted to:

enable the user of the electronic device to receive information on promotional items for the plurality of songs in the playlist.

**31.** The electronic device of claim **21** further comprising at least one speaker.

**32.** The electronic device of claim **21** wherein the control system is further adapted to:

a) send a request to a remote server for supplemental information related to a song in real-time while the song is playing;

b) receive the supplemental information from the remote server; and

c) present the supplemental information to the user of the electronic device.

**33.** The electronic device of claim **32** wherein the supplemental information comprises information enabling the user to listen to samples of a plurality of songs.

**34.** The electronic device of claim **21** wherein the control system is further adapted to:

receive and display a recommended song.

**35.** The electronic device of claim **34** wherein the control system is further adapted to:

provide an option to listen to the recommended song.

**36.** The electronic device of claim **34** wherein the control system is further adapted to:

provide an option to purchase the recommended song.

**37.** The electronic device of claim **21** wherein playback of the playlist when in the playlist mode of operation is triggered by at least one user settable schedule.

**38.** The electronic device of claim **37** wherein there are a plurality of user settable schedules.

**39.** The electronic device of claim **38** wherein at least one of the plurality of user settable schedules is specified by information that comprises a time of day.

**40.** The electronic device of claim **39** wherein information that specifies the at least one of the plurality of user settable schedules further comprises a day of the week.

**41.** The electronic device of claim **39** wherein information that specifies the at least one of the plurality of user settable schedules further comprises information that specifies a playlist.

US 8,050,652 B2

37

**42**. A method of operation for an electronic device comprising:

a) enabling a user of the electronic device to select a desired mode of operation from a plurality of modes of operation comprising an Internet radio mode of operation and a playlist mode of operation;

b) playing an Internet radio broadcast when the desired mode of operation is the Internet radio mode of operation; and

c) when the desired mode of operation is the playlist mode of operation:

i) receiving a playlist assigned to the electronic device via a central system, the playlist identifying a plurality of songs, wherein ones of the plurality of songs are not stored on the electronic device;

ii) receiving information from the central system enabling the electronic device to obtain the ones of the plurality of songs from at least one remote source;

iii) obtaining the ones of the plurality of songs from the at least one remote source; and

iv) playing audio content indicated by the playlist.

**43**. The method of claim **42** further comprising:

a) receiving audio content from a broadcast radio source; and

b) playing the audio content from the broadcast radio source.

**44**. The method of claim **42** further comprising:

a) obtaining audio content from an optical disc; and

b) playing the audio content from the optical disc.

**45**. The method of claim **42** further comprising:

a) obtaining audio content from a data storage device of the electronic device; and

b) playing the audio content from the data storage device.

**46**. The method of claim **42** further including enabling the user to set an alarm.

**47**. The method of claim **42** further comprising displaying a list of Internet radio broadcast stations.

**48**. The method of claim **42** wherein obtaining the ones of the plurality of songs from the at least one remote source comprises receiving the ones of the plurality of songs from the at least one remote source via a wireless transceiver of the electronic device.

**49**. The method of claim **42** further comprising:

receiving input from a wireless remote control that enables navigating the playlist.

**50**. The method of claim **42** further comprising enabling playback from an optical disc.

**51**. The method of claim **42** further comprising enabling the user of the electronic device to receive information on promotional items for the plurality of songs in the playlist.

**52**. The method of claim **42** further comprising playing the audio content through at least one speaker.

**53**. The method of claim **42** further comprising:

a) sending a request to a remote server for supplemental information related to a song in real-time while the song is playing;

b) receiving the supplemental information from the remote server; and

c) presenting the supplemental information to the user of the electronic device.

38

**54**. The method of claim **53** wherein the supplemental information comprises information enabling the user to listen to samples of a plurality of songs.

**55**. The method of claim **42** further comprising receiving and displaying a recommended song.

**56**. The method of claim **55** further comprising providing an option to listen to the recommended song.

**57**. The method of claim **55** further comprising providing an option to purchase the recommended song.

**58**. The method of claim **42** wherein playing the audio content indicated by the playlist when in the playlist mode of operation is triggered by at least one user settable schedule.

**59**. The method of claim **58** wherein there are a plurality of user settable schedules.

**60**. The method of claim **59** wherein at least one of the plurality of user settable schedules is specified by information that comprises a time of day.

**61**. The method of claim **60** wherein information that specifies the at least one of the plurality of user settable schedules further comprises a day of the week.

**62**. The method of claim **60** wherein information that specifies the at least one of the plurality of user settable schedules further comprises information that specifies a playlist.

**63**. An electronic device comprising:

a) a wireless transceiver communicatively coupling the electronic device to a base station, the wireless transceiver enabling the electronic device to receive an Internet radio broadcast and communicate with a central system;

b) a system enabling playback of audio content indicated by a playlist assigned to the electronic device via the central system;

c) a control system associated with the wireless transceiver and the system enabling playback of the audio content indicated by the playlist and adapted to:

i) enable a user of the electronic device to select a desired mode of operation from a plurality of modes of operation comprising an Internet radio mode of operation and a playlist mode of operation;

ii) receive and play the Internet radio broadcast when the desired mode of operation is the Internet radio mode of operation; and

iii) when the desired mode of operation is the playlist mode of operation:

receive the playlist assigned to the electronic device from the central system, the playlist identifying a plurality of songs, wherein ones of the plurality of songs are not stored on the electronic device;

receive information from the central system enabling the electronic device to obtain the ones of the plurality of songs from at least one remote source;

obtain the ones of the plurality of songs from the at least one remote source; and

play the audio content indicated by the playlist.

**64**. The electronic device of claim **63** wherein the control system is further adapted to provide an alarm clock mode.

* * * * *