# EXHIBIT 8

# Webster's New World

# Telecom Dictionary

*A comprehensive reference for telecommunications terminology*

More than 4,600 telecommunications terms and acronyms defined and explained

Clear, up-to-date coverage of recent data communications terminology, including VoIP, SANs, 802.11n, and Bluetooth

**RAY HORAK**

WE DEFINE YOUR WORLD®

# Webster's New World™ Telecom Dictionary

Ray Horak



Wiley Publishing, Inc.

**Webster's New World® Telecom Dictionary**

Published by
**Wiley Publishing, Inc.**
10475 Crosspoint Boulevard
Indianapolis, IN 46256
`www.wiley.com`

Copyright © 2008 by Wiley Publishing, Inc., Indianapolis, Indiana

Published simultaneously in Canada

ISBN: 978-0-471-77457-0

Manufactured in the United States of America

10 9 8 7 6 5 4 3 2 1

Library of Congress Cataloging-in-Publication Data

Horak, Ray.
  Webster's New World telecom dictionary / Ray Horak.
      p. cm.
  ISBN 978-0-471-77457-0 (pbk.)
  1.  Telecommunication—Dictionaries.  I. Title.
  TK5102.H65 2007
  621.38203—dc22

                                   2007024232

No part of this publication may be reproduced, stored in a retrieval system or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning or otherwise, except as permitted under Sections 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, 222 Rosewood Drive, Danvers, MA 01923, (978) 750-8400, fax (978) 646-8600. Requests to the Publisher for permission should be addressed to the Legal Department, Wiley Publishing, Inc., 10475 Crosspoint Blvd., Indianapolis, IN 46256, (317) 572-3447, fax (317) 572-4355, or online at http://www.wiley.com/go/permissions.

Limit of Liability/Disclaimer of Warranty: The publisher and the author make no representations or warranties with respect to the accuracy or completeness of the contents of this work and specifically disclaim all warranties, including without limitation warranties of fitness for a particular purpose. No warranty may be created or extended by sales or promotional materials. The advice and strategies contained herein may not be suitable for every situation. This work is sold with the understanding that the publisher is not engaged in rendering legal, accounting, or other professional services. If professional assistance is required, the services of a competent professional person should be sought. Neither the publisher nor the author shall be liable for damages arising herefrom. The fact that an organization or Website is referred to in this work as a citation and/or a potential source of further information does not mean that the author or the publisher endorses the information the organization or Website may provide or recommendations it may make. Further, readers should be aware that Internet Websites listed in this work may have changed or disappeared between when this work was written and when it is read.

For general information on our other products and services please contact our Customer Care Department within the United States at (800) 762-2974, outside the United States at (317) 572-3993 or fax (317) 572-4002.

**Trademarks:** Wiley, the Wiley logo, Webster's New World, the Webster's New World logo, We Define Your World, and related trade dress are trademarks or registered trademarks of John Wiley & Sons, Inc. and/or its affiliates, in the United States and other countries, and may not be used without written permission. All other trademarks are the property of their respective owners. Wiley Publishing, Inc., is not associated with any product or vendor mentioned in this book.

Wiley also publishes its books in a variety of electronic formats. Some content that appears in print may not be available in electronic books.

dialing the destination telephone number. Synonymous with *caller ID*. See also *ACD*, *ANI*, *call center*, *CLASS*, *LEC*, *PSTN*, and *screen pop*. **2.** A voice telephone system feature that supports the CLID network service and offers a similar capability for station-to-station PBX calls. See also *CLASS*.

**client**   In a client/server architecture, a complete, standalone computer that optimizes the user interface, relying on servers to handle the more mundane tasks associated with application and file storage, network administration, security, and other critical functions. See also *architecture*, *client/server*, and *server*.

**client mesh**   See *pure mesh*.

**client/server**   A network architecture that distributes intelligence and responsibilities at several levels, with some machines designated as servers to serve the needs of client machines. A server can be a mainframe, minicomputer, or personal computer that operates in a time-sharing mode to provide for the needs of many clients. Client machines are complete, standalone computers that optimize the user interface, relying on servers to handle the more mundane tasks associated with application and file storage, network administration, security, and other critical functions. See also *peer-to-peer*.

**Clipper Chip**   An integrated circuit that uses the Skipjack voice encryption algorithm developed by the United States National Security Agency (NSA) for the National Institute of Science and Technology (NIST). Skipjack is a block coding algorithm that encrypts 64-bit data blocks with an 80-bit key. Data encrypted by the Skipjack algorithm can be provided not only to the intended recipient through the use of a key, but also by the U.S. government through the use of a back door into a Law Enforcement Access Field (LEAF). The Clipper Chip is manufactured by the U.S. government, which has tried unsuccessfully to make it, and similar technologies, mandatory for voice encryption in the United States. Privacy advocates feared that government authorities would abuse the back door. Law enforcement authorities fear that the widespread use of other voice encryption technologies will make it impossible to place legal wiretaps. See also *algorithm*, *back door*, *encryption*, *integrated circuit*, and *wiretap*.

**CLNP (ConnectionLess Network Protocol)**   A Network Layer datagram protocol from the International Organization for Standardization (ISO) for use over OSI (Open Systems Integration) networks and specified in ISO 8473. CLNP is very similar to Internet Protocol (IP). The datagram size is the same as IP, and there are similar mechanisms for fragmentation, error control, and lifetime control. CLNP, however, has an address space of 20 octets compared the IPv4 address space of only 4 octets. OSI networks have not been well accepted, however, and the OSI protocol stack has been relegated to the status of OSI Reference Model. See also *datagram*, *error control*, *fragmentation*, *IP*, *ISO*, *lifetime control*, *Network Layer*, *OSI*, *OSI Reference Model*, *protocol*, and *protocol stack*.

**clocking pulse**   Periodic signals generated by a timing source for purposes of synchronizing the flow of data within a computer or between computers across a circuit. See also *synchronous transmission*.

**closed circuit television (CCTV)**   See *CCTV*.

**closed-loop algorithm**   In frame relay, a congestion control mechanism that prevents the frame relay network device (FRND) from accepting incoming frames unless there is an extremely high probability of the network's being able to deliver them without discard. A closed-loop algorithm fairly allocates backbone bandwidth among all the permanent virtual circuits (PVCs) configured on a particular trunk, and in proportion to the Committed Information Rate (CIR) of each PVC. See also *backbone*, *bandwidth*, *CIR*, *congestion*, *frame relay*, *FRND*, *PVC*, and *trunk*.

**closed user group (CUG)**   See *CUG*.

**cloud**   A wide area network (WAN) commonly is depicted as a cloud, which serves to obscure its complex inner workings from view. Data just pops in on one side of the cloud and pops out on the other side, so to speak.

# The American Heritage® dictionary of the English Language

## FIFTH EDITION

Houghton Mifflin Harcourt

BOSTON   NEW YORK

Words are included in this dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this dictionary is not, however, an expression of the publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this dictionary is to be regarded as affecting the validity of any trademark.

American Heritage and the eagle logo are registered trademarks of American Heritage Inc. Their use is pursuant to a license agreement with American Heritage Inc.

Copyright © 2011 by Houghton Mifflin Harcourt Publishing Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Harcourt unless such copying is expressly permitted by federal copyright law. Address inquiries to:
Reference Permissions, Houghton Mifflin Harcourt,
222 Berkeley Street, Boston, MA 02116.

Visit our website at www.ahdictionary.com
or www.youareyourwords.com.

Library of Congress Cataloging-in-Publication Data

The American Heritage dictionary of the English language. -- 5th ed.
    p. cm.
  Previous ed.: 2000.
  ISBN 978-0-547-04101-8
1.  English language--Dictionaries.
  PE1628.A623 2011
  423--dc22

                                                    2011004777

Manufactured in the United States of America

1 2 3 4 5 6 7 8 9 10-QGV-15 14 13 12 11


cloud


cloud forest
Monteverde Biological Cloud Forest Reserve near Monteverde, Costa Rica


clove hitch


cloverleaf

**closed shop** *n.* See **union shop**.
**closed system** *n.* A physical system that does not interact with or receive input from other systems, especially one that obeys conservation laws.
**closed universe** *n.* A model of the universe in which there is sufficient matter, and thus gravitational force, to halt the expansion initiated by the Big Bang.
**close-fist·ed** (klōs′fĭs′tĭd) *adj.* Tightfisted; stingy.
**close-grained** (klōs′grānd′) *adj.* Dense or compact in structure or texture, as a wood composed of small-diameter cells.
**close-hauled** (klōs′hôld′) *adv. & adj. Nautical* With sails trimmed flat for sailing as close to the wind as possible.
**close-knit** (klōs′nĭt′) *adj.* Held tightly together, as by social or cultural ties: *a close-knit family.*
**close-mind·ed** (klōs′mīn′dĭd, klōz′-) *adj.* Variant of **closed-minded**.
**close-mouthed** (klōs′mouthd′, -moutht′) *adj.* Disposed not to talk; tightlipped.
**close-or·der drill** (klōs′ôr′dər) *n.* A military drill in marching, maneuvering, and formal handling of arms in which the participants perform at close intervals.
**close-out** (klōz′out′) *n.* A sale in which all remaining stock is disposed of, usually at greatly reduced prices.
**clos·er** (klō′zər) *n.* **1.** One that closes: *The closer of the shop has to lock up.* **2.** *Baseball* A relief pitcher called upon to protect a lead late in a game.
**close shave** (klōs) *n. Informal* A narrow escape; a close call.
**clos·et** (klŏz′ĭt, klôz′ĭt) *n.* **1.** A cabinet or enclosed recess for linens, household supplies, or clothing. **2.** A small private chamber, as for study or prayer. **3.** A water closet; a toilet. **4.** A state of secrecy or cautious privacy: *Two days before the election, the candidate suddenly came out of the closet and denounced the proposed law.* ❖ *tr.v.* **-et·ed**, **-et·ing**, **-ets** To enclose or shut up in a private room, as for discussion: *closeted themselves with their attorneys.* ❖ *adj.* **1.** Private; confidential: *closet information.* **2.** Being so or engaging only in private; secret: *a closet proponent of a tax increase; a closet alcoholic.* **3.** Based on theory and speculation rather than practice. [Middle English, private room < Old French, diminutive of *clos*, enclosure < Latin *clausum* < neuter of *clausus*, enclosed; see CLOSE.]
—**clos′et·ful′** *n.*
**closet drama** *n.* A play to be read rather than performed.
**clos·et·ed** (klŏz′ĭ-tĭd, klôz′ĭ-) *adj.* Being in a state of secrecy or cautious privacy.
**close-up** (klōs′ŭp′) *n.* **1.** A photograph or a movie shot in which the subject is tightly framed and shown at a relatively large scale. **2.** An intimate view or description. —**close′-up′** *adj. & adv.*
**clos·ing** (klō′zĭng) *n.* **1.** The end or conclusion: *the closing of a debate.* **2.** A meeting for completing a transaction, especially one at which contracts are signed transferring ownership of real estate.
**clos·trid·i·um** (klŏ-strĭd′ē-əm) *n., pl.* **-i·a** (-ē-ə) Any of various rod-shaped, spore-forming, chiefly anaerobic bacteria of the genus *Clostridium*, such as certain nitrogen-fixing species that are found in soil and those that cause botulism and tetanus. [New Latin *Clōstridium*, genus name < Greek *klōstēr*, *klōstr*-, spindle < *klōthein*, to spin.] —**clos·trid′i·al** (-əl) *adj.*
**clo·sure** (klō′zhər) *n.* **1.** The act of closing or the state of being closed: *closure of an incision.* **2.** Something that closes or shuts. **3.** A bringing to an end; a conclusion: *finally brought the project to closure.* **4a.** A bringing to an end; a conclusion: *finally brought the project to closure.* **b.** A feeling of finality or resolution, especially after a traumatic experience: *sought closure in returning to the scene of the accident.* **5.** See **cloture**. **6.** The property of being mathematically closed. ❖ *tr.v.* **-sured**, **-sur·ing**, **-sures** To cloture (a debate). [Middle English < Old French < Late Latin *clausūra*, fortress, lock < *clausus*, enclosed; see CLOSE. Sense 4, translation of French *clôture*.]
**clot** (klŏt) *n.* **1.** A thick, viscous, or coagulated mass or lump, as of blood. **2.** A clump, mass, or lump, as of clay. **3.** A compact group: *a clot of trucks blocking the tunnel's entrance.* ❖ *v.* **clot·ted**, **clot·ting**, **clots** —*intr.* To form into a clot or clots; coagulate: *The blood clotted over the wound.* —*tr.* **1.** To cause to form into a clot or clots. **2.** To fill or cover with or as if with clots. [Middle English < Old English *clott*, lump.]
**cloth** (klôth, klŏth) *n., pl.* **cloths** (klôths, klôthz, klŏths, klŏthz) **1.** Fabric or material formed by weaving, knitting, pressing, or felting natural or synthetic fibers. **2.** A piece of fabric or material used for a specific purpose, as a tablecloth. **3.** *Nautical* **a.** Canvas. **b.** A sail. **4.** The characteristic attire of a profession, especially that of the clergy. **5.** The clergy: *a man of the cloth.* —*idiom:* **in cloth** With a clothbound binding; as a clothbound book. [Middle English < Old English *clāth*.]
**cloth·bound** (klôth′bound′, klŏth′-) *adj.* Having a cover of thick paper boards covered with cloth. Used of a book.
**clothe** (klōth) *tr.v.* **clothed** or **clad** (klăd), **cloth·ing**, **clothes 1.** To put clothes on; dress: *The children were clothed in warm fleece.* **2.** To provide clothes for. **3.** To cover as if with clothing: *"People clothe the act of vengeance in all sorts of justifications"* (James Carroll). **4.** To endow with a trait or attribute. [Middle English *clothen* < Old English *clāthian* < *clāth*, cloth.]
**clothes** (klōz, klōthz) *pl.n.* **1.** Articles of dress; wearing apparel; garments. **2.** Bedclothes. [Middle English < Old English *clāthas*, pl. of *clāth*, cloth.]
**clothes·horse** (klōz′hôrs′, klōthz′-) *n.* **1.** A frame on which clothes are hung to dry or air. **2.** A person excessively concerned with dress.
**clothes·line** (klōz′līn′, klōthz′-) *n.* A cord, rope, or wire on which clothes may be hung to dry or air. ❖ *tr.v.* **-lined**, **-lin·ing**, **-lines** *Sports* To knock down (an opponent in an athletic contest) by hooking the neck with an outstretched arm.
**clothes moth** *n.* Any of various moths of the family Tineidae, whose larvae feed on wool, hair, fur, and feathers.
**clothes·pin** (klōz′pĭn′, klōthz′-) *n.* A clip of wood or plastic for fastening clothes to a clothesline.
**clothes·press** also **clothes press** (klōz′prĕs′, klōthz′-) *n.* A chest, closet, or wardrobe in which clothes are kept.
**clothes tree** *n.* An upright pole or stand with hooks or pegs on which to hang clothing. Also called *coat tree*.
**cloth·ier** (klōth′yər, klō′thē-ər) *n.* One that makes or sells clothing or cloth.
**cloth·ing** (klō′thĭng) *n.* **1.** Clothes considered as a group; wearing apparel. **2.** A covering.
**Clo·tho** (klō′thō) *n. Greek Mythology* One of the three Fates, the spinner of the thread of destiny. [Greek *Klōthō* < *klōthein*, to spin.]
**cloth yard** *n.* The standard unit of cloth measurement, equal to 36 inches (0.914 meter).
**clo·trim·a·zole** (klō-trĭm′ə-zōl′) *n.* A broad-spectrum antifungal drug used topically to treat a variety of superficial fungal infections, including candidiasis and tinea. [C(H)LO(RO)– + TR(I)– (from its three phenyl groups) + IM(ID)AZOLE.]
**clot·ted cream** (klŏt′ĭd) *n.* A thick cream made primarily in England by heating milk until a layer of cream forms on its surface that is then cooled and skimmed off. Also called *Devonshire cream*.
**clo·ture** (klō′chər) *n.* A parliamentary procedure by which debate is ended and an immediate vote is taken on the matter under discussion. Also called *closure*. ❖ *tr.v.* **-tured**, **-tur·ing**, **-tures** To apply cloture to (a parliamentary debate). [French *clôture* < Old French *closture*, probably alteration of *closure*, closure; see CLOSURE.]
**cloud** (kloud) *n.* **1a.** A visible body of very fine water droplets or ice particles suspended in the atmosphere at altitudes ranging up to several miles above sea level. **b.** A mass of particles or droplets, as of dust, smoke, or steam, suspended in the atmosphere or existing in outer space. **2a.** A large moving body of things in the air or on the ground; a swarm: *a cloud of locusts.* **b.** A collection of particles or other small entities: *an electron cloud; a cloud of spores.* **c.** An opaque mass of particles suspended in water: *a cloud of silt in the pond.* **3.** A dark region or blemish, as on a polished stone. **4.** A state or cause of sadness, worry, or anger: *At the bad news a cloud fell over the celebration.* **5.** A state or cause of confusion or misunderstanding: *writing made difficult by a cloud of jargon.* **6.** A state or cause of suspicion or disgrace: *A cloud of mistrust lingers among the signers of the treaty.* **7a.** A large area of coordinated wireless Internet service. **b.** The collection of data and services available through the Internet: *stored company data in the cloud.* ❖ *v.* **cloud·ed**, **cloud·ing**, **clouds** —*tr.* **1a.** To cover or obscure with clouds: *We could not see the moon because the sky was clouded over.* **b.** To darken, obscure, or make less transparent: *Smoke clouded the sky. Steam clouded the windows.* **2a.** To make sorrowful, troubled, or angry: *a bad memory that clouded his spirits.* **b.** To cause to appear sorrowful, troubled, or angry: *Worry clouded her face.* **3a.** To make difficult to know or understand; make obscure or uncertain: *The economic downturn clouded the future of the project.* **b.** To confuse: *Don't let your resentments cloud your judgment.* **4.** To cast aspersions on; sully: *Scandal clouded the officer's reputation.* —*intr.* **1a.** To become cloudy or overcast: *The sky clouded over.* **b.** To become dark, obscure, or less transparent: *The water in the tank clouded up.* **2.** To show sorrow, worry, or anger: *His face clouded at the news.* —*idioms:* **in the clouds** Impractical. **under a cloud** Under suspicion or in a state of disgrace. [Middle English, hill, cloud < Old English *clūd*, rock, hill.] —**cloud′less** *adj.*
**cloud·ber·ry** (kloud′bĕr′ē) *n.* A creeping perennial herb (*Rubus chamaemorus*) in the rose family, native to northern North America and Eurasia and having white flowers and edible yellowish fruit.
**cloud·bow** (kloud′bō′) *n.* A faint white or yellowish arc-shaped light, similar to a rainbow, that sometimes appears in clouds opposite the sun. [CLOUD + (RAIN)BOW.]
**cloud·burst** (kloud′bûrst′) *n.* A sudden heavy rainstorm; a downpour.
**cloud chamber** *n.* A gas-filled device in which the path of charged subatomic particles can be detected by the formation of chains of droplets on ions generated by their passage. It is also used to infer the presence of neutral particles and to study certain nuclear reactions.
**cloud ear** *n.* A species of wood ear fungus (*Auricularia auricula-judae*) used especially in East Asian cuisine. [Translation of terms in varieties of Chinese such as Mandarin *yún ěr* : *yún*, cloud + *ěr*, ear.]
**cloud·ed leopard** (klou′dĭd) *n.* A medium-sized wild cat (*Neofelis nebulosa*) native to Southeast Asia, having brownish or gray fur with black markings similar to those of a leopard.
**cloud forest** *n.* A high-elevation tropical forest that receives much of its moisture from direct contact with clouds rather than from rain.
**cloud·land** (kloud′lănd′) *n.* A realm of imagination or fantasy.
**cloud·let** (kloud′lĭt′) *n.* A small cloud or something resembling one.
**cloud nine** *n. Informal* A state of elation or great happiness: *was on cloud nine after winning the marathon.*
**Cloud Peak** (kloud) A mountain, 4,013 m (13,167 ft) high, in the Bighorn Mountains of north-central Wyoming. It is the highest elevation in the range.
**cloud·scape** (kloud′skāp′) *n.* **1.** A work of art representing a view of clouds: *an Impressionist painting that is a vast cloudscape of buoyant, floating forms.* **2.** A photograph showing a view of clouds, such as those surrounding a planet.
**cloud seeding** *n.* A technique of stimulating or enhancing precipita-

| DICTIONARY.COM | THESAURUS.COM | 👤 |

**DEFINITIONS** ⌄

MEANINGS    GAMES    LEARN    WRITING    WORD OF THE DAY

Top Definitions    Synonyms    Quizzes    Related Content    Examples

British    Scientific    Idioms And Phrases

# cloud

[ kloud ]   SHOW IPA   🔊   ☆

See synonyms for: **cloud** / **clouded** / **clouds** on Thesaurus.com

---

*noun*

1. a visible collection of particles of water or ice suspended in the air, usually at an elevation above the earth's surface.

   any similar mass, especially of smoke or dust.

   | SEE MORE | SEE LESS |

*adjective* **Digital Technology**.

   of or relating to cloud computing:
   *cloud software; cloud servers.*
   relating to or doing business on the internet:
   *Google and other cloud companies.*

*verb (used with object)*

   to overspread or cover with, or as with, a cloud or clouds:
   *The smoke from the fire clouded the sun from view.*
   to overshadow; obscure; darken:
   *The hardships of war cloud his childhood memories.*

| SEE MORE | SEE LESS |
|---|---|
| SEE MORE DEFINITIONS | SEE FEWER DEFINITIONS |

DICTIONARY.COM     THESAURUS.COM

DEFINITIONS ∨

MEANINGS    GAMES    LEARN    WRITING    WORD OF THE DAY

## SYNONYMS FOR cloud

1 vapor.
6 swarm, horde, multitude, throng, host, crowd, army.
14 muddle, distort.

**See synonyms for *cloud* on Thesaurus.com**

## QUIZZES

**QUIZ YOURSELF ON "SITE," "CITE," AND "SIGHT"!**

Set your sights on wordy gold with this quiz on the commonly mixed up words "site," "cite," and "sight"!
Question 1 of 7
"Site" and "cite" derive from the same Latin root, "situs."
true
false
TAKE THE QUIZ TO FIND OUT

Meet Grammar Coach

DICTIONARY.COM    THESAURUS.COM

DEFINITIONS ∨

MEANINGS    GAMES    LEARN    WRITING    WORD OF THE DAY

Improve Your Writing

**Meet Grammar Coach**

Improve Your Writing

**Idioms for cloud**

**in the clouds**,
1. in a condition of absent-mindedness; lost in reverie.
2. impractical:
   *Their schemes are usually up in the clouds.*

**on a cloud**, *Informal.* exceedingly happy; in high spirits:
*On the night of the prom the seniors were on a cloud.*

SEE FEWER IDIOMS

## Origin of cloud

First recorded before 900; Middle English; Old English *clūd* "rock, hill"; akin to clod, Greek *gloutós* "buttock"; see gluteus

## synonym study for cloud

19. Cloud, fog, haze, mist differ somewhat in their figurative uses. Cloud connotes especially daydreaming: *His mind is in the clouds.* Fog and haze connote especially bewilderment or confusion: *to go around in a fog* ( *haze* ). Mist has an emotional connotation and suggests tears: *a mist in one's eyes.*

## OTHER WORDS FROM cloud

**cloudlike,** adjective**in·ter·cloud,** verb (used with object)

## Words nearby cloud

clotted cream, clotting factor, clotty, cloture, clou, cloud, cloudage, cloud base, cloudberry, cloudbow, cloudburst

Dictionary.com Unabridged Based on the Random House Unabridged Dictionary, © Random House, Inc. 2021

DICTIONARY.COM                                                    THESAURUS.COM

**DEFINITIONS** ∨

**Words related to cloud**

MEANINGS    GAMES    LEARN    WRITING    WORD OF THE DAY

gloom, vapor, darkness, fog, smoke, puff, smog, mist, veil, steam, shower, swarm, dim, darken, overshadow, eclipse, blur, perplex, puzzle, muddle

## Example sentences from the Web for cloud

- Accenture isn't a *cloud* technology company, but it is the leading partner for most of the *cloud* companies in implementing wide-ranging enterprise applications.

  Why Accenture thinks the 'Henry Ford moment of the digital era' is coming|Alan Murray|September 17, 2020|Fortune

- Alongside the IPO, Snowflake also sold shares privately to Warren Buffett's Berkshire Hathaway and to top *cloud* software developer Salesforce.

  Snowflake CEO: Doubling of stock price after IPO reflects 'frothy' market|Aaron Pressman|September 16, 2020|Fortune

- Investors understand the *cloud* business model well and that makes a high-growth company like Snowflake attractive.

  Here's who made a killing from Snowflake's blockbuster IPO|Verne Kopytoff|September 16, 2020|Fortune

- Two of Snowflake's founders worked at database giant Oracle for more than a decade before striking out on their own to create a new design for databases in the *cloud*.

  Snowflake's shares soar 112% after IPO|Aaron Pressman|September 16, 2020|Fortune

| SEE MORE EXAMPLES | SEE FEWER EXAMPLES |

**EXPLORE DICTIONARY.COM**

Why Do "Left" And "Right" Mean Liberal And Conservative?

What Do "a.m." And "p.m." Stand For?

DICTIONARY.COM    THESAURUS.COM

MEANINGS    GAMES    LEARN    WRITING    WORD OF THE DAY

## British Dictionary definitions for cloud

# cloud

/ (klaʊd) /

**noun**

1. a mass of water or ice particles visible in the sky, usually white or grey, from which rain or snow falls when the particles coagulateSee also cirrus, cumulonimbus, cumulus, stratus

   any collection of particles visible in the air, esp of smoke or dust

   a large number of insects or other small animals in flight

   something that darkens, threatens, or carries gloom

   SEE MORE | SEE LESS

**verb**

(when *intr, often foll by over or up*) to make or become cloudy, overcast, or indistinct

*(tr)* to make obscure; darken

SEE MORE | SEE LESS

**Derived forms of cloud**

**cloudless**, adjective   **cloudlessly**, adverb   **cloudlessness**, noun   **cloudlike**, adjective

THESAURUS.COM

DEFINITIONS

MEANINGS   GAMES   LEARN   WRITING   WORD OF THE DAY

## Word Origin for cloud

C13 (in the sense: a mass of vapour): from Old English *clūd* rock, hill; probably related to clod

Collins English Dictionary - Complete & Unabridged 2012 Digital Edition © William Collins Sons & Co. Ltd. 1979, 1986 © HarperCollins Publishers 1998, 2000, 2003, 2005, 2006, 2007, 2009, 2012

## Scientific definitions for cloud

# cloud

[ kloud ] 

> A visible body of very fine water droplets or ice particles suspended in the atmosphere at altitudes ranging up to several miles above sea level. Clouds are formed when air that contains water vapor cools below the dew point.
> A distinguishable mass of particles or gas, such as the collection of gases and dust in a nebula.

The American Heritage® Science Dictionary Copyright © 2011. Published by Houghton Mifflin Harcourt Publishing Company. All rights reserved.

## Idioms and Phrases with cloud

# cloud

DICTIONARY.COM    THESAURUS.COM

In addition to the idioms beginning with **cloud**

- cloud over

**SEE MORE ORIGINS**   **SEE FEWER ORIGINS**

DEFINITIONS ⌄

MEANINGS   GAMES   LEARN   WRITING   WORD OF THE DAY

The American Heritage® Idioms Dictionary Copyright © 2002, 2001, 1995 by Houghton Mifflin Harcourt Publishing Company. Published by Houghton Mifflin Harcourt Publishing Company.

WORD OF THE DAY

# interlard

*verb (used with object)* | [in-ter-**lahrd**] 🔊

SEE DEFINITION

OTHERS ARE READING

| The Most Surprisingly | The Most Surprisingly Serendipitous Words Of The Day |
| 13 Admirable Words | 13 Admirable Words To Use Instead Of "Bravery" Or "Courage" |
| "Have" vs. "Has": When | "Have" vs. "Has": When To Use Each One |
| 10 Types Of Pronoun | 10 Types Of Pronouns And How To Use Them |

‹   ›

| FEEDBACK | DICTIONARY.COM | THESAURUS.COM | 👤 |

Browse the Dictionary: # A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

DEFINITIONS

MEANINGS   GAMES   LEARN   WRITING   WORD OF THE DAY

Browse by Category:   Slang   Emoji   Acronyms   Pop Culture   More

About   Careers   Contact Us   Cookies, Terms, &

Privacy   Do Not Sell My Info

© 2021 Dictionary.com, LLC



google dictionary ×

Q All  📖 Books  📰 News  🖼 Images  🏷 Shopping  : More     Settings  Tools

About 572,000,000 results (0.70 seconds)

## Dictionary

cloud computing

 **cloud com·put·ing**

noun

noun: **cloud computing**; plural noun: **cloud computings**

the practice of using a network of remote servers hosted on the internet to store, manage, and process data, rather than a local server or a personal computer.