# EXHIBIT 26

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| Sonos, Inc., | § | |
| | § | |
| Plaintiff, | § | No. 6:20-cv-881-ADA |
| v. | § | |
| | § | |
| Google LLC, | § | |
| | § | |
| Defendant. | § | |

## REBUTTAL DECLARATION OF KEVIN C. ALMEROTH

I, Kevin C. Almeroth, hereby declare as follows:

**I.      INTRODUCTION**

1.      This Declaration is based upon my own personal knowledge.

2.      If I am called upon to testify regarding this Declaration, I would testify competently and truthfully to the matters discussed herein.

3.      I understand that in the above-captioned action between Plaintiff Sonos, Inc. ("Sonos") and Defendant Google LLC, Sonos has alleged that Google infringes certain claims of U.S. Patent Nos. 9,344,206 (the "'206 patent"),10,469,966 (the "'966 patent"), and 10,848,885 (the "'885 patent") (collectively referred to herein as the "Zone Scene Patents").

4.      I previously submitted a declaration dated April 27, 2021 (referred to herein as "Opening Declaration") that contained certain opinions as to how a person of ordinary skill in the art ("POSITA") at the time of the inventions of the Zone Scene Patents would have understood certain claim terms.  The contents of my Opening Declaration are incorporated by reference in their entirety.

5.      I understand that on June 1, 2021 Google filed a responsive claim construction brief and a declaration in support thereof by Dr. Christos Kyriakakis.  I have been asked to review and respond to the opinions set forth in Dr. Kyriakakis' declaration regarding the claim terms "data network," "zone configuration," and "group configuration."

6.      In forming my opinions herein, I have reviewed Google's responsive claim construction brief ("Google Brief") and the exhibits referenced therein, Dr. Kyriakakis' declaration and the materials cited therein regarding the claim terms "data network," "zone configuration," and "group configuration," and the June 11, 2021 deposition transcript of Dr. Kyriakakis.

7.      I reserve the right to supplement or clarify the opinions set forth herein, and if I am requested to do so, to provide additional opinions regarding the asserted claims of the Zone Scene Patents.

## II.     MY BACKGROUND

8.      My background and CV are set forth in my Opening Declaration.

## III.    LEGAL STANDARDS

9.      I set forth my understanding of certain legal standards regarding claim construction in my Opening Declaration.

10.      I have been informed by counsel about legal standards relevant to indefiniteness because Dr. Kyriakakis opined that the terms "zone configuration" and "group configuration" found in the claims of the '206 Patent are indefinite.

11.      I understand that an issued U.S. patent is presumed to be valid, which includes a presumption that the claims are not indefinite, and that the burden is on the party challenging validity to prove by clear and convincing evidence that a claim is invalid.  Thus, I understand

that Google must prove by clear and convincing evidence that the terms "zone configuration" and "group configuration" are indefinite.

12.     I also understand that a claim is invalid for indefiniteness if the claim, read in light of the specification and the prosecution history, fails to inform a POSITA about the scope of the claimed invention with reasonable certainty.  In contrast, I understand that a claim is not invalid for indefiniteness if the patent is precise enough to afford clear notice of what is claimed and apprise the public of what is still open to them.  I further understand that claims, when read in light of the specification and the prosecution history, must provide objective boundaries for a POSITA to understand the scope of the invention.

13.     While I understand that reasonable certainty is the applicable standard for definiteness, I also understand that a modicum of uncertainty may be tolerated and that absolute precision is not required.

## IV.     LEVEL OF ORDINARY SKILL IN THE ART

14.     I set forth my opinion regarding the level of ordinary skill in the art for the Zone Scene Patents in my Opening Declaration.  I have reproduced my opinion regarding the level of ordinary skill in the art below:

> [I]t is my opinion that a POSITA for purposes of this action is a person having the equivalent of a four-year degree from an accredited institution (typically denoted as a B.S. degree) in computer science, computer engineering, electrical engineering, or an equivalent thereof, and approximately 2-4 years of professional experience in the fields of networking and network-based systems or applications, such as consumer audio systems, or an equivalent level of skill, knowledge, and experience.

15.     I understand that Dr. Kyriakakis reached a different conclusion.  Specifically, Dr. Kyriakakis opined:

> In my opinion, a person of ordinary skill in the art at this time would have had a bachelor's of science in electrical engineering, computer science or engineering, or a related field, and two to four years of work or research experience in the field of

information networks, data communications, or multimedia systems, or a Master's
degree and one to two years of experience in the same field.

Kyriakakis Dec. at ¶ 31.

16.     In my opinion, Dr. Kyriakakis' articulation of the level of ordinary skill in the art
for the Zone Scene Patents is overly broad.  For instance, Dr. Kyriakakis contends that "two to
four years of work or research experience in the field of information networks, data
communications, *or* multimedia systems" is sufficient.  *Id.*  I disagree for several reasons.

17.     First, as noted in my Opening Declaration, the Zone Scene Patents disclose a
"multi-zone system" (also referred to as an "entertainment system") comprising one or more
"zone players" (also referred to as "players" or "playback devices") that are coupled to a "data
network" and are capable of playing multimedia, such as audio, in "digital" format.  *See, e.g.*,
'206 Patent at 2:28-37; 3:13-15; 4:31-5:3; 5:9-6:5, FIG. 1.  However, Dr. Kyriakakis formulates
an overly broad definition of "data network" that encompasses any type of network that carries
data, and thus, Dr. Kyriakakis' implied meanings of "information networks" and "data
communications" encompass many types of "networks" and forms of communication, such as a
traditional analog radio broadcast, that are not relevant to the Zone Scene Patents.  *See, e.g.*, *id.*
at ¶ 62.

18.     Second, Dr. Kyriakakis contends that 2-4 years of experience in the field of
"multimedia systems" is sufficient, which appears to be broad enough to encompass
conventional multimedia systems comprising passive speakers connected via traditional speaker
wires.  In my opinion, having 2-4 years of experience with such conventional multimedia
systems alone would not make a person a POSITA for the Zone Scene Patents.

19.     For at least these reasons, it is my opinion that Dr. Kyriakakis' articulation of the
level of ordinary skill in the art is overly broad, and thus incorrect.

## V.     BRIEF OVERVIEW OF THE ZONE SCENE PATENTS

20.     I provided a brief overview of the Zone Scene Patents in my Opening Declaration.

## VI.    "DATA NETWORK"

21.     Each party's proposed construction is set forth in the following table.

| Sonos's Proposed Construction | Google's Proposed Construction |
|---|---|
| Plain and ordinary meaning<br><br>"a medium that interconnects devices, enabling them to send digital data packets to and receive digital data packets from each other" | Plain and ordinary meaning; no construction necessary at this time |

22.     As I explained in my Opening Declaration, it is my opinion that Sonos's proposed construction is consistent with how a POSITA would have interpreted the term "data network" in the context of the Zone Scene Patents because that construction properly specifies that a "data network" requires (i) *two-way* communication of data (*i.e.,* sending and receiving data) that is (ii) exchanged in the form of *digital data packets*.

23.     However, Dr. Kyriakakis disagrees with Sonos's proposed construction and opines that "[i]n the context of these patents, a person of ordinary skill in the art would have understood that the general understanding of the term 'data network' does not restrict the type of data (digital or analog), the manner of transmission (packet or non-packet form), or the nature of the communication (bi-directional or unidirectional)."  Kyriakakis Dec. at ¶ 60.  I disagree for the reasons set forth below.

### A.     Dr. Kyriakakis Flawed Interpretation of "Data Network" Results in a Definition That is No Different Than "Network"

24.     It is my opinion, Dr. Kyriakakis did not consider how the term "data network" (which as noted in my Opening Declaration is a term of art) would have been understood by a POSITA at the time of the invention.  Instead, it appears to me that Dr. Kyriakakis interpreted

the term "data network" as a layperson might, which I understand is an improper approach for
construing patent claims.

       25.    Specifically, Dr. Kyriakakis' approach for construing "data network" involves
deconstructing the term "data network" into its individual parts (i.e., "data" and "network") and
then seeking out individual definitions of each of those parts in isolation.  *See, e.g.*, Kyriakakis
Dec. at ¶¶ 50, 62.  In my opinion, this is not how a POSITA would interpret the term "data
network," because a POSITA would understand that "data network" is a compound term having
a well-understood meaning in the field and would therefore know to interpret the term "data
network" as a whole consistent with that well-understood meaning in the field, instead of
construing the words "data" and "network" separately as Dr. Kyriakakis has done.

       26.    As a result of using this improper methodology to interpret the term "data
network," Dr. Kyriakakis incorrectly concludes that the term "data network" encompasses any
conceivable communication medium between devices that carries data in any form, including but
not limited to (i) an infrared remote that sends infrared signals to a TV, (ii) RCA connections to
speakers, and (iii) a string between two cups, among other examples provided by Dr. Kyriakakis.
*See, e.g.*, Kyriakakis Dec. at ¶¶ 50, 62, 64; Appendix K [Kyriakakis Dep. Tr.] at 26:11-15, 27:5-
9, 28:17-29:11, 36:3-25, 37:7-9, 38:6-23, 53:20-24, 60:18-61:2.  In my opinion, no POSITA
would interpret "data network" (which, again, is a coined term of art in the field of networking)
in such a broad way.  *See, e.g.*, Appendix L at p. 6 (Jan. 24, 2004 presentation for Cornell
University "Computer Networks" class explaining a "data network . . . is NOT 'a network that
carries data'").

       27.    In fact, Dr. Kyriakakis is interpreting "data network" so broadly that the meaning
of that term would be no different than the meaning of the broader term "network," but "***data***

network" is understood by a POSITA to be a narrower term than "network" that has a different (and more specific) meaning. Thus, by interpreting the term "data network" in a way that fails to preserve this well-understood distinction between "data network" and "network," Dr. Kyriakakis is effectively reading the word "data" out of the term "data network," which I understand to be an improper practice when interpreting patent claims.

B.   **Dr. Kyriakakis Ignores the Clear Intrinsic Evidence**

28.   In my Opening Declaration, I explained how the Zone Scene Patents repeatedly and uniformly describe the term "data network" as a medium that interconnects devices, enabling them to **send digital data packets** to **and receive digital data packets** from each other, which is directly in line with how a POSITA would have interpreted this term at the time of the inventions. *See, e.g.*, Opening Declaration at ¶¶ 59-66.

29.   Notably, Dr. Kyriakakis never disputes that the Zone Scene Patents repeatedly and uniformly use the term "data network" in this way, nor does he identifies any other disclosure from the Zone Scene Patents (or any other intrinsic evidence) in support of his opinion that "data network" has a broader meaning. In fact, Dr. Kyriakakis's "data network" section fails to even discuss the teachings of the Zone Scene Patents or any other part of the intrinsic evidence. *See* Kyriakakis Dec. at ¶¶ 60-73.

30.   In my opinion, the fact that Dr. Kyriakakis ignores the intrinsic evidence of the Zone Scene Patents provides another reason why Dr. Kyriakakis's interpretation of "data network" cannot be correct.

C.   **Dr. Kyriakakis' Interpretation of "Data Network" Is Overly Broad Enough To Encompass Traditional Hard-Wired Audio Systems**

31.   As I previously explained in my Opening Declaration, the Zone Scene Patents are directed to a "multi-zone system" (also referred to as an "entertainment system") comprising one

or more "zone players" (also referred to as "players" or "playback devices") that are coupled to a "data network" and are capable of playing multimedia (such as audio) in "digital" format, which was specifically intended to advance upon a "traditional" "hard-wired" audio system connected to passive speakers via speaker wire. *See, e.g.*, '206 Patent at 1:40-61.

32.     However, as I explained above, Dr. Kyriakakis is interpreting the term "data network" so broadly that it would read on any conceivable communication medium between devices that carries data in any form.  As Dr. Kyriakakis testified at his deposition, this would include any copper wiring that delivers analog audio to passive speakers within a conventional media system, such as RCA cables and traditional copper speaker wire.  Appendix K [Kyriakakis Dep. Tr.] at 28:17-29:11, 49:10-23; Kyriakakis Dec. at ¶ 64.

33.     Thus, under Dr. Kyriakakis's logic, the "traditional" "hard wired" audio devices and systems of the prior art that are described in the background of the Zone Scene Patents would be operating on a "data network," would negate the clear distinction that Zone Scene Patents draw between such "traditional" "hard wired" audio devices systems and the networked audio devices and systems that are the subject of the Zone Scene patents, which are specifically described as operating on a "data network."  In my opinion, this provides yet another reason why Dr. Kyriakakis's interpretation of "data network" is not correct.

**D.     Dr. Kyriakakis Fails to Credibly Dispute that a "Data Network" Exchanges Data in the Form of Digital Data Packets**

34.     In his declaration, Dr. Kyriakakis opines that "the term 'data network' does not restrict the type of data (digital or analog) [or] the manner of transmission (packet or non-packet form)."  Kyriakakis Dec. at ¶ 60.  I disagree for the reasons explained in my Opening Declaration, and nothing in Dr. Kyriakakis's declaration alters my opinion that a POSITA would

have understood that a "data network" refers to a network that exchanges data in the of digital data packets.

35.    In fact, Dr. Kyriakakis' own analysis confirms that a POSITA would understand that a "data network" carries data encoded in the form of *digital* data packets, as opposed to data encoded in analog form.  For instance, as Dr. Kyriakakis acknowledges, a "data network" carries data in "discrete units" that are referred to as "packets."  Kyriakakis Dec. at ¶ 63 ("'In the generic sense,' packets 'refer[] to the manner in which data are organized into *discrete units* for transmission and switching through a *data network*.'") (bracket original).[1, 2]  And, as Dr. Kyriakakis acknowledges, it is only "digital data" that is represented in *discrete* form, whereas "analog data" is represented in continuous form.  *Id.* at ¶ 62 ("Digital data is 'data represented in *discrete*, *discontinuous* form, as contrasted with analog data represented in *continuous* form.'").  Thus, Dr. Kyriakakis' own analysis confirms that a POSITA would understand a "data network" to refer to a network that carries data in "discrete units" (referred to as data "packets"), which are encoded in digital form as opposed to analog.

36.    Moreover, none of examples identified by Dr. Kyriakakis in his declaration alter my opinion that a POSITA would have understood a "data network" to refer to a network that exchanges data in the form of digital data packets.  *See* Kyriakakis Dec. at ¶¶ 62, 64.

37.    For instance, in his declaration, Dr. Kyriakakis makes reference to non-packetized networks such as circuit-switched networks and the public switched telephone network, analog phone networks, and analog cellular networks for delivering voice calls.  However, Dr.

---

[1] All emphases added unless otherwise indicated.

[2] Notably, the dictionary that Dr. Kyriakakis approvingly cites goes on to explain that, "[i]n a technology-specific sense, a packet is a data unit in an internetwork, such as the Internet or other packet-switched network . . . ."  *Id.*, Ex. G (Webster's New World Telecom Dictionary (2008)).

Kyriakakis fails to identify any evidence showing that a POSITA would have used the term "data network" at the time of the invention to refer to the types of networks he identifies.

38.     I further note that non-packetized networks such as circuit-switched networks and the public switched telephone network, analog phone networks, and analog cellular networks are all examples of what a POSITA would most commonly refer to as a "voice network," which is the primary class of networks that the term "data network" was meant to distinguish.  *See, e.g.*, Appendix L at p. 6 (confirming that a "data network" is "NOT 'a network that carries data" and distinguishing between a "data network," which is described as being a "euphemism for 'packet network,'" and a "voice network," which is described as a "euphemism for 'circuit network'"). These definitions are confirmed by various technical sources, including some cited approvingly by Dr. Kyriakakis and identified by Google.

39.     For example, *Microsoft Computer Dictionary* (2002) defines "data network" as "[a] network designed for transferring data encoded as ***digital*** signals, ***as opposed to a voice network***, which transmits ***analog*** signals."  Appendix M at p. 3.

40.     As another example, *Newton's Telecom Dictionary* (2003) states that "data" is "[t]ypically anything ***other than voice***."  Kyriakakis Declaration, Exhibit D at p. 103.  Likewise, as shown below, *Hargrave's Communications Dictionary* (2001) (also found in Exhibit D to Dr. Kyriakakis' declaration) explicitly distinguishes "voice networks" from "data networks":



Networks are often classified according to their geographic extent or according to the transmission protocol used. Some examples of voice and/or data networks include the public switched telephone network (PSTN), integrated services digital network (ISDN), Ethernet (local area network), and the Internet (a world wide computer network). See also *network classifications*.

I understand that the excerpt above from the *Hargrave's Communications Dictionary* (2001) was included in Google's Disclosure of Extrinsic Evidence for Claim Construction but was absent from Dr. Kyriakakis' Exhibit D excerpts from the same dictionary.

41.     As still another example, the *Packet Broadband Network Handbook* (2004) describes a "local area network as a high-speed ***data network*** that covers a relatively small geographic area" that is "used to carry ***data traffic as opposed to voice traffic***."  Opening Declaration, Appendix B at SONOS-SVG2-00018676; *see also id*. at 74 (explaining that "[b]efore packet networks, communications technology used circuit-switched telephone networks with dedicated, analog circuits," and that "[p]acket networks based on packet switching technologies represent a radical departure").

42.     Dr. Kyriakakis also identifies "speakers and other devices" connected via RCA cables that can carry analog video and audio signals as somehow supporting his assertion that "some data networks" do not transfer digital data packets.  Kyriakakis Dec. at ¶ 64.  However, the Wikipedia page that Dr. Kyriakakis cites never refers to such RCA cables as a "data network," nor does Dr. Kyriakakis identify any other evidence showing that a POSITA at the time of the invention would have used the term "data network" to refer to RCA cables that carry analog video and audio signals.  Thus, this example also does not alter my opinion that a POSITA would have understood the term "data network" to refer to a network that exchanges data in the form of digital data packets.

43.     Lastly, Dr. Kyriakakis cites to the disclosures of two patent publications, U.S. Patent No. 6,829,603 filed in February 2000 and U.S. Patent Publ. No. 2003/0087636 filed in November 2001, because each of these patent publications has a passing reference to the phrase "analog data network."  However, it is my opinion that these one-off uses of the phrase "analog

data network" in unrelated, extrinsic patent publications – which are not cited on the face of the Zone Scene Patents or otherwise considered to be part of the intrinsic evidence – are not consistent with or reflective of how a POSITA would have understood the plain and ordinary meaning of the term "data network" at the time of the inventions, as confirmed by the other intrinsic and extrinsic evidence for the Zone Scene Patents that I discussed before.

       **E.**       **Dr. Kyriakakis Fails to Credibly Dispute that a "Data Network" Enables Two-Way Communication**

      44.     In his declaration, Dr. Kyriakakis also asserts that "[a] person of ordinary skill in the art would understand the plain and ordinary meaning of 'data network' encompasses both unidirectional and bidirectional data networks such that Dr. Almeroth and Schmidt's contention that a network requires that a device must be able to send and receive data from another device is also incorrect." Kyriakakis Dec. at ¶ 66. I disagree for the reasons explained in my Opening Declaration, and nothing in Dr. Kyriakakis's declaration alters my opinion that a POSITA would have understood that a "data network" enables interconnected devices to engage in two-way communication.

      45.     For instance, Dr. Kyriakakis asserts that "networks such as token-ring networks do not have the architecture described by Dr. Almeroth and Schmidt" because "no device both sends and receives data ***directly*** to and from another device." Kyriakakis Dec. at ¶ 66. However, this is not what Sonos's proposed construction requires. Rather, what Sonos's proposed construction requires is a medium that interconnects devices and thereby enables them to send digital data packets to and receive digital data packets from each other, and in my opinion, token-ring networks certainly do satisfy this requirement. Thus, I fail to see how Dr. Kyriakakis' reference to token-ring networks has any relevance to my opinions regarding the meaning of the term "data network."

46. Further, in support of his assertion that "[v]arious publications also confirm that 'unidirectional' data networks were well-known in the art," Dr. Kyriakakis makes reference to U.S. Patent No. 6,081,907 ("Witty"), which mentions "broadcast or multicast networks."  *See* Witty at 1:7-2:67.  However, this Witty patent – which is not cited on the face of the Zone Scene Patents or otherwise considered to be part of the intrinsic evidence – does ***not*** equate these "broadcast or multicast networks" to a "data network."  *See* Witty at 1:7-2:67.

47. Instead, Witty begins by introducing the concept of "conventional computer networks," also referred to by Witty as "data networks," which are described as allowing "data communication in both directions between servers and clients" where "[d]igital data" is "typically packetized and sent over the network in individual packets."  *Id.* at 1:16-32:

> Conventional ***computer networks*** are bi-directional, allowing ***data communication in both directions between servers and clients***. Transmitting data over these bi-directional ***data networks*** has been a ***mainstay of computer technology*** for many years and the communication protocols are well established. . . . ***Digital data***, whether transmitted over a wire-based distribution network (e.g., local area network, wide area network, cable, etc.) or a wireless distribution network (e.g., satellite, RF, paging, etc.), is typically ***packetized*** and sent over the network in individual packets.

48. Witty then describes a system that departs from such a "data network" by "facilitate[ing] transmission of data packets from a content server to multiple clients over a unidirectional network." *Id.* at 1:64-66.  In describing this system, Witty consistently distinguishes "data network 28" — which "represents various types of networks, including the Internet, a LAN (local area network), a WAN (wide area network), and the like" — from unidirectional "broadcast network 30," as shown in Figure 1.  *Id.* at 3:13-40, FIG. 1.  There are no instances where Witty refers to unidirectional "broadcast network 30" with the well-understood term "data network" in the field of networking.  Thus, contrary to Dr. Kyriakakis' suggestion, Witty actually provides further support for Sonos's proposed construction of "data

network" because it demonstrates that a POSITA would understand a "data network" enables

devices to engage in ***two-way*** communication of ***digital data packets***.

49.     In connection with his opinion that "data networks" are not restricted to "bi-

directional data networks," Dr. Kyriakakis also makes the following statement regarding "data

diodes":

> [T]hose of skill in the art recognized that networks may include "data diodes" (sometimes referred to as "unidirectional" gateways) to enforce data transfer in one direction between segments or devices of a network for example to provide additional security for the network. Ex. G (Okhravi et al., Data Diodes in Support of Trustworthy Cyber Infrastructure) at § 2 ("Data diodes provide a physical mechanism for enforcing strict unidirectional communication between two networks."), Fig. 2 (illustrating networks connected by data diode)."

Kyriakakis Dec. at ¶ 67.

50.     However, I fail to see how this discussion of "data diodes" has any relevance to

the meaning of the term "data network" to a POSITA at the time of the invention, and it certainly

does not alter my opinion that a POSITA would have understood that a "data network" enables

interconnected devices to engage in two-way communication.

### F.      Conclusion Regarding "Data Network"

51.     In conclusion, for at least the foregoing reasons, I disagree with virtually all of Dr.

Kyriakakis's analyses and opinions regarding "data network."  Dr. Kyriakakis fails to interpret

the term "data network" as a POSITA would, ignores the intrinsic evidence of the Zone Scene

Patents, and fails to support his opinions regarding the meaning of the term "data network" with

any credible evidence.

## VII.    "ZONE CONFIGURATION" AND "GROUP CONFIGURATION" TERMS

### A.      Overview

52.     I have been asked to review the opinions of Google's expert, Dr. Kyriakakis,

regarding the alleged indefiniteness of the terms "zone configuration" and "group configuration"

in the asserted claims of the '206 patent, and to provide an opinion on whether these claim terms, when read in light of the other claim language, the specification, and the prosecution history, inform, with reasonable certainty, those skilled in the art about the scope of the claimed invention.

53.     I understand that the parties' dispute centers around the following emphasized language, presented below as it appears in claim 1 of the '206 Patent:

> 1.     A multimedia controller including a processor, the controller configured to:
>
> receive, via a network interface, *a zone configuration* from a first independent playback device of a plurality of independent playback devices, wherein the zone configuration is configured via the controller and maintained at the first independent playback device, and
>
> *wherein the zone configuration characterizes one or more zone scenes*, each zone scene identifying a *group configuration* associated with two or more of the plurality of independent playback devices; and
>
> cause a selectable indication of the received zone configuration to be displayed, wherein the displayed selectable indication is selectable to cause one or more of the zone scenes to be invoked by two or more of the plurality of independent playback devices.

54.     Dr. Kyriakakis opines that the terms "zone configuration" and "group configuration" are indefinite because "a POSITA would not understand how to distinguish a 'zone configuration' from a 'group configuration' or a 'zone scene'" and would thus be unable to determine whether they "would or would not be practicing any of these independent claims." Kyriakakis Dec. at ¶ 39.

55.     I disagree with Dr. Kyriakakis' opinion.  In my opinion, the claim language identified above, when read in light of all intrinsic evidence, does inform a POSITA with reasonable certainty about the scope of the claimed invention.

B. **Brief Introduction to Zone Scene Patents**

56.     The Zone Scene Patents are directed to a new mechanism for grouping zone players together for synchronous playback that was intended to advance upon Sonos's prior grouping mechanism.

57.     As described in the Zone Scene Patents, that prior grouping mechanism required a user to select each zone player to be included in an *ad hoc* manner, one-by-one, every time the user wished to play media in that group configuration. '206 Pat. at 8:7-22; *see also* Appx N, p. 30 ('407 Provisional at Appx. A, p. 2). The Zone Scene Patents recognized, however, that this prior grouping mechanism could be inefficient and time consuming in some situations – particularly for group configurations having a larger number of zone players. '206 Pat. at 8:7-22 ("If the user wishes to link 5 of the 6 zone players using the current mechanism, he/she must start with a single zone and then manually link each zone to that zone. This mechanism may be sometimes quite time consuming.").

58.     To address this inefficiency, Sonos's new grouping mechanism enables a user to (i) pre-create and pre-save a predefined group of zone players at some time prior to when the user wishes to actually play media in that group, and then (ii) when the user later wishes to play media in that group configuration, simply invoke the previously-saved group for synchronous playback without having to select the zone players to be included in the group in an ad hoc manner at that time. *Id*. at 8:22-36, 10:4-12, 10:21-22; Appx N, pp. 30-35. The Zone Scene Patents refer to this kind of predefined group of zone players as a "zone scene," and teach that each zone scene comprises an identification of the particular group configuration of zone players that has been predefined and saved for later invocation (*i.e.*, the makeup of the predefined group), perhaps along with other optional settings. *Id*. at 8:22-336, 8:60-67, 10:12-19; Appx N, p. 30, 37-41.

16

59.     The Zone Scene Patents further disclose that zone players may store configuration data for the multi-zone system that may include data characterizing previously-saved zone scenes within the system, which may then be provided to controllers of the system in order to facilitate user interaction.  *Id.* at 5:51-57, 7:31-33.  The Zone Scene Patents refer to this configuration data in terms of "one or more *zone configuration* files."  *Id*

C.     **The Parties' Zone Scene Proposals**

60.     As an initial matter, I understand that the parties are advancing different definitions of the term "zone scene" and its surrounding language in the '206 Patent.  On the one hand, I understand that Sonos has proposed to construe "zone scene" in conjunction with the definitional language that immediately follows[3] to mean "a previously-saved grouping of zone players that are to be configured for synchronous playback of media when the zone scene is invoked."  And on the other hand, I understand that Google has proposed to construe "zone scene" in isolation to mean "a group of two or more zones that are grouped according to a common theme by configuring the zones in a particular scene (e.g., morning, afternoon or garden)."  Google Brief, p. 16.

61.     Although the parties have not agreed on a precise definition for this term, their competing proposals reveal that they agree on certain aspects of the term.  One thing the parties agree on is that the "zone scene . . ." is a coined term that does not have a well-understood definition outside of the context of these zone scene patents.  Another thing the parties appear to agree on is that a "zone scene . . ." refers to a specific type of grouping of zone players, although the parties appear to disagree as to how to define that specific type of grouping.  For instance, the specific grouping referred to in Sonos's proposal is "a ***previously-saved*** grouping of zone players

---

[3] I.e., the claim language "zone scene identifying a group configuration associated with two or more of the plurality of independent playback devices."

that are ***to be configured for synchronous playback of media when the zone scene is invoked***."
On the other hand, the specific grouping referred to in Google's proposal is "a group of two or
more zones that are ***grouped according to a common theme by configuring the zones in a
particular scene (e.g., morning, afternoon or garden)***" (where Google has proposed that a "zone"
refers to "an area or areas with one or more playback devices").

62.     In either case, however, I understand that neither party has advanced an argument
that the "zone scene . . ." term renders the claims indefinite or is unable to be understood by a
POSITA when read in light of the surrounding claim language and the specification.

### D.     The Claims Themselves Inform a POSITA About the Scope

63.     In my opinion, the plain language of the claims, both when viewed on its own and
in the context of the specification, informs a POSITA with reasonable certainty about the scope
of the claims and the meaning and distinction between the terms used in the claims, particularly
the terms "zone configuration . . ." "group configuration . . ." and "zone scene . . ."  Indeed, these
terms do not appear divorced or disembodied from one another in the claims.  Rather, the claims
use these terms, along with definitional language, in such a way as to set out a particular
relationship between these terms.

64.     First, the claims recite the term "zone scene" immediately followed by the
definitional phrase "identifying a group configuration associated with two or more of the
plurality of independent playback devices."  In the context of this claim language and the
relevant disclosure in the specification, a POSITA would understand "group configuration . . . "
to refer to a grouping of zone players for synchronous playback.  *See, e.g.*, '206 Pat. at 5:43-50,
7:31-33.

65.     Second, in the context of this claim language and the relevant disclosure in the
specification, a POSITA would then understand "zone scene identifying a group

configuration . . ." to refer to a special kind of group configuration that is predefined and saved

for later invocation such that the group configuration can be formed more efficiently.*Id*. at 8:22-

36, 8:60-67, 10:4-19, 10:21-22;  Appx N, p. 30-35, 37.

66.     Third, the claims recite that the "zone configuration" is something that

"characterizes one or more zone scenes."  Helpfully, the claim language also specifies that the

"zone configuration" is received by the "controller" "via a network interface," "configured via

the controller," and "maintained at the first independent playback device." In the context of this

claim language and the relevant disclosure in the specification – including the discussion of the

"one or more zone configuration files" stored in the memory of a zone player -- a POSITA

would understand "zone configuration" to refer to ***configuration data*** that characterizes one or

more zone scenes created within a multi-zone system.  *Id.* at 5:51-57, 7:31-33.  In addition, a

POSITA would understand what it means for data (such as the claimed "zone configuration") to

"characterize" something (such as the claimed "zone scene").  For instance, a POSITA would

understand this to mean that the data "provides an ***indication*** of" or "provides a ***characteristic***

of" the thing it is characterizing.  A POSITA would understand these phrases to be refer to the

same thing and would understand these phrases to be interchangeable.

67.     A POSITA would have no issue reasonably understanding the distinction

between "zone configuration" and "zone scene" because, on the one hand, a POSITA would

understand that the claimed "zone configuration" refers to configuration data, whereas on the

other hand the claimed "zone scene …" is not limited to being a data representation.  Indeed,

limiting the claimed "zone scene …" to only a data representation of a zone scene would be

inconsistent with the intrinsic evidence, which, as I lay out above, describes a zone scene as a

previously-saved, predefined group configuration that is framed from the perspective of a user

rather than being limited only to its representation in computer data.  *Id*. at 8:19-36, 10:4-10, 10:21-22.

68.     Moreover, a POSITA would have no issue reasonably understanding the distinction between these terms for at least the additional reason that the claim expressly recites a relationship between "zone configuration" and "zone scene", namely that the "zone configuration" characterizes one or more zone scenes.  In this way, the claim specifies at least one thing that the zone configuration needs to do:  characterize at least one zone scene.  But the claim recites no limitation on the number of other things the zone configuration may do, such as characterize or otherwise identify other things related to the multi-zone system.  Indeed, the claim lamguage allows for the zone configuration to characterize things like a second, third, or more zone scenes, or even other information about the multizone system or the zone players that comprise it.  Thus, it would make no sense to conclude that the claimed "zone configuration" is synonymous with the claimed "zone scene" for at least the reason that the claimed "zone configuration" may characterize or identify other things including ***more*** than one zone scene.  Accordingly, it would not be reasonable for a POSITA to conclude that something that can characterize more than one thing (like the claimed "zone configuration") to be synonymous with any one of those individual thing that is characterized (like one of the claimed "one or more zone scenes").

69.     A POSITA would have no issue reasonably understanding the distinction between "zone configuration" and "group configuration" either.  For a similar reason as above, a POSITA would have no reason to conflate the claimed "zone configuration" (which, as claimed, can characterize ***more*** than one zone scene (i.e., more than one predefined grouping of zone players)) with a "group configuration," which appears in the claim as part of a single definitional phrase

intended to collectively define the confines of the claimed "zone scene."  In this way, a POSITA would understand the "group configuration" portion of the definitional phrase defining "zone scene …" to refer to a grouping of zone players for synchronous playback.

70.     Given the foregoing, it is my opinion that the language of the claims provides an ample basis from which a POSITA would reasonably understand the scope of the claims.  Dr. Kyriakakis' opinion is fundamentally flawed because he makes no attempt to opine on or analyze a POSITA's understanding or approach to construing the claim terms based on the language of the claims themselves.  For instance, Dr. Kyriakakis does not consider the full scope of the claim terms provided by the express language of the claims, and thus does not consider the situation where a zone configuration might characterize, for instance, multiple zone scenes or that the claimed "zone scene …" is not limited to being a data representation of a zone scene.  In view of this failure, he does not explain how or why or how a POSITA would have considered the claimed "zone configuration" to be synonymous with the claimed "zone scene …" or with any single one of the possible multiple zone scenes characterized by the "zone configuration."

E.     **The Specification Supports a POSITA's Understanding of the Scope of the Claims**

71.     Instead of considering the full scope of the claim terms provided by the express language of the claims, Dr. Kyriakakis jumps right to the specification and concludes that the specification confuses the claim terms.  In my opinion, as I expressed above, this is an inappropriate and incomplete way to analyze a POSITA's understanding of the claim terms because it skips the crucial step described above – analysis of the claim terms based on the claim language themselves.  Notwithstanding, the specification is consistent with and further supports a POSITA's understanding of the claim terms based on the language.

72.     Dr. Kyriakakis opines that the specification conflates or confuses the terms "zone configuration" and "group configuration."  I disagree.  The terms "zone configuration" and "group configuration" are not used in the specification (or the claims) in isolation – let alone synonymously.   Rather, the specification teaches an example in which the "the memory 206 [of zone player 200] is used to save one or more saved ***zone configuration files*** that may be retrieved for modification at any time," and that "[t]ypically, a ***saved zone group configuration file*** is transmitted to a controller . . . when a user operates the controlling device."  '206 Pat. at 5:51-57.  This teaching does not convey to a POSITA that the claimed "zone configuration" and the claimed "group configuration" refer to the same thing.  To the contrary, a POSITA would have understood this teaching to convey the notion of a "zone configuration," being maintained or stored in memory of a zone player in the form of a file and transmitted from time to time to a controller device – which confirms a POSITA's understanding that the claim term "zone configuration" refers to configuration data.  Indeed, the example embodiment of the "zone configuration" is a "zone configuration file," which may take the form of a "zone group configuration file."  A POSITA would have understood the reference to "file" to refer to a specific format, arrangement, or collection of "data" stored in these examples in the memory of a zone player, particularly because the specification teaches that the zone players are data network devices with processors and memory storage.  *E.g.*, *id.* at 5:11-50, FIG. 2A.   In this way, it would be clear to a POSITA that a "zone group configuration file" is something different than an identification of a group configuration associated with two or more zone players, such as recited in the claims.

73.     Dr. Kyriakakis opines that the specification confuses the terms "zone configuration" and "zone scene."  Kyriakakis Dec. at ¶ 40.  I disagree.  First, as I explained

above, "zone configuration" is not used in isolation in the specification – the specification uses the phrase "zone configuration *file*."  '206 Pat. at 5:51-53.  Second, the specification introduces "zone configuration file" prior to introducing and discussing the "zone scene" technology. *Compare id.* at 5:51-53 *with id.* at 8:7-28.  For these reasons, a POSITA would have no reason to think that the claimed "zone configuration"—and its attendant requirements of (1) being maintained at a zone player (2) received by the claimed "controller" via a network interface, and (3) characterizing one *or more* zone scenes—would constitute the same thing as the zone scene itself.  Rather, a POSITA, would readily understand that the claimed "zone scene" refers to a previously-saved grouping of zone players and the claimed "zone configuration" refers to data that characterizes one or more claimed zone scenes, i.e., data that characterizes one or more particular pre-defined, previously-saved groupings of zone players.  No part of the specification alters this understanding of the express language of the claims.

74.     Further, Dr. Kyriakakis agrees with me that a POSITA has at least an undergraduate degree in electrical engineering or computer science and 2-4 years working experience, although we disagree on the precise fields in which that 2-4 years' working experience is.  *Compare* Kyriakakis Dec. at ¶ 31 *with* Almeroth Opening Dec. at ¶ 37.  Under either definition however, a POSITA has at least a college degree in electrical engineering or computer science *and* work experience in a field related to networking or "data communications."  Such a person would have no issue understanding what it means for data (such as a "file") to "characterize" something.  For instance, data characterizes something when it "identifies" or "describes" that something.  Indeed, a POSITA would not conflate the data itself with the thing represented by the data.

75.     Dr. Kyriakakis opines that FIG. 3A confuses the terms "zone configuration" and "zone scene" for the sole reason that the figure includes a bracket and then the phrase "Zone Configuration/Scene."  However, as before, Dr. Kyriakakis makes no attempt to analyze this figure in the context in which it is described in the specification or in light of the express language of the claims.  Dr. Kyriakakis thus overlooked or ignored the specification's earlier discussion of the one or more "zone configuration files" stored in the memory of a zone player, which is undeniably a description of configuration data and provides a clear distinction from the concept of a "zone scene" that is later disclosed in the specification.  *Compare* '206 Pat. at 5:51-53 *with id.* at 8:7-36.  Given the totality of the specification (including that FIG. 3A is first discussed in the portion of the specification describing zone scenes) and particularly the operative claim language specifying that the "zone configuration characterizes one or more zone scenes" a POSITA would not have understood this graphical representation of a group to mean that "zone configuration" and "zone scene" are the same thing.  To the contrary, a POSITA would understand that FIG. 3A is visually demonstrating that this specific group of zone players (i.e., the "Bedroom" zone player, "Den" zone player, and "Dining Room" zone player) can be saved using the disclosed zone scene technology and can thus be represented by the previously-discussed "zone configuration" data (which as claimed may also represent other zone scenes too).  *Id.* at 8:7-36, FIG. 3A.

76.     In view of the foregoing, it is my opinion that the claims, when read in light of all intrinsic evidence, inform a POSITA with reasonable certainty about the scope of the claimed invention.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief

Dated:  June 15, 2021

By:  _____

Kevin C. Almeroth

# Appendix K

```
 1              IN THE UNITED STATES DISTRICT COURT
 2              FOR THE WESTERN DISTRICT OF TEXAS
 3                       WACO DIVISION
 4   _____
                                    )
 5   SONOS, INC.,                   )
                                    )
 6           Plaintiff,             )Civil Action No.
                                    )6:20-cv-00881-ADA
 7        vs.                       )
                                    )
 8   GOOGLE, LLC,                   )
                                    )
 9            Defendant.            )
     _____)
10
11
       VIDEOCONFERENCE DEPOSITION OF CHRISTOS KYRIAKAKIS
12
                    Friday, June 11, 2021
13
                       Volume I
14
15
16
17
18
19
20
21
22   Reported by:
     KATHLEEN E. BARNEY
23   CSR No. 5698
24   Job No. 4626386
25   PAGES 1 - 202
```

Page 1

```
 1      IN THE UNITED STATES DISTRICT COURT
 2      FOR THE WESTERN DISTRICT OF TEXAS
 3               WACO DIVISION
 4   _____
 5   SONOS, INC.,          )
                           )
 6                         )
        Plaintiff,         )
 7                         )Civil Action No.
        vs.                )6:20-cv-00881-ADA
 8                         )
     GOOGLE, LLC,          )
 9                         )
        Defendant.         )
10   _____)
11
12      Videoconference deposition of CHRISTOS
13   KYRIAKAKIS, Volume I, taken on behalf of Plaintiff,
14   beginning at 9:02 a.m. and ending at 3:10 p.m. on
15   Friday, June 11, 2021, before KATHLEEN E. BARNEY,
16   Certified Shorthand Reporter No. 5698.
17
18
19
20
21
22
23
24
25
                                        Page 2
```

```
 1   APPEARANCES:
 2
 3   For Plaintiff:
 4
 5      LEE SULLIVAN SHEA & SMITH
 6      BY: JAE PAK
 7         GEORGE LEE
 8      Attorneys at Law
 9      656 West Randolph Street
10      Chicago, Illinois 60661
11      Pak@ls3ip.com
12
13   For Defendant:
14
15      QUINN EMANUEL URQUHART & SULLIVAN, LLP
16      BY:  MARC KAPLAN
17      Attorney at Law
18      865 Figueroa Street
19      Los Angeles, California 90071
20      marckaplan@quinnemanuel.com
21
22
23   Videographer:
24      KIMBERLEE DECKER
25
                                        Page 3
```

```
 1                    INDEX
 2  WITNESS              EXAMINATION
 3  CHRISTOS KYRIAKAKIS
 4  Volume I
 5
 6       BY MR. PAK            8
 7
 8
 9
10            EXHIBITS
11  NUMBER       DESCRIPTION        PAGE
12  Exhibit 1   Audyssey manual        21
13
14  Exhibit 2   Slides from a computer networks   33
15              course
16
17  Exhibit 3   Excerpt from the Microsoft    45
18              Computer Dictionary, Fifth
19              Edition
20
21  Exhibit 4   Publication "RMI System: Internet  61
22              Meets the Future Home Theater"
23
24  Exhibit 5   Patent No. 8,705,764        69
25
                                        Page 4
```

```
 1
 2  Exhibit 6   Publication, "High Quality     76
 3              Multichannel Audio Over the
 4              Internet"
 5
 6  Exhibit 7   Paper titled "HYDRA -High      83
 7              Resolution Live Streaming"
 8
 9  Exhibit 8   Publication, "Distributed      87
10              Immersive Performance: Enabling
11              Technologies for and Analyses of
12              Remote Performance and
13              Collaboration"
14
15  Exhibit 9   Declaration of Dr. Kyriakakis   96
16
17  Exhibit 10   '206 patent             119
18
19  Exhibit 11   Appendix L to Dr. Schmidt's    138
20              declaration
21
22  Exhibit 12   Appendix N of Dr. Schmidt's    156
23              declaration
24
25
                                        Page 5
```

2 (Pages 2 - 5)

Veritext Legal Solutions
866 299-5127

1  Exhibit 13   Dua Patent Application          159
2            Publication
3
4  Exhibit 14   '033 patent                     196
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 6

---

1       Friday, June 11, 2021
2            9:02 a.m.
3
4       THE VIDEOGRAPHER:  Good morning.  We are on
5  the record at 9:02 a.m. on June 11, 2021.        09:02:30
6       All participants are appearing remotely.
7  Audio and video recording will continue to take
8  place unless all parties agree to go off the record.
9       This is Media Unit 1 of the recorded
10  deposition of Christos Kyriakakis taken by counsel   09:02:49
11  for the plaintiff in the matter of Sonos, Inc.,
12  versus Google, LLC, filed in the U.S. District
13  Court, Western District of Texas, Waco Division,
14  case number 6:20-CV-00881-ADA.
15       My name is Kimberlee Decker from Veritext   09:03:12
16  Legal Solutions.  I'm the videographer.  The court
17  reporter is Kathy Barney.  I'm not related to any
18  party in this action, nor am I financially
19  interested in the outcome.
20       Counsel and all present will now state their   09:03:26
21  appearances and affiliations for the record.  If
22  there are any objections to proceeding, please state
23  them at the time of your appearance, beginning with
24  the noticing attorney.
25       MR. PAK:  This is Jae Pak, counsel for Sonos,   09:03:33

Page 7

---

1  from Lee Sullivan Shea & Smith.
2       MR. KAPLAN:  This is Marc Kaplan from Quinn
3  Emanuel Urquhart & Sullivan for Google and the
4  witness.
5       MR. LEE:  Good morning.  This is George Lee   09:03:52
6  for plaintiff Sonos.  I'm also with the firm of Lee
7  Sullivan Shea & Smith in Chicago.
8       THE VIDEOGRAPHER:  Thank you.  Will the court
9  reporter please swear in the witness.
10
11       CHRISTOS KYRIAKAKIS,
12  having been administered an oath, was examined and
13  testified as follows:
14
15          EXAMINATION
16  BY MR. PAK:
17  Q   Dr. Kyriakakis, could you please state and
18  spell your name for the record.
19  A   Sure.  First name is -- legal first name is
20  Christos, but I go by Chris, last name is        09:04:34
21  K-Y-R-I-A-K-A-K-I-S.
22  Q   Is it okay if I call you Dr. K throughout
23  this deposition?
24  A   Yes, please do.
25  Q   Have you been deposed before?        09:04:48

Page 8

---

1  A   I have.
2  Q   How many times have you been deposed?  Just a
3  ballpark is fine.
4  A   Two other times.
5  Q   How many times have you been deposed as an   09:04:57
6  expert witness?  Were you an expert witness in both
7  of those cases?
8  A   Yes, I was.
9  Q   And these are patent cases, correct?
10  A   Correct.                09:05:16
11  Q   When was the last time you were deposed?
12  A   It was -- I think it was 2018.  I don't have
13  the exact date, but I think it was 2018.
14  Q   Sure.  Do you remember what case that was?
15  A   It was -- so it was two in that same year.   09:05:34
16  So one of them was -- I was working on behalf of
17  Apple, which was an ITC case.  Actually, initially
18  the case involved Apple and Samsung as
19  co-defendants.  So that was one case.  And the other
20  case was for Apple, a separate case.        09:06:05
21  Q   Okay.  And so we're on the same page, I want
22  to run through some general guidelines.  So just
23  bear with me here.
24       I'll ask you questions and you must give
25  truthful answers.  Your counsel may object to   09:06:20

Page 9

3 (Pages 6 - 9)

1  questions, but unless your counsel instructs you not
2  to answer, you still must answer despite the
3  objection.
4        Do you understand?
5  A  I do.                                    09:06:30
6  Q  And if you don't understand a question or
7  need clarification, please ask.  Otherwise I'll
8  assume that you understand the question.
9        We'll plan to take a break every hour or so.
10  If you need a break outside of that schedule, just    09:06:38
11  let me know and I'll accommodate the request.  The
12  only thing I ask is, you know, to finish any pending
13  question before we go on break.
14        And the court reporter will be transcribing
15  our discussion today, so I need you to give verbal    09:06:50
16  answers as opposed to head nods or the like.
17        Understood?
18  A  Yes.
19  Q  Okay.  I'll slow down here now.
20        When did you begin working on this case    09:07:02
21  between Sonos and Google?
22  A  Oh, I don't know the exact date.  It was a
23  few months ago.
24  Q  Okay.  So it was sometime this year?
25  A  Yes.                                    09:07:16

Page 10

1  Q  Did you sign an engagement letter?
2  A  I did.
3  Q  And when did you sign the engagement letter,
4  do you remember?
5  A  Shortly after I talked to the attorneys and I    09:07:29
6  was told they wanted to retain me.  I don't have the
7  exact date.  I think it was a few months ago.
8  Q  Few months as in maybe April of this year or
9  sometime before?
10  A  I'm pretty sure it was before.             09:07:45
11  Q  Okay.
12  A  I don't have the exact date.
13  Q  No, I understand.
14        Who is that engagement between?  Is that
15  between you and Google or Google's counsel or    09:07:57
16  someone else?
17  A  It is -- I believe it's between me and
18  Google's counsel.
19  Q  And Google's counsel being Quinn Emanuel; is
20  that correct?
21  A  Correct.
22  Q  Have you worked with Quinn Emanuel before?
23  A  I have.
24  Q  How many times have you worked with Quinn
25  Emanuel?                                    09:08:18

Page 11

1  A  Probably two other times.  It was different
2  attorneys.  Different matters.
3  Q  What was the nature of your engagement with
4  Quinn Emanuel?
5        MR. KAPLAN:  Object to form.             09:08:33
6        THE WITNESS:  It was similar.  They were
7  patent cases and I was an expert witness for their
8  client.
9  BY MR. PAK:
10  Q  Do you recall what cases?                 09:08:43
11  A  I believe one was Blitzsafe versus Daimler
12  Benz, Mercedes.  And the other one escapes me
13  because I remember the cases, but not necessarily
14  all the affiliations.
15        THE VIDEOGRAPHER:  You're speaking a little    09:09:26
16  low.
17        THE WITNESS:  Interesting.  Okay.  Is that
18  better?
19  BY MR. PAK:
20  Q  Have you provided expert opinions on behalf    09:09:44
21  of Google before?
22  A  I have not.
23  Q  Have you offered opinions with respect to any
24  Google products?
25  A  No.                                    09:09:55

Page 12

1  Q  Have you offered opinions with respect to any
2  mobile apps that can be installed on your phone or
3  tablet?
4  A  No.
5  Q  Have you used any Google audio products    09:10:07
6  before?
7  A  I have -- yes, I have used them.  I don't own
8  them, but I have used them.
9  Q  What products have you used?
10  A  It was a Google speaker.                  09:10:22
11  Q  Do you know what speaker it was?
12  A  I think it's called Google Home.
13  Q  Did you use any specific feature of Google
14  Home?
15  A  I was interested in evaluating the voice    09:10:45
16  performance, the voice recognition performance,
17  especially how it performs in noisy environments.
18  Q  So you've experimented with Google Assistant;
19  is that correct?
20        MR. KAPLAN:  Object to form.             09:11:12
21        THE WITNESS:  In the context of that product,
22  yes.
23  BY MR. PAK:
24  Q  Okay.  Have you used the Google Home app
25  before?                                    09:11:24

Page 13

4 (Pages 10 - 13)

1    A   No.
2    Q   So how did you set up the Google Home
3  product?
4    A   That's a good question.  It's been a while.
5       Okay.  I guess I used it to set it up.  I      09:11:40
6  thought you were asking if I used it to interact
7  with it.
8    Q   Okay.  Have you used any Google Pixel device
9  before?
10   A   No.                                            09:11:53
11   Q   Have you used any Sonos products?
12   A   Yes.
13   Q   What Sonos products have you used before?
14   A   Sonos Play:1.  And Sonos Subwoofer.
15   Q   Have you used any other Sonos products         09:12:17
16  before?
17   A   No.
18   Q   Do you own a Sonos Play:1 or Sonos Sub?
19   A   Yes, I do.
20   Q   When did you first purchase the Play:1 and     09:12:33
21  the Sonos Sub?
22   A   Two years ago approximately.
23   Q   Why did you purchase the Play:1 and Sonos
24  Sub?
25   A   As part of my work and research, I have, I     09:12:59

Page 14

1  would say, an unusually large collection of speaker
2  products and I've purchased them to evaluate their
3  acoustic performance, compare them to others, and so
4  on.
5    Q   Do you own more than one Play:1 and more than  09:13:16
6  one Sonos Sub?
7    A   I have three Play:1s and one Sonos Sub.
8    Q   Have you ever stereo-paired two Play:1s
9  together?
10   A   Yes.  Yes, I have.                             09:13:47
11   Q   And have you compared that to other -- when
12  you say others, you're talking about other audio
13  products?
14   A   I guess what do you mean by "compared"?
15   Q   Yeah.  So you said you evaluated the acoustic  09:14:09
16  performance of the Sonos Play:1 products with
17  others, right?
18   A   Yes.
19   Q   And who are these others that you're
20  referring to here?                                  09:14:23
21       MR. KAPLAN:  Object to form.
22       THE WITNESS:  There's a number of them.  Some
23  are home speakers.  PSB.  Bose.  Amazon products.
24  Paradigm is a high-end company that makes wireless
25  speakers.  A number of others.                      09:14:51

Page 15

1       I mean, that's kind of what I do on a regular
2  basis just to understand what is going on and who is
3  doing what acoustically in rooms.
4  BY MR. PAK:
5    Q   So have you evaluated these products for       09:15:04
6  other reasons?  Other than acoustic performance,
7  have you evaluated these products for some other
8  reason?
9    A   No.
10   Q   And just for curiosity, I guess, which         09:15:15
11  product has the best acoustic performance, in your
12  opinion?
13   A   I'm going to get in big trouble.  I'm not
14  going to answer that.  A lot of them it's an
15  objective measurement, but a lot of it is very      09:15:35
16  subjective.  So I'm probably going to stay away from
17  that one.
18   Q   That's fair.
19       I want to talk about your professional
20  experience.  Do you have any computer programming    09:15:46
21  experience?
22   A   Yes.
23   Q   Do you remember the last time you coded or
24  programmed something?
25   A   Two days ago.                                   09:15:59

Page 16

1    Q   Got it.
2       Have you taught any computer science courses
3  before?
4    A   No.
5    Q   Have you taught any network courses before?    09:16:09
6    A   Network specific, no.
7       I should mention I have computer science
8  students in my courses, but they're not specific
9  under the computer science department.
10   Q   Got it.  But you haven't taught any computer   09:16:24
11  science courses.  Did you say you haven't taught any
12  network courses; is that correct?
13   A   That's correct.
14   Q   Do you have any networking experience?
15   A   Yes.  Quite a bit, especially with streaming   09:16:41
16  media.  My research group was one of the first to
17  implement multichannel audio streaming across the
18  country over Internet2, and for that we had a large
19  group that was working on various aspects of
20  networking, including peer to peer and other aspects  09:17:05
21  of it.  So, yeah, quite a bit of experience.
22   Q   What is Internet2?
23   A   Internet2 is what the internet was when it
24  first started, which is a network that was closed
25  off to the public and only open to academic and      09:17:24

Page 17

5 (Pages 14 - 17)

1 research institutions.  It's a much higher bandwidth
2 network that is basically used for experimentation
3 for next-generation applications on the internet.
4    Q  So do you have any experience in designing or
5 implementing a network?                    09:17:48
6    A  My experience is in coding, testing
7 performance of networks, not necessarily designing
8 networks from scratch.  Software that goes on
9 networks, though, yes.
10    Q  But you never designed or architected a    09:18:11
11 network, right?  Is that right?
12       MR. KAPLAN:  Object to form.
13       THE WITNESS:  Well, I guess I'm --
14 architected -- I was part of the team.  I led the
15 team that architected a multichannel audio streaming   09:18:34
16 solution, Lossless, over a network.  And so I didn't
17 build the network from scratch.  It was an existing
18 network.  We just built the software to run all of
19 that.
20 BY MR. PAK:                                 09:19:01
21    Q  Got it.
22       And you're the founder and CTO of a company
23 called Audyssey Laboratories; is that correct?
24    A  That's right.
25    Q  And I see the background.  Is that an    09:19:07

Page 18

1 Audyssey Laboratories product behind you?
2    A  The loud speaker, no.
3    Q  No?
4    A  No, it's not.  I have one, but it's not in
5 this room.                                  09:19:21
6    Q  What products did you help design at
7 Audyssey?
8    A  So Audyssey was a spinout from my research
9 lab at USC with a couple of graduate students.  We
10 started in the audio technology licensing business,   09:19:36
11 and so the product there was technologies for
12 automatic measuring of acoustical problems in rooms
13 and solutions for fixing them.  And perhaps you've
14 seen the little microphone that comes with home
15 theater equipment.  You put it in your living room   09:20:01
16 or your car or IMAX theaters, for example.  There
17 are many places that have that.
18       So it started as a software solution that was
19 being licensed.  In the course of that company, we
20 also designed some loudspeaker products to showcase   09:20:23
21 the technologies so that we could be fully in
22 control of them.
23       And these were wireless speakers.  Three were
24 wireless and one was wired.  And so those were --
25 those were the physical products that found   09:20:48

Page 19

1 themselves inside the stores like the Apple Store
2 and Best Buy.
3    Q  Do you know any Audyssey -- do you know the
4 product names of any of the Audyssey products?
5    A  The loudspeakers?                    09:21:02
6    Q  Yes.  Any Audyssey product, really.
7    A  So the main Audyssey product was called
8 MultEQ, M-U-L-T-E-Q.  That was the name of the
9 umbrella of technologies that had to do with
10 acquiring in-room information, acoustical   09:21:21
11 information, and correcting it.  And the logo is
12 still found on many receivers like Marantz and
13 Denon, D-E-N-O-N.
14       The speaker products had -- were named of
15 after interesting, hip neighborhoods.  That was the   09:21:51
16 marketing plan.  So Lower East Side, Market -- South
17 of Market.  Yeah.
18    Q  Are you familiar with the Audyssey Sub
19 Equalizer product?
20    A  I am, yes.                           09:22:19
21    Q  What is a sub equalizer?
22    A  A sub equalizer -- so in the home theater
23 market, it is popular to have separate components
24 for audio systems.  So people will buy their
25 favorite loudspeakers, they will buy their favorite   09:22:39

Page 20

1 audio receiver amplifier.
2       And for people that already had invested
3 money in a product that didn't have Audyssey room
4 correction in it, we actually made two products.
5 One was called the Audyssey Equalizer, which allowed   09:22:51
6 you to insert it in the path, in the audio path, and
7 take advantage of the Audyssey technologies.
8       And the sub equalizer was basically the same
9 thing except it was only focused on room correction
10 of the subwoofer frequency range, the low   09:23:15
11 frequencies.
12    Q  Got it.
13       And I want to introduce an exhibit here.
14 It's the Audyssey manual.  And I just uploaded it in
15 the exhibits folder and marked it as Exhibit 1.    09:23:28
16       (Exhibit 1 was marked for identification
17    electronically and is attached hereto.)
18 BY MR. PAK:
19    Q  Do you see that?
20    A  Not yet.  I'm refreshing the screen here.    09:23:34
21 I'm looking at another monitor, so --
22    Q  Sure.  I am too.
23       THE VIDEOGRAPHER:  You have to refresh the
24 browser each time.
25       MR. KAPLAN:  Chris, sometimes you can just   09:24:02

Page 21

6 (Pages 18 - 21)

1  hit the Marked Exhibits folder again and that will
2  do it.
3       THE WITNESS:  Oh, there it is.  Okay.  I got
4  it.  I'm opening it now.
5  BY MR. PAK:                          09:24:17
6   Q   Do you recognize this document?
7   A   Sorry, it hasn't opened yet.
8   Q   Sure.  Let me know.
9   A   Okay.  Yes, it's open now.
10      Yes, I recognize it.                 09:24:26
11  Q   Okay.  And this is the Audyssey MultEQ Pro
12  User Guide, correct?
13  A   Correct, MultEQ Pro.  It was software that we
14  provided to home theater installers.  And this was
15  additional functionality than what a consumer could   09:24:45
16  do with the built-in software.  And we marketed it
17  as MultEQ Pro.
18  Q   I want to turn to PDF, page 14.  And there's
19  a connection diagram for the Audyssey Sub Equalizer.
20      Do you see that?                     09:25:02
21  A   It's coming.  Page 14?
22  Q   PDF page 14.
23  A   Oh, PDF page 14.
24  Q   But it's page 10 of the manual.
25  A   Okay.                              09:25:26

Page 22

1   Q   Okay.  So you see the connection diagram for
2  the Audyssey --
3   A   Yes.
4   Q   Does that look like an accurate
5  representation of the Sub Equalizer?          09:25:33
6       MR. KAPLAN:  Object to form.
7       THE WITNESS:  It's an accurate representation
8  of how we recommended the connection, yes.
9  BY MR. PAK:
10  Q   Was the Sub Equalizer designed to communicate   09:25:48
11  over Wi-Fi?
12  A   No.
13  Q   Was the Sub Equalizer designed to communicate
14  over Bluetooth?
15  A   No.                                09:25:58
16  Q   Was the Sub Equalizer designed to communicate
17  over Ethernet?
18  A   No.
19  Q   Was the Sub Equalizer designed to communicate
20  over a data network?                     09:26:09
21  A   Well, it was designed to accept, process and
22  produce or transmit audio data.
23      So in the context of data -- audio being
24  data, which it is, I would say yes, it's connected
25  to two devices as shown here and it's passing audio   09:26:30

Page 23

1  data after processing it.
2   Q   Well, let me ask you this.  The Sub Equalizer
3  was not designed to communicate over Wi-Fi,
4  Bluetooth, or Ethernet.  How did it communicate over
5  a data network?                         09:27:01
6       MR. KAPLAN:  Object to form.
7       THE WITNESS:  Well, those are not the only
8  types of networks.  Anything that carries data is a
9  data network.  So this is an audio data network.
10  BY MR. PAK:                          09:27:11
11  Q   You're saying these speakers -- how are these
12  speakers connected to the Sub Equalizer?
13  A   Through audio cables.
14  Q   What kind of -- sorry, I didn't mean to cut
15  you off.                              09:27:27
16  A   No, no.  It's fine.
17  Q   What audio cables do you use to connect, you
18  know, one of these speakers to a Sub Equalizer?
19  A   They're called line level cables or RCA
20  because of the type of connector, which is named as   09:27:46
21  an RCA connector.
22  Q   So if you have a speaker connected to, you
23  know, another device, you know, another device here
24  being a Sub Equalizer via RCA cables, are they
25  communicating over a data network?          09:28:06

Page 24

1   A   In the most general definition of a data
2  network, audio certainly falls into that.  And I
3  would consider this a wired data network.  To put it
4  in the context of the discussion we're having today,
5  yes.                                  09:28:27
6   Q   Okay.  So, I mean, any device that can carry
7  data to another device is a data network; is that
8  correct?
9       MR. KAPLAN:  Object to form.
10      THE WITNESS:  Any infrastructure that can      09:28:37
11  connect devices and carry data, yes.
12  BY MR. PAK:
13  Q   In general, do you have an understanding of
14  what a term of art is?
15  A   Yes.                              09:28:53
16      MR. KAPLAN:  Object to form.
17  BY MR. PAK:
18  Q   What is your understanding?
19  A   A term of art in my understanding is -- maybe
20  not the exact legal definition -- it's what a person   09:29:05
21  of skill would understand that to mean in the art,
22  in the field.
23  Q   Is the term "network" a term of art?
24      MR. KAPLAN:  Object to form.
25      THE WITNESS:  Yes.                   09:29:25

Page 25

7 (Pages 22 - 25)

1 BY MR. PAK:

2    Q   Before you were engaged as an expert for this

3 matter, did you have an understanding of what

4 network means?

5    A   Yes.                                    09:29:34

6    Q   What was that understanding?

7    A   Basically what I said a minute ago.  A

8 network is an infrastructure of devices and

9 interconnects that allows the flow of data between

10 them.  Or enables the flow of data between them.    09:29:54

11   Q   Okay.  So your definition of a network is the

12 same as a data network; is that correct?

13       MR. KAPLAN:  Object to form.

14       THE WITNESS:  I think -- a network carries

15 data, so yes.                                09:30:19

16 BY MR. PAK:

17   Q   Is "data" a term of art?

18   A   Yes, it is.

19   Q   Before Google engaged you as an expert in

20 this matter, did you have an understanding of what    09:30:41

21 data means?

22   A   Yes, absolutely.

23   Q   What was that understanding?

24   A   Data is in its -- in the highest level

25 definition, data is information.             09:30:53

Page 26

1    Q   Can data be analog or digital?

2    A   Yes, absolutely.

3    Q   Is "data network" a term of art?

4    A   I would say yes.

5    Q   Is there a difference between a network and a    09:31:18

6 data network?

7       MR. KAPLAN:  Object to form.

8       THE WITNESS:  In the context of what we're

9 speaking of, I would say no.  There is a network of

10 people that I have on LinkedIn, but that's a    09:31:35

11 different kind of network.  But in this context, I

12 would say no.

13 BY MR. PAK:

14   Q   Would you say that a network and a data

15 network are both mediums that carry data?    09:31:54

16       MR. KAPLAN:  Object to form.

17       THE WITNESS:  In this context, yes.

18 BY MR. PAK:

19   Q   Okay.  What are the types of devices that can

20 be on a data network?                        09:32:15

21       MR. KAPLAN:  Object to form.

22       THE WITNESS:  The types?  What do you mean by

23 "types"?

24 BY MR. PAK:

25   Q   Well, for example, you can have a laptop or    09:32:29

Page 27

1 laptops on a data network, correct?

2    A   Correct.

3    Q   Are there any other types of devices other

4 than a laptop that can be on a data network?

5    A   Anything that allows the passage of data    09:32:45

6 through it that is connected to other devices can be

7 on a data network.

8       So in a studio environment, microphones and

9 loudspeakers are on a data network, and sometimes

10 over very long distances.  The control room is in    09:33:06

11 another place.  Obviously computers are on a data

12 network.  Cell phones are on a data network.  Yes.

13 And many other types of devices.

14   Q   Sure.  And a data network can be wired or

15 wireless, correct?                           09:33:26

16   A   Correct.

17   Q   What are the types of cables or interfaces to

18 transfer data over a wired data network?

19       MR. KAPLAN:  Object to form.

20       THE WITNESS:  Over wired?             09:33:39

21 BY MR. PAK:

22   Q   Yes.  I -- well, I assume in a wireless data

23 network you wouldn't need cables, right?

24   A   Right.  Correct.

25       In a wired one, I mean, I guess anything that    09:33:51

Page 28

1 can establish electrical connection.  So it would

2 be -- it could be copper, it could be optical, it

3 could be Ethernet.  There's probably others that I'm

4 forgetting, but --

5    Q   You mentioned earlier RCA cables, you can use    09:34:20

6 an RCA cable to --

7    A   Yeah.  Those fall into copper for me, but

8 yes.

9    Q   Got it.  What about speaker wires, does that

10 fall under copper?                           09:34:33

11   A   Also under copper.

12   Q   Does a data network require devices to

13 transfer data in a certain format to communicate

14 with another device that is on the network?

15   A   There has to be -- the devices have to       09:34:47

16 understand the data coming in.  So if that is what

17 you mean by format, then yes.  If not, there are

18 translator devices that can convert it.

19   Q   Okay.  So when a device transfers data to

20 another device on a data network, there's got to be    09:35:14

21 some kind of protocol, right?

22   A   Yes.

23       MR. KAPLAN:  Object to form.

24 BY MR. PAK:

25   Q   What are the protocols that are required for    09:35:25

Page 29

8 (Pages 26 - 29)

**Page 30**

1 a data network?
2    A   There's a pretty large number of them.  A
3 common protocol is to -- is based on the principal
4 of modulation.  Again, I'm speaking in the context
5 of our discussion today and the matters here.   09:35:45
6       So in a modulation concept, the modulation
7 type protocol is understood to take in data, put it
8 in a certain form so that the receiving device can
9 understand it.  Since we're speaking of audio, pulse
10 code modulation is a common one.          09:36:14
11       There are optical protocols called SPDIF,
12 Sony Phillips Digital Interchange Format.  There
13 are, of course, computer-to-computer protocols such
14 as Ethernet.  And several others.
15    Q   Okay.  Specifically if a device wants to   09:36:49
16 communicate with another device on an internet-based
17 network, what protocols are required for that
18 communication?
19       MR. KAPLAN:  Object to form.
20       THE WITNESS:  Can you define internet-based   09:37:10
21 network for me, please?
22 BY MR. PAK:
23    Q   Yeah.  So communicate over Wi-Fi or Ethernet,
24 for example.
25       MR. KAPLAN:  Object to form.          09:37:20

**Page 31**

1       THE WITNESS:  Oh, I'm sorry.  Did you say
2 Ethernet or internet?
3 BY MR. PAK:
4    Q   Wi-Fi or Ethernet.
5    A   Ethernet.  I see.              09:37:29
6    Q   Yeah.
7    A   So the format for those is -- I mean, there's
8 a Wi-Fi standard under the 802.11 IEEE, Institute of
9 Electrical and Electronics Engineers, and that
10 standard has been established for -- the devices   09:37:52
11 that want to talk to each other on Wi-Fi have to
12 implement that standard on the transmitter and the
13 receiver so that they can communicate.
14       There are also standards for Ethernet.  A
15 common one is TCP, Transfer Control Protocol.  There   09:38:10
16 are others.
17    Q   Can you name some of the other protocols?
18       MR. KAPLAN:  Object to form.
19       THE WITNESS:  There are Asynchronous Transfer
20 Mode, ATM.  Token Ring kind of networks.  And a   09:38:43
21 variation of that, which is a Star network.
22       That's what comes to mind now.  I'm sure I
23 can think of more later.
24 BY MR. PAK:
25    Q   Are there any other Wi-Fi standards other   09:39:18

**Page 32**

1 than 802.11?
2    A   Well, there are other Wi-Fi methods that are
3 proprietary to individual companies that may -- that
4 don't have to comply with 802.11 between their own
5 devices.  I don't know how they work because they're   09:39:45
6 proprietary, but they do exist.
7    Q   And these protocols you mentioned, like
8 802.11, for example, or TCP, they require data to be
9 sent in a certain format; is that correct?
10       MR. KAPLAN:  Object to form.          09:40:02
11       THE WITNESS:  Those protocols, the standards
12 require, yes, data to be in a certain type.  Just
13 like all the other protocols.
14 BY MR. PAK:
15    Q   Do the Wi-Fi and Ethernet standards require   09:40:17
16 data to be sent in data packets?
17    A   The 802.11 Wi-Fi does.  The Ethernet, as I
18 said, you can -- Ethernet is basically the cable.
19 Different protocols can run on it.  TCPIP is data
20 packets, yes.  Or it's based on data packets.   09:40:37
21    Q   Are there any Wi-Fi Ethernet standards that
22 don't require data to be sent in the form of data
23 packets?
24    A   As I said, I don't know the Wi-Fi inner
25 workings of the proprietary ones, so I'm not sure I   09:40:58

**Page 33**

1 can answer that.  Or the wired ones.
2       There are multi-room systems that have been
3 around in the home installer market for a long time
4 that use Ethernet.  But it's not necessarily a
5 standard Ethernet, based on a standard.  So I   09:41:16
6 couldn't say for sure what they use.
7    Q   Okay.  And I want to introduce another
8 exhibit here.  Just give me one minute.
9    A   Sure.
10    Q   Okay.  I just uploaded Exhibit 2.  Let me   09:41:33
11 know if you see it.
12    A   Yes.  Okay.
13       (Exhibit 2 was marked for identification
14       electronically and is attached hereto.)
15 BY MR. PAK:                   09:41:57
16    Q   Do you recognize this document?
17    A   No.
18    Q   Okay.  Well, I'll represent to you that these
19 are slides from a computer networks course from
20 Cornell University that I downloaded from the   09:42:11
21 internet.
22       Do you see on the first page it says "CS519:
23 Computer Networks," correct?
24    A   I do.
25    Q   And it's a lecture from January 24, 2004,   09:42:18

9 (Pages 30 - 33)

1 right?
2  A  Yes.
3  Q  Okay.  And I want to focus on the slide 6, so
4 PDF page 6.
5  A  They're not numbered.  What is the title of      09:42:35
6 the slide?
7  Q  It says, "What is a data network?"
8  A  I see it.
9      MR. KAPLAN:  Chris, I don't mean to
10 interrupt, but if you sort of scroll your mouse over  09:42:48
11 the exhibit, it will show the page numbers there.
12      THE WITNESS:  Yeah, I just realized.  But for
13 some reason it's showing as page 5 for me.  But,
14 okay, I do see it.
15 BY MR. PAK:                                          09:43:00
16  Q  I guess it is page 5.  Page 5 of the PDF.
17  A  Yes.
18  Q  And it says:
19      "What is a data network?"  And
20      then, "The answer is not a network    09:43:09
21      that carries data."
22      Do you see that?
23  A  I do.
24  Q  And the slide explains that one reason why a
25 data network is not a network that carries data is   09:43:20

Page 34

1 because you can send data over a voice network,
2 which is often a euphemism for a circuit network,
3 and a voice network is not a data network.
4      Do you see that?
5  A  I do.                                            09:43:36
6  Q  Do you agree with that statement?
7  A  Not at all.
8  Q  Why do you disagree?
9  A  I think it's an appropriate statement for a
10 packet network course -- for a network course, it's  09:43:44
11 appropriate for that kind of class, but I don't
12 think that's a general statement that is true
13 because data -- networks carry data.  That's the
14 very definition of a network.
15      I don't know this class, but it sounds like   09:44:09
16 they're going to be talking about a subset of
17 networks that carry packet data, and they certainly
18 exist.
19  Q  Well, you say you never taught a course in
20 computer networks; is that right?                    09:44:22
21  A  Yes.
22  Q  Do you agree that a voice network is a
23 euphemism for a circuit network?
24  A  No.  That is not a term of art.
25  Q  Why do you disagree?                            09:44:32

Page 35

1  A  First of all, I never heard that euphemism,
2 and I'm pretty familiar with the field of streaming
3 audio and networks and use for that, and voice.  I
4 think a voice network is a data network.  It's
5 carrying voice data.                                 09:44:59
6  Q  Well, what is a voice network?
7  A  It's a network that carries voice.  For
8 example, a telephony network.
9  Q  Could you give me some other examples of a
10 voice network?                                       09:45:23
11  A  If we're talking about a network that only
12 carries voice, then I think telephony is probably
13 the only one that comes to mind.  There are other
14 networks that carry voice and other things, like
15 cellular networks and cell phone networks.  But if   09:45:42
16 we're talking about just voice, then I would think
17 telephony is the -- I -- I just thought of another
18 one.  A walkie-talkie network that has multiple
19 wireless devices that a firefighter department would
20 use, that is a voice network and it carries data.    09:46:01
21  Q  So a walkie-talkie network, in your opinion,
22 is a data network?
23  A  Well, I guess walkie-talkie network is --
24 walkie-talkie is the devices on a wireless network
25 that exchange voice data.                            09:46:25

Page 36

1  Q  And what protocol does this wireless network
2 use to exchange voice data?
3  A  Most of them are based on radio frequency,
4 RF.  But the protocols, again, I think are
5 proprietary to the individual companies that make    09:46:48
6 them, like Motorola and others.
7  Q  And when you say a telephony network, are you
8 referring to a public switch telephone network?
9  A  Yes.
10  Q  Okay.  So a public switch telephone network    09:47:05
11 is a voice network; is that right?
12  A  Yes.
13  Q  Is a cellular network a voice network?
14  A  Well, as I said before, it can be a voice
15 network if all that anyone does on it is speak on    09:47:23
16 the phone.  But it is capable of other information
17 as well on that network.  So it's not exclusively
18 voice.
19  Q  So a cellular network can either transmit
20 voice or data, right?                                09:47:36
21  A  No.
22      MR. KAPLAN:  Object to form.
23      THE WITNESS:  Voice -- a cellular network
24 transmits or carries data.  Voice is data as far as
25 it's concerned.                                      09:47:53

Page 37

10 (Pages 34 - 37)

1 BY MR. PAK:

2 Q   Right.  So a cellular network can carry data

3 in the form of voice, right, or non-voice data; is

4 that right?

5 A   Right.                          09:48:05

6 Q   So how do you transmit voice data over a

7 cellular network?

8 A   Well, it depends on what kind of cellular

9 network.  There are different kinds of cellular

10 networks.  So the first ever created was probably, I   09:48:25

11 would say, in Japan in 1979 or 1980, somewhere

12 there.  And it was an analog-based system where --

13 and I guess at the time that would have been truly

14 for voice because I don't think there was other

15 multimedia data being sent over the network.   09:48:47

16     So that was through a mechanism called

17 frequency division multiplexing, which basically is

18 a protocol for splitting up the audio bandwidth into

19 different bands and then dividing them into

20 different bands, and then blending them all together   09:49:04

21 when they arrive at the other end.  So that was a

22 purely analog system.  And, actually, it's still in

23 existence in some parts of the world.

24     There are also digital systems, and they have

25 increased over the years from -- starting from 2G,   09:49:23

Page 38

---

1 which was the first one, all the way to what we have

2 today, which is 5G, increasing the bandwidth of each

3 connection and also total bandwidth to improve

4 quality and speed.

5 Q   So in a digital cellular network, what --   09:49:47

6 when you transmit data, what -- what form does that

7 data take?  Is -- does it have to take the form of

8 data packets?

9 A   The standards dictate the form.  So there are

10 different schemes.  There's time division   09:50:16

11 multiplexing, which was the next evolution after

12 frequency division.  I would say, yes, the majority

13 of those are probably packet based.

14 Q   Are there any digital cellular networks that

15 are not packet based?                          09:50:32

16 A   I don't know.  That would be a pretty

17 sweeping statement for me to make without looking

18 into it a little bit more.

19     I can't think of an example off the top of my

20 head, but I don't want to say no for sure because I   09:50:49

21 would have to look into it.

22 Q   Sitting here today, you can't think of any

23 digital cellular networks that are packet based --

24 that are not packet based?  Let me -- let me start

25 over.                          09:51:04

Page 39

---

1     Sitting here today, you can't think of a

2 digital cellular network that is not packet based,

3 correct?

4 A   Correct, but that's not -- I'm not saying

5 that they don't exist, just that I can't think of   09:51:15

6 one.

7 Q   So you said in a cellular network, you can

8 either transmit voice data or non-voice data, right?

9 A   Right.

10     MR. KAPLAN: Object to form.   09:51:35

11 BY MR. PAK:

12 Q   So in a cellular network, is -- is voice data

13 transmitted differently than non-voice data?  Do

14 they take different paths?

15     MR. KAPLAN: Object to form.   09:51:50

16     THE WITNESS:  Well, it kind of depends.  If

17 you're communicating with somebody else on another

18 cellular phone, for example, the path between you

19 and the other person may be different because of the

20 way cellular networks work.  If you're using your   09:52:09

21 phone to send data to a device in your house, that

22 would be a different path as well.

23     So I guess I wasn't fully clear on your

24 question.

25 ////

Page 40

---

1 BY MR. PAK:

2 Q   I want to go back to the slide here.  It

3 says:

4     "Data network is often a

5     euphemism for packet network."   09:52:36

6     Do you agree with that statement?

7 A   I do not.

8 Q   And you disagree with the statement because a

9 data network is any type of network that carries

10 data; is that -- is that correct?   09:52:52

11 A   That's correct.  And the data can be in many

12 different forms and it could be analog or digital.

13 But even within those, it can be different protocols

14 for each one of those.

15 Q   Is a voice network a packet network?   09:53:06

16     MR. KAPLAN:  Object to form.

17     THE WITNESS:  A voice network can be packet

18 based, yes.  But there are many -- the original

19 PBX-type switches were not.  Those were a voice

20 network that was analog.  And then later other   09:53:31

21 networks came out that were digital.

22     But analog voice networks still exist and are

23 in use in many places, including elevators for

24 safety and places where you want the internet not to

25 fail, especially for safety applications.   09:53:47

Page 41

11 (Pages 38 - 41)

1 BY MR. PAK:
2 Q  Okay.  So an analog voice network is not a
3 packet network, correct?
4 A  An analog -- no, it is not.
5 Q  Is a digital voice network a packet network?   09:54:01
6 A  As I said before, most of them are.  There
7 might be examples where they're not, but I don't
8 know one off the top of my head.  I would say most
9 are.
10 Q  And I want to take a look at -- let me find   09:54:20
11 the right slide here.  I think it's PDF page 9 of
12 the slides.  The header says "Packet Network versus
13 Circuit Network."
14    Do you see that?
15 A  Yes.                           09:54:44
16 Q  So this slide says:
17    "Packet Network versus Circuit
18    Network.  By contrast, packet network
19    allows small units of data packets to
20    be individually sent to different   09:54:55
21    destinations."
22    Do you see that?
23 A  I do.
24 Q  Can you send data packets over a circuit
25 network?                          09:55:04

Page 42

1 A  Probably not.  I'm trying to figure out what
2 the "by contrast" means here.  Is there a previous
3 slide that contrasts to something?
4 Q  Yeah.  So in the context, you know, the
5 header says, "Packet Network versus Circuit   09:55:32
6 Network."  So "by contrast" here it's comparing a
7 packet network to a circuit network; is that
8 correct?
9 A  Yes.
10 Q  So unlike a circuit network, this slide says:   09:55:42
11    "A packet network allows small
12    units of data packets to be
13    individually sent to different
14    destinations."
15    Is that right?                   09:55:59
16    MR. KAPLAN:  Object to form.
17    THE WITNESS:  Right.  But -- so in a digital
18 switching -- a digital circuit network, that could
19 also be true, right?
20    So I understand what they're trying to say   09:56:15
21 here for the purposes of this class that they're
22 teaching, but I guess reading the sentence by
23 itself:
24    "A packet network allows packets
25    of data to be sent to different   09:56:30

Page 43

1    destinations."
2    Yes, I would agree with that.
3 BY MR. PAK:
4 Q  Can a circuit network be digital or analog?
5 A  Yes.                           09:56:39
6 Q  What's an analog -- what are some examples of
7 analog circuit networks?
8 A  Well, those are the original telephony
9 products that connect to POTS, plain old telephone
10 system lines.  You still find limited -- you find   09:56:56
11 them in network closets of many companies or other
12 organizations.  So, yes, there are analog switching
13 or circuit networks that still exist.
14 Q  You said those are examples of an analog
15 voice network, right?                  09:57:31
16 A  Right.
17 Q  So is a voice network not a circuit network?
18 A  A voice network --
19 Q  Let me ask you a different question.
20    Is a voice network synonymous -- synonymous   09:57:49
21 with the term circuit network?
22 A  No.
23 Q  How are they different?
24 A  A circuit network is something that requires
25 a physical connection to be made of the sending   09:58:02

Page 44

1 location and the receiving location.  You think of
2 it as the old telephone operator plugging in patch
3 cords.  So that's a circuit network.  What it
4 carries is voice.  And so I guess it's not a term
5 that I often use, but it is a term that I guess   09:58:21
6 people use calling it a voice network.  You could
7 send other things over an analog switching network.
8 Q  And you said earlier that public switch
9 telephone network is a voice network, right?
10 A  I said -- I don't remember what I said.  The   09:58:41
11 public switch network can be used as -- for voice.
12 Q  Can a public switch telephone network be used
13 in a circuit network?
14    MR. KAPLAN:  Object to form.
15    THE WITNESS:  It's not to be used in.  It's   09:59:05
16 implemented using circuit networks, or circuit
17 network devices.
18 BY MR. PAK:
19 Q  Well, let me ask you this way.  Is a voice
20 network a type of circuit network?           09:59:28
21 A  Yes.
22 Q  Okay.  I want to introduce a new exhibit
23 here, Exhibit 3.  Just give me one minute.
24    (Exhibit 3 was marked for identification
25    electronically and is attached hereto.)   10:00:11

Page 45

12 (Pages 42 - 45)

1 BY MR. PAK:
2 Q  Okay.  I just uploaded Exhibit 3.  Let me
3 know when you see it.
4 A  I see it.
5 Q  Do you recognize this document?          10:00:23
6 A  I recognize maybe not this edition of it, but
7 I have seen the computer dictionary before, yes.
8 Q  Okay.  Yeah, so this is an excerpt from the
9 Microsoft Computer Dictionary, Fifth Edition.
10     And you said you're not sure if you read this  10:00:44
11 edition, but you've looked through the Microsoft
12 Computer Dictionary before, right?
13 A  Yes, I have.
14 Q  I want to look at page 3.  At the bottom, do
15 you see a definition for a data network?          10:01:04
16 A  Yes.
17 Q  Could you please read that definition for the
18 record?
19 A
20     "A network designed for          10:01:15
21 transferring data encoded as digital
22 signals, as opposed to a voice
23 network, which transmits analog
24 signals."
25 Q  So like the Cornell University slide we just  10:01:25

Page 46

1 looked at, the Microsoft Dictionary distinguishes a
2 data network from a voice network, correct?
3 MR. KAPLAN:  Object to form.
4 THE WITNESS:  That's what it says.
5 BY MR. PAK:          10:01:48
6 Q  Do you agree with this definition of data
7 network from the Microsoft Computer Dictionary?
8 A  I agree with parts of it.  A network designed
9 for transferring data.  But I don't agree that it
10 has to be digital.          10:02:00
11 Q  What does transferring data mean?
12 A  In this context, I think because it's
13 Microsoft, it means -- I assume it means data from
14 one computer is moved to another computer.
15 Q  So it talks about sending and receiving data,  10:02:31
16 right?
17 A  I don't -- maybe transferring means -- to me
18 means taking it from one place to another.  I don't
19 see anything in this definition that implies it's
20 bidirectional.          10:02:53
21 Q  What do you mean by "bidirectional"?
22 A  Sending and receiving, as you said, between
23 two devices, for example.
24 Q  Okay.  So this definition, you disagree that
25 a data network is limited to digital signals, right?  10:03:29

Page 47

1 A  Correct.
2 Q  Why do you disagree?
3 A  Because I think we talked about several
4 examples of networks that carry analog signals, and
5 so it's not an opinion.  I mean, the existence of  10:03:47
6 those networks proves it doesn't have to be digital.
7 Q  And earlier, you know, as we discussed, your
8 opinion is that a voice network can transmit analog
9 signals, but it can also transmit digital signals;
10 is that correct?
11 A  Yes.
12 MR. KAPLAN:  Object to form.
13 THE WITNESS:  Yeah, I agree with that.
14 BY MR. PAK:
15 Q  Okay.  Is local area network a term of art?  10:04:17
16 A  Yes, it is.
17 Q  Before Google engaged you as an expert for
18 this matter, did you have an understanding of what
19 local area network means?
20 A  Yes, I did.          10:04:31
21 Q  What was that understanding?
22 A  It is a -- again, infrastructure or medium
23 for connecting multiple devices for the purpose of
24 exchanging data.
25 Q  What are the types of devices that can be on  10:04:50

Page 48

1 a local area network?
2 A  They can be -- because I work a lot with
3 studios and other things, it can be mixing consoles,
4 loudspeakers, computers, microphone preamplifiers,
5 printers.  There's a very large list of things it  10:05:16
6 could be on this kind -- on a local area network.
7 Q  A local area network can be wired or
8 wireless, correct?
9 A  Yes.
10 Q  What are the types of cables used to transfer  10:05:29
11 data over a wired local area network?
12 A  It's similar to the list that we talked about
13 before in terms of data networks.  It's copper and
14 all types of copper connections, including audio
15 cables, speaker cables, Ethernet, coaxial cables,  10:05:53
16 optical cables.  That's probably a good list.
17 Q  So if a speaker is connected to the Sub
18 Equalizer, for example, via a RCA cable -- let me
19 start over.
20     So if a speaker is connected to another  10:06:24
21 device, such as the Sub Equalizer via RCA cables, is
22 that on a local area network?
23 A  Yes.  Those are exchanging data.
24 Q  Does a local area network require devices to
25 transfer data in a certain format to communicate  10:06:51

Page 49

13 (Pages 46 - 49)

1 with another device?

2 A  It does.  The devices on that network have to

3 all have an agreed-upon representation of the data

4 or use an appropriate translator to make it

5 understandable to them, but yes.          10:07:08

6 Q  So devices on a local area network have to

7 communicate using a specific network protocol,

8 right?

9 A  Yes.

10 Q  What are those network protocols?          10:07:25

11 A  So there are -- again, because I come from

12 the audio world, there are modulation protocols,

13 such as pulse code modulation, pulse width

14 modulation, optical data protocols, which are

15 digital.  Well, all the ones I mentioned are          10:07:49

16 digital.

17       And then there are also the -- if we're

18 talking about printers and computers, then there are

19 the TCP internet protocols.

20 Q  Are these analog protocols or digital          10:08:04

21 protocols?

22 A  Well, I guess I don't think of a protocol as

23 analog or digital.  It's -- there are protocols for

24 analog data and there are protocols for digital

25 data.  Perhaps that's what you meant?          10:08:36

Page 50

1 Q  Yeah, that's what I meant, actually.

2       What are the protocols for analog data for a

3 local area network?

4 A  So they're modulated -- so FM is -- not the

5 radio kind of FM, but frequency or amplitude          10:09:02

6 modulation of audio data can be sent over cables and

7 demodulated at the receiving side and be converted

8 back to audio.  That's one that comes to mind for

9 analog.

10 Q  Are there any other protocols for analog data          10:09:26

11 over a local area network?

12 A  The method that I talked about before for the

13 1G cellular networks, frequency division

14 multiplexing, that can also be applied to wired

15 local area networks as well.          10:09:50

16 Q  What are the protocols for digital data over

17 a local area network?

18 A  It depends on the data.  So if it's -- again,

19 if we're talking about multimedia audio data, those

20 can be the ones that I mentioned before, the pulse          10:10:12

21 code or pulse modulation or optical, SPDIF.

22       If we're talking about computers and

23 printers, those are TCP-type protocols.  But there

24 are others.  There are peer-to-peer connections that

25 can happen.          10:10:36

Page 51

1 Q  When you transmit digital data over a local

2 area network, does that data have to take the form

3 of digital data packets?

4 A  No, it doesn't have to.

5 Q  What other forms can that data take?          10:11:00

6 A  The examples I was giving before, some kind

7 of a modulation.  So pulse code or pulse width

8 modulation.  So, no, it doesn't have to be packet

9 based.

10 Q  When we talked about modulations, you          10:11:30

11 referred to them as analog data; is that right?

12 A  No.  The one kind, frequency division, is the

13 analog.  But the -- so pulse code and pulse width,

14 the examples I'm using here, require the translator

15 device.          10:11:54

16       So let's say you have an audio device that's

17 sending out analog audio, but you want to connect it

18 over a local network to other devices to receive

19 that audio, the wired network.  You might convert it

20 to digital audio and then use -- and that conversion          10:12:16

21 puts it in the forms of pulse code modulated or

22 pulse width modulated audio.  Most common is pulse

23 code.  It's sent over the network in that format and

24 then the opposite operation happens at the receiving

25 end.          10:12:37

Page 52

1       So these converter devices are in many cases

2 built into the audio source and receiver and

3 sometimes they can be separate.

4 Q  So when you convert audio into digital form

5 in pulse code modulator or pulse width modulated          10:12:55

6 audio data, and you transmit that over a network,

7 does that data have to take the form of data

8 packets?

9 A  No.

10 Q  What does that data -- what form can that          10:13:19

11 data take other than data packets?

12 A  You can think of it as a stream of zeroes and

13 ones because it's digital now.

14       I guess the best analogy I can think of is in

15 Morse code you can have a long beep or a short beep,          10:13:39

16 and so the pulses can be wide to represent, let's

17 say, a one or short to represent a zero and then

18 that pattern is read in by the receiving device and

19 converts back to audio.

20 Q  Does an infrared remote that sends infrared          10:14:00

21 signals to a TV amount to a coupling by way of a

22 local area network?

23 A  Yes.  It's sending data to a TV in this case,

24 right?  So over an agreed-upon protocol.  So yes.

25 Q  So as long as data is being carried over to          10:14:36

Page 53

14 (Pages 50 - 53)

1 another device using some agreed-upon protocol,
2 you're saying that that is enough to be on a local
3 area network; is that right?
4     MR. KAPLAN: Object. Form.
5     THE WITNESS: It's enough to be on a network.   10:14:55
6 Local area usually is used as a term of art to
7 differentiate it from larger networks. But, yes, I
8 agree.
9 BY MR. PAK:
10   Q   What do you mean by a local area usually is   10:15:16
11 usually used as a term of art to differentiate it
12 from large networks?
13   A   The industry uses these terms to give an idea
14 of the magnitude of the size of the overall network.
15 So they are, for example, wide area networks that   10:15:41
16 would consist possibly of multiple local area
17 networks and are generally considered to cover much
18 larger areas geographically. So it's kind of a
19 layered terminology. There are also metropolitan
20 area networks that typically are associated with a   10:16:03
21 city.
22     There's no hard definition of where the
23 boundary of one ends and another one begins, but one
24 would understand that a wide area network involves a
25 much larger geographic area than a local area   10:16:16

Page 54

1 network.
2   Q   So local area network covers a limited area
3 compared to a wider network; is that right?
4   A   I wouldn't say limited. It's just smaller
5 than the wide area network. All networks are   10:16:42
6 limited by area. Wide area networks are also
7 limited, perhaps to planet earth. But it's just a
8 terminology for relative size. So one would
9 understand a local area network has fewer devices on
10 it than a wide area network.   10:16:57
11   Q   Let me ask you this way, then. A local area
12 network covers a limited geographical area; is that
13 right?
14   A   As I said, a smaller geographic area. It can
15 be quite large. That's why I objected to "limited."   10:17:16
16 It can be pretty big. And then you say, okay, what
17 about wide? Wide area network would be bigger.
18   Q   Correct, right. So local area network covers
19 a smaller geographical area than a wide area
20 network; is that right?   10:17:32
21   A   Yes.
22   Q   Is there a difference between a data network
23 and a local area network?
24   A   Well, a local area network is a subset of the
25 data networks.   10:17:56

Page 55

1   Q   Right. So there is a difference between a
2 data network and a local area network, right?
3   A   No. A local area network is a data network.
4 But it has this additional attribute that is used to
5 compare it to larger data networks, which are called   10:18:13
6 wide area networks.
7   Q   What is -- where are those additional
8 attributes that make a data network a local area
9 network?
10   A   They are used in -- when making comparisons   10:18:27
11 between two networks to differentiate usually by the
12 number of devices or the geographical area that is
13 covered.
14     So they're all data networks, but the wide --
15 it's generally understood that a wider network has   10:18:48
16 many more devices or covers a wider geographical
17 area than a local area network.
18   Q   Are there any other additional attributes
19 that make a data network a local area network?
20   A   Not that I can think of at the moment, no.   10:19:04
21   Q   Do you know any examples of a wide area
22 network?
23   A   Yes. I don't know if there's a name for it,
24 but the Western United States internet
25 infrastructure is generally considered a wide area   10:19:37

Page 56

1 network. Internet2 that we mentioned before is a
2 wide area network.
3   Q   Do you know any other examples of wide area
4 networks?
5   A   I would say satellite networks perhaps that   10:19:51
6 cover a part of the globe under their view are also
7 wide area networks.
8   Q   How do you transmit data over a satellite
9 network?
10   A   In multiple ways. It could be radio   10:20:22
11 frequency based modulation or it could be packet
12 based, like it is for cell phones or cell networks.
13   Q   Can you transmit analog data over a satellite
14 network?
15   A   Analog data -- I'm trying to think of -- for   10:20:41
16 example, a short-wave radio is a kind of a network
17 that uses analog data over large distances. It's
18 possible that it's rebroadcast through satellites.
19 I'm not sure. I think technically you can.
20     I can't think of an example at the moment,   10:21:13
21 but there's no reason that you couldn't.
22   Q   Do you know any satellite networks that
23 transmit analog data?
24   A   Not off the top of my head. I mean, I know
25 an old example -- communication with the Apollo   10:21:33

Page 57

15 (Pages 54 - 57)

1 astronauts was done through radio waves. Perhaps
2 eventually that became digital. But, no, I can't
3 think of an example off the top of my head.
4    Q   Does data that is transmitted over a
5 satellite network have to take the form of data        10:21:55
6 packets?
7    A   I don't think that's required, no.
8    Q   What other forms of data can be transmitted
9 over a satellite network?
10    A   There are other modulation schemes that can    10:22:09
11 be used. Radiofrequency modulation schemes can be
12 used to transmit data over satellites.
13        MR. PAK: How about we take a break, a quick
14 break? Maybe come back in five minutes. Is that
15 okay?                              10:22:41
16        THE WITNESS: Sure.
17        THE VIDEOGRAPHER: We are off the record at
18 10:22 a.m.
19        (Recess.)
20        THE VIDEOGRAPHER: We are on the record at    10:30:10
21 10:30 a.m.
22 BY MR. PAK:
23    Q   Dr. K., I want to explore a couple more
24 examples regarding local area networks.
25    A   Okay. Before we get started, before you ask   10:30:25

Page 58

1 your question, I -- as I was walking upstairs, I
2 thought of an example, if I could amend my previous
3 answer.
4        An example of analog communication over
5 satellites is of course the obvious one, broadcast    10:30:38
6 television. Early days of broadcast television was
7 analog signals being sent over satellite. That's an
8 obvious one. Okay.
9    Q   Does a cell phone communicate with a
10 Bluetooth headset amount to a coupling by way of     10:31:07
11 local area network?
12    A   Yes.
13    Q   Wasn't Bluetooth a type of personal area
14 network?
15    A   Again, these definitions are kind of          10:31:26
16 arbitrary in the sense that there is no hard line of
17 distance that goes from one to the other. It's a
18 small local area network, but if I have a speaker 20
19 feet away from me communicating by Bluetooth, then
20 maybe that could be a local area network. It's not   10:31:46
21 a hard definition.
22    Q   Does local area network cover a broader
23 geographical area than a personal area network?
24    A   By consensus of people in the field thinking
25 of it that way. It's not something technical that    10:32:07

Page 59

1 causes that. But yes.
2    Q   Are there any other differences between a
3 local area network and a personal area network?
4    A   Probably the number of devices in a local
5 area network would be higher than the number of      10:32:24
6 devices in a personal area network that are
7 possible.
8    Q   Are there any other differences between local
9 area network and a personal area network?
10    A   I can't think of one, no.                      10:32:36
11    Q   So earlier you said, you know, communicating
12 over two walkie-talkies could amount to a coupling
13 by way of a data network, right?
14    A   Yes.
15    Q   And that's because you can carry data from     10:33:04
16 one walkie-talkie to another walkie-talkie, correct?
17    A   Correct.
18    Q   What if I just had, you know, two cups on a
19 string and I used that to communicate with George,
20 who is right by me, is that on a data network?        10:33:25
21        MR. KAPLAN: Object to form.
22        THE WITNESS: That's a bit of an extreme
23 example, but if your voice carried over the string
24 and the string was carefully selected and there was
25 no background noise, yeah, it's data. Your data is   10:33:46

Page 60

1 getting across to somebody else to another device.
2 Not a very sophisticated one, but yes.
3 BY MR. PAK:
4    Q   So as long as two devices or two nodes carry
5 data, that's going to be on a data network, in your   10:34:02
6 opinion?
7    A   Yes.
8        MR. PAK: Okay. I'm going to introduce
9 Exhibit 4. I actually uploaded it on the break and
10 marked it as Exhibit 4. Just let me know when you    10:34:27
11 see it.
12        THE WITNESS: I see it.
13        (Exhibit 4 was marked for identification
14 electronically and is attached hereto.)
15 BY MR. PAK:                            10:34:45
16    Q   Do you recognize this document?
17    A   Yes.
18    Q   This is your -- this is one of your
19 publications; is that right?
20    A   That's right.                         10:34:51
21    Q   And the title says, "RMI System: Internet
22 Meets the Future Home Theater," right?
23    A   Correct.
24    Q   At a high level, what is this publication
25 about?                                10:35:07

Page 61

16 (Pages 58 - 61)

1    A   This describes a set of experiments that
2   actually relates to the Internet2 discussion that we
3   had earlier.  RMI stands for Remote Media Immersion.
4   And for several years there was -- I was a faculty
5   investigator and then eventually a deputy director   10:35:30
6   of the National Science Foundation Engineering
7   Research Center that was established at USC, and
8   this was one of the kind of capstone experiments
9   that we did to push the limits of multimedia at the
10   time.  This was in the late 1990s.        10:35:47
11       And so this paper talks about what
12   technologies would you -- would one need and how
13   would we use them to deliver what appears like high
14   quality representation of reality to somebody that
15   is far away.                    10:36:06
16   Q   What was your contribution with respect to
17   this paper?
18   A   So several parts.  It was the algorithms for
19   capturing audio on one end.  Algorithms for
20   delivering it on the other end.  Those were, I would   10:36:32
21   say, individual contributions.
22       And then there were collaborative
23   contributions in working with the researchers and
24   computer networks to develop methods together that
25   met the requirements of multichannel audio,      10:36:48

1   immersive audio, that were very different from the
2   requirements of sending faxes and e-mails in terms
3   of quality of service, forward error correction, and
4   other things like that.
5   Q   Okay.  And I want to look at PDF page 4,     10:37:12
6   Figure 1.
7       Do you see that?
8   A   Yes.
9   Q   Did you design this architecture shown in
10   Figure 1?                   10:37:29
11   A   This architecture is -- this is all
12   off-the-shelf equipment.  It's computers and hard
13   disks and Ethernet switch and computers at the other
14   side.  So this was not -- we discussed how to put
15   them together and all agreed that this is how we     10:37:58
16   would need to do it in order to achieve our goal.
17   But the individual pieces are off-the-shelf
18   components.
19   Q   Okay.  And, you know, I want to take a look
20   at the bottom of page -- PDF page 3 here, the last    10:38:12
21   paragraph.  It says:
22       "Figure 1 (next page) shows the
23       server cluster architecture, which can
24       harness the resources of many nodes
25       and many disk drives per node        10:38:26

1       concurrently."
2       Then the last sentence on that page says:
3          "Each cluster node is attached to
4       a local network switch with a fast or
5       Gigabit Ethernet link.  The nodes        10:38:41
6       communicate with each other and send
7       the media data via these network
8       connections.  We connected the local
9       switch to both a wide area network
10       backbone to serve distant clients and     10:38:51
11       a local area network, LAN, environment
12       with local clients."
13       Do you see that?
14   A   I do.
15   Q   So looking at Figure 1, what are the cluster   10:39:05
16   nodes?
17   A   What are in terms of --
18   Q   What are the cluster nodes with respect to
19   Figure 1?  Can you point to them or show me -- tell
20   me --                     10:39:28
21   A   It's the ones that are labeled Node 0,
22   Node 1, Node 2, Node N.  It was scalable.
23   Q   What is a node?
24   A   A node is I think a network -- people speak
25   for a connection of a device to the point of     10:39:53

1   connection between a device like a computer or
2   server to the network.
3   Q   And a local switch described in your
4   publication is the Ethernet switch shown in
5   Figure 1; is that right?               10:40:10
6   A   Right.
7   Q   And the internet showing here in Figure 1
8   represents the wide area network backbone described
9   in your publication; is that right?
10   A   Correct.                  10:40:22
11   Q   Does Figure 1 also depict a local area
12   network environment with local clients?
13   A   Well, the personal computers shown there are
14   on a local area network.  The ones where the nodes
15   were indicated.                 10:40:45
16   Q   So the nodes here represent personal
17   computers; is that right?
18   A   I think node is a term which -- it's the
19   device -- nodes to me represent connections, the
20   connection points.  They happen to be parts of a    10:41:11
21   computer, an interface that the computer has to
22   create that node.
23       So I wouldn't -- the computer itself is not
24   the node.  I think the fact that it has a connection
25   at that point makes -- creates a node as kind of an    10:41:31

1 entryway to that network.

2   Q   I want to take a look at the bottom

3 paragraph, the left column of PDF page 4.  The last

4 sentence says:

5       "VBR streams enhance the            10:41:54

6     rendering quality, but they generate

7     bursty traffic on a packet-switched

8     network such as the Internet.  In

9     turn, this can easily lead to packet

10    loss due to congestion."            10:42:04

11    Do you see that?

12  A   Yes.

13  Q   Your publication here teaches that the

14 Internet is a packet network, correct?

15  A   Yes.                              10:42:14

16  Q   Looking at the last sentence of the next

17 paragraph, it says:

18      "To avoid traffic bottlenecks,

19    each node transmits the data blocks

20    that it holds directly to the clients   10:42:29

21    via RTP.  Hence, each client will

22    receive RTP data packets from each

23    server node within the cluster."

24    Do you see that?

25  A   I do.                            10:42:41

1   Q   What is RTP?

2   A   I think it's retransmission protocol.  It's a

3 type of protocol that enables error correction.  In

4 case there are lost packets, they are re-requested

5 before they're stitched back together to avoid   10:43:00

6 dropouts.

7       This was one of the big things we had to

8 worry about.  You don't want audio dropouts.  It

9 does not make for a high-quality experience.

10  Q   Is RTP a type of internet protocol?      10:43:12

11  A   No.  I would say UDP is an internet protocol,

12 User Datagram Protocol, UDP is a type of internet

13 protocol.  And you can enable, if you will, or

14 include in it a method like RTP that provides for

15 the ability to correct errors that happen because of   10:43:43

16 lost packets.

17  Q   Does UDP require data to be transmitted or

18 received in the form of data packets?

19  A   Yes.

20  Q   So does RTP, right?                  10:43:59

21  A   RTP is -- it's not a transmission -- it's not

22 the same.  Yes, RTP operates on packets to figure --

23 and requests retransmission of ones that are missing

24 based on what it was expecting, in simple terms.

25  Q   Okay.  So looking at Figure 1, the nodes   10:44:26

1 shown in Figure 1 transmit data packets over a wide

2 area network; is that correct?

3   A   Well, they first go over a local area network

4 into the switch, and then the switch multiplexes

5 them all together and puts them onto the line that   10:44:55

6 goes to the wide area network, as shown at the top

7 through fast Ethernet or Gigabit Ethernet.

8   Q   Sure.  So let me correct that here.

9       So nodes communicate with the Ethernet switch

10 over a local area network, correct?            10:45:09

11  A   Correct.

12  Q   And these nodes send data packets to the

13 internet switch; is that correct?

14  A   Yes.  In this architecture, yes.

15  Q   And in this architecture, the Ethernet switch   10:45:21

16 connects to the -- or communicates over the internet

17 and sends data packets over the internet; is that

18 correct?

19  A   Right.  Where it says "internet backbone

20 routers," those are -- exist -- there's a connection   10:45:39

21 in USC's IT building and that's -- so if we went

22 from there to that router, then that router then has

23 a direct line to the wide area internet.  In this

24 case, it was Internet2.  Not the general internet,

25 but a similar type of network.              10:45:58

1   Q   Okay.  I want to introduce Exhibit 5 here.

2 Give me one second.

3       Okay, I just uploaded Exhibit 5 and marked it

4 as Exhibit 5.  Let me know when you see it.

5   A   I see it.                          10:46:21

6       (Exhibit 5 was marked for identification

7     electronically and is attached hereto.)

8 BY MR. PAK:

9   Q   Do you recognize this document?

10  A   Yes.  It's one of my patents.          10:46:33

11  Q   So you're a co-inventor of this patent,

12 correct?

13  A   Yes.

14  Q   And the patent number is 8,705,764, right?

15  A   Yes.                              10:46:47

16  Q   At a high level, what does this patent

17 generally disclose?

18      MR. KAPLAN:  Object to form.

19      THE WITNESS:  We were trying to solve a

20 problem that happens when you take audio -- you   10:47:05

21 start with analog audio and then you digitize it

22 into a high quality digital form.  And then in order

23 to store it perhaps on a portable device, one of

24 many different data compression algorithms are used.

25 MPEG being the most popular, but there are others   10:47:30

```
 1  like AAC.
 2      The result of that compression is that the
 3  higher frequencies of sound that were in the
 4  original tend to be discarded in the name of
 5  bandwidth savings.  And so this patent teaches a    10:47:44
 6  method to recreate the lost high frequencies using
 7  information that is in the lower frequencies that
 8  did not get discarded.
 9  BY MR. PAK:
10   Q  I want to focus on Column 11.  It's on PDF    10:48:04
11  page 21, lines -- lines 55 to 60.  It's the last
12  sentence before the last paragraph.
13      Could you please read those lines for me for
14  the record.
15   A  Is this the "Various embodiments" paragraph?    10:48:25
16   Q  The sentence right above it.
17   A  "The connectivity between the modules"?  That
18  one?
19   Q  Yes, that one.
20   A  Okay.
21      "The connectivity between the
22  modules and/or components within the
23  modules may be provided using any one
24  of the connectivity methods and media
25  that is known in the art, including,    10:48:52
                                             Page 70
```

```
 1  but not limited to, communications
 2  over the internet, wired or wireless
 3  networks using the appropriate
 4  protocols."
 5   Q  So it talks about communications over the    10:49:01
 6  internet using the appropriate protocols.  What are
 7  the appropriate protocols communicated over the
 8  internet?
 9   A  It's been a little while since I've seen
10  this, so just give me a second to take a look and    10:49:18
11  put it in context.
12   Q  Sure.  Go ahead, take your time.
13   A  Yeah.  Okay.  It's all coming back.
14   Q  Okay.  So let me re-ask the question here.
15      What are the appropriate protocols to    10:50:17
16  communicate over the internet?
17   A  It's what we talked about before.  If it's
18  the internet as we have it today, it's TCPIP or
19  peer-to-peer or UDP, as we just saw.
20   Q  Are there any other protocols?    10:50:39
21      MR. KAPLAN:  Object to form.
22      THE WITNESS:  There are others.  There's --
23  let's see.  OSI is another one, Open System
24  Interfaces.  There are probably others I'm not
25  remembering.  There are a number of these internet    10:51:11
                                                      Page 71
```

```
 1  protocols.
 2      To be clear, the patent is really not about
 3  connecting -- it's just saying that the modules that
 4  we're discussing here that are going to do advanced
 5  audio processing don't necessarily have to be in one    10:51:30
 6  device, they can be spread out, distributed.  That
 7  was the point of that paragraph.
 8  BY MR. PAK:
 9   Q  What is the OSI protocol?
10   A  It's a -- best way to describe it, it's    10:51:48
11  an attempt at abstracting the individual layers that
12  are required in a network system all the way from
13  the hardware layer to the firmware to the software
14  that needs to run on top of it, to the physical
15  connections, in a way that provides a more uniform    10:52:16
16  way for people that are trying to send data over
17  these kinds of networks without having to know
18  exactly what type of device was there.
19      So it moves it up to be a more abstract
20  representation of the interface of the network.  I    10:52:34
21  believe there are seven layers in it that -- in that
22  stack.
23   Q  Does the data that is transmitted using the
24  OSI protocol require data packets, data transmitted
25  in the form of data packets?    10:53:01
                                      Page 72
```

```
 1   A  Yes, it's a packet-based system.
 2   Q  Okay.  I want to look at Column 9, lines 20
 3  to 24 of your patent.  And I'm just paraphrasing
 4  here, but it says that the output is characterized
 5  by a transfer function.    10:53:27
 6      Do you see that?
 7   A  I do.
 8   Q  What does the term "characterize" mean?
 9   A  In this context it means that -- so we're
10  talking about a system.  A system has inputs and    10:53:43
11  outputs.  And typically when you do system analysis,
12  you want to find a way to describe the output in
13  terms of the input signal.
14      And so the transfer function in this context
15  says that if I have -- if I know what the amplitude    10:53:58
16  level was to this box and I know what the transfer
17  function is, then I can tell you what the output is.
18   Q  Do you know any words or phrases that are
19  synonymous with the term "characterize"?
20      MR. KAPLAN:  Object to form.    10:54:17
21      THE WITNESS:  I'm trying to think of it in
22  this context, and not just generally.
23      What it really means here is mathematically
24  described.  Because we're talking about this
25  equation here.  That would be the closest I can    10:54:41
                                                   Page 73
```

1 think of.

2 BY MR. PAK:

3    Q   Can you think of any other words or phrases

4 that are synonymous with "characterize"?

5    A   Not off the top of my head, no.          10:54:53

6    Q   But "describe" would be one of the terms that

7 is synonymous with "characterize," right?

8       MR. KAPLAN:  Object to form.

9       THE WITNESS:  Yeah, but I don't want to -- in

10 math we say mathematically described, so I would be    10:55:11

11 more comfortable keeping it that way.

12 BY MR. PAK:

13    Q   What about defined?

14       MR. KAPLAN:  Object to form.

15       THE WITNESS:  Defined has a different meaning    10:55:24

16 to me.  A definition in math or applied math means

17 that you're making some assumptions and defining

18 them.  But that's not what is happening here.

19       This is a -- an equation that has certain

20 elements.  And so the system is characterized by    10:55:47

21 this transfer function.  So I think describe

22 mathematically is more accurate.

23 BY MR. PAK:

24    Q   What if I say -- what if we change the "the

25 output is characterized by a transfer function" to    10:56:04

1 "the output is represented by a transfer function,"

2 would that be accurate?

3       MR. KAPLAN:  Object to form.

4       THE WITNESS:  I don't think so because

5 "represented" to me means it's not the thing, but    10:56:23

6 it's being represented by something else.  And

7 that's not technically correct here.  This H

8 function is the function.

9 BY MR. PAK:

10    Q   What if you say "the output indicates a    10:56:42

11 transfer function," would that be incorrect?

12    A   No.  That would be something completely

13 different and it would indicate that there might be

14 an output or something, but that's not -- this is a

15 deterministic system, and so no.    10:57:00

16    Q   Well, looking at the equation here, the

17 output Y equals the transfer function times the

18 sinusoid input, S-I-N-U-S-O-I-D.

19       So the output function here indicates the

20 transfer function and the sinusoid input, right?    10:57:35

21    A   No.

22    Q   It provides some kind of indication of it?

23    A   No, no.  This is a way to calculate the

24 output function.  So it is calculated by multiplying

25 the transfer function with the complex sinusoid.    10:57:53

1    Q   Okay.  Let me try to introduce another

2 exhibit here.

3       I just uploaded a new exhibit and marked it

4 as Exhibit 6.  Let me know when you see it.

5    A   I see it.          10:58:25

6       (Exhibit 6 was marked for identification

7    electronically and is attached hereto.)

8 BY MR. PAK:

9    Q   Do you recognize this document?

10    A   Yes, it is another one of my publications.    10:58:35

11    Q   The title of the publication is "High Quality

12 Multichannel Audio Over the Internet," right?

13    A   Yes.

14    Q   What was your contribution to this

15 publication?          10:58:51

16    A   These are two students in the center.  One of

17 them was in my group and the other one was in the

18 networking group.  And this was a paper that --

19 similar to the previous one, it was trying to figure

20 out ways to transmit high quality audio over the    10:59:09

21 internet.

22       And the reason that it was an interesting

23 topic was that it was really not possible to

24 transmit high quality audio over the internet, at

25 least not in the early days.  And so this paper    10:59:23

1 shows some ways of doing that.

2    Q   Let's take a look at the abstract.  The

3 second sentence here says:

4       "We present a robust scalable

5       architecture for delivering          10:59:44

6       uncompressed multichannel audio over

7       high bandwidth ATM networks."

8       Do you see that?

9    A   I do.

10    Q   Is an ATM network a type of data network?    10:59:54

11    A   Yes.

12    Q   Is that because an ATM network carries data?

13    A   Actually, I should revise it.

14       ATM network is a -- is a protocol for

15 transmitting data over data networks.  It stands for    11:00:10

16 Asynchronous Transfer Mode, so it's a method of

17 transmitting data over networks, over data networks.

18    Q   So an ATM network is not an actual network,

19 it's a protocol; is that right?

20    A   Right.  There's a -- there's a network    11:00:29

21 architecture that has connectors and switches and

22 things that have to support the ATM protocol in

23 order to have an ATM network of devices.

24    Q   Okay.  Looking at the abstract, it says:

25       "Performance results from our    11:00:52

1    implementation on a high-speed local
2    area ATM network are presented that
3    identify the effects of audio packet
4    size, buffering, and network latency
5    on the quality of multichannel program        11:01:05
6    material."
7        Do you see that?
8    A  I do.
9    Q  So is a high-speed local area ATM network a
10   network protocol or a data network?           11:01:16
11   A  No.  This is -- this sentence is kind of
12   conflating to me.  It's a local area network running
13   the ATM protocol for purposes of this experiment.
14   Q  Got it.
15   A  So it requires different hardware.  A TCP   11:01:32
16   local area network would require a different
17   hardware than an ATM protocol local network.
18   Sometimes they can be in the same box, but usually
19   it's different.
20   Q  So your publication here is talking about a  11:01:48
21   local area network that uses the ATM protocol; is
22   that correct?
23   A  Right.
24   Q  Did you design and implement the local area
25   network that uses this ATM network described in this  11:02:04

1  publication?
2    A  If you look in Figure 1 of the next page,
3  this is a similar simpler diagram than -- compared
4  to the one that we saw before with the RMI network.
5      So we designed this architecture or this set  11:02:28
6  of components that are all off-the-shelf audio
7  parts, and we use the ATM adapter inside the
8  computer that allows you to put out onto the network
9  data that follows the ATM protocol.  And then
10 there's the playback application on the top.     11:02:54
11     So, yeah, we designed this architecture, but
12 it consists of computers and switches and wires that
13 are off the shelf and software that we put inside it
14 to do what we -- to run this experiment.
15   Q  And when you say that "we designed," are you  11:03:09
16 saying that you designed the network described in
17 Figure 1, for example?
18     MR. KAPLAN:  Object to the form.
19     THE WITNESS:  The way collaborative papers
20 work is this is a group, you know, we have group    11:03:31
21 meetings.  We designed the experiment and then have
22 regular kind of intervals of meeting and discussing.
23     So if you're asking who designed each
24 individual part, it's hard to say because we had
25 joint code sessions where we all sat in front of the  11:03:53

1  screens, do this, change that, let's try this
2  exercise.  And so it's hard to break it up into an
3  individual.
4  BY MR. PAK:
5    Q  Yeah, understood.                           11:04:04
6      So how about maybe -- let's take a look at
7  the last page, PDF page 6, and there's an
8  acknowledgment section.  It says:
9        "The authors would like to thank
10       Dr. Sherali Zeadally" --                   11:04:18
11     I might be botching that name.
12   A  No, that's all right.
13   Q  So let me read it again.
14       "The authors would like to thank
15       Dr. Sherali Zeadally for his work in       11:04:30
16       its design and implementation of the
17       ATM network."
18     Do you see that?
19   A  I do.
20   Q  So Dr. Zeadally is the one who actually      11:04:39
21 designed and implemented the local area network that
22 uses the ATM network described in this publication,
23 correct?
24   A  Well, so he was a collaborator on this.  The
25 second author in the paper was a joint student, so    11:04:54

1  he was -- Mr. Zhu was Dr. Zeadally's student.
2  Dr. Zeadally's lab was doing experiments with ATM
3  networks, and they had the infrastructure that we
4  were looking for in terms of switches and the right
5  cables and so on.                                11:05:17
6      So I think this is kind of -- because he
7  wasn't part of this particular experiment, he is not
8  a co-author, but we used his lab where he had kind
9  of a tabletop network for us to experiment with
10 these protocols.                                 11:05:34
11   Q  Okay.  I want to take a look at PDF page 3.
12 And there's a header 3 that says, "Experimental
13 Results".
14   A  Yes.
15   Q  Could you read the first two sentences under  11:05:51
16 that header?
17   A  Yes.
18       "In order to assess the effects
19       of packet size and buffer size on the
20       quality of the audio streams              11:06:01
21       transmitted through the network, as
22       well as on the delay introduced by the
23       system, we performed a series of
24       tests."
25     The next one as well?                        11:06:13

1   Q  You know, that's fine.
2   A  Okay.
3   Q  So this publication discloses a system
4   architecture in which data packets are transmitted
5   over a local area network that uses the ATM        11:06:25
6   protocol; is that correct?
7   A  Well, this publication was not intended to
8   disclose the architecture.  It was more intended to
9   use the architecture to experiment with what needs
10  to be changed or fixed or, you know, what matters in  11:06:39
11  high-quality audio transmission over a network that
12  has the bandwidth and the architecture that could
13  enable it.  We just didn't know what the right
14  architecture was for transmitting audio in terms of
15  the buffer size and packet sizes, and so on.        11:06:56
16      So it was more of an experimental paper that
17  uses a network architecture based on the ATM system
18  that was kind of local to us there so we could
19  change things in it.
20  Q  All right.  So the publication describes a    11:07:09
21  local area network that uses the ATM protocol to
22  transmit data packets, right?
23      MR. KAPLAN:  Object to form.
24      THE WITNESS:  The publication describes an
25  experiment that was conducted on the system we just  11:07:24
                                                    Page 82

1 described.
2 BY MR. PAK:
3   Q  Can you send data over a local area network
4 using the ATM protocol in the form of data that is
5 not a data packet?                                  11:07:51
6   A  No.  The ATM protocol is a packet-based
7 protocol.
8   Q  Okay.  I want to introduce another exhibit
9 here, so just give me a minute.
10     Okay.  I just introduced Exhibit 7.  Let me   11:08:45
11 know when you see it.
12  A  I see it.
13     (Exhibit 7 was marked for identification
14     electronically and is attached hereto.)
15 BY MR. PAK:                                         11:08:51
16  Q  Do you recognize this document?
17  A  Yes.
18  Q  At a high level, what does this publication
19 describe?
20     MR. KAPLAN:  Object to form.                   11:08:58
21     THE WITNESS:  I don't know if this was an
22 actual publication.  This was more of an internal --
23 more kind of like a white paper.  I don't remember
24 the origin of it.  It could be part of a report that
25 was presented to the annual review by the National   11:09:14
                                                    Page 83

1 Science Foundation.
2      It's related to an experiment that we did
3 with the New World Symphony based in Miami.  And it
4 was similar to the RMI experiment trying to --
5 trying to deliver high-quality performance that is   11:09:57
6 convincing you to feel like you're in the concert
7 hall with them, even though you are 3,000 to 4,000
8 miles away.
9      We actually demonstrated this live to an
10 audience of several hundred people.  It was the     11:10:10
11 first time that it had ever been done at that scale.
12 BY MR. PAK:
13  Q  This publication talks about HYDRA.  It's
14 abbreviation for high resolution live streaming.
15 What is HYDRA?                                       11:10:26
16  A  So HYDRA was -- Professor Zimmerman that you
17 see there at the top, his laboratory and his
18 research group was experimenting with using similar
19 things that we talked about before using the UDP
20 protocol with error correction to deliver           11:10:52
21 high-quality content and overcome the problems that
22 normally arise with traditional ways of doing that,
23 for example, TCP, which were not designed for
24 streaming media.  They were designed for offline --
25 it's okay if you can wait a second before you get    11:11:13
                                                    Page 84

1 your e-mail, but you can't wait to get the next
2 audio packet, right?  So that's what HYDRA is.  It
3 was trying to do that.
4   Q  Okay.  And I want to take a look at the
5 second section, the Statement of Project Goals.  And  11:11:27
6 in the middle of that section, the publication says:
7          "This project focuses on the
8      design of a system that enables HD
9      quality video and multiple channels of
10     audio to be streamed across an         11:11:43
11     IP-based network with commodity
12     equipment."
13     Do you see that?
14  A  Sorry.  The middle section -- I missed where
15 you pointed.                                         11:11:52
16  Q  Yeah.  So in the middle of Section 2,
17 Statement of Project Goals --
18  A  Oh, yes.  I see it.
19  Q  Okay.  What is an IP-based network as
20 described in this publication?                       11:12:06
21  A  It's an internet protocol based network,
22 which is kind of a very common type of protocol for
23 transmitting data over the internet.
24  Q  Okay.  And the second page here, Section 4,
25 the second to last paragraph -- second sentence --   11:12:30
                                                    Page 85

22 (Pages 82 - 85)

1 second to last sentence in the first paragraph, it
2 says:
3      "The transmission subsystem uses
4      the Realtime Transport Protocol, RTP,
5      on top of the Universal Datagram        11:12:45
6      Protocol, UDP."
7      Do you see that?
8   A  Yes.
9   Q  So this publication is talking about an
10 IP-based network that uses UDP; is that right?   11:12:55
11  A  That's right. Those are subsets of an
12 IP-type network, just as TCP is.
13  Q  I want to take a look at the system
14 architecture shown on Figure 1 of that page.
15  A  Yes.                                  11:13:14
16  Q  Do you see the stream transmitter/receiver in
17 the figure?
18  A  Yes.
19  Q  What does the stream transmitter/receiver do?
20  A  That's -- that's a piece of software that's   11:13:25
21 kind of like the core of the HYDRA system. It takes
22 in multiple channels of microphones in this example
23 of a live recording, multiple cameras, and kind of
24 packages them together to send over the network by
25 paying attention to things that we talked about   11:14:03

Page 86

1 before, error correction and other things.
2   Q  What is the form of data that is transmitted
3 or received over the IP-based network disclosed in
4 this system architecture?
5   A  Well, it's what it says on the line above RTP   11:14:19
6 over UDP.
7   Q  Right. So this system architecture is
8 designed to transmit or receive data packets, right?
9   A  Well, it's using an existing network that is
10 based on data packets.                         11:14:38
11     So we had to take the data that is coming in
12 in different forms, audio and video, and convert it
13 to match what the network expects, in this case,
14 data packets.
15  Q  Okay. I want to introduce another exhibit   11:14:53
16 here. Just give me one minute.
17     Okay, I just uploaded a new exhibit and
18 marked it as Exhibit 8.
19     (Exhibit 8 was marked for identification
20 electronically and is attached hereto.)         11:15:27
21 BY MR. PAK:
22  Q  Let me know when you see it.
23  A  I see it.
24  Q  Do you recognize this document?
25  A  Yes.                                  11:15:39

Page 87

1   Q  This is another one of your publications,
2 correct?
3   A  Yes.
4   Q  What does this publication describe?
5      MR. KAPLAN: Object to form.          11:15:51
6      THE WITNESS: This is another one of the same
7 kind of sequence of experiments we've been
8 discussing, which is high fidelity picture and sound
9 transmitted in a synchronized way over the Internet2
10 in this case. This particular one was trying to   11:16:08
11 understand what happens when you have an interactive
12 section.
13     So it's one way to stream in one direction to
14 an audience far away. It's another way when you
15 need to have two-way communication. Because in this   11:16:27
16 example, we had two musicians and they are supposed
17 to play a piano piece together, each on their own
18 piano. And musicians require, of course, very
19 accurate timing between them in order to perform.
20     So by adjusting -- artificially adjusting the   11:16:44
21 delay between the two of them is what -- how they
22 would hear the other side. And we were looking for
23 what the limits are of human performance over
24 networks.
25 ////

Page 88

1 BY MR. PAK:
2   Q  I want to take a look at the first paragraph
3 on the right column of page 1. After the first
4 sentence, it says:
5      "Network latency is an
6      unavoidable fact of interaction
7      environments over the Internet."
8      Do you see that?
9   A  Yes.
10  Q  What is network latency?              11:17:22
11  A  It's the amount of time it takes for
12 information that was sent from one side of the
13 network and how long it takes to be received at the
14 other side. It is not instantaneous and it depends
15 on distance usually. That's what we call latency.   11:17:39
16  Q  Why is network latency an unavoidable fact of
17 the interaction environments over the internet?
18  A  Because of the protocols that are in place
19 that have been created to ensure, for example, that
20 data isn't lost. Sometimes that takes longer to   11:18:04
21 make sure that it's all collected before it's
22 presented to the other side. That's one reason.
23     The other reason is every time you go -- it's
24 not a direct connection between two distant places.
25 You go through switches on the network. And so   11:18:22

Page 89

23 (Pages 86 - 89)

1 switches also, as they pass the data through,
2 introduce delay in order again to avoid -- because
3 they're doing something to make sure not to lose
4 anything. So the connection of all these boxes
5 introduces some delay.                           11:18:37
6      It's not that dissimilar from an analog
7 network over long distances. Audio doesn't travel
8 at the speed of light. The longer the cable is --
9 it has to be pretty long, but you see delays in
10 analog circuits as well.                        11:18:53
11   Q   When you say "switches" on a network, are you
12 talking about packetized -- packet-based network
13 switches?
14   A   In this case we're talking about the
15 internet, so that is a packet-based system, yes.   11:19:06
16   Q   Okay. And the bottom of PDF page 1 under
17 subsection "Low Latency Audio," it says:
18       "The challenges in transmitting
19       audio over the internet are packet
20       loss and fluctuations in transmission     11:19:24
21       time."
22       So, you know, is packet loss, you know,
23 inevitable in a system that communicates over the
24 internet?
25       MR. KAPLAN: Object to form.                11:19:42

Page 90

1      THE WITNESS: Inevitable? There are ways to
2 mitigate it, and trade-offs. So you could make it
3 not happen at all. If you were okay incurring more
4 latency, just wait longer for everything to arrive.
5 But that's the trade-off. So in a realtime system   11:19:59
6 where you don't have the luxury of waiting, they are
7 inevitable in that sense, yes.
8 BY MR. PAK:
9   Q   Okay. But when we talk about devices that
10 communicate over the internet, we're talking about   11:20:20
11 devices that send or receive data in the form of
12 data packets, right?
13   A   Well, in that diagram, the two end devices,
14 the one at Diagram 1 we were talking about, is
15 that -- I'm sorry. That was in the previous       11:20:38
16 example? Yes, it was. Let's see if it's here as
17 well.
18      The devices that connect to the internet,
19 let's say the computer that connects to the internet
20 on the sending side takes in analog data from the   11:20:53
21 real world, converts it first to digital, and then
22 it has to convert it to a form -- you know, if we're
23 doing this experiment over a different kind of
24 network, we'd have to convert to whatever that
25 network expected.                                 11:21:11

Page 91

1      In this case, because this was an Internet2
2 experiment, we had to convert it to the UDP style --
3 the IP-type packet based form so that we could use
4 that network.
5      And then the opposite procedure happens at    11:21:23
6 the other end. We can't experience packets. We can
7 experience picture and sound. So we have to convert
8 it back.
9   Q   So once data is converted from analog to
10 digital and sent over the internet, that data has to   11:21:35
11 take the form of packets; is that right?
12   A   If we're going to use an internet -- existing
13 internet infrastructure, yes.
14   Q   Okay. I want to take a look at Figure 1
15 shown on PDF page 2.                               11:22:02
16   A   Okay.
17   Q   And the top of Figure 1 says:
18       "Data sources produce packetized
19       realtime data streams."
20       Do you see that?                            11:22:16
21   A   Yes.
22   Q   What are the data sources in Figure 1?
23   A   All kinds of multimedia capturing devices.
24 Camera, microphones -- cameras, microphones, in this
25 case haptic sensors.                              11:22:38

Page 92

1   Q   So data from these data sources are
2 first converted to digital form, right, and then
3 sent in packets over the internet; is that correct?
4       MR. KAPLAN: Object to form.
5       THE WITNESS: Yes. Yes. That's what those   11:23:08
6 little rectangles are trying to indicate, that data
7 has been packetized in realtime using RTP, as it
8 says there.
9 BY MR. PAK:
10   Q   Okay. You know, I'm going to start          11:23:26
11 transitioning over to discussing your declaration.
12 So why don't we take a ten-minute break.
13       Is that okay?
14   A   Sure.
15       THE VIDEOGRAPHER: Off the record at         11:23:34
16 11:23 a.m.
17       (Recess.)
18       THE VIDEOGRAPHER: We are on the record at
19 11:36 a.m.
20 BY MR. PAK:                                       11:36:18
21   Q   Dr. K., you submitted a declaration on
22 June 1, 2021, for this matter between Sonos and
23 Google, correct?
24   A   Correct.
25   Q   You were retained as an expert to offer     11:36:35

Page 93

24 (Pages 90 - 93)

1  opinions on claim construction related to the
2  asserted patents in this case, right?
3      A  Yes.
4      Q  When were you contacted to offer your
5  opinions for claim construction related to the        11:36:46
6  asserted patents?
7          MR. KAPLAN:  Object to form.
8          THE WITNESS:  Specific to claim construction,
9  the discussions probably started a month ago, I'm
10 guessing.                                              11:37:01
11 BY MR. PAK:
12     Q  So you were -- were you first contacted to
13 offer opinions on claim construction in May; is that
14 correct?
15         MR. KAPLAN:  Object to form.                   11:37:13
16         THE WITNESS:  Again, I don't have the dates
17 in my head.  It was after I was retained for the
18 case, obviously, but sounds about right.  It could
19 have been in April.
20 BY MR. PAK:                                            11:37:26
21     Q  Okay.  Were you informed of what each party's
22 construction was at the time?
23     A  At the time -- I was eventually, but not at
24 the time, no.
25     Q  What did you do to prepare for your            11:37:45

Page 94

1  declaration?
2      A  I read the patents.  I read through the
3  patent office -- office actions.  Some of the prior
4  art.  That's basically it.  And then used knowledge,
5  my experience in the field to help form my opinions.  11:38:12
6      Q  Did you consider the cited references in
7  the -- did you consider the cited references in the
8  office actions?
9      A  Oh, the office actions.
10        I'm trying to remember.  I read through a lot  11:38:36
11 of documents.  I don't know if that -- for sure.  I
12 tried to be as complete as possible.  I don't know
13 if I did or not.  Probably.
14     Q  Do you understand that Sonos's experts,
15 Dr. Almeroth and Dr. Schmidt, submitted declarations  11:38:59
16 on claim construction in this case?
17     A  Yes.
18     Q  Did you read Dr. Almeroth's declaration?
19     A  I did.
20     Q  Did you read Dr. Schmidt's declaration?       11:39:14
21     A  I believe I did.
22        MR. PAK:  And, you know, just for the record,
23 I just noted Dr. Schmidt is actually on this Zoom
24 call.  So I just wanted to point that out.  I think
25 he joined a little bit late, but he is just here for  11:39:37

Page 95

1  observation purposes.
2  BY MR. PAK:
3      Q  Did you consider any other material to
4  prepare your declaration?
5      A  Other than what I mentioned, no.              11:39:51
6      Q  All right.  I'd like to introduce your
7  declaration here now as Exhibit 9.  I marked it as
8  Exhibit 9 and uploaded it.  So just let me know when
9  you see it.
10     A  I see it.  I just wanted to ask you a         11:40:36
11 question.  I have a clean copy of the -- from the 28
12 pages of the part that I wrote on my desk.
13 Sometimes it's easier to go to a page that way than
14 it is -- if that's okay with you, I have it right
15 here.  It's not marked.  It's just a clean printout.  11:40:49
16        (Exhibit 9 was marked for identification
17        electronically and is attached hereto.)
18 BY MR. PAK:
19     Q  Yeah, that's okay.
20        Can you look at the last page of your         11:40:53
21 declaration or PDF page 28 of Exhibit 9.
22     A  Yes.
23     Q  Is that your signature?
24     A  It's my electronic signature, yes.
25     Q  I forgot to ask you, is this a true and       11:41:17

Page 96

1  correct -- true and accurate copy of your
2  declaration submitted June 1, 2021?
3      A  Yes, it is.
4      Q  Okay.  And the opinions set forth in this
5  declaration are yours, correct?                       11:41:32
6      A  Yes.
7      Q  To date, this is the only declaration that
8  you submitted in this case, correct?
9      A  That's right.
10     Q  Your declaration is as accurate and complete  11:41:42
11 as you could reasonably make it, correct?
12     A  Yes.  There's a minor copy and paste problem
13 that happened that I saw last night, but other than
14 that, yes.
15     Q  Okay.  And where is that copy and paste       11:42:02
16 error?
17     A  It's on page 13.  Claim terms.  Part A is
18 zone configuration and part B should be just group
19 configuration.  But initially I had them both
20 together in one table and then I split it up.  So B   11:42:26
21 should be just group.  That's it.
22     Q  Is that the only error you see in your
23 declaration?
24     A  That's all I saw, yes.
25     Q  So let's walk through your declaration.       11:42:42

Page 97

25 (Pages 94 - 97)

1    Section 2, paragraphs 8 through 13, sets
2 forth your qualification as an expert, correct?
3    A   Yes.
4    Q   And Section 3, paragraphs 14 to 22, sets
5 forth your understanding of various legal standards    11:43:00
6 related to claim construction; is that fair?
7    A   That's correct.
8    Q   In reaching your opinions set forth in your
9 declaration, did you apply the legal standards set
10 forth in Section 3?    11:43:16
11    A   Yes.  To the best of my ability, I did.
12    Q   Okay.  Section 4, paragraphs 23 to 29, sets
13 forth your overview of the asserted patents,
14 correct?
15    A   Yes.    11:43:30
16    Q   Subsection A -- in subsection A, you provide
17 an overview of what you call the direct play
18 patents, correct?
19    A   Yes.
20    Q   According to subsection A, the direct play    11:43:50
21 patents share a common specification, correct?
22    A   Yes.
23    Q   At subsection B you provide an overview of
24 what you call the zone scene patents, correct?
25    A   Right.    11:44:14

Page 98

1    Q   According to this section, the zone scene
2 patents include the '206, '966, and '855 patents,
3 correct?
4    A   Yes.  I just want to point out these names
5 were provided to me and I believe they were -- these    11:44:31
6 are the Sonos designations.  I'm not a hundred
7 percent that's -- the groupings of the patents were
8 provided this way.
9    Q   When I -- if I refer to certain patents as
10 direct play patents or zone scene patents, you    11:44:46
11 understand what I mean by those terms?
12    A   Yes.
13    Q   Okay.
14    A   I do.
15    Q   According to subsection B, the '206 patent    11:44:52
16 specification is substantially the same as the '966
17 and the '855 patent specifications, correct?
18    A   Yes.
19    Q   Okay.  Moving on to section 5, paragraphs 30
20 to 34, those paragraphs set forth your opinions    11:45:14
21 regarding the level of ordinary skill in the art,
22 correct?
23    A   Correct.
24    Q   Then Section 6, paragraphs 35 and 36, sets
25 forth your understanding of the asserted claims in    11:45:28

Page 99

1 this matter, correct?
2    A   Right.
3    Q   Section 7, paragraphs 37 all the way through
4 the end to paragraph 76, sets forth your analysis
5 regarding some of the parties' disputed claim    11:45:48
6 construction terms in this matter, correct?
7    A   Yes.
8    Q   And specifically paragraphs 37 to 48 provide
9 your analysis regarding the terms "zone
10 configuration" and "group configuration," correct?    11:46:02
11    A   Correct.
12    Q   Paragraphs 39 through 53 provide your
13 analysis regarding the term "local area network,"
14 correct?
15    A   39?    11:46:18
16    Q   Go ahead.  Sorry.  Let me repeat that.
17    Paragraphs 49 through 53 provide your
18 analysis regarding the term "local area network,"
19 correct?
20    A   Yes.    11:46:38
21    Q   And paragraphs 54 to 59 provide your analysis
22 regarding the term of "media particular playback
23 system," correct?
24    A   Yes.
25    Q   Paragraph 60 to 73 provide your analysis    11:46:59

Page 100

1 regarding the term "data network," correct?
2    A   Correct.
3    Q   And, lastly, paragraphs 74 to 76 provide your
4 analysis regarding the term "wherein the instruction
5 comprises the instruction," correct?    11:47:18
6    A   Right.
7    Q   So we just walked through your declaration
8 here.  Do you have any other changes besides that
9 copy and paste error that you would like to make to
10 your declaration?    11:47:33
11    A   No.
12    Q   So how about we jump to paragraph 24.  It's
13 on page 9 of your declaration.
14    A   Okay.
15    Q   Okay.  Paragraph 4 -- paragraph 24 says:    11:47:54
16    "Each of the zone scene patents
17    originated with U.S. provisional
18    application number 60/825,407, which
19    was filed on September 12, 2006."
20    Do you see that?    11:48:14
21    A   Yes.
22    Q   Now, let's take a look at paragraph 28 on the
23 next page.
24    A   I see it.
25    Q   Actually, if you go to the bottom of page 11,    11:48:33

Page 101

26 (Pages 98 - 101)

1 it says:

2      "In my experience, at the time

3   the Zone Scene patents were filed,

4   multi-zone audio systems existed from

5   a variety of manufactures, such as          11:48:45

6   Bose, Crestron, and others."

7   Do you see that?

8 A  Yes.

9 Q  Do you know any specific conventional

10 multi-zone audio systems that existed at the time   11:48:58

11 the zone scene patents were filed?

12   A  Are you saying other than the ones I listed

13 here?

14   Q  Well, you've listed manufacturers, right?

15 But do you know any actual product names or model   11:49:11

16 numbers?

17   A  Oh, product names.  Let's see if I can recall

18 any.

19      The Bose one I think was called a Lifestyle.

20 I'd have to look it up.          11:49:28

21    Crestron -- Crestron makes hardware and

22 software for multi-room installations, whether it's

23 board rooms or homes.  I don't know if they have a

24 specific product name.  But normally there's others.

25 A lot of the home theater receiver manufacturers,   11:49:55

Page 102

---

1 such as Denon -- I know that one because that was

2 the first product that Audyssey went into when we

3 first started.  It was the AVR5805, and many others

4 after that.  They all provide connectors and

5 mechanism to have multiple zones of audio in your   11:50:19

6 home.

7      Initially there was two and eventually more

8 than two, perhaps three or four.  Yamaha, Marantz,

9 Onkyo, many of those had those.

10   Q  Have you ever used a Bose Lifestyle system?   11:50:40

11   A  I have, yes.

12   Q  Do you know -- do you know which Bose

13 Lifestyle system you used?

14   A  It's been so many years, so I don't remember

15 the model number.          11:51:08

16   Q  Does the Bose Lifestyle 50, does that ring a

17 bell?

18   A  Possibly, but I don't remember.

19      Again, this was one of the situations where

20 we brought it into the testing lab at Audyssey just   11:51:25

21 to look at things.  So paid less attention to the

22 model number than what it could do.

23   Q  Do you recall how the Bose Lifestyle system

24 operates?

25   A  At a high level, sure, yes.          11:51:41

Page 103

---

1   Q  Could you please describe how the Bose

2 Lifestyle system operates?

3   A  It has the main -- I guess I would call it a

4 processing box where you connect your audio sources.

5 So it acts as a source selector.  That box provides   11:52:03

6 outputs that go to amplifiers in it as well and

7 provides outputs that interconnect the loudspeakers.

8 In that case I believe it was a 5.1 surround system.

9 And it has an additional -- I don't know what they

10 call it -- breakout box that allows you to extend to   11:52:22

11 a different room and still be controlled by the main

12 controller.  And also it had a remote control.

13   Q  How do the loudspeakers interconnecting to

14 that central box communicate with the controller,

15 the remote controller?          11:52:51

16   A  The remote controller sends signals over a

17 wireless link to the main box, I guess main

18 processor.  And then it tells, you know, what each

19 speaker should be playing over the wired

20 connections.          11:53:18

21   Q  Do the loudspeakers connected to the central

22 box communicate with one another?

23   A  With one another?  No.  The central processor

24 decides what to send to each one.

25   Q  In the Bose Lifestyle system can you   11:53:40

Page 104

---

1 synchronize the loudspeakers to play audio in

2 synchrony?

3   A  Yes.

4   Q  How does the Bose Lifestyle accomplish that?

5   A  That's a Bose method inside their own   11:54:05

6 processor.  Let's just say it wouldn't be a very

7 successful product if they played out of synchrony.

8 It would be a terrible audio system.

9   Q  Right.  But the loudspeakers don't

10 communicate with each other, right?  So how do they   11:54:25

11 coordinate with one another to play audio in

12 synchrony?

13   A  Because the central processor that is

14 deciding what to send, what signal stream to send to

15 each one makes sure that they are transmitted over   11:54:38

16 each connection in the required synchrony.

17   Q  When you say "the central processor," you're

18 talking about the central device that interconnects

19 the loudspeakers, correct?

20   A  Right.  That has a processor in it and it's   11:54:58

21 responsible for a number of things, simple things

22 like adjusting volume in response to commands that

23 it receives.  Perhaps decoding audio formats from

24 the sources that are coming in.  And then

25 distributing the audio over the interconnect.   11:55:16

Page 105

27 (Pages 102 - 105)

1   Q   So the loudspeakers communicate with the
2   central processor, right, but they don't communicate
3   with one another directly, correct?
4        MR. KAPLAN:  Object to form.
5        THE WITNESS:  The loudspeakers receive data    11:55:35
6   from the central processor, but they don't
7   communicate with each other.
8   BY MR. PAK:
9   Q   Okay.  So what -- what cables are required to
10  interconnect the loud speakers to the central box or    11:55:57
11  the central processor of the Bose Lifestyle system?
12  A   These are provided by Bose.  They are copper
13  cables and they have RCA-type connections at the end
14  of each side of the cable.
15  Q   Do you know if the Bose Lifestyle system can    11:56:31
16  communicate over Wi-Fi?
17  A   I'm sure they have models that can.  That
18  particular one I don't think did.
19  Q   So the loudspeakers are internet connected to
20  the central processor or central box, right?  What    11:56:59
21  is the form of data that is transmitted between the
22  loud speaker and the central processor?
23       MR. KAPLAN:  Object to form.
24       THE WITNESS:  It's analog audio data.
25  ////

                                              Page 106

1   BY MR. PAK:
2   Q   Does it have to be analog audio data?
3        MR. KAPLAN:  Object to form.
4        THE WITNESS:  In general or in that product?
5   BY MR. PAK:
6   Q   In that product.  In that product when a
7   loudspeaker communicates to the central processor or
8   the central box, does it send analog data or digital
9   data?
10  A   It sends analog data because the amplifiers    11:57:42
11  are inside that same box where the processor is.  So
12  the output of the amplifier is using analog audio
13  signals sent to each speaker.
14  Q   So in that product, in that Bose Lifestyle
15  system, the loudspeakers are not sending data    11:57:59
16  packets to that central processor, correct?
17       MR. KAPLAN:  Object to form.
18  BY MR. PAK:
19  Q   Sorry.  Did you say "correct"?
20  A   Yes, correct.    11:58:17
21  Q   Okay.  Do you know if the Bose Lifestyle
22  system communicated over a local area network?
23  A   Communicated with what?
24  Q   Do you know if the loudspeakers
25  interconnected to the central processor could    11:58:38

                                              Page 107

1   communicate over a local area network?
2   A   Based on what I said this morning, that is a
3   local area network.  It's analog data going to --
4   being carried over copper wires to end devices.
5   Q   Okay.  And this Bose Lifestyle system was    11:59:06
6   unable to -- incapable of communicating over the
7   internet; is that right?
8        MR. KAPLAN:  Object to form.
9        THE WITNESS:  Because I don't remember the
10  model, I'm not sure if this -- if you could stream    11:59:35
11  to it.  It could connect to a number of sources.  I
12  just don't recall if one of them could be a wireless
13  source.
14  BY MR. PAK:
15  Q   Do you know when you used this Bose Lifestyle    11:59:52
16  system?
17  A   Probably seven or eight years ago.
18  Q   So sometime in 2013, 2012 you used this Bose
19  Lifestyle system?
20       MR. KAPLAN:  Object to form.    12:00:13
21       THE WITNESS:  To the best of my recollection.
22  BY MR. PAK:
23  Q   Do you know when this Bose Lifestyle system
24  was released?
25       MR. KAPLAN:  Object to form.    12:00:23

                                              Page 108

1        THE WITNESS:  I know that their Lifestyle
2   series was released well before that.  I just -- and
3   they have more than one model.  So that was probably
4   current at the time when we looked at it, but I
5   don't know.    12:00:42
6   BY MR. PAK:
7   Q   But this is the model of Bose Lifestyle
8   system that included a remote control, you said; is
9   that right?
10  A   Yes.    12:00:50
11  Q   Could you describe what this remote control
12  did in the Bose Lifestyle system?
13  A   The obvious things.  Selecting the source --
14  again, this is a bit of a long time ago, but I think
15  it was change the volume and select the room.  I    12:01:14
16  think they call it multi-room in the manual or in
17  the Bose language.  So select which room you want
18  the music to play in or if it was all rooms.
19       That's my basic recollection.  There might
20  have been other things too, but I just don't    12:01:42
21  remember.
22  Q   Do you know what the Bose Lifestyle system
23  remote control looked like?  Like what shape it
24  might have been in?
25       MR. KAPLAN:  Object to form.    12:02:01

                                              Page 109

1  THE WITNESS:  It had a screen -- it had a
2  screen in front of it.  It might have been
3  rectangular or oval.  I'm stretching my memory.
4  BY MR. PAK:
5  Q  I understand.  I know it's 17 years ago.  I     12:02:21
6  was just curious.
7  I want to move to paragraph 31 of your
8  declaration.  It's talking about the level of
9  ordinary skill in the art.  Could you please read
10  paragraph 31 of your declaration.             12:02:32
11  A  Yes.
12  "In my opinion, a person of
13  ordinary skill in the art at this time
14  would have had a bachelor's of science
15  in electrical engineering, computer      12:02:42
16  science or engineering, or a related
17  field, and two to four years of work
18  or research experience in the field of
19  information networks, data
20  communications or multimedia systems,      12:02:52
21  or a master's degree and one to two
22  years of experience in the same
23  field."
24  Q  Does that mean a person of ordinary skill in
25  the art can be someone with a master's degree in any    12:03:02

Page 110

1  field and one to two years of experience in the
2  fields of information networks, data communications,
3  or multimedia systems?
4  A  No.  What I meant is a master's degree in the
5  areas that I listed for the bachelor's.        12:03:19
6  Q  Okay.  So what you -- what you meant was a
7  master's degree in electrical engineering, computer
8  science, or engineering, and one to two years of
9  experience in the fields of information networks,
10  data communications, or multimedia systems; is that    12:03:34
11  right?
12  A  Correct.
13  Q  Okay.  So as it is written right now in
14  paragraph 31, the way it's written is incorrect,
15  right?                                   12:03:47
16  MR. KAPLAN:  Object to form.
17  THE WITNESS:  Well, I don't know if it's
18  incorrect.  I mean, I didn't want to repeat.  I know
19  that's probably customary in legal documents, but I
20  thought it was obvious that it was referring to for    12:04:02
21  bachelor's, you get your master's in the same
22  fields.
23  BY MR. PAK:
24  Q  And what are information networks?
25  A  We've talked about all kinds of examples      12:04:14

Page 111

1  today, but basically data networks.  It's -- I guess
2  in -- at least at USC, I think the -- it's an area
3  that is studied called information networks.  So I
4  think it's just different terminology for data
5  networks.                                 12:04:42
6  Q  Are you using the term "information networks"
7  to be synonymous with "data networks"?
8  A  In this paragraph, yes.
9  Q  So an information network is any type of
10  media that carries data, right?             12:05:00
11  A  Well, I don't know if it's -- like if you go
12  to a network engineer and ask them what an
13  information network is, that's the answer you would
14  get.  This is more of an academic field that I was
15  referring to just because I know there are courses    12:05:17
16  listed that way.
17  So I don't know if it's a physical thing.  I
18  was just referring to it as a field of study.
19  Q  What does the field of data communications
20  include?                                 12:05:33
21  A  Protocols for communication for exchanging
22  data.  Error correction, anything to do with
23  handling of data, analog or digital.
24  Q  What are multimedia systems?
25  A  Multimedia systems are generally considered    12:06:01

Page 112

1  processing systems with processing that can handle
2  multiple types of media, such as pictures, video,
3  audio, voice, text, haptics, all the ones that we
4  talked about earlier.
5  Q  What about an audio system that only renders    12:06:38
6  audio, is that a multimedia system?
7  A  An audio system that can't handle anything
8  else?
9  Q  Yes.
10  A  No.  I would say no.  Multi in multimedia     12:06:53
11  requires more than one.
12  Q  So if a person has a -- sorry, I didn't mean
13  to cut you off.
14  A  I'm fine.  I'm done.
15  Q  If a person has a bachelor's of science in     12:07:06
16  electrical engineering and only has experience in
17  audio systems that only render audio, but not any
18  other type of media, then that person would not
19  qualify as a person of ordinary skill in the art,
20  correct?
21  A  No, I don't agree.  I think if somebody has
22  studied multimedia systems as part of their field of
23  study, they have also studied audio and other
24  things.  So if you have taken courses in multimedia
25  systems, you certainly have taken courses in just    12:07:49

Page 113

29 (Pages 110 - 113)

Page 114

```
 1  audio, similar to the ones that I teach, or just
 2  speech like my colleagues teach, or just video, and
 3  also the integration of them.  So it comes with
 4  everything.
 5     Q  You know Sonos is a speaker company, right?    12:08:00
 6     A  Yes.
 7        MR. KAPLAN:  Object to form.
 8  BY MR. PAK:
 9     Q  So if a person who works at Sonos has a
10  bachelor's of science in electrical engineering and    12:08:14
11  has experience in working on speaker systems that
12  render audio but don't render video or any other
13  type of media, does that person still qualify as a
14  person of ordinary skill in the art?
15     A  That's kind of a hypothetical question.  I'd    12:08:39
16  have to meet that person and find out what their
17  experience was to really answer that.  I don't know
18  what courses they took or what experience they had
19  prior to Sonos.
20     Q  What I'm trying to get at here is the word    12:08:47
21  "multimedia systems."  You know, it seems like in
22  order to have experience in multimedia systems,
23  right, you need to -- you need a person that studied
24  a systems that render multiple types of media,
25  according to your definition, right?    12:09:16
```

Page 115

```
 1     A  Right.  But not just renders.  All aspects --
 2  multimedia systems represent systems that deal with
 3  the integration, whether it's on the capture side,
 4  compression, streaming of these integrated media
 5  types.    12:09:47
 6        But in order to study that, you do have to
 7  study each individual one as well.  This is not
 8  just -- all components have to be studied
 9  individually as well.  And I assume somebody with
10  that kind of degree -- just based on the degrees we    12:10:00
11  have at USC, I can say that that's for sure the
12  case.
13     Q  What are -- what are some examples of
14  multimedia?
15        MR. KAPLAN:  Object to form.    12:10:15
16  BY MR. PAK:
17     Q  Or let me phrase it differently.
18        What types of media -- what are some examples
19  of media types that would be categorized as
20  multimedia?    12:10:28
21     A  Okay.  So we're talking about media, not
22  systems, right?
23     Q  Yes.
24     A  You know, some obvious ones are television
25  programs, picture and sound, and graphics many    12:10:39
```

Page 116

```
 1  times.  Computer games.  More boring ones like
 2  PowerPoint presentations with audio or video
 3  embedded in them.  Anything that has more than two
 4  media.  Or two or more, I should say.
 5     Q  Is a multimedia system that can render two or    12:11:11
 6  more types of media other than audio, would that
 7  qualify as a multimedia system?
 8     A  Sure.
 9     Q  So if a person has experience in implementing
10  and designing multimedia systems that don't render    12:11:38
11  audio but other types of media, is it your opinion
12  that that person would qualify as a person of
13  ordinary skill in the art?
14     A  I'm sorry.  Could you repeat that one more
15  time?    12:11:50
16     Q  Yeah.  So if a person has experience in
17  implementing or designing a multimedia system that
18  doesn't render audio but renders other types of
19  media, is it your opinion that that person would
20  qualify as a person of ordinary skill in the art?    12:12:04
21     A  My assumption -- what I was trying to say
22  here was that this person has studied multimedia
23  systems.  Whether they're designing now or not is
24  different.  But if they studied multimedia systems,
25  then they certainly studied audio, voice, graphics    12:12:22
```

Page 117

```
 1  and text and others, perhaps, depending on the
 2  program.  So they've certainly had experience.
 3     Q  Okay.  So you're assuming that if a person
 4  has experience in multimedia systems, that person
 5  would have experience in other types of media,    12:12:43
 6  whether that's video, audio, or images, that person
 7  would have experience in all of those different
 8  types of media, correct?
 9     A  Correct.  I wouldn't call them "other."  I
10  would call them components of multimedia.    12:12:56
11     Q  Okay.  Let's take a look at paragraph 62 of
12  your declaration.
13     A  Yes.
14     Q  Would you please read that paragraph for me,
15  just the first two sentences.    12:13:28
16     A
17           "Numerous technical dictionaries
18        confirm that data," in quotations,
19        "including audio data, can be
20        represented in both analog," in    12:13:37
21        quotes, "or digital," in quotes,
22        "form.  Digital data is," quotes,
23        "data represented in discreet
24        discontinuous form, as contrasted with
25        analog data represented in continuous    12:13:47
```

1    form," end quote.
2    Q   Okay.  And then paragraph -- in paragraph 63,
3    the second sentence, it says:
4        "In the generic sense, packets
5    refer to the manner in which data are        12:14:04
6    organized into discreet units for
7    transmission and switching through a
8    data network."
9        Do you see that?
10   A   Yes.                                     12:14:12
11   Q   So data packets are in digital form, correct?
12   A   Data packets are, yes.
13   Q   Can data packets be in analog form?
14   A   Data can be in analog form, but it's not
15   transmitted using packets.                    12:14:37
16   Q   Right.  So data packets are not in analog
17   form, correct?
18   A   Correct.
19   Q   Are there other discreet discontinuous forms
20   of data that are not data packets?            12:14:53
21   A   Yes.
22   Q   What are those forms of data?
23   A   A digital audio stream that consists of bits,
24   those are not packets.  It's continuous stream of
25   bits or a digital audio stream that we talked about  12:15:17

Page 118

1    before that has been modulated through some
2    pre-agreed encoding scheme like pulse code
3    modulation.  Though those are not -- those are
4    digital streams that are not packets.
5    Q   In order to stream audio from the internet,  12:15:44
6    from an internet media source on a speaker, does
7    that streaming audio have to be in the form of
8    packets or can it be in a continuous form of data?
9    A   If we're talking about the general purpose
10   internet, you know, it only supports packet      12:16:32
11   protocols.  So it would have to be put in that form.
12   Q   I'd like to introduce a new exhibit here.  I
13   uploaded it and marked it as Exhibit 10.
14       (Exhibit 10 was marked for identification
15   electronically and is attached hereto.)         12:16:55
16   BY MR. PAK:
17   Q   Let me know when you see that.
18   A   I see it.
19   Q   Do you recognize this document?
20   A   Yes.  It's the '206 patent.               12:17:06
21   Q   I want to take a look at Column 4.  It's on
22   PDF page 16 and line 36.  It says:
23       "As used herein, unless
24   explicitly stated otherwise, an audio
25   source or audio sources are in digital         12:17:32

Page 119

1    format and can be transported or
2    streamed over a data network."
3        Do you see that?
4    A   I do.
5    Q   The '206 patent discusses sending and        12:17:43
6    receiving audio in digital form, correct?
7    A   Yes.
8        MR. KAPLAN:  Object to form.
9    BY MR. PAK:
10   Q   Is there anywhere in the '206 patent that     12:17:52
11   discusses sending and receiving audio data in the
12   form of -- let me -- let me rephrase that.
13       Is there anywhere in the '206 patent that
14   discusses sending and receiving audio in analog
15   form?                                           12:18:08
16   A   That wasn't -- I'd have to go look at it
17   again.  I don't remember every word of the patent.
18   The sections that I looked at for my opinion were --
19   you know, I just looked for those things.  So I
20   would have to go look and make sure of the answer.   12:18:26
21   Q   Sitting here today, you can't recall any
22   passages in the '206 patent that discusses sending
23   and receiving audio data in analog form, correct?
24       MR. KAPLAN:  Object to form.
25   Mischaracterizes testimony.                     12:18:43

Page 120

1        THE WITNESS:  Like I said, I don't want to
2    say I do or I don't because I don't -- I'd have to
3    go read it.  It's possible.
4        For example, I know that at Sonos there are
5    Sonos audio products that have analog inputs on the   12:18:55
6    back.  And so I just don't know if -- I just don't
7    know if there is a section in this patent since I
8    haven't looked for that specifically.
9    BY MR. PAK:
10   Q   Would it help if we take a few minutes for     12:19:17
11   you to review the patent and see if you can find any
12   passages that discuss sending and receiving audio in
13   the form of analog data?
14   A   Sure.
15   Q   Okay.  So how about we do that, take a few      12:19:29
16   minutes.
17   A   Okay.
18       THE REPORTER:  Do you want to go off the
19   record or not?
20       MR. KAPLAN:  No.                              12:19:46
21       THE WITNESS:  By doing a quick search, I
22   could find -- I could keep looking -- Column 4, line
23   65:
24       "The device 112 is configured to
25   receive an analog audio source, e.g.,           12:20:23

Page 121

31 (Pages 118 - 121)

```
 1      for broadcasting."
 2      The audio sources -- Column 5 -- I'm just
 3 reading from line 65 onward.  The last line there
 4 says:
 5          "The analog audio sources can be      12:20:45
 6      converted to digital audio sources."
 7 BY MR. PAK:
 8   Q   Right.  And then the next sentence says:
 9          "In accordance with the present
10      invention, the audio source may be      12:20:58
11      shared among the devices on network
12      108."
13      Do you see that?
14   A   I do.
15   Q   So let's go back to paragraph 4 -- column 4,   12:21:07
16 line 50.  Could you please read that paragraph for
17 me.
18   A
19          "The network 108 may be a wired
20      network, a wireless network, or a      12:21:22
21      combination of both."
22   Q   You can keep going.
23   A
24          "In one example, all devices,
25      including the zone players 102, 104,      12:21:32
```
Page 122

```
 1 and 106, are coupled to the network by
 2 wireless means, based on an industry
 3 standard such as IEEE 802.11.
 4      "Another example --
 5   Q   You can stop there.      12:21:47
 6      As the patent describes, network 108 is
 7 talking about an internet-based network that uses
 8 industry standards such as the IEEE 802.11 standard,
 9 correct?
10      MR. KAPLAN:  Objection.  Mischaracterizes the   12:22:04
11 document.
12      THE WITNESS:  I don't -- I wouldn't call this
13 internet based.  This just tells me how the
14 components are communicating, which is a wireless --
15 standard 802.11 wireless.      12:22:19
16 BY MR. PAK:
17   Q   And the 802.11 standard requires data to be
18 transmitted or received in digital format, correct?
19   A   Correct.
20   Q   And that data transmitted over 802.11      12:22:33
21 standard requires data to be transmitted and
22 received in the form of data packets, correct?
23   A   Correct.
24      Referring back to your analog question, I'm
25 just seeing more sections here.  Column 6, line 3   12:22:59
```
Page 123

```
 1 and 10.  Without reading them directly, it talks
 2 about the ability to handle analog signals, whether
 3 it's processing them from inputs then converting
 4 them to digital to share with other devices on a
 5 network.  And then line 9 on the same column:      12:23:21
 6          "The audio amplifier is typically
 7      an analog circuit, but powers the
 8      provided analog audio signals to drive
 9      one or more speakers."
10   Q   So those sentences that you point out, you      12:23:43
11 know, on Column 6 of the patent talk about
12 processing analog signals, but when that signal is
13 actually sent or received over the network, it talks
14 about producing digital signals.  So it's talking
15 about converting the analog signals to digital      12:23:56
16 signals to communicate over the network, correct?
17   A   Yes.
18      MR. KAPLAN:  Object to form.
19      THE WITNESS:  Yes.  I was just responding to
20 your question as to whether there is any mention of   12:24:06
21 analog in this.  Clearly the patent talks about
22 products that could handle connections to analog
23 input signals.
24 BY MR. PAK:
25   Q   Right.  But does this patent talk about      12:24:17
```
Page 124

```
 1 sending analog data over the network, such as
 2 network 108 described in the patent?
 3   A   I think it does indirectly.  Because in line
 4 50 that you read before, the network may be a wired
 5 network.  It doesn't say that that needs to be      12:24:47
 6 digital.  It could be analog.
 7   Q   Well, you know, let's go back to Column 4,
 8 line 36.  It says:
 9          "As used herein, unless
10      explicitly stated otherwise, when an      12:25:03
11      audio source or audio sources are in
12      digital format, they can be
13      transported or streamed over a data
14      network."
15      Right?  So in line -- line 50 when it says      12:25:14
16 "The network 108 may be a wired network or a
17 wireless network, or a combination of both," it's
18 talking about sending data in digital format, right?
19 Unless it's stated otherwise, you have to assume
20 that you're sending or receiving data in digital      12:25:30
21 format, correct?
22      MR. KAPLAN:  Objection.  Mischaracterizes the
23 document.
24      THE WITNESS:  I don't know.  It's hard --
25 it's like the paragraph here, maybe.  I'm not      12:25:45
```
Page 125

32 (Pages 122 - 125)

1 certain about that.
2 BY MR. PAK:
3   Q   Sure.  Let me ask you this way.
4     So in line 50 in Column 4, it says:
5       "The network 108 may be a wired        12:25:55
6     network or a wireless network or a
7     combination of both."
8     Right?
9   A   Yes.
10   Q   Does that sentence mention analog?      12:26:02
11   A   No.
12   Q   Okay.  Let's take a look at paragraph 64 of
13 your declaration.  So back to Exhibit 9.  It's PDF
14 page -- PDF page 23.
15     And in the middle of that paragraph, it says:  12:26:43
16       "These networks allowed cellular
17     devices to send and receive data, as
18     Sonos requires, typically in the form
19     of voice calls."
20     Do you see that?                      12:26:56
21   A   Yes.
22     MR. KAPLAN:  I'm sorry.  Which paragraph
23 again?
24     MR. PAK:  Paragraph 64.
25     MR. KAPLAN:  Thank you.               12:27:08
Page 126

1     THE WITNESS:  I see it.
2 BY MR. PAK:
3   Q   Does the '206 patent discuss sending or
4 receiving audio data over a cellular or voice
5 network?                                  12:27:19
6   A   Well, it discusses sending or receiving it
7 over wireless networks.  So that would cover all
8 kinds of wireless networks in the broadest sense,
9 right?  It doesn't exclude them.
10   Q   Can you send data over a voice network to    12:27:41
11 render audio on a device?
12   A   So because you don't have construction of
13 what a voice network is, claim construction around
14 voice network, I want to know what your definition
15 is of voice network so I can answer correctly.      12:28:14
16   Q   Right.  So earlier you said a voice network
17 would be -- like an example would be a telephony
18 network, like a public switch telephone network,
19 correct?
20   A   Correct.                            12:28:28
21   Q   And you wouldn't send or receive audio data
22 over a public switch telephone network, would you?
23   A   Why not?  Voice is audio data basically,
24 right?  So you kind of are doing that.
25   Q   Can you have speakers connected to a public   12:28:44
Page 127

1 switch telephone network and send audio data to
2 render that audio data on one of those speakers?
3   A   Oh, yeah, absolutely.  Speaker phones, right?
4   Q   Do the patents disclose speaker phones?
5   A   I was just giving you an example of what you    12:29:08
6 could connect.  You can connect any kind of
7 transducer because what you're getting out is an
8 audio signal.  So if you send it to a loudspeaker,
9 it will play, and the loudspeaker can be any kind of
10 form.                                     12:29:29
11   Q   Does the '206 patent discuss sending or
12 receiving data over a public switch telephone
13 network?
14   A   Well, as I say, it talks about sending and
15 receiving it over networks in general and it doesn't  12:29:42
16 exclude that, but it doesn't mention it specifically
17 either.
18   Q   Is a speaker phone capable of processing and
19 rendering audio data?
20   A   Yes.                                12:30:03
21   Q   Does the '206 patent discuss sending or
22 receiving audio data via RCA cables?
23   A   The discussion we had before about connecting
24 analog sources, and I do know that some of the Sonos
25 speakers have that in the back, but that connection   12:30:30
Page 128

1 would typically be an RCA cable.  It might also be a
2 mini jack, a 1/8th inch jack or cable.
3   Q   Okay.  So let's look at the patent, Column 1,
4 line 40.  Would you please read that first sentence
5 for me.                                    12:31:15
6   A
7       "Currently one of the systems
8     that can meet part of such demand is a
9     conventional multizone audio system
10     that usually includes a number of        12:31:21
11     audio players."
12   Q   Keep going.
13   A
14       "Each of the audio players has
15     its own amplifiers and a set of          12:31:28
16     speakers and typically installed in
17     one place, e.g., the room.  In order
18     to play an audio source at one
19     location, the audio source must be
20     provided locally or from a centralized    12:31:41
21     location."
22     Keep going?
23   Q   No, that's okay.
24     Is there anything in this patent that
25 distinguishes those type of conventional multi-audio  12:32:07
Page 129

33 (Pages 126 - 129)

1 systems to what is disclosed in the patent as the
2 invention?
3          MR. KAPLAN:  Objection to form.
4 BY MR. PAK:
5   Q   Let me put it this way.  The next paragraph,   12:32:34
6 can you read the first sentence of that -- of line
7 56.
8   A
9          "In order to achieve playing
10       different audio sources in different       12:32:44
11       audio players, the traditional
12       multizone audio system is generally
13       either hard wired or controlled by a
14       preconfigured and preprogrammed
15       controller."                              12:32:55
16   Q   Right.  So the patent talks about traditional
17 multizone audio systems being either hardwired or
18 controlled by a preconfigured or preprogrammed
19 controller, and it distinguishes those traditional
20 multizone audio systems from the -- from the system   12:33:13
21 disclosed in the '206 patent as the invention,
22 right?
23          MR. KAPLAN:  Object to the form.
24          THE WITNESS:  I mean, that's kind of the
25 purpose of writing the background.  What you're     12:33:49

Page 130

1 going to say after that is supposed to be better.
2 BY MR. PAK:
3   Q   Right.  So the disclosed system in the '206
4 patent that's described as the invention isn't
5 talking about these hardwired traditional multi-zone   12:34:07
6 audio systems, right?
7          MR. KAPLAN:  Object to form.
8          THE WITNESS:  Well, it doesn't completely go
9 away from it because it allows for a wired source,
10 an analog wired source to be connected to one of the   12:34:31
11 zone players and then be distributed.  So it doesn't
12 completely remove them.
13 BY MR. PAK:
14   Q   Does the patent discuss what the wired source
15 has to be, what form it has to be in?            12:34:49
16          MR. KAPLAN:  Object to form.
17          THE WITNESS:  It gives examples at the bottom
18 of Column 4, line 66, broadcasting, which is analog,
19 compact disk, which could be digital or analog,
20 depending on what connection you have.  Yeah, those   12:35:20
21 are examples.
22 BY MR. PAK:
23   Q   All right.  So let's take a look at Column 5.
24 And I'm looking at line 33.  It says:
25          "The wired interface 217 provides        12:35:39

Page 131

1       network interface functions by a wired
2       means, for example, an Ethernet
3       cable."
4       Do you see that?
5   A   Yes.                                       12:35:46
6   Q   So the patent discloses that the wired
7 network can be an Ethernet cable, right?
8   A   That's a different network than the one that
9 connects -- this is not for connecting sources.
10 This is for connecting speakers together to -- could   12:36:07
11 be wired or wireless.  The previous discussion was
12 about what kind of sources.
13   Q   Right.  So this is talking about the wired
14 interface of a zone player, correct?
15          MR. KAPLAN:  Object to form.            12:36:36
16          THE WITNESS:  Yes.  This is talking about how
17 to connect multiple zone players, in this case,
18 speakers, whether they're wired or wireless.  They
19 provide capability for both.
20 BY MR. PAK:                                      12:36:54
21   Q   So let's talk about the zone player.  So the
22 zone player has network interface -- so a zone
23 player has a network interface 202, which may
24 include one or both of the wireless interface 216
25 and a wired interface 217, right?               12:37:17

Page 132

1   A   Yes.
2   Q   Okay.  And specifically the wired interface
3 217 provides network interface function by wired
4 means, for example, an Ethernet cable, correct?
5   A   Correct.  And this is why I was talking about   12:37:39
6 the introduction before.  It seems to contradict the
7 benefit because they say that the old systems were
8 all wired and so they're no good.  But now they also
9 provide capability for wired.  So it's just a
10 different type of wire, I suppose.                12:37:55
11   Q   As you recall, did these traditional
12 multizone audio systems include speakers that were
13 connected via an Ethernet cable?
14   A   No.  That's what I'm saying.  They were
15 connected by copper RCA cables or speaker cables      12:38:16
16 directly.
17       So this is a different kind of cable, but
18 still the possibility existed of speakers in
19 different zones or rooms that are connected by
20 wires.  Just a different kind of wire.            12:38:31
21   Q   What is the difference between an Ethernet
22 cable and a copper wire such as an RCA cable?
23   A   I guess Ethernet cables are also made of
24 copper, but they have different kinds of endings and
25 they have multiple strands in them carrying data.   12:39:06

Page 133

34 (Pages 130 - 133)

Page 134

1  So I guess I would consider an Ethernet cable
2  capable of carrying digital packet data, whereas an
3  audio interconnect carries analog audio data.
4     Q   So an RCA cable carries analog data, whereas
5  an Ethernet cable carries digital data packets,      12:39:38
6  correct?
7     A   To be totally clear, analog cables -- sorry,
8  RCA cables can also carry digital data.  Just not
9  packetized.
10    Q   Okay, that makes sense.          12:39:54
11        I want to take a look at paragraph 66 of your
12  declaration.
13    A   Yes.
14    Q   Let me get to it real quick.  The second
15  sentence of paragraph 66 says:          12:40:21
16        "There are many types of networks
17        that do not require a network device
18        to both send and receive data from
19        another device.  For example, networks
20        may be configured in a ring such that      12:40:31
21        no device both sends and receives data
22        directly to and from another device."
23        Do you see that?
24    A   Yes.
25    Q   Okay.  So let's take a look at Sonos's      12:40:43

Page 135

1  proposed construction on page 21 of your
2  declaration.  Could you please read Sonos's
3  construction for data network.
4     A
5        "A medium that interconnects the      12:41:00
6        devices enabling them to send data
7        packets to" --
8        I'll start over.
9        "A medium that interconnects
10        devices, enabling them to send digital      12:41:09
11        data packets to and receive digital
12        data packets from each other."
13    Q   Does Sonos's proposed construction of data
14  network require sending and receiving data directly
15  to and from another device?          12:41:26
16        MR. KAPLAN:  Object to form.
17        THE WITNESS:  I guess I'm not sure what
18  "directly" means in this context.  We're connecting
19  two devices.
20  BY MR. PAK:          12:41:45
21    Q   So let me ask you this way.  Does the word
22  "directly" appear in Sonos's proposed construction?
23    A   It does not.
24    Q   Okay.  So Sonos's construction of data
25  network does not require sending and receiving data      12:41:56

Page 136

1  directly to and from another device, correct?
2        MR. KAPLAN:  Object to form.
3        THE WITNESS:  I don't know how else to
4  interpret this.  It says, "sending and receiving
5  from each other."  So unless there is something in      12:42:10
6  between that is not disclosed, what else could it
7  be, right?
8  BY MR. PAK:
9     Q   Right.  So Sonos's construction of the data
10  network is broad enough to cover directly or      12:42:19
11  indirectly sending and receiving data, correct?
12        MR. KAPLAN:  Object to form.
13        THE WITNESS:  Right, that's true.  But my
14  construction, though, was not really focused around
15  the directly part.  It was that a data network, as      12:42:43
16  we've already discussed since this morning, doesn't
17  have to be digital packets.
18  BY MR. PAK:
19     Q   Right.  But let's look at paragraph 66 again.
20  And it says:          12:43:00
21        "For example, networks may be
22        configured in a ring such that no
23        device both sends and receives data
24        directly to and from another device."
25        Right?  But Sonos's construction doesn't say      12:43:11

Page 137

1  or doesn't require direct -- directly sending and
2  receiving data, right?
3        MR. KAPLAN:  Object to form.
4        THE WITNESS:  The intent of this sentence
5  that I wrote here was that "directly" is kind of a      12:43:38
6  substitution for each other.  Because obviously in a
7  network, in a ring network, devices are sending
8  and they're receiving data.  But it's not a send and
9  receive between two devices.  And that's what I
10  meant by "directly" here.  I didn't imply there was      12:43:54
11  nothing in between.
12  BY MR. PAK:
13     Q   So -- sorry.
14     A   No, no.
15     Q   So in that -- so if a network is configured      12:44:03
16  in a ring, you'd agree with me that a device can
17  both send and receive data to and from each other?
18     A   No.  Because to and from each other means you
19  have two devices and they're talking back and forth.
20  And in a ring network, one device will send to the      12:44:27
21  next.  If it has the token, it will -- let's say
22  it's clockwise orientation and it will send to the
23  next one and receive from the one before it.  So
24  it's sending and receiving two different devices,
25  not a two-way communication.          12:44:50

                                        35 (Pages 134 - 137)

| | |
|---|---|
| 1   Q  What is a token ring network? | 1   A  Yes. |
| 2   A  It's a set of devices connected in a network | 2   Q  Let's look at the top right PC. So this top |
| 3  that is -- as I described, think of a circle with | 3  right PC can receive data from one of these PCs, |
| 4  multiple points in it. Each of those is a network | 4  correct? |
| 5  device. The protocol is such that to avoid what   12:45:12 | 5   A  Assuming that the token protocols were   12:48:32 |
| 6  network people call collisions, which is when a | 6  followed, yes. |
| 7  bunch of data tries to arrive at the same time, to | 7   Q  From what devices can this PC receive data |
| 8  avoid that they use traffic police kind of system | 8  from? |
| 9  where you can't talk unless you've been told to talk | 9   A  From whichever device decided to address the |
| 10  because you have the token. And so data goes around   12:45:36 | 10  token to that PC.   12:48:56 |
| 11  in circles. It can be clockwise. It can be | 11   Q  So it can be any one of the four other |
| 12  counterclockwise. And sometimes it's a star | 12  devices on this token ring network, correct? |
| 13  configuration where there's a -- literally a central | 13   A  It can, although you'll have to -- if it's |
| 14  node and everybody communicates through, or | 14  the one next to or below to the right, it would have |
| 15  sometimes it's a controller. So it's a different   12:45:51 | 15  to wait a while until it gets there because it has   12:49:19 |
| 16  configuration for a network topology. | 16  to go through all the other ones. But yes. |
| 17   Q  I'd like to introduce a new exhibit here. I | 17   Q  So can that PC on the top right transmit data |
| 18  uploaded a new exhibit marked as Exhibit 11. | 18  to any of the four other PCs in the token ring |
| 19     Do you see that? | 19  network? |
| 20   A  Yes. I'm waiting for it to open. I see it.   12:46:21 | 20   A  Again, yes, if it decides it wants to   12:49:36 |
| 21     (Exhibit 11 was marked for identification | 21  transmit to one of them and puts that information on |
| 22  electronically and is attached hereto.) | 22  the token and addresses it to that PC, yes, it can |
| 23  BY MR. PAK: | 23  do that. |
| 24   Q  Do you recognize this document? | 24   Q  Okay. And I want to go back to your |
| 25   A  Yes.   12:46:33 | 25  declaration now, looking at paragraph 67. On page   12:49:53 |
| Page 138 | Page 140 |

| | |
|---|---|
| 1   Q  This was attached as Appendix L to | 1  24. |
| 2  Dr. Schmidt's declaration, and you reviewed this | 2   A  Yes. |
| 3  document, right? | 3   Q  It says: |
| 4   A  I did, yes. | 4     "Various publications also |
| 5   Q  I want to take a look at the last page, PDF   12:46:42 | 5     confirm that unidirectional data   12:50:08 |
| 6  page 6. | 6     networks were well known in the art." |
| 7     Do you see the token ring network | 7     And you relied on U.S. patent |
| 8  configuration at the bottom left? | 8  No. 6,081,907. |
| 9   A  I see it. | 9     Do you see that? |
| 10   Q  So in this token ring network configuration,   12:46:56 | 10   A  I do.   12:50:19 |
| 11  can a given device send data to or receive data from | 11   Q  And you would have to go to the electronic |
| 12  another device? | 12  exhibit, because I want to look at PDF page 157. |
| 13   A  Yes, but not from the same device in both | 13   A  Okay. That was Exhibit 9? |
| 14  directions. | 14   Q  Yes, correct. |
| 15   Q  Okay. And in the last sentence below that   12:47:17 | 15     MR. KAPLAN: Which PDF page?   12:50:51 |
| 16  configuration, it says: | 16     MR. PAK: PDF page 157. |
| 17     "Any PC can grab a passing token | 17     THE WITNESS: I'm looking for an easier way |
| 18     and attach data and the address of | 18  besides scrolling. |
| 19     another PC to it, as each PC in turn | 19     MR. KAPLAN: I don't know that there is. |
| 20     watches for tokens that are addressed   12:47:41 | 20     THE WITNESS: I'm almost there. Okay.   12:51:30 |
| 21     to it." | 21     Wait. I'm sorry. Are we talking about the |
| 22     Right? | 22  monthly unique users graph? |
| 23   A  Yes. | 23  BY MR. PAK: |
| 24   Q  So you're saying in this configuration -- | 24   Q  No. Hold on one second. I'm putting it in |
| 25  let's pick one example. There's five PCs, right?   12:48:10 | 25  the chat right here.   12:51:56 |
| Page 139 | Page 141 |

1      MR. KAPLAN: 157 for me is the '907 patent.

2      THE WITNESS: Oh, I had 57. Okay.

3 BY MR. PAK:

4   Q  There's a little scroll controls you can --

5   A  Yeah.                                    12:52:13

6   Q  Yeah.

7   A  Okay. I see it.

8   Q  Okay. And this is a copy of the '907 patent

9 provided as an exhibit to your declaration, right?

10   A  Yes.                                     12:52:36

11   Q  Okay. And I want to go down to PDF page 165.

12 And I want to focus on the background section of the

13 '907 patent.

14   A  Okay.

15   Q  Okay. And the first paragraph of the      12:52:58

16 background section says:

17        "Conventional computer networks

18      are bidirectional, allowing data

19      communication in both directions

20      between servers and clients.          12:53:08

21      Transmitting data over these

22      bidirectional data networks has been a

23      mainstay of computer technology for

24      many years and the communication

25      protocols are well established."        12:53:20

Page 142

1   Do you see that?

2   A  Yes.

3   Q  All right. And the third paragraph in the

4 background section, could you actually read that

5 paragraph for me.                              12:53:31

6   A

7        "Apart from the classic

8      bidirectional data networks, there is

9      an increasing interest in the use of

10      broadcast or multicast networks to     12:53:40

11      deliver computer data and other

12      content to clients. These types of

13      distribution networks are

14      unidirectional in that data flows from

15      the server to the clients, but no        12:53:50

16      return communication is possible over

17      the same communication path."

18      More?

19   Q  That's okay.

20      So the '907 patent actually distinguishes the  12:54:03

21 classic bidirectional data network from a

22 unidirectional broadcast or multicast network,

23 correct?

24   A  Yes.

25      MR. KAPLAN: Object to form.              12:54:17

Page 143

1 BY MR. PAK:

2   Q  Okay. Let's take a look at Column 3, the

3 second paragraph. It says:

4        "The bidirectional data network

5      28 represents various types of          12:54:33

6      networks, including the internet, a

7      LAN, local area network, a WAN, wide

8      area network, and the like."

9      Do you see that?

10   A  I do.                                    12:54:46

11   Q  In the next paragraph it says:

12        "The broadcast center 26 receives

13      the data served from the content

14      servers 22(l) through 22(K) over the

15      network 28, and broadcasts the data     12:55:02

16      over a broadcast network 30 to the

17      clients 24(l) through 24(M)."

18      Do you see that?

19   A  I do.

20   Q  Now, if you look at Figure 1 of the '907    12:55:15

21 patent, and it's PDF page 158, you see there's a

22 separate bidirectional data network 28 and a

23 broadcast network 30, right?

24   A  28 and 30, yes, I see it.

25   Q  So you'd agree with me that the bidirectional  12:55:45

Page 144

1 data network 28 and broadcast network 30 in the '907

2 patent are different networks, right?

3      MR. KAPLAN: Object to form.

4      THE WITNESS: That's what is shown in this

5 diagram. They're showing an example that has both   12:56:11

6 in there.

7 BY MR. PAK:

8   Q  As shown in Figure 1, you'd agree that data

9 network 28 is bidirectional, whereas the broadcast

10 network 30 is unidirectional, correct?          12:56:24

11   A  Yes, that's what is being disclosed.

12   Q  Is there anywhere in the '907 patent that

13 mentions that broadcast network 30 is a data

14 network?

15      MR. KAPLAN: Object to form.             12:56:43

16 BY MR. PAK:

17   Q  And we can take a minute if you need a minute

18 to review the patent.

19   A  Yeah, let me take a minute.

20      So Column 3, line -- the paragraph that   12:57:30

21 starts at line 33, it says:

22        "The broadcast network 30 can be

23      implemented in a variety of ways. For

24      instance, the broadcast network might

25      be implemented as a wireless network    12:57:55

Page 145

37 (Pages 142 - 145)

1    configured for one-way transmission,
2    i.e., satellite, radio, microwave
3    et cetera.  The broadcast network
4    might also be a network that supports
5    two-way communication, but is          12:58:08
6    predominantly used for unidirectional
7    multicasting from the broadcast center
8    26 to many clients simultaneously."
9    Q  So in that sentence, does the patent use the
10   word "data network"?                   12:58:29
11   A  Well, as we've said before several times,
12   wireless networks that transmit data are data
13   networks.  And so it doesn't say data network when
14   it talks about ATM or Ethernet or anything else.
15   These are all data networks.            12:58:54
16   Q  Why does the patent use the term "data
17   network" when it describes data network 28, but
18   doesn't use the term "data network" when it talks
19   about broadcast network 30?
20      MR. KAPLAN:  Object to form.         12:59:09
21      THE WITNESS:  I don't know what they had in
22   mind in their language to write it that way, but --
23   I don't know.  I can't answer why they said it that
24   way.
25   ////
                                             Page 146

1 BY MR. PAK:
2    Q  Let's look at Column 4 of the '907 patent.
3 If you look at line 22 --
4    A  Yes.
5    Q  It says:                            12:59:45
6       "The packet encoder 52
7       encapsulates packets of data with
8       appropriate headers for transmission
9       over the data network and broadcast
10      network."                           12:59:57
11      Do you see that?
12   A  Yes.
13   Q  So this patent discloses that the
14 bidirectional data network 28 and the broadcast
15 network 30 both transmit data in the form of data  01:00:12
16 packets, right?
17   A  I can indirectly assume that based on this
18 sentence.
19   Q  Do you see any disclosure in the '907 patent
20 where data that is transmitted over the data network  01:00:33
21 or the broadcast network is not in the form of data
22 packets?
23      MR. KAPLAN:  If you need to review the
24 patent, you can.
25 BY MR. PAK:
                                             Page 147

1    Q  Sure.  Take a minute if you need a minute to
2 review.
3    A  I think it goes back to Column 3, the
4 paragraph that I was reading before, line 33 --
5 actually, line 36 where it gives examples.        01:00:59
6 Satellite, radio, and microwave.  What we talked
7 about before, satellite may or may not be data.  But
8 radio and microwave is -- may not be data packet,
9 but radio and microwave are most likely not packet
10 based.  So it's certainly possible the way they     01:01:25
11 wrote it.
12 BY MR. PAK:
13   Q  Let's take a look at the figures here.  And I
14 want to take a look at Figure 4.  Let me see if I
15 can find the description for it.              01:01:58
16      Actually, let's take a look at Column 5, line
17 35.  The paragraph says:
18      "Figure 4 shows exemplary steps
19      in a method for serving data packets
20      over the unidirectional network."        01:02:21
21      Do you see that?
22   A  Yes.
23   Q  So Figure 4 is describing a method specific
24 to transmitting data packets over broadcast network
25 30, right?                                01:02:35
                                             Page 148

1      MR. KAPLAN:  Object to form.
2      THE WITNESS:  It's describing a method, but
3 not all the methods, right?  Because we talked about
4 other possibilities.  In this paragraph it's a
5 method, yes.                               01:02:47
6 BY MR. PAK:
7    Q  And then Column 6, line 15, it says:
8       "Figure 5 shows the byte-wise
9       technique for generating a redundancy
10      packet from multiple data packets        01:03:25
11      within a redundancy group."
12      Do you see that?
13   A  I'm sorry.  I heard it, but I missed which
14 paragraph we're in.
15   Q  Column 6, line 15.                   01:03:37
16   A  Yes, I see it.
17   Q  So Column 5 again is describing a certain
18 technique for generating packets, right?  Data
19 packets?
20      MR. KAPLAN:  Object to form.          01:03:54
21      Do you mean Figure 5?
22 BY MR. PAK:
23   Q  Yeah, I'm sorry.  Let me rephrase.
24      Figure 5 is illustrating a specific technique
25 for generating data in the form of data packets,    01:04:09
                                             Page 149

38 (Pages 146 - 149)

1 right?
2     A   In this paragraph it's talking about a
3 specific aspect of it, aspect of the redundancy
4 formatter, I think is what they're talking about
5 here.                                      01:04:35
6     Q   Right.  But, generally speaking, Figure 5 is
7 talking about data packets, correct?  It's talking
8 about data in the form of data packets.
9         MR. KAPLAN:  Object to form.
10        THE WITNESS:  It is.  I'm just looking a      01:04:50
11 little further down where it says it's illustrative
12 for example purposes.  "Other computations may be
13 used" -- this is line 30 of the same column.
14        So there are examples that involve packets, I
15 agree with that.  But they're also saying there are   01:05:20
16 other ways.
17 BY MR. PAK:
18    Q   Okay.  And then Column 7, second paragraph,
19 it says:
20        "Figure 6 shows an exemplary data       01:05:31
21        structure 110 for data packet formed
22        by packet encoder 52 and redundancy
23        formatter 54."
24        Do you see that?
25    A   I see it.                             01:05:42

1 possible coexistence.
2        So, no, I don't see any figure -- the figures
3 are focusing on byte patterns and headers and packet
4 related stuff.  But, again, this was not my purpose
5 for quoting this patent.                    01:07:24
6        MR. PAK:  Okay.  I want to transition away
7 from discussing data networks and talk about some of
8 the other terms in your declaration.  Do you want to
9 take another break or just power through it?
10       Why don't we take a break and come back in    01:07:47
11 ten minutes.  Is that okay?
12       THE VIDEOGRAPHER:  Does anybody need more
13 time than that?
14       We can go off the record.  We're off the
15 record at 1:07 p.m.                         01:07:55
16    (Lunch recess.)
17       THE VIDEOGRAPHER:  We are on the record at
18 1:43 p.m.
19 BY MR. PAK:
20    Q   So far we talked about various examples of    01:43:32
21 data networks and local area networks.  And I just
22 want to run by one more example with you to further
23 understand what local area network means to a person
24 of ordinary skill in the art.
25       So the question here is, if -- if someone      01:43:49

1    Q   So we have Figure 4 is also talking about
2 data packets, right?
3    A   Figure 6, you mean?
4    Q   I'm sorry.  So Figure 6 is also talking about
5 data packets, right?                        01:06:02
6    A   Yes, it is.  It's showing the structure.  If
7 you have data packets, this is what they should look
8 like.
9    Q   And the top of column 8, it says:
10       "Figure 7 shows exemplary steps       01:06:12
11       in a method for receiving data packets
12       transmitted over a unidirectional
13       network."
14       Do you see that?
15    A   Yes.                                01:06:20
16    Q   So Figure 7 is talking about data packets,
17 correct?
18    A   Yes.
19    Q   So are there any figures in the '907
20 patent -- in the '907 patent that doesn't talk about   01:06:32
21 data packets?
22       MR. KAPLAN:  Object to form.
23       THE WITNESS:  My reference to this patent was
24 not to address the data packet or not issue.  It was
25 to address unidirectional and bidirectional and       01:06:55

1 used two cups on a string to communicate with
2 another person, does that amount to communicating
3 over a local area network?
4    A   I thought we covered this in the morning.
5    Q   Yeah, we --                          01:44:01
6    A   I think we talked about it --
7    Q   Yeah, in the context of data network, but we
8 haven't talked about it in the context of a local
9 area network.
10   A   I mean, honestly, don't take it personally.    01:44:10
11 It's a little bit of a silly example, over a string,
12 but I guess if we -- if we use the definition that a
13 person would use for networks, this is taking
14 acoustic data and converting it to mechanical form
15 and then -- to transmit, and then converting it back   01:44:40
16 to acoustical at the other end.  So in that sense,
17 it is a data network.
18       The criteria I use for whether it's a local
19 area network is you have to have something to
20 compare it to.  So stretching the string out to a    01:45:00
21 much larger area would produce a wider area string
22 network, and this would be a local area network.  So
23 I think all those definitions are consistent.
24   Q   So communicating using a string, two cups on
25 a string, would amount to a local area network in    01:45:28

1 your opinion?
2      MR. KAPLAN:  Objection.  Mischaracterizes
3 testimony.  Asked and answered.
4      THE WITNESS:  Local -- the word "local" only
5 makes sense if there's something else to compare it   01:45:43
6 to that is bigger or smaller.
7      And so, as I say, if there's a larger
8 distance with bigger string, that would be a wide
9 area network on a string and then this would be
10 called local if it was a smaller one.  But by          01:45:58
11 itself, it's hard to say because you need a
12 comparison.
13 BY MR. PAK:
14   Q   Right.  So depending on the length of the
15 string that connects the two cups, right, someone     01:46:08
16 that uses two cups on a string to communicate with
17 another person, that would amount to communicating
18 over a local area network, correct?
19      MR. KAPLAN:  Same objections.
20      THE WITNESS:  Well, I guess same answer.  It     01:46:24
21 depends.  There's no -- there's no length of the
22 string that would be -- there's no size of the -- of
23 an actual LAN that we can say if you go past this,
24 you're no longer local area.  It's -- as we saw,
25 LANs cover from a building to a hotel to a campus to  01:46:44

Page 154

1 a wide area complex.
2      Same for this.  It's a local area network
3 compared to something that is a longer distance, for
4 example, but I can't give you a number.
5 BY MR. PAK:                                            01:47:03
6   Q   Sure.  But if the string is -- so you're
7 saying that depending on the length of the string,
8 communicating using two cups attached to that string
9 can either be a local area network or a wide area
10 network then, correct?                                01:47:18
11   A   Yeah, sure.
12   Q   Okay.  So I want to go on to talk about the
13 media particular playback system term.  And if you
14 take a look at paragraph 58 of your declaration.  So
15 we're going back to Exhibit 9.                        01:47:39
16   A   Yes.
17   Q   Would you please read paragraph 58 for the
18 record.
19   A   Yes.
20      "I disagree with Dr. Schmidt that            01:47:51
21      a POSITA would understand the media
22      particular playback system of Claims
23      3, 15 or 26 to mean media playback
24      system.  I have reviewed the
25      prosecution history, but find that it         01:48:04

Page 155

1 does not resolve the debate relating
2 to the use of the term 'particular.'"
3   Q   Okay.  So I want to take a look at the
4 prosecution history of the 615 patent.  And just
5 give me a minute to introduce the exhibit.            01:48:18
6      Okay.  So I've just uploaded here an exhibit
7 marked as Exhibit 12.
8      Do you see that?
9   A   Yes.
10      (Exhibit 12 was marked for identification
11      electronically and is attached hereto.)
12 BY MR. PAK:
13   Q   Do you recognize this document?
14   A   Yes.
15   Q   Okay.  So this is Appendix N of Dr. Schmidt's  01:48:56
16 declaration, right?
17   A   Yes.
18   Q   You know, before we get into his response,
19 you know, just generally speaking, why do you think
20 an applicant would amend its claims during            01:49:14
21 prosecution?
22      MR. KAPLAN:  Object to form.
23      THE WITNESS:  This sounds like a legal
24 question to me.
25      I don't know.  Because of an error, because     01:49:40

Page 156

1 of additional facts, a response to the examiner.
2 Those are some reasons I can think of.
3 BY MR. PAK:
4   Q   Can you think of any other reasons why an
5 applicant would amend its claims during prosecution?  01:49:57
6      MR. KAPLAN:  Object to form.
7      THE WITNESS:  No.
8 BY MR. PAK:
9   Q   Well, look at this office action response.
10   Do you think the applicant here amended its         01:50:21
11 claims to overcome the cited references?
12   A   It's hard for me to speak on behalf of the
13 applicant, the reasons that they had.  I can only
14 speak as to, you know, what I see written here.
15      Is there a specific section you want me to       01:50:51
16 look at?
17   Q   Yeah, so how about we take a look at the
18 remarks on PDF page 15.
19   A   Okay.
20   Q   All right.  Again, the summary of the office    01:51:10
21 action, it says:
22      "In the non-final office action
23      mailed July 15, 2016, the examiner
24      rejected Claims 1, 6 through 10, 15
25      through 19, and 21 through 29 under      01:51:22

Page 157

40 (Pages 154 - 157)

1    pre-AIA 35 U.S.C. Section 1038, as
2    being allegedly unpatentable over
3    DaCosta in view of Dua."
4        Do you see that?
5    A  I see it.                          01:51:39
6    Q  And there are some other, you know, 103
7    rejections with respect to Claims 3, 12 and 20,
8    correct?
9    A  Yes.
10   Q  Okay.  And then looking at Section 3, the    01:51:46
11   response to the 103 rejections, the second sentence
12   says:
13       "For at least the reason that
14       cited references do not teach the
15       subject matter currently recited by    01:52:11
16       applicant's claims, the pending 103
17       rejections should be withdrawn."
18       Do you see that?
19   A  I see it.
20   Q  Okay.  And let's take a look at Claim 1 on   01:52:21
21   PDF page -- PDF page 3.
22       Do you see that the applicant amended
23   Claim 1, right?
24   A  Is this the paragraph numbered 2?
25   Q  I'm taking -- I'm looking at the amendments   01:52:53

Page 158

1    to the claims on PDF page 3.
2    A  Oh, sorry, 3.
3        I see it, yes.
4    Q  Do you think the applicant here amended
5    Claim 1 to overcome the cited references?    01:53:05
6    A  So I probably looked through the cited
7    references, but I don't have them at the tip of my
8    tongue at the moment to be able to answer that
9    accurately.
10   Q  Okay.  Did you review any of the cited    01:53:26
11   references?
12   A  I read through them.  I wouldn't say that I
13   reviewed them in the same way that I reviewed the
14   patents.
15   Q  Okay.  So, again, I want to -- how about I   01:53:41
16   introduce one of the cited references and discuss
17   that.  Just give me a minute.
18       I just uploaded an exhibit and marked it as
19   Exhibit 13.
20       Do you see that?                    01:54:24
21   A  Yes.
22       (Exhibit 13 was marked for identification
23   electronically and is attached hereto.)
24   BY MR. PAK:
25   Q  Do you recognize this document?    01:54:35

Page 159

1    A  I do.
2    Q  Okay.  And this is one of the patent
3    publications that was cited in the non-final office
4    action mailed July 25th, 2016.  Correct?
5    A  Yes.                               01:55:06
6    Q  Okay.  And you reviewed this reference,
7    right?
8    A  As I said, I read through it but mostly
9    looked at the comments.  So I didn't review it in
10   the same way that I would review an actual patent in   01:55:21
11   this case, but I -- I'm familiar with it.
12   Q  Sure, that's fair.
13       I want to take a look at paragraph 57, so on
14   PDF page 24.  Would you please read the second
15   sentence in paragraph 57.                01:55:47
16   A  The second sentence?
17   Q  Yes.
18   A  Okay.
19       "The term 'media player'
20       generally refers to electronic devices    01:56:04
21       that are capable of processing media
22       such as audio, video, images,
23       presentations, animation, and internet
24       content, for example, cellular phones,
25       personal digital assistants (PDAs),    01:56:17

Page 160

1        music players, game players, video
2        players, cameras and the like."
3    Q  Okay.  And I want to skip to paragraph 142
4    now.  It's on PDF page 32.
5    A  Yes.                               01:56:41
6    Q  Would you please read that first sentence on
7    paragraph 142.
8    A  Yes.
9        "Finally, the device's media
10       processing capabilities 461 are listed    01:56:47
11       in the RFID transmission data 450.
12       This is" --
13   Q  Actually, please keep going.  Read the second
14   sentence.
15   A                                     01:56:58
16       "This information indicates the
17       device's ability to process media
18       assets that are in specific formats."
19   Q  Okay.  And the patent further discusses some
20   example media formats, correct?          01:57:11
21   A  Correct.
22       MR. KAPLAN:  Object to form.
23       THE WITNESS:  It does.
24   BY MR. PAK:
25   Q  And looking at paragraph 143, could you    01:57:18

Page 161

41 (Pages 158 - 161)

1 please read the first sentence.
2   A
3       "This type of information allows
4   media player 100 to only transmit
5   media assets which are supported by          01:57:28
6   the target devices."
7   Q   Would you please read the second sentence in
8 full.
9   A   Oh, sure.
10      "This information also                    01:57:38
11  allows either or both of the target
12  device and media player 100 to convert
13  media assets into supported formats
14  before transmission to the other when
15  required."                                    01:57:59
16  Q   Okay.  So based on, you know, these -- this
17 disclosure that we -- that I just had you read, do
18 you agree that Dua disclosed a media player that can
19 play particular media formats?
20  A   Yes.                                       01:58:20
21  Q   Do you agree that Dua disclosed a media
22 player that can play particular types of media?
23  A   They disclosed a --
24      MR. KAPLAN:  Object to form.
25      THE WITNESS:  They disclosed a -- the ability  01:58:33

Page 162

1 to play back multiple different types of media.
2       I think that's what you're asking, yes?
3 BY MR. PAK:
4   Q   Right.  So just to clarify, so does -- do you
5 agree Dua discloses a media player that can play      01:58:48
6 particular types of media?
7       MR. KAPLAN:  Object to form.
8       THE WITNESS:  I guess I'm trying to
9 understand how you're using the word "particular"
10 here.                                                 01:59:13
11      It's -- they list a number of media by
12 example, but it's not clear to me that they're
13 excluding others.  So I'm not sure how to answer
14 that.
15 BY MR. PAK:                                           01:59:27
16  Q   Yeah, so let me reword this.
17      Does Dua disclose a media player that can
18 play audio?
19  A   Yes.
20  Q   Does Dua disclose a media player that can       01:59:39
21 play video?
22  A   Yes.
23  Q   So Dua discloses a media player that can play
24 any particular type of media, right?
25      MR. KAPLAN:  Object to the form.                01:59:55

Page 163

1       THE WITNESS:  Well, under audio, they list
2 specific formats for that audio, but not all
3 possible.  So I think "any" might be too broad
4 because they don't list -- it's hard to say.
5 BY MR. PAK:                                           02:00:11
6   Q   All right.  But Dua discloses a media player
7 that can play different types of multimedia, right?
8   A   Right, different types of audio, different
9 types of video, and graphics.
10  Q   Okay.  So now let's go back to the office       02:00:32
11 action response, Exhibit 12.
12      And I want to take a look at Claim 3.  And
13 it's on PDF page 4.
14      Do you see that?
15  A   Yes.                                            02:00:59
16  Q   What amendments did the applicant make to
17 Claim 3?
18      MR. KAPLAN:  Object to form.
19      THE WITNESS:  I'm sorry, Claim 3, PDF page 4
20 starts -- is a half paragraph.  No, no, sorry.       02:01:15
21 BY MR. PAK:
22  Q   Yeah, so Claim 3, you know, starts from PDF
23 page 4 and ends at PDF page 5, right?
24  A   Yes.
25  Q   Okay.  So what -- so looking at the            02:01:33

Page 164

1 amendments to Claim 3, could you please walk through
2 all the amendments the applicant made in this office
3 action response.
4       MR. KAPLAN:  Objection.  The document speaks
5 for itself.                                           02:01:50
6       THE WITNESS:  I assume it's the underlined
7 words of the amendment.
8 BY MR. PAK:
9   Q   Yeah.  So, you know, I'm not trying to trick
10 you here.  So the underlined -- the underlined words  02:01:59
11 represent words that were added.
12  A   Okay.
13  Q   And the strike -- and the strike through
14 represents terms, phrases that were deleted.
15      So I really just want, you know, to go over     02:02:14
16 all the amendments.  You know, can you walk through
17 what amendments were made.
18  A   Sure.  So they added the word "particular" in
19 several places.  "Particular playback device."
20 "Media particular playback system."                  02:02:36
21      And then "wherein the first zone includes the
22 particular playback device."
23      So all the additions have to do with
24 "particular" except for the last one that they
25 added, "playing back multimedia content in           02:02:55

Page 165

42 (Pages 162 - 165)

1 synchrony."
2     And then they removed "initiating playback"
3 in two locations.
4   Q  Okay. So looking at the amendments to
5 Claim 3, do you agree that the applicant added the     02:03:13
6 word "particular" in front of the word "playback"
7 throughout Claim 3?
8   A  Yes, except for one location, second to the
9 last line.
10    MR. KAPLAN:  Object to form.     02:03:34
11    THE WITNESS:  Actually in a couple places.
12 It's not every "playback" that has "particular."
13 It's selective. The word "particular" was not added
14 in front of every time "playback" appears. Only
15 some.     02:03:53
16 BY MR. PAK:
17   Q  Well, the word "particular" was -- all right,
18 I see.
19     So where it says "at least one additional
20 playback device," you're saying it doesn't say "at     02:04:02
21 least one additional particular playback device."
22 Is that right?
23   A  Oh, that wasn't the only -- the second to
24 last line of the previous page, where it says
25 "control playback by the playback device," they did     02:04:22
Page 166

1 amended "media playback system" to "media particular
2 playback system"?
3     MR. KAPLAN:  Object to form. Scope.
4     THE WITNESS:  So are you asking if I had read
5 this without the word "particular" in the amendment,     02:06:05
6 would I still have the same opinion? Is that --
7 BY MR. PAK:
8   Q  Yeah. So, you know, before this claim was
9 amended, right, you know, it used the term "media
10 playback system" instead of "media particular     02:06:19
11 playback system," right?
12   A  Right.
13   Q  So before Claim 3 was amended to use --
14 amended to use "media particular playback system,"
15 would a person of ordinary skill in the art     02:06:35
16 understand Claim 3? That's what I'm trying to ask.
17   A  Right. Probably. Although I'm kind of
18 reforming an opinion by just quickly reading through
19 this paragraph, but I'm just reading it as if the
20 word "particular" isn't there, and it would just be     02:07:13
21 "media playback," right?
22   Q  Right. So if you substituted the "particular
23 playback system" back to "media playback system," a
24 person of ordinary skill in the art would understand
25 Claim 3, correct?     02:07:29
Page 168

1 not add the word "particular" there.
2   Q  Is "media playback system" a broader term
3 than "media particular playback system"?
4   A  That's --
5     MR. KAPLAN:  Object to form.     02:04:41
6     THE WITNESS:  That's the part that was
7 difficult to ascertain. So that is one way to
8 interpret that, that it plays back only particular
9 media.
10     The other one is that there's all kinds of     02:04:56
11 playback systems, and I provided an example. It
12 plays -- records and plays back other kind of data
13 that is not media. And this would be particular to
14 media.
15     So it can be particular to all kinds of     02:05:08
16 media, particular to one media, or a typographical
17 error, as was indicated by Sonos. I couldn't tell
18 which of those three -- and there may be others.
19 And that was the reason for my opinion.
20 BY MR. PAK:     02:05:26
21   Q  Sure. So before Claim 3 was amended in this
22 office action response, do you think Claim 3 was
23 indefinite?
24     So, you know, let me ask it this way. Do you
25 think Claim 3 was indefinite before the applicant     02:05:42
Page 167

1   A  Well, but they didn't have "media playback
2 system" in Claim 3. It's not like they substituted.
3 They just added the word "particular" in front of
4 "playback," right?
5     Am I reading that correctly?     02:07:46
6   Q  Yeah. Well, it says "a media particular
7 playback system," right, currently, as amended?
8     Do you see that?
9     How about you read the first four lines of
10 the claim before you get to the "wherein" clause.     02:08:21
11   A  Wait, I'm sorry, am I looking at the same
12 paragraph?
13   Q  Yes, it's --
14   A  This is the bottom of page 3 in the document,
15 that paragraph, right?     02:08:35
16   Q  Right. So let me read -- let me read Claim 3
17 as amended.
18   A  Okay.
19   Q  It says:
20     "The method of Claim 1 wherein     02:08:40
21     detecting the set of inputs to
22     transfer playback from the control
23     device to the particular playback
24     device comprises detecting a set of
25     inputs to transfer playback from the     02:08:52
Page 169

43 (Pages 166 - 169)

```
 1    control device to a particular zone
 2    group of a media particular playback
 3    system that includes a first zone and
 4    a second zone."
 5    Do you see that?                    02:09:01
 6  A  Yes.
 7  Q  Okay.  Before that -- before that claim
 8  limitation was written, right, it said "a media
 9  playback system," not "a media particular playback
10  system," correct?                     02:09:18
11  A  Correct.
12  Q  So if we changed "a media particular playback
13  system" back to "a media playback system," would a
14  person of ordinary skill in the art understand what
15  Claim 3 means?                        02:09:35
16  A  The problem is I was assuming your question
17  meant to remove all "particulars."  But you're
18  saying just to remove the one?
19    I think I can agree that "media playback" is
20  more general than "media particular."  02:10:30
21  Q  Right.  So you understand this claim -- you
22  understand Claim 3 if it didn't say "media
23  particular playback system" and instead it said
24  "media playback system," correct?
25  A  I would understand it better, yes.   02:11:01
```
Page 170

```
 1  Q  Do you think the applicant amended "media
 2  playback system" to "media particular playback
 3  system" to overcome the cited references?
 4  A  I don't know how to answer that.  You'd have
 5  to ask the applicant.                 02:11:25
 6  Q  Well, we talked about the Dua reference,
 7  right?
 8  A  Yes.
 9  Q  And the Dua reference disclosed a media
10  player that can play particular media formats,  02:11:33
11  right?
12  A  Right.
13  Q  And we talked --
14  A  But there are many ways to respond to it.  So
15  I don't know if that was the only reason, is what   02:11:51
16  I'm trying to say.  I can't put myself in their
17  shoes.
18  Q  Right.  But you understand that Dua discloses
19  a media player that can play different kinds of
20  media formats and different types of media, right?   02:12:08
21  A  Yes.
22  Q  So why do you think the applicant amended
23  "media playback system" to be a particular system --
24  "a media particular playback system" if Dua already
25  teaches a media player that can play different kinds  02:12:28
```
Page 171

```
 1  of media formats and different types of media?
 2    MR. KAPLAN:  Objection.  Asked and answered.
 3    THE WITNESS:  Yeah, I don't know the strategy
 4  they had in amending the claim.
 5  BY MR. PAK:                           02:12:48
 6  Q  But do you agree with me that amending "media
 7  playback system" to "media particular playback
 8  system" would not overcome the teachings of Dua?
 9    MR. KAPLAN:  Object to form.
10    THE WITNESS:  It depends how they conceive --  02:13:07
11  or perceive the word "particular".  If they were
12  trying to make this broader than the formats that
13  Dua was listing, then maybe that was their strategy.
14  So in their mind, they're trying to say it's
15  broader.                              02:13:26
16    But, again, I don't -- I don't know why they
17  used the word "particular".
18  BY MR. PAK:
19  Q  What does it mean to play a particular media
20  format?                               02:13:43
21  A  To play a particular media format?  It means
22  the system is instructed to start playing that
23  format, that content in that format.
24  Q  So does Dua disclose a system that's
25  instructed to start playing a particular media   02:14:17
```
Page 172

```
 1  format?
 2  A  He does.  And he lists examples of those
 3  formats.
 4  Q  What does it mean to play a particular type
 5  of media?                             02:14:35
 6  A  Isn't that the same answer -- or the same
 7  question?  I'm not sure -- as opposed to the format
 8  you mean?
 9  Q  Yeah.  So, you know, there's -- you can play
10  a particular type of media format, right, and that   02:14:55
11  would be like an MP3 or 4 and the like, correct?
12  But you can also play a particular type of media,
13  which could be video or audio, text and the like,
14  correct?  Do you follow?
15  A  Yes.                              02:15:13
16    MR. KAPLAN:  Object to form.
17  BY MR. PAK:
18  Q  Okay.  So in that context, does Dua disclose
19  a system that can play a particular type of media?
20  A  He discloses several types of media,   02:15:40
21  pictures, images, PowerPoint presentations, audio,
22  video.  Yes.
23  Q  So when the applicant amended "media playback
24  system" to "media particular playback system," would   02:16:11
25  you agree with me that amending "media playback
```
Page 173

44 (Pages 170 - 173)

Veritext Legal Solutions
866 299-5127

Page 174

1 system" to "media particular playback system" would
2 not overcome the teachings of Dua?
3    MR. KAPLAN:  Objection.  Asked and answered.
4    THE WITNESS:  I mean, that's a tough call.
5 That's why we have examiners, right?  I don't know    02:16:31
6 if I can make that call.
7 BY MR. PAK:
8    Q  Well, are there any other reasons why the
9 applicant would amend "media playback system" to
10 "media particular playback system"?            02:16:53
11    A  Other than trying to respond to the examiner
12 or -- as I said, you know, that would be one reason.
13 Or they thought they had made an error and they're
14 trying to correct it.  Those are the two main
15 reasons in my head.                            02:17:10
16    Q  Okay.  So take a look at PDF page 15 again,
17 "Summary of the Office Action".
18    A  Yes.
19    Q  In the "Summary of the Office Action," it
20 talks about 103 rejections, correct?            02:17:34
21    A  Yes.
22    Q  Do you see any other rejections?
23    A  I'm sorry, can you remind me what the 103
24 rejection is?
25    Q  Yeah.  So 103 rejection is an obviousness    02:17:48

Page 175

1 type rejection.
2    There's also 102 type rejections, which could
3 be anticipation -- anticipatory type rejections,
4 right?
5    And then you also have 112 rejections, which    02:18:02
6 might have to do with, you know, formality of the
7 claims or, you know, maybe the patent lacks written
8 description of enablement and the like.  Or it might
9 be indefinite, right?
10    A  Right.  Okay.                            02:18:18
11    Q  All right.  So with that understanding here,
12 do you see in the Summary of the Office Action there
13 are only 103 rejections, right?
14    A  Right.
15    Q  And you don't see any 112 rejections,        02:18:28
16 correct?
17    A  Correct.
18    Q  So the -- so the applicant here was
19 responding to the examiner's 103 rejections in the
20 non-final office action of July 25, 2016, correct?    02:18:44
21    MR. KAPLAN:  Object to form.
22    THE WITNESS:  Yes.  I presume that's what --
23 the response that was written by the applicant,
24 right?
25 BY MR. PAK:                                    02:18:56

Page 176

1    Q  Right.
2    A  Paragraph 3?
3    Q  Yeah.  And looking at Claim 3, you're not
4 entirely sure why the applicant amended "media
5 playback system" to "media particular playback        02:19:12
6 system," correct?
7    A  I'm not sure, no.
8    Q  But you do understand that Dua discloses a
9 media particular playback system, correct?
10    A  Correct.  But I guess the question is, is    02:19:29
11 that the only way to respond to that rejection?
12 Without being the applicant and knowing more, I
13 couldn't answer that.
14    But it was a response presumably to address
15 the concern.  That doesn't make it the correct        02:19:42
16 response.  It's a response.
17    Q  Right.  And the only other reason why an
18 applicant would amend its claims, other than
19 responding to an examiner, would be to correct an
20 informality, such as a typographical error, correct?  02:19:59
21    MR. KAPLAN:  Object to form.
22 Mischaracterizes.  Leading.
23    Go ahead.
24    THE WITNESS:  Those are two reasons I have
25 off the top of my head.  I mean, there could be      02:20:12

Page 177

1 other reasons that I'm not -- I don't think those
2 are the only two reasons to list.
3 BY MR. PAK:
4    Q  Sitting here today, can you think of any
5 other reasons why an applicant would amend its        02:20:24
6 claims other than those two reasons?
7    A  I don't know.  The marketing department
8 decided that it would be important to have certain
9 words in the patent?
10    I'm thinking -- I'm trying to think of other    02:20:41
11 reasons.  There could be a lot of other reasons.  It
12 depends.  They become a public record, obviously, so
13 that could be another reason.
14    Q  Why do you think the applicant would amend
15 "media playback system" to "media particular          02:20:59
16 playback system" if amending "media playback system"
17 to "media particular playback system" would render
18 the claim indefinite, in your opinion?
19    A  Well, I don't think they asked me my opinion,
20 so how would they know that this would become an      02:21:22
21 issue?
22    At the time, I'm sure it made sense to them
23 for some reason that we don't know, that I don't
24 know.
25    Q  That's fair.                            02:21:31

45 (Pages 174 - 177)

| | |
|---|---|
| 1    Now, I want to go back to the '206 patent | 1   Q   What are the example zones disclosed in |
| 2 now.  It's Exhibit 10.  And I want to take a look at | 2 column 8? |
| 3 column 8. | 3   A   Bathroom, bedroom, den, dining room, family |
| 4   A   Okay. | 4 room and foyer. |
| 5   Q   Okay.  And you don't have to read this out   02:22:11 | 5   Q   Okay.  And looking at column 8, line 29,   02:25:45 |
| 6 loud, but could you please review lines 7 | 6 could you please read that -- read the first three |
| 7 through 36. | 7 sentences. |
| 8   A   7 through 36? | 8   A   Okay. |
| 9   Q   Yeah.  And then we can discuss. | 9     "For instance, a Morning zone |
| 10    And just let us know when you're finished.   02:22:35 | 10 scene/configuration command would link   02:26:09 |
| 11   A   Okay. | 11 the bedroom, den and dining room |
| 12   Q   Okay.  Does the '206 patent disclose two | 12 together in one action.  Without this |
| 13 mechanisms for grouping zone players? | 13 single command, the user would need to |
| 14    MR. KAPLAN:  Object to the form. | 14 manually and individually link each |
| 15    THE WITNESS:  I'm trying to see where it   02:23:34 | 15 zone.  Figure 3A provides an   02:26:21 |
| 16 says another mechanism.  I see what it says, but it | 16 illustration of one zone scene where |
| 17 starts -- the line starts with "One mechanism for | 17 the left column shows the starting |
| 18 joining zone players." | 18 zone grouping.  All zones are |
| 19 BY MR. PAK: | 19 separate.  The column on the right |
| 20   Q   Sure.  And what is that one mechanism?   02:23:46 | 20 shows the effects of grouping the   02:26:35 |
| 21   A   It says: | 21 zones to make a group of three zones |
| 22    "To link a number of zone players | 22 named after Morning." |
| 23 together to form a group." | 23   Q   Okay.  So I want to take a look at Figure 3A |
| 24   Q   And what does the '206 patent say that one | 24 now.  It's on PDF page 8. |
| 25 mechanism entails to link a number of zone players   02:24:07 | 25   A   Yes.   02:27:06 |
| Page 178 | Page 180 |

| | |
|---|---|
| 1 together to form a group? | 1   Q   So on the left side of the arrow, you know, I |
| 2   A   So they -- one second. | 2 see bathroom, bedroom, den, dining room, family room |
| 3     "The user may manually link each | 3 and foyer, right? |
| 4 zone player or room one after the | 4   A   Yes. |
| 5 other," sequentially presumably.   02:24:24 | 5   Q   What do -- what does the left side of the   02:27:17 |
| 6   Q   So that's the -- that's the one mechanism | 6 arrow represent, or those rooms represent? |
| 7 disclosed in the '206 patent, right? | 7   A   Based on what we just read, they call them |
| 8   A   Yeah. | 8 zones. |
| 9     MR. KAPLAN:  Object to form. | 9   Q   And the right side of the arrow -- well, what |
| 10 BY MR. PAK:   02:24:37 | 10 does -- what does the right side of the arrow   02:27:42 |
| 11   Q   Is there another mechanism for linking a | 11 indicate in Figure 3A? |
| 12 number of zone players together to form a group? | 12     MR. KAPLAN:  Object to form. |
| 13   A   I guess you must be referring to line 23 | 13     THE WITNESS:  It's the same -- the same |
| 14 perhaps: | 14 zones, but the -- but three of them have been put in |
| 15     "According to one embodiment, a   02:24:57 | 15 a -- some kind of group.  And that group is -- has   02:27:54 |
| 16 set of zones can be dynamically linked | 16 the bracket that indicates that it's called Zone |
| 17 together using one command." | 17 Configuration/Scene. |
| 18    Is that the other mechanism that you're | 18 BY MR. PAK: |
| 19 referring to? | 19   Q   What are -- what are the three zones that are |
| 20   Q   Yes.   02:25:16 | 20 put into some kind of group?   02:28:22 |
| 21   A   Okay. | 21   A   Bedroom, den and dining room. |
| 22   Q   So the '206 patent discloses example zones, | 22   Q   Do you know what the name of that -- what the |
| 23 correct? | 23 patent describes as -- let me start over. |
| 24   A   Right.  They have a list of what they call | 24    What does the patent call this group that |
| 25 zones and then some names, yeah.   02:25:30 | 25 includes the three zones, bedroom, den and dining   02:28:49 |
| Page 179 | Page 181 |

46 (Pages 178 - 181)

1 room?
2   A   Sorry, what was that column?  Was it
3 column 8?
4   Q   Yes, column 8.
5   A   And it says "to make a group of three zones   02:29:03
6 named after Morning."  A little odd that the word
7 "after" is there, but okay.
8   Q   Yeah, go -- look at the sentence before.  You
9 know, it says:
10      "Figure 3A provides an             02:29:32
11   illustration of one zone scene where
12   the left column shows the starting
13   zone grouping.  All zones are
14   separate.  The column to the right
15   shows the effect of grouping the zones   02:29:45
16   to make a group of three zones named
17   after Morning."
18   Right?
19   A   Right.
20   Q   So looking at Figure 3A, the group of zones,   02:29:52
21 bedroom, den and dining room, that's an illustration
22 of a zone scene, correct?
23      MR. KAPLAN:  Object to form.
24      THE WITNESS:  So I didn't provide an opinion
25 on what a zone scene is.  To define that here kind

1 of on the fly would be a little premature, or I'd
2 have to look at it more.
3      You know, reading through for the -- for the
4 other opinions that I formed, I found that zone
5 scene represents some kind of grouping, but it has   02:30:43
6 something additional, some kind of theme or
7 attributes that go beyond a simple grouping.
8      But, again, that's not a -- that's not an
9 official opinion yet.
10 BY MR. PAK:                       02:30:59
11   Q   Okay.  So, you know, looking at column 8, you
12 know, where we were before, and it says:
13      "For instance, a Morning zone
14   scene/configuration command would link
15   the bedroom, den and dining room       02:31:14
16   together in one action."
17   Do you see that?
18   A   Yes.
19   Q   And then, you know, as we discussed, it says:
20      "The column to the right shows       02:31:24
21   the effects of grouping the zones to
22   make a group of three zones named
23   after Morning."
24   Do you see that?
25   A   I see.                         02:31:32

1   Q   So with respect to Figure 3A, you know, the
2 group of three zones named after Morning, that's
3 referring to the Morning zone scene, correct?
4      MR. KAPLAN:  Object to form.  Asked and
5 answered.                          02:31:52
6      THE WITNESS:  Well, but it has -- in line 29
7 it says "Morning zone scene/configuration," and then
8 in Figure 3A it says "zone configuration/scene," the
9 other way around.
10      So I couldn't tell from this for sure without   02:32:13
11 looking further if that is the definition of zone
12 scene or not.  It has additional stuff.
13 BY MR. PAK:
14   Q   Right.  But your understanding of a zone
15 scene is that it's some kind of representation of a   02:32:28
16 grouping that has some additional attributes, right?
17   A   Yes, that's my best understanding.  The
18 attributes having to do with what throughout the
19 specification is called some kind of themes.
20   Q   Why don't we take a look at column 10 of the   02:32:49
21 patent.
22   A   Okay.
23   Q   And I want to look at line 21 here.  It says:
24      "Given a saved scene, a user may
25   activate the scene at any time or set   02:33:21

1      up a timer to activate the scene at
2   610."
3   Do you see that?
4   A   I see it.
5   Q   After the user activates the scene, what does   02:33:29
6 the '206 patent say happens next?
7   A   So they say "scene" here, which is not clear
8 if they mean zone scene in their own language.
9 That's my first thought.
10      But what -- you're saying what do they say   02:33:59
11 in this sentence?
12   Q   Yeah, so let's back up here.
13      And, you know, this is talking about with
14 respect to Figure 6, but at the -- you know, the
15 first paragraph of column 10, says:       02:34:14
16      "The process 600 is initiated
17   only when a user decides to proceed
18   with a zone scene at 602."
19   Do you see that?
20   A   Yes.                           02:34:26
21   Q   So when it talks about a scene at step 610,
22 it's talking about a zone scene, correct?
23      MR. KAPLAN:  Object to form.
24      THE WITNESS:  Probably, but why don't they
25 just write it to make it clear?  It's not -- most   02:34:50

Veritext Legal Solutions
866 299-5127

1 likely is my answer.

2 BY MR. PAK:

3    Q   Okay.  So at 610, you know, I read this

4 before.  It says:

5          "Given a saved scene, a user may        02:35:11

6    activate the scene at any time or set

7    up a timer to activate the scene at

8    610."

9    So what does the '206 patent say happens

10 next?                                             02:35:25

11   A   After this action has happened?

12   Q   Yes.

13   A   It's the next couple of sentences, right?

14   Q   So what does that say?

15   A   So line 24:                                02:35:44

16          "At 612, upon the activation of a

17    saved scene, the process 600 checks

18    the status of the players associated

19    with the scene."

20   Q   Okay.  So what does -- what does the patent   02:35:56

21 say happens at step 614?

22   A

23          "At 614, commands are executed

24    with the parameters, e.g., pertaining

25    to a playlist and volumes."             02:36:11

Page 186

---

1    Q   And what is the next --

2    A   Yeah, go ahead?

3    Q   Can you keep reading the next two sentences.

4    A   Yes.

5          "In one embodiment, data,        02:36:23

6    including the parameters, is

7    transported from a member, e.g., a

8    controller, to other members in the

9    scene so that the players are caused

10    to synchronize an operation configured        02:36:34

11    in the scene.  The operation may cause

12    all players to play back a song in

13    identical or different volumes or to

14    play back a pre-stored file."

15   Q   So after a user activates a zone scene, data   02:36:51

16 is transported from a member to another member in

17 the zone scene, right?

18       MR. KAPLAN:  Object to form.

19       THE WITNESS:  So what is a member here?

20 BY MR. PAK:

21   Q   So a member here -- you know, you just read

22 it here.  It says "transferred from a member, for

23 example, a controller."

24    A member can also be a player, right?

25   A   Okay.                                       02:37:24

Page 187

---

1    Q   I think -- I think member -- so member here

2 is referring to devices or nodes on the network,

3 right?

4    A   Okay.

5    Q   So you agree with me that after a user        02:37:36

6 activates a zone scene, data is transported from a

7 member, for example, a controller or a player, to

8 other members in the zone scene, right?

9    A   Yes.

10   Q   And what does that data that is transported    02:37:57

11 from a member to another member pertain to?

12   A   Well, in the example they provide, it says it

13 pertains to a playlist and volumes.  So we have to

14 read it the way they say it, right?

15   Q   Yeah.  So let's take a look at column 10,       02:38:23

16 lines 12 through 20.  It starts with "In the example

17 of Figure 1."

18    Do you see that?

19   A   Yes.

20   Q   Could you please read the first two            02:38:35

21 sentences.

22   A

23          "In the example of Figure 1, the

24    scene is saved in one of the zone

25    players and displayed on controller           02:38:43

Page 188

---

1    142.  In operation, a set of data

2    pertaining to the scene includes a

3    plurality of parameters.  In one

4    embodiment, the parameters include,

5    but may not be limited to,             02:38:56

6    identifiers, e.g., IP address, of the

7    associated players and a playlist.

8    The parameter may also include

9    volume/tone settings for the

10    associated players in the scene."            02:39:08

11   Q   Okay.  So returning to my question, after a

12 user activated a zone scene, there is some data that

13 is transported from a member to another member in

14 the scene, right?

15       MR. KAPLAN:  Object to form.               02:39:27

16       THE WITNESS:  That's what this paragraph

17 seems to describe, yes.

18 BY MR. PAK:

19   Q   Right.  And that data that's transported from

20 a member to another member is data pertaining to a    02:39:36

21 zone scene, correct?

22       MR. KAPLAN:  Object to form.

23       THE WITNESS:  Well, it's data -- it's a set

24 of parameters that they want to apply to that zone

25 scene they're sending.                           02:39:58

Page 189

---

48 (Pages 186 - 189)

1 BY MR. PAK:

2   Q  Right.  So let me ask you this way.

3      So when a scene is saved in one of the zone

4 players and displayed on a controller, right, there

5 is some form of data pertaining to that zone scene   02:40:12

6 that gets saved in the zone player, right?

7      MR. KAPLAN:  Object to form.

8      THE WITNESS:  This is not the data that we're

9 talking about here that's being sent to it.  I'm not

10 sure I understand.                                02:40:37

11     There's a scene that's been created.  And

12 this to me says that from -- the user can decide

13 from the controller to select that scene -- and I'm

14 paraphrasing -- and send these parameters that we

15 talked about to the zone players in that scene.   02:40:53

16 BY MR. PAK:

17   Q  Okay.  So let's look -- let's relook at

18 column 10, lines 12 to 15.  It says:

19       "In the example of Figure 1, the

20       scene is saved in one of the zone       02:41:08

21       players and displayed on controller

22       142.  In operation, a set of data

23       pertaining to the scene includes a

24       plurality of parameters."

25     Do you see that?                            02:41:18

                                          Page 190

1   A  Yes.

2   Q  Now, when you save a zone scene in one of the

3 zone players, you're really saving data pertaining

4 to the zone scene in one of the zone players,

5 correct?                                          02:41:29

6      MR. KAPLAN:  Object to form.

7      THE WITNESS:  I don't know.  I don't know

8 what they're saving.

9 BY MR. PAK:

10   Q  Well, the zone player has to save some form   02:41:44

11 of data that represents the zone scene, right, if

12 it's going to save a zone scene?

13     MR. KAPLAN:  Object to form.

14     THE WITNESS:  I guess what I'm trying to

15 figure out there is, isn't the zone scene the data   02:42:07

16 itself?

17 BY MR. PAK:

18   Q  Well, let me ask -- let me ask you this way.

19     When you want to save a song on your

20 computer, some form of data is saved on that      02:42:27

21 computer, right, that represents the song?

22   A  Well, it's the audio file that is the song.

23   Q  Right.  So when you -- when you save a song

24 on a computer, you're saving a -- you're saving a

25 file that represents a song and -- let me just     02:42:49

                                          Page 191

1 repeat that.

2      So when you save a song on a computing

3 device, you're saving a file that represents a song

4 in the computing device, correct?

5   A  No, I don't agree with that.              02:43:17

6      What is a song?  That's an abstract -- the

7 song is the file.  So it's not a representation.

8 It's the song.  That is the file that you're saving.

9   Q  So when someone says -- so when a user

10 decides to save a song, what happens under the hood,   02:43:40

11 like, how does the computing device save a song?

12   A  The song --

13     MR. KAPLAN:  Object to the form.

14     THE WITNESS:  Assuming the song is in digital

15 form, the computing device saves the song file which   02:44:02

16 contains a sequence of bits, that, when played back,

17 are the song.

18 BY MR. PAK:

19   Q  Yeah, so let me ask you it this way then.

20     When a user tries to save a song from a     02:44:27

21 computer from an Ethernet interface, right, if --

22 the user inputs a command to save the song, right?

23   A  Yes.

24   Q  And the computing device receives that

25 command to save a song, correct?               02:44:57

                                          Page 192

1   A  Yes.

2   Q  How does the computing device or, you know --

3 starting over here.

4      What action does the computing device do to

5 actually save a song in the computing device?   02:45:14

6      MR. KAPLAN:  Object to form.

7      THE WITNESS:  Assuming the saving location

8 has -- the saving location has been determined,

9 which is the intermediate step, the computing device

10 will start at the first bit and start writing it to   02:45:31

11 that location until it's finished.  In memory or on

12 the hard drive somewhere.

13 BY MR. PAK:

14   Q  So the computing device saves a song in the

15 hard drive or memory, you know, in the form of a    02:45:57

16 file, right?

17   A  I don't know -- the song is a file.  It

18 sounds like you're saying the song is something else

19 and then it gets converted to a file, and that's

20 just not the case.                             02:46:17

21     The song is the file.  Without that, there's

22 no song.

23   Q  Well, let me ask you this way.

24     From a user perspective, right, a user would

25 say that he or she plays a song, right?  He or she   02:46:59

                                          Page 193

1 wouldn't say that he or she plays a file, right, or
2 plays data?
3   A  Well, that's the vernacular as opposed to the
4 actual technical. I could point you to a number of
5 users in my department that would say they're      02:47:27
6 playing a data file.
7     So, I mean, I don't think that's -- I mean,
8 maybe a user would say that, but it doesn't make it
9 technically correct.
10   Q  All right. Let's talk about this in the      02:47:49
11 context of Microsoft Word then.
12     When you save a Microsoft Word document,
13 right, what format does your computing device save a
14 Microsoft Word document?
15   A  It is again a sequence of bits that -- the    02:48:13
16 format is not open to us. It's a Microsoft internal
17 format. So I couldn't tell you what the file looks
18 like. You can only reopen it by using their user
19 interface.
20   Q  When you save a Microsoft Word document,     02:48:39
21 you're saving some form of data, right?
22   A  I mean, that's -- everything on your computer
23 is data, so yes.
24   Q  And that data that is saved represents the
25 Microsoft Word document, right?                     02:49:12

Page 194

1   A  I think it's the same thing. As I said
2 before, it doesn't represent it, it is the Microsoft
3 Word document. It's not like you have another
4 representation. It's the -- it's the only one, and
5 it is the document.                                 02:49:30
6     MR. PAK:  Why don't we take a break now. I
7 think we've been going on for a while. I don't have
8 a whole lot left here. I know it's Friday. I don't
9 want to keep you here too long.
10     THE VIDEOGRAPHER:  Off the record at        02:50:06
11 2:50 p.m.
12     (Recess.)
13     THE VIDEOGRAPHER:  We are on record at
14 3:02 p.m.
15 BY MR. PAK:                                         03:02:27
16   Q  I want to take a look at paragraph 74 of your
17 declaration.
18   A  Yes.
19   Q  Would you please read the first sentence.
20   A                                                03:02:48
21     "Claims 1 and 12 of the '033
22   patent recite transmitting an
23   instruction, and Claims 2 and 3 recite
24   wherein the instruction comprises an
25   instruction."                                     03:02:56

Page 195

1   Q  Okay. And during the break I uploaded the
2 '033 patent and marked it as Exhibit 14.
3     (Exhibit 14 was marked for identification
4   exhibit and is attached hereto.)
5 BY MR. PAK:                                         03:03:09
6   Q  Do you see that?
7   A  Just checking here.
8     Yes.
9   Q  And you looked at the '033 patent, correct?
10   A  Yes, I did.                                    03:03:26
11   Q  I want to take a look at Claim 1 on PDF
12 page 28.
13     Could you please read the transmitting an
14 instruction limitation that you mentioned in
15 paragraph 74 of your declaration.                   03:03:50
16   A  I'm still scrolling.
17   Q  It's the second to the last page.
18   A  Yes. You want me to read the part that has
19 the transmitting the instruction?
20   Q  Yeah. How about -- how about you read the    03:04:13
21 transmitting an instruction limitation, you know,
22 all the way -- all the way before the "wherein"
23 clause.
24   A  Okay. So line 53?
25   Q  Yeah, correct.

Page 196

1   A
2     "Based on receiving the user
3   input, transmitting an instruction for
4   at least one given playback device to
5   take over responsibility for playback    03:04:35
6   of the remote playback queue from the
7   computing device."
8   Q  Okay. Let's take a look at Claim 2,
9 column 18. Could you please read Claim 2.
10   A                                                03:04:47
11     "The computing device of Claim 1
12   wherein the instruction comprises an
13   instruction for the cloud-based
14   computing system associated with the
15   media" --                                        03:04:58
16     Sorry. Let me start over.
17   "The computing device of Claim 1,
18   wherein the instruction comprises an
19   instruction for the cloud-based
20   computing system associated with the    03:05:10
21   media service to provide the data
22   identifying the next one or more" --
23   "the next one or more media items to
24   the given playback device for use in
25   retrieving at least one media item      03:05:22

Page 197

50 (Pages 194 - 197)

1    from the cloud-based computing system
2    associated with the cloud-based media
3    service."
4    Q  That's a pretty long claim, right?
5    So the instruction recited in Claim 2 is        03:05:38
6  referring to the instruction for at least one given
7  playback device to take over responsibility for
8  playback of the remote playback queue from the
9  computing device recited in Claim 1, correct?
10   A  Yes.                               03:06:14
11   Q  In other words, the instruction recited in
12  Claim 2 is not referring to the program instructions
13  stored on the non-transitory computer readable media
14  as recited in Claim 1, correct?
15       MR. KAPLAN:  Object to form.         03:06:43
16       THE WITNESS:  I guess it's not clear what is
17  the difference between the program instructions.
18  Aren't they all instructions?  I'm trying to
19  understand the reference here.
20  BY MR. PAK:                             03:07:12
21   Q  Does the instruction recited in Claim 2 refer
22  to an instruction for the at least one given
23  playback device to take responsibility for playback
24  on the remote playback queue from the computing
25  device in Claim 1, or does it refer to the program  03:07:35

                                            Page 198

1  instructions recited in Claim 1?
2    A  Well, that's the thing.  They're all program
3  instructions, right?  So this instruction,
4  whichever -- whatever it's referring to, is a
5  program instruction, right?  So I don't see the   03:07:56
6  difference necessarily.
7    Q  Well, Claim 1 recites an instruction for
8  the at least one given playback device to take over
9  responsibility for playback of the remote playback
10  queue from the computing device, right?        03:08:16
11   A  Right.  But at the beginning of Claim 2 is
12  program instructions, when executed by at least one
13  processor, cause the computing device to perform
14  functions comprising -- and then a whole bunch of
15  functions -- and then this instruction clause.  So  03:08:35
16  it's --
17   Q  Well, let's look at paragraph 74 again in
18  your declaration.
19   A  Yes.
20   Q  And you say that "Claim 1" -- I'm sorry:   03:08:49
21      "Claims 1 and 12 of the '033
22      patent recite transmitting an
23      instruction, and Claims 2 and 13
24      recite wherein the instruction
25      comprises an instruction."        03:09:04

                                            Page 199

1    So in that sentence, you understand that
2  wherein -- the term "wherein the instruction"
3  recited in Claim 2 refers to transmitting an
4  instruction term in Claim 1, right?
5    A  Yes.  I agree with that.            03:09:31
6    Q  Okay.  So the instruction recited in Claim 2
7  is not referring to program instructions recited in
8  Claim 1, correct?
9        MR. KAPLAN:  Object to form.
10       THE WITNESS:  I guess that's what I was   03:09:45
11  trying to say before.  It's referring to the -- to
12  the instruction that we read in that clause of the
13  claim.  But it's still a program instruction.
14  That's all I was trying to say.
15       MR. PAK:  Okay.  I have no further questions.  03:10:02
16  I appreciate your time, Dr. K.
17       Thanks for your time as well, Marc.
18       MR. KAPLAN:  Sure.  I'm just thinking for a
19  moment.
20       We'll reserve signature.  And no questions   03:10:18
21  for me.
22       THE VIDEOGRAPHER:  We are off the record at
23  3:10 p.m.  This concludes today's testimony given by
24  Dr. Chris Kyriakakis.  Total media used was five and
25  will be retained by Veritext Legal Solutions.   03:10:38

                                            Page 200

1
2        I, CHRISTOS KYRIAKAKIS, do hereby declare
3  under penalty of perjury that I have read the
4  foregoing transcript; that I have made any
5  corrections as appear noted, in ink, initialed by
6  me, or attached hereto; that my testimony as
7  contained herein, as corrected, is true and correct.
8      EXECUTED this _____ day of _____,
9  20____, at _____, _____.
                (City)          (State)
10
11
12
13
        _____
                CHRISTOS KYRIAKAKIS
14
15
16
17
18
19
20
21
22
23
24
25
                                            Page 201

1
2
3      I, the undersigned, a Certified Shorthand
4  Reporter of the State of California, do hereby
5  certify:
6       That the foregoing proceedings were taken
7  before me at the time and place herein set forth;
8  that any witnesses in the foregoing proceedings,
9  prior to testifying, were placed under oath; that a
10  record of the proceedings was made by me using
11  machine shorthand which was thereafter transcribed
12  under my direction; further, that the foregoing is
13  an accurate transcription thereof.
14       I further certify that I am neither
15  financially interested in the action nor a relative
16  or employee of any attorney of any of the parties.
17       IN WITNESS WHEREOF, I have this date
18  subscribed my name.
19
20  Dated: June 14, 2021
21
22
23
           KATHLEEN E. BARNEY
24           CSR No. 5698
25

                              Page 202

                                    52 (Page 202)

**[& - 30]**

| & |
| --- |
| **&** 3:5,15 8:1,3,7 |

| 0 |
| --- |
| **0** 64:21 |
| **00881** 1:6 2:7 7:14 |
| **033** 6:4 195:21 196:2,9 199:21 |

| 1 |
| --- |

**1** 1:25 4:12 7:9 14:14,18,20,23 15:5,16 21:15,16 63:6,10,22 64:15 64:19,22 65:5,7,11 67:25 68:1 79:2 79:17 86:14 89:3 90:16 91:14 92:14 92:17,22 93:22 97:2 129:3 144:20 145:8 157:24 158:20,23 159:5 169:20 188:17,23 190:19 195:21 196:11 197:11,17 198:9,14,25 199:1 199:7,20,21 200:4 200:8
**1/8th** 129:2
**10** 5:17 22:24 119:13,14 124:1 157:24 178:2 184:20 185:15 188:15 190:18
**100** 162:4,12
**102** 122:25 175:2
**103** 158:6,11,16 174:20,23,25 175:13,19
**1038** 158:1
**104** 122:25

**106** 123:1
**108** 122:12,19 123:6 125:2,16 126:5
**10:22** 58:18
**10:30** 58:21
**11** 1:12 2:15 5:19 7:1,5 70:10 101:25 138:18,21
**110** 150:21
**112** 121:24 175:5 175:15
**119** 5:17
**11:23** 93:16
**11:36** 93:19
**12** 5:22 101:19 156:7,10 158:7 164:11 188:16 190:18 195:21 199:21
**13** 6:1 97:17 98:1 159:19,22 199:23
**138** 5:19
**14** 6:4 22:18,21,22 22:23 98:4 196:2 196:3 202:20
**142** 161:3,7 189:1 190:22
**143** 161:25
**15** 149:7,15 155:23 157:18,23,24 174:16 190:18
**156** 5:22
**157** 141:12,16 142:1
**158** 144:21
**159** 6:1
**16** 119:22
**165** 142:11
**17** 110:5

**18** 197:9
**19** 157:25
**196** 6:4
**1979** 38:11
**1980** 38:11
**1990s** 62:10
**1:07** 152:15
**1:43** 152:18
**1g** 51:13
**1s** 15:7,8

| 2 |
| --- |

**2** 4:14 33:10,13 64:22 85:16 92:15 98:1 158:24 195:23 197:8,9 198:5,12,21 199:11,23 200:3,6
**20** 59:18 73:2 158:7 188:16 201:9
**2004** 33:25
**2006** 101:19
**2012** 108:18
**2013** 108:18
**2016** 157:23 160:4 175:20
**2018** 9:12,13
**202** 1:25 132:23
**2021** 1:12 2:15 7:1 7:5 93:22 97:2 202:20
**206** 5:17 99:2,15 119:20 120:5,10 120:13,22 127:3 128:11,21 130:21 131:3 178:1,12,24 179:7,22 185:6 186:9
**21** 4:12 70:11 135:1 157:25 184:23

**216** 132:24
**217** 131:25 132:25 133:3
**22** 98:4 144:14,14 147:3
**23** 98:12 126:14 179:13
**24** 33:25 73:3 101:12,15 141:1 144:17,17 160:14 186:15
**25** 175:20
**25th** 160:4
**26** 144:12 146:8 155:23
**28** 96:11,21 101:22 144:5,15,22,24 145:1,9 146:17 147:14 196:12
**29** 98:12 157:25 180:5 184:6
**2:50** 195:11
**2g** 38:25

| 3 |
| --- |

**3** 4:17 45:23,24 46:2,14 63:20 81:11,12 98:4,10 123:25 144:2 145:20 148:3 155:23 158:7,10 158:21 159:1,2 164:12,17,19,22 165:1 166:5,7 167:21,22,25 168:13,16,25 169:2,14,16 170:15,22 176:2,3 195:23
**3,000** 84:7
**30** 99:19 144:16,23 144:24 145:1,10

Page 1

**[30 - acoustic]**

145:13,22 146:19
147:15 148:25
150:13
**31**  110:7,10 111:14
**32**  161:4
**33**  4:14 131:24
145:21 148:4
**34**  99:20
**35**  99:24 148:17
158:1
**36**  99:24 119:22
125:8 148:5 178:7
178:8
**37**  100:3,8
**39**  100:12,15
**3:02**  195:14
**3:10**  2:14 200:23
**3a**  180:15,23
181:11 182:10,20
184:1,8

**4**

**4**  4:21 61:9,10,13
63:5 66:3 85:24
98:12 101:15
119:21 121:22
122:15,15 125:7
126:4 131:18
147:2 148:14,18
148:23 151:1
164:13,19,23
173:11
**4,000**  84:7
**40**  129:4
**45**  4:17
**450**  161:11
**461**  161:10
**4626386**  1:24
**48**  100:8
**49**  100:17

**5**

**5**  4:24 34:13,16,16
69:1,3,4,6 99:19
122:2 131:23
148:16 149:8,17
149:21,24 150:6
164:23
**5.1**  104:8
**50**  103:16 122:16
125:4,15 126:4
**52**  147:6 150:22
**53**  100:12,17
196:24
**54**  100:21 150:23
**55**  70:11
**56**  130:7
**5698**  1:23 2:16
202:24
**57**  142:2 160:13,15
**58**  155:14,17
**59**  100:21
**5979**  202:23
**5g**  39:2

**6**

**6**  5:2 34:3,4 76:4,6
80:7 99:24 123:25
124:11 139:6
149:7,15 150:20
151:3,4 157:24
185:14
**6,081,907**  141:8
**60**  70:11 100:25
**60/825,407**  101:18
**600**  185:16 186:17
**602**  185:18
**60661**  3:10
**61**  4:21
**610**  185:2,21 186:3
186:8

**612**  186:16
**614**  186:21,23
**615**  156:4
**62**  117:11
**63**  118:2
**64**  126:12,24
**65**  121:23 122:3
**656**  3:9
**66**  131:18 134:11
134:15 136:19
**67**  140:25
**69**  4:24
**6:20**  1:6 2:7 7:14

**7**

**7**  5:6 83:10,13
100:3 150:18
151:10,16 178:6,8
**73**  100:25
**74**  101:3 195:16
196:15 199:17
**76**  5:2 100:4 101:3

**8**

**8**  4:6 5:9 87:18,19
98:1 151:9 178:3
180:2,5,24 182:3,4
183:11
**8,705,764**  4:24
69:14
**802.11**  31:8 32:1,4
32:8,17 123:8,15
123:17,20
**802.11.**  123:3
**83**  5:6
**855**  99:2,17
**865**  3:18
**87**  5:9

**9**

**9**  5:15 42:11 73:2
96:7,8,16,21
101:13 124:5

126:13 141:13
155:15
**90071**  3:19
**907**  142:1,8,13
143:20 144:20
145:1,12 147:2,19
151:19,20
**96**  5:15
**966**  99:2,16
**9:02**  2:14 7:2,5

**a**

**a.m.**  2:14 7:2,5
58:18,21 93:16,19
**aac**  70:1
**abbreviation**
84:14
**ability**  67:15 98:11
124:2 161:17
162:25
**able**  159:8
**absolutely**  26:22
27:2 128:3
**abstract**  72:19
77:2,24 192:6
**abstracting**  72:11
**academic**  17:25
112:14
**accept**  23:21
**accommodate**
10:11
**accomplish**  105:4
**accurate**  23:4,7
74:22 75:2 88:19
97:1,10 202:13
**accurately**  159:9
**achieve**  63:16
130:9
**acknowledgment**
80:8
**acoustic**  15:3,15
16:6,11 153:14

[acoustical - appendix]

**acoustical**  19:12
20:10 153:16
**acoustically**  16:3
**acquiring**  20:10
**action**  1:6 2:7 7:18
157:9,21,22 160:4
164:11 165:3
167:22 174:17,19
175:12,20 180:12
183:16 186:11
193:4 202:15
**actions**  95:3,8,9
**activate**  184:25
185:1 186:6,7
**activated**  189:12
**activates**  185:5
187:15 188:6
**activation**  186:16
**acts**  104:5
**actual**  77:18 83:22
102:15 154:23
160:10 194:4
**ada**  1:6 2:7 7:14
**adapter**  79:7
**add**  167:1
**added**  165:11,18
165:25 166:5,13
169:3
**additional**  22:15
56:4,7,18 104:9
157:1 166:19,21
183:6 184:12,16
**additions**  165:23
**address**  139:18
140:9 151:24,25
176:14 189:6
**addressed**  139:20
**addresses**  140:22
**adjusting**  88:20,20
105:22

**administered**  8:12
**advanced**  72:4
**advantage**  21:7
**affiliations**  7:21
12:14
**ago**  10:23 11:7
14:22 16:25 26:7
94:9 108:17
109:14 110:5
**agree**  7:8 35:6,22
41:6 44:2 47:6,8,9
48:13 54:8 113:21
137:16 144:25
145:8 150:15
162:18,21 163:5
166:5 170:19
172:6 173:25
188:5 192:5 200:5
**agreed**  50:3 53:24
54:1 63:15 119:2
**ahead**  71:12
100:16 176:23
187:2
**aia**  158:1
**algorithms**  62:18
62:19 69:24
**allegedly**  158:2
**allowed**  21:5
126:16
**allowing**  142:18
**allows**  26:9 28:5
42:19 43:11,24
79:8 104:10 131:9
162:3,11
**almeroth**  95:15
**almeroth's**  95:18
**amazon**  15:23
**amend**  59:2
156:20 157:5
174:9 176:18
177:5,14

**amended**  157:10
158:22 159:4
167:21 168:1,9,13
168:14 169:7,17
171:1,22 173:23
176:4
**amending**  172:4,6
173:25 177:16
**amendment**  165:7
168:5
**amendments**
158:25 164:16
165:1,2,16,17
166:4
**amount**  53:21
59:10 60:12 89:11
153:2,25 154:17
**amplifier**  21:1
107:12 124:6
**amplifiers**  104:6
107:10 129:15
**amplitude**  51:5
73:15
**analog**  27:1 38:12
38:22 41:12,20,22
42:2,4 44:4,6,7,12
44:14 45:7 46:23
48:4,8 50:20,23,24
51:2,9,10 52:11,13
52:17 57:13,15,17
57:23 59:4,7
69:21 90:6,10
91:20 92:9 106:24
107:2,8,10,12
108:3 112:23
117:20,25 118:13
118:14,16 120:14
120:23 121:5,13
121:25 122:5
123:24 124:2,7,8
124:12,15,21,22

125:1,6 126:10
128:24 131:10,18
131:19 134:3,4,7
**analogy**  53:14
**analyses**  5:11
**analysis**  73:11
100:4,9,13,18,21
100:25 101:4
**angeles**  3:19
**animation**  160:23
**annual**  83:25
**answer**  10:2,2
16:14 33:1 34:20
59:3 112:13
114:17 120:20
127:15 146:23
154:20 159:8
163:13 171:4
173:6 176:13
186:1
**answered**  154:3
172:2 174:3 184:5
**answers**  9:25
10:16
**anticipation**  175:3
**anticipatory**  175:3
**anybody**  152:12
**apart**  143:7
**apollo**  57:25
**app**  13:24
**appear**  135:22
201:5
**appearance**  7:23
**appearances**  3:1
7:21
**appearing**  7:6
**appears**  62:13
166:14
**appendix**  5:19,22
139:1 156:15

[apple - audio]

**apple** 9:17,18,20
20:1
**applicant** 156:20
157:5,10,13
158:22 159:4
164:16 165:2
166:5 167:25
171:1,5,22 173:23
174:9 175:18,23
176:4,12,18 177:5
177:14
**applicant's** 158:16
**application** 6:1
79:10 101:18
**applications** 18:3
41:25
**applied** 51:14
74:16
**apply** 98:9 189:24
**appreciate** 200:16
**appropriate** 35:9
35:11 50:4 71:3,6
71:7,15 147:8
**approximately**
14:22
**apps** 13:2
**april** 11:8 94:19
**arbitrary** 59:16
**architected** 18:10
18:14,15
**architecture** 63:9
63:11,23 68:14,15
77:5,21 79:5,11
82:4,8,9,12,14,17
86:14 87:4,7
**area** 48:15,19 49:1
49:6,7,11,22,24
50:6 51:3,11,15,17
52:2 53:22 54:3,6
54:10,15,16,20,24
54:25,25 55:2,2,5

55:6,6,9,10,11,12
55:14,17,18,19,19
55:23,24 56:2,3,6
56:8,12,17,17,19
56:21,25 57:2,3,7
58:24 59:11,13,18
59:20,22,23,23
60:3,3,5,6,9,9 64:9
64:11 65:8,11,14
68:2,3,6,10,23
78:2,9,12,16,21,24
80:21 82:5,21
83:3 100:13,18
107:22 108:1,3
112:2 144:7,8
152:21,23 153:3,9
153:19,21,21,22
153:25 154:9,18
154:24 155:1,2,9,9
**areas** 54:18 111:5
**arrive** 38:21 91:4
138:7
**arrow** 181:1,6,9
181:10
**art** 25:14,19,21,23
26:17 27:3 35:24
48:15 54:6,11
70:25 95:4 99:21
110:9,13,25
113:19 114:14
116:13,20 141:6
152:24 168:15,24
170:14
**artificially** 88:20
**ascertain** 167:7
**asked** 154:3 172:2
174:3 177:19
184:4
**asking** 14:6 79:23
163:2 168:4

**aspect** 150:3,3
**aspects** 17:19,20
115:1
**asserted** 94:2,6
98:13 99:25
**assess** 81:18
**assets** 161:18
162:5,13
**assistant** 13:18
**assistants** 160:25
**associated** 54:20
186:18 189:7,10
197:14,20 198:2
**assume** 10:8 28:22
47:13 115:9
125:19 147:17
165:6
**assuming** 117:3
140:5 170:16
192:14 193:7
**assumption**
116:21
**assumptions** 74:17
**astronauts** 58:1
**asynchronous**
31:19 77:16
**atm** 31:20 77:7,10
77:12,14,18,22,23
78:2,9,13,17,21,25
79:7,9 80:17,22
81:2 82:5,17,21
83:4,6 146:14
**attach** 139:18
**attached** 21:17
33:14 45:25 61:14
64:3 69:7 76:7
83:14 87:20 96:17
119:15 138:22
139:1 155:8
156:11 159:23
196:4 201:6

**attempt** 72:11
**attention** 86:25
103:21
**attorney** 3:17 7:24
202:16
**attorneys** 3:8 11:5
12:2
**attribute** 56:4
**attributes** 56:8,18
183:7 184:16,18
**audience** 84:10
88:14
**audio** 5:3 7:7 13:5
15:12 17:17 18:15
19:10 20:24 21:1
21:6 23:22,23,25
24:9,13,17 25:2
30:9 36:3 38:18
49:14 50:12 51:6
51:8,19 52:16,17
52:19,20,22 53:2,4
53:6,19 62:19,25
63:1 67:8 69:20
69:21 72:5 76:12
76:20,24 77:6
78:3 79:6 81:20
82:11,14 85:2,10
87:12 90:7,17,19
102:4,10 103:5
104:4 105:1,8,11
105:23,25 106:24
107:2,12 113:3,5,6
113:7,17,17,23
114:1,12 116:2,6
116:11,18,25
117:6,19 118:23
118:25 119:5,7,24
119:25 120:6,11
120:14,23 121:5
121:12,25 122:2,5
122:6,10 124:6,8

Veritext Legal Solutions
866 299-5127

[audio - buffer]

125:11,11 127:4
127:11,21,23
128:1,2,8,19,22
129:9,11,14,18,19
129:25 130:10,11
130:12,17,20
131:6 133:12
134:3,3 160:22
163:18 164:1,2,8
173:13,21 191:22
**audyssey**  4:12
18:23 19:1,7,8
20:3,4,6,7,18 21:3
21:5,7,14 22:11,19
23:2 103:2,20
**author**  80:25 81:8
**authors**  80:9,14
**automatic**  19:12
**avoid**  66:18 67:5
90:2 138:5,8
**avr5805**  103:3

**b**

**b**  97:18,20 98:23
99:15
**bachelor's**  110:14
111:5,21 113:15
114:10
**back**  41:2 51:8
53:19 58:14 67:5
71:13 92:8 121:6
122:15 123:24
125:7 126:13
128:25 137:19
140:24 148:3
152:10 153:15
155:15 163:1
164:10 165:25
167:8,12 168:23
170:13 178:1
185:12 187:12,14
192:16

**backbone**  64:10
65:8 68:19
**background**  18:25
60:25 130:25
142:12,16 143:4
**ballpark**  9:3
**bands**  38:19,20
**bandwidth**  18:1
38:18 39:2,3 70:5
77:7 82:12
**barney**  1:22 2:15
7:17 202:23
**based**  30:3,16,20
32:20 33:5 37:3
38:12 39:13,15,23
39:24 40:2 41:18
52:9 57:11,12
67:24 73:1 82:17
83:6 84:3 85:11
85:19,21 86:10
87:3,10 90:12,15
92:3 108:2 115:10
123:2,7,13 147:17
148:10 162:16
181:7 197:2,13,19
198:1,2
**basic**  109:19
**basically**  18:2 21:8
26:7 32:18 38:17
95:4 112:1 127:23
**basis**  16:2
**bathroom**  180:3
181:2
**bear**  9:23
**bedroom**  180:3,11
181:2,21,25
182:21 183:15
**beep**  53:15,15
**beginning**  2:14
7:23 199:11

**begins**  54:23
**behalf**  2:13 9:16
12:20 157:12
**believe**  11:17
12:11 72:21 95:21
99:5 104:8
**bell**  103:17
**benefit**  133:7
**benz**  12:12
**best**  16:11 20:2
53:14 72:10 98:11
108:21 184:17
**better**  12:18 131:1
170:25
**beyond**  183:7
**bidirectional**
47:20,21 142:18
142:22 143:8,21
144:4,22,25 145:9
147:14 151:25
**big**  16:13 55:16
67:7
**bigger**  55:17 154:6
154:8
**bit**  17:15,21 39:18
60:22 95:25
109:14 153:11
193:10
**bits**  118:23,25
192:16 194:15
**blending**  38:20
**blitzsafe**  12:11
**blocks**  66:19
**bluetooth**  23:14
24:4 59:10,13,19
**board**  102:23
**boring**  116:1
**bose**  15:23 102:6
102:19 103:10,12
103:16,23 104:1
104:25 105:4,5

106:11,12,15
107:14,21 108:5
108:15,18,23
109:7,12,17,22
**botching**  80:11
**bottlenecks**  66:18
**bottom**  46:14
63:20 66:2 90:16
101:25 131:17
139:8 169:14
**boundary**  54:23
**box**  73:16 78:18
104:4,5,10,14,17
104:22 106:10,20
107:8,11
**boxes**  90:4
**bracket**  181:16
**break**  10:9,10,13
58:13,14 61:9
80:2 93:12 152:9
152:10 195:6
196:1
**breakout**  104:10
**broad**  136:10
164:3
**broadcast**  59:5,6
143:10,22 144:12
144:16,23 145:1,9
145:13,22,24
146:3,7,19 147:9
147:14,21 148:24
**broadcasting**
122:1 131:18
**broadcasts**  144:15
**broader**  59:22
167:2 172:12,15
**broadest**  127:8
**brought**  103:20
**browser**  21:24
**buffer**  81:19 82:15

[buffering - claim]

buffering  78:4
build  18:17
building  68:21
  154:25
built  18:18 22:16
  53:2
bunch  138:7
  199:14
bursty  66:7
business  19:10
buy  20:2,24,25
byte  149:8 152:3

**c**

cable  29:6 32:18
  49:18 90:8 106:14
  129:1,2 132:3,7
  133:4,13,17,22,22
  134:1,4,5
cables  24:13,17,19
  24:24 28:17,23
  29:5 49:10,15,15
  49:15,16,21 51:6
  81:5 106:9,13
  128:22 133:15,15
  133:23 134:7,8
calculate  75:23
calculated  75:24
california  3:19
  202:4
call  8:22 89:15
  95:24 98:17,24
  104:3,10 109:16
  117:9,10 123:12
  138:6 174:4,6
  179:24 181:7,24
called  13:12 18:23
  20:7 21:5 24:19
  30:11 38:16 56:5
  102:19 112:3
  154:10 181:16
  184:19

calling  45:6
calls  126:19
camera  92:24
cameras  86:23
  92:24 161:2
campus  154:25
capabilities
  161:10
capability  132:19
  133:9
capable  37:16
  128:18 134:2
  160:21
capstone  62:8
capture  115:3
capturing  62:19
  92:23
car  19:16
carefully  60:24
carried  53:25
  60:23 108:4
carries  24:8 26:14
  34:21,25 36:7,12
  36:20 37:24 41:9
  45:4 77:12 112:10
  134:3,4,5
carry  25:6,11
  27:15 35:13,17
  36:14 38:2 48:4
  60:15 61:4 134:8
carrying  36:5
  133:25 134:2
case  7:14 9:14,17
  9:18,19,20,20
  10:20 53:23 67:4
  68:24 87:13 88:10
  90:14 92:1,25
  94:2,18 95:16
  97:8 104:8 115:12
  132:17 160:11
  193:20

cases  9:7,9 12:7,10
  12:13 53:1
categorized
  115:19
cause  187:11
  199:13
caused  187:9
causes  60:1
cell  28:12 36:15
  57:12,12 59:9
cellular  36:15
  37:13,19,23 38:2,7
  38:8,9 39:5,14,23
  40:2,7,12,18,20
  51:13 126:16
  127:4 160:24
center  62:7 76:16
  144:12 146:7
central  104:14,21
  104:23 105:13,17
  105:18 106:2,6,10
  106:11,20,20,22
  107:7,8,16,25
  138:13
centralized  129:20
certain  29:13 30:8
  32:9,12 49:25
  74:19 99:9 126:1
  149:17 177:8
certainly  25:2
  35:17 113:25
  116:25 117:2
  148:10
certified  2:16
  202:3
certify  202:5,14
cetera  146:3
challenges  90:18
change  74:24 80:1
  82:19 109:15

changed  82:10
  170:12
changes  101:8
channels  85:9
  86:22
characterize  73:8
  73:19 74:4,7
characterized
  73:4 74:20,25
chat  141:25
checking  196:7
checks  186:17
chicago  3:10 8:7
chris  8:20 21:25
  34:9 200:24
christos  1:11 2:12
  4:3 7:10 8:11,20
  201:2,13
circle  138:3
circles  138:11
circuit  35:2,23
  42:13,17,24 43:5,7
  43:10,18 44:4,7,13
  44:17,21,24 45:3
  45:13,16,16,20
  124:7
circuits  90:10
cited  95:6,7
  157:11 158:14
  159:5,6,10,16
  160:3 171:3
city  54:21 201:9
civil  1:6 2:7
claim  94:1,5,8,13
  95:16 97:17 98:6
  100:5 127:13
  158:20,23 159:5
  164:12,17,19,22
  165:1 166:5,7
  167:21,22,25
  168:8,13,16,25

[claim - computer]

169:2,10,16,20
170:7,15,21,22
172:4 176:3
177:18 196:11
197:8,9,11,17
198:4,5,9,12,14,21
198:25 199:1,7,11
199:20 200:3,4,6,8
200:13
**claims** 99:25
155:22 156:20
157:5,11,24 158:7
158:16 159:1
175:7 176:18
177:6 195:21,23
199:21,23
**clarification** 10:7
**clarify** 163:4
**class** 35:11,15
43:21
**classic** 143:7,21
**clause** 169:10
196:23 199:15
200:12
**clean** 96:11,15
**clear** 40:23 72:2
134:7 163:12
185:7,25 198:16
**clearly** 124:21
**client** 12:8 66:21
**clients** 64:10,12
65:12 66:20
142:20 143:12,15
144:17 146:8
**clockwise** 137:22
138:11
**closed** 17:24
**closest** 73:25
**closets** 44:11
**cloud** 197:13,19
198:1,2

**cluster** 63:23 64:3
64:15,18 66:23
**coaxial** 49:15
**code** 30:10 50:13
51:21 52:7,13,21
52:23 53:5,15
79:25 119:2
**coded** 16:23
**coding** 18:6
**coexistence** 152:1
**collaboration** 5:13
**collaborative**
62:22 79:19
**collaborator** 80:24
**colleagues** 114:2
**collected** 89:21
**collection** 15:1
**collisions** 138:6
**column** 66:3 70:10
73:2 89:3 119:21
121:22 122:2,15
123:25 124:5,11
125:7 126:4 129:3
131:18,23 144:2
145:20 147:2
148:3,16 149:7,15
149:17 150:13,18
151:9 178:3 180:2
180:5,17,19 182:2
182:3,4,12,14
183:11,20 184:20
185:15 188:15
190:18 197:9
**combination**
122:21 125:17
126:7
**come** 50:11 58:14
152:10
**comes** 19:14 31:22
36:13 51:8 114:3

**comfortable** 74:11
**coming** 22:21
29:16 71:13 87:11
105:24
**command** 179:17
180:10,13 183:14
192:22,25
**commands** 105:22
186:23
**comments** 160:9
**commodity** 85:11
**common** 30:3,10
31:15 52:22 85:22
98:21
**communicate**
23:10,13,16,19
24:3,4 29:13
30:16,23 31:13
49:25 50:7 59:9
60:19 64:6 68:9
71:16 91:10
104:14,22 105:10
106:1,2,7,16 108:1
124:16 153:1
154:16
**communicated**
71:7 107:22,23
**communicates**
68:16 90:23 107:7
138:14
**communicating**
24:25 40:17 59:19
60:11 108:6
123:14 153:2,24
154:17 155:8
**communication**
30:18 57:25 59:4
88:15 112:21
137:25 142:19,24
143:16,17 146:5

**communications**
71:1,5 110:20
111:2,10 112:19
**compact** 131:19
**companies** 32:3
37:5 44:11
**company** 15:24
18:22 19:19 114:5
**compare** 15:3 56:5
153:20 154:5
**compared** 15:11
15:14 55:3 79:3
155:3
**comparing** 43:6
**comparison**
154:12
**comparisons**
56:10
**complete** 95:12
97:10
**completely** 75:12
131:8,12
**complex** 75:25
155:1
**comply** 32:4
**components** 20:23
63:18 70:22 79:6
115:8 117:10
123:14
**compression**
69:24 70:2 115:4
**comprises** 101:5
169:24 195:24
197:12,18 199:25
**comprising** 199:14
**computations**
150:12
**computer** 4:14,18
16:20 17:2,7,9,10
30:13,13 33:19,23
35:20 46:7,9,12

[computer - correct]

47:7,14,14 62:24
65:1,21,21,23 79:8
91:19 110:15
111:7 116:1
142:17,23 143:11
191:20,21,24
192:21 194:22
198:13
**computers** 28:11
49:4 50:18 51:22
63:12,13 65:13,17
79:12
**computing** 192:2
192:4,11,15,24
193:2,4,5,9,14
194:13 197:7,11
197:14,17,20
198:1,9,24 199:10
199:13
**conceive** 172:10
**concept** 30:6
**concern** 176:15
**concerned** 37:25
**concert** 84:6
**concludes** 200:23
**concurrently** 64:1
**conducted** 82:25
**configuration**
97:18,19 100:10
100:10 138:13,16
139:8,10,16,24
180:10 181:17
183:14 184:7,8
**configured** 121:24
134:20 136:22
137:15 146:1
187:10
**confirm** 117:18
141:5
**conflating** 78:12

**congestion** 66:10
**connect** 24:17
25:11 44:9 52:17
91:18 104:4
108:11 128:6,6
132:17
**connected** 23:24
24:12,22 28:6
49:17,20 64:8
104:21 106:19
127:25 131:10
133:13,15,19
138:2
**connecting** 48:23
72:3 128:23 132:9
132:10 135:18
**connection** 22:19
23:1,8 29:1 39:3
44:25 64:25 65:1
65:20,24 68:20
89:24 90:4 105:16
128:25 131:20
**connections** 49:14
51:24 64:8 65:19
72:15 104:20
106:13 124:22
**connectivity** 70:17
70:21,24
**connector** 24:20
24:21
**connectors** 77:21
103:4
**connects** 68:16
91:19 132:9
154:15
**consensus** 59:24
**consider** 25:3 95:6
95:7 96:3 134:1
**considered** 54:17
56:25 112:25

**consist** 54:16
**consistent** 153:23
**consists** 79:12
118:23
**consoles** 49:3
**construction** 94:1
94:5,8,13,22 95:16
98:6 100:6 127:12
127:13 135:1,3,13
135:22,24 136:9
136:14,25
**consumer** 22:15
**contacted** 94:4,12
**contained** 201:7
**contains** 192:16
**content** 84:21
143:12 144:13
160:24 165:25
172:23
**context** 13:21
23:23 25:4 27:8
27:11,17 30:4
43:4 47:12 71:11
73:9,14,22 135:18
153:7,8 173:18
194:11
**continue** 7:7
**continuous** 117:25
118:24 119:8
**contradict** 133:6
**contrast** 42:18
43:2,6
**contrasted** 117:24
**contrasts** 43:3
**contribution**
62:16 76:14
**contributions**
62:21,23
**control** 19:22
28:10 31:15
104:12 109:8,11

109:23 166:25
169:22 170:1
**controlled** 104:11
130:13,18
**controller** 104:12
104:14,15,16
130:15,19 138:15
187:8,23 188:7,25
190:4,13,21
**controls** 142:4
**conventional**
102:9 129:9,25
142:17
**conversion** 52:20
**convert** 29:18
52:19 53:4 87:12
91:22,24 92:2,7
162:12
**converted** 51:7
92:9 93:2 122:6
193:19
**converter** 53:1
**converting** 124:3
124:15 153:14,15
**converts** 53:19
91:21
**convincing** 84:6
**coordinate** 105:11
**copper** 29:2,7,10
29:11 49:13,14
106:12 108:4
133:15,22,24
**copy** 96:11 97:1
97:12,15 101:9
142:8
**cords** 45:3
**core** 86:21
**cornell** 33:20
46:25
**correct** 9:9,10
11:20,21 13:19

[correct - data]

17:12,13 18:23
22:12,13 25:8
26:12 28:1,2,15,16
28:24 32:9 33:23
40:3,4 41:10,11
42:3 43:8 47:2
48:1,10 49:8
55:18 60:16,17
61:23 65:10 66:14
67:15 68:2,8,10,11
68:13,18 69:12
75:7 78:22 80:23
82:6 88:2 93:3,23
93:24 94:14 97:1
97:5,8,11 98:2,7
98:14,18,21,24
99:3,17,22,23
100:1,6,10,11,14
100:19,23 101:1,2
101:5 105:19
106:3 107:16,19
107:20 111:12
113:20 117:8,9
118:11,17,18
120:6,23 123:9,18
123:19,22,23
124:16 125:21
127:19,20 132:14
133:4,5 134:6
136:1,11 140:4,12
141:14 143:23
145:10 150:7
151:17 154:18
155:10 158:8
160:4 161:20,21
168:25 170:10,11
170:24 173:11,14
174:14,20 175:16
175:17,20 176:6,9
176:10,15,19,20
179:23 182:22

184:3 185:22
189:21 191:5
192:4,25 194:9
196:9,25 198:9,14
200:8 201:7
**corrected**  201:7
**correcting**  20:11
**correction**  21:4,9
63:3 67:3 84:20
87:1 112:22
**corrections**  201:5
**correctly**  127:15
169:5
**counsel**  7:10,20,25
9:25 10:1 11:15
11:18,19
**counterclockwise**
138:12
**country**  17:18
**couple**  19:9 58:23
166:11 186:13
**coupled**  123:1
**coupling**  53:21
59:10 60:12
**course**  4:15 19:19
30:13 33:19 35:10
35:10,19 59:5
88:18
**courses**  17:2,5,8
17:11,12 112:15
113:24,25 114:18
**court**  1:2:1 7:13
7:16 8:8 10:14
**cover**  54:17 57:6
59:22 127:7
136:10 154:25
**covered**  56:13
153:4
**covers**  55:2,12,18
56:16

**create**  65:22
**created**  38:10
89:19 190:11
**creates**  65:25
**crestron**  102:6,21
102:21
**criteria**  153:18
**cs519**  33:22
**csr**  1:23 202:24
**cto**  18:22
**cups**  60:18 153:1
153:24 154:15,16
155:8
**curiosity**  16:10
**curious**  110:6
**current**  109:4
**currently**  129:7
158:15 169:7
**customary**  111:19
**cut**  24:14 113:13
**cv**  1:6 2:7 7:14

**d**

**d**  20:13 75:18
**dacosta**  158:3
**daimler**  12:11
**data**  23:20,22,23
23:24 24:1,5,8,9,9
24:25 25:1,3,7,7
25:11 26:9,10,12
26:15,17,21,24,25
27:1,3,6,14,15,20
28:1,4,5,7,9,11,12
28:14,18,18,22
29:12,13,16,19,20
30:1,7 32:8,12,16
32:16,19,20,22,22
34:7,19,21,25,25
35:1,3,13,13,17
36:4,5,20,22,25
37:2,20,24,24 38:2
38:3,6,15 39:6,7,8

40:8,8,12,13,21
41:4,9,10,11 42:19
42:24 43:12,25
46:15,21 47:2,6,9
47:11,13,15,25
48:24 49:11,13,23
49:25 50:3,14,24
50:25 51:2,6,10,16
51:18,19 52:1,2,3
52:5,11 53:6,7,7
53:10,11,11,23,25
55:22,25 56:2,3,5
56:8,14,19 57:8,13
57:15,17,23 58:4,5
58:8,12 60:13,15
60:20,25,25 61:5,5
64:7 66:19,22
67:17,18 68:1,12
68:17 69:24 72:16
72:23,24,24,25
77:10,12,15,15,17
77:17 78:10 79:9
82:4,22 83:3,4,5
85:23 87:2,8,10,11
87:14 89:20 90:1
91:11,12,20 92:9
92:10,18,19,22
93:1,1,6 101:1
106:5,21,24 107:2
107:8,9,10,15
108:3 110:19
111:2,10 112:1,4,7
112:10,19,22,23
117:18,19,22,23
117:25 118:5,8,11
118:12,13,14,16
118:20,20,22
119:8 120:2,11,23
121:13 123:17,20
123:21,22 125:1
125:13,18,20

Veritext Legal Solutions
866 299-5127

[data - device]

126:17 127:4,10
127:21,23 128:1,2
128:12,19,22
133:25 134:2,3,4,5
134:8,18,21 135:3
135:6,11,12,13,14
135:24,25 136:9
136:11,15,23
137:2,7,8,17 138:7
138:10 139:11,11
139:18 140:3,7,17
141:5 142:18,21
142:22 143:8,11
143:14,21 144:4
144:13,15,22
145:1,8,13 146:10
146:12,13,15
146:16,17,18
147:7,9,14,15,15
147:20,20,21
148:7,8,19,24
149:10,18,25,25
150:7,8,8,20,21
151:2,5,7,11,16,21
151:24 152:7,21
153:7,14,17
161:11 167:12
187:5,15 188:6,10
189:1,12,19,20,23
190:5,8,22 191:3
191:11,15,20
194:2,6,21,23,24
197:21
datagram 67:12
86:5
date 9:13 10:22
11:7,12 97:7
202:17
dated 202:20
dates 94:16

day 201:8
days 16:25 59:6
76:25
deal 115:2
debate 156:1
decide 190:12
decided 140:9
177:8
decides 104:24
140:20 185:17
192:10
deciding 105:14
decker 3:24 7:15
declaration 5:15
5:20,23 93:11,21
95:1,18,20 96:4,7
96:21 97:2,5,7,10
97:23,25 98:9
101:7,10,13 110:8
110:10 117:12
126:13 134:12
135:2 139:2
140:25 142:9
152:8 155:14
156:16 195:17
196:15 199:18
declarations 95:15
declare 201:2
decoding 105:23
defendant 1:9 2:9
3:13
defendants 9:19
define 30:20
182:25
defined 74:13,15
defining 74:17
definition 25:1,20
26:11,25 35:14
46:15,17 47:6,19
47:24 54:22 59:21
74:16 114:25

127:14 153:12
184:11
definitions 59:15
153:23
degree 110:21,25
111:4,7 115:10
degrees 115:10
delay 81:22 88:21
90:2,5
delays 90:9
deleted 165:14
deliver 62:13 84:5
84:20 143:11
delivering 62:20
77:5
demand 129:8
demodulated 51:7
demonstrated
84:9
den 180:3,11
181:2,21,25
182:21 183:15
denon 20:13 103:1
department 17:9
36:19 177:7 194:5
depending 117:1
131:20 154:14
155:7
depends 38:8
40:16 51:18 89:14
154:21 172:10
177:12
depict 65:11
deposed 8:25 9:2,5
9:11
deposition 1:11
2:12 7:10 8:23
deputy 62:5
describe 72:10
73:12 74:6,21
83:19 88:4 104:1

109:11 189:17
described 65:3,8
73:24 74:10 78:25
79:16 80:22 83:1
85:20 125:2 131:4
138:3
describes 62:1
82:20,24 123:6
146:17 181:23
describing 148:23
149:2,17
description 4:11
148:15 175:8
design 19:6 63:9
78:24 80:16 85:8
designations 99:6
designed 18:10
19:20 23:10,13,16
23:19,21 24:3
46:20 47:8 79:5
79:11,15,16,21,23
80:21 84:23,24
87:8
designing 18:4,7
116:10,17,23
desk 96:12
despite 10:2
destinations 42:21
43:14 44:1
detecting 169:21
169:24
determined 193:8
deterministic
75:15
develop 62:24
device 14:8 24:23
24:23 25:6,7
29:14,19,20 30:8
30:15,16 40:21
49:21 50:1 52:15
52:16 53:18 54:1

[device - distant]

61:1 64:25 65:1
65:19 69:23 72:6
72:18 105:18
121:24 127:11
134:17,19,21,22
135:15 136:1,23
136:24 137:16,20
138:5 139:11,12
139:13 140:9
162:12 165:19,22
166:20,21,25
169:23,24 170:1
192:3,4,11,15,24
193:2,4,5,9,14
194:13 197:4,7,11
197:17,24 198:7,9
198:23,25 199:8
199:10,13
**device's** 161:9,17
**devices** 23:25
25:11 26:8 27:19
28:3,6,13 29:12,15
29:18 31:10 32:5
36:19,24 45:17
47:23 48:23,25
49:24 50:2,6
52:18 53:1 55:9
56:12,16 60:4,6
61:4 77:23 91:9
91:11,13,18 92:23
108:4 122:11,24
124:4 126:17
135:6,10,19 137:7
137:9,19,24 138:2
140:7,12 160:20
162:6 188:2
**diagram** 22:19
23:1 79:3 91:13
91:14 145:5
**dictate** 39:9

**dictionaries**
117:17
**dictionary** 4:18
46:7,9,12 47:1,7
**difference** 27:5
55:22 56:1 133:21
198:17 199:6
**differences** 60:2,8
**different** 12:1,2
27:11 32:19 38:9
38:19,20 39:10
40:14,19,22 41:12
41:13 42:20 43:13
43:25 44:19,23
63:1 69:24 74:15
75:13 78:15,16,19
87:12 91:23
104:11 112:4
116:24 117:7
130:10,10 132:8
133:10,17,19,20
133:24 137:24
138:15 145:2
163:1 164:7,8,8
171:19,20,25
172:1 187:13
**differentiate** 54:7
54:11 56:11
**differently** 40:13
115:17
**difficult** 167:7
**digital** 27:1 30:12
38:24 39:5,14,23
40:2 41:12,21
42:5 43:17,18
44:4 46:21 47:10
47:25 48:6,9
50:15,16,20,23,24
51:16 52:1,3,20
53:4,13 58:2
69:22 91:21 92:10

93:2 107:8 112:23
117:21,22 118:11
118:23,25 119:4
119:25 120:6
122:6 123:18
124:4,14,15 125:6
125:12,18,20
131:19 134:2,5,8
135:10,11 136:17
160:25 192:14
**digitize** 69:21
**dining** 180:3,11
181:2,21,25
182:21 183:15
**direct** 68:23 89:24
98:17,20 99:10
137:1
**direction** 88:13
202:12
**directions** 139:14
142:19
**directly** 66:20
106:3 124:1
133:16 134:22
135:14,18,22
136:1,10,15,24
137:1,5,10
**director** 62:5
**disagree** 35:8,25
41:8 47:24 48:2
155:20
**discarded** 70:4,8
**disclose** 69:17
82:8 128:4 163:17
163:20 172:24
173:18 178:12
**disclosed** 87:3
130:1,21 131:3
136:6 145:11
162:18,21,23,25
171:9 179:7 180:1

**discloses** 82:3
132:6 147:13
163:5,23 164:6
171:18 173:20
176:8 179:22
**disclosure** 147:19
162:17
**discontinuous**
117:24 118:19
**discreet** 117:23
118:6,19
**discuss** 121:12
127:3 128:11,21
131:14 159:16
178:9
**discussed** 48:7
63:14 136:16
183:19
**discusses** 120:5,11
120:14,22 127:6
161:19
**discussing** 72:4
79:22 88:8 93:11
152:7
**discussion** 10:15
25:4 30:5 62:2
128:23 132:11
**discussions** 94:9
**disk** 63:25 131:19
**disks** 63:13
**displayed** 188:25
190:4,21
**disputed** 100:5
**dissimilar** 90:6
**distance** 59:17
89:15 154:8 155:3
**distances** 28:10
57:17 90:7
**distant** 64:10
89:24

Veritext Legal Solutions
866 299-5127

[distinguishes - ethernet]

**distinguishes** 47:1 129:25 130:19 143:20
**distributed** 5:9 72:6 131:11
**distributing** 105:25
**distribution** 143:13
**district** 1:1,2 2:1,2 7:12,13
**dividing** 38:19
**division** 1:3 2:3 7:13 38:17 39:10 39:12 51:13 52:12
**document** 22:6 33:16 46:5 61:16 69:9 76:9 83:16 87:24 119:19 123:11 125:23 138:24 139:3 156:13 159:25 165:4 169:14 194:12,14,20,25 195:3,5
**documents** 95:11 111:19
**doing** 16:3 77:1 81:2 84:22 90:3 91:23 121:21 127:24
**downloaded** 33:20
**dr** 5:15,19,22 8:17 8:22 58:23 80:10 80:15,20 81:1,2 93:21 95:15,15,18 95:20,23 139:2 155:20 156:15 200:16,24
**drive** 124:8 193:12 193:15

**drives** 63:25
**dropouts** 67:6,8
**dua** 6:1 158:3 162:18,21 163:5 163:17,20,23 164:6 171:6,9,18 171:24 172:8,13 172:24 173:18 174:2 176:8
**due** 66:10
**dynamically** 179:16

**e**

**e** 1:22 2:15 20:8,13 63:2 85:1 202:23
**e.g.** 121:25 129:17 186:24 187:7 189:6
**earlier** 29:5 45:8 48:7 60:11 62:3 113:4 127:16
**early** 59:6 76:25
**earth** 55:7
**easier** 96:13 141:17
**easily** 66:9
**east** 20:16
**edition** 4:19 46:6,9 46:11
**effect** 182:15
**effects** 78:3 81:18 180:20 183:21
**eight** 108:17
**either** 37:19 40:8 128:17 130:13,17 155:9 162:11
**electrical** 29:1 31:9 110:15 111:7 113:16 114:10
**electronic** 96:24 141:11 160:20

**electronically** 21:17 33:14 45:25 61:14 69:7 76:7 83:14 87:20 96:17 119:15 138:22 156:11 159:23 196:4
**electronics** 31:9
**elements** 74:20
**elevators** 41:23
**emanuel** 3:15 8:3 11:19,22,25 12:4
**embedded** 116:3
**embodiment** 179:15 187:5 189:4
**embodiments** 70:15
**employee** 202:16
**enable** 67:13 82:13
**enablement** 175:8
**enables** 26:10 67:3 85:8
**enabling** 5:10 135:6,10
**encapsulates** 147:7
**encoded** 46:21
**encoder** 147:6 150:22
**encoding** 119:2
**endings** 133:24
**ends** 54:23 164:23
**engaged** 26:2,19 48:17
**engagement** 11:1 11:3,14 12:3
**engineer** 112:12
**engineering** 62:6 110:15,16 111:7,8

113:16 114:10
**engineers** 31:9
**enhance** 66:5
**ensure** 89:19
**entails** 178:25
**entirely** 176:4
**entryway** 66:1
**environment** 28:8 64:11 65:12
**environments** 13:17 89:7,17
**equalizer** 20:19,21 20:22 21:5,8 22:19 23:5,10,13 23:16,19 24:2,12 24:18,24 49:18,21
**equals** 75:17
**equation** 73:25 74:19 75:16
**equipment** 19:15 63:12 85:12
**error** 63:3 67:3 84:20 87:1 97:16 97:22 101:9 112:22 156:25 167:17 174:13 176:20
**errors** 67:15
**escapes** 12:12
**especially** 13:17 17:15 41:25
**establish** 29:1
**established** 31:10 62:7 142:25
**et** 146:3
**ethernet** 23:17 24:4 29:3 30:14 30:23 31:2,4,5,14 32:15,17,18,21 33:4,5 49:15 63:13 64:5 65:4

Veritext Legal Solutions
866 299-5127

[ethernet - fifth]

68:7,7,9,15 132:2
132:7 133:4,13,21
133:23 134:1,5
146:14 192:21
**euphemism** 35:2
35:23 36:1 41:5
**evaluate** 15:2
**evaluated** 15:15
16:5,7
**evaluating** 13:15
**eventually** 58:2
62:5 94:23 103:7
**everybody** 138:14
**evolution** 39:11
**exact** 9:13 10:22
11:7,12 25:20
**exactly** 72:18
**examination** 4:2
8:15
**examined** 8:12
**examiner** 157:1,23
174:11 176:19
**examiner's** 175:19
**examiners** 174:5
**example** 19:16
27:25 30:24 32:8
36:8 39:19 40:18
47:23 49:18 54:15
57:16,20,25 58:3
59:2,4 60:23
79:17 84:23 86:22
88:16 89:19 91:16
121:4 122:24
123:4 127:17
128:5 132:2 133:4
134:19 136:21
139:25 145:5
150:12 152:22
153:11 155:4
160:24 161:20
163:12 167:11

179:22 180:1
187:23 188:7,12
188:16,23 190:19
**examples** 36:9
42:7 44:6,14 48:4
52:6,14 56:21
57:3 58:24 111:25
115:13,18 131:17
131:21 148:5
150:14 152:20
173:2
**excerpt** 4:17 46:8
**exchange** 36:25
37:2
**exchanging** 48:24
49:23 112:21
**exclude** 127:9
128:16
**excluding** 163:13
**exclusively** 37:17
**executed** 186:23
199:12 201:8
**exemplary** 148:18
150:20 151:10
**exercise** 80:2
**exhibit** 4:12,14,17
4:21,24 5:2,6,9,15
5:17,19,22 6:1,4
21:13,15,16 33:8
33:10,13 34:11
45:22,23,24 46:2
61:9,10,13 69:1,3
69:4,6 76:2,3,4,6
83:8,10,13 87:15
87:17,18,19 96:7,8
96:16,21 119:12
119:13,14 126:13
138:17,18,18,21
141:12,13 142:9
155:15 156:5,6,7
156:10 159:18,19

159:22 164:11
178:2 196:2,3
**exhibits** 4:10
21:15 22:1
**exist** 32:6 35:18
40:5 41:22 44:13
68:20
**existed** 102:4,10
133:18
**existence** 38:23
48:5
**existing** 18:17
87:9 92:12
**expected** 91:25
**expecting** 67:24
**expects** 87:13
**experience** 16:20
16:21 17:14,21
18:4,6 67:9 92:6,7
95:5 102:2 110:18
110:22 111:1,9
113:16 114:11,17
114:18,22 116:9
116:16 117:2,4,5,7
**experiment** 78:13
79:14,21 81:7,9
82:9,25 84:2,4
91:23 92:2
**experimental**
81:12 82:16
**experimentation**
18:2
**experimented**
13:18
**experimenting**
84:18
**experiments** 62:1
62:8 81:2 88:7
**expert** 9:6,6 12:7
12:20 26:2,19
48:17 93:25 98:2

**experts** 95:14
**explains** 34:24
**explicitly** 119:24
125:10
**explore** 58:23
**extend** 104:10
**extreme** 60:22

**f**

**fact** 65:24 89:6,16
**facts** 157:1
**faculty** 62:4
**fail** 41:25
**fair** 16:18 98:6
160:12 177:25
**fall** 29:7,10
**falls** 25:2
**familiar** 20:18
36:2 160:11
**family** 180:3 181:2
**far** 37:24 62:15
88:14 152:20
**fast** 64:4 68:7
**favorite** 20:25,25
**faxes** 63:2
**feature** 13:13
**feel** 84:6
**feet** 59:19
**fewer** 55:9
**fi** 23:11 24:3 30:23
31:4,8,11,25 32:2
32:15,17,21,24
106:16
**fidelity** 88:8
**field** 25:22 36:2
59:24 95:5 110:17
110:18,23 111:1
112:14,18,19
113:22
**fields** 111:2,9,22
**fifth** 4:18 46:9

Veritext Legal Solutions
866 299-5127

[figueroa - founder]

**figueroa** 3:18
**figure** 43:1 63:6
  63:10,22 64:15,19
  65:5,7,11 67:22,25
  68:1 76:19 79:2
  79:17 86:14,17
  92:14,17,22
  144:20 145:8
  148:14,18,23
  149:8,21,24 150:6
  150:20 151:1,3,4
  151:10,16 152:2
  180:15,23 181:11
  182:10,20 184:1,8
  185:14 188:17,23
  190:19 191:15
**figures** 148:13
  151:19 152:2
**file** 187:14 191:22
  191:25 192:3,7,8
  192:15 193:16,17
  193:19,21 194:1,6
  194:17
**filed** 7:12 101:19
  102:3,11
**final** 157:22 160:3
  175:20
**finally** 161:9
**financially** 7:18
  202:15
**find** 42:10 44:10
  44:10 73:12
  114:16 121:11,22
  148:15 155:25
**fine** 9:3 24:16 82:1
  113:14
**finish** 10:12
**finished** 178:10
  193:11
**firefighter** 36:19

**firm** 8:6
**firmware** 72:13
**first** 8:19,19 14:20
  17:16,24 33:22
  36:1 38:10 39:1
  68:3 81:15 84:11
  86:1 89:2,3 91:21
  93:2 94:12 103:2
  103:3 117:15
  129:4 130:6
  142:15 161:6
  162:1 165:21
  169:9 170:3 180:6
  185:9,15 188:20
  193:10 195:19
**five** 58:14 139:25
  200:24
**fixed** 82:10
**fixing** 19:13
**flow** 26:9,10
**flows** 143:14
**fluctuations** 90:20
**fly** 183:1
**fm** 51:4,5
**focus** 34:3 70:10
  142:12
**focused** 21:9
  136:14
**focuses** 85:7
**focusing** 152:3
**folder** 21:15 22:1
**follow** 173:14
**followed** 140:6
**follows** 8:13 79:9
**foregoing** 201:4
  202:6,8,12
**forgetting** 29:4
**forgot** 96:25
**form** 12:5 13:20
  15:21 18:12 23:6
  24:6 25:9,16,24

26:13 27:7,16,21
28:19 29:23 30:8
30:19,25 31:18
32:10,22 37:22
38:3 39:6,7,9
40:10,15 41:16
43:16 45:14 47:3
48:12 52:2 53:4,7
53:10 54:4 58:5
60:21 67:18 69:18
69:22 71:21 72:25
73:20 74:8,14
75:3 79:18 82:23
83:4,20 87:2 88:5
90:25 91:11,22
92:3,11 93:2,4
94:7,15 95:5
106:4,21,23 107:3
107:17 108:8,20
108:25 109:25
111:16 114:7
115:15 117:22,24
118:1,11,13,14,17
119:7,8,11 120:6,8
120:12,15,23,24
121:13 123:22
124:18 126:18
128:10 130:3,23
131:7,15,16
132:15 135:16
136:2,12 137:3
143:25 145:3,15
146:20 147:15,21
149:1,20,25 150:8
150:9 151:22
153:14 156:22
157:6 161:22
162:24 163:7,25
164:18 166:10
167:5 168:3 172:9
173:16 175:21

176:21 178:14,23
179:1,9,12 181:12
182:23 184:4
185:23 187:18
189:15,22 190:5,7
191:6,10,13,20
192:13,15 193:6
193:15 194:21
198:15 200:9
**formality** 175:6
**format** 29:13,17
  30:12 31:7 32:9
  49:25 52:23 120:1
  123:18 125:12,18
  125:21 172:20,21
  172:23,23 173:1,7
  173:10 194:13,16
  194:17
**formats** 105:23
  161:18,20 162:13
  162:19 164:2
  171:10,20 172:1
  172:12 173:3
**formatter** 150:4
  150:23
**formed** 150:21
  183:4
**forms** 41:12 52:5
  52:21 58:8 87:12
  118:19,22
**forth** 97:4 98:2,5,8
  98:10,13 99:20,25
  100:4 137:19
  202:7
**forward** 63:3
**found** 19:25 20:12
  183:4
**foundation** 62:6
  84:1
**founder** 18:22

Veritext Legal Solutions
866 299-5127

**four** 103:8 110:17
140:11,18 169:9
**foyer** 180:4 181:3
**frequencies** 21:11
70:3,6,7
**frequency** 21:10
37:3 38:17 39:12
51:5,13 52:12
57:11
**friday** 1:12 2:15
7:1 195:8
**front** 79:25 110:2
166:6,14 169:3
**full** 162:8
**fully** 19:21 40:23
**function** 73:5,14
73:17 74:21,25
75:1,8,8,11,17,19
75:20,24,25 133:3
**functionality**
22:15
**functions** 132:1
199:14,15
**further** 150:11
152:22 161:19
184:11 200:15
202:12,14
**future** 4:22 61:22

**g**

**game** 161:1
**games** 116:1
**general** 9:22 25:1
25:13 35:12 68:24
107:4 119:9
128:15 170:20
**generally** 54:17
56:15,25 69:17
73:22 112:25
130:12 150:6
156:19 160:20

**generate** 66:6
**generating** 149:9
149:18,25
**generation** 18:3
**generic** 118:4
**geographic** 54:25
55:14
**geographical**
55:12,19 56:12,16
59:23
**geographically**
54:18
**george** 3:7 8:5
60:19
**getting** 61:1 128:7
**gigabit** 64:5 68:7
**give** 9:24 10:15
33:8 36:9 45:23
54:13 69:2 71:10
83:9 87:16 155:4
156:5 159:17
**given** 139:11
184:24 186:5
197:4,24 198:6,22
199:8 200:23
**gives** 131:17 148:5
**giving** 52:6 128:5
**globe** 57:6
**go** 7:8 8:20 10:13
41:2 68:3 71:12
89:23,25 96:13
100:16 101:25
104:6 112:11
120:16,20 121:3
121:18 122:15
125:7 131:8
140:16,24 141:11
142:11 152:14
154:23 155:12
164:10 165:15
176:23 178:1

182:8 183:7 187:2
**goal** 63:16
**goals** 85:5,17
**goes** 18:8 59:17
68:6 138:10 148:3
**going** 16:2,13,14
16:16 35:16 61:5
61:8 72:4 92:12
93:10 108:3
122:22 129:12,22
131:1 155:15
161:13 191:12
195:7
**good** 7:4 8:5 14:4
49:16 133:8
**google** 1:8 2:8 7:12
8:3 10:21 11:15
12:21,24 13:5,10
13:12,13,18,24
14:2,8 26:19
48:17 93:23
**google's** 11:15,18
11:19
**grab** 139:17
**graduate** 19:9
**graph** 141:22
**graphics** 115:25
116:25 164:9
**group** 17:16,19
76:17,18 79:20,20
84:18 97:18,21
100:10 149:11
170:2 178:23
179:1,12 180:21
181:15,15,20,24
182:5,16,20
183:22 184:2
**grouping** 178:13
180:18,20 182:13
182:15 183:5,7,21
184:16

**groupings** 99:7
**guess** 14:5 15:14
16:10 18:13 28:25
34:16 36:23 38:13
40:23 43:22 45:4
45:5 50:22 53:14
104:3,17 112:1
133:23 134:1
135:17 153:12
154:20 163:8
176:10 179:13
191:14 198:16
200:10
**guessing** 94:10
**guide** 22:12
**guidelines** 9:22

**h**

**h** 75:7
**half** 164:20
**hall** 84:7
**handle** 113:1,7
124:2,22
**handling** 112:23
**happen** 51:25
65:20 67:15 91:3
**happened** 97:13
186:11
**happening** 74:18
**happens** 52:24
69:20 88:11 92:5
185:6 186:9,21
192:10
**haptic** 92:25
**haptics** 113:3
**hard** 54:22 59:16
59:21 63:12 79:24
80:2 125:24
130:13 154:11
157:12 164:4
193:12,15

Veritext Legal Solutions
866 299-5127

[hardware - initially]

hardware  72:13
78:15,17 102:21
hardwired  130:17
131:5
harness  63:24
hd  85:8
head  10:16 39:20
42:8 57:24 58:3
74:5 94:17 174:15
176:25
header  42:12 43:5
81:12,16
headers  147:8
152:3
headset  59:10
hear  88:22
heard  36:1 149:13
help  19:6 95:5
121:10
hereto  21:17 33:14
45:25 61:14 69:7
76:7 83:14 87:20
96:17 119:15
138:22 156:11
159:23 196:4
201:6
high  5:2,6 15:24
61:24 62:13 67:9
69:16,22 70:6
76:11,20,24 77:7
78:1,9 82:11
83:18 84:5,14,21
88:8 103:25
higher  18:1 60:5
70:3
highest  26:24
hip  20:15
history  155:25
156:4
hit  22:1

hold  141:24
holds  66:20
home  4:22 13:12
13:14,24 14:2
15:23 19:14 20:22
22:14 33:3 61:22
102:25 103:6
homes  102:23
honestly  153:10
hood  192:10
hotel  154:25
hour  10:9
house  40:21
human  88:23
hundred  84:10
99:6
hydra  5:6 84:13
84:15,16 85:2
86:21
hypothetical
114:15

i

i.e.  146:2
idea  54:13
identical  187:13
identification
21:16 33:13 45:24
61:13 69:6 76:6
83:13 87:19 96:16
119:14 138:21
156:10 159:22
196:3
identifiers  189:6
identify  78:3
identifying  197:22
ieee  31:8 123:3,8
illinois  3:10
illustrating  149:24
illustration  180:16
182:11,21

illustrative  150:11
images  117:6
160:22 173:21
imax  19:16
immersion  62:3
immersive  5:10
63:1
implement  17:17
31:12 78:24
implementation
78:1 80:16
implemented
45:16 80:21
145:23,25
implementing
18:5 116:9,17
implies  47:19
imply  137:10
important  177:8
improve  39:3
incapable  108:6
inch  129:2
include  67:14 99:2
112:20 132:24
133:12 189:4,8
included  109:8
includes  129:10
165:21 170:3
181:25 189:2
190:23
including  17:20
41:23 49:14 70:25
117:19 122:25
144:6 187:6
incorrect  75:11
111:14,18
increased  38:25
increasing  39:2
143:9
incurring  91:3

indefinite  167:23
167:25 175:9
177:18
index  4:1
indicate  75:13
93:6 181:11
indicated  65:15
167:17
indicates  75:10,19
161:16 181:16
indication  75:22
indirectly  125:3
136:11 147:17
individual  32:3
37:5 62:21 63:17
72:11 79:24 80:3
115:7
individually  42:20
43:13 115:9
180:14
industry  54:13
123:2,8
inevitable  90:23
91:1,7
informality
176:20
information  20:10
20:11 26:25 37:16
70:7 89:12 110:19
111:2,9,24 112:3,6
112:9,13 140:21
161:16 162:3,10
informed  94:21
infrared  53:20,20
infrastructure
25:10 26:8 48:22
56:25 81:3 92:13
initialed  201:5
initially  9:17
97:19 103:7

Veritext Legal Solutions
866 299-5127

[initiated - kaplan]

| | | | |
|---|---|---|---|
| **initiated** 185:16 | **integrated** 115:4 | 68:13,16,17,19,23 | **issue** 151:24 |
| **initiating** 166:2 | **integration** 114:3 | 68:24 71:2,6,8,16 | 177:21 |
| **ink** 201:5 | 115:3 | 71:18,25 76:12,21 | **itc** 9:17 |
| **inner** 32:24 | **intended** 82:7,8 | 76:24 85:21,23 | **item** 197:25 |
| **input** 73:13 75:18 | **intent** 137:4 | 89:7,17 90:15,19 | **items** 197:23 |
| 75:20 124:23 | **interact** 14:6 | 90:24 91:10,18,19 | **j** |
| 197:3 | **interaction** 89:6 | 92:10,12,13 93:3 | **jack** 129:2,2 |
| **inputs** 73:10 121:5 | 89:17 | 106:19 108:7 | **jae** 3:6 7:25 |
| 124:3 169:21,25 | **interactive** 88:11 | 119:5,6,10 123:7 | **january** 33:25 |
| 192:22 | **interchange** 30:12 | 123:13 144:6 | **japan** 38:11 |
| **insert** 21:6 | **interconnect** | 160:23 | **job** 1:24 |
| **inside** 20:1 79:7,13 | 104:7 105:25 | **internet2** 17:18,22 | **joined** 95:25 |
| 105:5 107:11 | 106:10 134:3 | 17:23 57:1 62:2 | **joining** 178:18 |
| **installations** | **interconnected** | 68:24 88:9 92:1 | **joint** 79:25 80:25 |
| 102:22 | 107:25 | **interpret** 136:4 | **july** 157:23 160:4 |
| **installed** 13:2 | **interconnecting** | 167:8 | 175:20 |
| 129:16 | 104:13 | **interrupt** 34:10 | **jump** 101:12 |
| **installer** 33:3 | **interconnects** 26:9 | **intervals** 79:22 | **june** 1:12 2:15 7:1 |
| **installers** 22:14 | 105:18 135:5,9 | **introduce** 21:13 | 7:5 93:22 97:2 |
| **instance** 145:24 | **interest** 143:9 | 33:7 45:22 61:8 | 202:20 |
| 180:9 183:13 | **interested** 7:19 | 69:1 76:1 83:8 | **k** |
| **instantaneous** | 13:15 202:15 | 87:15 90:2 96:6 | **k** 8:21,21,21,22 |
| 89:14 | **interesting** 12:17 | 119:12 138:17 | 58:23 93:21 |
| **institute** 31:8 | 20:15 76:22 | 156:5 159:16 | 144:14 200:16 |
| **institutions** 18:1 | **interface** 65:21 | **introduced** 81:22 | **kaplan** 3:16 8:2,2 |
| **instructed** 172:22 | 72:20 131:25 | 83:10 | 12:5 13:20 15:21 |
| 172:25 | 132:1,14,22,23,24 | **introduces** 90:5 | 18:12 21:25 23:6 |
| **instruction** 101:4 | 132:25 133:2,3 | **introduction** | 24:6 25:9,16,24 |
| 101:5 195:23,24 | 192:21 194:19 | 133:6 | 26:13 27:7,16,21 |
| 195:25 196:14,19 | **interfaces** 28:17 | **invention** 122:10 | 28:19 29:23 30:19 |
| 196:21 197:3,12 | 71:24 | 130:2,21 131:4 | 30:25 31:18 32:10 |
| 197:13,18,19 | **intermediate** | **inventor** 69:11 | 34:9 37:22 40:10 |
| 198:5,6,11,21,22 | 193:9 | **invested** 21:2 | 40:15 41:16 43:16 |
| 199:3,5,7,15,23,24 | **internal** 83:22 | **investigator** 62:5 | 45:14 47:3 48:12 |
| 199:25 200:2,4,6 | 194:16 | **involve** 150:14 | 54:4 60:21 69:18 |
| 200:12,13 | **internet** 4:21 5:4 | **involved** 9:18 | 71:21 73:20 74:8 |
| **instructions** | 17:23 18:3 30:16 | **involves** 54:24 | 74:14 75:3 79:18 |
| 198:12,17,18 | 30:20 31:2 33:21 | **ip** 85:11,19 86:10 | 82:23 83:20 88:5 |
| 199:1,3,12 200:7 | 41:24 50:19 56:24 | 86:12 87:3 92:3 | 90:25 93:4 94:7 |
| **instructs** 10:1 | 61:21 65:7 66:8 | 189:6 | 94:15 106:4,23 |
| | 66:14 67:10,11,12 | | |

[kaplan - level]

107:3,17 108:8,20
108:25 109:25
111:16 114:7
115:15 120:8,24
121:20 123:10
124:18 125:22
126:22,25 130:3
130:23 131:7,16
132:15 135:16
136:2,12 137:3
141:15,19 142:1
143:25 145:3,15
146:20 147:23
149:1,20 150:9
151:22 154:2,19
156:22 157:6
161:22 162:24
163:7,25 164:18
165:4 166:10
167:5 168:3 172:2
172:9 173:16
174:3 175:21
176:21 178:14
179:9 181:12
182:23 184:4
185:23 187:18
189:15,22 190:7
191:6,13 192:13
193:6 198:15
200:9,18
**kathleen** 1:22 2:15
202:23
**kathy** 7:17
**keep** 121:22
122:22 129:12,22
161:13 187:3
195:9
**keeping** 74:11
**kimberlee** 3:24
7:15

**kind** 16:1 24:14
27:11 29:21 31:20
35:11 38:8 40:16
49:6 51:5 52:6,12
54:18 57:16 59:15
62:8 65:25 75:22
78:11 79:22 81:6
81:8 82:18 83:23
85:22 86:21,23
88:7 91:23 114:15
115:10 127:24
128:6,9 130:24
132:12 133:17,20
137:5 138:8
167:12 168:17
181:15,20 182:25
183:5,6 184:15,19
**kinds** 38:9 72:17
92:23 111:25
127:8 133:24
167:10,15 171:19
171:25
**know** 10:11,12,22
13:11 20:3,3 22:8
24:18,23,23 32:5
32:24 33:11 35:15
39:16 42:8 43:4
46:3 48:7 56:21
56:23 57:3,22,24
60:11,18 61:10
63:19 69:4 72:17
73:15,16,18 76:4
79:20 82:1,10,13
83:11,21 87:22
90:22,22 91:22
93:10 95:11,12,22
96:8 102:9,15,23
103:1,12,12 104:9
104:18 106:15
107:21,24 108:15
108:23 109:1,5,22

110:5 111:17,18
112:11,15,17
114:5,17,21
115:24 119:10,17
120:19 121:4,6,7
124:11 125:7,24
127:14 128:24
136:3 141:19
146:21,23 156:18
156:19,25 157:14
158:6 162:16
164:22 165:9,15
165:16 167:24
168:8,9 171:4,15
172:3,16 173:9
174:5,12 175:6,7
177:7,20,23,24
178:10 181:1,22
182:9 183:3,11,12
183:19 184:1
185:13,14 186:3
187:21 191:7,7
193:2,15,17 195:8
196:21
**knowing** 176:12
**knowledge** 95:4
**known** 70:25
141:6
**kyriakakis** 1:11
2:13 4:3 5:15 7:10
8:11,17 200:24
201:2,13

**l**

**l** 5:19 20:8 139:1
144:14,17
**lab** 19:9 81:2,8
103:20
**labeled** 64:21
**laboratories** 18:23
19:1

**laboratory** 84:17
**lacks** 175:7
**lan** 64:11 144:7
154:23
**language** 109:17
146:22 185:8
**lans** 154:25
**laptop** 27:25 28:4
**laptops** 28:1
**large** 15:1 17:18
30:2 49:5 54:12
55:15 57:17
**larger** 54:7,18,25
56:5 153:21 154:7
**lastly** 101:3
**late** 62:10 95:25
**latency** 78:4 89:5
89:10,15,16 90:17
91:4
**law** 3:8,17
**layer** 72:13
**layered** 54:19
**layers** 72:11,21
**lead** 66:9
**leading** 176:22
**lecture** 33:25
**led** 18:14
**lee** 3:5,7 8:1,5,5,6
**left** 66:3 139:8
180:17 181:1,5
182:12 195:8
**legal** 7:16 8:19
25:20 98:5,9
111:19 156:23
200:25
**length** 154:14,21
155:7
**letter** 11:1,3
**level** 24:19 26:24
61:24 69:16 73:16
83:18 99:21

Veritext Legal Solutions
866 299-5127

[level - lunch]

103:25 110:8
**licensed**   19:19
**licensing**   19:10
**lifestyle**   102:19
103:10,13,16,23
104:2,25 105:4
106:11,15 107:14
107:21 108:5,15
108:19,23 109:1,7
109:12,22
**light**   90:8
**limitation**   170:8
196:14,21
**limited**   44:10
47:25 55:2,4,6,7
55:12,15 71:1
189:5
**limits**   62:9 88:23
**line**   24:19 59:16
68:5,23 87:5
119:22 121:22
122:3,3,16 123:25
124:5 125:3,8,15
125:15 126:4
129:4 130:6
131:18,24 145:20
145:21 147:3
148:4,5,16 149:7
149:15 150:13
166:9,24 178:17
179:13 180:5
184:6,23 186:15
196:24
**lines**   44:10 70:11
70:11,13 73:2
169:9 178:6
188:16 190:18
**link**   64:5 104:17
178:22,25 179:3
180:10,14 183:14

**linked**   179:16
**linkedin**   27:10
**linking**   179:11
**list**   49:5,12,16
163:11 164:1,4
177:2 179:24
**listed**   102:12,14
111:5 112:16
161:10
**listing**   172:13
**lists**   173:2
**literally**   138:13
**little**   12:15 19:14
39:18 71:9 93:6
95:25 142:4
150:11 153:11
182:6 183:1
**live**   5:7 84:9,14
86:23
**living**   19:15
**llc**   1:8 2:8 7:12
**llp**   3:15
**local**   48:15,19 49:1
49:6,7,11,22,24
50:6 51:3,11,15,17
52:1,18 53:22
54:2,6,10,16,25
55:2,9,11,18,23,24
56:2,3,8,17,19
58:24 59:11,18,20
59:22 60:3,4,8
64:4,8,11,12 65:3
65:11,12,14 68:3
68:10 78:1,9,12,16
78:17,21,24 80:21
82:5,18,21 83:3
100:13,18 107:22
108:1,3 144:7
152:21,23 153:3,8
153:18,22,25
154:4,4,10,18,24

155:2,9
**locally**   129:20
**location**   45:1,1
129:19,21 166:8
193:7,8,11
**locations**   166:3
**logo**   20:11
**long**   28:10 33:3
53:15,25 61:4
89:13 90:7,9
109:14 195:9
198:4
**longer**   89:20 90:8
91:4 154:24 155:3
**look**   23:4 39:21
42:10 46:14 63:5
63:19 66:2 71:10
73:2 77:2 79:2
80:6 81:11 85:4
86:13 89:2 92:14
96:20 101:22
102:20 103:21
117:11 119:21
120:16,20 126:12
129:3 131:23
134:11,25 136:19
139:5 140:2
141:12 144:2,20
147:2,3 148:13,14
148:16 151:7
155:14 156:3
157:9,16,17
158:20 160:13
164:12 174:16
178:2 180:23
182:8 183:2
184:20,23 188:15
190:17 195:16
196:11 197:8
199:17

**looked**   46:11 47:1
109:4,23 120:18
120:19 121:8
159:6 160:9 196:9
**looking**   21:21
39:17 64:15 66:16
67:25 75:16 77:24
81:4 88:22 121:22
131:24 140:25
141:17 150:10
158:10,25 161:25
164:25 166:4
169:11 176:3
180:5 182:20
183:11 184:11
**looks**   194:17
**los**   3:19
**lose**   90:3
**loss**   66:10 90:20
90:22
**lossless**   18:16
**lost**   67:4,16 70:6
89:20
**lot**   16:14,15 49:2
95:10 102:25
177:11 195:8
**loud**   19:2 106:10
106:22 178:6
**loudspeaker**   19:20
107:7 128:8,9
**loudspeakers**   20:5
20:25 28:9 49:4
104:7,13,21 105:1
105:9,19 106:1,5
106:19 107:15,24
**low**   12:16 21:10
90:17
**lower**   20:16 70:7
**ls3ip.com**   3:11
**lunch**   152:16

Veritext Legal Solutions
866 299-5127

[luxury - microphones]

**luxury** 91:6

**m**

**m** 20:8 144:17
**machine** 202:11
**magnitude** 54:14
**mail** 85:1
**mailed** 157:23
  160:4
**mails** 63:2
**main** 20:7 104:3
  104:11,17,17
  174:14
**mainstay** 142:23
**majority** 39:12
**making** 56:10
  74:17
**manner** 118:5
**manual** 4:12 21:14
  22:24 109:16
**manually** 179:3
  180:14
**manufacturers**
  102:14,25
**manufactures**
  102:5
**marantz** 20:12
  103:8
**marc** 3:16 8:2
  200:17
**marckaplan** 3:20
**marked** 21:15,16
  22:1 33:13 45:24
  61:10,13 69:3,6
  76:3,6 83:13
  87:18,19 96:7,15
  96:16 119:13,14
  138:18,21 156:7
  156:10 159:18,22
  196:2,3
**market** 20:16,17
  20:23 33:3

**marketed** 22:16
**marketing** 20:16
  177:7
**master's** 110:21
  110:25 111:4,7,21
**match** 87:13
**material** 78:6 96:3
**math** 74:10,16,16
**mathematically**
  73:23 74:10,22
**matter** 7:11 26:3
  26:20 48:18 93:22
  100:1,6 158:15
**matters** 12:2 30:5
  82:10
**mean** 15:14 16:1
  24:14 25:6,21
  27:22 28:25 29:17
  31:7 34:9 47:11
  47:21 48:5 54:10
  57:24 73:8 99:11
  110:24 111:18
  113:12 130:24
  149:21 151:3
  153:10 155:23
  172:19 173:4,8
  174:4 176:25
  185:8 194:7,7,22
**meaning** 74:15
**means** 26:4,21
  43:2 47:13,13,17
  47:18 48:19 73:9
  73:23 74:16 75:5
  123:2 132:2 133:4
  135:18 137:18
  152:23 170:15
  172:21
**meant** 50:25 51:1
  111:4,6 137:10
  170:17

**measurement**
  16:15
**measuring** 19:12
**mechanical**
  153:14
**mechanism** 38:16
  103:5 178:16,17
  178:20,25 179:6
  179:11,18
**mechanisms**
  178:13
**media** 7:9 17:16
  62:3 64:7 70:24
  84:24 100:22
  112:10 113:2,18
  114:13,24 115:4
  115:18,19,21
  116:4,6,11,19
  117:5,8 119:6
  155:13,21,23
  160:19,21 161:9
  161:17,20 162:4,5
  162:12,13,18,19
  162:21,22 163:1,5
  163:6,11,17,20,23
  163:24 164:6
  165:20 167:2,3,9
  167:13,14,16,16
  168:1,1,9,10,14,21
  168:23 169:1,6
  170:2,8,9,12,13,19
  170:20,22,24
  171:1,2,9,10,19,20
  171:20,23,24,25
  172:1,1,6,7,19,21
  172:25 173:5,10
  173:12,19,20,23
  173:24,25 174:1,9
  174:10 176:4,5,9
  177:15,15,16,17
  197:15,21,23,25

  198:2,13 200:24
**medium** 48:22
  135:5,9
**mediums** 27:15
**meet** 114:16 129:8
**meeting** 79:22
**meetings** 79:21
**meets** 4:22 61:22
**member** 187:7,16
  187:16,19,21,22
  187:24 188:1,1,7
  188:11,11 189:13
  189:13,20,20
**members** 187:8
  188:8
**memory** 110:3
  193:11,15
**mention** 17:7
  124:20 126:10
  128:16
**mentioned** 29:5
  32:7 50:15 51:20
  57:1 96:5 196:14
**mentions** 145:13
**mercedes** 12:12
**met** 62:25
**method** 51:12
  67:14 70:6 77:16
  105:5 148:19,23
  149:2,5 151:11
  169:20
**methods** 32:2
  62:24 70:24 149:3
**metropolitan**
  54:19
**miami** 84:3
**microphone** 19:14
  49:4
**microphones** 28:8
  86:22 92:24,24

[microsoft - network]

**microsoft** 4:17
46:9,11 47:1,7,13
194:11,12,14,16
194:20,25 195:2
**microwave** 146:2
148:6,8,9
**middle** 85:6,14,16
126:15
**miles** 84:8
**mind** 31:22 36:13
51:8 146:22
172:14
**mini** 129:2
**minor** 97:12
**minute** 26:7 33:8
45:23 83:9 87:16
93:12 145:17,17
145:19 148:1,1
156:5 159:17
**minutes** 58:14
121:10,16 152:11
**mischaracterizes**
120:25 123:10
125:22 154:2
176:22
**missed** 85:14
149:13
**missing** 67:23
**mitigate** 91:2
**mixing** 49:3
**mobile** 13:2
**mode** 31:20 77:16
**model** 102:15
103:15,22 108:10
109:3,7
**models** 106:17
**modulated** 51:4
52:21,22 53:5
119:1
**modulation** 30:4,6
30:6,10 50:12,13

50:14 51:6,21
52:7,8 57:11
58:10,11 119:3
**modulations** 52:10
**modulator** 53:5
**modules** 70:17,22
70:23 72:3
**moment** 56:20
57:20 159:8
200:19
**money** 21:3
**monitor** 21:21
**month** 94:9
**monthly** 141:22
**months** 10:23 11:7
11:8
**morning** 7:4 8:5
108:2 136:16
153:4 180:9,22
182:6,17 183:13
183:23 184:2,3,7
**morse** 53:15
**motorola** 37:6
**mouse** 34:10
**move** 110:7
**moved** 47:14
**moves** 72:19
**moving** 99:19
**mp3** 173:11
**mpeg** 69:25
**multeq** 20:8 22:11
22:13,17
**multi** 33:2 102:4
102:10,22 109:16
113:10 129:25
131:5
**multicast** 143:10
143:22
**multicasting** 146:7
**multichannel** 5:3
17:17 18:15 62:25

76:12 77:6 78:5
**multimedia** 38:15
51:19 62:9 92:23
110:20 111:3,10
112:24,25 113:6
113:10,22,24
114:21,22 115:2
115:14,20 116:5,7
116:10,17,22,24
117:4,10 164:7
165:25
**multiple** 36:18
48:23 54:16 57:10
85:9 86:22,23
103:5 113:2
114:24 132:17
133:25 138:4
149:10 163:1
**multiplexes** 68:4
**multiplexing**
38:17 39:11 51:14
**multiplying** 75:24
**multizone** 129:9
130:12,17,20
133:12
**music** 109:18
161:1
**musicians** 88:16
88:18

**n**

**n** 5:22 20:13,13
64:22 75:18
156:15
**name** 7:15 8:18,19
8:19,20 20:8
31:17 56:23 70:4
80:11 102:24
181:22 202:18
**named** 20:14
24:20 180:22
182:6,16 183:22

184:2
**names** 20:4 99:4
102:15,17 179:25
**national** 62:6
83:25
**nature** 12:3
**necessarily** 12:13
18:7 33:4 72:5
199:6
**need** 10:7,10,15
28:23 62:12 63:16
88:15 114:23,23
145:17 147:23
148:1 152:12
154:11 180:13
**needs** 72:14 82:9
125:5
**neighborhoods**
20:15
**neither** 202:14
**network** 17:5,6,12
17:24 18:2,5,11,16
18:17,18 23:20
24:5,9,9,25 25:2,3
25:7,23 26:4,8,11
26:12,14 27:3,5,6
27:9,11,14,15,20
28:1,4,7,9,12,12
28:14,18,23 29:12
29:14,20 30:1,17
30:21 31:21 34:7
34:19,20,25,25
35:1,2,3,3,10,10
35:14,22,23 36:4,4
36:6,7,8,10,11,18
36:20,21,22,23,24
37:1,7,8,10,11,13
37:13,15,17,19,23
38:2,7,9,15 39:5
40:2,7,12 41:4,5,9
41:9,15,15,17,20

[network - object]

42:2,3,5,5,12,13
42:17,18,18,25
43:5,6,7,7,10,11
43:18,24 44:4,11
44:15,17,17,18,20
44:21,24 45:3,6,7
45:9,9,11,12,13,17
45:20,20 46:15,20
46:23 47:2,2,7,8
47:25 48:8,15,19
49:1,6,7,11,22,24
50:2,6,7,10 51:3
51:11,17 52:2,18
52:19,23 53:6,22
54:3,5,14,24 55:1
55:2,3,5,9,10,12
55:17,18,20,22,23
55:24 56:2,2,3,3,8
56:9,15,17,19,19
56:22 57:1,2,9,14
57:16 58:5,9
59:11,14,18,20,22
59:23 60:3,3,5,6,9
60:9,13,20 61:5
64:4,7,9,11,24
65:2,8,12,14 66:1
66:8,14 68:2,3,6
68:10,25 72:12,20
77:10,10,12,14,18
77:18,20,23 78:2,4
78:9,10,10,12,16
78:17,21,25,25
79:4,8,16 80:17,21
80:22 81:9,21
82:5,11,17,21 83:3
85:11,19,21 86:10
86:12,24 87:3,9,13
89:5,10,13,16,25
90:7,11,12 91:24
91:25 92:4 100:13
100:18 101:1

107:22 108:1,3
112:9,12,13 118:8
120:2 122:11,19
122:20,20 123:1,6
123:7 124:5,13,16
125:1,2,4,5,14,16
125:16,17 126:5,6
126:6 127:5,10,13
127:14,15,16,18
127:18,22 128:1
128:13 132:1,7,8
132:22,23 133:3
134:17 135:3,14
135:25 136:10,15
137:7,7,15,20
138:1,2,4,6,16
139:7,10 140:12
140:19 143:21,22
144:4,7,8,15,16,22
144:23 145:1,1,9
145:10,13,14,22
145:24,25 146:3,4
146:10,13,17,17
146:18,19 147:9
147:10,14,15,20
147:21 148:20,24
151:13 152:23
153:3,7,9,17,19,22
153:22,25 154:9
154:18 155:2,9,10
188:2
**networking**  17:14
17:20 76:18
**networks**  4:14
18:7,8,9 24:8
31:20 33:19,23
35:13,17,20 36:3
36:14,15,15 38:10
39:14,23 40:20
41:21,22 44:7,13
45:16 48:4,6

49:13 51:13,15
54:7,12,15,17,20
55:5,6,25 56:5,6
56:11,14 57:4,5,7
57:12,22 58:24
62:24 71:3 72:17
77:7,15,17,17 81:3
88:24 110:19
111:2,9,24 112:1,3
112:5,6,7 126:16
127:7,8 128:15
134:16,19 136:21
141:6 142:17,22
143:8,10,13 144:6
145:2 146:12,13
146:15 152:7,21
152:21 153:13
**never**  18:10 35:19
36:1
**new**  45:22 76:3
84:3 87:17 119:12
138:17,18
**night**  97:13
**node**  63:25 64:3
64:21,22,22,22,23
64:24 65:18,22,24
65:25 66:19,23
138:14
**nodes**  61:4 63:24
64:5,16,18 65:14
65:16,19 67:25
68:9,12 188:2
**nods**  10:16
**noise**  60:25
**noisy**  13:17
**non**  38:3 40:8,13
157:22 160:3
175:20 198:13
**normally**  84:22
102:24

**noted**  95:23 201:5
**noticing**  7:24
**number**  4:11 7:14
15:22,25 30:2
56:12 60:4,5
69:14 71:25
101:18 103:15,22
105:21 108:11
129:10 155:4
163:11 178:22,25
179:12 194:4
**numbered**  34:5
158:24
**numbers**  34:11
102:16
**numerous**  117:17

**o**

**o**  20:13 75:18
**oath**  8:12 202:9
**object**  9:25 12:5
13:20 15:21 18:12
23:6 24:6 25:9,16
25:24 26:13 27:7
27:16,21 28:19
29:23 30:19,25
31:18 32:10 37:22
40:10,15 41:16
43:16 45:14 47:3
48:12 54:4 60:21
69:18 71:21 73:20
74:8,14 75:3
79:18 82:23 83:20
88:5 90:25 93:4
94:7,15 106:4,23
107:3,17 108:8,20
108:25 109:25
111:16 114:7
115:15 120:8,24
124:18 130:23
131:7,16 132:15
135:16 136:2,12

Veritext Legal Solutions
866 299-5127

[object - output]

137:3 143:25
145:3,15 146:20
149:1,20 150:9
151:22 156:22
157:6 161:22
162:24 163:7,25
164:18 166:10
167:5 168:3 172:9
173:16 175:21
176:21 178:14
179:9 181:12
182:23 184:4
185:23 187:18
189:15,22 190:7
191:6,13 192:13
193:6 198:15
200:9
**objected** 55:15
**objection** 10:3
123:10 125:22
130:3 154:2 165:4
172:2 174:3
**objections** 7:22
154:19
**objective** 16:15
**observation** 96:1
**obvious** 59:5,8
109:13 111:20
115:24
**obviously** 28:11
94:18 137:6
177:12
**obviousness**
174:25
**odd** 182:6
**offer** 93:25 94:4
94:13
**offered** 12:23 13:1
**office** 95:3,3,8,9
157:9,20,22 160:3
164:10 165:2

167:22 174:17,19
175:12,20
**official** 183:9
**offline** 84:24
**offs** 91:2
**oh** 10:22 22:3,23
31:1 85:18 95:9
102:17 128:3
142:2 159:2 162:9
166:23
**okay** 8:22 9:21
10:19,24 11:11
12:17 13:24 14:5
14:8 22:3,9,11,25
23:1 25:6 26:11
27:19 29:19 30:15
33:7,10,12,18 34:3
34:14 37:10 42:2
45:22 46:2,8
47:24 48:15 55:16
58:15,25 59:8
61:8 63:5,19
67:25 69:1,3
70:20 71:13,14
73:2 76:1 77:24
81:11 82:2 83:8
83:10 84:25 85:4
85:19,24 87:15,17
90:16 91:3,9
92:14,16 93:10,13
94:21 96:14,19
97:4,15 98:12
99:13,19 101:14
101:15 106:9
107:21 108:5
111:6,13 115:21
117:3,11 118:2
121:15,17 126:12
129:3,23 133:2
134:10,25 135:24
139:15 140:24

141:13,20 142:2,7
142:8,11,14,15
143:19 144:2
150:18 152:6,11
155:12 156:3,6,15
157:19 158:10,20
159:10,15 160:2,6
160:18 161:3,19
162:16 164:10,25
165:12 166:4
169:18 170:7
173:18 174:16
175:10 178:4,5,11
178:12 179:21
180:5,8,23 182:7
183:11 184:22
186:3,20 187:25
188:4 189:11
190:17 196:1,24
197:8 200:6,15
**old** 44:9 45:2
57:25 133:7
**once** 92:9
**ones** 32:25 33:1
50:15 51:20 53:13
64:21 65:14 67:23
102:12 113:3
114:1 115:24
116:1 140:16
**onkyo** 103:9
**onward** 122:3
**open** 17:25 22:9
71:23 138:20
194:16
**opened** 22:7
**opening** 22:4
**operates** 67:22
103:24 104:2
**operation** 52:24
187:10,11 189:1
190:22

**operator** 45:2
**opinion** 16:12
36:21 48:5,8 61:6
110:12 116:11,19
120:18 154:1
167:19 168:6,18
177:18,19 182:24
183:9
**opinions** 12:20,23
13:1 94:1,5,13
95:5 97:4 98:8
99:20 183:4
**opposed** 10:16
46:22 173:7 194:3
**opposite** 52:24
92:5
**optical** 29:2 30:11
49:16 50:14 51:21
**order** 63:16 69:22
77:23 81:18 88:19
90:2 114:22 115:6
119:5 129:17
130:9
**ordinary** 99:21
110:9,13,24
113:19 114:14
116:13,20 152:24
168:15,24 170:14
**organizations**
44:12
**organized** 118:6
**orientation** 137:22
**origin** 83:24
**original** 41:18
44:8 70:4
**originated** 101:17
**osi** 71:23 72:9,24
**outcome** 7:19
**output** 73:4,12,17
74:25 75:1,10,14
75:17,19,24

Veritext Legal Solutions
866 299-5127

[output - parameters]

107:12
**outputs**  73:11
104:6,7
**outside**  10:10
**oval**  110:3
**overall**  54:14
**overcome**  84:21
157:11 159:5
171:3 172:8 174:2
**overview**  98:13,17
98:23

**p**

**p.m.**  2:14 152:15
152:18 195:11,14
200:23
**packages**  86:24
**packet**  35:10,17
39:13,15,23,24
40:2 41:5,15,17
42:3,5,12,17,18
43:5,7,11,24 52:8
57:11 66:7,9,14
73:1 78:3 81:19
82:15 83:5,6 85:2
90:12,15,19,22
92:3 119:10 134:2
147:6 148:8,9
149:10 150:21,22
151:24 152:3
**packetized**  90:12
92:18 93:7 134:9
**packets**  32:16,20
32:20,23 39:8
42:19,24 43:12,24
52:3 53:8,11 58:6
66:22 67:4,16,18
67:22 68:1,12,17
72:24,25 82:4,22
87:8,10,14 91:12
92:6,11 93:3
107:16 118:4,11

118:12,13,15,16
118:20,24 119:4,8
123:22 134:5
135:7,11,12
136:17 147:7,16
147:22 148:19,24
149:10,18,19,25
150:7,8,14 151:2,5
151:7,11,16,21
**page**  4:11 9:21
22:18,21,22,23,24
33:22 34:4,11,13
34:16,16 42:11
46:14 63:5,20,20
63:22 64:2 66:3
70:11 79:2 80:7,7
81:11 85:24 86:14
89:3 90:16 92:15
96:13,20,21 97:17
101:13,23,25
119:22 126:14,14
135:1 139:5,6
140:25 141:12,15
141:16 142:11
144:21 157:18
158:21,21 159:1
160:14 161:4
164:13,19,23,23
166:24 169:14
174:16 180:24
196:12,17
**pages**  1:25 96:12
**paid**  103:21
**paired**  15:8
**pak**  3:6,11 4:6
7:25,25 8:16 12:9
12:19 13:23 16:4
18:20 21:18 22:5
23:9 24:10 25:12
25:17 26:1,16
27:13,18,24 28:21

29:24 30:22 31:3
31:24 32:14 33:15
34:15 38:1 40:11
41:1 42:1 44:3
45:18 46:1 47:5
48:14 54:9 58:13
58:22 61:3,8,15
69:8 70:9 72:8
74:2,12,23 75:9
76:8 80:4 83:2,15
84:12 87:21 89:1
91:8 93:9,20
94:11,20 95:22
96:2,18 106:8
107:1,5,18 108:14
108:22 109:6
110:4 111:23
114:8 115:16
119:16 120:9
121:9 122:7
123:16 124:24
126:2,24 127:2
130:4 131:2,13,22
132:20 135:20
136:8,18 137:12
138:23 141:16,23
142:3 144:1 145:7
145:16 147:1,25
148:12 149:6,22
150:17 152:6,19
154:13 155:5
156:12 157:3,8
159:24 161:24
163:3,15 164:5,21
165:8 166:16
167:20 168:7
172:5,18 173:17
174:7 175:25
177:3 178:19
179:10 181:18
183:10 184:13

186:2 187:20
189:18 190:1,16
191:9,17 192:18
193:13 195:6,15
196:5 198:20
200:15
**paper**  5:6 62:11,17
76:18,25 80:25
82:16 83:23
**papers**  79:19
**paradigm**  15:24
**paragraph**  63:21
66:3,17 70:12,15
72:7 85:25 86:1
89:2 100:4,25
101:12,15,15,22
110:7,10 111:14
112:8 117:11,14
118:2,2 122:15,16
125:25 126:12,15
126:22,24 130:5
134:11,15 136:19
140:25 142:15
143:3,5 144:3,11
145:20 148:4,17
149:4,14 150:2,18
155:14,17 158:24
160:13,15 161:3,7
161:25 164:20
168:19 169:12,15
176:2 185:15
189:16 195:16
196:15 199:17
**paragraphs**  98:1,4
98:12 99:19,20,24
100:3,8,12,17,21
101:3
**parameter**  189:8
**parameters**
186:24 187:6
189:3,4,24 190:14

[parameters - pictures]

190:24
**paraphrasing** 73:3
190:14
**part** 14:25 18:14
57:6 79:24 81:7
83:24 96:12 97:17
97:18 113:22
129:8 136:15
167:6 196:18
**participants** 7:6
**particular** 81:7
88:10 100:22
106:18 155:13,22
156:2 162:19,22
163:6,9,24 165:18
165:19,20,22,24
166:6,12,13,17,21
167:1,3,8,13,15,16
168:1,5,10,14,20
168:22 169:3,6,23
170:1,2,9,12,20,23
171:2,10,23,24
172:7,11,17,19,21
172:25 173:4,10
173:12,19,24
174:1,10 176:5,9
177:15,17
**particulars** 170:17
**parties** 7:8 100:5
202:16
**parts** 38:23 47:8
62:18 65:20 79:7
**party** 7:18
**party's** 94:21
**pass** 90:1
**passage** 28:5
**passages** 120:22
121:12
**passing** 23:25
139:17

**paste** 97:12,15
101:9
**patch** 45:2
**patent** 4:24 5:17
6:1,4 9:9 12:7
69:11,14,16 70:5
72:2 73:3 95:3
99:15,17 119:20
120:5,10,13,17,22
121:7,11 123:6
124:11,21,25
125:2 127:3
128:11,21 129:3
129:24 130:1,16
130:21 131:4,14
132:6 141:7 142:1
142:8,13 143:20
144:21 145:2,12
145:18 146:9,16
147:2,13,19,24
151:20,20,23
152:5 156:4 160:2
160:10 161:19
175:7 177:9 178:1
178:12,24 179:7
179:22 181:23,24
184:21 185:6
186:9,20 195:22
196:2,9 199:22
**patents** 69:10 94:2
94:6 95:2 98:13
98:18,21,24 99:2,2
99:7,9,10,10
101:16 102:3,11
128:4 159:14
**path** 21:6,6 40:18
40:22 143:17
**paths** 40:14
**pattern** 53:18
**patterns** 152:3

**paying** 86:25
**pbx** 41:19
**pc** 139:17,19,19
140:2,3,7,10,17,22
**pcs** 139:25 140:3
140:18
**pdas** 160:25
**pdf** 22:18,22,23
34:4,16 42:11
63:5,20 66:3
70:10 80:7 81:11
90:16 92:15 96:21
119:22 126:13,14
139:5 141:12,15
141:16 142:11
144:21 157:18
158:21,21 159:1
160:14 161:4
164:13,19,22,23
174:16 180:24
196:11
**peer** 17:20,20
51:24,24 71:19,19
**penalty** 201:3
**pending** 10:12
158:16
**people** 20:24 21:2
27:10 45:6 59:24
64:24 72:16 84:10
138:6
**perceive** 172:11
**percent** 99:7
**perform** 88:19
199:13
**performance** 5:10
5:12 13:16,16
15:3,16 16:6,11
18:7 77:25 84:5
88:23
**performed** 81:23

**performs** 13:17
**perjury** 201:3
**person** 25:20
40:19 110:12,24
113:12,15,18,19
114:9,13,14,16,23
116:9,12,12,16,19
116:20,22 117:3,4
117:6 152:23
153:2,13 154:17
168:15,24 170:14
**personal** 59:13,23
60:3,6,9 65:13,16
160:25
**personally** 153:10
**perspective**
193:24
**pertain** 188:11
**pertaining** 186:24
189:2,20 190:5,23
191:3
**pertains** 188:13
**phillips** 30:12
**phone** 13:2 36:15
37:16 40:18,21
59:9 128:18
**phones** 28:12
57:12 128:3,4
160:24
**phrase** 115:17
**phrases** 73:18
74:3 165:14
**physical** 19:25
44:25 72:14
112:17
**piano** 88:17,18
**pick** 139:25
**picture** 88:8 92:7
115:25
**pictures** 113:2
173:21

Veritext Legal Solutions
866 299-5127

[piece - process]

**piece**  86:20 88:17
**pieces**  63:17
**pixel**  14:8
**place**  7:8 28:11
  47:18 89:18
  129:17 202:7
**placed**  202:9
**places**  19:17 41:23
  41:24 89:24
  165:19 166:11
**plain**  44:9
**plaintiff**  1:6 2:6,13
  3:3 7:11 8:6
**plan**  10:9 20:16
**planet**  55:7
**play**  14:14,18,20
  14:23 15:5,7,8,16
  88:17 98:17,20
  99:10 105:1,11
  109:18 128:9
  129:18 162:19,22
  163:1,5,18,21,23
  164:7 171:10,19
  171:25 172:19,21
  173:4,9,12,19
  187:12,14
**playback**  79:10
  100:22 155:13,22
  155:23 165:19,20
  165:22 166:2,6,12
  166:14,20,21,25
  166:25 167:2,3,11
  168:1,2,10,11,14
  168:21,23,23
  169:1,4,7,22,23,25
  170:2,9,9,12,13,19
  170:23,24 171:2,2
  171:23,24 172:7,7
  173:23,24,25
  174:1,9,10 176:5,5
  176:9 177:15,16

  177:16,17 197:4,5
  197:6,24 198:7,8,8
  198:23,23,24
  199:8,9,9
**played**  105:7
  192:16
**player**  132:14,21
  132:22,23 160:19
  162:4,12,18,22
  163:5,17,20,23
  164:6 171:10,19
  171:25 179:4
  187:24 188:7
  190:6 191:10
**players**  122:25
  129:11,14 130:11
  131:11 132:17
  161:1,1,2 178:13
  178:18,22,25
  179:12 186:18
  187:9,12 188:25
  189:7,10 190:4,15
  190:21 191:3,4
**playing**  104:19
  130:9 165:25
  172:22,25 194:6
**playlist**  186:25
  188:13 189:7
**plays**  167:8,12,12
  193:25 194:1,2
**please**  7:22 8:9,17
  8:24 10:7 30:21
  46:17 70:13 104:1
  110:9 117:14
  122:16 129:4
  135:2 155:17
  160:14 161:6,13
  162:1,7 165:1
  178:6 180:6
  188:20 195:19
  196:13 197:9

**plugging**  45:2
**plurality**  189:3
  190:24
**point**  64:19,25
  65:25 72:7 95:24
  99:4 124:10 194:4
**pointed**  85:15
**points**  65:20 138:4
**police**  138:8
**popular**  20:23
  69:25
**portable**  69:23
**posita**  155:21
**possibilities**  149:4
**possibility**  133:18
**possible**  57:18
  60:7 76:23 95:12
  121:3 143:16
  148:10 152:1
  164:3
**possibly**  54:16
  103:18
**pots**  44:9
**power**  152:9
**powerpoint**  116:2
  173:21
**powers**  124:7
**pre**  119:2 158:1
  187:14
**preamplifiers**  49:4
**preconfigured**
  130:14,18
**predominantly**
  146:6
**premature**  183:1
**prepare**  94:25
  96:4
**preprogrammed**
  130:14,18
**present**  7:20 77:4
  122:9

**presentations**
  116:2 160:23
  173:21
**presented**  78:2
  83:25 89:22
**presumably**
  176:14 179:5
**presume**  175:22
**pretty**  11:10 30:2
  36:2 39:16 55:16
  90:9 198:4
**previous**  43:2 59:2
  76:19 91:15
  132:11 166:24
**principal**  30:3
**printers**  49:5
  50:18 51:23
**printout**  96:15
**prior**  95:3 114:19
  202:9
**pro**  22:11,13,17
**probably**  12:1
  16:16 29:3 36:12
  38:10 39:13 43:1
  49:16 60:4 71:24
  94:9 95:13 108:17
  109:3 111:19
  159:6 168:17
  185:24
**problem**  69:20
  97:12 170:16
**problems**  19:12
  84:21
**procedure**  92:5
**proceed**  185:17
**proceeding**  7:22
**proceedings**  202:6
  202:8,10
**process**  23:21
  161:17 185:16
  186:17

Veritext Legal Solutions
866 299-5127

**[processing - quoting]**

processing   24:1
72:5 104:4 113:1
113:1 124:3,12
128:18 160:21
161:10
processor   104:18
104:23 105:6,13
105:17,20 106:2,6
106:11,20,22
107:7,11,16,25
199:13
produce   23:22
92:18 153:21
producing   124:14
product   13:21
14:3 16:11 19:1
19:11 20:4,6,7,19
21:3 102:15,17,24
103:2 105:7 107:4
107:6,6,14
products   12:24
13:5,9 14:11,13,15
15:2,13,16,23 16:5
16:7 19:6,20,25
20:4,14 21:4 44:9
121:5 124:22
professional   16:19
professor   84:16
program   78:5
117:2 198:12,17
198:25 199:2,5,12
200:7,13
programmed
16:24
programming
16:20
programs   115:25
project   85:5,7,17
proposed   135:1,13
135:22

proprietary   32:3,6
32:25 37:5
prosecution
155:25 156:4,21
157:5
protocol   29:21
30:3,7 31:15 37:1
38:18 50:7,22
53:24 54:1 67:2,3
67:10,11,12,13
72:9,24 77:14,19
77:22 78:10,13,17
78:21 79:9 82:6
82:21 83:4,6,7
84:20 85:21,22
86:4,6 138:5
protocols   29:25
30:11,13,17 31:17
32:7,11,13,19 37:4
41:13 50:10,12,14
50:19,20,21,23,24
51:2,10,16,23 71:4
71:6,7,15,20 72:1
81:10 89:18
112:21 119:11
140:5 142:25
proves   48:6
provide   98:16,23
100:8,12,17,21,25
101:3 103:4
132:19 133:9
182:24 188:12
197:21
provided   12:20
22:14 70:23 99:5
99:8 106:12 124:8
129:20 142:9
167:11
provides   67:14
72:15 75:22 104:5
104:7 131:25

133:3 180:15
182:10
provisional   101:17
psb   15:23
public   17:25 37:8
37:10 45:8,11,12
127:18,22,25
128:12 177:12
publication   4:21
5:2,9 6:2 61:24
65:4,9 66:13
76:11,15 78:20
79:1 80:22 82:3,7
82:20,24 83:18,22
84:13 85:6,20
86:9 88:4
publications   61:19
76:10 88:1 141:4
160:3
pulse   30:9 50:13
50:13 51:20,21
52:7,7,13,13,21,22
52:22 53:5,5
119:2
pulses   53:16
purchase   14:20,23
purchased   15:2
purely   38:22
purpose   48:23
119:9 130:25
152:4
purposes   43:21
78:13 96:1 150:12
push   62:9
put   19:15 25:3
30:7 63:14 71:11
79:8,13 119:11
130:5 171:16
181:14,20
puts   52:21 68:5
140:21

putting   141:24

**q**

qualification   98:2
qualify   113:19
114:13 116:7,12
116:20
quality   5:2 39:4
62:14 63:3 66:6
67:9 69:22 76:11
76:20,24 78:5
81:20 82:11 84:5
84:21 85:9
question   10:6,8,13
14:4 40:24 44:19
59:1 71:14 96:11
114:15 123:24
124:20 152:25
156:24 170:16
173:7 176:10
189:11
questions   9:24
10:1 200:15,20
queue   197:6 198:8
198:24 199:10
quick   58:13
121:21 134:14
quickly   168:18
quinn   3:15 8:2
11:19,22,24 12:4
quinnemanuel.c...
3:20
quite   17:15,21
55:15
quotations   117:18
quote   118:1
quotes   117:21,21
117:22
quoting   152:5

[r - related]

| r | | | |
|---|---|---|---|

**r**  8:21

**radio**  37:3 51:5
57:10,16 58:1
146:2 148:6,8,9

**radiofrequency**
58:11

**randolph**  3:9

**range**  21:10

**rca**  24:19,21,24
29:5,6 49:18,21
106:13 128:22
129:1 133:15,22
134:4,8

**reaching**  98:8

**read**  46:10,17
53:18 70:13 80:13
81:15 95:2,2,10,18
95:20 110:9
117:14 121:3
122:16 125:4
129:4 130:6 135:2
143:4 155:17
159:12 160:8,14
161:6,13 162:1,7
162:17 168:4
169:9,16,16 178:5
180:6,6 181:7
186:3 187:21
188:14,20 195:19
196:13,18,20
197:9 200:12
201:3

**readable**  198:13

**reading**  43:22
122:3 124:1 148:4
168:18,19 169:5
183:3 187:3

**real**  91:21 134:14

**reality**  62:14

**realized**  34:12

**really**  20:6 72:2
73:23 76:23
114:17 136:14
165:15 191:3

**realtime**  86:4 91:5
92:19 93:7

**reason**  16:8 34:13
34:24 57:21 76:22
89:22,23 158:13
167:19 171:15
174:12 176:17
177:13,23

**reasonably**  97:11

**reasons**  16:6 157:2
157:4,13 174:8,15
176:24 177:1,2,5,6
177:11,11

**rebroadcast**  57:18

**recall**  12:10
102:17 103:23
108:12 120:21
133:11

**receive**  52:18
66:22 87:8 91:11
106:5 121:25
126:17 127:21
134:18 135:11
137:9,17,23
139:11 140:3,7

**received**  67:18
87:3 89:13 123:18
123:22 124:13

**receiver**  21:1
31:13 53:2 86:16
86:19 102:25

**receivers**  20:12

**receives**  105:23
134:21 136:23
144:12 192:24

**receiving**  30:8
45:1 47:15,22
51:7 52:24 53:18
120:6,11,14,23
121:12 125:20
127:4,6 128:12,15
128:22 135:14,25
136:4,11 137:2,8
137:24 151:11
197:2

**recess**  58:19 93:17
152:16 195:12

**recite**  195:22,23
199:22,24

**recited**  158:15
198:5,9,11,14,21
199:1 200:3,6,7

**recites**  199:7

**recognition**  13:16

**recognize**  22:6,10
33:16 46:5,6
61:16 69:9 76:9
83:16 87:24
119:19 138:24
156:13 159:25

**recollection**
108:21 109:19

**recommended**
23:8

**record**  7:5,8,21
8:18 46:18 58:17
58:20 70:14 93:15
93:18 95:22
121:19 152:14,15
152:17 155:18
177:12 195:10,13
200:22 202:10

**recorded**  7:9

**recording**  7:7
86:23

**records**  167:12

**recreate**  70:6

**rectangles**  93:6

**rectangular**  110:3

**redundancy**  149:9
149:11 150:3,22

**refer**  99:9 118:5
198:21,25

**reference**  151:23
160:6 171:6,9
198:19

**references**  95:6,7
157:11 158:14
159:5,7,11,16
171:3

**referred**  52:11

**referring**  15:20
37:8 111:20
112:15,18 123:24
179:13,19 184:3
188:2 198:6,12
199:4 200:7,11

**refers**  160:20
200:3

**reforming**  168:18

**refresh**  21:23

**refreshing**  21:20

**regarding**  58:24
99:21 100:5,9,13
100:18,22 101:1,4

**regular**  16:1 79:22

**rejected**  157:24

**rejection**  174:24
174:25 175:1
176:11

**rejections**  158:7
158:11,17 174:20
174:22 175:2,3,5
175:13,15,19

**related**  7:17 84:2
94:1,5 98:6

[related - right]

110:16 152:4
**relates** 62:2
**relating** 156:1
**relative** 55:8
  202:15
**released** 108:24
  109:2
**relied** 141:7
**relook** 190:17
**remarks** 157:18
**remember** 9:14
  11:4 12:13 16:23
  45:10 83:23 95:10
  103:14,18 108:9
  109:21 120:17
**remembering**
  71:25
**remind** 174:23
**remote** 5:12 53:20
  62:3 104:12,15,16
  109:8,11,23 197:6
  198:8,24 199:9
**remotely** 7:6
**remove** 131:12
  170:17,18
**removed** 166:2
**render** 113:17
  114:12,12,24
  116:5,10,18
  127:11 128:2
  177:17
**rendering** 66:6
  128:19
**renders** 113:5
  115:1 116:18
**reopen** 194:18
**repeat** 100:16
  111:18 116:14
  192:1
**rephrase** 120:12
  149:23

**report** 83:24
**reported** 1:22
**reporter** 2:16 7:17
  8:9 10:14 121:18
  202:4
**represent** 33:18
  53:16,17 65:16,19
  115:2 165:11
  181:6,6 195:2
**representation**
  23:5,7 50:3 62:14
  72:20 184:15
  192:7 195:4
**represented** 75:1
  75:5,6 117:20,23
  117:25
**represents** 65:8
  144:5 165:14
  183:5 191:11,21
  191:25 192:3
  194:24
**request** 10:11
**requested** 67:4
**requests** 67:23
**require** 29:12 32:8
  32:12,15,22 49:24
  52:14 67:17 72:24
  78:16 88:18
  134:17 135:14,25
  137:1
**required** 29:25
  30:17 58:7 72:12
  105:16 106:9
  162:15
**requirements**
  62:25 63:2
**requires** 44:24
  78:15 113:11
  123:17,21 126:18
**research** 14:25
  17:16 18:1 19:8

62:7 84:18 110:18
**researchers** 62:23
**reserve** 200:20
**resolution** 5:7
  84:14
**resolve** 156:1
**resources** 63:24
**respect** 12:23 13:1
  62:16 64:18 158:7
  184:1 185:14
**respond** 171:14
  174:11 176:11
**responding** 124:19
  175:19 176:19
**response** 105:22
  156:18 157:1,9
  158:11 164:11
  165:3 167:22
  175:23 176:14,16
  176:16
**responsibility**
  197:5 198:7,23
  199:9
**responsible**
  105:21
**result** 70:2
**results** 77:25
  81:13
**retain** 11:6
**retained** 93:25
  94:17 200:25
**retransmission**
  67:2,23
**retrieving** 197:25
**return** 143:16
**returning** 189:11
**review** 83:25
  121:11 145:18
  147:23 148:2
  159:10 160:9,10
  178:6

**reviewed** 139:2
  155:24 159:13,13
  160:6
**revise** 77:13
**reword** 163:16
**rf** 37:4
**rfid** 161:11
**right** 15:17 18:11
  18:11,24 28:23,24
  29:21 34:1 35:20
  37:11,20 38:2,3,4
  38:5 40:8,9 42:11
  43:15,17,19 44:15
  44:16 45:9 46:12
  47:16,25 50:8
  52:11 53:24 54:3
  55:3,13,18,20 56:1
  56:2 60:13,20
  61:19,20,22 65:5,6
  65:9,17 67:20
  68:19 69:14 70:16
  74:7 75:20 76:12
  77:19,20 78:23
  80:12 81:4 82:13
  82:20,22 85:2
  86:10,11 87:7,8
  89:3 91:12 92:11
  93:2 94:2,18 96:6
  96:14 97:9 98:25
  100:2 101:6
  102:14 105:9,10
  105:20 106:2,20
  108:7 109:9
  111:11,13,15
  112:10 114:5,23
  114:25 115:1,22
  118:16 122:8
  124:25 125:15,18
  126:8 127:9,16,24
  128:3 130:16,22
  131:3,6,23 132:7

Veritext Legal Solutions
866 299-5127

[right - scroll]

132:13,25 136:7,9
136:13,19,25
137:2 139:3,22,25
140:2,3,14,17
141:25 142:9
143:3 144:23
145:2 147:16
148:25 149:3,18
150:1,6 151:2,5
154:14,15 156:16
157:20 158:23
160:7 163:4,24
164:6,7,8,23
166:17,22 168:9
168:11,12,17,21
168:22 169:4,7,15
169:16 170:8,21
171:7,11,12,18,20
173:10 174:5
175:4,9,10,11,13
175:14,24 176:1
176:17 179:7,24
180:19 181:3,9,10
182:14,18,19
183:20 184:14,16
186:13 187:17,24
188:3,8,14 189:14
189:19 190:2,4,6
191:11,21,23
192:21,22 193:16
193:24,25 194:1
194:10,13,21,25
198:4 199:3,5,10
199:11 200:4
**ring**  31:20 103:16
134:20 136:22
137:7,16,20 138:1
139:7,10 140:12
140:18
**rmi**  4:21 61:21
62:3 79:4 84:4

**robust**  77:4
**room**  19:5,15
20:10 21:3,9
28:10 33:2 102:22
104:11 109:15,16
109:17 129:17
179:4 180:3,4,11
181:2,2,21 182:1
182:21 183:15
**rooms**  16:3 19:12
102:23 109:18
133:19 181:6
**router**  68:22,22
**routers**  68:20
**rtp**  66:21,22 67:1
67:10,14,20,21,22
86:4 87:5 93:7
**run**  9:22 18:18
32:19 72:14 79:14
152:22
**running**  78:12

**s**

**s**  8:21 75:18,18
**safety**  41:24,25
**samsung**  9:18
**sat**  79:25
**satellite**  57:5,8,13
57:22 58:5,9 59:7
146:2 148:6,7
**satellites**  57:18
58:12 59:5
**save**  191:2,10,12
191:19,23 192:2
192:10,11,20,22
192:25 193:5
194:12,13,20
**saved**  184:24
186:5,17 188:24
190:3,6,20 191:20
194:24

**saves**  192:15
193:14
**saving**  191:3,8,24
191:24 192:3,8
193:7,8 194:21
**savings**  70:5
**saw**  71:19 79:4
97:13,24 154:24
**saying**  24:11 40:4
54:2 72:3 79:16
102:12 133:14
139:24 150:15
155:7 166:20
170:18 185:10
193:18
**says**  33:22 34:7,18
41:3 42:12,16
43:5,10 47:4
61:21 63:21 64:2
66:4,17 68:19
73:4,15 77:3,24
80:8 81:12 85:6
86:2 87:5 89:4
90:17 92:17 93:8
101:15 102:1
118:3 119:22
122:4,8 125:8,15
126:4,15 131:24
134:15 136:4,20
139:16 141:3
142:16 144:3,11
145:21 147:5
148:17 149:7
150:11,19 151:9
157:21 158:12
166:19,24 169:6
169:19 178:16,16
178:21 182:5,9
183:12,19 184:7,8
184:23 185:15
186:4 187:22

188:12 190:12,18
192:9
**scalable**  64:22
77:4
**scale**  84:11
**scene**  98:24 99:1
99:10 101:16
102:3,11 180:10
180:16 181:17
182:11,22,25
183:5,14 184:3,7,8
184:12,15,24,25
185:1,5,7,8,18,21
185:22 186:5,6,7
186:17,19 187:9
187:11,15,17
188:6,8,24 189:2
189:10,12,14,21
189:25 190:3,5,11
190:13,15,20,23
191:2,4,11,12,15
**schedule**  10:10
**scheme**  119:2
**schemes**  39:10
58:10,11
**schmidt**  95:15,23
155:20
**schmidt's**  5:19,22
95:20 139:2
156:15
**science**  17:2,7,9,11
62:6 84:1 110:14
110:16 111:8
113:15 114:10
**scope**  168:3
**scratch**  18:8,17
**screen**  21:20 110:1
110:2
**screens**  80:1
**scroll**  34:10 142:4

Veritext Legal Solutions
866 299-5127

[scrolling - shorthand]

scrolling   141:18
   196:16
search   121:21
second   69:2 71:10
   77:3 80:25 84:25
   85:5,24,25,25 86:1
   118:3 134:14
   141:24 144:3
   150:18 158:11
   160:14,16 161:13
   162:7 166:8,23
   170:4 179:2
   196:17
section   80:8 85:5,6
   85:14,16,24 88:12
   98:1,4,10,12 99:1
   99:19,24 100:3
   121:7 142:12,16
   143:4 157:15
   158:1,10
sections   120:18
   123:25
see   18:25 21:19
   22:20 23:1 31:5
   33:11,22 34:8,14
   34:22 35:4 42:14
   42:22 46:3,4,15
   47:19 61:11,12
   63:7 64:13 66:11
   66:24 69:4,5
   71:23 73:6 76:4,5
   77:8 78:7 79:7
   80:18 83:11,12
   84:17 85:13,18
   86:7,16 87:22,23
   89:8 90:9 91:16
   92:20 96:9,10
   97:22 101:20,24
   102:7,17 118:9
   119:17,18 120:3
   121:11 122:13

126:20 127:1
132:4 134:23
138:19,20 139:7,9
141:9 142:7 143:1
144:9,18,21,24
147:11,19 148:14
148:21 149:12,16
150:24,25 151:14
152:2 156:8
157:14 158:4,5,18
158:19,22 159:3
159:20 164:14
166:18 169:8
170:5 174:22
175:12,15 178:15
178:16 181:2
183:17,24,25
185:3,4,19 188:18
190:25 196:6
199:5
seeing   123:25
seen   19:14 46:7
   71:9
select   109:15,17
   190:13
selected   60:24
selecting   109:13
selective   166:13
selector   104:5
send   35:1 40:21
   42:24 45:7 64:6
   68:12 72:16 83:3
   86:24 91:11
   104:24 105:14,14
   107:8 126:17
   127:10,21 128:1,8
   134:18 135:6,10
   137:8,17,20,22
   139:11 190:14
sending   44:25
   47:15,22 52:17

53:23 63:2 91:20
107:15 120:5,11
120:14,22 121:12
125:1,18,20 127:3
127:6 128:11,14
128:21 135:14,25
136:4,11 137:1,7
137:24 189:25
sends   53:20 68:17
   104:16 107:10
   134:21 136:23
sense   59:16 91:7
   118:4 127:8
   134:10 153:16
   154:5 177:22
sensors   92:25
sent   32:9,16,22
   38:15 42:20 43:13
   43:25 51:6 52:23
   59:7 89:12 92:10
   93:3 107:13
   124:13 190:9
sentence   43:22
   64:2 66:4,16
   70:12,16 77:3
   78:11 85:25 86:1
   89:4 118:3 122:8
   126:10 129:4
   130:6 134:15
   137:4 139:15
   146:9 147:18
   158:11 160:15,16
   161:6,14 162:1,7
   182:8 185:11
   195:19 200:1
sentences   81:15
   117:15 124:10
   180:7 186:13
   187:3 188:21
separate   9:20
   20:23 53:3 144:22

180:19 182:14
september   101:19
sequence   88:7
   192:16 194:15
sequentially   179:5
series   81:23 109:2
serve   64:10
served   144:13
server   63:23 65:2
   66:23 143:15
servers   142:20
   144:14
service   63:3
   197:21 198:3
serving   148:19
sessions   79:25
set   14:2,5 62:1
   79:5 97:4 98:8,9
   99:20 129:15
   138:2 169:21,24
   179:16 184:25
   186:6 189:1,23
   190:22 202:7
sets   98:1,4,12
   99:24 100:4
settings   189:9
seven   72:21
   108:17
shape   109:23
share   98:21 124:4
shared   122:11
shea   3:5 8:1,7
shelf   63:12,17 79:6
   79:13
sherali   80:10,15
shoes   171:17
short   53:15,17
   57:16
shorthand   2:16
   202:3,11

[shortly - specification]

shortly  11:5
show  34:11 64:19
showcase  19:20
showing  34:13
  65:7 145:5 151:6
shown  23:25 63:9
  65:4,13 68:1,6
  86:14 92:15 145:4
  145:8
shows  63:22 77:1
  148:18 149:8
  150:20 151:10
  180:17,20 182:12
  182:15 183:20
side  20:16 51:7
  63:14 88:22 89:12
  89:14,22 91:20
  106:14 115:3
  181:1,5,9,10
sign  11:1,3
signal  73:13
  105:14 124:12
  128:8
signals  46:22,24
  47:25 48:4,9,9
  53:21 59:7 104:16
  107:13 124:2,8,12
  124:14,15,16,23
signature  96:23,24
  200:20 202:23
silly  153:11
similar  12:6 49:12
  68:25 76:19 79:3
  84:4,18 114:1
simple  67:24
  105:21 183:7
simpler  79:3
simultaneously
  146:8
single  180:13

sinusoid  75:18,20
  75:25
sitting  39:22 40:1
  120:21 177:4
situations  103:19
size  54:14 55:8
  78:4 81:19,19
  82:15 154:22
sizes  82:15
skill  25:21 99:21
  110:9,13,24
  113:19 114:14
  116:13,20 152:24
  168:15,24 170:14
skip  161:3
slide  34:3,6,24
  41:2 42:11,16
  43:3,10 46:25
slides  4:14 33:19
  42:12
slow  10:19
small  42:19 43:11
  59:18
smaller  55:4,14,19
  154:6,10
smith  3:5 8:1,7
software  18:8,18
  19:18 22:13,16
  72:13 79:13 86:20
  102:22
solution  18:16
  19:18
solutions  7:16
  19:13 200:25
solve  69:19
somebody  40:17
  61:1 62:14 113:21
  115:9
song  187:12
  191:19,21,22,23
  191:25 192:2,3,6,7

192:8,10,11,12,14
  192:15,17,20,22
  192:25 193:5,14
  193:17,18,21,22
  193:25
sonos  1:5 2:5 7:11
  7:25 8:6 10:21
  14:11,13,14,14,15
  14:18,18,21,23
  15:6,7,16 93:22
  99:6 114:5,9,19
  121:4,5 126:18
  128:24 167:17
sonos's  95:14
  134:25 135:2,13
  135:22,24 136:9
  136:25
sony  30:12
sophisticated  61:2
sorry  22:7 24:14
  31:1 85:14 91:15
  100:16 107:19
  113:12 116:14
  126:22 134:7
  137:13 141:21
  149:13,23 151:4
  159:2 164:19,20
  169:11 174:23
  182:2 197:16
  199:20
sort  34:10
sound  70:3 88:8
  92:7 115:25
sounds  35:15
  94:18 156:23
  193:18
source  53:2 104:5
  108:13 109:13
  119:6,25 121:25
  122:10 125:11
  129:18,19 131:9

131:10,14
sources  92:18,22
  93:1 104:4 105:24
  108:11 119:25
  122:2,5,6 125:11
  128:24 130:10
  132:9,12
south  20:16
spdif  30:11 51:21
speak  37:15 64:24
  157:12,14
speaker  13:10,11
  15:1 19:2 20:14
  24:22 29:9 49:15
  49:17,20 59:18
  104:19 106:22
  107:13 114:5,11
  119:6 128:3,4,18
  133:15
speakers  15:23,25
  19:23 24:11,12,18
  106:10 124:9
  127:25 128:2,25
  129:16 132:10,18
  133:12,18
speaking  12:15
  27:9 30:4,9 150:6
  156:19
speaks  165:4
specific  13:13 17:6
  17:8 50:7 94:8
  102:9,24 148:23
  149:24 150:3
  157:15 161:18
  164:2
specifically  30:15
  100:8 121:8
  128:16 133:2
specification
  98:21 99:16
  184:19

Veritext Legal Solutions
866 299-5127

[specifications - switches]

specifications 99:17
speech 114:2
speed 39:4 78:1,9 90:8
spell 8:18
spinout 19:8
split 97:20
splitting 38:18
spread 72:6
stack 72:22
standard 31:8,10 31:12 33:5,5 123:3,8,15,17,21
standards 31:14 31:25 32:11,15,21 39:9 98:5,9 123:8
stands 62:3 77:15
star 31:21 138:12
start 39:24 49:19 69:21 93:10 135:8 172:22,25 181:23 193:10,10 197:16
started 17:24 19:10,18 88:25 94:9 103:3
starting 38:25 180:17 182:12 193:3
starts 145:21 164:20,22 178:17 178:17 188:16
state 7:20,22 8:17 201:9 202:4
stated 119:24 125:10,19
statement 35:6,9 35:12 39:17 41:6 41:8 85:5,17
states 1:1 2:1 56:24

status 186:18
stay 16:16
step 185:21 186:21 193:9
steps 148:18 151:10
stereo 15:8
stitched 67:5
stop 123:5
store 20:1 69:23
stored 187:14 198:13
stores 20:1
strands 133:25
strategy 172:3,13
stream 53:12 86:16,19 88:13 105:14 108:10 118:23,24,25 119:5
streamed 85:10 120:2 125:13
streaming 5:7 17:15,17 18:15 36:2 84:14,24 115:4 119:7
streams 66:5 81:20 92:19 119:4
street 3:9,18
stretching 110:3 153:20
strike 165:13,13
string 60:19,23,24 153:1,11,20,21,24 153:25 154:8,9,15 154:16,22 155:6,7 155:8
structure 150:21 151:6
student 80:25 81:1

students 17:8 19:9 76:16
studied 112:3 113:22,23 114:23 115:8 116:22,24 116:25
studio 28:8
studios 49:3
study 112:18 113:23 115:6,7
stuff 152:4 184:12
style 92:2
sub 14:18,21,24 15:6,7 20:18,21,22 21:8 22:19 23:5 23:10,13,16,19 24:2,12,18,24 49:17,21
subject 158:15
subjective 16:16
submitted 93:21 95:15 97:2,8
subscribed 202:18
subsection 90:17 98:16,16,20,23 99:15
subset 35:16 55:24
subsets 86:11
substantially 99:16
substituted 168:22 169:2
substitution 137:6
subsystem 86:3
subwoofer 14:14 21:10
successful 105:7
sullivan 3:5,15 8:1 8:3,7
summary 157:20 174:17,19 175:12

support 77:22
supported 162:5 162:13
supports 119:10 146:4
suppose 133:10
supposed 88:16 131:1
sure 8:19 9:14 11:10 21:22 22:8 28:14 31:22 32:25 33:6,9 39:20 46:10 57:19 58:16 68:8 71:12 89:21 90:3 93:14 95:11 103:25 105:15 106:17 108:10 115:11 116:8 120:20 121:14 126:3 135:17 148:1 155:6,11 160:12 162:9 163:13 165:18 167:21 173:7 176:4,7 177:22 178:20 184:10 190:10 200:18
surround 104:8
swear 8:9
sweeping 39:17
switch 37:8,10 45:8,11,12 63:13 64:4,9 65:3,4 68:4 68:4,9,13,15 127:18,22 128:1 128:12
switched 66:7
switches 41:19 77:21 79:12 81:4 89:25 90:1,11,13

[switching - tend]

switching  43:18
44:12 45:7 118:7
symphony  84:3
synchronize  105:1
187:10
synchronized  88:9
synchrony  105:2,7
105:12,16 166:1
synonymous
44:20,20 73:19
74:4,7 112:7
system  4:21 38:12
38:22 44:10 61:21
71:23 72:12 73:1
73:10,10,11 74:20
75:15 81:23 82:3
82:17,25 85:8
86:13,21 87:4,7
90:15,23 91:5
100:23 103:10,13
103:23 104:2,8,25
105:8 106:11,15
107:15,22 108:5
108:16,19,23
109:8,12,22 113:5
113:6,7 116:5,7,17
129:9 130:12,20
131:3 138:8
155:13,22,24
165:20 167:2,3
168:1,2,10,11,14
168:23,23 169:2,7
170:3,9,10,13,13
170:23,24 171:2,3
171:23,23,24
172:7,8,22,24
173:19,24,24
174:1,1,9,10 176:5
176:6,9 177:15,16
177:16,17 197:14
197:20 198:1

systems  20:24
33:2 38:24 102:4
102:10 110:20
111:3,10 112:24
112:25 113:1,17
113:22,25 114:11
114:21,22,24
115:2,2,22 116:10
116:23,24 117:4
129:7 130:1,17,20
131:6 133:7,12
167:11

t

t  20:8
table  97:20
tablet  13:3
tabletop  81:9
take  7:7 10:9 21:7
30:7 39:7,7 40:14
42:10 52:2,5 53:7
53:11 58:5,13
63:19 66:2 69:20
71:10,12 77:2
80:6 81:11 85:4
86:13 87:11 89:2
92:11,14 93:12
101:22 117:11
119:21 121:10,15
126:12 131:23
134:11,25 139:5
144:2 145:17,19
148:1,13,14,16
152:9,10 153:10
155:14 156:3
157:17 158:20
160:13 164:12
174:16 178:2
180:23 184:20
188:15 195:6,16
196:11 197:5,8
198:7,23 199:8

taken  2:13 7:10
113:24,25 202:6
takes  86:21 89:11
89:13,20 91:20
talk  16:19 31:11
91:9 124:11,25
132:21 138:9,9
151:20 152:7
155:12 194:10
talked  11:5 48:3
49:12 51:12 52:10
71:17 84:19 86:25
111:25 113:4
118:25 148:6
149:3 152:20
153:6,8 171:6,13
190:15
talkie  36:18,21,23
36:24 60:16,16
talkies  60:12
talking  15:12
35:16 36:11,16
50:18 51:19,22
73:10,24 78:20
86:9 90:12,14
91:10,14 105:18
110:8 115:21
119:9 123:7
124:14 125:18
131:5 132:13,16
133:5 137:19
141:21 150:2,4,7,7
151:1,4,16 185:13
185:22 190:9
talks  47:15 62:11
71:5 84:13 124:1
124:13,21 128:14
130:16 146:14,18
174:20 185:21
target  162:6,11

taught  17:2,5,10
17:11 35:19
tcp  31:15 32:8
50:19 51:23 78:15
84:23 86:12
tcpip  32:19 71:18
teach  114:1,2
158:14
teaches  66:13 70:5
171:25
teaching  43:22
teachings  172:8
174:2
team  18:14,15
technical  59:25
117:17 194:4
technically  57:19
75:7 194:9
technique  149:9
149:18,24
technologies  5:11
19:11,21 20:9
21:7 62:12
technology  19:10
142:23
telephone  37:8,10
44:9 45:2,9,12
127:18,22 128:1
128:12
telephony  36:8,12
36:17 37:7 44:8
127:17
television  59:6,6
115:24
tell  64:19 73:17
167:17 184:10
194:17
tells  104:18 123:13
ten  93:12 152:11
tend  70:4

[term - transitory]

| | | | |
|---|---|---|---|
| **term**  25:14,19,23 | **thereof**  202:13 | 185:9 | **tongue**  159:8 |
| 25:23 26:17 27:3 | **thing**  10:12 21:9 | **three**  15:7 19:23 | **top**  39:19 42:8 |
| 35:24 44:21 45:4 | 75:5 112:17 195:1 | 103:8 167:18 | 57:24 58:3 68:6 |
| 45:5 48:15 54:6 | 199:2 | 180:6,21 181:14 | 72:14 74:5 79:10 |
| 54:11 65:18 73:8 | **things**  36:14 45:7 | 181:19,25 182:5 | 84:17 86:5 92:17 |
| 73:19 100:13,18 | 49:3,5 63:4 67:7 | 182:16 183:22 | 140:2,2,17 151:9 |
| 100:22 101:1,4 | 77:22 82:19 84:19 | 184:2 | 176:25 |
| 112:6 146:16,18 | 86:25 87:1 103:21 | **time**  7:23 9:11 | **topic**  76:23 |
| 155:13 156:2 | 105:21,21 109:13 | 16:23 21:24 33:3 | **topology**  138:16 |
| 160:19 167:2 | 109:20 113:24 | 38:13 39:10 62:10 | **total**  39:3 200:24 |
| 168:9 200:2,4 | 120:19 | 71:12 84:11 89:11 | **totally**  134:7 |
| **terminology**  54:19 | **think**  9:12,13 11:7 | 89:23 90:21 94:22 | **tough**  174:4 |
| 55:8 112:4 | 13:12 26:14 31:23 | 94:23,24 102:2,10 | **trade**  91:2,5 |
| **terms**  49:13 54:13 | 35:9,12 36:4,12,16 | 109:4,14 110:13 | **traditional**  84:22 |
| 63:2 64:17 67:24 | 37:4 38:14 39:19 | 116:15 138:7 | 130:11,16,19 |
| 73:13 74:6 81:4 | 39:22 40:1,5 | 152:13 166:14 | 131:5 133:11 |
| 82:14 97:17 99:11 | 42:11 45:1 47:12 | 177:22 184:25 | **traffic**  66:7,18 |
| 100:6,9 152:8 | 48:3 50:22 53:12 | 186:6 200:16,17 | 138:8 |
| 165:14 | 53:14 56:20 57:15 | 202:7 | **transcribed** |
| **terrible**  105:8 | 57:19,20 58:3,7 | **timer**  185:1 186:7 | 202:11 |
| **testified**  8:13 | 60:10 64:24 65:18 | **times**  9:2,4,5 | **transcribing**  10:14 |
| **testifying**  202:9 | 65:24 67:2 73:21 | 11:24 12:1 75:17 | **transcript**  201:4 |
| **testimony**  120:25 | 74:1,3,21 75:4 | 116:1 146:11 | **transcription** |
| 154:3 200:23 | 81:6 95:24 102:19 | **timing**  88:19 | 202:13 |
| 201:6 | 106:18 109:14,16 | **tip**  159:7 | **transducer**  128:7 |
| **testing**  18:6 | 112:2,4 113:21 | **title**  34:5 61:21 | **transfer**  28:18 |
| 103:20 | 125:3 138:3 148:3 | 76:11 | 29:13 31:15,19 |
| **tests**  81:24 | 150:4 153:6,23 | **titled**  5:6 | 49:10,25 73:5,14 |
| **texas**  1:2 2:2 7:13 | 156:19 157:2,4,10 | **today**  10:15 25:4 | 73:16 74:21,25 |
| **text**  113:3 117:1 | 159:4 163:2 164:3 | 30:5 39:2,22 40:1 | 75:1,11,17,20,25 |
| 173:13 | 167:22,25 170:19 | 71:18 112:1 | 77:16 169:22,25 |
| **thank**  8:8 80:9,14 | 171:1,22 177:1,4 | 120:21 177:4 | **transferred** |
| 126:25 | 177:10,14,19 | **today's**  200:23 | 187:22 |
| **thanks**  200:17 | 188:1,1 194:7 | **token**  31:20 | **transferring**  46:21 |
| **theater**  4:22 19:15 | 195:1,7 | 137:21 138:1,10 | 47:9,11,17 |
| 20:22 22:14 61:22 | **thinking**  59:24 | 139:7,10,17 140:5 | **transfers**  29:19 |
| 102:25 | 177:10 200:18 | 140:10,12,18,22 | **transition**  152:6 |
| **theaters**  19:16 | **third**  143:3 | **tokens**  139:20 | **transitioning** |
| **theme**  183:6 | **thought**  14:6 | **told**  11:6 138:9 | 93:11 |
| **themes**  184:19 | 36:17 59:2 111:20 | **tone**  189:9 | **transitory**  198:13 |
| | 153:4 174:13 | | |

Veritext Legal Solutions
866 299-5127

[translator - universal]

**translator**   29:18
50:4 52:14
**transmission**
67:21 82:11 86:3
90:20 118:7 146:1
147:8 161:11
162:14
**transmit**   23:22
37:19 38:6 39:6
40:8 48:8,9 52:1
53:6 57:8,13,23
58:12 68:1 76:20
76:24 82:22 87:8
140:17,21 146:12
147:15 153:15
162:4
**transmits**   37:24
46:23 66:19
**transmitted**   40:13
58:4,8 67:17
72:23,24 81:21
82:4 87:2 88:9
105:15 106:21
118:15 123:18,20
123:21 147:20
151:12
**transmitter**   31:12
86:16,19
**transmitting**
77:15,17 82:14
85:23 90:18
142:21 148:24
195:22 196:13,19
196:21 197:3
199:22 200:3
**transport**   86:4
**transported**   120:1
125:13 187:7,16
188:6,10 189:13
189:19

**travel**   90:7
**trick**   165:9
**tried**   95:12
**tries**   138:7 192:20
**trouble**   16:13
**true**   35:12 43:19
96:25 97:1 136:13
201:7
**truly**   38:13
**truthful**   9:25
**try**   76:1 80:1
**trying**   43:1,20
57:15 69:19 72:16
73:21 76:19 84:4
84:5 85:3 88:10
93:6 95:10 114:20
116:21 163:8
165:9 168:16
171:16 172:12,14
174:11,14 177:10
178:15 191:14
198:18 200:11,14
**turn**   22:18 66:9
139:19
**tv**   53:21,23
**two**   9:4,15 12:1
14:22 15:8 16:25
21:4 23:25 47:23
56:11 60:12,18
61:4,4 76:16
81:15 88:15,16,21
89:24 91:13 103:7
103:8 110:17,21
111:1,8 116:3,4,5
117:15 135:19
137:9,19,24,25
146:5 153:1,24
154:15,16 155:8
166:3 174:14
176:24 177:2,6
178:12 187:3

188:20
**type**   24:20 30:7
32:12 41:9,19
45:20 51:23 59:13
67:3,10,12 68:25
72:18 77:10 85:22
86:12 92:3 106:13
112:9 113:18
114:13 129:25
133:10 162:3
163:24 173:4,10
173:12,19 175:1,2
175:3
**types**   24:8 27:19
27:22,23 28:3,13
28:17 48:25 49:10
49:14 113:2
114:24 115:5,18
115:19 116:6,11
116:18 117:5,8
134:16 143:12
144:5 162:22
163:1,6 164:7,8,9
171:20 172:1
173:20
**typically**   54:20
73:11 124:6
126:18 129:1,16
**typographical**
167:16 176:20

**u**

**u**   20:8 75:18
**u.s.**   7:12 101:17
141:7
**u.s.c.**   158:1
**udp**   67:11,12,17
71:19 84:19 86:6
86:10 87:6 92:2
**umbrella**   20:9
**unable**   108:6

**unavoidable**   89:6
89:16
**uncompressed**
77:6
**underlined**   165:6
165:10,10
**undersigned**   202:3
**understand**   10:4,6
10:8 11:13 16:2
25:21 29:16 30:9
43:20 54:24 55:9
88:11 95:14 99:11
110:5 152:23
155:21 163:9
168:16,24 170:14
170:21,22,25
171:18 176:8
190:10 198:19
200:1
**understandable**
50:5
**understanding**
25:13,18,19 26:3,6
26:20,23 48:18,21
98:5 99:25 175:11
184:14,17
**understood**   10:17
30:7 56:15 80:5
**unidirectional**
141:5 143:14,22
145:10 146:6
148:20 151:12,25
**uniform**   72:15
**unique**   141:22
**unit**   7:9
**united**   1:1 2:1
56:24
**units**   42:19 43:12
118:6
**universal**   86:5

[university - we've]

**university** 33:20
46:25
**unpatentable**
158:2
**unusually** 15:1
**uploaded** 21:14
33:10 46:2 61:9
69:3 76:3 87:17
96:8 119:13
138:18 156:6
159:18 196:1
**upstairs** 59:1
**urquhart** 3:15 8:3
**usc** 19:9 62:7
112:2 115:11
**usc's** 68:21
**use** 13:13 24:17
29:5 33:4,6 36:3
36:20 37:2 41:23
45:5,6 50:4 52:20
62:13 82:9 92:3
92:12 138:8 143:9
146:9,16,18
153:12,13,18
156:2 168:13,14
197:24
**user** 22:12 67:12
179:3 180:13
184:24 185:5,17
186:5 187:15
188:5 189:12
190:12 192:9,20
192:22 193:24,24
194:8,18 197:2
**users** 141:22 194:5
**uses** 54:13 57:17
78:21,25 80:22
82:5,17,21 86:3,10
123:7 154:16
**usually** 54:6,10,11
56:11 78:18 89:15

129:10

**v**

**variation** 31:21
**variety** 102:5
145:23
**various** 17:19
70:15 98:5 141:4
144:5 152:20
**vbr** 66:5
**verbal** 10:15
**veritext** 7:15
200:25
**vernacular** 194:3
**versus** 7:12 12:11
42:12,17 43:5
**video** 7:7 85:9
87:12 113:2 114:2
114:12 116:2
117:6 160:22
161:1 163:21
164:9 173:13,22
**videoconference**
1:11 2:12
**videographer** 3:23
7:4,16 8:8 12:15
21:23 58:17,20
93:15,18 152:12
152:17 195:10,13
200:22
**view** 57:6 158:3
**voice** 13:15,16
35:1,3,22 36:3,4,5
36:6,7,10,12,14,16
36:20,25 37:2,11
37:13,14,18,20,23
37:24 38:3,3,6,14
40:8,8,12,13 41:15
41:17,19,22 42:2,5
44:15,17,18,20
45:4,6,9,11,19
46:22 47:2 48:8

60:23 113:3
116:25 126:19
127:4,10,13,14,15
127:16,23
**volume** 1:13 2:13
4:4 105:22 109:15
189:9
**volumes** 186:25
187:13 188:13
**vs** 1:7 2:7

**w**

**waco** 1:3 2:3 7:13
**wait** 84:25 85:1
91:4 140:15
141:21 169:11
**waiting** 91:6
138:20
**walk** 97:25 165:1
165:16
**walked** 101:7
**walkie** 36:18,21
36:23,24 60:12,16
60:16
**walking** 59:1
**wan** 144:7
**want** 9:21 16:19
21:13 22:18 31:11
33:7 34:3 39:20
41:2,24 42:10
45:22 46:14 52:17
58:23 63:5,19
66:2 67:8 69:1
70:10 73:2,12
74:9 81:11 83:8
85:4 86:13 87:15
89:2 92:14 99:4
109:17 110:7
111:18 119:21
121:1,18 127:14
134:11 139:5
140:24 141:12

142:11,12 148:14
152:6,8,22 155:12
156:3 157:15
159:15 160:13
161:3 164:12
165:15 178:1,2
180:23 184:23
189:24 191:19
195:9,16 196:11
196:18
**wanted** 11:6 95:24
96:10
**wants** 30:15
140:20
**watches** 139:20
**wave** 57:16
**waves** 58:1
**way** 39:1 40:20
45:19 53:21 55:11
59:10,25 60:13
72:10,12,15,16
73:12 74:11 75:23
79:19 88:9,13,14
88:15 96:13 99:8
100:3 111:14
112:16 126:3
130:5 135:21
137:25 141:17
146:1,5,22,24
148:10 159:13
160:10 167:7,24
176:11 184:9
188:14 190:2
191:18 192:19
193:23 196:22,22
**ways** 57:10 76:20
77:1 84:22 91:1
145:23 150:16
171:14
**we've** 88:7 111:25
136:16 146:11

[we've - zero]

195:7
**went** 68:21 103:2
**west** 3:9
**western** 1:2 2:2
7:13 56:24
**whereof** 202:17
**whichever** 140:9
199:4
**white** 83:23
**wi** 23:11 24:3
30:23 31:4,8,11,25
32:2,15,17,21,24
106:16
**wide** 53:16 54:15
54:24 55:5,6,10,17
55:17,19 56:6,14
56:21,25 57:2,3,7
64:9 65:8 68:1,6
68:23 144:7 154:8
155:1,9
**wider** 55:3 56:15
56:16 153:21
**width** 50:13 52:7
52:13,22 53:5
**wire** 133:10,20,22
**wired** 19:24 25:3
28:14,18,20,25
33:1 49:7,11
51:14 52:19 71:2
104:19 122:19
125:4,16 126:5
130:13 131:9,10
131:14,25 132:1,6
132:11,13,18,25
133:2,3,8,9
**wireless** 15:24
19:23,24 28:15,22
36:19,24 37:1
49:8 71:2 104:17
108:12 122:20
123:2,14,15

125:17 126:6
127:7,8 132:11,18
132:24 145:25
146:12
**wires** 29:9 79:12
108:4 133:20
**wise** 149:8
**withdrawn** 158:17
**witness** 4:2 8:4,9
9:6,6 12:6,7,17
13:21 15:22 18:13
22:3 23:7 24:7
25:10,25 26:14
27:8,17,22 28:20
30:20 31:1,19
32:11 34:12 37:23
40:16 41:17 43:17
45:15 47:4 48:13
54:5 58:16 60:22
61:12 69:19 71:22
73:21 74:9,15
75:4 79:19 82:24
83:21 88:6 91:1
93:5 94:8,16
106:5,24 107:4
108:9,21 109:1
110:1 111:17
121:1,21 123:12
124:19 125:24
127:1 130:24
131:8,17 132:16
135:17 136:3,13
137:4 141:17,20
142:2 145:4
146:21 149:2
150:10 151:23
154:4,20 156:23
157:7 161:23
162:25 163:8
164:1,19 165:6
166:11 167:6

168:4 172:3,10
174:4 175:22
176:24 178:15
181:13 182:24
184:6 185:24
187:19 189:16,23
190:8 191:7,14
192:14 193:7
198:16 200:10
202:17
**witnesses** 202:8
**word** 114:20
120:17 135:21
146:10 154:4
163:9 165:18
166:6,6,13,17
167:1 168:5,20
169:3 172:11,17
182:6 194:11,12
194:14,20,25
195:3
**words** 73:18 74:3
165:7,10,11 177:9
198:11
**work** 14:25 32:5
40:20 49:2 79:20
80:15 110:17
**worked** 11:22,24
**working** 9:16
10:20 17:19 62:23
114:11
**workings** 32:25
**works** 114:9
**world** 38:23 50:12
84:3 91:21
**worry** 67:8
**write** 146:22
185:25
**writing** 130:25
193:10

**written** 111:13,14
157:14 170:8
175:7,23
**wrote** 96:12 137:5
148:11

**y**

**y** 8:21 75:17
**yamaha** 103:8
**yeah** 15:15 17:21
20:17 29:7 30:23
31:6 34:12 43:4
46:8 48:13 51:1
60:25 71:13 74:9
79:11 80:5 85:16
96:19 116:16
128:3 131:20
142:5,6 145:19
149:23 153:5,7
155:11 157:17
163:16 164:22
165:9 168:8 169:6
172:3 173:9
174:25 176:3
178:9 179:8,25
182:8 185:12
187:2 188:15
192:19 196:20,25
**year** 9:15 10:24
11:8
**years** 14:22 38:25
62:4 103:14
108:17 110:5,17
110:22 111:1,8
142:24

**z**

**zeadally** 80:10,15
80:20
**zeadally's** 81:1,2
**zero** 53:17

Veritext Legal Solutions
866 299-5127

**[zeroes - zoom]**

**zeroes**  53:12
**zhu**  81:1
**zimmerman**  84:16
**zone**  97:18 98:24
  99:1,10 100:9
  101:16 102:3,4,10
  102:11 122:25
  131:5,11 132:14
  132:17,21,22,22
  165:21 170:1,3,4
  178:13,18,22,25
  179:4,12 180:9,15
  180:16,18 181:16
  182:11,13,22,25
  183:4,13 184:3,7,8
  184:11,14 185:8
  185:18,22 187:15
  187:17 188:6,8,24
  189:12,21,24
  190:3,5,6,15,20
  191:2,3,4,4,10,11
  191:12,15
**zones**  103:5
  133:19 179:16,22
  179:25 180:1,18
  180:21,21 181:8
  181:14,19,25
  182:5,13,15,16,20
  183:21,22 184:2
**zoom**  95:23

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.

# Appendix L

# CS519: Computer Networks

## Lecture 1: Jan 24, 2004
## *Intro to Computer Networking*



**Exhibit**
0002

# Lets start at the beginning…



**CS419**

○ What is a network for?

- To allow two or more endpoints to communicate

○ What is a network?

- Nodes connected by links

# Lets start at the beginning…



**CS419**

○ Is this a network?



# Lets start at the beginning…

**CS419**

○ Is this a network?



○ Of course it is!
  • Just not very interesting

# Other "networks" (network topologies)

CS419



Star, or
Hub and spoke



Mesh



Broadcast



Hierarchical

# What is a data network?



CS419

- The answer is NOT "a network that carries data"
  - Cause you can send "data" (e.g. a fax) over the "voice network"
- "Data network" is often a euphemism for "packet network"
  - And "voice network" is often a euphemism for "circuit network"

# Packet network versus circuit network

**CS419**

- ⊙ Historically, a circuit network was a network that literally established a physical wired connection between two points
  - ● With relays, plus amplifiers and stuff
- ⊙ Before computers, this was the only way to do networks

# Packet network versus circuit network

CS419

- But these days voice is modulated and digitized in numerous ways as it works through the network
  - Very few physical circuits
- So nowadays we consider a circuit network one that appears to establish a fixed "pipe" (amount of bandwidth) between two points

# Types of circuits



CS419

○ Synchronous time-division multiplexing (STDM)

- Each circuit is given a slice of time

○ Frequency-division multiplexing (FDM)

- Each circuit is given a transmission frequency

# Packet network versus circuit network

**CS419**

- By contrast, a packet network allows small units of data (packets) to be individually sent to different destinations

# Packet network versus circuit network

CS419



C can't talk to B
while A is
talking to B



A and C can
both talk to
B and D

# Packet network versus circuit network

**CS419**

- So clearly packet switched is better than circuit switched, right?

# Packet network versus circuit network

**CS419**

- So clearly packet switched is better than circuit switched, right?

- Well, as with so much in this world, *it depends*

- What if A and C try to talk exclusively to B at high speed at the same time?

# Delay and packet loss in packet networks

CS419



# Delay and packet loss in packet networks

CS419

- Can happen any time multiple links feed into a single link
  - And incoming volume exceeds outgoing volume
- Larger queues can reduce packet loss at the expense of more delay
- Ultimately the sources have to slow down (congestion control)
- By contrast, circuit networks can block (busy tone)

# Also Jitter



A is sending steady
voice stream to B.
Delay is bad. Variation
in delay is bad too. → Jitter

# Also Jitter

CS419



# Also Jitter



# Circuits versus packets

**CS419**

- Circuits are an all or nothing proposition
  - Give good quality, if you can get yourself a circuit in the first place
  - Efficient only if the application keeps the circuit full (I.e. a voice stream)
- Packets are more flexible
  - Can send a little or a lot
  - But other traffic can interfere at any time
  - More efficient when traffic is bursty

# Can a packet network emulate a circuit?

CS419

¡ After all, our STDM circuit sent data over the wire in "chunks"

# Can a packet network emulate a circuit?

CS419

- After all, our STDM circuit sent data over the wire in "chunks"

- The answer is yes, it can

- And indeed, the first packet networks offered "services" that very much emulated circuits

# One way to do it

CS419



Treat "voice" and "data"
packets differently, for
instance with different
queues and schedulers

# One way to do it



# But this has complications too



CS419

# "Datagram" versus "virtual circuit" networks



CS419

- Both are packet networks
  - (We won't discuss pure circuit networks any more in this course)
- Virtual circuit networks have the notion of call setup and blocking
  - But much more complex traffic models than our simple two-queue example
- Datagram networks is how the Internet ultimately got built!

# But virtual circuit networks still important

**CS419**

- We don't see virtual circuit networks to our desktop
  - Though this was the vision for many folks
- But virtual circuit networks formed the unpinning of the Internet
  - Something called ATM
  - Being replaced with MPLS

# This class focuses on the Internet



CS419

- Which is a datagram network
- One big topic will be how queues in the Internet manage not to become hopelessly overloaded
  - Many of you know, the answer is TCP, but we'll look at this in detail

# Some terms introduced so far



CS419

- Network, node, link, queue
- Circuit and packet networks
  - a.k.a. data and voice networks
- Virtual circuit and datagram networks
- Delay, latency, loss, drop, jitter, blocking

# Bandwidth and Latency

CS419

○ We looked at delay due to queuing

○ But there are three main components to delay:

- Propagation delay
- Transmit delay
- Queuing delay

# Queuing, transmit, and propagation delays



CS419



# Queuing, transmit, and propagation delays

CS419



Queuing Delay

Propagation Delay

Bandwidth Delay

# Total latency



CS419

- Total latency =
  - Propagation + Transmit + Queue
- Propagation =
  - Distance / Speed of light
- Transmit =
  - Packet size / Bandwidth

# Delay x Bandwidth Product

**CS419**

- Refers to the number of bits you can have "in the pipe" at the same time
  - Or, how many bits you can stuff in the pipe before the first bit comes out the other end
  - Like hot water getting from the water heater to your shower!
- As bandwidth increases (and distance doesn't change) this is becoming an issue

# An extreme (but realistic) Delay x Bandwidth Example

CS419

- Coast-to-coast propagation delay = 15ms

- OC192 link = 10 Gbps

- 10 Gbps x 15ms = 150,000,000 bits = 19 Mbytes = 7 songs (MP3 files)

- You could stuff 7 songs into an OC192 pipe at Boston before the first song starting arriving in LA!!!

# A more common Delay x Bandwidth Example

**CS419**

- 50ms coast to coast delay (mainly from queuing)

- 100 Mbps Ethernet

- This is about 600Kbytes…still a decent sized file

- Delay x Bandwidth is starting to dominate our thinking about protocol performance

# Common provider bandwidth units



- DSO = 64 Kbps
- DS1 = 1.544 Mbps
- DS3 = 44.736 Mbps
- OC3 = 155.52 Mbps
- OC12 = 622.08 Mbps
- OC48 = 2.488 Gbps
- OC192 = 9.953 Gbps
- OC768 = 39.813 Gbps

# Bandwidth and throughput and goodput

**CS419**

- Bandwidth is the maximum theoretical speed of a pipe
- Throughput is the actual measured speed
  - Vague term because depends on where you measure
- Goodput is the throughput seen by the application
  - Throughput over the pipe can be more than goodput because of dropped and retransmitted packets, control packets, and headers

# Appendix M

WEST COAST BARGAIN BOO
WEST COAST COMPUTER AS   $5.00
WEST COAST BARGAIN BOO
WEST COAST COMPUTER AS   $.99
W 402 0893049   MARKDOWN

OVER 10,000 ENTRIES

# Microsoft
# Computer
# Dictionary
## Fifth Edition



- *Fully updated with the latest technologies, terms, and acronyms*
- *Easy to read, expertly illustrated*
- *Definitive coverage of hardware, software, the Internet, and more!*

Exhibit
0003

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 2002 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data
Microsoft Computer Dictionary.--5th ed.
        p.  cm.
    ISBN 0-7356-1495-4
     1.  Computers--Dictionaries.   2.  Microcomputers--Dictionaries.

    AQ76.5. M52267   2002
    004'.03--dc21                                           200219714

Printed and bound in the United States of America.

2  3  4  5  6  7  8  9    QWT    7  6  5  4  3  2

Distributed in Canada by H.B. Fenn and Company Ltd.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office or contact Microsoft Press International directly at fax (425) 936-7329. Visit our Web site at www.microsoft.com/mspress. Send comments to *mspinput@microsoft.com*.

Active Desktop, Active Directory, ActiveMovie, ActiveStore, ActiveSync, ActiveX, Authenticode, BackOffice, BizTalk, ClearType, Direct3D, DirectAnimation, DirectDraw, DirectInput, DirectMusic, DirectPlay, DirectShow, DirectSound, DirectX, Entourage, FoxPro, FrontPage, Hotmail, IntelliEye, IntelliMouse, IntelliSense, JScript, MapPoint, Microsoft, Microsoft Press, Mobile Explorer, MS-DOS, MSN, Music Central, NetMeeting, Outlook, PhotoDraw, PowerPoint, SharePoint, UltimateTV, Visio, Visual Basic, Visual C++, Visual FoxPro, Visual InterDev, Visual J++, Visual SourceSafe, Visual Studio, Win32, Win32s, Windows, Windows Media, Windows NT, Xbox are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries. Other product and company names mentioned herein may be the trademarks of their respective owners.

The example companies, organizations, products, domain names, e-mail addresses, logos, people, places, and events depicted herein are fictitious. No association with any real company, organization, product, domain name, e-mail address, logo, person, place, or event is intended or should be inferred.

**Acquisitions Editor:** Alex Blanton
**Project Editor:** Sandra Haynes

Body Part No. X08-41929



the parts of the system work in harmony so that data is stored safely and accurately. Application programs manage data by receiving and processing input according to the user's commands, and sending results to an output device or to disk storage. The user also is responsible for data management by acquiring data, labeling and organizing disks, backing up data, archiving files, and removing unneeded material from the hard disk.

**data manipulation** *n.* The processing of data by means of programs that accept user commands, offer ways to handle data, and tell the hardware what to do with the data.

**data manipulation language** *n.* In database management systems, a language that is used to insert data in, update, and query a database. Data manipulation languages are often capable of performing mathematical and statistical calculations that facilitate generating reports. *Acronym:* DML. *See also* structured query language.

**data mart** *n.* A scaled-down version of a data warehouse that is tailored to contain only information likely to be used by the target group. *See also* data warehouse.

**data medium** *n.* The physical material on which computer data is stored.

**data migration** *n.* **1.** The process of moving data from one repository or source, such as a database, to another, usually via automated scripts or programs. Often data migration involves transferring data from one type of computer system to another. **2.** In supercomputing applications, the process of storing large amounts of data off line while making them appear to be on line as disk-resident files.

**data mining** *n.* The process of identifying commercially useful patterns, problems, or relationships in a database, a Web server, or other computer repository through the use of advanced statistical tools. Some Web sites use data mining to monitor the efficiency of site navigation and to determine changes in the Web site's design based on how consumers are using the site.

**data model** *n.* A collection of related object types, operators, and integrity rules that form the abstract entity supported by a database management system (DBMS). Thus, one speaks of a relational DBMS, a network DBMS, and so on, depending on the type of data model a DBMS supports. In general, a DBMS supports only one data model as a practical rather than a theoretical restriction.

**data network** *n.* A network designed for transferring data encoded as digital signals, as opposed to a voice network, which transmits analog signals.

**Data Over Cable Service Interface Specification** *n.* *See* DOCSIS.

**data-overrun error** *n.* An error that occurs when more data is being acquired than can be processed. *See also* bps.

**data packet** *n.* *See* packet.

**data path** *n.* The route that a signal follows as it travels through a computer network.

**data point** *n.* Any pair of numeric values plotted on a chart.

**data processing** *n.* **1.** The general work performed by computers. **2.** More specifically, the manipulation of data to transform it into some desired result. *Acronym:* DP. *Also called:* ADP, automatic data processing, EDP, electronic data processing. *See also* centralized processing, decentralized processing, distributed processing.

**Data Processing Management Association** *n.* *See* DPMA.

**data projector** *n.* A device, similar to a slide projector, that projects the video monitor output of a computer onto a screen.

**data protection** *n.* The process of ensuring the preservation, integrity, and reliability of data. *See also* data integrity.

**data rate** *n.* The speed at which a circuit or communications line can transfer information, usually measured in bits per second (bps).

**data record** *n.* *See* record[1].

**data reduction** *n.* The process of converting raw data to a more useful form by scaling, smoothing, ordering, or other editing procedures.

**data segment** *n.* The portion of memory or auxiliary storage that contains the data used by a program.

**Data Service Unit** *n.* *See* DDS.

**data set** *n.* **1.** A collection of related information made up of separate elements that can be treated as a unit in data handling. **2.** In communications, a modem. *See also* modem.

**Data Set Ready** *n.* *See* DSR.

**data sharing** *n.* The use of a single file by more than one person or computer. Data sharing can be done by physically transferring a file from one computer to another, or, more commonly, by networking and computer-to-computer communications.

# Appendix N

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

**Applicant(s):**     Robert A. Lambourne
**Title:**            Controlling and manipulating groupings in a multi-zone music or
                      media system
**Serial No.:**       60/825,407
**Filing Date:**      09/12/2006
**Assignee:**
**Examiner:**         Unknown
**Group Art Unit:**   Unknown
**Docket No.:**       RIN-022P

_____

                                                           October 4, 2006

Box Missing Parts
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313

                Response to Notice to File Missing Parts of Application
                              *Filing Date Granted*

Dear Sir:

        A Notice to File Missing Parts of Provisional Application was received. The
Notice alleges that a cover sheet under 37 CFR1.51 (c)(1) is missing. However, the
Applicant believes that such a cover sheet is enclosed at the time of filing the above-
referenced application. The Applicant enclosed herewith a copy of the originally filed
cover sheet.

        37 CFR1.51 (c)(1) states

(1) A cover sheet identifying:

    (i) The application as a provisional application (*see* line 4)

    (ii) The name or names of the inventor or
        inventors, (see § 1.41(a)(2)),        (*see* line 13)

    (iii) The residence of each named inventor,    (*see* lines 15-16)

    (iv) The title of the invention,    (*see* lines 9-10)

    (v) The name and registration number of

the attorney or agent (if applicable),                (*the e-filing has generated the information*)

(vi) The docket number used by the person filing the application to identify the application (if applicable),                (*see* line 21)

(vii) The correspondence address, and                (*the e-filing has generated the information*)

(viii) The name of the U.S. Government agency and Government contract number (if the invention was made by an agency of the U.S. Government or under a contract with an agency of the U.S. Government);                (*Not applicable*)

It is hereby respectfully submitted that the provisional application filed on 09/12/2006 is complete and justifies the US filing date of 09/12/2006.

Please telephone the undersigned at (408)777-8873, if there are any questions.

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to "Commissioner of Patents and Trademarks, Washington, DC 20231", on October 4, 2006.
**e-filed**

Signature: / joe zheng /
                Joe Zheng

Respectfully submitted;

/ joe zheng /
Joe Zheng
Reg.: No. 39,450

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371 (c) DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NUMBER |
|---|---|---|---|
| 60/825,407 | 09/12/2006 | Robert A. Lambourne | RIN-022P |

**CONFIRMATION NO. 1970**

26797
SILICON VALLEY PATENT AGENCY
7394 WILDFLOWER WAY
CUPERTINO, CA 95014

**FORMALITIES
LETTER**

Date Mailed: 09/26/2006

## NOTICE TO FILE MISSING PARTS OF PROVISIONAL APPLICATION

### FILED UNDER 37 CFR 1.53(c)

*Filing Date Granted*

An application number and filing date have been accorded to this provisional application. The items indicated below, however, are missing. Applicant is given **TWO MONTHS** from the date of this Notice within which to file all required items and pay any fees required below to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

- The provisional application cover sheet under 37 CFR 1.51(c)(1), which may be an application data sheet (37 CFR 1.76), is required identifying either city and state or city and foreign country of the residence of each inventor and the name(s) of the inventor(s).

The applicant needs to satisfy supplemental fees problems indicated below.

The required item(s) identified below must be timely submitted to avoid abandonment:

- To avoid abandonment, a surcharge (for late submission of filing fee or cover sheet) as set forth in 37 CFR 1.16(g) of $25 for a small entity in compliance with 37 CFR 1.27, must be submitted with the missing items identified in this letter.

### SUMMARY OF FEES DUE:

Total additional fee(s) required for this application is **$25** for a small entity

- $25 Surcharge.

Replies should be mailed to:    Mail Stop Missing Parts
Commissioner for Patents
P.O. Box 1450
Alexandria VA 22313-1450

*A copy of this notice __MUST__ be returned with the reply.*

Office of Initial Patent Examination (571) 272-4000, or 1-800-PTO-9199, or 1-800-972-6382

PART 3 - OFFICE COPY

# In the United States Patent and Trademark Office

### Provisional Application

5

for

# Controlling and manipulating groupings in a multi-zone music or media system

10

Inventor:    Robert A. Lambourne
2970 Arriba Way

15                            Santa Barbara, CA 93105
Citizenship: United Kingdom

20

File No.:    RIN-022P

25

Express Mail Label:    **e-filed**  Date of Deposit:  **September 12, 2006**
I hereby certify that this paper or fee is being deposited with the United States Postal
Service using "Express Mail Post Office To Addressee" service under 37 CFR 1.10 on
the date indicated above and is addressed to "Mail Stop: New Application, Commissioner

30    for Patents, P.O. Box 1450, Alexandria, VA 22313"

Signed:      / joe zheng /
                 Joe Zheng

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 1236677 |
| **Application Number:** | 60825407 |
| **Confirmation Number:** | 1970 |
| **Title of Invention:** | Controlling and manipulating groupings in a multi-zone music or media system |
| **First Named Inventor:** | Robert A.  Lambourne |
| **Customer Number:** | 26797 |
| **Filer:** | Joe Zheng |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | RIN-022P |
| **Receipt Date:** | 05-OCT-2006 |
| **Filing Date:** | 12-SEP-2006 |
| **Time Stamp:** | 00:34:35 |
| **Application Type:** | Provisional |
| **International Application Number:** | |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes) | Multi Part | Pages |
|---|---|---|---|---|---|
| 1 | Applicant Response to Pre-Exam Formalities Notice | ResponseToMissingParts.pdf | 156829 | no | 5 |

| Warnings: | |
|---|---|
| Information: | |
| **Total Files Size (in bytes):** | 156829 |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

New Applications Under 35 U.S.C. 111
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

National Stage of an International Application under 35 U.S.C. 371
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371 (c) DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NUMBER |
|---|---|---|---|
| 60/825,407 | 09/12/2006 | Robert A. Lambourne | RIN-022P |

CONFIRMATION NO. 1970

26797
SILICON VALLEY PATENT AGENCY
7394 WILDFLOWER WAY
CUPERTINO, CA 95014

**FORMALITIES
LETTER**

Date Mailed: 09/26/2006

## NOTICE TO FILE MISSING PARTS OF PROVISIONAL APPLICATION

### FILED UNDER 37 CFR 1.53(c)

*Filing Date Granted*

An application number and filing date have been accorded to this provisional application. The items indicated below, however, are missing. Applicant is given **TWO MONTHS** from the date of this Notice within which to file all required items and pay any fees required below to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

- The provisional application cover sheet under 37 CFR 1.51(c)(1), which may be an application data sheet (37 CFR 1.76), is required identifying either city and state or city and foreign country of the residence of each inventor and the name(s) of the inventor(s).

The applicant needs to satisfy supplemental fees problems indicated below.

The required item(s) identified below must be timely submitted to avoid abandonment:

- To avoid abandonment, a surcharge (for late submission of filing fee or cover sheet) as set forth in 37 CFR 1.16(g) of $25 for a small entity in compliance with 37 CFR 1.27, must be submitted with the missing items identified in this letter.

## SUMMARY OF FEES DUE:

Total additional fee(s) required for this application is **$25** for a small entity

- **$25** Surcharge.

Replies should be mailed to:    Mail Stop Missing Parts
Commissioner for Patents
P.O. Box 1450
Alexandria VA 22313-1450

*A copy of this notice **MUST** be returned with the reply.*

Office of Initial Patent Examination (571) 272-4000, or 1-800-PTO-9199, or 1-800-972-6382
PART 3 - OFFICE COPY

# In the United States Patent and Trademark Office

## Provisional Application

### for

## Controlling and manipulating groupings in a multi-zone music or media system

Inventor:  Robert A. Lambourne
2970 Arriba Way
Santa Barbara, CA 93105
Citizenship: United Kingdom

File No.:  RIN-022P

Express Mail Label:  **e-filed**  Date of Deposit:  **September 12, 2006**
I hereby certify that this paper or fee is being deposited with the United States Postal
Service using "Express Mail Post Office To Addressee" service under 37 CFR 1.10 on
the date indicated above and is addressed to "Mail Stop: New Application, Commissioner
for Patents, P.O. Box 1450, Alexandria, VA 22313"

Signed:   _/ joe zheng /_____
Joe Zheng

# Controlling and manipulating groupings in a multi-zone music or media system

5                          <u>BACKGROUND OF THE INVENTION</u>

Field of the Invention

The present invention generally relates to the area of consumer
electronics, and more particularly, relates to techniques for controlling and
10   manipulating groupings in a multi-zone music or media system.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The detailed description of the invention, also in Appendix A and B,
is presented largely in terms of procedures in terms of procedures, steps,
15   logic blocks, processing, and other symbolic representations that directly
or indirectly resemble the operations of data processing devices coupled
to networks.  These process descriptions and representations are typically
used by those skilled in the art to most effectively convey the substance of
their work to others skilled in the art. Numerous specific details are set
20   forth in order to provide a thorough understanding of the present invention.
However, it will become obvious to those skilled in the art that the present
invention may be practiced without these specific details. In other
instances, well known methods, procedures, components, and circuitry
have not been described in detail to avoid unnecessarily obscuring
25   aspects of the present invention.

Reference herein to "one embodiment" or "an embodiment" means that a particular feature, structure, or characteristic described in connection with the embodiment can be included in at least one embodiment of the invention.  The appearances of the phrase "in one

5  embodiment" in various places in the specification are not necessarily all referring to the same embodiment, nor are separate or alternative embodiments mutually exclusive of other embodiments.  Further, the order of blocks in process flowcharts or diagrams representing one or more embodiments of the invention do not inherently indicate any particular

10  order nor imply any limitations in the invention.

Referring now to the drawings, in which like numerals refer to like parts throughout the several views.  FIG. 1 shows an exemplary configuration **100** in which the present invention may be practiced. The configuration may represent, but not be limited to, a part of a residential

15  home, a business building or a complex with multiple zones. There are a number of multimedia players of which three examples **102**, **104** and **106** are shown as audio devices. Each of the audio devices may be installed or provided in one particular area or zone and hence referred to as a zone player herein.

20  As used herein, unless explicitly stated otherwise, an audio source or audio sources are in digital format and can be transported or streamed over a data network. To facilitate the understanding of the present invention, it is assumed that the configuration **100** represents a home. Thus, the zone player **102** and **104** may be located in two of the bedrooms

25  respectively while the zone player **106** may be installed in a living room. All of the zone players **102**, **104** and **106** are coupled directly or indirectly

to a data network **108**. In addition, a computing device **110** is shown to be coupled on the network **108**. In reality, any other devices such as a home gateway device, a storage device, or an MP3 player may be coupled to the network **108** as well.

5        The network **108** may be a wired network, a wireless network or a combination of both. In one example, all devices including the zone players **102**, **104** and **106** are coupled to the network **108** by wireless means based on an industry standard such as IEEE 802.11.  In yet another example, all devices including the zone players **102**, **104** and **106** 10  are part of a local area network that communicates with a wide area network (e.g., the Internet).

Many devices on the network **108** are configured to download and store audio sources. For example, the computing device **110** can download audio sources from the Internet and store the downloaded 15  sources locally for sharing with other devices on the Internet or the network **108**. The computing device **110** or any of the zone players can also be configured to receive streaming audio. Shown as a stereo system, the device **112** is configured to receive an analog audio source (e.g., from broadcasting) or retrieve a digital audio source (e.g., from a compact disk). 20  The analog audio sources can be converted to digital audio sources. In accordance with the present invention, the audio source may be shared among the devices on the network **108**.

Two or more zone players may be grouped together to form a new zone group.  Any combinations of zone players and an existing zone 25  group may be grouped together.  In one instance, a new zone group is

4

formed by adding one zone player to another zone player or an existing
zone group.

Referring now to FIG. 2A, there is shown an exemplary functional
block diagram of a zone player **200** in accordance with the present

5   invention. The zone player **200** includes a network interface **202**, a
processor **204**, a memory **206**, an audio processing circuit **210**, a digital
signal processing module **212**, and optionally, an audio amplifier **214** that
may be internal or external.  The network interface **202** facilitates a data
flow between a data network (i.e., the data network **108** of FIG. 1) and the

10   zone player **200** and typically executes a special set of rules (i.e., a
protocol) to send data back and forth.  One of the common protocols used
in the Internet is TCP/IP (Transmission Control Protocol/Internet Protocol).
In general, a network interface manages the assembling of an audio
source or file into smaller packets that are transmitted over the data

15   network or reassembles received packets into the original source or file. In
addition, the network interface **202** handles the address part of each
packet so that it gets to the right destination or intercepts packets destined
for the zone player **200**.

The network interface **202** may include one or both of a wireless

20   interface **216** and a wired interface **217**. The wireless interface **216**, also
referred to as a RF interface, provides network interface functions by a
wireless means for the zone player **200** to communicate with other
devices in accordance with a communication protocol (such as the
wireless standard IEEE 802.11a, 802.11b or 802.11g). The wired interface

25   **217** provides network interface functions by a wired means (e.g., an
Ethernet cable). In one embodiment, a zone player includes both of the

interfaces **216** and **217**, and other zone players include only a RF or wired interface. Thus these other zone players communicate with other devices on a network or retrieve audio sources via the zone player. The processor **204** is configured to control the operation of other parts in the zone player

5     **200**. The memory **206** may be loaded with one or more software modules that can be executed by the processor **204** to achieve desired tasks. According to one aspect of the present invention, a software module implementing one embodiment of the present invention is executed, the processor **204** operates in accordance with the software module in

10    reference to a saved zone group configuration characterizing a zone group created by a user, the zone player **200** is caused to retrieve an audio source from another zone player or a device on the network.

      According to one embodiment of the present invention, the memory **206** is used to save one or more saved zone configuration files

15    that may be retrieved for modification at any time. Typically, a saved zone group configuration file is transmitted to a controller (e.g., the controlling device **140** or **142** of FIG. 1, a computer, a portable device, or a TV) when a user operates the controlling device. The zone group configuration provides an interactive user interface so that various manipulations or

20    control of the zone players may be performed.

      The audio processing circuit **210** resembles most of the circuitry in an audio playback device and includes one or more digital-to-analog converters (DAC), an audio preprocessing part, an audio enhancement part or a digital signal processor and others. In operation, when an audio

25    source is retrieved via the network interface **202**, the audio source is processed in the audio processing circuit **210** to produce analog audio

signals. The processed analog audio signals are then provided to the audio amplifier **214** for playback on speakers. In addition, the audio processing circuit **210** may include necessary circuitry to process analog signals as inputs to produce digital signals for sharing with other devices

5    on a network.

Depending on an exact implementation, the digital signal processing module **212** may be implemented within the audio processing circuit **210** or as a combination of hardware and software. The audio amplifier **214** is typically an analog circuit that powers the provided analog

10   audio signals to drive one or more speakers.

Referring now to FIG. 2B, there is shown an example of a controller **240**, which may correspond to the controlling device **140** or **142** of FIG. 1.  The controller **240** may be used to facilitate the control of multi-media applications, automation and others in a complex.  In particular, the

15   controller **240** is configured to facilitate a selection of a plurality of audio sources available on the network, controlling operations of one or more zone players (e.g., the zone player **200**) through a RF interface corresponding to the RF interface **216** of FIG. 2A. According to one embodiment, the wireless means is based on an industry standard (e.g.,

20   infrared, radio, wireless standard IEEE 802.11a, 802.11b or 802.11g). When a particular audio source is being played in the zone player **200**, a picture, if there is any, associated with the audio source may be transmitted from the zone player **200** to the controller **240** for display. In one embodiment, the controller **240** is used to synchronize more than one

25   zone players by grouping the zone players in a group. In another

embodiment, the controller **240** is used to control the volume of each of the zone players in a zone group individually or together.

The user interface for the controller **240** includes a screen **242** (e.g., a LCD screen) and a set of functional buttons as follows: a "zones" button **244**, a "back" button **246**, a "music" button **248**, a scroll wheel **250**, "ok" button **252**, a set of transport control buttons **254**, a mute button **262**, a volume up/down button **264**, a set of soft buttons **266** corresponding to the labels **268** displayed on the screen **242**.

The screen **242** displays various screen menus in response to a user's selection.  In one embodiment, the "zones" button **244** activates a zone management screen or "Zone Menu", which is described in more details below. The "back" button **246** may lead to different actions depending on the current screen.  In one embodiment, the "back" button triggers the current screen display to go back to a previous one.  In another embodiment, the 'back" button negates the user's erroneous selection.  The "music" button **248** activates a music menu, which allows the selection of an audio source (e.g., a song) to be added to a zone player's music queue for playback.

The scroll wheel **250** is used for selecting an item within a list, whenever a list is presented on the screen **242**.  When the items in the list are too many to be accommodated in one screen display, a scroll indicator such as a scroll bar or a scroll arrow is displayed beside the list. When the scroll indicator is displayed, a user may rotate the scroll wheel **250** to either choose a displayed item or display a hidden item in the list.  The "ok" button **252** is used to confirm the user selection on the screen **242**.

8

There are three transport buttons **254,** which are used to control the effect of the currently playing song.  For example, the functions of the transport buttons may include play/pause and forward/rewind a song, move forward to a next song track, or move backward to a previous track.

5    According to one embodiment, pressing one of the volume control buttons such as the mute button **262** or the volume up/down button **264** activates a volume panel.  In addition, there are three soft buttons **266** that can be activated in accordance with the labels **268** on the screen **242**.   It can be understood that, in a multi-zone system, there may be multiple audio

10   sources being played respectively in more than one zone players.  The music transport functions described herein shall apply selectively to one of the sources when a corresponding one of the zone players or zone groups is selected.

FIG. 2C illustrates an internal functional block diagram of an

15   exemplary controller **270**, which may correspond to the controller **240** of FIG. 2B. The screen **272** on the controller **270** may be a LCD screen. The screen **272** communicates with and is commanded by a screen driver **274** that is controlled by a microcontroller (e.g., a processor) **276**. The memory **282** may be loaded with one or more application modules **284** that can be

20   executed by the microcontroller **276** with or without a user input via the user interface **278** to achieve desired tasks.  In one embodiment, an application module is configured to facilitate grouping a number of selected zone players into a zone group and synchronizing the zone players for one audio source. In another embodiment, an application

25   module is configured to control together the audio volumes of the zone players in a zone group. In operation, when the microcontroller **276**

9

executes one of the application modules **284**, the screen driver **274**
generates control signals to drive the screen **272** to display an application
specific user interface accordingly, more of which will be described below.

The controller **270** includes a network interface **280** referred to as
5    a RF interface **280** that facilitates wireless communication with a zone
player via a corresponding RF interface thereof.    In one embodiment, the
commands such as volume control and audio playback synchronization
are sent via the RF interfaces.  In another embodiment, a saved zone
group configuration is transmitted between a zone player and a controller
10   via the RF interfaces. The controller **270** may control one or more zone
players, such as **102**, **104** and **106** of FIG. 1. Nevertheless, there may be
more than one controllers, each preferably in a zone (e.g., a room) and
configured to control any one and all of the zone players.

In one embodiment, a user creates a zone group including at least
15   two zone players from the controller **240** that sends signals or data to one
of the zone players. As all the zone players are coupled on a network, the
received signals in one zone players can cause other zone players in the
group to be synchronized so that all the zone players in the group
playback an identical audio source or a list of identical audio sources in a
20   timely synchronized manner.  Similarly, when a user increases the audio
volume of the group from the controller, the signals or data of increasing
the audio volume for the group are sent to one of the zone players and
causes other zone players in the group to be increased together in volume
and in scale.

According to one implementation, an application module is loaded in memory **282** for zone group management. When a predetermined key (e.g. the "zones" button **244**) is activated on the controller **240**, the application module is executed in the microcontroller **276**. The input

5   interface **278** coupled to and controlled by the microcontroller **276** receives inputs from a user.  A "Zone Menu" is then displayed on the screen **272**.   The user may start grouping zone players into a zone group by activating a "Link Zones" or "Add Zone" soft button, or de-grouping a zone group by activating an "Unlink Zones" or "Drop Zone" button. The

10   detail of the zone group manipulation will be further discussed below.

As described above, the input interface **278** includes a number of function buttons as well as a screen graphical user interface. It should be pointed out that the controller **240** in FIG. 2B is not the only controlling device that may practice the present invention.  Other devices that provide the equivalent control functions (e.g., a computing device, a hand-held

15   device) may also be configured to practice the present invention.  In the above description, unless otherwise specifically described, it is clear that keys or buttons are generally referred to as either the physical buttons or soft buttons, enabling a user to enter a command or data.

20   One mechanism for 'joining' zone players together for music playback is to link a number of zone players together to form a group. To link a number of zone players together, a user may manually link each zone player or room one after the other. For example, there is a multi-zone system that includes the following zones.

25         – Bathroom

      – Bedroom

    –  Den

    –  Dining Room

    –  Family Room

    –  Foyer

5       If the user wishes to link 5 of the 6 zone players using the current mechanism, he/she must start with a single zone and then manually link each zone to that zone. This mechanism may be sometimes quite consuming.

       According to one embodiment, a set of zones can be dynamically

10   linked together using one command. Using what is referred to as a zone scene or scene, zones can be configured in a particular scene (e.g., morning, afternoon, or garden), where a predefined zone grouping and setting of attributes in for the grouping are determined.

       For instance, a "Morning" zone scene/configuration command

15   would link the Bedroom, Den and Dining Room together in one action. Without this single command, the user would need to manually and individually link each zone. FIG. 3 provides an illustration of one zone scene, where the left column shows the starting zone grouping – all zones are separate, the column on the right shows the effects of grouping the

20   zones to make a group of 3 zones.

       Expanding this idea further, the Zone Scene can be set to create multiple sets of linked zones. For example the "Morning Mode" scene would create 3 separate groups of zones, the downstairs zones would be linked together, the upstairs zones would be linked together in their own

group, and the outside zones (in this case the patio) would move into a group of its own.

Optionally, a system may be supplied with a command that links all zones in one step. This may be a simple form of a zone scene. In one

5   embodiment that extends to more than just linking zones together. After linking the appropriate zones, a zone scene command could apply the following attributes:

1. Set volumes levels in each zones (each zone can have a different volume)

10   2. Mute/Unmute zones.

3. Select and play specific music in the zones.

4. Set the play mode of the music (Shuffle, Repeat, Shuffle-repeat)

5. Set the music playback equalization of each zone (bass treble) etc.

15   A further extension of this embodiment is to trigger a zone scene command as an alarm clock function. For instance the zone Scene is set to apply at 8:00am. It could link appropriate zones automatically, set specific music to play and then stop the music after a defined duration.

Annexed hereto is an Appendix A providing examples to teach and

20   refer to various features, detailed designs, uses, advantages, configurations and characteristics in one embodiment of the present invention.

Annexed hereto is also an Appendix B providing examples to teach and refer to various features, detailed designs, uses, advantages,

13

configurations and characteristics using clock in one embodiment of the present invention.

One of the features in the present invention is to allow sets of related devices (controllers and operating components) to exist as a group
5   without interfering with other components that are potentially visible on the same wired or wireless network.

The processes, sequences or steps and features discussed above and in the appendixes are related to each other and each is believed independently novel in the art. The disclosed processes and sequences
10   may be performed alone or in any combination to provide a novel and unobvious system or a portion of a system. It should be understood that the processes and sequences in combination yield an equally independently novel combination as well, even if combined in their broadest sense; i.e. with less than the specific manner in which each of
15   the processes or sequences has been reduced to practice in the attached appendix.

The forgoing and attached are illustrative of various aspects/embodiments of the present invention, the disclosure of specific sequence/steps and the inclusion of specifics with regard to broader
20   methods and systems are not intended to limit the scope of the invention which finds itself in the various permutations of the features disclosed and described herein as conveyed to one of skill in the art.



*FIG. 1*



200

Network Interface — 202

Wireless — 216

Wired — 217

Processor — 204

Memory — 206

Audio Processing Circuit — 210

Digital Signal Processing Module — 212

Audio Amplifier — 214

*FIG. 2A*



**FIG. 2B**



FIG. 2C



*FIG. 3*

# Appendix A

## Table of Contents

1   INTRODUCTION ...................................................................................................................2

   1.1   SETTING A ZONE SCENE ...............................................................................................2

2   INVOKING A SCENE .........................................................................................................5

   2.1   HANDHELD CONTROLLER ............................................................................................5

   2.2   DESKTOP CONTROLLERS .............................................................................................8

3   SCENE SETUP .....................................................................................................................9

   3.1   HANDHELD CONTROLLER ............................................................................................9

   3.2   DESKTOP CONTROLLERS .............................................................................................9

   3.3   ADDITIONAL SETUP IDEAS .........................................................................................16

4   ALTERNATIVE LINKING METHODS ..........................................................................17

   4.1   MULTIPLE SELECT IN LINK AND DROP ZONE PANELS ...............................................17

5   RELATED IDEAS ..............................................................................................................19

   5.1   ZONE SCENES THAT PLAY MUSIC ...............................................................................19

   5.2   RELATIONSHIP TO THE ALARM CLOCK ......................................................................19

   5.3   COMPRESS ZONES IN THE ZONE MENU .......................................................................20

Sonos UI Specification: Zone Scenes

# 1    Introduction

The Zone Scene feature allows the user to arrange the zones into groups using one single command. However, the Zone Scene feature is much more flexible and powerful.

Currently in the Sonos UI, zone groups are created by manually linking zones one at a time until the desired zone grouping is reached.

For Example

Start with **Living Room**

➢   Link the Kitchen to the Living Room to make a group of (**Living Room + Kitchen**)
➢   Then link the Den to the (**Living Room + Kitchen**) to make a group of (**Living Room + Kitchen + Den**)

The Zone Scene feature would allow the user to create a group of (**Living Room + Kitchen + Den**) with one command.

## 1.1    Setting a Zone Scene

### 1.1.1    Simple Scenes

Simple scenes allow the user to set up a single zone group per scene.

*For example:*
 "Morning Scene" would group Bedroom + Den + Dining Room, but would leave all other zones in the house untouched.



Note: Zones do not need to be separated before the Scene is invoked.

### 1.1.2    Advanced Scenes

**Sonos UI Specification: Zone Scenes**

User can define multiple groups to be gathered at the same time.

For example: "Evening Scene" should link the following zones
- **Group1**
  o Bedroom
  o Den
  o Dining Room

- **Group 2**
  o Garage
  o Garden

- **And finally**, Bathroom, Family Room and Foyer should be separated from any group if they were part of a group before the Zone Scene was invoked.



Note: Zones do not need to be separated before the Scene is invoked.

### 1.1.3 What happens to the Music that's already playing when a Zone Scene is started.

If no music is playing in any Zone – then the zones will simply link in a group.

If music is playing in one or more zones there are several possibilities (TBD)

1. The Music Queue in the zone group that was formed by the Zone Scene will be empty. In other words – the music will stop in any room that is part of the Zone Scene. This is the simplest solution, but may lead to frustration.

2. The user gets to choose from which of the ;joining' Queues the new zone group should play. This could be in the form of a dialog:

**What should the new Zone Group play?**
No Music
Track 1
Track 2
Radio Station A

Note that this method would only be useful (and possible) with simple Zone Scene grouping. With Advanced Zone Scene groupings, this dialog would become much too complicated.

3. In the case where only one of the zones in the new group was playing music, the new group should take the music (and Queue) of that zone.

## 2       Invoking a Scene

There are various user Interface methods for invoking a configuration on a Handheld Controller or Desktop Controller

### 2.1     Handheld Controller

#### 2.1.1    Method 1: Include Scenes in the Zone menu



### 2.1.2    Method 2: Zone Scenes as a soft button

The Link/Drop Zone commands are placed under one softkey and the middle softkey now becomes "Scenes". Pressing the scene softkey will show the Scene menu where all the available scenes are shown.



TBD: We could remove Pause All (and place it somewhere else. This would allow us to put Zone Scenes on the right soft button).

### 2.1.3 Method 3. Zone Scenes as part of "Link Zones" Dialog.





## 2.2   Desktop Controllers

### 2.2.1   Method 1: As part of 'Zones' application menu



### 2.2.2   Method 2: As part pf the Zones panel



# 3    Scene Setup

## 3.1    Handheld Controller

It is not expected that the Zone Scenes should be set up using the Handheld Controller

## 3.2    Desktop Controllers

Zone Scene Setup is available from the Zones menu on the DCRs.



"Set Up Zone Scenes…" is available from the Zones menu.

**Sonos UI Specification: Zone Scenes**



- Zone Scenes can be Add, Edited or Deleted
- The tool tip shows an overview of the zones that make up a scene

### 3.2.1   Simple Scenes

Each Scene consists of just one zone grouping.



- – The panel on the left shows the available zones in the household.
- – The panel on the right shows the Zones that will be grouped as part of this scene.
- – The Add/Remove buttons move zones between the panels.
- – Zones can be dragged between panels.
- – The Zones that are not part of this scene will remain unaffected by the scene.

**Volumes**



- The 'Volumes...' button allows the user to affect the volumes of the zones when a Zone Scene is invoked.
- The Zones can be set to retain whatever volume that they currently have when the Scene is invoked.
- Additionally the user can decide of Volumes should be unmuted when the Scene is invoked.
- Alternatively, the user can define the Volume of each zone in the Zone Scene.

## 3.2.2   Simple Scene (each scene makes one zone group)

Each Scene can consist of multiple groupings. In addition zones can be separated if they were part of a group before the scene was invoked.

**Sonos UI Specification: Zone Scenes**



- Left panel shows the available zones in a system
- The upper  right panel shows the zones that will be grouped as part of this configuration.
  - Multiple groups can be created with the "Add Group" button
  - Groups can be deleted using the "Delete Group" button
  - Zones can be moved between groups
- The lower right panel shows the zones that will be actively separated when the scene is invoked (if they were part of any before).
- Zones can be moved from the left panel to wither of the right panels using the "Add" buttons, or through drag and drop/
- Likewise, zones can be moved from either of the right side panels to the left panel using the "Remove" buttons, or through drag and drop.

**Volumes**



- – The 'Volumes…' button allows the user to affect the volumes of the zones when a Zone Scene is invoked.
- – The Zones can be set to retain whatever volume that they currently have when the Scene is invoked.
- – Additionally the user can decide of Volumes should be unmuted when the Scene is invoked.
- – Alternatively, the user can define the Volume of each zone in the Zone Scene.

### 3.3    Additional setup  ideas

Capture a Zone Scene from an existing setup in the Zone Menu. Right click on a current Zone group and have a menu item "Make this group a Scene".

# 4       Alternative Linking Methods

## 4.1      Multiple Select in Link and Drop Zone panels

This feature is an adaptation of the Link and Drop Zone feature.

Currently, as discussed in the introduction of this document, the current Link and Drop Zones features allow the user to link and drop Zones one at a time. This feature would allow the user to link and drop multiple zones in one screen.

Using this methodology, the action Link and Drop zones can be achieved on one screen. In addition, because of the flexibility of this UI, Music can easily be moved from one zone to another.





–   The list of zones in the screen above includes ALL the zones in the system, including the Zones that are already grouped.

- User can check Zones that will be part of a zone group, and uncheck those that won't be part of a group
- Using this method it is possible to move music from one zone to another. For example, to move the music from the Living Room to the Kitchen
  - User is playing 'Radio 1' in the Living Room only
  - From the Zone Menu, press the Zone Linking soft button
  - Check the Kitchen, uncheck the Living Room
  - Hit the OK button
  - Result – Radio 1 is now playing in the Kitchen and not the Living Room (without interrupting the music).

# 5      Related Ideas

## 5.1      Zone Scenes that play music

In addition to the notion of Zone Scenes that contain information about Zone Groups and the Volumes of individual Zones in a group. It is also possible to extend the idea to enable specific music to be played when a particular Zone Scene is invoked:

For instance.

Wakeup Zone Scene should link Living Room and Bedroom, set their volumes and play "Wakeup Music" playlist (or a Radio station)

## 5.2      Relationship to the Alarm Clock

The Sonos Alarm Clock/Music Scheduler allows a user to setup a Sonos system to play music in certain zones at certain times of the day.

In addition it is possible that an alarm clock can also invoke a Zone Scene.

For example. In a system with 4 Zones: Bedroom, Bathroom, Dining Room, Kitchen.

At the end of the day the user has all of the Zones linked into one group.

He has an alarm clock that is set to play National Public Radio at 7am and the alarm should play in the Bedroom and Bathroom, but not the Dining Room and Kitchen.

The Alarm is thus configured to invoke a Zone Scene that links the Bedroom and Bathroom into a group, but leaves the Dining Room and Kitchen out of the group.

**Sonos UI Specification: Zone Scenes**

## 5.3    Compress Zones in the Zone Menu

This concept is aimed at households that have more than a few ZonePlayers.

Current Design.



Zone Groups are shown linked together in a gray box. This is a good design for household with fewer than, say, 8 Zones. With more Zones however, a lot of scrolling is required to navigate between zones.

The design below shows how grouped zones are compressed so that they occupy a ingle item in the Zone Menu. The [+n] signifies the additional number zones that make up the group.



The individual zones in a group WILL show in the Zone bar on the Now playing Screen and Music Browse, as well as the link and unlink screens.

# Appendix B

## Table of Contents

**1   TO DO ITEMS** .................................................................................................................2

**2   REQUIREMENTS** ...........................................................................................................3

   2.1   NEED .......................................................................................................................3
   2.2   GENERAL RULES FOR THE ALARM ........................................................................3

**3   UI SPEC FOR HANDHELD CR** ..................................................................................4

   3.1   CLOCKS AND ALARMS MENU ................................................................................4
   3.2   SHOW CLOCK SCREEN ............................................................................................5
   3.3   ALARM PLAYS .........................................................................................................6
   3.4   SLEEP TIMER ...........................................................................................................9
   3.5   ALARMS OVERVIEW ..............................................................................................11
   3.6   NEW ALBUM AND EDITING AN EXISTING ALARM ..............................................12
   3.7   ALARM SETTINGS/VARIABLES ............................................................................13
   3.8   SETTING THE CURRENT DATE AND TIME ............................................................21
   3.9   BUZZER .................................................................................................................25

**4   UI SPEC FOR DCRS** ...................................................................................................26

   4.1   PC MENU ..............................................................................................................26
   4.2   SLEEP TIMER .........................................................................................................27
   4.3   CLOCK AND ALARMS ............................................................................................29
   4.4   EDIT AN ALARM ...................................................................................................30
   4.5   SETTING THE CURRENT DATE AND TIME ON THE DESKTOP CONTROLLERS.........33
   4.6   SETTING ALARM MUSIC DIRECTLY FROM THE MUSIC LIBRARY .......................34
   4.7   BUZZER .................................................................................................................34

**5   DATE AND TIME FORMATS** .....................................................................................35

   5.1   DATE FORMATS .....................................................................................................35
   5.2   TIME FORMATS .....................................................................................................36

**6   SPECIAL CASES** .........................................................................................................37

   6.1   LOST ZONEPLAYERS AND HIDDEN ZONEPLAYERS - HHCR .............................37
   6.2   LOST ZONEPLAYERS AND HIDDEN ZONEPLAYERS - DCRS ..............................39
   6.3   NO DATE OR TIME - HHCR ................................................................................40
   6.4   NO DATE OR TIME - DCRS .................................................................................43

**Sonos UI Specification: Alarm Clock**

# 1    To Do Items

### 1.1.1   To Do

- Graphic Design for clock face – may need PixelMedia input
- Tone for backup buzzer to be designed
- Scenarios for backup buzzer

### 1.1.2   TBD items

- Should the low brightness clock face move around the screen as a screen saver (repositioned every once in a while (not sliding around)
- Add play mode (shuffle/repeat)
- Default settings for a new alarm
- Can the DCR sleep timer count in the menu change with time, or does it need to be fixed.
- Should time and date settings fields change if the user has 12/24 hour clock etc.
- Rhapsody and Current Queue as music choices for an alarm.
- DCR state when time is lost (due to power failure)

## 2      Requirements

### 2.1      Need

**Regular requests from users to provide the following:**

- Ability to schedule music to wake to.
- Ability to schedule music at other times. For example, "I want to hear music when I come home from work at 6pm"
- Ability to fall asleep playing music, and for the music to play for a defined period (Sleep Timer)
- Ability to replace their current alarm clock with a large clock view on the Controller.

### 2.2      General rules for the alarm

#### 2.2.1      Zones

- A single zone can be assigned to an alarm. When the alarm sounds, it will sound in that zone + any zones are linked to the alarm zone at the time of the alarm

#### 2.2.2      Volume ramp

- Alarms will ramp from 0 to the zone's set volume level in 60 seconds (exact time TBD)

#### 2.2.3      Backup Buzzer

If, for any reason, the scheduled music won't play (empty playlist, no connection to a share, failed UPnP, no Internet connection for an Internet Radio station), a backup buzzer will sound. This buzzer will be a sound file that is stored in ZPs –not on a share (for obvious reasons).

The buzzer sound will be designed for Sonos and will fit the Sonos brand

.

# 3        UI Spec for Handheld CR

## 3.1     Clocks and Alarms Menu

–   The Clocks and Alarms section of the UI can be found on the Music Menu above System Settings



–   The time in parenthesis after the "Show Clock" item should be updated with the current system time.
–   The time in the parenthesis should be removed if the system has no time set (because the time was never set properly, or a connection to the Internet time has been lost and the ZP power-recycled)

## 3.2     Show Clock Screen



– The clock is zone-group contextual.
– Press OK on this screen returns the user to the Clock menu (same behavior as a pop-up).
– Press Back on this screen returns the user to the Clock menu (same behavior as a pop-up).
– The clock icon ⏰ indicates that one or more alarms are set for this zone group.
– Unlinking a zone, may affect the presence of the alarm icon.
– The 'low brightness' softkey brings up a version of this screen shown below.

### 3.2.1   Low Brightness mode

– When the user presses the "Low Brightness" soft button, the screen brightness will be reduced to 25%. The user setting in the CR settings will not be affected.
– Pressing any button will return the screen to the user-set brightness.
– When an alarm goes in that zone/group, the contrast will return the screen to the user-set brightness.

### 3.3    Alarm Plays

**Clock Screen**



- The clock icon shows if there is at least one alarm in the ON state for one or more of the zones that the CR is currently viewing (in this case Master Bedroom, Kitchen, Dining Room).
- If no alarms are present, in the ON state, for the zone or zones that the CR is viewing, the icon will be removed.
- Note the case where an alarm is set to "Once" - when the alarm is complete (see duration and snooze rules below) the icon will be removed (as long as there are no further alarms set for zones in this group).

**Sonos UI Specification: Alarm Clock**

**Alarm Plays**



The clock icon changes to its "active state" (the sound waves).
The snooze softkey appears.

The Snooze and the active clock icon will be displayed:
– For the duration of the Alarm, up to a maximum of 2 hours ( if the user has set the duration to 'no limit', the snooze and active clock will show for 2 hours only).
– AND as long as music is playing in that Zone Group. If the music is stopped, the snooze button and active state clock icon are cleared from the UI
– 'Stopped music' can be achieved though:
– Play/pause button
– Clear Queue
– Music Queue ends (runs out of music)
– Technical reason for music stopping (lost connection etc.)

The Snooze button and active clock icon can be passed around zones using link/unlink in the same way as the alarm duration.

**Snooze operation**
– Pressing the snooze button will cause the alarm to play again 9 minutes later (the actual Alarm settings are not changed).
– Pressing the snooze button again during the 'snoozing period' (the silent period), will offset the alarm by 9 minutes from that point.
– Multiple presses of the snooze button will not accumulate snooze time (9+9+9=27 minutes snooze).
– During the 9 minute snooze period, a 'snoozing' icon will show on the screen
– During the 9 minute snooze period, the clock icon will continue to show its 'active clock' state.
– During the 9 minute snooze period, the Snooze softkey will continue to show.
– If the music is stopped (see rules above) – the snooze state will be cleared (removing the Snoozing icon and Snooze button).

**Sonos UI Specification: Alarm Clock**



**Other items**

If another alarm plays for a zone in this group – all the original alarm and snooze states are cleared.

**Low Brightness**
Same rules apply as described above

–

## 3.4    Sleep Timer



- Sleep timer will have the following variables: Off, 15min, 30mins, 45mins, 1hours, 2 hours.
- A sleep timer applies to all the current zones in the current group
- When the sleep timer stops (i.e. the time reaches 0 seconds), it should revert to 'Off.'.
- At the end of the sleep time (0 seconds), the current Zone Group should be Paused.
- The time in parenthesis should show the count down.
- If the current zone group is already paused, no changes to the play head will be made.
- (the alarm timer is the same as the sleep time, described later in this document)

**Rules for Zone Group changes while the Sleep timer is active**

- A Sleep timer is set for the current zone (or zone group) that the user is viewing on the CR. The timer is applied to all the zones in that particular group.
- Any zone added to the zone group takes on the same timer.
- Any zone dropped from the group will have it's timer reset to Off.
- Any zone taken by another group will take the timer of the group it is joining (i.e. it will lose it's original timer).
- Pausing the music has no effect on a sleep timer .
- Clearing the Queue has no effect on a sleep time .
- Altering the Queue (adding, moving, deleting tracks)  has no effect on the sleep timer
- The user can change the timer settings while it is running (i.e. turn it off, or change the sleep time).

**Sonos UI Specification: Alarm Clock**

### Alarm length/Sleep timer icon on Now Playing Screen







- The sleep timer icon is shown next to the Shuffle and Repeat icons
- The right edge of the snooze icon aligns with the right edge of the track progress bar
- The separation between the icons is 5 clear pixels
- The blue Rhapsody Radio 'bubble' should be horizontally resized when the snooze icon is present.
- The gap between the right edge of the blue bubble and the left edge of the snooze icon should be 5 clear pixels.
- The snooze icon should site in the vertically in the middle of the blue bubble (5 pixels above, 5 below).

## 3.5    Alarms Overview



*Note the absence of the View Queue and Queue Counter when we go one level deeper in the alarm UI. This is to reduce any confusion that may occur between the Alarm music and the Current Queue of music.*

**Play Alarm Now soft button**



User selects 'Play Alarm' from the pop-up. The alarm will activate.
- The UI will stay on the same screen (but without the popup)
- TBD – this may change if alarms automatically trigger the clock view

**3.6    New Album and Editing an existing alarm**



**New Alarm**

-   Adds a new alarm with the default settings
-   The screen navigates to show the new alarm page.
-   The system can contain up to 32 alarms
-   If the limits of 32 alarms is reached, add alarm will trigger the following popup message (the UI will not navigate to the "New Alarm" page.

        ▪ You can't add any more alarms, please delete an alarm before you add a new one.
        ▪ Press Ok to Continue.

-   The default settings for an alarm are described in the section below.

**Edit Alarm**
Clicking OK on an existing alarm will navigate the UI to that alarm's edit page.

**Save Alarm**
Pressing the Save button will save the alarm and navigate to the Alarms List screen
No confirmation will be shown (Save is an explicit action that doesn't result in deleted information if pressed by mistake).

**Navigating Away from the New/Edit Alarm page**

If an alarm has been edited, or the alarm is new and the following navigation buttons are pressed, a resultant confirmation box will be shown.

Back button
Zones button
Music button



## 3.7    Alarm Settings/Variables



Each alarm will have the following variables

- Alarm On/Off
- Time
- Zone
- Music
- Frequency [once]
- Alarm Length
- *Play Mode (TBD we may add shuffle mode as an option)*

**Sonos UI Specification: Alarm Clock**

### 3.7.1    Alarm on/off



This allows the alarm to be turned on/off without losing the alarm settings.

**Sonos UI Specification: Alarm Clock**

### 3.7.2   Alarm Time



- The time set popup consists of three fields
- TBD – should the 3 fields become 2 if the user has set the system to 24 hour clock?



### 3.7.3   Alarm Zone



**Sonos UI Specification: Alarm Clock**

### 3.7.4   Alarm Music



– The Select Music UI is a limited form of the regular CR music browse
– The user should not be able to drill down to the track level
– On the level *above* the track level, if the user presses OK, they will see the confirmation dialog.
– When the user press OK on the confirmation dialog, the UI should return to the main Alarm variables page (top left of above diagram). This transition is made without an animation.
– **Rhapsody Stations and Current Queue are TBD items**

**Relationship to the Now Playing Screen and Back Button.**

If the user presses the Music button while on the alarm screens, the UI will navigate to the Now Playing screen.

If the user navigates to the Now Playing screen from screens 2, 3 or 4 (above), and subsequently press the Back button, the UI should navigate back to screen 1 (and not 2, 3, or 4). This is designed to avoid confusion between the Music choices for the alarm and music choices for general playback.

### 3.7.5   Alarm Frequency



**Sonos UI Specification: Alarm Clock**

### 3.7.6   Alarm Length



    – The 'No Limit' option means that no alarm timer will be set
    – The alarm timer is the same as the sleep timer.
    – When an alarm with a timer (anything other than 'no limit') starts, the sleep timer for the zone (or zone group) is triggered.
    – Users can override the alarm timer by setting the sleep timer.

**Zone linking/unlinking activities**

    – The alarm length applies to the zone group at the time the alarm is triggered (zone + any linked zones)
    – Any zone later added to the group will take on the timer from this alarm.
    – Any zone dropped from the group will no longer take part in the alarm length timer.
    – Any zone from this group taken by another group will take the timer of the group it is joining (i.e. it will lose it's original timer).
    – Pausing the music has no effect on the alarm length timer .
    – Clearing the Queue has no effect on a sleep timer .
    – Altering the Queue (adding, moving, deleting tracks)  has no effect on the sleep timer

**Alarm length/Sleep timer icon on Now Playing Screen**

See Section on Sleep Timer earlier in this document.

### 3.7.7   Play Alarm Now



**Sonos UI Specification: Alarm Clock**

### 3.8    Setting the current date and time



#### 3.8.1   Time Zone



### 3.8.2   Adjust for Daylight Savings



### 3.8.3   Contact Sonos for Updates



**Sonos UI Specification: Alarm Clock**

### 3.8.4   Date



–   If the system is set to get the date and time from the Internet, the user should not be able to manually adjust the date and time.

–   In this case, a simple message is shown instead of the date or time editor.

### 3.8.5   Time



–   If the system is set to get the date and time from the Internet, the user should not be able to manually adjust the date and time.

–   In this case, a simple message is shown instead of the date or time editor.

**Sonos UI Specification: Alarm Clock**

### 3.8.6   Date Format



### 3.8.7   Time Format



### 3.9    Buzzer



    &ndash;  Buzzer has it's own Now Playing screen
    &ndash;  Play/Pause will work the same as regular music
    &ndash;  The template for the Now Playing screen if the Line-In Source Now Playing.

**Sonos UI Specification: Alarm Clock**

# 4      UI Spec for DCRs

## 4.1      PC Menu



**Letter Underscore shortcuts**

Current underscore short cuts on this menu: N, P, L, D, Z

Click and Alarms (C)
Sleep Timer (S)

**Sonos UI Specification: Alarm Clock**

## 4.2    Sleep Timer



—   Sleep timer will have the following variables: Off, 15min, 30mins, 45mins, 1hours, 2 hours.
—   A sleep timer applies to all the current zones in the current group
—   When the sleep timer stops (i.e. the time reaches 0 seconds), it should revert to 'Off.'.
—   At the end of the sleep time (0 seconds), the current Zone Group should be Paused.
—   The time in parenthesis should show the count down.
—   If the current zone group is already paused, no changes to the play head will be made.
—   (the alarm timer is the same as the sleep time, described later in this document)


**Rules for Zone Group changes while the Sleep timer is active**

—   A Sleep timer is set for the current zone (or zone group) that the user is viewing on the CR. The timer is applied to all the zones in that particular group.
—   Any zone added to the zone group takes on the same timer.
—   Any zone dropped from the group will have it's timer reset to Off.
—   Any zone taken by another group will take the timer of the group it is joining (i.e. it will lose it's original timer).
—   Pausing the music has no effect on a sleep timer .
—   Clearing the Queue has no effect on a sleep time .
—   Altering the Queue (adding, moving, deleting tracks)  has no effect on the sleep timer
—   The user can change the timer settings while it is running (i.e. turn it off, or change the sleep time).

**The Now Playing screen showing the Sleep Timer/ Alarm Timer**







- The sleep timer icon is shown next to the Shuffle and Repeat icons
- The right edge of the snooze icon aligns with the right edge of the track progress bar
- The separation between the icons is 6 clear pixels
- The blue Rhapsody Radio 'bubble' should be horizontally resized when the snooze icon is present.
- The gap between the right edge of the blue bubble and the left edge of the snooze icon should be 6 clear pixels.
- The snooze icon should site in the vertically in the middle of the blue bubble (in actual fact it will be off-centre (lower) by one pixel).
- The Shuffle and Repeat icons will need to be lowered to align horizontally with the snooze icon.
- TBD – can a tool tip rollover show the remaining time.

**Sonos UI Specification: Alarm Clock**

### 4.3    Clock and Alarms



TBD –state when the time has been lost (due to power failure for instance)

**Alarm List**
  – Shows each alarm with a list of major attributes (but not all attributes)

**Tool Tips**
Tip box shows an overview of all the Alarm's attributes

**Add Alarms**
  – Alarms are named with standard names – no custom names for alarms.
  – The system limits the number of alarms to 32 alarms
  – If n alarms is exceeded, the following message will show:
    ▪ You can't add any more alarms, please delete an alarm before you add a
       new one [OK[

**Delete**
  – Following message:
    ▪ Are you sure you want to delete the alarm? [Yes] [Cancel]

**Sonos UI Specification: Alarm Clock**

## 4.4    Edit an Alarm



### 4.4.1  Details of Settings

**Alarm**
- On
- Off
-

**Time**
- Same as default Windows/Mac time setting field

**Zone**
- A single list of the zones in the system is presented.
- The alarm will also sound in any rooms that are linked to the selected zone at the time of the alarm.

**Music**



- TBD – this could also be a combo-box with sub menus.
- **TBD – we may add "Rhapsody Stations" and "Current Queue" to this list.**

**Frequency**
- Once
- Weekdays
- Weekends
- Everyday

**Alarm Length**
- No Limits
- 15 mins
- 30 mins
- 45 mins
- 1 hour

–   2 hours

–   The 'No Limit' option means that no alarm timer will be set
–   The alarm timer is the same as the sleep timer.
–   When an alarm with a timer (anything other than 'no limit') starts, the sleep timer for the zone (or zone group) is triggered.
–   Users can override the alarm timer by setting the sleep timer.

**Zone linking/unlinking activities**

–   The alarm length applies to the zone group at the time the alarm is triggered (zone + any linked zones)
–   Any zone later added to the group will take on the timer from this alarm.
–   Any zone dropped from the group will no longer take part in the alarm length timer.
–   Any zone from this group taken by another group will take the timer of the group it is joining (i.e. it will lose it's original timer).
–   Pausing the music has no effect on the alarm length timer .
–   Clearing the Queue has no effect on a sleep timer .
–   Altering the Queue (adding, moving, deleting tracks)  has no effect on the sleep timer

**The Now Playing screen showing the Sleep Timer/ Alarm Timer**

See Section for Sleep Timer earlier in this document.

## 4.5    Setting the current date and time on the Desktop Controllers

During the initial setup Wizard, if the DCR is creating a new system (i.e. not just joining an existing system) – the date and time from the PC will be captured and used for the Sonos clock..



## 4.6    Setting alarm music directly from the Music Library

This feature is TBD pending feedback from John B.



Should the user be able to add to a New alarm – in which case the edit alarm panel should then open.

## 4.7    Buzzer



- Buzzer has it's own Now Playing screen
- Play/Pause will work the same as regular music
- The template for the Now Playing screen if the Line-In Source Now Playing.

# 5      Date and Time formats

## 5.1     Date Formats

**Three date formats will be provided**

Date Month Year (DMY)
Month Date Year (MDY)
Year Month Date (YMD)

**Desktop Controllers**

Months are written in full

(MDY) October 21, 2006 (date should be followed by comma)
(DMY) 21 October 2006 (no commas)
(YMD) 2006 October 21 (no commas)

**Handheld Controllers**

Months will be abbreviated to 3 or 4 letters.
Days of the week (clock face only) will be abbreviated to 2 or 3 letters

Setup screens and menus will show:

(MDY) Oct 21, 2006
(DMY) 21 Oct 2006
(YMD) 2006 Oct 21

For the clock screen, use shortened versions of the day of the week.

(MDY) Mon, Oct 21, 2006
(DMY) Mon, 21 Oct 2006
(YMD) 2006 Oct 21, Mon

Abbreviations for English are as follows:
Mon, Tue, Wed, Thu, Fri, Sat, Sun
Jan, Feb, Mar Apr, May, Jun, Jul, Aug, Sep, Oct, Nov, Dec

**Setup dialogs**

Setup dialogs that show separate fields for fields will not contain commas or colons

For example, the following setup dialog does not contain a comma, even though the date is
written-out with a comma **(Oct 21, 2006)**

**Sonos UI Specification: Alarm Clock**



## 5.2    Time Formats

**Two time formats will be provided**

12 hour clock (am/pm)
24 hour clock

A colon (:) should be used to separate hours and minutes. Seconds are not used anywhere in the UI.

*12 hour*
HH:MM_am (where am, pm are localized)

*24 hour*
HH:MM

Single digit times should not be expressed with a leading zero

*12 hour clock*
Use            6:17 am
Don't use      06:17 am

*24 hour clock*
Use            6:17 and 0:12
Don't Use      06:17 and 00:12

### 5.2.1   Date Range limits

It will be possible to set the clock and alarms from 12.00am year 2000 to 11.59 2099.

# 6      Special Cases

## 6.1      Lost ZonePlayers and Hidden ZonePlayers - HHCR

*No ZonePlayers in the system -* UI reverts to the Zone menu with limited settings. Access to Clock and Alarms is not possible.

*Only Hidden ZonePlayers in the system* - reverts to the Zone menu with limited settings. Access to the Clock and Alarms is not possible.

*If a zone assigned to an alarm becomes lost, or hidden*



Alarm Overview shows a hidden, or non-available zone




Zone available (normal state)                    No Zone Available, or Zone is hidden.

**Sonos UI Specification: Alarm Clock**

- If a zone becomes unavailable, or it becomes a hidden Extender, the Alarm zone menu item will show "No Zone Selected". The alarm will not sound. The Alarm should however remain in the 'On' state (in the case of a ZP that is temporarily unplugged).
- If the ZP becomes available again (Plugged back in, or brought out of extender mode), the Alarm zone will show the ZonePlayer name.
- If an alarm is renamed, the Alarm zone menu item will show the new name.

## 6.2    Lost ZonePlayers and Hidden ZonePlayers - DCRs

***No ZonePlayers in the system or if all ZonePlayers become hidden***

Clocks and Alarms menu item will be grayed-out.

However, if the Clocks and Alarms dialogs are already open:

- The Alarms overview panel will remain open if no Zones are present, but all the alarms in the table should be cleared.
- Likewise the Add, Edit and Delete buttons will be grayed-out.
- The date and time should also be cleared, and the "Date and Time" Settings button should be grayed-out.
- If the "Edit" alarms modal dialog/sheet is open, All selections should be grayed-out,  except 'cancel'.



**Sonos UI Specification: Alarm Clock**

### 6.3    No Date or Time - HHCR

Date and Time can be lost if:

- – The date and time are set manually and all the ZPs in a system lose power
- – Date and Time are set to Internet time, the Internet connection is broken and all the ZonePlayers lost power.

**Main Clocks and Alarm screen**



**Clock Screen**



**Alarms Overview Screen**



*Nice to have*, if user tries to view/set alarms while there is no time, we show a dialog box that informs the user (but doesn't prevent them from viewing and editing the alarms).

**Date and Time Settings**



**For the short period while Sonos is acquiring the time, but it is not yet set**



It is proposed that we only show 'acquiring' on the Date and Time settings page.

The 'acquiring' message does not need to propagate to other screens of the UI.

## 6.4      No Date or Time - DCRs



    – The red text under the Internet date and time communicates that the Internet connection to SonosTime is not available. At this stage the system will be either counting time using its internal clock, or the time will be not set.

| Electronic Patent Application Fee Transmittal | |
|---|---|
| **Application Number:** | |
| **Filing Date:** | |
| **Title of Invention:** | Controlling and manipulating groupings in a multi-zone music or media system |
| **First Named Inventor:** | Robert A.  Lambourne |
| **Filer:** | Joe Zheng |
| **Attorney Docket Number:** | RIN-022P |

Filed as Small Entity

## Provisional Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| Provisional Application filing fee | 2005 | 1 | 100 | 100 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| Post-Allowance-and-Post-Issuance: | | | | |
| **Extension-of-Time:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| **Total in USD ($)** | | | | 100 |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 1198006 |
| **Application Number:** | 60825407 |
| **Confirmation Number:** | 1970 |
| **Title of Invention:** | Controlling and manipulating groupings in a multi-zone music or media system |
| **First Named Inventor:** | Robert A.  Lambourne |
| **Customer Number:** | 26797 |
| **Filer:** | Joe Zheng |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | RIN-022P |
| **Receipt Date:** | 12-SEP-2006 |
| **Filing Date:** | |
| **Time Stamp:** | 23:58:04 |
| **Application Type:** | Provisional |
| **International Application Number:** | |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment was successfully received in RAM | $ 100 |
| RAM confirmation Number | 722 |
| Deposit Account | 502436 |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:    Charge any Additional Fees required under 37 C.F.R. Section 1.16 and 1.17 | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes) | Multi Part | Pages |
|---|---|---|---|---|---|
| 1 | Specification | ProvisionalAsfiled.pdf | 117135 | no | 14 |
| Warnings: | | | | | |
| Information: | | | | | |
| 2 | Drawings | Drawings.pdf | 94791 | no | 5 |
| Warnings: | | | | | |
| Information: | | | | | |
| 3 | Specification | AppendixA.pdf | 450053 | no | 20 |
| Warnings: | | | | | |
| Information: | | | | | |
| 4 | Specification | AppendixB.pdf | 979042 | no | 43 |
| Warnings: | | | | | |
| Information: | | | | | |
| 5 | Fee Worksheet (PTO-875) | fee-info.pdf | 8123 | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| | | **Total Files Size (in bytes):** | 1649144 | | |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**