# EXHIBIT 30



Search Office help   Sign in

**Office**    Products    Templates    **Support**

Apps ∨    Install    Office 365    Training    Admin

# Compatible multimedia file formats

Applies To: PowerPoint 2007

The tables below show the audio and video file formats that you can use in Microsoft Office PowerPoint 2007. If you do not see a file format listed below, you will not be able to play the sound or movie file in a PowerPoint 2007 presentation unless you first convert the file to a supported file format. You can convert your file to a supported file format by using programs, utilities, or add-ins, other than PowerPoint 2007, such as the following:

- **Microsoft Windows Media Encoder**   Windows Media Encoder is a free program that makes some files compatible with PowerPoint 2007. For more information, see Microsoft Windows Media Encoder.

IMPORTANT: Although your sound or video file may have the same file extension as one listed below, it may not play correctly if the correct version of the codec is not installed, or if the file is not encoded in a format that is recognized by your version of Microsoft Windows. Encoding is the process of converting data into a stream of ones and zeros. For more information about the most common codecs, including where to get them, see Encoding Audio and Video with Windows Media Codecs or Using codecs.

## Audio file formats

| File format | Extension | More information |
|---|---|---|
| AIFF Audio file | .aiff | **Audio Interchange File Format**   This sound format originally was used on Apple and Silicon Graphics (SGI) computers. Waveform files are stored in an 8-bit monaural (mono or one channel) format, which is not compressed and can result in large files. |
| AU Audio file | .au | **UNIX Audio**   This file format typically is used to create sound files for UNIX computers or the Web. |
| MIDI file | .mid or .midi | **Musical Instrument Digital Interface**   This is a standard format for the interchange of musical information between musical instruments, synthesizers, and computers. |
| MP3 Audio file | .mp3 | **MPEG Audio Layer 3**   This is a sound file that has been compressed by using the MPEG Audio Layer 3 codec, which was developed by the Fraunhofer Institute. |
| Windows Audio file | .wav | **Wave Form**   This audio file format stores sounds as waveforms. Depending on various factors, one minute of sound can occupy as little as 644 kilobytes or as much as 27 megabytes of storage. |
| Windows Media Audio file | .wma | **Windows Media Audio**   This is a sound file that has been compressed by using the Microsoft Windows Media Audio codec, a digital audio coding scheme developed by Microsoft that is used to distribute recorded music, usually over the Internet. |

## Video file formats

| File format | Extension | More information |
|---|---|---|
| Windows Media file | .asf | **Advanced Streaming Format**   This file format stores synchronized multimedia data and can be used to stream audio and video content, images, and script commands over a network. |
| Windows Video file | .avi | **Audio Video Interleave**   This is a multimedia file format for storing sound and moving pictures in Microsoft Resource Interchange File Format (RIFF) format. It is one of the most common formats because audio or video content that is compressed with a wide variety of codecs can be stored in |

SONOS-SVG2-00018498



| Movie file | .mpg or .mpeg | **Moving Picture Experts Group**   This is an evolving set of standards for video and audio compression developed by the Moving Picture Experts Group. This file format was designed specifically for use with Video-CD and CD-i media. |
| Windows Media Video file | .wmv | **Windows Media Video**   This file format compresses audio and video by using the Windows Media Video codec, a tightly compressed format that requires a minimal amount of storage space on your computer's hard disk. |

If your sound or video file is on the list above and you are having problems playing the sound or video in your presentation, see My sound doesn't play or My movie doesn't play.

**NOTE:** The third-party products discussed in this article are manufactured by vendors independent of Microsoft; we make no warranty, implied or otherwise, regarding the performance or reliability of these products.

Was this information helpful?   Yes   No

English (United States)

Contact Us   Privacy & Cookies   Terms of use & sale   Trademarks   Accessibility   Legal   © 2016 Microsoft

SONOS-SVG2-00018499