**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

SONOS, INC., §
§
       Plaintiff, §
§     NO. 6:20-cv-00881-ADA
   v. §
§     JURY TRIAL DEMANDED
GOOGLE LLC, §
§     **FILED UNDER SEAL**
       Defendant. §
§


**SONOS, INC.'S RESPONSE TO GOOGLE LLC'S MOTION TO TRANSFER
PURSUANT TO 28 U.S.C. § 1404(A)**


# HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# FILED UNDER SEAL