# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SONOS, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 6:20-cv-00881-ADA |
| Google LLC, | § § | |
| Defendant. | § § § § | |

**PLAINTIFF SONOS, INC.'S SECOND SUPPLEMENTAL PRELIMINARY INFRINGEMENT CONTENTIONS AND IDENTIFICATION OF PRIORITY DATES**

Plaintiff Sonos, Inc. ("Sonos" or "Plaintiff") accuses Defendant Google LLC ("Google" or "Defendant") of infringing U.S. Patent Nos. 9,967,615 (the "'615 Patent"), 10,779,033 (the "'033 Patent"), 9,344,206 (the "'206 Patent"), 10,469,966 (the "'966 Patent"), and 10,848,885 ("the '885 Patent") (collectively, "the Asserted Patents").  On December 11, 2020, Sonos served its Preliminary Infringement Contentions (including its identification of priority dates) for the '615, '033, '206, and '966 Patents, and on February 17, 2021, Sonos served its First Supplemental Preliminary Infringement Contentions to add contentions for the '885 Patent. Sonos now hereby further supplements its Preliminary Infringement Contentions.

Sonos bases these contentions on its current knowledge, understanding, and belief as to the facts and information available as of the date of these contentions. Sonos has not yet completed its investigation, collection of information, discovery, or analysis relating to this action, and additional discovery, including discovery from Google and third parties, may lead Sonos to further amend, revise, and/or supplement these contentions.  Indeed, the accused functionalities of the accused instrumentalities are implemented, at least in part, by Google's proprietary and specialized electronics, firmware, and/or software, and the precise designs, processes, and algorithms used to perform the accused functionalities are held secret, at least in part, and are not publicly available in their entirety.  As such, an analysis of Google's

1

- Invention Date: December 21, 2005
- Priority Date: September 12, 2006

## III. DOCUMENT PRODUCTION

Sonos has previously produced, *inter alia*, copies of the file history for each Asserted Patent and evidence of conception and reduction to practice. The foregoing documents are included in the Bates range SONOS-SVG2-00000001 - SONOS-SVG2-00032285.

Dated:  June 4 2021

Respectfully submitted,

By: */s/ Rory P. Shea*
     Rory P. Shea

Mark D. Siegmund
State Bar No. 24117055
Law Firm of Walt, Fair PLLC.
1508 North Valley Mills Drive
Waco, Texas 76710
Telephone: (254) 772-6400
Facsimile: (254) 772-6432
mark@waltfairpllc.com

Jeffrey L. Johnson
Texas Bar No. 24029638
ORRICK, HERRINGTON & SUTCLIFFE LLP
609 Main Street, 40th Floor
Houston, TX 77002
Telephone:  713.658.6400
Facsimile:  713.658.6401
jj@orrick.com

Clement Seth Roberts
California Bar No. 209203
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard St.
San Francisco, CA 94105
Telephone:  415.773.5484
Facsimile:  415.773.5759
croberts@orrick.com

Bas de Blank
California Bar No. 191487
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Blvd.
Menlo Park, CA 94205
Telephone:  650.614.7343
Facsimile:  650.614.7401
bdeblank@orrick.com

Alyssa Caridis
California Bar No. 260103
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa St., Suite 3200
Los Angeles, CA 90017
Telephone:  213.612.2372
Facsimile:  213.612.2499
acaridis@orrick.com

Kristina D. McKenna
Massachusetts Bar No. 706245
ORRICK, HERRINGTON & SUTCLIFFE LLP
222 Berkeley St., Suite 2000
Boston, MA 02116
Telephone: 617.880.1800
Facsimile: 617.880.1801
kmckenna@orrick.com

George I. Lee
Illinois Bar No. 6225430
Sean M. Sullivan
Illinois Bar No. 6230605
Rory P. Shea
Illinois Bar No. 6290745
J. Dan Smith
Illinois Bar No. 6300912
LEE SULLIVAN SHEA & SMITH LLP
656 W. Randolph St., Floor 5W
Chicago, IL 60661
Telephone:  312.754.9602
Facsimile:  312.754.9603
lee@ls3ip.com
sullivan@ls3ip.com
shea@ls3ip.com
smith@ls3ip.com

ATTORNEYS FOR PLAINTIFF SONOS, INC

-18-

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 4, 2021, a copy of the foregoing was served via email to all counsel of record.

By: */s/ Rory P. Shea*  
Rory P. Shea

Ex. A – Initial Infringement Contention Chart: U.S. Patent No. 9,967,615

| Claim 1 | |
|---|---|
| **[1.0]** A method comprising: | Google's "Cast" technology enables an "Android, iOS, or Chrome app to direct its streaming video and audio to a TV or sound system," where the app "becomes the remote control to play, pause, seek, rewind, stop, and otherwise control the media." https://developers.google.com/cast. In Google's "Cast" framework, there are two core categories of devices: (1) "sender" devices, which are computing devices installed with a Cast-enabled Android, iOS, or Chrome app, and (2) "receiver" devices, which are Cast-enabled media players such as an audio or video playback device.  *See, e.g.,* https://developers.google.com/cast/docs/developers; https://developers.google.com/cast/glossary; https://developers.google.com/cast/docs/ux_guidelines.<br><br>There are many different Cast-enabled Android, iOS, or Chrome apps that allow a user to transfer playback of streaming media content from the user's smartphone, tablet, or computer device to a Cast-enabled media player and then control the Cast-enabled media player's playback using the Cast-enabled app.  This includes Google's own Cast-enabled apps, such as the YouTube Music app, the Google Play Music app, the YouTube app, the Google Podcasts app, and the YouTube TV app, as well as a host of different third-party Cast-enabled apps, such as the Spotify app.  *See, e.g.,* https://support.google.com/chromecastbuiltin/answer/6279384?hl=en#zippy=%2Cbefore-you-begin-casting%2Ccast-from-chromecast-enabled-apps-to-your-audio-device%2Cfind-new-content-to-cast; https://www.google.com/chromecast/built-in/apps/.  These Cast-enabled apps can be installed and run on any smartphone, tablet, or computer device that supports Android, iOS, or Chrome apps, including Google's own "Pixel" smartphone, tablet, and computer devices (*e.g.*, the Pixel 3, Pixel 3 XL, Pixel 3a, Pixel 3a XL, Pixel 4, Pixel 4 XL, Pixel 4a, Pixel 4a (5G), Pixel 5 phones, the Pixel Slate tablet, and the Pixelbook and Pixelbook Go laptops) as well as many third-party smartphones, tablets, or computer devices.  *See, e.g.,* https://store.google.com/us/magazine/compare_pixel; https://store.google.com/us/product/google_pixelbook_specs; https://store.google.com/us/product/pixel_slate_specs.  For purposes of this chart, any smartphone, tablet, or computer device installed with a Cast-enabled Android, iOS, or Chrome app that allows a user to transfer playback of streaming media content from the smartphone, tablet, or computer device to a Cast-enabled media player and then control the Cast-enabled |

1

| Claim 13 | Cast-enabled Computing Devices |
|---|---|
| | content to be transferred to the at least one particular Cast-enabled media player. *See, e.g.,* https://support.google.com/googlenest/answer/9563059?hl=en-GB&ref_topic=7030084. |
| **[13.6]** wherein transferring playback from the control device to the particular playback device comprises: (a) causing one or more first cloud servers to add multimedia content to a local playback queue on the particular playback device, wherein adding the multimedia content to the local playback queue comprises the one or more first cloud servers adding, to the local playback queue, one or more resource locators corresponding to respective locations of the multimedia content at one or more second cloud servers of a streaming content service; (b) causing playback at the control device to be stopped; and (c) modifying the one or more transport controls of the control interface to control playback by the playback device; and | In accordance with the executable instructions, each Cast-enabled control device is programmed such that transferring playback to the particular Cast-enabled media player comprises: (a) causing one or more first cloud servers to add multimedia content to a local playback queue on the particular Cast-enabled media player, where adding the multimedia content to the local playback queue comprises the one or more first cloud servers adding, to the local playback queue, one or more resource locators corresponding to respective locations of the multimedia content at one or more second cloud servers of a streaming content service, (b) causing playback at the Cast-enabled control device to be stopped, and (c) modifying the one or more transport controls of the control interface to control playback by the Cast-enabled media player.<br><br>For instance, on information and belief, each Cast-enabled control device is programmed such that, after detecting a set of inputs to transfer playback of multimedia content from a streaming content service (e.g., Google Play Music, YouTube Music, YouTube, Google Podcasts, YouTube TV, a third-party service such as Spotify, etc.) to at least one particular Cast-enabled media player, the Cast-enabled control device functions to (a) cause a first cloud server (e.g., a first cloud server that is operated by either Google or a third-party service provider) to add resource locators for such multimedia content to a local playback queue of the particular Cast-enabled media player, where the resource locators correspond to locations of the multimedia content at a second cloud server (e.g., a second cloud server that is operated by either Google or a third-party service provider), (b) stop its own playback of the multimedia content from the streaming content service, and (c) modify one or more transport controls of its control interface such that the one or more transport controls function to control playback by the at least one particular Cast-enabled media player rather than playback by the Cast-enabled control device. *See, e.g.,* https://support.google.com/googlenest/answer/7181830?hl=en-GB&ref_topic=7030084; https://support.google.com/chromecast/answer/6178107?co=GENIE.Platform%3DAndroid&hl=en; https://support.google.com/chromecast/answer/2995235?hl=en-AU; https://support.google.com/googlenest/answer/9563059?hl=en-GB&ref_topic=7030084; https://support.google.com/chromecast/answer/3228332?hl=en-GB&ref_topic=4602553&co=GENIE.Platform%3DDesktop&oco=1; |

32

Ex. B – Initial Infringement Contention Chart: U.S. Patent No. 10,779,033

| Claim 1 | |
|---|---|
| **[1.0]** A computing device comprising: | Google's "Cast" technology enables an "Android, iOS, or Chrome app to direct its streaming video and audio to a TV or sound system," where the app "becomes the remote control to play, pause, seek, rewind, stop, and otherwise control the media." https://developers.google.com/cast. In Google's "Cast" framework, there are two core categories of devices: (1) "sender" devices, which are computing devices installed with a Cast-enabled Android, iOS, or Chrome app, and (2) "receiver" devices, which are Cast-enabled media players such as an audio or video playback device.  *See, e.g.,* https://developers.google.com/cast/docs/developers; https://developers.google.com/cast/glossary; https://developers.google.com/cast/docs/ux_guidelines.<br><br>There are many different Cast-enabled Android, iOS, or Chrome apps that allow a user to transfer playback of streaming media content from the user's smartphone, tablet, or computer device to a Cast-enabled media player and then control the Cast-enabled media player's playback using the Cast-enabled app.  This includes Google's own Cast-enabled apps, such as the YouTube Music app, the Google Play Music app, the YouTube app, the Google Podcasts app, and the YouTube TV app, as well as a host of different third-party Cast-enabled apps, such as the Spotify app.  *See, e.g.,* https://support.google.com/chromecastbuiltin/answer/6279384?hl=en#zippy=%2Cbefore-you-begin-casting%2Ccast-from-chromecast-enabled-apps-to-your-audio-device%2Cfind-new-content-to-cast; https://www.google.com/chromecast/built-in/apps/.  These Cast-enabled apps can be installed and run on any smartphone, tablet, or computer device that supports Android, iOS, or Chrome apps, including Google's own "Pixel" smartphone, tablet, and computer devices (*e.g.*, the Pixel 3, Pixel 3 XL, Pixel 3a, Pixel 3a XL, Pixel 4, Pixel 4 XL, Pixel 4a, Pixel 4a (5G), Pixel 5 phones, the Pixel Slate tablet, and the Pixelbook and Pixelbook Go laptops) as well as many third-party smartphone, tablet, or computer device.  *See, e.g.,* https://store.google.com/us/magazine/compare_pixel; https://store.google.com/us/product/google_pixelbook_specs; https://store.google.com/us/product/pixel_slate_specs.  For purposes of this chart, any smartphone, tablet, or computer device installed with a Cast-enabled Android, iOS, or Chrome app that allows a user to transfer playback of streaming media content from the smartphone, tablet, or computer device to a Cast-enabled media player and then control the Cast-enabled |

1

Ex. B – Initial Infringement Contention Chart: U.S. Patent No. 10,779,033

| Claim 1 | |
|---|---|
| | Various other Cast-enabled apps available for installation on Cast-enabled computing devices provide similar functionality. *See, e.g.,* https://support.google.com/chromecastbuiltin/answer/6279384?hl=en#zippy=%2Cbefore-you-begin-casting%2Ccast-from-chromecast-enabled-apps-to-your-audio-device%2Cfind-new-content-to-cast; https://www.google.com/chromecast/built-in/apps/.<br><br>Likewise, each Cast-enabled display is programmed with the capability to operate in a mode in which the Cast-enabled display is configured for playback of a remote playback queue provided by a cloud server associated with a cloud-based media service (e.g., a Google service such as Google Play Music, YouTube Music, YouTube, Google Podcasts, etc., or a third-party service such as Spotify, etc.), which may be operated by Google or a third-party service provider. *See, e.g.,* https://store.google.com/us/product/google_nest_hub?hl=en-US#overview-modal-music ("YouTube Music on demand. . . . Stream top music services."); https://store.google.com/us/product/google_nest_hub_max?hl=en-US ("jam out with YouTube Music."); https://support.google.com/googlenest/answer/9165738?hl=en-GB&ref_topic=7030084 ("With YouTube built-in to your Google Nest display, you can watch YouTube Originals, how-to videos and much more, seamlessly on your screen.").<br><br>Cast-enabled displays installed with various of Google's own Cast-enabled apps are programmed to perform this functionality, including but not limited to the YouTube Music, Google Play Music, YouTube, and Google Podcasts, as illustrated by the following photos: |

7