# EXHIBIT 10

# Discover our data center locations

We own and operate data centers around the world to keep our products running 24 hours a day, 7 days a week. You might also want to learn about Google Cloud locations.

- Berkeley County, South Carolina
- The Dalles, Oregon
- Henderson, Nevada
- Lenoir, North Carolina
- Mayes County, Oklahoma
- Montgomery County, Tennessee
- Papillion, Nebraska
- Quilicura, Chile
- Eemshaven, Netherlands
- Hamina, Finland
- St. Ghislain, Belgium
- Singapore

- Council Bluffs, Iowa
- Douglas County, Georgia
- Jackson County, Alabama
- Loudoun County, Virginia
- Midlothian, Texas
- New Albany, Ohio
- Storey County, Nevada
- Dublin, Ireland
- Fredericia, Denmark
- Middenmeer, Netherlands
- Changhua County, Taiwan

Google

Privacy  Terms  About Google  Press Corner  Careers  Sustainability  Google Cloud  Help  English