# EXHIBIT 12

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| SONOS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. 6:20-cv-00881-ADA |
| | § | |
| Google LLC, | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

## <u>DECLARATION OF JONI HOADLEY</u>

I, Joni Hoadley, declare as follows:

1.   I am over 18 years of age and competent to make this declaration.  If called to testify as a witness, I could and would testify truthfully under oath to each of the statements in this declaration.

2.   I am a former employee of Sonos, Inc. ("Sonos").  I was employed by Sonos from approximately 2005 through July 2017.  At Sonos, I was a Principal Product Manager and was responsible for, among other things, developing new products and software.

3.   I currently reside in Santa Barbara, California.

4.   I am an inventor on several U.S. Patents, including U.S. Patent Nos. 9,967,615 and 10,779,033.  I understand that Sonos has asserted these two patents against Google in the above-identified civil action.

5.   I understand that a jury trial is scheduled to begin in this action on June 6, 2022.

6.   If asked to testify at trial by either or both parties, I note that I am willing and able to travel to and stay near Waco, Texas on or around June 6, 2022 in order to appear and testify at trial.

7.   Based on my review of current air travel options to Waco, Texas, there appear to be several options that will not incur substantial burden or expense.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>Jun 14, 2021</u>, in Santa Barbara, California.

Joni Hoadley (Jun 14, 2021 08:02 PDT)

Joni Hoadley