# EXHIBIT 15

< Welcome page                                  Returning Candidate? Log back in!

# Job Listings

Discover the roles Synaptics has open now for your next career move.

Use this form to perform another job search

Start your job search here

[ Start your job search here 🔍 ]   [ Search ]

Category                Location
[ (All) ▼ ]             [ US-TX-Austin ▼ ]

**Search Results Page 1 of 1**         Sort By

[ Sort By... ▼ ]

US-TX-Austin

### Senior Analog/Mixed-Signal Engineer

Synaptics is the pioneer and leader of the human interface revolution, bringing innovative and intuitive user experiences to intelligent devices. Synaptics' broad portfolio of touch, display, biometric...

**Category** R&D    **ID** 2021-1438

Application FAQs

Software Powered by iCIMS

www.icims.com

Receive the latest news



(/)

 English

©2021 Synaptics Incorporated. All rights reserved.

Website Privacy Policy (/privacy)    Information Security Disclosure (/information-security-disclosure)    Legal (/legal)

Receive the latest news