# EXHIBIT 16

 **NXP Tech Days:** Don't miss live sessions exploring Wi-Fi 6 & NFC/MIFARE. Register Now. (hhttps://events1.social27.com/nxptechdays/auth/register?utm_campaign=TDALERT) 


(//www.nxp.com)

**PRODUCTS**

**APPLICATIONS**   SIGN IN   LANGUAGE   ORDERS (//STORE.NXP.COM/WEBAPP/ECOMMERCE.SHOW_CART.FRAMEWORK)

**DESIGN**

**SUPPORT**

**COMPANY**

Home (/)  /  About NXP (/company/about-nxp:ABOUT-NXP)  /  Worldwide Locations (/company/about-nxp/worldwide-locations:GLOBAL_SITES)  /  United States

# NXP in the United States

Built on a 50-year legacy with Motorola and Philips, NXP has design, research and development, manufacturing and sales operations in the United States.

## We're Hiring!

Fab Operators in Chandler, AZ and Austin, TX USA.

Apply now ›

# Know More About NXP in the United States

NXP owns and operates three wafer fabrication facilities in the US, two of which are in Austin, Texas in Chandler, Arizona. The representative products of these fabs include microcontrollers (MCUs) a (MPUs), power management devices, RF transceivers, amplifiers and sensors.



During an unprecedented winter storm, our Austin, Texas facilities lost power, water and gas. Their necessary shutdown and the process to restart is a story about our values and our people.

Learn about what it takes to restart a fab ›

# NXP Locations in the United States

### Austin, TX (ATMC)

Manufacturing

3501 Ed Bluestein Blvd.,
Austin, TX 78721

Directions 

### Chandler, AZ

Design, Manufacturing

1300 North Alma School Rd
Chandler, AZ 85224

Directions 

### Hoffman Estates, IL

Sales

2800 West Higgins Rd.,
Suite 600

Hoffman Estates, IL 60169

(847) 843-6810

Directions

### Irvine, CA

Sales

6410 Oak Canyon,
Suite 200
Irvine, CA.92618

Directions

### Austin, TX (Oak Hill)

US Corporate Headquarters, Design, Manufacturing

6501 W. William Cannon Dr.
Austin, TX 78735

Directions

### Novi, MI

Design, Sales

Haggerty Corp. Office Center V
28125 Cabot Dr.
Suite 100,
Novi, MI 48377

Directions

### San Diego, CA

Sales

Innovation Drive, Suite 150,
San Diego, CA 92128

Directions

### San Jose, CA

Design

350 Holger Way,
San Jose, CA 95134

Directions

### San Jose, CA

Design, Sales

411 East Plumeria Drive,
San Jose, CA 95134

(408) 551-2215

Directions

# Woburn, MA

Sales

600 Unicorn Park Dr,
Woburn MA 01801

Directions

# Connect With Us

### Careers at NXP (https://nxp.wd3.myworkdayjobs.com/careers)

Find jobs at NXP in United States or at our offices around the world.

### Contact Us (/company/about-nxp/contact-us:CONTACTUS)

Get support, explore our media center or connect with investor relations.

### Distributor Network (/support/sample-and-buy/distributor-network:DISTRIBUTORS#UNITEDSTATES)

Order NXP products from trusted distributors near you.

---

**News**  8 Jun 2021 |  Read More (https://media.nxp.com/news-releases/news-release-details/nxp-and-google-pay-b

---

 (//www.nxp.com)

ABOUT NXP (//WWW.NXP.COM/COMPANY/OUR-COMPANY/ABOUT-NXP:ABOUT-NXP)

CAREERS (//WWW.NXP.COM/ABOUT/CAREERS-AT-NXP:CAREERS)

INVESTORS (//INVESTORS.NXP.COM/)    MEDIA (//MEDIA.NXP.COM)

CONTACT (//WWW.NXP.COM/COMPANY/ABOUT-NXP/CONTACT-US:CONTACTUS)

SUBSCRIBE (//CONTACT.NXP.COM/SUBSCRIPTION-CENTER)

(//twitter.com/NXP)   (//linkedin.com/company/nxp-semiconductors)   (//facebook.com/NXPsemi)

Privacy (//www.nxp.com/about/privacy:PRIVACYPRACTICES) | Terms of Use (//www.nxp.com/about/terms-of-use:TERMSOFUSE) |

Terms of Sale (//www.nxp.com/about/our-standard-terms-and-conditions-of-sale-counter-offer:TERMSCONDITIONSSALE) |

Slavery and Human Trafficking Statement (//www.nxp.com/company/our-company/about-nxp/corporate-responsibility/social-responsibility/statement-on-slavery-and-human-trafficking:RESPECTING-HUMAN-RIGHTS)

Accessibility (//www.nxp.com/company/our-company/about-nxp/accessibility:ACCESSIBILITY)

©2006-2021 NXP Semiconductors. All rights reserved.