# EXHIBIT 27

Screenshot of a LinkedIn people search results page. The left side shows search result filters (People, Locations 2, Google 1, Keywords 1, Connections, All filters, Reset) and "207 results" is circled in red. Search results listed:

- Lara Guckian · 3rd+ — Google Cloud — Elgin, TX — Message
- Carlos Castillo · 2nd — Partnerships @ Google Cloud — Austin, TX — Connect
- Caitlin Irvin · 3rd+ — Google Cloud Global Operations Strategy Program Manager at Google — Austin, TX — Connect
- Christopher Grant · 3rd+ — Google Cloud Platform at Google — Austin, Texas Metropolitan Area — Message
- Adrienne Bryant · 3rd+ — Recruiter, Google Cloud at Google — Austin, TX — Message
- Marina Leos · 3rd+ — Executive Recruiting, Google Cloud — Austin, TX — Message
- Liam X. Dempsey · 3rd+ — Director, Google Cloud at Google ☁ Dreamer · Community Leader · Mentor · Advocate · Phot... — Austin, Texas Metropolitan Area — Message
- Beth McClelland · 3rd+ — Associate Lead at Google Cloud — Austin, TX — Message
- Rachel Smith · 3rd+ — Deal Strategy & Negotiations, Google Cloud — Austin, TX — Message
- EJ Vincent · 3rd+ — Solutions Engineering; Professional Cloud Architect; Big Data Research @ Google — Austin, TX — Message

Pagination: Previous  1  2  3  4  5  6  7  8  ...  21  Next

Right side filter panel ("Filter only People by"):
- Connections: 1st, 2nd, 3rd+
- Connections of: + Add a connection
- Locations: United States, California United States, San Francisco Bay Area, ☑ Austin, Texas Metropolitan Area, ☑ Austin, TX, + Add a location
- Current company: ☑ Google, SADA, Google via Adecco, Vaco, Google via Artech Information Systems, + Add a company
- Past company: Google, Rackspace Technology, Dell Technologies, Oracle, IBM, + Add a company
- School: The University of Texas at Austin, Texas State University, The University of Texas at Austin - Red McCombs School of Business, Texas A&M University, University of Florida, + Add a school
- Industry: Internet, Information Technology & Services, Computer Software, Staffing & Recruiting, Marketing & Advertising, + Add an industry
- Profile language: English, Portuguese, Spanish
- Open to: Pro bono consulting and volunteering, Joining a nonprofit board
- Service categories: Interaction Design, User Experience Design (UED), Photography, Web Design, Design, + Add a service
- Keywords: First name, Last name, Title (Google Cloud), Company

Search
Home My Network Jobs Messaging Notifi

Will Diaz
Field Alliance Lead - Google Cloud at 2nd Watch

AWS, GCP & AZURE CERTIFIED Professional & Managed Services
2ND WATCH

**Will Diaz** · 2nd
Field Alliance Lead - Google Cloud at 2nd Watch
Greater Houston · Contact info
500+ connections
1 mutual connection: Cody Radley
Connect Message More

2nd Watch
University of Houston, C.T. Bauer College of Business

## Highlights

Reach out to Will for...
Joining a nonprofit board.
Message

## About

I strive to help clients gain greater value and maximize their return on investment in the technology that supports their business. My target market includes Enterprises to mid-sized companies in various industries including: consumer goods, manufacturing, financial services, Oil and Gas, SLED and healthcare. ... see more

## Activity

4,463 followers

What's the first step in implementing cloud computing in your organization?...
Will shared this
1 Reaction

Covering the 5th and final strategy in our series on maximizing your cloud...
Will shared this
6 Reactions

90% of organizations that fail to control public cloud use will inappropriately...
Will shared this
5 Reactions

Although businesses continue to migrate to the cloud, a lack of a well...
Will shared this
6 Reactions

See all activity

## Experience

**Field Alliance Lead - Google Cloud**
2nd Watch · Full-time
Aug 2020 – Present · 11 mos
Houston, Texas, United States
2nd Watch Managed Cloud Services

**Cloud Sales Executive**
Google · Full-time
Jun 2017 – Jun 2020 · 3 yrs 1 mo
Austin, Texas Area
The Google Cloud Platform team helps customers transform and evolve their business through the use of Google's global network, web-scale data centers and software infrastructure. As part of an entrepreneurial team in this rapidly growing business, you will help shape the future of businesses of all sizes use technology to connect with customers, employees and partn ...see more

**Cloud Sales Executive | CNG**
Cisco Meraki
Jan 2017 – Jun 2017 · 6 mos
San Francisco Bay Area
Founded by MIT grad students in 2006, and acquired by Cisco Systems in 2012, Cisco Meraki has grown to become an industry leader in cloud managed IT, connecting businesses around the world. Today, we continue our relentless pursuit of innovation, as we build new products on the Meraki platform, and expand sales into new markets.

**Enterprise Sales Executive - Softlayer**
IBM
May 2015 – Nov 2016 · 1 yr 7 mos
Houston, Texas Area
SoftLayer, an IBM Company, provides cloud infrastructure as a service from a growing number of data centers and network points of presence around the world. Our customers range from Web start-ups to global enterprises.
...see more
Video Tour: The SoftLayer Platform
+1

**Cloud Sales Executive**
Rackspace
Jun 2014 – May 2015 · 1 yr
San Antonio, Texas Area
Rackspace® Hosting (NYSE: RAX) is the managed cloud company, delivering open technologies and powering hundreds of thousands of customers worldwide. Rackspace provides its renowned Fanatical Support® across a broad portfolio of IT products, including Public Cloud, Private Cloud, Hybrid Hosting and Dedicated Hosting. The company offers choice, flexibility and freec ...see more

Show 4 more experiences

## Education

