# EXHIBIT 31

## U.S. District Court — Judicial Caseload Profile

**TEXAS WESTERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Mar 31 2015 | Mar 31 2016 | Mar 31 2017 | Mar 31 2018 | Mar 31 2019 | Mar 31 2020 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings ¹ | | 11,462 | 11,704 | 12,288 | 12,299 | 15,252 | 15,952 | | |
| | Terminations | | 11,220 | 10,847 | 11,787 | 11,960 | 14,117 | 15,723 | | |
| | Pending | | 6,094 | 6,596 | 6,767 | 6,962 | 7,989 | 8,169 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 39.2 | 36.3 | 29.8 | 29.7 | 4.6 | | 28 | 3 |
| | Number of Judgeships | | 13 | 13 | 13 | 13 | 13 | 13 | | |
| | Vacant Judgeship Months ² | | 4.3 | 12.0 | 18.5 | 24.3 | 17.2 | 4.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 882 | 900 | 945 | 946 | 1,173 | 1,227 | 3 | 1 |
| | | Civil | 259 | 292 | 310 | 273 | 289 | 329 | 50 | 6 |
| | | Criminal Felony | 504 | 495 | 513 | 558 | 774 | 783 | 1 | 1 |
| | | Supervised Release Hearings | 119 | 113 | 122 | 114 | 110 | 115 | 6 | 1 |
| | Pending Cases ² | | 469 | 507 | 521 | 536 | 615 | 628 | 23 | 5 |
| | Weighted Filings ² | | 679 | 725 | 724 | 707 | 789 | 872 | 4 | 1 |
| | Terminations | | 863 | 834 | 907 | 920 | 1,086 | 1,209 | 5 | 1 |
| | Trials Completed | | 22 | 20 | 19 | 20 | 21 | 27 | 13 | 2 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 5.1 | 5.3 | 5.5 | 5.0 | 4.2 | 4.3 | 4 | 2 |
| | | Civil ² | 6.9 | 6.6 | 6.9 | 7.7 | 8.6 | 6.0 | 11 | 1 |
| | From Filing to Trial ² (Civil Only) | | 18.1 | 20.0 | 20.7 | 18.7 | 25.7 | 24.3 | 16 | 4 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old ² | | 76 / 3.2 | 67 / 2.5 | 68 / 2.3 | 81 / 3.0 | 109 / 3.6 | 156 / 4.7 | 29 | 4 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.2 | 1.2 | 1.1 | 1.1 | 1.1 | | |
| | Jurors | Avg. Present for Jury Selection | 64.0 | 53.8 | 52.1 | 52.4 | 64.6 | 52.0 | | |
| | | Percent Not Selected or Challenged | 48.2 | 45.8 | 41.1 | 42.5 | 40.6 | 41.7 | | |

### 2020 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 4,273 | 111 | 107 | 929 | 14 | 235 | 363 | 503 | 423 | 593 | 514 | 1 | 480 |
| Criminal ¹ | 10,178 | 394 | 871 | 7,896 | 352 | 395 | 57 | 73 | 10 | 13 | 32 | 49 | 36 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

² See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**CALIFORNIA NORTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Mar 31 2015 | Mar 31 2016 | Mar 31 2017 | Mar 31 2018 | Mar 31 2019 | Mar 31 2020 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 6,734 | 7,644 | 8,556 | 8,653 | 8,798 | 10,105 | | |
| | | Terminations | 7,119 | 6,825 | 6,932 | 7,767 | 8,159 | 7,681 | | |
| | | Pending | 6,330 | 7,114 | 8,711 | 9,564 | 10,156 | 12,545 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 50.1 | 32.2 | 18.1 | 16.8 | 14.9 | | 11 | 4 |
| | | Number of Judgeships | 14 | 14 | 14 | 14 | 14 | 14 | | |
| | | Vacant Judgeship Months [2] | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 481 | 546 | 611 | 618 | 628 | 722 | 15 | 4 |
| | | Civil | 402 | 461 | 538 | 537 | 534 | 628 | 8 | 2 |
| | | Criminal Felony | 47 | 44 | 36 | 38 | 47 | 50 | 83 | 12 |
| | | Supervised Release Hearings | 32 | 40 | 37 | 43 | 48 | 44 | 34 | 7 |
| | Pending Cases [2] | | 452 | 508 | 622 | 683 | 725 | 896 | 10 | 2 |
| | Weighted Filings [2] | | 491 | 500 | 526 | 586 | 606 | 600 | 20 | 5 |
| | Terminations | | 509 | 488 | 495 | 555 | 583 | 549 | 31 | 7 |
| | Trials Completed | | 12 | 11 | 11 | 9 | 10 | 8 | 85 | 13 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 13.1 | 13.0 | 16.0 | 21.1 | 15.2 | 12.1 | 70 | 10 |
| | | Civil [2] | 7.9 | 7.3 | 7.4 | 7.2 | 7.9 | 8.2 | 27 | 6 |
| | From Filing to Trial [2] (Civil Only) | | 30.5 | 23.9 | 31.6 | 27.1 | 28.4 | 22.0 | 9 | 2 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 428 8.3 | 499 8.5 | 467 6.2 | 446 5.2 | 1,031 11.5 | 1,818 16.1 | 79 | 12 |
| | Average Number of Felony Defendants Filed per Case | | 1.4 | 1.6 | 1.4 | 1.4 | 1.3 | 1.3 | | |
| | **Jurors** | Avg. Present for Jury Selection | 60.7 | 60.6 | 71.9 | 62.9 | 72.0 | 86.3 | | |
| | | Percent Not Selected or Challenged | 46.1 | 41.5 | 44.0 | 36.0 | 41.8 | 58.6 | | |

| 2020 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 8,788 | 235 | 2,953 | 1,038 | 12 | 118 | 442 | 598 | 375 | 498 | 1,465 | 70 | 984 |
| Criminal [1] | 704 | 28 | 324 | 25 | 135 | 71 | 13 | 33 | 10 | 12 | 12 | 12 | 29 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."