# EXHIBIT 32

## mark waltfairpllc.com

| | |
|---|---|
| **From:** | Hannah Santasawatkul <Hannah_Santasawatkul@txwd.uscourts.gov> |
| **Sent:** | Wednesday, January 6, 2021 3:45 PM |
| **To:** | mark waltfairpllc.com |
| **Cc:** | Caridis, Alyssa; Matt Sampson; George Lee; David Grosby; pamstutz@scottdoug.com; josephleroy@quinnemanuel.com; qe-sonos3@quinnemanuel.com |
| **Subject:** | RE: Sonos v. Google - 6:20-cv-00881 - Trial Date |

Good afternoon Counsel,

The Court provided the Parties with a trial date of June 6, 2022 (your email says 2020 but I assume this was a typo). The Court ordered the Parties to use this date in your proposed scheduling order. The Court notes that on December 18, 2020, the Parties filed a *Joint* Motion to Enter Scheduling Order which was signed by both Parties and included the trial date of June 6, 2022. It should be clear to all Parties that trial has been set by the Court for June 6, 2022.

Please let me know if you have any other questions. Have a great rest of your week!

Best,
Hannah



**Hannah Santasawatkul**
Law Clerk to the Honorable Alan D Albright
United States District Court, Western District of Texas
Direct: 254-750-1520
Hannah_Santasawatkul@txwd.uscourts.gov

---

**From:** mark waltfairpllc.com <mark@waltfairpllc.com>
**Sent:** Wednesday, January 6, 2021 9:33 AM
**To:** Hannah Santasawatkul <Hannah_Santasawatkul@txwd.uscourts.gov>
**Cc:** Caridis, Alyssa <acaridis@orrick.com>; Matt Sampson <sampson@ls3ip.com>; George Lee <lee@ls3ip.com>; David Grosby <grosby@ls3ip.com>; pamstutz@scottdoug.com; josephleroy@quinnemanuel.com; qe-sonos3@quinnemanuel.com
**Subject:** Sonos v. Google - 6:20-cv-00881 - Trial Date

**CAUTION - EXTERNAL:**

Dear Hannah,

On August 21, 2020, Defendant Google filed a case against Sonos in Canada for patent infringement. This week Google has suggested that the trial date in this case (Sonos v. Google) has not been determined or may change. As such, in the Canadian case, Google seeks to proceed with a trial date of June 6, 2020 – which is the *exact* date this Court provided as the trial date for this case. As the Court is aware, the Court provided the parties with the June 6, 2020 trial date in an email memorializing the Case Management Conference, which is also incorporated in the Scheduling Order entered by the Court on January 5, 2021.

My experience has been that once Judge Albright sets a trial date, he sticks with it, absent some extraordinary circumstance. So that Sonos can accurately portray the WDTX proceedings to the Canadian court, can you please confirm if the trial date is likely to change?

Sincerely,

**Mark Siegmund**
**Walt Fair, PLLC**
mark@waltfairpllc.com
1508 North Valley Mills Drive
Waco, Texas  76710-4462
Telephone: (254) 772-6400
Fax: (254) 772-6432
waltfairpllc.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.