# EXHIBIT 33



# Find a Google Authorized Service Provider

Visit anytime during store hours or call to make an appointment. Be sure to back up and reset your Pixel 5 before bringing it in for repair.

Address, city and state, or ZIP

austin, TX

uBreakiFix 0.8 mi
501 W 15th ST, Unit B, Austin, TX, 78701

Open hour: 10 AM-7 PM

uBreakiFix 1.8 mi
2210 S 1st St Unit M, Austin, TX, 78704

Open hour: 10 AM-7 PM

uBreakiFix 6.1 mi
2525 W. Anderson Ln, Building 1 Suite #132, Austin, TX, 78757

Open hour: 10 AM-7 PM

uBreakiFix 7.6 mi
9300 S Interstate 35, Bldg G200, Austin, TX,

78748

Open hour: 10 AM-7 PM



Placing an order

Shipping options

Tracking a package

Country availability

Repairs

Installation

Nest Legal

Nest Privacy

Financing

Device recycling

Sustainability

Gift returns

Refurbished

Trade-in

Pixel for Business

Locations

   

United States        Privacy        Google Nest Commitment to Privacy        Sales Terms        Terms of Service        Careers