# EXHIBIT 35

6/15/2021 Case 6:20-cv-00881-ADA Document 68-35 Filed 06/15/21 Page 2 of 3
Location of Our Offices | Samsung Semiconductor Global Website

This site uses cookies. By continuing to browse the site you are agreeing to our use of cookies.
FIND OUT MORE HERE

SEMICONDUCTOR 한국어 | English | 中文 (简体)

SAMSUNG Products Solutions Support Sustainability About Us

Home / About Us / Location

Location
The center of innovation
Our teams around the world share an uncompromising passion for excellence and breakthroughs

View all | Regional offices | R&D | Manufacturing centers

# View all

San Jose
San Jose, USA
Austin
Austin
Cambridge
Aalborg
München, Germany
Tel Aviv
Hwaseong
Shenzhen, China
Xi'an
Suzhou
Hangzhou
Bengaluru
Singapore
Giheung, Korea
Hwaseong, Korea
Giheung
Hwaseong
Pyeongtaek
Onyang
Tokyo, Japan
Xi'an
Suzhou
Hsinchu
Regional Offices
Manufacturing Centers
Research and Development Center

| Products | Solutions | Support | More information | Sustainability | Company |
|---|---|---|---|---|---|
| DRAM | Applications | Global Network | Consumer Storage (日本語) ↗ | Sustainability for All | About Us |
| SSD | Topics | FAQs | Consumer SSD ↗ | Green Chips | Newsroom |

https://www.samsung.com/semiconductor/about-us/location/ 1/2

eStorage
MCP (Multi Chip Package)
Exynos Processor
ISOCELL Image Sensor
Security Solution
Display IC
Power IC

Technology

Product Finder
Technical Resources
Storage TCO Calculator
OpenMPDK
Consumer SSD Download ↗
Contact Us

Exynos ↗
ISOCELL ↗
LED ↗
Display ↗
Worker Safety ↗
B2B Workplace ↗
Samsung Foundry ↗
Samsung Business ↗

Climate Action
Reduce and Reuse
Preserving Nature
Safety First
Staying Healthy
Education for All
Growing Together

Careers

Stay in the loop? **Memory** **Exynos** **ISOCELL**

한국어 ENGLISH 中文（简体） | PRIVACY LEGAL SITEMAP

Copyrightⓒ 1995-2021 SAMSUNG ALL rights reserved.