# EXHIBIT 36

< Welcome page    Returning Candidate? Log back in!

## Job Listings

Discover the roles Synaptics has open now for your next career move.

Use this form to perform another job search

**Start your job search here**

[Start your job search here]

Category
[(All)]

Location
[US-TX-Austin]

**Search Results Page 1 of 1**

Sort By
[Sort By...]

US-TX-Austin

### Senior Analog/Mixed-Signal Engineer

Synaptics is the pioneer and leader of the human interface revolution, bringing innovative and intuitive user experiences to intelligent devices. Synaptics' broad portfolio of touch, display, biometrics, voice, audio, and multimedia and edge AI products is built on the company's rich R&D, extensive IP ar...

Category  R&D    ID  2021-1438

Application FAQs

Software Powered by iCIMS

www.icims.com

(/)

English

©2021 Synaptics Incorporated. All rights reserved.
Website Privacy Policy (/privacy)    Information Security Disclosure (/information-security-disclosure)    Legal (/legal)

Receive the latest news