# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

Sonos, Inc.

vs.                                            Case No.: 6:20-cv-00881-ADA

Google LLC

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now David R. Grosby, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Plaintiff Sonos, Inc. in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Lee Sullivan Shea & Smith LLP with offices at:

   Mailing address: 656 W Randolph Street, STE 5W

   City, State, Zip Code: Chicago, IL 60661

   Telephone: (312) 754-0002          Facsimile: (312) 754-0003

2. Since November 10, 2016, Applicant has been and presently is a member of and in good standing with the Bar of the State of Illinois. Applicant's bar license number is 6323992.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | Supreme Court of Illinois | 11/10/2016 |
   | Ct. of Appeals for the Fed. Cir. | 3/26/2018 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: 6-20-cv-00722-ADA   on the 20 day of August, 2020.
   Number: 6-20-cv-00946-ADA   on the 13 day of October, 2020.
   Number: 6-20-cv-01056-ADA   on the 15 day of December, 2020.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Mark D. Siegmund

Mailing address: 1508 North Valley Mills Drive

City, State, Zip Code: Waco, TX 76710

Telephone: 254-772-6400

Should the Court grant applicant's motion, Applicant shall tender the amount of $322.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to:  Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of David R. Grosby to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

David R. Grosby
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 22 day of June, 2021.

David R. Grosby
[printed name of Applicant]

[signature of Applicant]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

Sonos, Inc.

vs.                                             Case No.: 6:20-cv-00881-ADA

Google LLC

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by David R. Grosby, counsel for Plaintiff Sonos, Inc., and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and David R. Grosby may appear on behalf of Plaintiff Sonos, Inc. in the above case.

IT IS FURTHER ORDERED that David R. Grosby, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of June _____, 20 _____.

_____
UNITED STATES DISTRICT JUDGE

Reset all fields     Print Form