# EXHIBIT B

```
 1              IN THE UNITED STATES DISTRICT COURT
 2            FOR THE WESTERN DISTRICT OF TEXAS
 3                       WACO DIVISION
 4     _____
                                      )
 5     SONOS, INC.,                   )
                                      )
 6            Plaintiff,              )Civil Action No.
                                      )6:20-cv-00881-ADA
 7        vs.                         )
                                      )
 8     GOOGLE, LLC,                   )
                                      )
 9            Defendant.              )
       _____)
10
11
12      VIDEOCONFERENCE DEPOSITION OF DOUGLAS CRAIG SCHMIDT
13                  Friday, June 25, 2021
14                        Volume I
15
16
17
18
19
20
21     Reported by:
22     KATHLEEN E. BARNEY
23     CSR No. 5698
24     Job No. 4667668
25     PAGES 1 - 149
```

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2               FOR THE WESTERN DISTRICT OF TEXAS
 3                         WACO DIVISION
 4

    _____
 5                                  )
    SONOS, INC.,                    )
 6                                  )
            Plaintiff,              )
 7                                  )Civil Action No.
       vs.                          )6:20-cv-00881-ADA
 8                                  )
    GOOGLE, LLC,                    )
 9                                  )
            Defendant.              )
10  _____)
11
12         Videoconference deposition of DOUGLAS CRAIG
13  SCHMIDT, Volume I, taken on behalf of Plaintiff,
14  beginning at 11:08 a.m. and ending at 4:08 p.m. on
15  Friday, June 25, 2021, before KATHLEEN E. BARNEY,
16  Certified Shorthand Reporter No. 5698.
17
18
19
20
21
22
23
24
25
```

Page 2

```
1    APPEARANCES:

2

3    For Plaintiff:

4

5         LEE SULLIVAN SHEA & SMITH

6         BY:  SEAN SULLIVAN

7         Attorney at Law

8         656 West Randolph Street

9         Chicago, Illinois 60661

10        Sullivan@ls3ip.com

11

12   For Defendant:

13

14        QUINN EMANUEL URQUHART & SULLIVAN, LLP

15        BY:  JORDAN JAFFE

16        Attorney at Law

17        865 Figueroa Street

18        Los Angeles, California 90071

19        jordanjaffe@quinnemanuel.com

20

21

22   Videographer:

23

24        KIMBERLEE DECKER

25
```

Page 3

```
 1                      INDEX

 2  WITNESS                           EXAMINATION

 3  DOUGLAS CRAIG SCHMIDT

 4  Volume I

 5

 6              BY MR. JAFFE                    6

 7

 8

 9                     EXHIBITS

10  NUMBER              DESCRIPTION          PAGE

11  Exhibit 1    First declaration            9

12

13  Exhibit 2    Reply declaration            9

14

15  Exhibit 3    '615 patent                  9

16

17  Exhibit 4    '033 patent                  9

18

19  Exhibit 5    Document entitled, "For Loop C++   125

20               with example"

21

22

23

24

25

                                        Page  4
```

```
 1                    Friday, June 25, 2021

 2                       11:08 a.m.

 3

 4        THE VIDEOGRAPHER:  Good morning.  We are on

 5   the record at 11:08 a.m. on June 25th, 2021.  All       09:08:42

 6   participants are attending remotely.  Audio and

 7   video recording will continue to take place unless

 8   all parties agree to go off the record.

 9        This is Media Unit 1 of the recorded

10   deposition of Douglas Schmidt taken by counsel for      09:09:02

11   the defendants in the matter of Sonos, Inc., versus

12   Google, LLC, filed in the United States District

13   Court, Western District of Texas, Waco Division,

14   case number 6:20-CV-881.

15        My name is Kimberlee Decker from Veritext        09:09:21

16   Legal Solutions.  I'm the videographer.  The court

17   reporter is Kathy Barney.  I'm not related to any

18   party in this action, nor am I financially

19   interested in the outcome.

20        Counsel and all present will now state their      09:09:34

21   appearances and affiliations for the record.  If

22   there is any objection to proceeding, please state

23   so at the time of your appearance, beginning with

24   the noticing attorney.

25        MR. JAFFE:  Good morning.  Jordan Jaffe of        09:09:44
```

Page 5

```
 1    Quinn Emanuel on behalf of Google.  With me today

 2    are also some summer associates, Andrea Deleon,

 3    Duncan Hall, and Jacqueline Wu.

 4          MR. SULLIVAN:  This is Sean Sullivan from Lee

 5    Sullivan Shea & Smith LLP on behalf of Sonos.          09:10:02

 6          THE VIDEOGRAPHER:  Thank you.

 7          Would the court reporter please swear in the

 8    witness.

 9

10                 DOUGLAS CRAIG SCHMIDT,

11    having been administered an oath, was examined and

12    testified as follows:

13

14                      EXAMINATION

15    BY MR. JAFFE:

16       Q   Good morning.  As you just heard, my name is

17    Jordan Jaffe.  Can you please state your name for

18    the record.

19       A   Douglas Craig Schmidt.

20       Q   Do you have a doctorate?                        09:10:37

21       A   I do.

22       Q   Would you prefer that I refer to you as

23    Dr. Schmidt or what would -- what is your preferred

24    title?

25       A   Dr. Schmidt is fine.                            09:10:49
```

Page 6

```
 1        Q    Okay, great.

 2             Have you ever been deposed before,

 3   Dr. Schmidt?

 4        A    I have.

 5        Q    Okay.  How many times?                    09:10:55

 6        A    Probably 12 to 15, something like that.

 7        Q    All right.  So is it fair to say you

 8   understand the deposition process?

 9        A    That's correct.

10        Q    Okay.  And have you been deposed virtually    09:11:07

11   before?

12        A    I have.

13        Q    Okay.  All right.  Well, I'm not going to go

14   over the ground rules, then, because you're an

15   experienced deponent here.  Is that all right with    09:11:19

16   you?

17        A    That's fine.

18        Q    Do you understand that you are under oath?

19        A    I do.

20        Q    And you understand that even though we're not   09:11:26

21   sitting in a courtroom, whether live or virtual,

22   that you need to testify with the same seriousness

23   as if you were?

24        A    Yes.

25        Q    All right.  I'm just going to ask you a    09:11:38
```

Page 7

```
 1    couple quick questions, given that we're remote.

 2          Is anyone in the room with you right now?

 3      A    No.

 4      Q    What documents and materials do you have in

 5    front of you?                                        09:12:03

 6      A    I have my computer and I have printouts of

 7    the patents.

 8      Q    Do you have any devices in front of you other

 9    than the computer that we're using to speak right

10    now?                                                 09:12:17

11      A    No.

12      Q    Do you have any chat features open on your

13    computer?

14      A    No.

15      Q    Do you understand that you're not to          09:12:26

16    communicate with others outside of the Zoom during

17    the deposition?

18      A    Yes, I do.

19      Q    And will you not do that throughout the

20    course of the deposition today?                      09:12:35

21      A    Yes, I will not do that.

22      Q    Great.

23          Now, before we got on the record, I premarked

24    a few exhibits, which I will now introduce.  I

25    marked as Exhibit 1, which is your first             09:12:54
```

Page 8

1    declaration, which is Document No. 60-24.

2         (Exhibit 1 was marked for identification

3      electronically and is attached hereto.)

4         MR. JAFFE:  I marked as Exhibit 2 your

5    declaration submitted with the reply.              09:13:08

6         (Exhibit 2 was marked for identification

7      electronically and is attached hereto.)

8         MR. JAFFE:  I marked as Exhibit 3 the '615

9    patent.

10        (Exhibit 3 was marked for identification

11     electronically and is attached hereto.)

12        MR. JAFFE:  And I marked as Exhibit 4 the

13    '033 patent.

14        (Exhibit 4 was marked for identification

15     electronically and is attached hereto.)          09:13:19

16    BY MR. JAFFE:

17    Q    Dr. Schmidt, do you see all those exhibits in

18    your Exhibit Share folder?

19    A    Yes, I do.

20    Q    And could you verify that what I've marked as   09:13:24

21    Exhibits 1 and 2 are the declarations -- are the

22    only declarations that you submitted in this matter?

23    A    That appears to be the case, yes.

24    Q    Are there any inaccuracies, corrections,

25    typos that you want to correct in your declaration?   09:13:41

                                              Page 9

1        A    Nothing comes to the top of my mind.

2        Q    As far as you can recall, sitting here today,

3    the two declarations that we've marked as Exhibits 1

4    and 2 are true and accurate?

5        A    That's correct.                              09:14:00

6        Q    Okay.  What was the process you went through

7    in drafting -- let's start with the first

8    declaration, Exhibit 1.

9        A    For Declaration 1, I worked together with

10   counsel, had conversations trading information back    09:14:26

11   and forth, looking through the various terms that

12   were being -- that I had been asked to opine on with

13   respect to the proper construction.

14         Conducting independent analysis to ensure

15   that the terms, constructions were consistent with     09:14:48

16   my understanding of the state of the art, state of

17   the practice in the time of the invention.

18         Understanding, based on reading the material,

19   what I believed to be the appropriate statement of a

20   person who is skilled in the art at the time of the    09:15:12

21   invention.

22         Reading the patents, understanding what they

23   were about, characterizing that in one of the

24   sections that gives an overview of the patents.

25         Talking to counsel to understand various         09:15:27

                                                    Page 10

1    legal standards that applied in the context of claim

2    construction.

3           And then working through both intrinsic and

4    extrinsic evidence to support my opinions regarding

5    the construction and the terms at issue, which of          09:15:45

6    course are data network, local area network, and

7    then in the case of my opening declaration, media

8    particular playback system.

9       Q    You mentioned you read the patents.  What

10   patents did you read?                                       09:16:06

11      A    The '615 and the '033 patents.

12          And I also took a look at other material that

13   was referenced.

14      Q    Did you read the entirety of the '615 and

15   '033 patents or just some parts?                            09:16:24

16      A    The entirety.

17      Q    And did you consider and factor in the

18   entirety of the disclosures of the '615 and '033

19   patents in forming your claim construction opinions?

20      A    Yes, I did.                                         09:16:36

21      Q    How long did you spend analyzing the '615 and

22   '033 patents in forming your opinions on claim

23   construction?

24      A    I don't have an exact breakdown of the number

25   of hours for that.  But it probably would have been        09:16:50

                                                       Page 11

1   on the order of 10 to 20 hours.

2      Q   And is that for your opening declaration or

3   both declarations collectively?

4      A   I didn't keep track of that.  Obviously, as I

5   did the declarations, I would go back and review the      09:17:13

6   patents at issue and use them as the basis of my

7   opinions, getting the appropriate citations and

8   references from there.  So I don't have a specific

9   breakdown for the opening declaration versus the

10  reply declaration.                                        09:17:32

11     Q   Understood.  My question was a little bit

12  different, which was the number you mentioned, 10 to

13  20 hours reviewing the patents, was that 10 to 20

14  hours, did that refer to the work that you did for

15  your opening declaration or was that just                 09:17:45

16  collectively the amount of time you spent analyzing

17  the patents in the case thus far?

18     A   Like I said, I don't remember the exact

19  amount for each of the patents -- I'm sorry, for

20  each of the declarations.                                 09:18:00

21     Q   Okay.  Approximately how much time did you

22  spend preparing your opening declaration?

23     A   Again, I don't really have that off the top

24  of my head.

25     Q   Can you ballpark it?  Like 50 hours?  100         09:18:16

                                                    Page 12

1   hours?

2      A    Probably -- again, I don't really have -- 30

3   to 50, something like that.

4      Q    How much time did you spend preparing the

5   second declaration, which I've marked as Exhibit 2?    09:18:37

6      A    Again, I don't really recall off the top of

7   my head.  Probably maybe 20 hours, something like

8   that.  I'm not sure.  I don't really recall.

9      Q    Is the process that you went through for your

10  second declaration substantially similar to the        09:18:56

11  process that you described for your opening

12  declaration?

13     A    Yes.  With the addition that I also sat in on

14  Dr. K's deposition and read the transcript of his

15  deposition.  And also, of course, read his             09:19:17

16  declaration.

17     Q    Did you review the prosecution history for

18  the '615 and '033 patents?

19     A    Yes.

20     Q    And there are some exhibits to your opening    09:19:36

21  declaration, correct?

22     A    That's correct, yes.

23     Q    Who selected those exhibits?

24     A    Depends on which exhibit we're referencing

25  here.  So, for example, I think -- let me see if I     09:20:05

Page 13

```
 1   can find it.

 2         I assume by exhibit you mean the appendices?

 3    Q   Yes.  Thank you for clarifying.

 4    A   So Appendix A was something that I provided.

 5   That's my CV.  Appendix B is a description of data        09:20:42

 6   network which I had identified together with

 7   counsel.

 8         There's a number of different dictionary

 9   definitions that are provided in the appendices, as

10   well as a textbook, a popular textbook on local and      09:21:11

11   metropolitan area networks by a well-known author

12   named William Stallings, which was from the 2000

13   time frame, and which I had used before, so I was

14   familiar with the material there.  So that is

15   something that we selected together.                     09:21:32

16         Let's see.  Another book by, actually, a

17   colleague who I've worked with for many years, Doug

18   Comer.  I think that's Appendix E.  Telecom

19   dictionary.

20         So these were things that either I was            09:22:10

21   familiar with based on my work in the field over the

22   years, or counsel brought to my attention, which I

23   then read to understand how the definitions

24   corresponded with my understanding as a person of

25   ordinary skill in the art would have understood it       09:22:25
```

Page 14

1    during that time.

2         There is another -- I think Appendix H is

3    another book by William Stallings that I've used

4    before in my work, which is from the -- again,

5    roughly, the 2000 time frame.                    09:22:38

6    Q    Okay.  We can go into this individually in

7    more detail, but generally your declaration and --

8    your opening declaration, Exhibit 1, includes

9    various cites to the specifications of the '615 and

10   '033 patent, correct?                            09:23:02

11   A    Among other things, yes.

12   Q    How did you select those specific citations

13   as opposed to citing to different parts of the

14   specification?

15   A    Well, it would depend, of course, on what the   09:23:17

16   topic was that was being discussed.  If it was

17   looking for places where there was a discussion of

18   networks, different types of networks, LANs versus

19   WANs, for example, then that was a matter of looking

20   to see where -- where in the specification those     09:23:42

21   terms appeared and the context in which they

22   appeared.

23        So, for example, paragraph 94 of my opening

24   declaration, I refer to the '615 patent spec where

25   it talks about a local area network being a small    09:24:01

Page 15

1    network.  And so I was using that in order to help

2    describe the context that I used where a local area

3    network has a limited scope or limited area.

4         So I guess the answer to your question, more

5    succinctly, depending on which terms were being --        09:24:26

6    which term was being or which phrase was being

7    construed, looking in the specification to

8    understand where there was evidence that would

9    support that particular construction.

10    Q    Thank you.                                            09:24:43

11         In reviewing the '615 and '033 patents, did

12    you understand them?

13    A    Yes.

14    Q    Was there anything that you read in the

15    patents that you didn't understand?                       09:25:05

16    A    That's a good question.  I'd have to go back

17    and look specifically at the patents to see if there

18    was something I didn't understand.  I don't recall,

19    sitting here today, whether I -- I thought I

20    understood everything I was reading, but there might      09:25:30

21    have been something that I didn't.  But I don't

22    recall.

23    Q    Fair enough.

24         Let me ask my question a little bit more

25    succinctly myself.                                        09:25:41

                                                    Page 16

```
 1            Sitting here today, is there anything that
 2     you recall in the '615 or '033 patents that you
 3     didn't understand?
 4         A   Not that I recall.
 5         Q   Did you review the claims of the '615 and        09:26:06
 6     '033 patents?
 7         A   I did.
 8         Q   Did you understand those as well?
 9         A   Yes.
10         Q   Was there anything in the claims of the '615    09:26:14
11     and '033 patents that you did not understand?
12         A   Not that I recall.
13         Q   What is the invention of the '615 patent?
14             MR. SULLIVAN:  Just let me lodge an objection
15     here to the extent it calls for a legal conclusion.     09:26:36
16             THE WITNESS:  So my understanding of the
17     invention of the '615 patent or the '033 patent or
18     really any patent, I suppose, is that the invention
19     is what is disclosed in the claims.
20     BY MR. JAFFE:                                           09:26:58
21         Q   Could you provide me, in your own words, a
22     description of the invention of the '615 patent?
23             MR. SULLIVAN:  Same objection.
24             THE WITNESS:  So, again, the invention is
25     really what is disclosed in the claims.  I'm happy      09:27:11
```

Page 17

```
 1    to read the claims to you.  There's a summary in my

 2    opening declaration that gives an overview of the

 3    '615 and '033 patents.  I'm happy to go look at that

 4    as well.

 5         But it's my understanding that the scope of      09:27:28

 6    the invention is what is in the claims that are then

 7    allowed by the patent office.

 8    BY MR. JAFFE:

 9    Q   Is it fair to say that you can't provide me a

10    description of the invention of the '615 patent       09:27:42

11    apart from reading me the claims?

12         MR. SULLIVAN:  Objection.  Calls for a legal

13    conclusion.  And mischaracterizes his testimony.

14         THE WITNESS:  As I was saying, it's my

15    understanding that the invention in the '615 or the   09:27:55

16    '033 patent or in any patent is what is provided in

17    the claims that were allowed.  So I'm happy to read

18    the claims to you, but that's, in my mind, what the

19    invention -- the inventive elements of these patents

20    are what is characterized in the claims.              09:28:14

21    BY MR. JAFFE:

22    Q   Okay.  I'm going to have a similar set of

23    questions for the other patent addressed in your

24    declaration.

25         What is the invention of the '033 patent?        09:28:25
```

Page 18

1           MR. SULLIVAN:  I'll just say this.  Same

2     objections if they're going to be the same

3     questions.  I don't want to keep interrupting you,

4     Jordan, so I'll just note that for the record.

5           THE WITNESS:  Again, it's my understanding        09:28:39

6     that the invention in the '033 patent, as with the

7     '615 patent, as with any patent, would be -- are

8     captured in the claims.  I think there are 16 claims

9     in the '033 patent.  That's my understanding is

10    where the invention is disclosed.                       09:28:59

11    BY MR. JAFFE:

12      Q   Can you explain in your own words the

13    invention of the '033 patent?

14      A   Again, as I mentioned before, it's my

15    understanding that what's -- the inventive aspects      09:29:11

16    are what is captured in the claims.  I'd be happy to

17    read the claims to you.

18      Q   Is it fair to say that you can't provide a

19    description of the invention of the '033 patent

20    apart from reading me the claims?                       09:29:26

21      A   There's a description giving an overview of

22    the patents, the '615 and the '033 patents, in my

23    opening declaration.  And I'm happy to go look at

24    that and read through those parts.  But as I

25    mentioned before, the -- it's my understanding that     09:29:44

                                                    Page 19

```
1     the claims are where the inventive aspects are

2     disclosed.

3        Q   I was a little bit confused by that answer.

4            Can you provide me a description of the

5     invention of the '033 patents apart from reading me     09:30:00

6     the claims?

7        A   Yes.  If you take a look at Section 6 in my

8     opening declaration, it gives my overview of what is

9     provided in the '615 and '033 patents, and it talks

10    through the different aspects of what the patents do     09:30:17

11    in my own words in my summary.  So that's probably a

12    good place to look for the summary.

13       Q   Okay.  What paragraphs of your opening

14    declaration, which we've marked as Exhibit 1,

15    describe the invention of the '033 patent?              09:30:34

16           MR. SULLIVAN:  I'll just make the same

17    objection that I -- it seems like a new question

18    from before.  So I'll object to the extent it calls

19    for a legal conclusion to the extent you're asking

20    him to characterize what the invention is of the       09:30:46

21    patents.

22           THE WITNESS:  So it's my understanding that

23    the inventive aspects of these patents or any patent

24    is captured in the claims.  Section 6 in my opening

25    report, which starts at paragraph 30 and goes to the    09:31:03
```

Page 20

```
1    end of paragraph 38, talks about an overview of the

2    patent, referencing back to different portions of

3    the patent specification.

4         But, again, in terms of the inventive

5    aspects, the claims would be broad enough to see the    09:31:23

6    inventive aspects of the patents.

7    BY MR. JAFFE:

8    Q   Okay.  So in terms of describing what the

9    invention of the '033 patent is, you can't provide a

10   description of that apart from pointing to the claim    09:31:38

11   language.  Fair?

12   A   Again, the sections in my report, opening

13   report from Section 6, paragraphs 30 to 38, give my

14   overview of what the patents are about.  And then

15   the part that's the invention, if there's a --          09:31:56

16   again, my understanding is that the invention is

17   what is actually described in the claims, which are

18   in the patent specifications themselves.

19   Q   Okay, thank you.  I just want to make sure

20   we're not talking past each other.                      09:32:09

21        So can you just identify where in your

22   declaration the invention of the '033 patent is

23   described?

24        MR. SULLIVAN:  I'll make the same objection

25   and add to it that this has already been asked and      09:32:20
```

Page 21

```
 1   answered.
 2        THE WITNESS:  So the claims in the '615 and
 3   '033 patent are where the invention is disclosed.
 4   In my declaration, there's an overview of the
 5   patents in my words in Section 6, paragraphs 30 to      09:32:37
 6   38, with references back into the specification in
 7   the patent, an overview of what these -- part of
 8   what the patent is about.
 9   BY MR. JAFFE:
10      Q    Thank you.                                       09:32:53
11           What is the difference between the invention
12   of the '033 patent and the '615 patent?
13        MR. SULLIVAN:  Objection.  Calls for a legal
14   conclusion.
15        THE WITNESS:  Again, there are different            09:33:07
16   claims looking at different aspects of what is
17   disclosed in the column specification.
18           Again, we'd have to look at the claims and
19   put them side by side to see specifically how they
20   differ, but they're -- the claims are not the same.     09:33:20
21   The claims are claiming different things.
22   BY MR. JAFFE:
23      Q    Other than differences in the claim language,
24   can you, sitting here today, tell me the difference
25   between the invention of the '033 patent and the        09:33:31
```

Page 22

1    '615 patent?

2         MR. SULLIVAN:  Objection.  Calls for a legal

3    conclusion.  It's also outside of the scope of what

4    I believe is supposed to be a claim construction

5    deposition for this witness.                    09:33:42

6         THE WITNESS:  Again, the specific differences

7    between the inventive aspects of the '615 and the

8    '033 patents are characterized or captured in the

9    claims.  We'd have to go through and do a very

10   thorough analysis of each claim comparing it to all   09:34:07

11   the other claims in the other patent.  And I believe

12   that was beyond the scope of what I was doing in the

13   claim construction, in my claim construction

14   declarations.

15   BY MR. JAFFE:                                    09:34:24

16     Q    Did you analyze the novelty of any patent in

17   arriving at your claim construction opinions?

18         MR. SULLIVAN:  Objection.  Calls for a legal

19   conclusion.  Outside the scope of this deposition.

20         THE WITNESS:  Let's take a quick look here    09:34:37

21   in -- so if you take a look at the opening

22   declaration, Section 1, it gives a summary of the

23   scope of my assignment.

24         And in paragraphs 1 and 2 it talks about how

25   my assignment was to provide opinions on how a    09:35:11

Page 23

```
 1    person of ordinary skill in the art at the time of

 2    the invention of these two patents would have --

 3    would have understood the claim terms that are at

 4    issue, data network, local area network, and

 5    particular playback system.                        09:35:28

 6          And so as it then says in the following

 7    paragraph, paragraph 2:

 8              "This declaration explains my

 9          analysis and opinions of the

10          above-identified claim terms."               09:35:37

11          So that was the scope of what I looked into

12    for this declaration.

13    BY MR. JAFFE:

14      Q    Okay.  So did you analyze the novelty of any

15    patent in arriving at your claim construction       09:35:48

16    opinions?

17          MR. SULLIVAN:  Same objections.

18          THE WITNESS:  Again, the scope of my

19    assignment is captured in the first two paragraphs,

20    or perhaps other places in the declaration as well.  09:35:59

21    But that's where a summary of the scope of my

22    assignment is.

23          So what I looked at in that context were the

24    claim terms as opposed to analyzing the patents for

25    other properties.                                  09:36:12
```

Page 24

1    BY MR. JAFFE:

2        Q    Thank you.  And I understand your point.

3    There are paragraphs in your declaration.  Do those

4    paragraphs -- let me start over.  Is that all right?

5        A    Yes.                                        09:36:23

6        Q    I understand you're pointing at some

7    paragraphs in your declaration as defining the scope

8    of your assignment.  Do those paragraphs, do they --

9    did you do any analysis outside of what is written

10   in those paragraphs for purposes of arriving at your  09:36:39

11   claim construction opinions?

12       A    My focus for the opening declaration is

13   captured in the scope of the assignment.

14       Q    I understand that's your focus.  My question

15   was a little bit different.                           09:36:50

16           Did you do any additional analysis in

17   arriving at your claim construction opinions apart

18   from what you just pointed to in the first two

19   paragraphs of your declaration?

20       A    For the opening declaration, what's described  09:37:04

21   here was what I focused on.

22       Q    You used that word "focused" again.  I'm

23   trying to understand if you're making a distinction

24   here between focus and whether you did any other

25   work.                                                 09:37:23

Page 25

```
 1          So let me just ask this question.  Did you

 2     analyze the novelty of any patent in arriving at

 3     your claim construction opinions?

 4          MR. SULLIVAN:  Same objection.  Asked and

 5     answered.                                          09:37:35

 6          THE WITNESS:  So for the opening declaration,

 7     what I did -- not just what I focused on, but what I

 8     did is captured in the first two paragraphs.  Other

 9     things beyond that were things that I did not

10     intentionally do as part of this analysis.         09:37:56

11     BY MR. JAFFE:

12       Q    For purposes of your rebuttal declaration,

13     did you analyze the novelty of any patent?

14          MR. SULLIVAN:  Same objections.

15          THE WITNESS:  Again, once again, paragraph 2   09:38:06

16     and 3 and 4 -- sorry.  There is someone else in my

17     room.  It's a dog.  But he is not communicating with

18     me.

19     BY MR. JAFFE:

20       Q    It sounds like he or she is communicating    09:38:31

21     with you.

22       A    Actually, he is communicating with someone

23     who is walking by outside.  But unfortunately, he is

24     communicating with us.  I apologize.  Let me let him

25     out.  Sorry.                                        09:38:44
```

Page 26

```
 1          This is the downside of doing a Zoom

 2     declaration -- a Zoom deposition.

 3          So to go back to your question --

 4     Q    Let me -- sorry to interrupt.  Just for

 5     purposes of the record, let me just ask the question    09:39:09

 6     again and then you can answer.  So I'll withdraw the

 7     prior question.  I'm just going to ask it again.

 8          For purposes of your rebuttal declaration,

 9     did you analyze the novelty of any patents?

10          MR. SULLIVAN:  Same objections.                   09:39:25

11          THE WITNESS:  In my reply declaration,

12     paragraphs 2 through 4 give an overview of what I

13     did, what my scope was for the reply declaration.

14     And it did a few extra things beyond what I did in

15     my opening declaration because I had other things to    09:39:46

16     review, such as Dr. K and his deposition and so on.

17     But I didn't -- my focus, my activities, my analysis

18     were limited to what I disclose here.

19     BY MR. JAFFE:

20     Q    Okay.  Let's -- if you could go to Exhibit 2,      09:40:18

21     paragraph 20.

22     A    I'm there.

23     Q    Midway through the paragraph, you see there's

24     a statement.  And I'm just going to read part of it.

25     It says:
```

Page 27

```
 1              "Forms of communication not
 2        relevant to the inventions of the '615
 3        and '033 patents."
 4        And then it goes on from there.
 5        Do you see that?                          09:40:52
 6    A   I do.
 7    Q   Okay.  So your -- is it fair to say that your
 8  claim construction declarations discuss the
 9  inventions of the '615 and '033 patents?
10    A   I'm not quite sure what you mean by that.   09:41:08
11  I'm sorry.  I don't understand what you're asking.
12    Q   Sure.  Absolutely.
13        Your declaration -- this is Exhibit 2,
14  paragraph 20, in your reply declaration, it states,
15  in part, that certain forms of communication are not  09:41:34
16  relevant to the inventions of the '615 and '033
17  patents.  True?
18        MR. SULLIVAN:  I think he's frozen.
19        THE WITNESS:  Is this better?
20  BY MR. JAFFE:                                     09:42:19
21    Q   I think your internet connection is not very
22  strong, so I don't know if there's any way for you
23  to improve that.
24    A   Yeah.  I just opened a door, which should let
25  the Wi-Fi signal through better.  Am I moving and    09:42:34
```

Page 28

1    speaking legibly now?

2         Q    Yes.   And I don't think we got an answer to

3    your last question -- to my last question.   So let

4    me ask it again.

5         Is that all right?                                    09:42:47

6         A    Please.

7         Q    In Exhibit 2, in paragraph 20 of your reply

8    declaration, it states, in part, that certain forms

9    of communication are not relevant to the inventions

10   of the '615 and '033 patents, right?                        09:43:03

11        A    That's what it says, yes.

12        Q    What did you mean by the inventions of the

13   '615 and '033 patents, as stated here in paragraph

14   20 of your reply declaration?

15        A    Going back to what we had discussed earlier       09:43:19

16   whereby the inventions of these patents or any

17   patents are covered by the claims, the claim

18   elements in both patents use certain terms.   So the

19   claims, of course, are where the invention is

20   disclosed.                                                  09:43:44

21        And, in particular, the claim terms that are

22   at issue here, the specific claim term at issue in

23   this particular discussion is the claim term "data

24   network," which appears throughout the claims.

25        And so the particular discussion here has to           09:44:01

                                                         Page 29

```
 1    do with the use by Dr. K of a very broad
 2    understanding of a data network, which from what I
 3    can tell is basically, in his view, a data network
 4    is essentially any network.  And what I was saying
 5    was the way that the term "data network" is used in      09:44:30
 6    the claims, which are where the inventions are
 7    disclosed in the patents, don't relate to the other
 8    examples of networks that appear at the end of the
 9    sentence you had read a portion of, including
10    traditional analog radio broadcast and individuals      09:44:46
11    talking via two cups attached by a string.
12          So I'm referring here to those -- the claim
13    elements' use of the phrase "data network," which of
14    course is in the claims, which are part of what are
15    disclosing the invention or inventions.                  09:45:09
16      Q   What did you do to prepare for today's
17    deposition?
18      A   I read through the declarations, my
19    declarations.  I read through various deposition
20    transcripts.  I read through the patents.  I talked      09:45:27
21    with counsel, my counsel.  And also just in general
22    thought about the issues to make sure I had a good
23    grasp holistically of what we're going to be talking
24    about.
25      Q   Did you speak with anyone other than counsel       09:45:53
```

Page 30

```
 1    in preparation for your deposition today?

 2        A    No.

 3        Q    Did you speak with anyone other than counsel

 4    in preparing either of your two claim construction

 5    declarations?                                        09:46:02

 6        A    No.

 7        Q    Were you aware of the '615 and '033 patents

 8    before you were engaged for this case?

 9        A    No.

10        Q    When were you engaged for this case?        09:46:24

11        A    In early April of 2021.

12        Q    How many times have you worked for -- well,

13    let me ask that a different way.  Let me start over.

14             Is that all right?

15        A    Sure.                                        09:46:46

16        Q    How many cases have you worked on for Sonos?

17        A    None before this one.  Let me rephrase that.

18             One earlier case with -- I believe the roles

19    were reversed, where Sonos is the defendant.

20        Q    So two cases, this one and the one where     09:47:15

21    Sonos was a defendant; is that right?

22        A    That's correct.

23        Q    Okay.  Now, when referring to the '615 and

24    '033 patents thus far in today's deposition, are you

25    aware that there are three other patents asserted in   09:47:34
```

Page 31

```
1    this lawsuit?

2       A   I'm aware that there are other patents

3    asserted in the lawsuit.  I haven't -- I haven't

4    read them.  I wouldn't know which ones they were.

5       Q   Okay.  That was -- you pre-empted my next      09:47:51

6    question.  Have you read the other patents that are

7    asserted in this case?

8       A   No.

9       Q   What would you describe as the field of the

10   '033 and '615 patents?                               09:48:16

11      A   When you say "field," you mean the --

12   basically -- I just wanted to make sure I understood

13   what is meant by "field."

14      Q   Sure.  Let me ask -- I'll ask it a different

15   way.                                                 09:48:43

16          What do you understand to be the field of the

17   invention of the '033 and '615 patents?

18      A   I would say it would be -- hold on one

19   second.  Let me look at something real quick.

20      Q   Where are you looking?  What are you looking   09:49:06

21   at?  Apologies for interrupting.  I just want to

22   know what you're looking at.  Since we're virtual, I

23   can't see what you're looking at as I would be able

24   to in a regular deposition.

25      A   Sure.  I was just trying to make sure I        09:49:26
```

Page 32

1    understood what was meant by "field" in this

2    context.

3         And so in looking at the -- it's answered

4    very clearly by the patents themselves where they

5    talk about the field of disclosure, which is          09:49:41

6    consumer electronics generally, and then more

7    particularly providing music for playback by one or

8    more devices on a playback data network.  I just

9    wanted to make sure I had the precise field.  The

10   word "field" can be different definite things.         09:49:57

11        In my world, "field" could be computer

12   science or electrical engineering.  I just wanted to

13   make sure I was using the word "field" in the right

14   context.

15   Q    Thank you.                                        09:50:10

16        What do you understand to be the field of the

17   invention of the '033 and '615 patents?

18        MR. SULLIVAN:  Objection.  Asked and

19   answered.

20        THE WITNESS:  Well, I think the patent -- the     09:50:20

21   patents clearly articulate what the inventors

22   understood the field of the disclosure to be, which

23   would be the field of consumer electronics in

24   general and then more specifically the field of

25   providing music for playback by one or more playback   09:50:38

Page 33

```
1    devices on a playback data network.

2    BY MR. JAFFE:

3       Q   Do you agree with the description in the

4    patent?

5       A   I have no reason to disagree with it.  Seems    09:50:50

6    like a succinct summary of what the field is in the

7    context of what is being disclosed.

8       Q   Do you consider yourself an expert in that

9    field as of 2011?

10      A   Over the past 30 years or so, I have            09:51:10

11   developed software that has been used for a variety

12   of purposes, including multimedia audio-video

13   streaming, both directly in terms of services for

14   those technologies and publications from the --

15   starting in the mid to late '90s and went on for a    09:51:36

16   number of years related to playing back music and/or

17   video by devices in a data network.

18          So, yes, I believe so.  I have publications

19   on those topics.

20      Q   You mentioned the word "multimedia."  What     09:51:56

21   did you mean by that?

22      A   Well, first, let's take a quick look.

23          My understanding of multimedia, which I

24   believe is consistent with the -- what is in the

25   patent as well, is basically audio, video, and/or     09:52:13
```

Page 34

1    audiovisual output.  So it could be audio by itself,

2    it could be video by itself, it could be audio-video

3    combined.  Those are all examples of what people

4    talk about in the art as being multimedia.

5         Q    When you say "video by itself," you mean          09:52:37

6    moving pictures without any sound; is that right?

7         A    Right.

8         Q    Okay.  So multimedia can mean video without

9    any sound?

10        A    There's no reason to -- sure.  You could have    09:52:51

11   video by itself, you can have audio by itself, you

12   can have audio-video where it is combined.  Those

13   are all examples of what a person of ordinary skill

14   in the art would think about as being multimedia.

15        Q    Okay.  Did you have any experience with          09:53:11

16   multi-room audio in 2011, or by 2011?

17        A    I've worked in environments that had those

18   capabilities.

19        Q    What environments did you work in that had

20   multi-room audio capabilities by 2011?                     09:53:34

21        A    I don't really recall off the top of my head.

22        Q    Did you have any experience with shared

23   playlists by 2011?

24             MR. SULLIVAN:  Objection to the extent it

25   calls for a legal conclusion since it's using a term       09:54:15

Page 35

```
 1    in the patents.

 2          THE WITNESS:  I don't recall.

 3    BY MR. JAFFE:

 4       Q   Did you have any experience with networked

 5    media systems by 2011?                              09:54:39

 6       A   Yes.

 7       Q   What experiences with networked media systems

 8    did you have by 2011?

 9       A   As I mentioned earlier, I had published

10    articles going back to the mid to late '90s on       09:54:55

11    developing software and software services that could

12    be used to play multimedia content through a

13    computer data network.  And so those were

14    experiences that I had in that context.

15       Q   Are you referring to multiple systems or are  09:55:17

16    you thinking of one system in particular?

17       A   I'm not sure what you mean.

18       Q   Well, you testified that you published

19    articles going back to the mid to late '90s on

20    developing software and software services that could 09:55:36

21    be used to play multimedia content through a

22    computer data network.

23          My question is, are you referring to multiple

24    systems or a particular system in what you were

25    discussing?                                          09:55:51
```

Page 36

1     A   So starting in -- again, in the mid to late

2   '90s and continuing on for several years, I've been

3   involved in a project that was developing an

4   audio-video streaming service that worked in the

5   context of an international middleware standard        09:56:13

6   known as the Common Object Request Broker

7   Architecture.

8     Q   CORBA?

9     A   CORBA, yeah, often known as CORBA.  That's

10   right.                                                 09:56:33

11      And so I developed a -- myself and my team of

12   colleagues developed implementations of the CORBA

13   audio-video streaming service, again, starting in

14   the mid to late '90s to the 2000s.  And that service

15   was capable of being able to stream audio-video       09:56:52

16   and/or audio-video content from content providers to

17   devices across a data network.

18     Q   Other than your work with CORBA, did you have

19   any other experience with networked media systems by

20   2011?                                                  09:57:19

21     A   Yes.

22     Q   What other experience did you have with

23   networked media systems before 2011?

24     A   I had been working with Android and using

25   Android in order to develop applications that could   09:57:33

Page 37

1    stream audio-video content from media servers,

2    multimedia servers in that time frame.

3        Q   What was the name of the -- that Android

4    project you just mentioned?

5        A   These were either things I was doing on my          09:57:51

6    own just to learn the technology or they were things

7    I was doing for classes that I was teaching and/or

8    they were things I was doing -- mostly things I was

9    doing to learn about using Android to access various

10   types of content, audio-video content being one type     09:58:12

11   of content, for courses I was preparing to teach in

12   my role as a professor.

13       Q   I see.  So I'd like to give a name to the

14   work that you just mentioned so I can ask you other

15   questions about it.  How would you refer to the work    09:58:32

16   that you described with Android developing

17   applications that could stream audio-video content

18   from media servers, multimedia servers?

19       A   Let's call it the media player app.  How

20   about that?                                              09:58:56

21       Q   Sure.  Okay.  And the media player app work,

22   this was work that you did before 2011; is that

23   right?

24       A   In that time frame.

25       Q   Was it 2010?  2012?  Are you not -- are you        09:59:14

Page 38

1    not sure?

2        A   I was doing a lot of work with Android.  I

3    started working with Android in the late 2000s time

4    frame.  And I was developing apps, preparing for

5    courses, just learning.                              09:59:36

6            I don't remember, as I sit here today,

7    specifically what day or what year I was doing any

8    particular app.  But I would say that I started

9    working with Android in the late 2000s, so it would

10   have been in the time frame of 2011.                 09:59:51

11       Q   Okay.  And the media player work, you

12   designed something that could stream audio or video

13   from media servers; is that right?

14       A   I developed apps that used componentry

15   provided by Android that could do that or that I      10:00:16

16   would have to customize in order to provide apps in

17   order to stream audio and/or video from web servers,

18   which were media servers in this context, to the

19   app.

20       Q   Did you use media services or was this kind    10:00:33

21   of like you were putting raw MP3 files on your web

22   server somewhere?

23       A   Well, so the -- I'm not sure what you mean

24   when you say "media services."  Help me understand

25   that.                                                 10:00:51

Page 39

```
 1      Q    Sure.  Were you interacting with like Spotify
 2   or Netflix or, you know, a media service as opposed
 3   to like literally loading MP3 files onto an Apache
 4   web server and then calling them down?
 5      A    Definitely doing the latter.  I don't recall    10:01:10
 6   the time frame of the former, but certainly doing
 7   the latter for sure.
 8      Q    And how did these apps that you designed
 9   work?
10      A    So in Android, as an Android app developer,     10:01:27
11   if you're building a custom app, of course, you have
12   to develop certain components.  And there's three or
13   four general components.  There are things called
14   activities, services, content providers -- and I
15   forget the fourth one, but those are the key ones,     10:01:57
16   the services, the activities, and the content
17   providers.
18           And the activities would be essentially the
19   user facing input-output touchscreen modality to get
20   user commands into the system.  The services would    10:02:13
21   run in the background and actually connect either
22   locally or remotely to the content providers and
23   then the content providers would provide a
24   structured way of being able to access content,
25   which in this context would be various multimedia     10:02:33
```

Page 40

1    files in different formats.

2         And so I was developing the apps that used

3    activities, services, and content providers.  And

4    also -- why am I blanking on it -- event notifiers,

5    I think that's the other one, which basically are          10:02:54

6    used to communicate information when something

7    changes to the user interface, which is the

8    activity.

9         So I was developing applications, services,

10   event notifiers and content providers to be able to        10:03:09

11   do various things.  But one of those things was to

12   be able to manipulate multimedia content that was

13   coming down from content providers and displaying

14   them on the app.

15   Q    Did the Android media player work that you             10:03:24

16   were doing by 2011, did that use any cloud services?

17   A    Help me understand what you mean when you use

18   that term.

19   Q    Which term?

20   A    "Cloud services."                                      10:03:39

21   Q    Do you have an understanding of the word

22   "cloud"?

23   A    Yes.

24   Q    What is your understanding?

25   A    That typically refers to capabilities,                 10:03:47

Page 41

```
 1    content, processing.  So it's typically processing

 2    or -- and/or storage and/or communications and/or

 3    perhaps predefined capabilities that are available

 4    off premises as opposed to, say, a data center that

 5    is located and hosted on a company's -- in the          10:04:24

 6    company's data center, so services or hardware or

 7    capabilities that are on premises.

 8           So cloud would be storage, computing,

 9    communications, and so on, other resources using

10    creation of computing capabilities that would be        10:04:44

11    available off premises.  That's the cloud.  So it's

12    in the cloud somewhere.

13      Q    Is any server on the internet a cloud server?

14      A    Not necessarily, no.

15      Q    How can we differentiate what is a cloud          10:04:59

16    server versus just a regular remote server?

17      A    Well, typically cloud services come from

18    so-called cloud providers that will offer different

19    kinds of packages, either things such as

20    infrastructure as a service, which is kind of the       10:05:28

21    lowest level of cloud capabilities, or platform

22    service, which is -- provides some additional

23    packages and utilities and services, up to software

24    service, which is predefined applications that live

25    in the cloud somewhere.                                 10:05:49
```

Page 42

```
 1          So to answer that question, we'd have to get

 2   more context to know specifically whether something

 3   was a cloud server or some other kind of server.

 4      Q   Using your understanding of what cloud means,

 5   did the Android media player work that you did by        10:06:05

 6   2011 use cloud services?

 7      A   It certainly could have, yes.

 8      Q   I appreciate that.  I was asking if it

 9   actually did or not.

10          MR. SULLIVAN:  You know what, Doug?  Let me     10:06:23

11   just note an objection here to the extent that I

12   think -- you know, and I've let this go on for some

13   time, but I think you're getting very far afield

14   from the issue, which is supposed to be claim

15   construction today, and I think you're getting into    10:06:36

16   other aspects of this case that are just beyond the

17   scope of this deposition.

18          MR. JAFFE:  I disagree.  This was something

19   that he described as his qualifications, which we're

20   discussing.                                             10:06:52

21   BY MR. JAFFE:

22      Q   So, Dr. Schmidt, please go ahead.

23      A   Do you mind repeating the question, please?

24      Q   Absolutely.

25          Using your understanding of what "cloud"        10:07:01
```

Page 43

```
 1    means, did the Android media player work that you

 2    did by 2011 use cloud services?

 3       A    There's no reason that it couldn't have.  I

 4    don't recall off the top of my head where the

 5    information was hosted, but from the point of view      10:07:15

 6    of the applications that I was developing in that

 7    time frame, where the content was coming from was

 8    not material to the ability of the app in order to

 9    do its processing of multimedia content, wherever it

10    came from.                                              10:07:38

11       Q    Were these difficult programs to design?  To

12    be more specific, the Android media player programs

13    that you referenced by 2011.

14       A    I'm not quite sure what you mean by

15    difficult.  Difficult for who?                         10:07:58

16       Q    For you.

17       A    It's something that I learned over a period

18    of time.  When I first started working with it, like

19    anything else, there was a learning curve.  I've

20    been working in this field for a long time, but I

21    had many things I had to learn that I didn't know

22    when I started.

23       Q    Was implementing the Android media player

24    that you mentioned by 2011, was the implementation

25    difficult for you?                                      10:08:27
```

Page 44

```
 1       A   I don't recall how long I spent on it.  It's

 2   hard to know what is difficult.  Difficult relative

 3   to what?

 4        Like I said, building a multimedia player app

 5   that I was talking about before was something that I    10:08:41

 6   spent time doing that had a lot of learning curves,

 7   especially at the beginning, because I was learning

 8   Android.  But some of the technology at the time

 9   wasn't as mature as it has become now.

10        So I don't really recall -- I never sat down      10:08:58

11   and thought, how does that compare and contrast to

12   other things I've done as to whether they're hard.

13   It's something I worked on as a series of projects

14   for courses I was either preparing to teach or

15   teaching at the time.  And so I don't recall giving     10:09:12

16   it a score in terms of the difficulty relative to

17   other things I've done.

18       Q   Fair enough.

19        For the Android media player work that you've

20   referenced, was the media playing solely on the        10:09:24

21   Android phone or was it ever playing on another

22   device?

23       A   So the service that I was developing could be

24   used by any of my students.  So what they did with

25   it, I don't know, but I was using it in my context      10:09:43
```

Page 45

```
 1    to experiment with different modes of being able to

 2    access and play multimedia content.

 3        Q    But the -- my question is the playback of the

 4    multimedia content, that was on the Android device;

 5    is that fair?

 6        A    Depending on the environment in which it was

 7    developed.  It could actually play out in different

 8    environments than just the device.

 9            I also had -- Android, as you may be aware,

10    is capable of also running on a desktop or a laptop.    10:10:22

11    So depending on how I was doing the development and

12    how I was doing the testing, it could actually run

13    on different environments.

14        Q    Understood.  I probably asked an inexact

15    question here.                                          10:10:39

16            My question is, so you have your media player

17    application, it's running on a given device,

18    Device A.  The playback of the media is on Device A

19    as opposed to Device B or Device C that is not

20    running the Android application; is that fair?          10:10:55

21            MR. SULLIVAN:  Object to the form of the

22    question.  Compound.

23    BY MR. JAFFE:

24        Q    Go ahead, sir.

25        A    I don't recall all the nuances of how it was   10:11:07
```

Page 46

1    developed, but there was certainly at least one mode

2    of being able to download the content from the

3    server, be it a cloud server or be it my local

4    laptop or be it some other server that was residing

5    elsewhere and -- or some other server that had          10:11:28

6    multimedia content that was hosted by someone

7    running the cloud and being able to play it on that

8    device.  Certainly that use case was certainly

9    supported.

10       Q    Could you play it on a different device?        10:11:47

11       A    Well, again, like I said before, depending on

12   how I was doing the testing and the use and the

13   demonstration of the capability, it could be played

14   in different ways.  It didn't always just have to be

15   played on an Android phone.  It could be played on a   10:12:07

16   laptop.  It could be played on a laptop connected to

17   speakers in a classroom, in which case it would come

18   out of the speakers in the classroom.  There are

19   different ways it could be played.

20       Q    Could it play on another -- well, strike        10:12:21

21   that.

22            I want to turn to your declaration, in

23   particular, Exhibit 1.

24       A    Okay.

25       Q    You've mentioned it a couple times.  You have   10:12:50

Page 47

1    a section entitled, "Overview of the '615 and '033

2    Patents," Roman numeral IV, correct?

3        A    I think that might be Roman numeral VI.

4        Q    Thank you.

5        A    Maybe Roman numerals is out of date since I'm    10:13:16

6    not a Roman.

7        Q    No, you're correct.  Thank you.  This is the

8    second deposition this week I've misread Roman

9    numerals.

10           I wanted to go to paragraph 36 in your         10:13:30

11   declaration, Exhibit 1.

12           Do you see that?

13       A    I do.

14       Q    There's a figure shown there, Figure 7.

15           Do you see that?                               10:13:50

16       A    I do.

17       Q    There is a reference to something called

18   "Sonos Network 1."

19           Do you see that?

20       A    I do.                                         10:14:01

21       Q    Actually, before we get to Sonos Network 1,

22   can you just describe in your own words what

23   Figure 7 is showing us?

24       A    Yeah, sure.  Just a second.

25           So this is actually described in the          10:14:35

                                                 Page 48

1      specification in the patent.  And there's a little

2      confusion in the patent.  I would need to look at it

3      to make sure I don't get this wrong, but when I read

4      the patent, I was thinking carefully how it related

5      to the figure.                                    10:14:54

6           So if you take a look in either the patent

7      specs on, let's see, Column 12 starting around

8      paragraph -- I'm sorry, line 28, it describes what's

9      in the figure.

10          And what is shown here is that there's a      10:15:18

11     bunch of content providers -- and this is the part

12     that's a little confusing -- but it talks about a

13     cloud network, which it labels as network 710.  I

14     think actually what that is is 720 in the figure.

15     And then it talks about there being a cloud 710,    10:15:45

16     which I think in the figure is actually -- I think

17     what it is referring to there -- they got the 710

18     and 720 backwards in the spec.

19          But basically what this is showing is it's

20     showing how the cloud can be used in order to be --  10:16:03

21     well, let me rephrase that.

22          It's showing a couple of things.  It's

23     showing that there are several local playback

24     networks, which are, in fact, labeled correctly.

25     Those are the 760 and 770 portions.  And those are   10:16:15

Page 49

1    going to be a local area network.  And those local

2    area networks can have controllers, which could be

3    various things.  They could be mobile devices, they

4    could be other devices.

5         In fact, it says that you could have multiple      10:16:41

6    devices 730.  It says you could have third-party

7    apps, which I assume could either be running on a

8    local device or could be running on a laptop or some

9    other type of controller.  Retail, which I assume

10   would be for people using this, for example, in a      10:16:57

11   restaurant or a school.  A restaurant would be

12   better.

13        And the controllers can then be used to

14   initiate playback of content that could come from

15   various places.  It could come from the Sonos box,     10:17:13

16   which to me sounds like it's a -- kind of a

17   cloud-accessible server or service provided by

18   Sonos, and/or it could come from the cloud from

19   various providers.

20        And they give examples of providers like          10:17:32

21   Spotify, Pandora, Rhapsody, and so on.  Third-party

22   music apps that they could provide that could be

23   integrated with the system.

24        And the content could be streamed from

25   various content providers, which is what they're       10:17:51

                                            Page 50

```
 1    referring to here with the 720, 730, 740, and 750 in

 2    order to be able to download or stream that

 3    content -- stream, not download -- streaming

 4    download the content from the source to the playback

 5    devices where the content would be played back.        10:18:16

 6          So I think that's what it is showing.  It's

 7    showing there's a way of being able to integrate

 8    local area data networks with cloud data networks

 9    using various means, some of which are provided by

10    Sonos, some of which are provided by other             10:18:39

11    providers.

12       Q   Could you --

13          MR. SULLIVAN:  Jordan -- Jordan, sorry to

14    interrupt.  I lost power and I missed the last few

15    questions.  We're having a lot of storms in the       10:18:52

16    Chicago area.  Can we take a break so I can -- the

17    power has come back on, but I need to switch back to

18    my computer.  I'm on my phone right now.  If it's at

19    all possible, if we can take a break, I'd really

20    appreciate it.                                         10:19:10

21          MR. JAFFE:  Of course.  Absolutely.

22          And I think Dr. Schmidt was talking for a

23    while, so I'm not actually sure if you missed any

24    questions.  So -- but totally fine to take a break.

25    Ten minutes, does that work?                           10:19:22
```

Page 51

```
 1          MR. SULLIVAN:  That would be great.  Thank

 2    you so much.

 3          MR. JAFFE:  No problem.

 4          THE VIDEOGRAPHER:  Off the record at

 5    12:19 p.m.                                      10:19:29

 6          (Recess.)

 7          THE VIDEOGRAPHER:  We are on the record at

 8    12:32 p.m.

 9    BY MR. JAFFE:

10       Q   Welcome back, Dr. Schmidt.             10:32:41

11       A   Thank you.

12       Q   Before we took a break, we were discussing

13    Figure 7 of the '615 patent.

14          Do you recall that?

15       A   I do.                                   10:32:51

16       Q   And you provided an explanation of what you

17    understood Figure 7 to be talking about in your own

18    words.

19          Do you recall that?

20       A   My own words based on looking at the    10:32:59

21    specification and my declaration, yes.

22       Q   Can you use the architecture in Figure 7 to

23    work in a large area?

24       A   What do you mean by "large area"?

25       Q   The opposite of small.                 10:33:30
```

```
 1      A    I'm still not quite sure what you mean.

 2      Q    Does the architecture in Figure 7, is that

 3   limited to a small area or can it be used in any

 4   size of a geographical area?

 5          MR. SULLIVAN:  Object to the form of the          10:33:59

 6   question.

 7          THE WITNESS:  Which piece of -- which part of

 8   Figure 7?

 9   BY MR. JAFFE:

10      Q    All of it.                                        10:34:15

11          MR. SULLIVAN:  Same objection.

12          THE WITNESS:  Well, so, as it says here --

13   not as it says here.  As it says in Column 12 of the

14   patent, this is showing how there's local playback

15   networks, which are shown in 760 and 770.  Those can    10:34:41

16   be connected via the cloud.  And the cloud is what's

17   shown -- what's labeled in the diagram Figure 7 as

18   720.

19          But I really haven't looked carefully at this

20   diagram to know the details of what can work where.     10:35:08

21   I just read you what it said in the specification on

22   those lines from paragraph -- sorry, from lines 28

23   up to around line 40 in Column 12.

24   BY MR. JAFFE:

25      Q    Okay.  Are you familiar with the term "local    10:35:36
```

Page 53

1    area network"?

2        A    Yes.

3        Q    Okay.  What is your understanding of what the

4    word "local" means in the phrase "local area

5    network"?                                          10:35:48

6        A    There's hierarchies of networks, and a local

7    area network, as a person of ordinary skill in the

8    art would have understood it at the time of the

9    invention, would be a data network, which is also a

10   construed term, that interconnects devices within a   10:36:14

11   limited area, such as a home, an office, a school, a

12   hospital, a restaurant, and so on.

13       Q    When you say "a limited area," you're talking

14   about a physical geographical area?

15       A    Limited meaning -- depends on what kind of a   10:36:34

16   network, a local area network we're talking about.

17   But generally accepted definitions of local area

18   network indicate they're within a limited geographic

19   area, that's correct.

20       Q    Okay.  What is the actual limit, in your       10:37:08

21   opinion, on what physically -- let me start over.

22            Is that all right, sir?

23       A    Sure.

24       Q    What is the biggest physical area that can

25   still be a local area network?                          10:37:30

Page 54

```
 1      A    That depends on various factors.

 2      Q    What factors does it depend on?

 3      A    What kind of data link technology or other

 4   types of technology, physical link technology that

 5   is being used.                                    10:38:01

 6      Q    What is the biggest local area network you're

 7   aware of?

 8      A    I'm not sure I've ever looked at them in

 9   terms of the biggest, but I've seen definitions that

10   say a local area network is typified by something,   10:38:20

11   say, 10 meters to 100 meters, and if you get more

12   specialized equipment, you could make it go further.

13        But I think the key distinction is between

14   something that is limited geographically.  In other

15   words, it's in distinction to other forms of        10:38:38

16   networks, such as a metropolitan area network or a

17   wider network.

18      Q    What about a network over a square mile, is

19   that a local area network?

20      A    I'd need more context in order to answer that  10:38:57

21   question.

22      Q    Is a square mile a limited area as limited

23   area is used in your proposed construction of a

24   local area network?

25      A    Again, without knowing more about the        10:39:14
```

Page 55

```
 1    hypothetical that you're proposing, I don't know

 2    whether that would be considered limited or not,

 3    given the type of network that's being used.

 4        Q   Is 100 square miles a limited area as that

 5    term is used in your proposed definition of local      10:39:35

 6    area network?

 7        A   I'm not familiar with local area networks

 8    that cover 100 square miles.

 9        Q   So is that not a limited area?

10        A   I'm not quite sure what you mean.           10:39:48

11        Q   Sure.  Let me ask my question again.

12            Is 100 square miles a limited area?

13        A   Limited with respect to what?

14        Q   I'm using -- do you see -- if you look at

15    paragraph 5 of your opening declaration, "Summary of   10:40:05

16    Opinions," Roman numeral II, which I think I have

17    correct this time.

18        A   Yes.

19        Q   So, again, we're looking at paragraph 5 of

20    your declaration, which we've marked as Exhibit 1.     10:40:25

21    Do you see that there's a chart in paragraph 5?  Do

22    you see that?

23        A   I do.

24        Q   And one of the rows is for the term "local

25    area network."                                       10:40:42
```

                                                    Page 56

```
 1          Do you see that?

 2     A    I do.

 3     Q    And then the right-hand column for that row,

 4     the right-hand column is labeled "POSITA's

 5     Understanding."                              10:40:55

 6          Do you see that?

 7     A    I do.

 8     Q    And for the row labeled "Local Area Network,"

 9     your opinion is that a POSITA's understanding is

10     that a local area network is, quote:          10:41:06

11               "A data network that

12          interconnects devices within a limited

13          area, such as a home or office."

14          Correct?

15     A    I see that, yes.                         10:41:13

16     Q    So do you see the phrase "limited area"

17     there?

18     A    Yes.

19     Q    Do you understand what that means?

20     A    I've looked at and a person of ordinary skill   10:41:23

21     in the art looking at the patent and seeing the

22     examples that are used in the patent would have

23     understood that a local area network was a data

24     network that interconnected devices within a limited

25     area, such as a home or office or other things that  10:41:46
```

Page 57

1    are bounded by the capabilities of local area

2    network technology.

3        Q    Thank you for that.  My question was a little

4    bit different.

5        The phrase in your declaration "limited          10:42:01

6    area" -- do you see that?

7        A    I do.

8        Q    Do you understand what the phrase "limited

9    area" means?

10       MR. SULLIVAN:  Objection.  Asked and             10:42:11

11   answered.

12       THE WITNESS:  As it says in the construction

13   that is put here, it gives an example of a limited

14   area, such as a home or office.  So something that

15   is a limited geographical region, in contrast, say,  10:42:25

16   to a wide area network, which could cover something

17   larger than a home or office, such as a city or a

18   country or the planet.  That would be the -- that

19   would be one differentiator of local area network

20   from a wide area network.                            10:42:45

21   BY MR. JAFFE:

22       Q    Thanks.  Let me ask it a slightly different

23   way to make sure we're not talking past each other.

24       You don't understand what the phrase "limited

25   area" means as that phrase is used in paragraph 5 of  10:43:00

Page 58

```
 1    your declaration, correct?

 2        A    No, that's not correct.

 3        Q    Okay.

 4        A    Sorry.  So what you said is incorrect, if I

 5    understood what you asked.                            10:43:15

 6        Q    Fair enough.

 7             Is 10 square miles a limited area, as that

 8    phrase is used in paragraph 5 of your declaration?

 9        A    Again, looking at the examples that are given

10    here, "limited" in this context is relative to wide    10:43:35

11    area network, which could be of broader scope than

12    you'd expect to find in a home or office.

13             And a person of ordinary skill in the art at

14    the time of the invention who read the specification

15    and looked at the diagrams and the explanation of      10:43:59

16    what was being proposed here would have understood

17    that the local area network that was referenced was

18    referring to something that was on the order of a

19    home or office.  That would be the understanding the

20    person would have of what a local area network would   10:44:15

21    be, given the knowledge of what a local area network

22    was based on extrinsic evidence, as well as seeing

23    how it was used in the context of the patent where

24    it is correlated with small.

25        Q    When you said -- well, just to follow up on    10:44:30
```

Page 59

1    your last question.  So when you say "limited area,"

2    you mean small area; is that fair?

3        A    I believe there's a specific phrase in the --

4    one of several phrases within the patent itself that

5    talks about the local area network or other small          10:44:56

6    network, which is on -- I think it's Column 10 of

7    the patent specification talks about the network

8    being a local area network or other small network.

9            And, again, a person of ordinary skill in the

10   art would have understood that to be in the context        10:45:16

11   of something like a home or office or a restaurant

12   or something.

13       Q    Ten square feet, that's a limited area,

14   right?

15           MR. SULLIVAN:  Objection.  Ambiguous.             10:45:35

16           THE WITNESS:  In the context of local area

17   network, a local area network is something that

18   could encompass an area that is ten square feet.

19   BY MR. JAFFE:

20       Q    100 square miles is not a limited area,          10:45:57

21   correct?

22       A    Again, looking holistically in terms of the

23   use of the phrase "local area network," in

24   particular in the context of how local area network

25   is being used in the context of the '615 and '033         10:46:15

Page 60

```
1    patents, the local area networks described in there,

2    100 square miles is, my understanding, well beyond

3    the scope of what a local area network would have

4    been understood to mean at the time of the

5    invention.                                        10:46:35

6        Q    100 square miles is an area, correct?

7        A    You're taking the term "area" out of context

8    from local area network here.  You're pulling apart

9    the phrase into pieces when the phrase "local area

10   network" is a term of art that is understood to      10:46:55

11   relate to the underlying technology for being able

12   to support high speed communication within the local

13   area network confines of the technology.

14        So "area" by itself is not really the issue.

15   It's the use of the phrase "local area network" as a   10:47:17

16   term of art.

17       Q    Okay.  Let me ask it slightly differently.

18   Is 100 square miles an area?

19       A    100 square miles is an area, yes.

20       Q    Is 100 square miles limited?              10:47:33

21       A    Relative to what?  I mean, certainly with the

22   concept of a local area network, a local area

23   network, as I would understand the technology at the

24   time of the invention, would not cover 100 square

25   miles.                                            10:47:59
```

Page 61

```
 1          So, again, pulling the words apart piece by

 2   piece doesn't really shed light on how a person of

 3   ordinary skill in the art would have understood what

 4   a local area network or other small network to have

 5   meant in the context of reading the '615 and '033      10:48:14

 6   patents.

 7      Q   Your understanding of what local area network

 8   means, as shown here in paragraph 5 of your

 9   declaration, it uses as examples home or office; is

10   that right?                                            10:48:37

11      A   Well, there's quite a bit of discussion about

12   local area network throughout the opening report.  A

13   summary of that construction appears in -- in the

14   table in paragraph 5.

15      Q   What is the construction that you are saying    10:48:52

16   is correct for local area network?

17      A   I don't understand the question.

18      Q   What is the appropriate construction of local

19   area network, in your opinion?

20      A   As it says in paragraph 5, the -- as it says    10:49:07

21   in the table in paragraph 5, the term "local area

22   network," the proper construction for that for

23   someone of ordinary skill in the art at the time of

24   the invention would be a data network that

25   interconnects devices within a limited area, such as   10:49:43
```

Page 62

```
 1   a home or office, which are not meant to be

 2   limiting.  There could be other examples of data

 3   networks interconnecting devices that were not homes

 4   or offices.  An example might be a restaurant, for

 5   example.                                      10:50:02

 6      Q   The construction that you are proposing for

 7   local area network is, quote:

 8              "A data network that

 9          interconnects devices within a limited

10          area, such as a home or office."       10:50:15

11          Correct?

12      A   That is correct.

13      Q   And home or office are examples in that

14   construction, correct?

15      A   That is correct.                        10:50:28

16      Q   There is no reference to the size of an area

17   in your construction of local area network, correct?

18      A   When you say "size," what do you mean by

19   size?

20      Q   There's no small, big -- there's no      10:50:46

21   references to what is the maximum or minimum size of

22   the area in your construction of local area network,

23   right?

24      A   Again, I don't -- it says, "within a limited

25   area," and then it gives a couple of examples which   10:51:09
```

Page 63

```
1    are indicative of the size that is being defined

2    here.

3       Q   I see.  So those examples do limit the scope

4    of the construction; is that right?

5       A   I'm not sure what you mean by "limit," but my    10:51:25

6    understanding is that the POSITA at the time of the

7    invention would have understood a local area network

8    to be a data network that interconnects devices

9    within a limited area, such as a home or office.

10          There could be other examples as well that       10:51:49

11   would be consistent with the size of a home or

12   office, like a restaurant, for example.

13      Q   Okay.  So when you said "limited area," you

14   really meant a small area; is that fair?

15      A   Well, as the patent itself says, it's a small    10:52:08

16   network.  As I mentioned before, I think it was on

17   Column 10 of the patent spec talks about a local

18   area network or other small network.

19      Q   The construction that you've actually offered

20   doesn't mention small, right?                            10:52:30

21      A   I think, again, a person of ordinary skill in

22   the art would have understood that limited in this

23   case is in contrast to something that is large, like

24   the entire internet, which is a wide area network,

25   or even a metropolitan area network, which is much      10:52:54
```

Page 64

1    larger than a home or office.

2         So in that case, I think that limited would

3    imply something that was not large, as opposed to

4    something that was -- if it was not limited, it was

5    going to be the internet, it would be large or not          10:53:16

6    limited by the confines of something like a home or

7    office.

8    Q    What is the opposite of limited?

9    A    In this case, it's really talking about,

10   again, the networking capabilities to be able to            10:53:34

11   transmit packets without loss at the appropriate

12   speed.

13        So when you start thinking about something

14   that is not a limited area, it would be something

15   like the internet, again, which encompasses -- it          10:53:51

16   encompasses many things.  Certainly most of the

17   planet and perhaps beyond.

18   Q    Would you agree that the opposite of limited

19   is unlimited?

20   A    No, not necessarily.                                    10:54:04

21   Q    And I want to go back to an earlier question.

22        The word "small" does not appear in your

23   proposed construction for local area network,

24   correct?

25   A    Again, I think a person of ordinary skill in           10:54:20

Page 65

1    the art would have understood that an example like a

2    home or office or other things that are like that

3    are smaller rather than larger and -- again,

4    especially keep in mind that a person of ordinary

5    skill in the art in this context by my definition of        10:54:42

6    a person of ordinary skill in the art would have had

7    education experience and practical experience that

8    would have led them to understand the different

9    types of networks that were available.

10          So local area network would have been one          10:54:57

11   that a person of ordinary skill in the art would

12   have understood what that meant, and that really by

13   definition is relatively small or a limited

14   geographic area.

15          A person of ordinary skill in the art would        10:55:11

16   have understood what that means because they would

17   have been familiar with the different types of

18   networking technology available at that time.  And

19   they would have understood that was in contrast to a

20   wide area network, which is much larger.  It's not        10:55:22

21   as limited geographically.

22      Q    Where does the word "small," S-M-A-L-L,

23   appear in your proposed construction for local area

24   network?

25          MR. SULLIVAN:  Objection.  Asked and               10:55:37

Page 66

1    answered.  Now we're bordering on harassment, but

2    I'll let him answer the question again.

3          THE WITNESS:  So, as I said before, a person

4    of ordinary skill in the art who read this

5    construction with their understanding that would be        10:55:51

6    consistent with a POSITA's understanding is that a

7    local area network is necessarily limited or

8    small -- especially when given a couple of examples

9    like a home or an office -- a person of ordinary

10   skill in the art would have understood that to be         10:56:11

11   distinct from other types of networks that they also

12   would have been aware of because of their experience

13   in the field, such as a metropolitan area network or

14   a wider network, which are much larger, in some

15   cases encompassing the whole planet and perhaps          10:56:27

16   beyond.

17   BY MR. JAFFE:

18       Q    Are you familiar with the term "data"?

19       A    Yes.

20       Q    What is your understanding of the term          10:57:19

21   "data"?

22       A    In which context?

23       Q    In the context of the '615 or '033 patents.

24       A    So in the context of those patents, then data

25   in the context of data network would involve            10:57:48

Page 67

1    discrete digitized representations of information or

2    content or various terms that describe what

3    applications and services send and receive.

4        So data in this case is really referring to

5    discrete chunks of information that are going to be      10:58:11

6    broken up into what are called data units or packets

7    for transmission through a data network or a local

8    area network, which is an example of a data network.

9    Q    Let's put aside the '615 and '033 patents for

10   a second -- metaphorically or, figuratively, I

11   should say, since we're not sitting next to each

12   other.

13       What is the plain and ordinary meaning of

14   data?

15       MR. SULLIVAN:  Object to the form of the        10:58:45

16   question.

17       THE WITNESS:  I don't think that term can be

18   answered out of context.

19   BY MR. JAFFE:

20   Q    If one of your students in 2011 came up to      10:58:54

21   you, maybe in the same class you were working on

22   your Android media project, and asked you what data

23   was, what would you tell her or him?

24   A    Depending on what they were asking and the

25   context, I could give different answers.           10:59:13

Page 68

```
 1            If they were a Star Trek fan, then Data is
 2       the name of a famous character on Star Trek: Next
 3       Generation.  If they were talking about -- if it was
 4       a database, if we were talking in a database course,
 5       it would be content that could be created, read,        10:59:33
 6       updated, and displayed.
 7            If it was in the context of a networking
 8       course and it was a computing networking course,
 9       then it would be the discrete, packetized
10       information that could be passed around and routed      10:59:46
11       through a data network.
12            So it really depends on the context.
13       Q    Is there such a thing as analog data?
14       A    In what -- in what sense?
15       Q    In the sense is -- is analog data a thing          11:00:01
16       that exists that you're aware of?
17       A    Again, I would need more context to be able
18       to answer that question.
19       Q    You're not sure whether -- let me ask you.
20       Have you ever heard the term "analog data"?             11:00:16
21       A    Yes.
22       Q    And in what context have you heard the term
23       "analog data"?
24       A    Typically in terms of how analog signals send
25       information using continuous wave forms.                11:00:33
```

Page 69

1      Q   Would you agree that data can either be

2   analog or digital?

3      A   Again, in what context?

4      Q   What part of my question are you finding

5   difficult?                                              11:00:52

6          MR. SULLIVAN:   I object to the question.

7   Object to the form of the question.

8          THE WITNESS:   Are we talking about -- are we

9   still in the context of the '615 and '033 patents or

10  are we talking about data more broadly as we started   11:01:08

11  earlier?

12  BY MR. JAFFE:

13     Q   Sure.   I'm just talking about data generally.

14         Would you agree that data generally can

15  either be analog or digital?                            11:01:17

16     A   I don't know if there's -- well, the reason

17  I'm thinking carefully before I answer is I'm not

18  sure if it's a binary -- I don't know if there's

19  only two different types of data.   There could be

20  data that you store in your head and when someone      11:01:33

21  asks you a question, you recite it back to them.   Is

22  that analog?   Is that digital?   It could be neither

23  one.

24         I think I would look at this in the context

25  of the '615 or '033 patent.   A person of ordinary     11:01:47

                                                   Page 70

```
 1    skill in the art would have understood the data

 2    that's being described in that context to refer to

 3    information or content that has been digitized into

 4    packets.

 5        Q   I didn't mean to necessarily set up a binary      11:02:04

 6    choice.  So let me try and ask my question again.

 7            Is that all right, sir?

 8        A   Sure.

 9        Q   Data generally can be analog or digital or

10    perhaps in other forms; is that fair?                    11:02:25

11        A   Again, depending on the context, certainly

12    there's different ways to -- if we're talking about

13    communicating over networks, there's different ways

14    to convey information or data.  It depends on the

15    context.                                                 11:02:48

16        Q   In the field of networking, data can either

17    be analog or digital; is that fair?

18        A   Conventionally or historically, networks have

19    sent data in various ways.  The more traditional way

20    of doing things is using analog continuous wave          11:03:05

21    forms to send data.  That's historically the way

22    voice networks were designed.

23            When packet switching was introduced some

24    time ago, there were other ways of being able to

25    dedicate certain layers of the protocol stack.  And     11:03:26
```

Page 71

```
 1    in that case, we would think about it as putting two

 2    protocol data units or packets or frames, depending

 3    on the layer, that was another way to send data.

 4    And those were two distinct ways of being able to

 5    send data.                                    11:03:46

 6           Digital data, which is what we can

 7    colloquially think of as a term of art to be data

 8    network versus in wave forms, which we colloquially

 9    think about as a term of art as being so-called

10    voice networks or circuit switched networks.   11:04:01

11        Q   We've used this term a couple of times.   What

12    is a network?

13        A   Again, what is the context?

14        Q   In the field of networking in 2011.

15        A   In 2011, do you mean networking as in   11:04:29

16    telecommunications networking, computer networking,

17    social networking?  Which -- which types of context

18    are we thinking of here?

19        Q   Computer networking.  So I'll ask it again.

20           In the field of computer networking in 2011,   11:04:48

21    what is a network?

22        A   Well, let's see.  I would say it's a network

23    without being -- well, in the field of computer

24    networking, people think of computer networks

25    typically as data networks.  And a person in 2011   11:05:18
```

Page 72

    1   would have thought that a data network would be a

    2   medium that interconnects devices so they can send

    3   and receive digital packets from each other.

    4         So in the field of computer networking,

    5   that's what people think of is data network and        11:05:32

    6   computer network are fairly synonymous.

    7   Q   So there are no networks of computers that

    8   communicate using analog data?

    9   A   Well, it depends on what level of abstraction

   10   that you're talking about.  As I mentioned earlier,    11:05:53

   11   networks are layered.  And different layers in the

   12   network stack have different roles to play, both in

   13   hardware, software, as well as the medium or the

   14   means by which the information is communicated.  So

   15   without being more specific in a specific             11:06:16

   16   hypothetical, it's hard to know how to answer that

   17   question.

   18   Q   Were you -- are you aware of any computer

   19   networks in 2011 that communicated analog data?

   20   A   In 2011, there was a distinction which has        11:06:40

   21   been well understood for a long time that there's

   22   different types of networks.  And that's been true

   23   for a very long time.  And people understand if you

   24   say "network," then it's not really clear, it's an

   25   ambiguous term.  It would be, you know, a medium       11:07:00

                                                    Page 73

```
 1    that interconnects devices or something like that.

 2    But that could be different things.  So that could

 3    be realized in different ways.

 4         But without bounding the scope of the

 5    context, a person of ordinary skill in the art          11:07:16

 6    wouldn't know what was meant if you talk about

 7    network.  However, having said that, if you would

 8    use the word "data network" in 2011 -- and,

 9    actually, before that as well -- because this is a

10    term that has been around for many years, a data       11:07:35

11    network has a meaning as a term of art that a person

12    of ordinary skill in the art would have understood

13    what that meant.

14         But a network, just the word "network" by

15    itself doesn't provide enough information.  And        11:07:47

16    especially if you take a look at the content --

17    especially if a POSITA was reading the patent and

18    looking at what was being disclosed and how that

19    disclosure was being contrasted to prior approaches

20    in the field of consumer electronics and playback      11:08:04

21    devices and so on, they would have understood that

22    data network had a very key meaning there and was

23    being contrasted with traditional ways of being able

24    to hook together audio devices or media devices in

25    general, using means other than data networks.         11:08:24
```

Page 74

1     Q   Is it fair to say that you can't identify any

2   specific computer networks in 2011 that communicated

3   analog data?

4     A   I'd have to look at more examples.  I'm sure

5   there's ways of seeing examples out there, but I          11:09:05

6   don't know them off the top of my head.

7     Q   Sitting here today, you can't think of any;

8   is that fair?

9     A   Well, again, going back to what we were

10   saying before, depending on what level of the stack      11:09:22

11   that you're at and how a computer was being used,

12   there's -- there are plenty of examples of computers

13   that are connected by analog networks.  That's not

14   uncommon.

15     Q   What are some examples of computers that are       11:09:44

16   connected by analog networks, by 2011?

17     A   Places that use public switch telephone

18   networks that were still using traditional analog

19   signals, circuit switched networks.

20     Q   Okay.  Are those computers -- well, are those      11:10:23

21   data networks?

22     A   Again, without knowing more of the details of

23   the hypothetical, it would be hard to say in the

24   abstract.

25     Q   Okay.  In the '615 and the '033 patents, did      11:10:38

Page 75

1    the patentee redefine the term "data network"?

2        A    Relative to -- when you say "redefine,"

3    relative to what?

4        Q    Its plain and ordinary meaning in the field.

5        A    Not that I'm aware of, no.                    11:11:12

6        Q    Okay.  In putting forth your opinions on data

7    network, you're not relying on any lexicography in

8    the '033 or '615 patents.  Fair?

9        A    I'm not sure what you mean by lexicography.

10       Q    Sure.  Let me ask it this way.              11:11:40

11            Are you familiar with the term "lexicography"

12   as that term is used in claim construction?

13       A    No.

14       Q    So that's -- it's fair to say that

15   lexicography is not something you've opined on in     11:11:47

16   your declarations, at least that you're aware of?

17       A    It's kind of like parts of a sentence --

18   subject-verb agreement or something.  But if you

19   could explain what you mean by lexicography, I'm

20   sure I can follow.                                    11:12:14

21       Q    I'm happy to do that.

22            So lexicography is the patent kind of

23   providing a specific definition or redefining what

24   the term means.  And I don't -- I'm not trying to

25   provide you with legal advice here, but I just want   11:12:28

Page 76

```
1    to be responsive to your request.  But that's what

2    I'm referring to by lexicography.  So let me ask it

3    again.

4            Before I just mentioned the word

5    "lexicography," had you ever heard that before?      11:12:43

6      A   Yes, but I didn't understand it in the

7    context of claim construction.  So I wanted to make

8    sure I understood if it has a precise legal meaning,

9    lexicography -- words are used in very precise ways

10   in legal proceedings, and I wanted to be sure I      11:13:05

11   understood how it was being used here.

12     Q   Sure.  Fair enough.

13           Are you relying on any disclaimer in the '615

14   or '033 patents with regard to the meaning of data

15   network?                                             11:13:19

16           MR. SULLIVAN:  Object to the form of the

17   question to the extent it calls for a legal

18   conclusion.

19           THE WITNESS:  Again, help me understand.  As

20   with lexicography, that means different things in     11:13:34

21   different contexts.  I've got to believe that

22   disclaimer means something in this context too.

23   BY MR. JAFFE:

24     Q   Sure.  Is there a clear and unambiguous

25   statement in the patent specification that you       11:13:48
```

Page 77

1    believe changes the plain and ordinary meaning of

2    data network?

3         MR. SULLIVAN:  Object to the form of the

4    question.

5         THE WITNESS:  If you're asking does the          11:14:07

6    patent have a glossary of terms that includes data

7    network and defines it to be something that is

8    inconsistent with a person of ordinary skill in the

9    art's definition at the time or when the first time

10   data network appears, it says, "such as" and gives    11:14:23

11   an example that would be inconsistent, I don't

12   believe that there are examples of data network in

13   the specification that way.

14        I think data network is used here in the

15   context as I described it, and as the person of       11:14:40

16   ordinary skill in the art would have understood it

17   as well, to mean the -- a medium that interconnects

18   devices and then allows the ability -- and enables

19   them to send and receive data packets with each

20   other.  I think that's the way it is being used in    11:15:00

21   the specification.

22        And I think that's consistent with what a

23   person of ordinary skill would have understood at

24   the time of the invention.  And I don't think it

25   defines it some other way in the specification        11:15:15

Page 78

```
 1    beyond that.
 2    BY MR. JAFFE:
 3       Q   You agree that the specification in the '615
 4    and '033 patents use the term "data network" in
 5    accordance with its plain meaning?              11:15:28
 6       A   Again, when you look holistically at how the
 7    patent is describing what Sonos is doing, especially
 8    contrasting it with more conventional approaches or
 9    the conventional approaches at the time of creating
10    multimedia systems that used traditional speaker   11:15:55
11    wires to communicate from an AV receiver or
12    something equivalent to that to a passive speaker, I
13    think it's very clear that it's using this to
14    describe something that goes above and beyond what
15    was there in the conventional art for entertainment 11:16:15
16    systems in home or office.
17       Q   Where does the specification of the '615 and
18    '033 patent use the term "data network" inconsistent
19    with its plain meaning?
20       A   I'm not quite sure what that question means,  11:16:31
21    but if I understand your question, the opinion in my
22    declarations is giving the plain and ordinary
23    meaning that a POSITA would have understood a data
24    network to mean, which really involves two things.
25    One, information that is being sent and received is  11:16:56
```

Page 79

```
 1    put into some digital packet form.  And, number two,

 2    that it's possible to do communication between

 3    senders and receivers.  It's not a one-way flow.

 4    It's potentially a way you can flow back and forth

 5    or around a ring or whatnot in order to be able to      11:17:14

 6    allow the senders and receivers to communicate with

 7    each other.  That is what my understanding of what

 8    the plain and ordinary meaning would have been at

 9    the time of the invention.

10       Q   Can you identify any specific portions of the    11:17:30

11    '615 or '033 patents that use the term "data

12    network" in a manner inconsistent with its plain and

13    ordinary meaning?

14       A   Again, assuming that when you say "plain and

15    ordinary meaning," that the plain and ordinary        11:17:43

16    meaning is a medium that interconnects devices so

17    that they can send and receive digitized data

18    packets.  Assuming that's the plain and ordinary

19    meaning you're describing, I've seen nothing in the

20    '615 or '033 patents at odds with that.              11:18:01

21       Q   Did the patentee redefine the term "local

22    area network" in the '615 or '033 patents?

23       A   Again, help me understand what you mean by

24    "redefine."

25       Q   Sure.  Let me ask a better question.            11:19:09
```

Page 80

1         Did the patentee redefine the term "local

2    area network" differently from its plain and

3    ordinary meaning in the '615 and '033 patents?

4        A    Assuming the plain and ordinary meaning of a

5    local area network would have been a data network        11:19:25

6    that interconnects devices within a limited area,

7    such as a home or office or other limited areas,

8    like a hospital or school or whatnot, then I don't

9    see anything in the '615 or '033 patents that are at

10   odds with that plain and ordinary meaning.              11:19:48

11       Q    Are there any statements in the '615 or '033

12   patents that provide a definition for the term

13   "local area network" that is inconsistent with its

14   plain and ordinary meaning?

15       A    Again, assuming that the plain and ordinary     11:20:12

16   meaning of local area network is a data network that

17   interconnects devices within a limited area, such as

18   a home or office or other limited areas like a

19   school or a restaurant, I don't see anything -- I

20   don't recall seeing anything in the patent              11:20:33

21   specifications that were inconsistent with that

22   plain and ordinary meaning.

23       Q    And were you assuming that the plain and

24   ordinary meaning was what you just said it was in

25   your analysis, or is that your opinion that that is     11:20:50

Page 81

1    the plain and ordinary meaning?

2      A    So it's my opinion, stated in both of the

3    declarations, that a person of ordinary skill in the

4    art at the time of the invention would have -- would

5    be in congruence or would have been in agreement        11:21:09

6    with that plain and ordinary meaning, that the local

7    area network was a data network that interconnects

8    devices within a limited area, such as a home or

9    office or similar.

10     Q    Are there any clear and unambiguous            11:21:27

11   statements in the specification or prosecution of

12   the '615 or '033 patents that changed the plain and

13   ordinary meaning of local area network?

14     A    It's my opinion that the '615 and '033

15   patents are consistent with respect to the plain and    11:21:52

16   ordinary meaning of local area network to a person

17   of ordinary skill in the art at the time of the

18   invention where they would have understood a local

19   area network to mean data networks that interconnect

20   devices within a limited area, such as a home or        11:22:10

21   office.

22     Q    Can you identify any portions of the

23   specification or file histories of the '615 or '033

24   patents that use the term "local area network"

25   inconsistent with its plain and ordinary meaning?       11:22:24

                                                Page 82

```
 1      A    So after reviewing the patents, the '615 and

 2   '033 patents, and histories and so on, I have not

 3   seen anything in the specification or other

 4   intrinsic evidence that is inconsistent with a

 5   person of ordinary skill in the art's understanding    11:22:51

 6   of the patent invention that the plain and ordinary

 7   meaning of local area network would have been a data

 8   network that interconnects devices within a limited

 9   area, such as a home or office.

10      Q    Is a network that transmits voice -- well,      11:23:12

11   that's a circular question.  Let me ask a better

12   one.

13           Is that all right, Dr. Schmidt?

14      A    Sure.

15      Q    If you have two computers that communicate      11:23:28

16   via voice, is that a data network?

17      A    Again, without having more information about

18   the various technologies involved and the hardware

19   and software components that would be involved in

20   such a communication, it's hard to give a precise     11:23:57

21   and accurate answer.

22      Q    It's possible to send voice in analog form,

23   right?

24      A    I'm sorry.  Could you re-ask the question,

25   please?                                                11:24:16
```

Page 83

1      Q    It's possible to send voice in analog form,

2   right?

3      A    Public switched telephone networks sent voice

4   in analog form for decades, if not more.

5      Q    And voice can also be sent in digital form,        11:24:32

6   correct?

7      A    So, again, it's certainly possible to encode

8   voice and packetize it, that's correct, yes.

9   Depending again on what technologies are being used

10  and what layer of the protocol stacks we're talking       11:24:50

11  about.

12     Q    Do you consider voice information data?

13     A    Again, thinking very specifically about how

14  we look at a data network versus, say, a voice

15  network, I think we have to be careful in this case       11:25:10

16  because using -- data network is a term that has --

17  it's a term of art that has a specific meaning

18  relative to alternative historical technologies like

19  voice networks, which use analog.

20          Whether voice is data and therefore              11:25:31

21  everything is a data network, that's a different

22  matter.  So I think in this case when we're thinking

23  about terms that are being used very precisely and

24  the way they're being used in the patent, we owe it

25  to the process to think very precisely about how we       11:25:49

Page 84

```
 1    use those terms.
 2         So is voice data, that's -- in that case the
 3    word "data" is being used in different ways.  And so
 4    breaking data network up into data and network and
 5    then saying anything that sends over a network is        11:26:13
 6    inherently data, that is missing the point of what a
 7    data network is in terms of the technology
 8    understood by a person of ordinary skill in the art.
 9         MR. JAFFE:  All right.  I'm about to change
10    topics.  Does anyone want to take a five- or            11:26:40
11    ten-minute break?
12         THE WITNESS:  Can we take a short break?  I
13    haven't had lunch yet.
14         MR. JAFFE:  Yeah.  Maybe we can go off the
15    record for a sec.                                       11:26:53
16         THE VIDEOGRAPHER:  We're off the record at
17    1:26 p.m.
18         (Recess.)
19         THE VIDEOGRAPHER:  We are on the record at
20    1:40 p.m.                                               11:40:04
21    BY MR. JAFFE:
22      Q   Welcome back, Dr. Schmidt.
23      A   Thank you.
24      Q   If you could turn to your opening
25    declaration, which we marked as Exhibit 1, and         11:40:17
```

Page 85

```
 1    starting at paragraph 99, you provide some analysis

 2    regarding a claim term, quote, "a media particular

 3    playback system."

 4          Do you see that?

 5    A    Yeah, almost there.  Let me just get there.      11:40:34

 6          Yes, I'm there.

 7    Q    Do you see in paragraph 100, you say -- and

 8    I'm not going to read the whole thing, but you say

 9    that:

10              "The word 'particular' was                 11:40:58

11          erroneously included in the phrase of

12          'media particular playback system.'"

13          Do you see that?

14    A    I do.

15    Q    Why -- how did you arrive at the opinion that   11:41:10

16    the word "particular" was erroneously included in

17    the phrase "media particular playback system"?

18    A    So that analysis occurs throughout the rest

19    of that section.

20          And let's take a look starting in -- I think   11:41:29

21    it's paragraph 104 where it is showing the -- it's

22    kind of comparing how the term "media playback

23    system" was used consistently in other parts of the

24    spec.  And then how it shows up in method -- in

25    Dependent Claim 3 to say "a media particular        11:42:02
```

Page 86

1    playback system."

2         Then there's also discussions starting on

3    paragraph 108 that describes how the patent

4    specification refers to local playback systems to

5    include one or more multimedia playback devices.        11:42:29

6    And so that would be an example of what a person of

7    ordinary skill in the art would have understood to

8    be a media playback system.

9         And then going to paragraph 109, it talks

10   about how nowhere else in the specification or other   11:42:44

11   claims besides Claims 3, 15, and 26, do the term --

12   does the phrase "media particular" or "multimedia

13   particular" occur at all.

14        And so then it says at the end of paragraph

15   109 that this would lead a POSITA to understand the    11:43:03

16   phrase "a media particular playback system" was a

17   typographical error.  So that's part of the

18   analysis.

19        Then I go further to look into the

20   prosecution history of the '615 patent.  And there's   11:43:23

21   no -- nothing in there that indicates the word

22   "particular" meant anything in this context of media

23   particular -- media particular playback system.

24        And then on paragraph 111 I talk further

25   about how the word "particular" was put in there at    11:43:44

                                                     Page 87

1   some point to refer to a particular playback device.

2         And so in paragraph 112 I talk about how it

3   looks like, to maintain proper antecedent basis and

4   consistency throughout the claims, whoever was

5   drafting the patent put the word "particular," the        11:44:06

6   adjective, "particular" before "playback device."

7   But it looks like they did that inadvertently

8   because it doesn't really -- it doesn't appear

9   anywhere else.  It's not used in other parts of the

10  claim.  The specification and so on don't describe        11:44:24

11  that.  And so it just looks to me like it's a typo.

12    Q    When you said the word "erroneously," in

13  paragraph 100, you meant that it was an error for

14  the word "particular" to be included; is that right?

15    A    Yeah.  I think I used a better term other        11:44:48

16  places, like "typographical error."

17    Q    Including the word "particular" in a media

18  particular playback system was a mistake?

19    A    Well, it was a typographical error in the

20  sense that it doesn't -- that phrase doesn't show up       11:45:09

21  in other places in the specification or the

22  prosecution history.  It doesn't appear to have been

23  put in there at the request of the patent examiner

24  to clarify something.  It just looks like

25  somebody -- some drafter accidentally added a            11:45:28

Page 88

1  typographical error putting the word "particular" in

2  there.

3      Q   And if the word -- if it wasn't a mistake, do

4  you have an understanding of what the phrase "a

5  media particular playback system" would mean?        11:45:49

6      A   No.  There's analysis -- there's a fairly

7  lengthy analysis in Exhibit 2 in my reply

8  declaration that -- I believe it starts Roman

9  numeral IX on page -- paragraph 81 that goes through

10  different interpretations that Dr. K put forth.  And   11:46:18

11  I describe how I don't see any support for his

12  opinions found in the specification, found in the

13  prosecution history, or to be found in trying to

14  make sense out of it.

15      So I've seen other interpretations.  I don't     11:46:38

16  think they're meaningful for the reasons that I

17  describe in my reply declaration.

18      Q   Do you think Dr. Kyriakakis's potential

19  interpretations are unreasonable?

20      A   Well, as I say numerous places, especially in   11:46:56

21  the reply declaration, for each of the hypotheticals

22  he puts forth as to what the word -- what the phrase

23  "media particular" could have meant, I don't see

24  that a person of ordinary skill in the art reading

25  the patent, especially the whole, the comprehensive   11:47:19

Page 89

```
 1    intrinsic evidence and so on, would have found

 2    support for those alternative interpretations in

 3    light of what the patent was about and what the

 4    claims were disclosing.  So -- and how the Sonos

 5    system works.                                    11:47:40

 6          So it just struck me that they were -- his

 7    hypotheticals, in my mind, were not substantiated by

 8    any of the evidence that I saw when I looked into it

 9    in more detail.

10    Q   Do you think the proper interpretation of a    11:47:55

11    media particular playback system is subject to

12    reasonable debate?

13    A   I think -- I'm not -- I have a feeling the

14    word "reasonable debate" probably means something

15    with a legal -- a legal definition.  But in looking   11:48:20

16    at the evidence that I disclosed or initially wrote

17    about in my opening report and then taking a careful

18    look at what Dr. K said in his report in crafting my

19    reply report, I don't think there was -- I didn't

20    find his evidence compelling to make me think that a   11:48:41

21    reasonable person would have read it that way.

22    Q   Understood.

23    A   The ways -- the ways he was describing it.

24    Q   Understood.  I appreciate that.

25          My question is just do you think that the    11:48:54
```

1   question of a proper interpretation of this term,

2   "media particular playback system," is subject to

3   reasonable debate or not?

4       A    So there's a number of places in my reply

5   report where I specifically talk about that issue.      11:49:10

6   And it looks like there are several of them where I

7   mention this.  But I don't believe that this matter

8   is a reasonable matter to see a different point of

9   view on.

10          It would be either -- it would be              11:49:34

11  unreasonable to do that or there'd be no reasonable

12  reason to do it.  I'm not sure what the right phrase

13  is because I'm not quite sure what unreasonable

14  means in a legal sense, but it doesn't seem like

15  there's evidence that backs it up.                     11:49:48

16      Q    We discussed the term "multimedia" earlier.

17          Do you recall that?

18      A    I do.

19      Q    And the phrase that we're discussing now is

20  "a media particular playback system," correct?        11:50:05

21      A    That's correct.

22      Q    What is the difference between media and

23  multimedia in the context of the '615 and '033

24  patents?

25      A    I think they're using those terms           11:50:17

                                              Page 91

1    synonymously.

2         For example, if you take a look at my reply

3    report -- my reply declaration -- sorry -- my reply

4    declaration, in I think it's paragraph 88, there's

5    examples that they give, the specification gives,        11:50:43

6    talking about what a multimedia unit provides.

7         And in particular, the -- I think it's the

8    very last sentence in paragraph 88 has a quote from

9    the specification that talks about how a multimedia

10   unit, like a playback device, provides audio-video       11:51:05

11   and/or audiovisual output.

12        So, first of all, multimedia can be -- as we

13   talked about much earlier in our chat today,

14   multimedia could be audio, it could be video without

15   audio, or it could be audio without video, video        11:51:26

16   without audio, it could be audio-video.  It could be

17   a combination or it might just be one of them.  And

18   the term "multimedia" as used as a term of art could

19   be any or all of those things.

20      Q   What is the plain and ordinary meaning of        11:51:43

21   media in 2011?

22      A   Again, it depends on the context.

23      Q   In the field of the '615 and '033 patents,

24   what is the plain and ordinary meaning of media?

25      A   Again, I think it is being used synonymously     11:52:08

                                              Page 92

```
 1    with multimedia, so it could be audio, video,

 2    audio-video, et cetera.  It could be audio-video

 3    and/or audio-video, or audiovisual.

 4        Q   In the field of the '615 and '033 patents,

 5    you viewed the plain and ordinary meaning of media      11:52:29

 6    and multimedia as the same; is that fair?

 7        A   They talk about, for example, in the

 8    specification and the claims and the specification,

 9    they talk about a media playback system that can be

10    used to play back media.  And in this case they         11:52:50

11    use -- they talk about multimedia unit.  And I think

12    those are referring to the same basic sets of

13    things, media, multimedia.

14        Q   I appreciate that.  That doesn't quite answer

15    my question, though.  My question was -- apologies      11:53:10

16    if it was unclear.  I'll repeat it.

17            In the field of the '615 and '033 patents, do

18    you view the plain and ordinary meaning of media and

19    multimedia as the same?

20        A   When thinking about how the patents describe    11:53:25

21    what it is that their playback systems are doing,

22    they refer to media playback systems, and those are

23    also referred to as multimedia units that can

24    provide audio-video and/or audiovisual or

25    audio-video content.                                    11:53:54
```

Page 93

1      So it seems to me that a media playback

2  system is used to play multimedia content and that

3  could be any of those different -- any or all of

4  those different examples that I gave.

5      Q   In the networking field in 2011, what is the          11:54:10

6  plain and ordinary meaning of media?

7      A   Well, again, it depends on the context in

8  which it's being used.  So if we're referring to

9  something like a media playback system, then in that

10  particular case it's something that is used to play          11:54:40

11  back multimedia.

12      The word "media" could mean other things, but

13  in the context of the way it's used in the '615 and

14  '033 patents, the media playback system is referring

15  to something that is used to play back multimedia.          11:55:01

16      Q   In the networking field in 2011, is the plain

17  and ordinary meaning of media and multimedia the

18  same?

19      A   Again, there are -- it depends on the context

20  in which the phrase -- the terms are used.  So in          11:55:20

21  the context of the '615 and the '033 patents,

22  they're using the phrase "media playback" or "media

23  system" or "media playback system" -- I think that's

24  the term that's used -- to mean some device that can

25  be used to play multimedia content.          11:55:40

Page 94

1          In a different context, the term could

2    potentially mean something else, but in the way it's

3    used in the patent, it's clear from the context that

4    it's referring to the media playback system and

5    that's used to play multimedia.                    11:55:56

6      Q   Why are they different words, media and

7    multimedia, if they mean the same thing?

8      A   Why are they different words?  People use

9    synonyms all the time.  I'm not sure what you mean,

10   why are they different words.                      11:56:26

11     Q   Well, let's talk specifically in the context

12   of the claims in the '615 and '033 patent.  Why did

13   they use "media" in some places and "multimedia" in

14   other places?

15         MR. SULLIVAN:  Object to the form of the     11:56:39

16   question.

17         THE WITNESS:  I don't know.  I didn't have a

18   hand in drafting the patent, so I don't know what

19   they were thinking.  I don't see the terms defined

20   in a way where they mean something different.       11:56:54

21   BY MR. JAFFE:

22     Q   Can you identify any parts of the

23   specification of the '615 or '033 patents or the

24   prosecution history that equates media and

25   multimedia?                                         11:57:10

Page 95

1        A    I'm not sure what you mean.  They use the

2    terms -- they talk about multimedia playback.  They

3    talk about media playback.  I see no distinction

4    made between them.

5            They don't say when we use the word "media,"      11:57:30

6    we mean such and such.  When we use the word

7    "multimedia," we mean something else.  I think

8    they're just using them -- one as a shorthand for

9    the other.

10       Q    And where do the specifications or intrinsic      11:57:44

11   record, more broadly the '615 or '033 patents, state

12   that it's using media and multimedia as shorthand

13   for each other?

14       A    Like I said, I think a person of ordinary

15   skill in the art at the time of the invention who       11:58:05

16   read the patent would have seen that they were using

17   the terms interchangeably.  Sometimes they say,

18   "multimedia."  Sometimes they say, "media."  Just

19   the way that they're using it.

20       Q    Can you identify any specific parts of the       11:58:26

21   specification that equate media and multimedia?

22       A    So in reading the specification, there's a

23   continuous reference to playback systems, which are

24   either referred to as media playback systems or

25   multimedia playback systems.  There does not appear      11:58:49

                                                      Page 96

```
 1    to be any distinction in the specification or the

 2    prosecution history saying that when the phrase

 3    "media playback" is used, it means something

 4    different from "multimedia playback."  So as far as

 5    I can tell, they're just using those two terms to          11:59:08

 6    mean essentially the same thing.

 7          It's like saying why do you use the word

 8    "identifier" sometimes versus ID somewhere else.

 9    One is sort of shorthand for the other.  And in this

10    case they're using media and multimedia -- I don't         11:59:26

11    see a distinction that is made.  And so I don't

12    think that that would have been something that would

13    have been -- it certainly wasn't confusing to me

14    when I read the patent.  I knew what they were

15    talking about if they were talking about systems          11:59:38

16    that had media playback systems that played back

17    multimedia content.

18      Q   Have you ever heard the terms "media" and

19    "multimedia" used to mean different things?

20      A   Yes, but not in the context of the patent.          11:59:53

21      Q   But generally in your experience in your

22    field, you've heard the terms "media" and

23    "multimedia" used to mean different things; is that

24    fair?

25      A   As with everything, context is key.  If             12:00:10
```

Page 97

1    you're talking to someone who is a newspaper

2    publisher from the 1970s or an artist, if you talk

3    to Andy Warhol and you asked Andy Warhol what media

4    was, Andy Warhol's definition would probably be very

5    different.  It would probably be like a painting.        12:00:34

6    Or if you asked a newspaper publisher, it would be a

7    newspaper.

8           But in the context of the '615 and '033

9    patents, a person of ordinary skill in the art would

10   have understood that media and multimedia were being    12:00:46

11   used in the same way.

12     Q   I appreciate that answer.  My question was a

13   little bit different.  So I'd appreciate it if you

14   please listen to my question.

15          Dr. Schmidt, in your experience in your          12:00:58

16   field, have you heard the terms "media" and

17   "multimedia" used to mean different things?

18          MR. SULLIVAN:  Object to the form of the

19   question.  Vague.

20          THE WITNESS:  Again, when you say in my          12:01:14

21   field, I wear a lot of different hats.  So I don't

22   really know how to answer that question when you say

23   my field.  What does that mean?

24   BY MR. JAFFE:

25     Q   Well, what field do you work in?                  12:01:27

                                                    Page 98

```
 1        A    Oh, gosh.  Many fields.  I have at least five
 2   or six different things that I do generally.  The
 3   same name, the same phrase will be used in wildly
 4   different ways, depending on how we're -- what I'm
 5   doing at the time.                              12:01:47
 6        Q    How would you generally describe the field
 7   that you work in?
 8        A    Well, I'm a computer science professor.  That
 9   is one thing I do.  I'm also the director of a data
10   science institute, which isn't quite the same thing   12:02:01
11   as computer science.  I'm also the associate provost
12   for research, so that is a very different role.
13           I do consulting and expert witnessing, which
14   is not the same as any of those other three things.
15   I do work with other groups.  In various parts of my   12:02:21
16   past life, I've served as the chief technology
17   officer for several different companies.
18           So that's why it's hard to answer that
19   question in my field, because I have many different
20   expertise.                                      12:02:38
21        Q    I appreciate that.
22           So in your field as a computer science
23   professor, have you heard the terms "media" and
24   "multimedia" used to mean different things?
25        A    Again, in the context of this patent, they   12:02:53
```

Page 99

```
1    mean the same thing.  I'm not sure what relevance it

2    is if I have heard them used in a different way, in

3    a different context, because I'm not opining -- my

4    declarations are not opining about my general use of

5    the terms.  It's referring to them in the context of    12:03:11

6    the '615 and '033 patents.  So I'm not really sure I

7    understand your question.

8        Q    I totally understand you may disagree that --

9    whether something is relevant or not to your

10   opinion.  And I appreciate that.  But for purposes    12:03:26

11   of exploring your opinions and the disputes here,

12   you know, I'm going to ask the question again.

13           Is that all right with you, sir?

14       A    Sure.

15       Q    In your field as a computer science        12:03:39

16   professor, have you heard the terms "media" and

17   "multimedia" used to mean different things?

18       A    In my -- again, the hard part of answering

19   that question is I don't understand the scope of the

20   question.                                            12:04:04

21           So in my role as a computer science

22   professor, we have people who post on social media,

23   like Facebook or Twitter.  So is that -- are you

24   asking is that use of the word "media" in social

25   media the same as multimedia?                        12:04:22
```

     1       Q   Would it be helpful if I said in your

     2   experience as a computer science professor, have you

     3   heard the terms "media" and "multimedia" used to

     4   mean different things?

     5       A   Again, keeping in mind that my scope of my          12:04:43

     6   assignment was to look at the '615 and '033 patents

     7   where it's my opinion that multimedia and media are

     8   used in the same ways, there's other ways that

     9   people use those terms in computing.  For example,

    10   social media, which might or might not be               12:05:03

    11   multimedia.  It depends on the social media

    12   platform.

    13           But I don't think that in the context of the

    14   way in which the terms are being used in this

    15   patent, they are being used synonymously.  They're     12:05:16

    16   used -- like almost any word, if you pull it out of

    17   context and look at it in isolation, it can mean

    18   very different things.

    19           If you're someone who is familiar with the

    20   way that processors work, they execute instructions.   12:05:34

    21   If you're someone who is a -- someone who is a judge

    22   or police officer, you execute -- you execute

    23   orders.  Or you're military officer, you execute

    24   orders.  So the word "execute" has different

    25   meanings in different contexts.                        12:05:58

                                                    Page 101

```
1          So I'm just having a hard time understanding

2    how to compare those words.  Because in the context

3    I'm offering opinions on, in the context of the '615

4    and '033 patents, they are being used in a similar

5    way.  But like any word, it can be used different      12:06:13

6    ways in different contexts.

7      Q   Are you aware of any playback systems that

8    can play only in particular media formats?

9      A   Yes.  Although that does not appear to be

10   what they were referring to in the context of the      12:06:42

11   patents at issue here.

12     Q   For example, you're aware of playback systems

13   that can just play back audio, right?

14     A   I'm aware of that.  Although, again, that's

15   not something that I -- I think that's -- what is       12:06:53

16   being disclosed in the patents is using the term a

17   different way.

18     Q   Are you aware of playback systems that can

19   play just RF data?

20     A   In the context of what?                            12:07:10

21     Q   I'm asking if you're aware of playback

22   systems that can play back just RF data?  Any

23   context.

24     A   I recall reading Dr. K -- this is described

25   on paragraph 91 of my reply report where I describe     12:07:37
```

Page 102

1    how Dr. K mentions there was a playback system that

2    was an RF spectrum analyzer that records and plays

3    back RF data.  I remember reading that.  I do not

4    have firsthand knowledge of that type of system.

5         But, as I say in my report, a POSITA would        12:07:58

6    not look at that as an example of a media playback

7    system that was being disclosed in the '615 and '033

8    patents.

9    Q    Your opinion is that this kind of what you

10   call a typographical error is kind of immediately     12:08:22

11   apparent from reviewing the specification and the

12   claims; is that fair?

13   A    I think -- well, I conducted an analysis

14   based on looking at various sources as discussed in

15   my reports.  So I looked at the specs or the spec.    12:08:41

16   I looked at the claims.  I looked at the prosecution

17   history and, you know, I had to do the analysis to

18   come to the conclusion, but it didn't strike me

19   that -- as I read it and I recognized that the term

20   didn't appear -- as I described in the opening        12:09:03

21   report and the reply -- opening declaration and

22   reply declaration, it was clear after reading the

23   material that -- especially the specification and

24   the claims -- that the term was not given any

25   particular meaning and did not appear consistent      12:09:19

1    with other things that were in the spec, other

2    things in the claims.

3          So therefore it was obvious after reading

4    it -- I don't know whether immediately obvious.  If

5    immediate means before even reading anything I came        12:09:35

6    to a conclusion, the answer is no.  So I'm not sure

7    what immediate means in this context.

8    Q    After you reviewed the material, you think it

9    was obvious that this is an error; is that fair?

10   A    After looking at the specification and            12:09:54

11   looking at the claims and thinking about what was

12   being disclosed and the fact that there was no

13   effort or no description anywhere in the

14   specification of the claims of limiting the media to

15   a particular media, it seemed clear that that was        12:10:11

16   just something that had been added inadvertently

17   along the way, I think as I mentioned before, to

18   perhaps in hasty attempt to maintain antecedent

19   basis.  And, therefore, it didn't provide any

20   meaning.                                              12:10:34

21         And so it doesn't make the -- in my opinion,

22   it doesn't make the claims indefinite.  It just was

23   something that was a typographical error.

24   Q    Are you aware of a process where a patentee

25   can request a certificate of correction?                 12:10:46

Page 104

```
 1        A    I've worked in cases before where there were

 2    certificates of correction applied for patents.   I'm

 3    not familiar with that process.

 4        Q    Are you aware of whether Sonos has sought a

 5    certificate of correction to correct this error        12:11:06

 6    regarding a media particular playback system?

 7            MR. SULLIVAN:   I'll object to the form of the

 8    question.

 9            THE WITNESS:   I'm not aware.

10    BY MR. JAFFE:                                          12:11:19

11        Q    And did Sonos -- upon receiving the notice of

12    allowance during prosecution, did Sonos request any

13    changes to the issued -- the as-issued claims to

14    correct this error?

15        A    I don't recall.   I'm not sure.              12:11:39

16        Q    Let's go to Exhibit 2 and Roman numeral 10,

17    starting at paragraph 100, where your declaration

18    addresses the term "wherein the instruction

19    comprises an instruction."

20            Do you see that?                              12:12:50

21        A    Yes.   Sorry, is this Exhibit 1 or 2?

22        Q    Exhibit 2.

23        A    All right.   Let me get there.

24            Okay.   I'm there.

25        Q    And here in paragraph 101, you refer to      12:13:08
```

1    independent claims which discuss transmitting an

2    instruction.

3         Do you see that?

4    A    I do.

5    Q    Can you give me any examples of that          12:13:29

6    instruction?

7    A    So if I understand your question, examples of

8    that instruction, what that means -- let me -- can I

9    start my answer over again?  Can you hear me?

10   Q    I can hear you.  I'll withdraw the question    12:14:11

11   and I'll ask it again.

12        Is that all right, sir?

13   A    Please.

14   Q    Here in paragraph 101 of Exhibit 2, there's a

15   reference to transmitting an instruction in          12:14:25

16   independent Claims 1 and 12 of the '033 patent.

17        Do you see that?

18   A    I do.

19   Q    Can you give me examples of what that

20   instruction includes?                                12:14:38

21   A    Sure.  So dependent Claims 2 and 3 give

22   examples of what that instruction or what that

23   instruction could do.  Dependent Claim 2 describes

24   how that instruction is used to -- it's something

25   that is given to the cloud-based computing system    12:15:00

1    associated with the media service to provide the

2    data identifying the next one or more media items to

3    give a playback device for use in retrieving at

4    least one media item from the cloud-based computing

5    system associated with the cloud-based media system.   12:15:20

6            So that's an example of what the instruction

7    is.  It's elaborating on what is disclosed in that

8    element in Claim 1.

9            And then Claim 3 likewise goes on and

10   explains how the instruction comprises or is          12:15:34

11   characterized by an instruction for the cloud-based

12   computing system associated with the cloud-based

13   media service to provide the at least one media item

14   to the given playback device.

15     Q    The examples you just gave, those are           12:15:51

16   examples of what the instruction from Claims 1 and 2

17   itself would include?

18     A    Well, okay.  Sorry.  When you say Claims 1

19   and 2 -- so Claim 1 --

20     Q    Sorry.  Claims 1 and 12.  I misspoke.           12:16:05

21     A    Okay.  Sorry.

22            So Claim 1 just says there's an instruction

23   and that instruction will -- what Claim 1 says is

24   that instruction will be for the at least one given

25   playback device to take over responsibility for the   12:16:27

```
 1    playback of the remote playback queue from the

 2    computing device.  So that's -- that's where the

 3    first description of the instruction occurs.

 4         And then dependent Claims 2 and 3 go further

 5    and elaborate what is meant by that.          12:16:49

 6      Q   What is an instruction as that term is used

 7    in the claims of the '033 patent?

 8      A   Let's see.  I describe that in my report.

 9    Let me go look at that.

10         So if you take a look in my reply declaration   12:17:35

11    in paragraph 106, it says:

12              "A POSITA would understand the

13              term 'instruction' recited in the

14              larger phrase" -- and this is in

15              quotes -- 'transmitting an instruction   12:18:01

16              for at least one given playback device

17              to take over responsibility for

18              playback of the remote playback queue

19              from the computing device,' close

20              quote, "found in Claims 1 and 12, is   12:18:11

21              referring to a communication

22              transmitted by the claimed computing

23              device over a data network that

24              instructs the recipient to take one or

25              more actions."                     12:18:25
```

                                           Page 108

1          So that's where I describe what the term

2     "instruction" means in the context of that claim

3     element.

4          Q    Does instruction mean communication in the

5     context of the claims of the '033 patent?                12:18:39

6          A    Well, instruction is -- it's a communication

7     that is transmitted.  So there's a communication

8     that takes place and the communication is

9     transmitted over the computing device or by the

10    computing device -- sorry -- over the data network        12:19:05

11    and instructs the recipient to take some action or

12    actions.

13         Q    How would one of ordinary skill know whether

14    they're looking at an instruction or not?

15         A    I'm not sure what you mean.                      12:19:30

16         Q    Can you give me some examples of instructions

17    in the context of the claims of the '033 patent?

18         A    Yes.  The -- as I mentioned before, Dependent

19    Claims 2 and dependent -- sorry -- Dependent Claim 2

20    and Dependent Claim 3 both give an example of what        12:19:54

21    this instruction does.

22         Q    So in the example that you just mentioned,

23    what would be transmitted?  What is the thing that

24    would be transmitted in the example that you just

25    gave?                                                      12:20:11

                                              Page 109

```
 1      A    Whatever -- what is transmitted is whatever

 2   is required to instruct the recipient to do the

 3   action that is disclosed in further detail in

 4   Dependent Claim 2 and Dependent Claim 3.

 5      Q    And can you gave me an example of an          12:20:32

 6   instruction that is actually transmitted, in your

 7   opinion?

 8      A    There could be various instructions that

 9   could be implemented several different ways.

10      Q    Okay.  Can you give me an example of how you  12:20:47

11   would implement the instruction that is transmitted

12   in Independent Claims 1 and 12 of the '033 patent?

13           MR. SULLIVAN:  Object to the form of the

14   question.

15           THE WITNESS:  So without loss of generality,  12:21:02

16   in other words, there could be other ways to do it,

17   the instruction could be a message.  It could be a

18   sequence of messages.  It could be an update through

19   a database.  There could be various ways to instruct

20   from one device -- in this case it's a computing      12:21:18

21   device, such as a smart phone, for example, and it

22   could instruct the, say, the cloud-based computing

23   system to do various things.  It could pass a

24   message.  It could pass a couple of messages.  Or,

25   like I said, it could send a field in a database      12:21:40
```

```
 1    that was shared.  There are various ways for one

 2    computer to instruct another.  And those would have

 3    been understood by a person of ordinary skill in the

 4    art at the time of the invention as a way for

 5    different participants in a network environment to      12:21:56

 6    communicate.

 7    BY MR. JAFFE:

 8       Q   Can you give me an example of what data or

 9    information would be included in an instruction, as

10    that term is used in Claim 1 or 12 of the '033        12:22:11

11    patent?

12          MR. SULLIVAN:  Object to the form of the

13    question.  Beyond the scope of the claim

14    construction.

15          THE WITNESS:  So, again, if you take a look      12:22:29

16    at Claim 2, it says that the instruction comprises

17    an instruction where the word "comprises," as I

18    understand from talking to counsel, could be

19    interpreted as meaning includes or containing or

20    characterized by.  It's just elaborating on what is

21    meant by instruction.  It could be an instruction

22    for the cloud-based computing system that's

23    associated with the media service to provide data

24    identifying the next one or more media items.

25          So data identifying in this context could be     12:22:59
```

```
 1    something like URL or URI, uniform resource locater

 2    or a uniform resource identifier, that could be used

 3    by the given playback device to retrieve the media

 4    item from the cloud-based computing system.  So that

 5    would be an example of something that could be          12:23:20

 6    communicated in the instruction.

 7         There could be other information, of course,

 8    as well, some kind of request or command indicating

 9    what to do.  And there could be information as well.

10    And a person of ordinary skill in the art would have   12:23:32

11    understood that that is a very common way for

12    different devices in a networked environment

13    connected by a data network to communicate with each

14    other.

15    BY MR. JAFFE:                                           12:23:44

16         Q   Thank you.

17         In your opinion, is what is described in

18    Claim 1 or 12, the instruction that is transmitted

19    that we've been referring to, can that be one

20    instruction or multiple instructions?                  12:24:12

21         A   I'm not really sure whether there's a

22    legal -- from a legal point of view whether the word

23    "instruction" could be more than one, one or more.

24    I'm sure there is case law that sheds light on that.

25    I'm not familiar with that case law, but, you know,    12:24:37
```

Page 112

```
 1    the instruction to me is something that, as I

 2    mentioned earlier in my response to your question,

 3    it could be communicated in various ways.  It could

 4    be communicated by a message.  It could be

 5    communicated by a group of messages.                12:24:56

 6          To some extent, whether it's one message or a

 7    group of messages to carry out the instruction

 8    really probably depends on the creativity of the

 9    person who is applying the invention, and other

10    factors having to do with things like security and  12:25:11

11    so on.

12    Q    For purposes of the analysis that you did

13    regarding the term "wherein the instruction

14    comprises an instruction," the phrase "the

15    instruction," did you consider that to be one       12:25:32

16    instruction or multiple instructions?

17    A    So taking a look at my reply declaration in

18    paragraph 103, I think the point there is, you know,

19    it could be a single instruction and it would still

20    make sense.  It potentially could be multiple        12:26:00

21    instructions, it would still make sense.

22          The key point is that the phrase "instruction

23    comprising an instruction" is simply adding

24    additional characteristics in the dependent claim

25    that modify or expand upon, I guess is a better      12:26:17
```

Page 113

```
 1    term -- modify is the wrong term -- expand upon or

 2    elaborate upon what's recited in the independent

 3    claims.

 4         Q    Okay.  So your analysis didn't assume one way

 5    or the other whether the instruction in Independent      12:26:33

 6    Claims 2 and 13 refer to one instruction or multiple

 7    instructions; is that fair?

 8         A    Again, I was -- I was responding to Dr. K's

 9    assertion that the phrase "instruction comprising an

10    instruction" was indefinite.  And my analysis was        12:26:58

11    looking from the point of view that instruction

12    comprising an instruction or comprised by an

13    instruction was just specifying these additional

14    characteristics or elaborating upon in the dependent

15    claim or claims what was already disclosed in            12:27:19

16    independent claims.

17              And so whether or not instruction means one

18    or instruction means many, the scope of my analysis

19    was really looking to see whether I believed the

20    person of ordinary skill in the art would have          12:27:34

21    understood what that term meant.  That's what I was

22    focusing on.

23         Q    Is it possible to have one instruction?

24         A    Well, it depends on what we mean by an

25    instruction, right?  So I think that's actually a        12:27:47
```

                                                    Page 114

```
 1    great question here.

 2          So if you take a look, the instruction that

 3    we're talking about -- if you go back to Independent

 4    Claim 1, for example, it says that the instruction

 5    configures the given playback device to do a bunch      12:28:06

 6    of things.  It doesn't say that there is only one

 7    instruction that is sent to do a bunch of stuff.  It

 8    just says that the instruction is used to configure

 9    some subsequent things to happen.

10          So I guess it depends on how the question is      12:28:23

11    phrased as to whether there's just one instruction.

12    And the question is one instruction to do what.  In

13    my reading of the independent claim, the instruction

14    as transmitted is intended to ensure that the given

15    playback device takes over responsibility from --      12:28:43

16    for the playback of the remote playback queue from

17    the computing device.  That's what the instruction

18    is doing.  And it's doing that by configuring the

19    playback device such that several other things can

20    then happen.                                            12:29:03

21      Q    Thank you.

22          Let me ask you just generally.  Generally in

23    the context of computers, can -- is it possible to

24    have a single instruction?

25      A    I'm not quite sure what you mean.  Like what     12:29:21
```

Page 115

1    kind of instruction?

2       Q   Well, what is your understanding of the plain

3    and ordinary meaning of instruction in the context

4    of computing systems?

5           MR. SULLIVAN:  Object to form of the                12:29:36

6    question.

7           THE WITNESS:  Without more context, that --

8    there's no easy way to answer that question.

9    Instruction means different things in different ways

10   at different levels at different parts of computing.    12:29:48

11          Computing is a big discipline and the word

12   "instruction" can mean different things.  The

13   question is -- the question I was looking at was

14   does the word "instruction" in the phrase "an

15   instruction that comprises an instruction," does       12:30:04

16   that make any sense.  That's how I was looking at

17   instruction.

18          Now, I recognize that instruction appears in

19   other places and it's used in other ways, so I don't

20   know if there is one way to answer what instruction    12:30:19

21   means.

22   BY MR. JAFFE:

23      Q   Let's go ahead and look at Exhibit 4, which

24   is the '033 patent.

25      A   Okay.                                            12:30:38

                                                    Page 116

1      Q    And in particular Claim 1.

2           Do you see Claim 1?

3      A    Yes.

4      Q    The fourth line down from where it starts, it

5      refers to "program instructions."                    12:30:58

6           Do you see that?

7      A    I do.

8      Q    What are program instructions?

9      A    So I think I describe that in my report or

10     declaration -- sorry, my reply declaration.          12:31:09

11     Q    And if you -- sorry to interrupt, but if you

12     don't mind, please, saying what you're looking at

13     when you're looking at things, for the record.

14     A    Sure.  Absolutely.

15          So I'm looking at my reply report and looking    12:31:29

16     at the portion describing program instructions.  And

17     in particular I'm looking in paragraph 106.

18          So program instructions are one type of

19     instruction that can be stored in a device's memory

20     and executed by the device's processor.  So that's    12:32:03

21     one type of an instruction.

22          An example there might be binary machine

23     code, for example, would be an example of a program

24     instruction.  And so that's one example.  That's the

25     way that people typically use program instructions    12:32:25

1    as I understand it in patents that relate to

2    software.

3       Q   So a program instruction is a form of an

4    instruction; is that fair?

5       A   In the context of the way the phrase is used        12:32:44

6    here in Claim 1, program instruction -- program

7    instructions are referring to a form of instruction

8    that is stored in nontransitory computer readable

9    medium, that when executed by the processor causes

10   the computing device to perform functions.               12:33:08

11      Q   Thank you for reading Claim 1 to me.

12          So in terms of the instruction that is

13   transmitted in Claims 1 and 12 of the '033 patent,

14   can that be a program instruction?

15      A   A POSITA -- as I say in paragraph 106 in my        12:33:28

16   reply declaration, a POSITA, a person of ordinary

17   skill in the art, would readily understand the term

18   "instruction" recited in the larger phrase which

19   talks about transmitting instruction, is referring

20   to a communication transmitted by the claimed            12:33:48

21   computing device over a data network that instructs

22   the recipient to take one or more actions.

23      Q   Thank you for that, but I'm sorry to say, I

24   don't think that answers the question I posed.

25   Apologies if I was unclear.                              12:34:06

1          My question is, is the instruction that's

2     transmitted in Claims 1 and 12 of the '033 patent,

3     can that be a program instruction?

4     A    The way the word "program instruction" is

5     used earlier, I believe is referring to something          12:34:30

6     like, you know, byte code or something like object

7     code, binary code that is executable by the device's

8     processor.

9          The instruction that is described here is

10    used in a slightly different way and it's used to          12:34:52

11    refer to a communication that is transmitted in

12    order to be able to instruct the recipient to take

13    the actions that are disclosed in Claims 1, 2, and

14    3.

15         So the word "instruction" there is being used    12:35:07

16    in a way that a POSITA would understand was not the

17    same as program instructions.  Otherwise, I assume

18    they would have used the word "program instructions"

19    later if they meant program instructions as they had

20    defined them earlier.                                      12:35:24

21    Q    So the instructions transmitted in the claims

22    of the '033 patent cannot be a program instruction,

23    correct?

24         MR. SULLIVAN:  Object to the form of the

25    question.                                                  12:35:38

Veritext Legal Solutions
866 299-5127

1          THE WITNESS:  The instruction that's

2    described in -- without the word -- without the

3    prefix "program" in front of it, that instruction is

4    being used to describe something that is -- would be

5    understandable by a POSITA to relate to something          12:35:58

6    that is communicating from one device, the computing

7    device, over a data network to some other device or

8    devices without any limitation.  And that

9    instruction is not meant to mean the same thing that

10   program instruction means, which program                   12:36:22

11   instruction, as I mentioned before, would be

12   something that would be potentially things like byte

13   code or -- like a byte code, a program instruction.

14   A program instruction would be something in byte

15   code or binary code that said, "Move this memory           12:36:37

16   location to a register" or "Add this memory location

17   to another memory location and store it someplace

18   else."  That's -- when I read "program instruction,"

19   that are stored in a device's memory and executable

20   by the device's processor, I think the POSITA would        12:36:56

21   understand that type of instruction, that program

22   instruction, to mean byte code or binary code.

23          Whereas the instruction that is referred to

24   here is referring to a communication that is

25   transmitted from one computing device over a data          12:37:11

                                              Page 120

```
 1    network to a recipient.

 2    BY MR. JAFFE:

 3        Q    Thank you.

 4             It's about 12:37 here on the Pacific Coast.

 5    Shall we break for lunch?                          12:37:27

 6        A    Sure.

 7             THE VIDEOGRAPHER:  We're off the record at

 8    2:37 p.m.

 9             (Lunch recess.)

10             THE VIDEOGRAPHER:  We are on the record at    01:21:20

11    3:21 p.m.

12    BY MR. JAFFE:

13        Q    Welcome back, Dr. Schmidt.

14        A    Thank you.

15        Q    I want to turn back to your reply           01:21:30

16    declaration.  And in particular I want to direct you

17    to paragraph 102.

18        A    Okay.  I'm there.

19        Q    You said you have been informed that the

20    transitional term -- and it goes on from there.      01:22:05

21             When you say you've been informed, you're

22    saying informed by counsel?

23        A    Yeah.  If you look at paragraph 11, it has

24    a -- talks about being informed by counsel about

25    legal standards.  And then if you take a look at     01:22:27
```

Page 121

```
 1    paragraph 15, it says:

 2              "I've been informed by counsel

 3         about legal standards relevant to the

 4         transitional claim term

 5         comprising/comprises."                    01:22:39

 6    Q    And what's described in paragraph 102 is the

 7    understanding that you used in forming your opinions

 8    regarding the term "wherein the instruction

 9    comprises an instruction," correct?

10    A    That's correct.                           01:23:08

11    Q    Okay.  Did you provide any analysis or

12    opinions that didn't include this understanding

13    stated here in paragraph 102?  And I'm only

14    referring to the term "wherein an instruction

15    comprises an instruction."                     01:23:35

16    A    I'm not quite sure what you mean.

17    Q    Fair.  Let me come at it a different way, try

18    to ask a clearer question.

19         Can a single instruction include another

20    instruction?                                   01:24:25

21    A    In what context?

22    Q    In the context of the claims of the '033

23    patent.

24    A    I don't -- well, let's see.  It doesn't seem

25    unreasonable to me that an instruction could      01:24:59
```

Page 122

```
 1    comprise other instructions.  It could be a
 2    composite construction.  Sorry, composite
 3    instruction.
 4         But in my understanding of this particular
 5    claim element, I think it's clear just from the        01:25:18
 6    point of view of looking at it in terms of how I
 7    describe it in my declaration, my reply declaration,
 8    that, as I say, somewhere around there -- let me see
 9    where I said this.
10         So in paragraph 104, I say that:                   01:25:53
11              "Indeed it would be no different
12         from a situation in which an
13         independent claim recited 'a hat' and
14         a dependent claim recited 'wherein the
15         hat comprises a hat that is red.'"                 01:26:08
16         So the way I was looking at it from the point
17    of view of my analysis was from a perspective, as I
18    said in paragraph 102, that "comprises" is
19    synonymous with including, containing, or
20    characterized by.  And so wherein an instruction       01:26:23
21    comprises -- "wherein an instruction that comprises
22    an instruction" is just further elaborating or
23    specifying additional characteristics.  That's the
24    basis that I was doing my analysis.
25    Q    Can the instructions of the '033 patent be         01:26:44
```

Page 123

```
 1    computer code?

 2        A    The instructions -- the instructions that

 3    we're describing here in the context of instructions

 4    comprising instructions and so on, those could

 5    certainly be implemented by -- by computer code,        01:27:03

 6    yes.

 7        Q    And just to go to paragraph 104, the hat

 8    analogy that you mentioned, can a single hat contain

 9    a hat?

10        A    If you ever saw The Cat in the Hat, if you      01:27:25

11    read the book The Cat in the Hat, you can have all

12    kinds of things under your hat, including other

13    hats.

14            I didn't look at it from that point of view.

15    But I don't suppose there's a reason why a hat          01:27:39

16    couldn't contain a hat, but, as I say, I was -- my

17    analysis that is put forth here in this reply

18    declaration is analyzing it from the point of view

19    that "comprises" or "comprising" means includes or

20    including, contains or containing, or is               01:27:59

21    characterized by, and so on.  So that it's just

22    providing additional characteristics or further

23    elaborating on what is meant by the term

24    "instruction."

25        Q    To use your analogy here, if a single hat      01:28:14
```

1   includes another hat, is that one hat or two hats?

2       A    Like I said, the analysis that I performed

3   was looking at it from the point of view of the

4   "instruction comprising an instruction" being an

5   elaboration or specifying additional                    01:28:42

6   characteristics.  I was -- I would have to spend

7   some time thinking about how many hats there would

8   be.

9       Q   It's an illogical inconsistency, right?  A

10  single hat can't comprise another hat because          01:28:57

11  otherwise there would be two hats, right?

12          MR. SULLIVAN:  Object to the form of the

13  question.

14          THE WITNESS:  Obviously it all depends on --

15  I'm not sure I would agree with your statement, but    01:29:06

16  I haven't done that analysis for the purpose of this

17  report, this declaration.  So I would have to sit

18  down and think about it.

19          Off the top of my head, it seems that it all

20  depends on your perspective as to whether there is     01:29:19

21  one hat or two hats.

22          MR. JAFFE:  I'm going to mark another

23  exhibit.  This is going to be Schmidt Exhibit 5.

24          (Exhibit 5 was marked for identification

25          electronically and is attached hereto.)        01:30:14

                                        Page 125

```
 1   BY MR. JAFFE:

 2       Q    Let me know when you see it, Dr. Schmidt.

 3       A    Okay.  I'm refreshing the website.

 4            There we go.  I see it.  Okay, I've got it.

 5            MR. JAFFE:  One second.                    01:30:40

 6   BY MR. JAFFE:

 7       Q    This is a document downloaded off the

 8   internet entitled, "For Loop C++ with example."

 9            Do you see that?

10       A    I do.                                      01:30:52

11       Q    Do you see there's a section here -- well,

12   let me ask you, before I do that, are you familiar

13   with C++?

14       A    I am.

15       Q    Can you read C++?                          01:31:01

16       A    Yes.

17       Q    Okay.  Do you see the second kind of section

18   in here, it says, "Syntax of for loop"?

19            Do you see that?

20       A    I do.                                      01:31:10

21       Q    And then there's one, two, three -- four

22   lines of code.

23            Do you see that?

24       A    Actually, there are not four lines of code.

25       Q    Well, there's the word "for," there's a    01:31:26
```

Page 126

```
1    bracket, "C++ statement," and then the second

2    bracket?

3       A   I see that there are four lines.  That's not

4    code.

5       Q   What is it?                                01:31:35

6       A   It appears to be some notation that describes

7    various elements and the roles that they play in a

8    for loop, but it's not code.

9       Q   Okay.  Then why don't we go down to the page

10   3 of 7.  It says:                                 01:31:58

11           "Example of a Simple For Loop in

12        C++".

13      A   Yes.

14      Q   Would you agree what is listed there is code?

15      A   Yes.                                       01:32:09

16      Q   Okay.  And so, again, we are in Exhibit 5 on

17   page 3, there's an example of For Loop.  Is the code

18   shown on page 3, is that one instruction, two

19   instructions, three instructions, four instructions?

20   How many -- well, let me ask a better question.   01:32:32

21        Can I start over?  Is that all right with

22   you, Dr. Schmidt?

23      A   Please.

24      Q   Looking at Exhibit 5, in particular page 3,

25   is the code listed here one instruction or multiple  01:32:42
```

Page 127

1    instructions?

2        A    What -- what kind of instructions are you

3    interested in discussing?

4        Q    As that term is used in the claims of the

5    '033 patent.                                        01:32:56

6        A    Well, so as we described earlier, the claims

7    in the '033 patent are dealing with communication --

8    well, let me rephrase that.  Sorry.

9            The -- there are several uses of the word

10   "instruction" in the '033 patent.  Which one are you   01:33:10

11   referring to?

12       Q    Is it your opinion that the word

13   "instruction" has different meanings in the claims

14   of the '033 patent?

15       A    As we discussed earlier, there's several      01:33:21

16   different places that talk about instructions.  The

17   first one is -- let's see --

18       Q    Again, if you can also -- sorry, I don't mean

19   to interrupt, but if you could also just mention

20   what you're looking at when you --                    01:33:44

21       A    Oh, sorry.  I'm looking at the claims for the

22   '033 patent.

23       Q    How many different meanings does the word

24   "instruction" have in the claims of the '033 patent?

25           MR. SULLIVAN:  Just for the record, I think   01:34:01

                                                Page 128

1    the witness said "program instructions" in his

2    earlier answer and it got cut off by Counsel.

3          THE WITNESS:  I did.  I said program -- yeah,

4    so the word "program instructions" shows up -- I

5    haven't read the whole claim, but what I see on my      01:34:17

6    screen is that the word "program instructions" as a

7    term, "program instructions" shows up in towards the

8    beginning of Claim 1.  And those are the ones that

9    are stored in the memory and executed by the

10   processor and so on.                                    01:34:34

11         And then later, as we talked about earlier,

12   there's use of the term instruction and this time

13   we're talking about transmitting an instruction.

14   And in that context we talked earlier about

15   transmitting an instruction could be implemented       01:34:54

16   various ways.  But the key there is transmitting.

17         And what we see here in the For Loop example

18   has nothing to do with transmitting.  It's a

19   different -- it's entirely different.  That's why I

20   was asking the question what do you mean by            01:35:12

21   instruction in this context?

22   BY MR. JAFFE:

23     Q   I'm not asking you about anything being

24   transmitted.  I'm asking you, is what we're looking

25   at in Exhibit 5 an instruction?                        01:35:21

                                            Page 129

1          MR. SULLIVAN:  Object to the form of the

2    question.

3          THE WITNESS:  I have to ask you for more

4    context.  What -- that's why I asked you the

5    question.  What kind of instruction are you looking     01:35:35

6    for?  Are you looking for program instructions?

7    Because this does not show program instructions as

8    the term used in the '033 patent.

9    BY MR. JAFFE:

10     Q   Okay.  Well, let's start with that.  Maybe        01:35:48

11    that will be easier.

12          Does what we're looking at in Exhibit 5, page

13    3, is the code on this page, is that an example of a

14    program instruction?

15     A   Not the way it's described in the '033            01:35:58

16    patent.

17     Q   Okay.  Now, is what is shown here on page 3

18    of Exhibit 5 an instruction?

19     A   I don't know what -- how you mean that term,

20    "an instruction."                                      01:36:20

21     Q   Are you familiar with the term "instruction"?

22     A   As we talked about before, the word

23    "instruction" has different meanings in different

24    contexts.  The way it was used in the '033 patent,

25    as we discussed earlier, there were program            01:36:36

Page 130

```
 1    instructions, which were capable of being stored in
 2    memory and executed on the processor or by a
 3    processor, and then there was an instruction that
 4    was transmitted.  And so what we're looking at here
 5    is neither of those types of instructions.          01:36:54
 6        Q   Do you understand the word "instruction"
 7    apart from the word "transmitted" when we're talking
 8    about transmitted -- when we're talking about
 9    instructions, not program instructions, in the
10    context of the '033 patent?                         01:37:07
11            MR. SULLIVAN:  Object to the form of the
12    question.
13            THE WITNESS:  In the context of a POSITA
14    reading the '033 patent, transmitting instructions
15    has a particular meaning that is not conveyed --     01:37:25
16    again, as we've talked about several other times
17    before, taking words out of context and trying to
18    define them and then trying to come up with
19    definitions by just taking sort of arbitrary
20    meanings of those terms and rearranging them        01:37:43
21    doesn't -- isn't the way that a POSITA would look at
22    this, look at the claims or look at the patent.
23            So what you're showing me here, as I think I
24    say in my report, if you take a look at paragraph
25    105 in my reply declaration, I say:                 01:37:59
```

```
 1              "I fail to see the relevance of

 2         Dr. K's discussion of a block of code,

 3         lines of code, one source code

 4         function or method, one for loop and

 5         method calls, which suggests to me          01:38:16

 6         that Dr K. does not have a firm grasp

 7         of the claims or the teachings of the

 8         '033 patent."

 9         The questions that you're asking to me don't

10   make sense in that context.  That is not what was    01:38:25

11   meant and a POSITA would not have understood the

12   term "transmitting instructions" to mean the things

13   that are being pointed to here.  And that is said

14   very clearly in paragraph 105 and paragraph 106 in

15   my reply declaration.                             01:38:40

16   BY MR. JAFFE:

17     Q   So what we're looking at there in Exhibit 5,

18   the example of a for loop, is not an instruction?

19     A   A person of ordinary skill in the art would

20   understand a for loop to be a statement.  And, in    01:38:53

21   fact, if you look at the -- if you take a look at

22   the content that appears in the body of the for

23   loop, it says:

24              "This statement would be executed

25         repeatedly."                                 01:39:05
```

                                                    Page 132

```
 1          So that's why I said a person of ordinary
 2    skill in the art would not say an instruction.  They
 3    would say this is a statement, the for loop is a
 4    statement.
 5    BY MR. JAFFE:                                    01:39:16
 6      Q   Just to be clear, are -- I want to make sure
 7    I'm not missing the distinction you're making.
 8          Is what we're looking at on page 3 of
 9    Exhibit 5, the example of a for loop, an instruction
10    or not?                                          01:39:30
11      A   What we're looking at, as it actually says on
12    this page in Exhibit 5, what we're looking at is a
13    for loop, and a for loop is a statement.
14      Q   I appreciate that, sir, but that's not
15    actually answering the question that I'm asking.  I   01:39:44
16    apologize if I'm being unclear.
17          Is what we're looking at on page 3 of the
18    exhibit, Exhibit 5, an instruction or not?
19          MR. SULLIVAN:  Object to the form of the
20    question.  Asked and answered.                   01:39:58
21          THE WITNESS:  A person of ordinary skill in
22    the art who was familiar with the C++ program
23    language would not look at what is shown there and
24    say that is an instruction.  That would not be what
25    a person of ordinary skill in the art would do.
```

```
 1            And that seems to be at the heart of Dr. K's

 2     confusion in this whole analysis.  He doesn't seem

 3     to be -- he doesn't seem to be exhibiting the

 4     characteristics of a person of skill in the art to

 5     understand what terms mean in the context of          01:40:26

 6     programming and network systems.

 7     BY MR. JAFFE:

 8        Q   Okay.  Are you aware of any example of the

 9     instruction that is generated -- that's described in

10     Claim 12, what that would look like?                  01:41:00

11        A   So I think the -- I think that there's an

12     example of what that instruction would be in

13     Dependent Claim 13 and Dependent Claim 14.

14        Q   So I'm asking about Claim 12.  So if you want

15     to refer to Claim 13 and 14, that's fine.  So I'm     01:41:34

16     just going to right -- right now, what data format

17     would the example instruction you have in mind be

18     in?

19        A   What data format?

20        Q   Correct.                                       01:41:53

21        A   I mean, there's a number of different data

22     formats that could be used.  There could be -- when

23     you say "data formats," I assume that you're talking

24     about the instruction that is transmitted?

25        Q   The instruction that is transmitted.          01:42:07
```

Page 134

1      A    So that could be formatted using something

2    like JSON, J-S-O-N.

3      Q    So it's formatted in JSON.  What would be an

4    example implementation of that instruction, the

5    instruction in Claim 12 that is transmitted?          01:42:32

6      A    An example?  It could be based on something

7    like a restful web service.  That would be one

8    example.

9      Q    Okay.  And what would -- what would the

10   message or instruction be?                            01:42:52

11     A    It would be one or more messages.  As we said

12   before, it didn't have to be limited to one message.

13   An instruction could involve several messages.

14         The message could indicate the operation that

15   the instruction was to perform or operations the      01:43:17

16   instruction was to perform.  Because an instruction

17   could actually do several operations.  It could

18   include -- depending, again, on what kind of

19   instruction it was, for example, if you look at

20   Claim 13, it says that the instruction is going to    01:43:34

21   provide the data that identifies the next one or

22   more media items in a given playback device.

23         So that would be potentially information that

24   could be included or not, depending on how things

25   were implemented.  There could be all kinds of        01:43:50

Page 135

```
 1    different pieces of information that could be

 2    included in a JSON formatted message in order to

 3    perform the instruction behavior that is disclosed

 4    in that claim element where the instruction will

 5    configure the given playback device to do certain      01:44:07

 6    things.

 7          So there's many ways to do it.  Again, JSON

 8    would be one way to do it.  You could do it with,

 9    say, XML, another way to encode it.  That could be a

10    format that could be used.  It could be encoded in    01:44:24

11    the -- some kind of binary representation, like the

12    common binary operation representation, CBOR, or the

13    common data representation, CDR, or the external

14    data representation, XDR.  There are different ways

15    an instruction could be encoded in order to           01:44:46

16    communicate the information from, in this case, look

17    likes a computing device to something that will

18    perform the steps that are disclosed, or cause them

19    to occur at some point.

20       Q    Thank you for that.                            01:45:00

21          So what does the instruction say?

22       A    Well, again, what the instruction -- I'm not

23    sure when you say "instruction say."  Help me

24    understand what you mean by "say".

25       Q    Well, I'm just trying to understand -- you     01:45:13
```

Page 136

```
1    mentioned a lot of things there, and I'm trying to

2    understand an example of an instruction that you

3    think would meet your proposed interpretation of the

4    instruction that is transmitted and instruction that

5    comprises an instruction.                        01:45:31

6            MR. SULLIVAN:  Object to the form of the

7    question.  Outside the scope of claim construction.

8    Incomplete hypothetical and a couple of other --

9            THE WITNESS:  So, again, are we talking about

10   the instruction or are we talking about the       01:45:46

11   instruction that comprises the instruction?  Which

12   one of these do you want me to focus on?

13   BY MR. JAFFE:

14     Q   Well, let's start with the instruction.  Can

15   you give me an example of what that instruction    01:45:55

16   would say that would satisfy Claims 1 and 12?

17     A   So I think as we --

18           MR. SULLIVAN:  Again, let me just object to

19   the question.  I think again we're getting into

20   grounds of potential infringement rather than claim  01:46:07

21   construction.

22           THE WITNESS:  At a high level, from the point

23   of view of claim construction, the instruction would

24   need to be able to do what is disclosed in that

25   claim.  And it would simply have to use a format    01:46:21
```

```
1    that could -- it would need to be in a format that

2    would cause the -- at least one given playback

3    device take over responsibility for the playback of

4    the remote playback queue from the computing device.

5    And that is what the instruction would need to do.    01:46:43

6    It would have to contain information in some

7    format -- and there's various formats it could

8    use -- that would cause that to happen.

9         I think from the point of view of claim

10   construction, a person of ordinary skill in the art    01:46:54

11   would know that that is the behavior that the

12   instruction has to evoke, for lack of a better term.

13        And keep in mind that the instruction simply

14   configures at least one given playback device to do

15   several things.  It doesn't necessarily do them.  It    01:47:11

16   just has to configure it to do those things.

17   BY MR. JAFFE:

18        Q    The instruction has to configure them, right?

19        A    Well, as the claim says, "Wherein the

20   instruction configures the at least one given    01:47:23

21   playback device to," and then it lists three things

22   it needs to configure to.

23        Q    Right.  So that is describing what the

24   instruction includes, right?

25        A    No.  No, not necessarily.    01:47:43
```

                                            Page 138

1     Q   So that is not describing what the

2   instruction includes?

3        MR. SULLIVAN:  Object to the form of the

4   question.  Asked and answered.

5        THE WITNESS:  What the claim element is          01:47:51

6   saying here is that the instruction is intended so

7   that at least one given playback device will take

8   responsibility for the playback of the remote

9   playback queue from a computing device, and then it

10   goes further to say the instruction configures the    01:48:11

11   at least one given playback device to, and then it

12   goes on and says some things the playback device

13   will do.  But it doesn't say that the instruction

14   has to do those things.  It says it has to configure

15   the device so that those things can occur.            01:48:25

16   BY MR. JAFFE:

17     Q   When you say "configure the device so those

18   things can occur," what do you mean by that?

19     A   The word "configure" means to initialize or

20   to enact or to enable.                                01:48:37

21     Q   So if a message is sent over and the playback

22   device does something, you know, two hours later,

23   you would say that it's configured, the instruction

24   configures it?

25     A   I'm not sure that that is relevant in the       01:48:57

                                            Page 139

```
 1    context of how these devices work, but what it is
 2    saying here is that the instruction -- the
 3    instruction configures the at least one given
 4    playback device to.  So it's basically ensuring that
 5    that can take place.  When it may take place, that        01:49:13
 6    is a somewhat different issue.  The claim is not
 7    saying when that takes place.
 8              Obviously if you wanted to play a song on a
 9    different playback and it took two hours to make
10    that happen, that might or might not correspond with      01:49:28
11    with what the claim says, but it might not be a good
12    implementation.
13              But I don't think -- that was not what my
14    analysis was looking at.  My analysis was looking at
15    does the word -- actually, what I was looking at was      01:49:42
16    responding to Dr. K's argument that the phrase
17    "instruction comprises an instruction" was
18    indefinite.  That's really what I was looking at.
19              And so I think I've given a number of
20    examples of how that term "comprises an instruction"      01:49:58
21    is simply providing additional specific
22    characteristics about the characteristics of that
23    instruction.
24         Q    Can a single instruction include another
25    instruction?                                              01:50:15
```

Page 140

```
 1          MR. SULLIVAN:  Objection.  Asked and
 2     answered.
 3          THE WITNESS:  Again, I think we've gone over
 4     that before.  My analysis of this phrase and whether
 5     it's definite or indefinite didn't look into that.      01:50:28
 6     I would have to look more into the specification and
 7     the claims and the prosecution history to see if
 8     that is even discussed.
 9          But for the purposes of my analysis here, the
10     instruction comprises an instruction simply is          01:50:46
11     elaborating or providing additional information
12     about what that means, what the -- what the first
13     use of instruction in the independent claim is then
14     being clarified or elaborated or made more specific
15     by the following dependent claims.                       01:51:06
16     BY MR. JAFFE:
17       Q   So looking back at Claim 1 of the '033
18     patent, we've talked about this at some length.
19     There's a reference to transmitting an instruction
20     that we talked about, correct?                           01:51:21
21       A   The claim element says:
22               "Based on receiving the user
23           input transmitting an instruction."
24       Q   So what device is transmitting the
25     instruction?                                             01:51:46
```

Page 141

1      A    I'm not sure it is -- well, it says, "based

2   on receiving the user input."  So what is receiving

3   the user input in this case would be the computing

4   device would receive that.  And it would certainly

5   seem that one embodiment would be that the computing        01:52:36

6   device would transmit the instruction.

7           But I would have to do more analysis.  My

8   analysis of this was not specifically focused on

9   whether only the computing device could do it or

10  whether some other part of the system could do it.         01:53:00

11  But it certainly seems like at least one plausible

12  embodiment would be that when the computing device

13  receives user input, then it will transmit the

14  instruction, thereby ensuring that the playback

15  device can take responsibility for playback of the         01:53:17

16  remote playback queue from the computing device.

17     Q    Who receives the instruction?

18     A    Again, I haven't done the analysis to do

19  that.  I'd have to spend more time and look into

20  that.  I was focusing on rebutting Dr. K's             01:53:36

21  contention that the phrase "instruction comprises an

22  instruction" was indefinite.  I haven't done the

23  other analysis.

24     Q    Okay.  So the instruction transmitted --

25  you've read this couple times.  It -- I'll just read        01:54:06

Page 142

```
 1    it.
 2              "Transmitting an instruction for
 3         the at least one given playback device
 4         to take over responsibility for
 5         playback of the remote playback queue        01:54:15
 6         from the computing device."
 7         And then it goes on from there.
 8         Do you see that?
 9    A    I do.
10    Q    Do you understand what I just read from the   01:54:22
11    claim of the '033 patent?
12    A    Yes.
13    Q    Okay.  What is your understanding of what a
14    remote playback queue is?
15    A    It's my understanding that that would be      01:54:35
16    something that would be -- well, actually, I think
17    it would be something that can be used to
18    synchronized.
19         Let me look more -- let me look at it here in
20    the spec before I start speculating.               01:54:52
21    Q    For the record, you're looking at the
22    specification of the '033 patent?
23    A    That is correct.
24         So I think this is described in Column 17
25    starting around line 8 and going to line 16 or so.  01:57:30
```

Page 143

```
 1    I really haven't analyzed remote playback queue in

 2    detail, so -- but it's my understanding that the

 3    remote playback queue is -- resides in the cloud and

 4    then I believe the discussion that describes an

 5    embodiment appears in that portion of Column 17.        01:57:57

 6         But, like I said, I haven't really gone into

 7    detail.  I didn't analyze that as part of my -- part

 8    of my scope.  But I think that's where it is

 9    described.

10         I think there's also a picture, which we          01:58:08

11    talked about earlier, I think it's Figure 7, and I

12    think Figure 7 also demonstrates various elements --

13    let me get to that.

14         Figure 7 -- looking at Figure 7 in the spec

15    to the '033 patent, I think it's the same with the     01:58:31

16    '615 patent, there's cloud and audio content and

17    also this other thing called Sonos.  And it's my

18    understanding that the remote playback queue exists

19    somewhere in that element, those elements.

20         But, like I said, I haven't really analyzed       01:58:50

21    the patent in detail with respect to that particular

22    portion.  That was just my understanding from

23    reading it.

24    Q    What is your understanding of what a playback

25    queue is?                                              01:59:02
```

Page 144

```
 1        A    A playback queue is essentially a container

 2    that can hold items, media items such as a URL to a

 3    song.  It could hold a playlist.  It could hold an

 4    album.  And these are things that could be played

 5    back.  It's a queue of -- it's a queue of multimedia    01:59:24

 6    content of various forms.  Again, either individual

 7    songs or playlists or any type of album or whatnot

 8    that could be -- that will be queued to playback at

 9    some point.

10           I think a person of ordinary skill in the art    01:59:50

11    at time of the invention would understand what a

12    queue would mean in the context of music, multimedia

13    music systems.

14        Q    Does the word "queue" -- strike that.

15           Is it possible to play music without a queue?    02:00:16

16        A    Sure.

17        Q    How would you do that?

18        A    Are you asking in general?

19        Q    Yes.

20        A    You take your record player from the 1970s     02:00:31

21    and put a record on it and put the needle on the

22    record and the music starts to play.

23        Q    What about here in -- let's set ourselves in

24    2011.  Could I play music on a computer without a

25    queue?                                                  02:00:50
```

```
 1      A    Sure.

 2      Q    How would you do that?

 3      A    You could have one file that's located on

 4   your hard disk and you could go and play that file.

 5           MR. JAFFE:  Pass the witness.              02:02:08

 6           MR. SULLIVAN:  Okay.  Sorry.  I had trouble

 7   finding the mute button with all these windows open

 8   here.

 9           I need a short break.  Doug, I'm not sure

10   it's anything that you need to get off the screen    02:02:35

11   for or anything else like that, but I just need a

12   couple minutes, one, to relieve myself, but also

13   just to check my notes and see if there's anything I

14   want to ask the witness.

15           Can we take a quick five?                   02:02:51

16           MR. JAFFE:  Sure.

17           THE VIDEOGRAPHER:  Off the record at

18   4:02 p.m.

19           (Recess.)

20           THE VIDEOGRAPHER:  On the record at 4:08 p.m.  02:08:00

21           MR. SULLIVAN:  I have no questions for the

22   witness.

23           MR. JAFFE:  Thank you very much, Dr. Schmidt,

24   for your time.  I really appreciate it.

25           THE WITNESS:  Thank you.                    02:08:16
```

Page 146

1        MR. SULLIVAN:  Thanks to everybody.  I really

2    appreciate it.  Have a nice weekend, everyone.

3        THE VIDEOGRAPHER:  We're off the record at

4    4:08 p.m.

5                        *  *  *

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 147

1

2          I, DOUGLAS CRAIG SCHMIDT, do hereby declare under

3    penalty of perjury that I have read the foregoing

4    transcript; that I have made any corrections as

5    appear noted, in ink, initialed by me, or attached

6    hereto; that my testimony as contained herein, as

7    corrected, is true and correct.

8          EXECUTED this _____ day of _____,

9    20____, at _____, _____.
                    (City)                  (State)

10

11

12

13          _____
                    DOUGLAS CRAIG SCHMIDT

14

15

16

17

18

19

20

21

22

23

24

25

                                        Page 148

1

2

3        I, the undersigned, a Certified Shorthand

4    Reporter of the State of California, do hereby

5    certify:

6            That the foregoing proceedings were taken

7    before me at the time and place herein set forth;

8    that any witnesses in the foregoing proceedings,

9    prior to testifying, were placed under oath; that a

10   record of the proceedings was made by me using

11   machine shorthand which was thereafter transcribed

12   under my direction; further, that the foregoing is

13   an accurate transcription thereof.

14           I further certify that I am neither

15   financially interested in the action nor a relative

16   or employee of any attorney of any of the parties.

17           IN WITNESS WHEREOF, I have this date

18   subscribed my name.

19

20   Dated: June 28, 2021

21

22

23

24           KATHLEEN E. BARNEY

25           CSR No. 5698

Page 149