# EXHIBIT E

1                IN THE UNITED STATES DISTRICT COURT

2                FOR THE WESTERN DISTRICT OF TEXAS

3                        WACO DIVISION

4

5

6     SONOS, INC.,                    )
                                      )
7          PLAINTIFF,                 )
                                      )
8       vs.                           )   No. C.A.
                                      )   6:20-CV-881
9     GOOGLE LLC,                     )
                                      )
10         DEFENDANT.                 )
      _____)

11

12

13

14

15                VIDEOTAPED ZOOM DEPOSITION OF

16                  KEVIN C. ALMEROTH, PH.D.,

17                 TUESDAY, JUNE 22, 2021

18

19

20

21

22

23

24    JOB NO. 4667594

25    REPORTED BY:  D'ANNE MOUNGEY, CSR 7872

                                          Page 1

```
1    DEPOSITION OF KEVIN ALMEROTH, PH.D., TAKEN ON BEHALF OF
2    DEFENDANT AT SANTA BARBARA, CALIFORNIA, COMMENCING AT
3    8:14 A.M. ON TUESDAY, JUNE 22, 2021, BEFORE D'ANNE
4    MOUNGEY, CSR 7872.
5
6
7    APPEARANCES OF COUNSEL:
8
9        FOR THE PLAINTIFF:
10           LEE SULLIVAN SHEA & SMITH
             BY:  COLE RICHTER, ESQ.
11           656 WEST RANDOLPH STREET
             CHICAGO, ILLINOIS 60661
12           312.754.9602
             RICHTER@LS3IP
13
14
         FOR THE DEFENDANT:
15
             QUINN EMANUEL URQUHART & SULLIVAN, LLP
16           BY:  JORDAN JAFFE, ESQ.
             555 TWIN DOLPHIN DRIVE
17           5TH FLOOR
             REDWOOD SHORES, CALIFORNIA 94065
18           415.975.6680
             JORDANJAFFE@QUINNEMANUEL.COM
19
20
         ALSO PRESENT:
21
             DANIEL BRUUN, VIDEOGRAPHER
22
23
24
25
```

Page 2

```
1                        I N D E X

2

3   WITNESS                 EXAMINATION                  PAGE

4   KEVIN C. ALMEROTH, PH.D.,

5                           BY MR. JAFFE                 5

6

7

8

9

10                       E X H I B I T S

11

12

13  NO.           PAGE        DESCRIPTION

14  EXHIBIT 1     10          U.S. PATENT NO.: US9,344,206 B2
                              LAMBOURNE
15
    EXHIBIT 2     10          U.S PATENT NO.:  US10,469,966 B2
16                            LAMBOURNE
17  EXHIBIT 3     10          U.S. PATENT NO:  US10,848,885 B2
                              ( 12 ) UNITED STATES PATENT
18                            LAMBOURNE
19  EXHIBIT 4     10          ALMEROTH DECLARATION
20  EXHIBIT 5     10          ALMEROTH REPLY DECLARATION
21  EXHIBIT 6     185         ITC CC ORDER "EXHIBIT 7"

22

23

24

25

                                                    Page  3
```

```
 1                  SANTA BARBARA, CALIFORNIA

 2            TUESDAY, JUNE 22, 2021; 8:14 A.M.

 3

 4

 5            THE VIDEOGRAPHER:  Good morning.  We're

 6   on the record at 8:14 a.m. on June 22nd, 2021.  This

 7   is media unit number 1 of the video recorded

 8   deposition of Kevin Almeroth in the matter of

 9   "Sonos, Inc. versus Google, LLC."

10            My name is Daniel Bruun and I'm the          08:14:25

11   videographer from the firm Veritext Legal Solutions.

12   The court reporter is D'Anne Moungey from the firm

13   Veritext Legal Solutions.

14            Counsel, will you please introduce

15   yourself and state your affiliations for the record.  08:14:38

16        MR. JAFFE:  Jordan Jaffe of Quinn Emmanuel

17   on behalf of Google.

18        MR. RICHTER:  Good morning.  Cole Richter

19   from Lee Sullivan Shea and Smith on behalf of

20   plaintiff, Sonos, and the witness.                    08:14:51

21            THE VIDEOGRAPHER:  Will the court reporter

22   please swear in the witness.

23   ///

24   ///

25   ///
```

Veritext Legal Solutions
866 299-5127

```
 1                    KEVIN ALMEROTH, PH.D.,

 2      having been first duly sworn by the reporter, was

 3              examined and testified as follows:

 4

 5                       EXAMINATION

 6    BY MR. JAFFE:

 7        Q    Good morning, Dr. Almeroth.

 8        A    Good morning.

 9        Q    You've been deposed before; correct?

10        A    Yes.                              08:15:20

11        Q    Approximately how many times?

12        A    I think it's in the ballpark of about 100.

13        Q    So you're a veteran at this, so I'm not

14    going to go over the ground rules.  But if you have

15    any questions as we go along, feel free to ask them.  08:15:34

16    Okay?

17        A    Understood.

18        Q    Have you done virtual depositions before as

19    well?

20        A    I have.                           08:15:42

21        Q    So I'm just going to go over a couple

22    things for virtual depositions.

23             Number 1, even though we're not in the same

24    room, do you understand that you are under oath

25    today?                                     08:15:55
```

Page 5

```
 1        A    Yes.

 2        Q    And even though we're proceeding virtually,

 3   you don't have anything in front of you, other than

 4   kind of what we're going to be going through today

 5   in terms of exhibits; is that correct?              08:16:09

 6        A    That's correct.

 7        Q    And you don't have any sort of

 8   communication set up with anyone outside of the

 9   deposition; is that right?

10        A    That's correct.  I do not.             08:16:21

11        Q    How many times have you testified on behalf

12   of Sonos before?

13        A    I believe it's four or five matters.

14        Q    Oh, sorry.  I have a couple other things I

15   want to ask about remote depositions, briefly.      08:17:04

16             Is there anyone else in the room with you?

17        A    No.

18        Q    What documents do you have in front of you,

19   if any?

20        A    I have my opening declaration, Google's    08:17:16

21   rebuttal brief, Dr. K's declaration and then the

22   three patents and my rebuttal declaration.

23        Q    Do you have any devices in front of you,

24   other than the computer you're using for this

25   deposition?                                          08:17:44
```

Page 6

```
 1        A    No.

 2        Q    I think this goes -- kind of folds into a

 3   prior question I ask just to confirm:  Do you have

 4   any sort of chat features open?

 5        A    No.                                        08:17:54

 6        Q    Do you understand you're not to communicate

 7   with others outside of Zoom during this deposition?

 8        A    That's my understanding.

 9        Q    You mentioned you, I guess, worked for

10   Sonos as an expert witness in four or five expert     08:18:14

11   matters.

12             I guess as part of that, how many times

13   have you testified, whether at deposition,

14   declaration, or trial?

15             MR. RICHTER:  Object to the form.           08:18:26

16             THE WITNESS:  I think working backwards,

17   there's this claim construction deposition in the

18   "Sonos versus Google," in the ITC case there was a

19   claim construction deposition and expert deposition

20   and then testimony at the hearing.                    08:18:46

21             Prior to that, there was the "Sonos versus

22   D&M," district court case.  There was testimony at

23   trial, testimony for an expert deposition.  I don't

24   remember if there were any other depositions, say,

25   around claim construction.                            08:19:08
```

Page 7

```
 1              Prior to that, there was Black Hills media.
 2    I believe there was an expert deposition.   I
 3    actually don't remember if that went to a hearing or
 4    not.
 5              And those are the ones that I remember.          08:19:30
 6    They should be in my CV, I think.
 7    BY MR. JAFFE:
 8         Q    Okay.  How many times have you testified or
 9    worked on matters that are adverse to Google?
10         A    There's the Sonos cases, there's Personal      08:19:50
11    Audio.  And I actually think there was one case
12    prior to the Personal Audio case that was Personal
13    Audio, I forget who the defendant was, but I think
14    Google was involved in that case.  I don't know
15    formally what role or not.                               08:20:17
16              There was, I believe, another one for
17    P Web, Personal Web, and I suspect there are others,
18    but I don't remember what they are sitting here
19    right now.
20         Q    Can you just give me an approximate number     08:20:39
21    of how many matters that you've worked on or
22    testified adverse to Google?
23         A    Maybe about five, plus or minus.  I just
24    don't have the ones in mind.  There's probably more
25    in my CV that I'm forgetting.                            08:20:59
```

Page 8

1              I would say five and maybe more.

2       Q    How did you prepare for today's deposition?

3       A    Essentially --

4              MR. RICHTER:  Object to the form to the

5       extent it calls for information protected by          08:21:18

6       attorney-client privilege.

7              Just a caution to the witness not to reveal

8       matters retaining to attorney-client privilege.

9              Other than that, if the witness can answer,

10      he can go ahead.                                        08:21:33

11             THE WITNESS:  So I principally reviewed my

12      declarations.  I also looked at Dr. K's declaration

13      and the Google brief.

14             Probably reviewed portions of the patents

15      that were cited to in my declarations and then also    08:21:47

16      met with counsel.

17             MR. JAFFE:  Before we get any further, I'll

18      just for the record go through the exhibits that I

19      marked before we got on the record.

20             Exhibit 1 I marked is U.S. Patent 9344206.     08:22:06

21      Exhibit 2 is U.S. Patent 10469966.  Exhibit 3 is

22      U.S. Patent 10848885.  Exhibit 4 is Dr. Almeroth's

23      opening declaration, docket number 60-25.  And then

24      Exhibit 5 is Dr. Almeroth's reply declaration docket

25      66-1.  However, that doesn't yet have a stamp on it    08:22:38

Page 9

```
 1    because of technical difficulties, but it's labeled

 2    as future Exhibit 5 in our Exhibit Share folder.

 3              (Whereupon, Defendant's Exhibit 1,

 4              Exhibit 2, Exhibit 3, Exhibit 4 and

 5              Exhibit 5 were marked for identification    08:22:45

 6              by the Court Reporter.)

 7    BY MR. JAFFE:

 8        Q    You submitted thus far in this specific

 9    lawsuit two declarations; correct?

10        A    Yes.                                         08:23:06

11        Q    Now, let's start with the initial

12    declaration, which is Exhibit 4, which I understand

13    you also have in hard copy in front of you.

14              If you can please just verify what I marked

15    as Exhibit 4 is a copy of your declaration.          08:23:23

16        A    Yes, that's correct.

17        Q    For Exhibit 4, you're opening declaration,

18    what was the process that you went through for

19    drafting that declaration?

20        A    With respect to this declaration, I was      08:23:54

21    focused on looking at the term "data network," so

22    the process would have been going through all of the

23    materials discussed in the declaration, forming an

24    opinion as to what that term would mean, and then

25    preparing a draft of the declaration.                08:24:42
```

Page 10

```
1              There would also have been as part of that

2      process discussions with counsel, but it's my

3      understanding the substance of those discussions are

4      protected under work product, or whatever it is.

5              And so unless you want to ask about the          08:25:04

6      substance and I get a direction from Cole, then I'll

7      not say more about those discussions.

8      Q    You mentioned -- I think you said reviewing

9      materials and forming those opinions.

10             What materials are you referring to?            08:25:22

11     A    Those are the materials that are cited to

12     in the declaration.  So there's certainly the

13     patents and also there's some extrinsic references,

14     dictionary definitions that are cited to in the

15     declaration.                                            08:25:42

16     Q    There are patents in other prior references

17     that are cited on the face of the declaration.

18             Did you analyze those for purposes of

19     coming up with your claim construction opinion?

20             MR. RICHTER:  Object to the form.              08:25:59

21             THE WITNESS:  I'm not sure what you mean by

22     "analyze."

23             I certainly looked at the file history to

24     see if there is anything relevant with respect to

25     the term "data network."  To the extent there was      08:26:14
```

Page 11

1    anything relevant, I would have cited it.  I don't

2    recall citing to anything from the prosecution

3    history.

4    BY MR. JAFFE:

5        Q    To be clear, I'm not just referring to the        08:26:30

6    prosecution history.

7             If you look at the patent, for example,

8    '206 Patent, there's lists of other patents that are

9    cited on the front.

10            Are you familiar with that?                         08:26:45

11            THE REPORTER:  On the?

12            MR. JAFFE:  "Front."

13   BY MR. JAFFE:

14       Q    And the question was:  Are you familiar

15   with what I'm referring to?                                  08:26:55

16       A    Yes.

17       Q    Did you review any of those patents or

18   prior art references for purposes of forming your

19   claim construction opinions?

20       A    As I sit here right now, I don't recall if         08:27:04

21   I looked at any of the specific references.  I

22   certainly looked at the prosecution history to see

23   if there was any opinion during prosecution as it

24   related to what the term "data network" meant.

25            There were some discussion that related to         08:27:28

                                                    Page 12

1    a particular reference, then I would have also

2    reviewed that reference.

3            It's also quite possible, I don't have that

4    list of references memorized, that I would have

5    looked at some of those references in the specific          08:27:40

6    context looking at patents from this family at some

7    point.

8            So I might have looked at some

9    specifically, but generally I would have looked to

10   see if there was any relevance to those references         08:27:54

11   in the prosecution history.

12       Q    Other than references cited in the

13   prosecution history -- or, well, actually, let me

14   back up.

15           When you're -- at some level, all the              08:28:05

16   references are cited in the prosecution history that

17   are listed on the patent; correct?

18           That's how they get listed on the patent in

19   the first place?

20       A    I understand --                                   08:28:19

21           MR. RICHTER:  Object to form.

22           THE WITNESS:  To the extent that they're

23   cited on the patent, it's my understanding that

24   those references then become part of the prosecution

25   history.                                                   08:28:30

Page 13

1    BY MR. JAFFE:

2        Q    Right.

3            That was kind of a preamble to this

4    question, which is:  I'm understanding your prior

5    answer to mean if something was discussed                    08:28:38

6    substantively in the prosecution history, you looked

7    at it for purposes of your opinions; is that right?

8        A    Well, not quite.

9            I looked to see if references were

10   discussed as it related to the term "data network."          08:28:52

11   I also looked -- I mean, I had to look through the

12   prosecution history and what was part of kind of the

13   prosecution history file to see if there was

14   anything relevant to data networks, as well as just

15   seeing what was in the prosecution history.                   08:29:12

16           Specifically with respect to data networks,

17   I don't recall there being anything that required

18   any more sort of in-depth analysis.

19       Q    Did you analyze any of the prior art

20   references cited on the face of the 206, the 966, or          08:29:29

21   the 885 patent for purposes of arriving at your

22   claim construction opinions?

23       A    I'm not sure how you're using the term

24   "analyze."  Again, I think to the extent they looked

25   through the prosecution history to see if there were          08:29:52

                                                        Page 14

```
 1    any references cited on the face of the patent that

 2    bore on the question of whether or not the

 3    limitation was met by the prior art, I would have

 4    gone through that exercise.

 5            Sitting here now, I don't recall that there      08:30:06

 6    was anything from the prosecution history, but I

 7    will say it's my standard practice to look through

 8    the prosecution history as part of doing a claim

 9    construction analysis.

10       Q    Sitting here today, what prior art             08:30:24

11    references cited on the face of the '206 Patent, the

12    966 patent, and the 885 patent do you recall

13    reviewing in preparation for your -- offering your

14    claim construction opinions?

15       A    Sitting here right now, I don't recall         08:30:45

16    there being specific references that were identified

17    in the prosecution history as it relates to the term

18    "data network" from the first declaration, but I

19    defer to both the prosecution history and also my

20    declaration.                                            08:31:02

21       Q    How much time did you spend preparing your

22    opening declaration?

23       A    I would say it was in the neighborhood of

24    about 15 hours.  Maybe 10 to 20 hours.  So 15 hours,

25    plus or minus.  I'm not exactly sure.                   08:31:45
```

Page 15

```
 1        Q    One piece of terminology before we keep

 2   going to save us some time, if I refer to Exhibits

 3   1, 2 and 3 collectively as the "Zone Scene Patents,"

 4   will you know what I'm referring to?

 5        A    Yes.                                          08:32:04

 6        Q    Is that a fair characterization for today's

 7   deposition at least?

 8        A    Yes, I have used it myself.

 9        Q    You also prepared a rebuttal declaration in

10   this matter; correct?                                  08:32:24

11        A    I did.  I think it's probably formally a

12   reply declaration.

13        Q    How long did you spend in preparing that

14   declaration?

15        A    Probably slightly less than the opening      08:32:36

16   declaration, but probably the same ballpark is

17   accurate.

18        Q    And then I want to ask just while we're on

19   the topic a similar question that I asked relating

20   to the opening declaration, which was:  Sitting here  08:32:59

21   today, do you recall reviewing any prior art

22   references cited on the face of the Zone Scene

23   Patents in forming your opinions in the reply

24   declaration?

25        A    I think it would be a similar answer as to   08:33:14
```

Page 16

1    what I gave with respect to the opening declaration.

2    Try and sort of summarize it.

3              I reviewed the prosecution history.  To the

4    extent that there were any references that dealt

5    specifically with the terms that are identified in          08:33:31

6    the reply declaration, I would have looked at those

7    references in more detail.

8              But, otherwise, sitting here right now, I

9    don't recall particular references that I looked at

10   as part of this claim construction process, but I           08:33:45

11   would defer to what my declaration says, in this

12   case the reply declaration, and also what the

13   prosecution history says as to whether or not I

14   either cited to the prosecution history or there's

15   portions of the prosecution history that bear on           08:34:03

16   what those terms may mean.

17      Q    Did you review any Sonos patents, other

18   than the patents-in-suit in forming your opinions on

19   claim construction in this matter?

20      A    For purposes of claim construction in this          08:34:22

21   matter, I don't think I specifically did.  But

22   certainly I have offered opinions in the ITC, for

23   example, as to what similar terms mean in the

24   context of those patents.

25              So I don't think I specifically went            08:34:45

                                                        Page 17

```
 1    through those opinions or those patents as it
 2    relates to this claim construction declaration.
 3    But, again, I defer to my declaration.  I don't
 4    think it kind of cites to any of those other
 5    patents, but I don't have the declaration memorized.     08:35:05
 6    Maybe it does and I'm just not remembering.
 7        Q    Sitting here today, you don't recall
 8    reviewing any other Sonos patents in coming up with
 9    your claim construction opinions in this case; is
10    that fair?                                                08:35:22
11            MR. RICHTER:  Object to form.
12            THE WITNESS:  As I sit here now, I don't
13    remember anything specific, but I think it would be
14    pretty much what I said in the last answer.
15    BY MR. JAFFE:                                             08:35:35
16        Q    In other words, you don't recall anything
17    sitting here today, but to the extent it's cited in
18    your declaration, you would have looked at
19    something; is that fair?
20        A    I think that's fair.  I would have cited to      08:35:44
21    it to the extent that I would have relied on it in
22    forming my opinions.
23        Q    Now, I just asked about Sonos patents.
24            I want to ask a slightly different
25    question, which is:  In forming your opinions on         08:36:02
```

Page 18

```
 1    claim construction in this case, did you review any
 2    materials regarding any Sonos products or systems?
 3              MR. RICHTER:  Object to form.
 4              THE WITNESS:  That's both a similar answer
 5    and a little bit more complicated.                      08:36:21
 6              I know that some patents that I've reviewed
 7    in the past have identified specific Sonos products,
 8    but if I understand your question correctly, I don't
 9    think I've cited to a Sonos product document
10    independent of what's described within the             08:36:44
11    patents -- in the Zone Scene Patents as a basis for
12    my claim construction related opinions.
13    BY MR. JAFFE:
14        Q    Have you reviewed all three of the Zone
15    Scene Patents in forming your opinions on claim        08:37:15
16    construction?
17        A    I have read all three patents, and where
18    relevant, I relied on those patents.  Maybe just a
19    short answer is I reviewed all three of the patents.
20        Q    How much time have you spent reviewing the    08:37:32
21    Zone Scene Patents overall?
22        A    I don't really have a specific breakdown
23    based on the estimates that I gave you before, but
24    maybe several hours or maybe less than several.
25    Somewhere between a few and several.  Three to five    08:37:54
```

Page 19

1    hours.  It's hard to say.

2         Q    Do you understand what's disclosed in the

3    Zone Scene Patents?

4         A    I believe I do.  In some cases I've gone

5    the step of formulating opinions that are contained        08:38:12

6    in the declarations and other cases I haven't formed

7    opinions yet.  If it's not in the declaration, I

8    haven't really tried to answer particular questions

9    about the claims or the subject matter.

10        Q    In forming the opinions that you offer          08:38:32

11   during claim construction, do you consider the

12   entirety of the claim language or just each of the

13   terms that you looked at in isolation?

14        A    I considered the entirety of the claim

15   language.                                                  08:38:48

16        Q    So in consideration of the entirety of the

17   claim language, would you say you understand the

18   entirety of the claim language?

19        A    I understand it to the degree necessary to

20   form the opinions that are contained in the                08:39:00

21   declaration.  I haven't taken, for example, specific

22   positions on what other terms in the claims might

23   mean, or certainly applying those terms or other

24   kinds of analysis, at least as -- or at least for

25   the opinions contained in the declaration.                 08:39:19

                                                      Page 20

1      Q    So I want to turn to your opening

2   declaration, which I marked as Exhibit 4.

3      A    I got it.

4      Q    If I can take you to paragraph 52.

5      A    Okay.                                    08:40:24

6      Q    About halfway through this paragraph, I

7   guess it's the second-to-last sentence it says,

8   quote:

9              "Most of the protocols used

10             at the time of the claimed            08:40:39

11             inventions and still in use today

12             are based on the 802.11 standard

13             and are differentiated by the

14             letter appearing after the

15             number."                              08:40:49

16             Do you see that?

17      A    I do.

18      Q    What is the claimed invention of the

19   '206 Patent?

20             MR. RICHTER:  Object to the form.     08:41:07

21             THE WITNESS:  Normally when I get that kind

22   of question at this stage, I would point you to the

23   particular claims, the particular claims or the

24   embodiment of the invention.

25   ///                                             08:41:30

                                                  Page 21

```
 1    BY MR. JAFFE:

 2        Q    Sorry.  Are you finished with your answer?

 3             You said normally I would say this.  I

 4    wasn't sure if it was a preamble to something else.

 5        A    No.  I understand.                           08:41:37

 6             But, no, at this point I would point you to

 7    what the claims are is what the embodiment of the

 8    invention is.

 9        Q    Okay.  Let me just ask that one more time

10    to just clean it up.                                  08:41:50

11             What is the claimed invention of the '206

12    Patent?

13             MR. RICHTER:  Object to the form.

14             THE WITNESS:  At this point I would point

15    you to what the individual claims are, what the       08:41:59

16    invention is.

17    BY MR. JAFFE:

18        Q    What is the invention of the 966 patent?

19             MR. RICHTER:  Same objection.

20             THE WITNESS:  At this point I would just     08:42:12

21    point you to the claims that show up at the end of

22    the 966 patent.

23    BY MR. JAFFE:

24        Q    What is the invention of the 885 patent?

25             MR. RICHTER:  Same objection.                08:42:22
```

                                                        Page 22

```
 1              THE WITNESS:  Same.  At this point I would

 2   point you to the claims that show up at the end of

 3   the patent.

 4   BY MR. JAFFE:

 5      Q    So other than pointing to the claims of the        08:42:30

 6   patent, you can't tell me, sitting here today, what

 7   the invention of the 206, the 966, and the 885

 8   patents are; is that fair?

 9              MR. RICHTER:  Object to the form;

10   mischaracterizes the testimony, calls for a legal          08:42:46

11   conclusion.

12              THE WITNESS:  Well, I've pointed you to the

13   claims.  If you're asking me for something different

14   than the claims, I could point you to other portions

15   of the specification that I specifically describe         08:43:00

16   what the invention is.

17              But with respect to some kind of pithy,

18   high-level characterization as to what the invention

19   is, there's some background discussion of the

20   patents in my declaration, but I would have to give        08:43:18

21   some thought to how I would describe what the

22   invention is beyond pointing to the claims as a

23   starting place.

24   BY MR. JAFFE:

25      Q    Is the invention of the '206 Patent novel?        08:43:33
```

Page 23

```
 1              MR. RICHTER:  Same objections.

 2              THE WITNESS:  Well, I haven't taken a

 3     position one way or another with respect to, for

 4     example, the validity as it relates to the '206

 5     Patent.                                          08:43:48

 6              But I think it's my understanding at this

 7     point that it's assumed to be a U.S. Patent and I

 8     believe that as part of that there's some to be

 9     patentable claim, patentable invention.

10     BY MR. JAFFE:                                    08:44:05

11         Q    Let me ask a better question.

12              In forming your opinions on claim

13     construction, have you analyzed the novelty of the

14     206, the 966, or the 855 patents?

15         A    I don't recall taking specific positions on 08:44:17

16     novelty, but I would defer to the opinions that are

17     contained in the declaration, to the extent that

18     they bear on questions of novelty or other related

19     subjects.

20         Q    Before you were retained for purposes of 08:44:58

21     this case, were you aware of the Zone Scene Patents?

22         A    As I sit here now, I don't have a

23     recollection of specifically being aware of the Zone

24     Scene Patents before being retained in this

25     particular case.                                 08:45:35
```

Page 24

1        Q    Do you consider yourself -- actually, let

2    me start over.

3            In your opinion, were you a person of

4    ordinary skill for purposes of the Zone Scene

5    Patents in 2006?                                        08:45:50

6        A    Yes.

7        Q    Would you say that your -- at that time you

8    were an expert in the field of the 206, 966, and 885

9    patents?

10           MR. RICHTER:  Object to the form.              08:46:04

11           THE WITNESS:  I believe so.  At least as it

12   relates to the subject matter, the relevant subject

13   matter of those patents.

14   BY MR. JAFFE:

15       Q    One second here.                              08:46:55

16           I would like to turn to your rebuttal

17   declaration, which I kind of preliminarily marked as

18   Exhibit 5 in our Exhibit Share folder.

19           Can you look at what's there and please

20   verify that's a copy of your rebuttal reply           08:47:30

21   declaration.

22       A    Yes, that looks to be my reply declaration.

23       Q    Now, starting in paragraph 14, Section 4,

24   level of ordinary skill in the art.

25           Do you see that?                               08:48:03

                                                            Page 25

```
 1        A    Yes.

 2        Q    In this section of your declaration, you

 3   disagree with Dr. K's view on the level of ordinary

 4   skill in the art; correct?

 5        A    I do.                                       08:48:21

 6        Q    I want in particular go to paragraph 18.

 7        A    Yes.

 8        Q    In the first sentence says that:

 9                  "Dr. Kyriakakis contends that

10             two to four years of experience          08:48:46

11             in the field of, 'multimedia

12             systems,' is sufficient which

13             appears to be broad enough to

14             encompass conventional multimedia

15             systems comprising passive             08:48:59

16             speakers connected via

17             traditional speaker wires."

18             Then you say:

19                  "In my opinion, having two to

20             four years of experience with          08:49:06

21             such conventional multimedia

22             systems alone would not make a

23             person a POSITA for purposes --

24             for the Zone Scene Patents."

25                  Do you see that?                    08:49:18
```

Page 26

```
 1        A    I do.

 2        Q    Am I understanding correctly that your

 3   opinion is if you have experience with what you

 4   describe as conventional multimedia systems, that is

 5   not enough to make you a person of ordinary skill          08:49:33

 6   for purposes of the Zone Scene Patents; is that

 7   right?

 8        A    So there's some ambiguity.  It seems based

 9   on Dr. K's position, probably should call him

10   Kyriakakis -- position as to what a multimedia             08:49:53

11   system could be and it seems to his understanding,

12   at least as it relates to how he's interpreting

13   terms for construction in this case, that it could

14   be broad enough to cover traditional speaker wires,

15   and if his definition is that broad, that's what a         08:50:11

16   multimedia system means to him, then I think that

17   that's too broad of a definition.

18        Q    What type of systems do you think a person

19   of ordinary skill needs to have experience with to

20   be the kind of the legal person of ordinary skill          08:50:35

21   for purposes of the Zone Scene Patents?

22             MR. RICHTER:  Object to the form.

23             THE WITNESS:  So I describe it generally in

24   paragraph 14 as networking and network based systems

25   or applications and then give some examples, such as       08:50:53
```

Page 27

```
 1    consumer audio systems.
 2          So examples of maybe a streaming audio
 3    system where you have to deal with issues like
 4    encoding and decoding, packetization,
 5    depacketization, those kind of issues might be an        08:51:14
 6    example of the kind of system that a person of skill
 7    in the art would have some familiarity with.
 8    BY MR. JAFFE:
 9      Q    What type of systems are you aware of
10    before 2006 that you think would be appropriate for      08:51:32
11    a person of ordinary skill to have experience with
12    to qualify them as a person of ordinary skill?
13      A    At least as it relates to the audio side,
14    again, I can kind of think of a commercial examples
15    of streaming audio systems.  You know, I'm actually      08:51:56
16    thinking back even earlier into the '90s, real
17    audio, real networks, they have follow on products
18    like the Helix project to be able to do things like
19    streaming media.
20          There were streaming media services that           08:52:17
21    existed, so at least on the side of dealing with the
22    content with the multimedia, you could envision
23    things like streaming audio and music as an example.
24    That's probably the -- one of the starting places
25    since the description also includes this networking      08:52:38
```

Page 28

```
 1    and network based system.

 2           So not so much specific to multimedia, so

 3    it might be things where you're just doing

 4    traditional network socket programming, so not so

 5    much a commercial product that would have existed,        08:52:58

 6    but just general techniques of how to program

 7    computers to send and receive data.

 8       Q    Are you saying in your opinion here you

 9    need to have experience with a multimedia system

10    that does not include passive speakers, connected        08:53:16

11    via traditional speaker wires to be a person of

12    ordinary skill?

13           MR. RICHTER:  Object to the form.

14           THE WITNESS:  I don't think I'm quite

15    saying that.                                              08:53:27

16           What I'm saying is that Dr. Kyriakakis's

17    definition is broad enough to my understanding of

18    how he's using the term "multimedia system" to

19    include conventional passive speakers.  And if that

20    were the basis for someone's experience and they had     08:53:46

21    two to four years of experience in that area, that

22    that would not be sufficient to meet the definition

23    of a person of skill in the art.

24           So you need something more sort of network

25    related, something dealing with packets and sending      08:54:04
```

Page 29

```
1    and receiving of digital data over networks as

2    opposed to something that -- like passive speakers

3    that you would need in order to qualify as a person

4    of skill in the art.

5    BY MR. JAFFE:                                      08:54:25

6        Q    So were there any kind of multimedia audio

7    systems before 2006 that a person of ordinary skill

8    could use and learn in order to qualify themselves

9    in your opinion as a person of ordinary skill?

10            MR. RICHTER:  Object to the form;          08:54:44

11   foundation.

12            THE WITNESS:  There might have been, but

13   that kind of gets into prior art systems and what

14   may or may not have existed, so I don't really have

15   specific examples that come to mind other than just  08:54:59

16   very basic.

17            And by this point, by 2006, a decade old of

18   things like Personal Audio and more recent -- not

19   Personal Audio -- real networks, and then more

20   recent examples of things like streaming music       08:55:16

21   services and then you would need that kind of -- as

22   I testified to before, that kind of gets you the

23   audio side of the experience.  And then there's also

24   kind of just networking fundamentals for sending and

25   receiving digital data and packet form.               08:55:37
```

Page 30

```
1    BY MR. JAFFE:

2        Q    So before 2006, looking at paragraph 18,

3    are there any nonconventional multimedia systems

4    that don't include passive speakers connected via

5    traditional speaker wires that you're aware of,          08:56:03

6    sitting here today?

7            MR. RICHTER:  Object to the form.

8            THE WITNESS:  Those would be the kinds of

9    systems -- well, as it relates specifically to the

10   subject of the patents, I don't have something          08:56:17

11   specific in mind.

12           I sort have broken it down into a component

13   technologies.  I think kind of the two components I

14   had used in the previous answer was the multimedia

15   data itself, for example, the audio data how to        08:56:34

16   encode it, decode it and handle it to provide play

17   out, and then the second piece was kind of more the

18   networking piece.

19           So I don't have a specific system in mind

20   that would have predated 2006 that would have given    08:56:50

21   someone particular experience.  There might have

22   been, but I guess we'll see those when we look at

23   invalidity for the patents.

24   BY MR. JAFFE:

25       Q    What experience do you have, Dr. Almeroth,     08:57:10
```

Page 31

```
1     before 2006 with nonconventional multimedia systems

2     that don't include passive speakers connected via

3     traditional speaker wires?

4           MR. RICHTER:  Object to the form.

5           THE WITNESS:  Sure.                          08:57:26

6           So starting in the early '90s, looking at

7     the delivery of multimedia over the Internet and

8     initially we were focused on audio only and then

9     later it was audio and video in combination with

10    each other, both in the context of streaming and     08:57:44

11    downloading multimedia data.

12          Over the course of time, we looked at

13    issues related to both network support like the

14    Internet and how the Internet could support the

15    delivery of audio and video data.  We looked at the   08:58:01

16    use of audio and video and other kinds of multimedia

17    data in classrooms as an example of a rich

18    environment.

19          So how to synchronize different streams so

20    that what was being written on the whiteboard was     08:58:17

21    synchronized with the audio.  And then from there

22    expanded to audio and video and other types of

23    multimedia data delivered over wireless networks and

24    then their incorporation into applications.

25          So video conferencing over mobile devices      08:58:40
```

Page 32

```
 1    and then sort of using multimedia as a tool or a

 2    component to build up new applications, so things

 3    like social network type interactions, that sort of

 4    thing.

 5            So both support in the network for the          08:59:04

 6    delivery of multimedia data and then the use of

 7    multimedia data in applications.

 8            In my answer I said "we."  What I mean is

 9    my research lab, my students under my direction.

10    There's also courses that I've taught and consulting    08:59:23

11    that I've done on topics related to multimedia

12    networking and system support.

13    BY MR. JAFFE:

14        Q    You mentioned a few times in that answer

15    the word "multimedia."                                  08:59:38

16            What does multimedia mean?

17        A    So I understand, it's a construed term.  I

18    haven't taken a specific position with respect to

19    what it means in the context of this case, but I

20    think, as I've used it in my answer, it can refer to    08:59:58

21    particular types of non-touchable data.

22            So I think I reviewed to multimedia data.

23    As an example, like audio data.  In some cases,

24    multimedia data might refer to a combination of

25    media types.  We would say that that application        09:00:22
```

Page 33

1    supports multimedia data, that could mean it

2    supports something other than tests, just like

3    audio, it could mean that it supports multiple media

4    types individually.

5            So something like audio only or video only        09:00:41

6    where it's a whiteboard application.  So you get

7    data from the whiteboard.  I think that would be a

8    multimedia application.

9            Or in some instances you could actually

10   have applications that combined multiple media types    09:00:56

11   together.  So like a TV program could also be

12   considered multimedia.

13           So I understand the issue appears to be

14   whether or not multiple types of media are required

15   to be supported and I don't think that that's what      09:01:17

16   multimedia means.

17      Q    Do you have an opinion on what the word

18   "multimedia" means in the context of the Zone Scene

19   Patents claims?

20      A    I don't think I've taken a position in the       09:01:37

21   declaration as to what the term means, but I think I

22   can answer your questions about how I've used the

23   term in the past.

24      Q    Okay.  Does multimedia, the plain and

25   ordinary meaning of multimedia in the context of the    09:01:57

                                                    Page 34

```
 1    field of the invention of the Zone Scene Patents in

 2    2006, does that include audio alone?

 3            MR. RICHTER:  Object to the form; scope.

 4            THE WITNESS:  I don't see a reason why it

 5    couldn't, or it wouldn't.                              09:02:11

 6    BY MR. JAFFE:

 7        Q    What experience do you have before 2006

 8    with what you referred to as multi-zone audio

 9    systems?

10        A    I think my experience as it relates to that  09:02:43

11    technology is with respect to the underlying

12    technology of digital packet communication over

13    networks, sending and receiving data, sending and

14    receiving multimedia data, looking at issues in

15    stream synchronization.  Those kinds of underlying    09:03:15

16    technologies for the patents.

17            There's -- I've also testified on behalf of

18    Sonos.  I guess that was all after 2006, so ignore

19    that part of my answer.

20        Q    Can you identify any multi-zone audio         09:03:44

21    system that you worked on before 2006?

22            MR. RICHTER:  Object to the form.

23            THE WITNESS:  I'm not sure I have a

24    specific instance of a system that would fall within

25    that definition, but I can think of instances of      09:04:18
```

Page 35

```
 1    related technology.

 2            So, for example, we did a digital classroom

 3    we called it in the late '90s and early 2000s where

 4    we essentially recognized that there would be many

 5    types of audio that would exist within an            09:04:38

 6    environment.

 7            So speaker audio, a number of different

 8    location based audio sources from students asking

 9    questions.  If there was audio in a presentation

10    being presented on to a screen, that would be        09:04:58

11    another type.  And then we were also projecting on

12    the back of the classroom remote participants and

13    they would also have audio as well.

14            So I certainly worked in environments that

15    had multiple types or multiple sources of audio that 09:05:13

16    all had to be handled and synchronized and recorded

17    and stored and manipulated, controlled.

18            So I don't know the specific projects that

19    looked at exactly the kind of technology that's

20    claimed in the Zone Scene Patents, but I think I     09:05:35

21    have done a lot of multi channel audio within

22    environments, complex environments with multiple

23    sources of audio, but that's certainly related.

24    BY MR. JAFFE:

25       Q    We've referred to Dr. Kyriakakis a few       09:06:10
```

Page 36

1    times in this deposition.

2         Did you review his declaration?

3    A    I did.

4    Q    Were you familiar with Dr. Kyriakakis

5    before this lawsuit, or being involved in this          09:06:25

6    lawsuit?

7    A    I don't have a recollection of knowing him

8    before this lawsuit.

9    Q    Do you have any reason to dispute that

10   Dr. Kyriakakis was a person of ordinary skill as of     09:06:44

11   2006?

12        MR. RICHTER:  Object to the form.

13        THE WITNESS:  I don't have a reason to

14   dispute it.  It's not a question I've analyzed, so

15   I -- sitting here now, I don't really have an           09:06:55

16   opinion one way or another.

17        If I looked at his background, specifically

18   tried to answer that question, I might actually have

19   a reason -- I don't know what I would find.  I don't

20   know what I would ultimately include.                   09:07:10

21   BY MR. JAFFE:

22   Q    Sitting here today, do you have a reason to

23   dispute that Dr. Kyriakakis is qualified to be an

24   expert for purposes of the Zone Scene Patents?

25   A    It's essentially the same answer.  I mean,         09:07:31

Page 37

```
1    sitting here today, I haven't really analyzed the

2    question, so I don't have an opinion one way or

3    another.  If I undertook to answer that question,

4    I'm not sure what the answer would be.

5        Q    So you did not look at Dr. Kyriakakis's        09:07:46

6    qualifications in forming your opinions in response?

7        A    I did not look at his qualifications to

8    make a determination whether or not I thought he was

9    a person of skill in the art.  I focused on what his

10   opinions were and either agreed or disagreed with     09:08:09

11   them.

12       Q    So in paragraph 17, you refer to multi-zone

13   systems, zone players.  There's a number of

14   instances of the word "zone."

15           Do you see that?                               09:08:35

16       A    I do.

17       Q    In the context of the Zone Scene Patents,

18   can a zone have more than one speaker in it?

19           MR. RICHTER:  Object to the form.

20           THE WITNESS:  I don't believe I've taken a     09:08:51

21   position one way or another.  I understand it's

22   something of a disputed term.  I think Google is

23   looked to define it on its own and Sonos has done

24   something different.  That's not a term that I have

25   ultimately offered an opinion about what its          09:09:10
```

Page 38

```
 1    definition is.

 2    BY MR. JAFFE:

 3        Q    I appreciate that.

 4             My question was a bit more specific,

 5    though, which was:  In the context of the Zone Scene      09:09:18

 6    Patents, can a zone have more than one speaker in

 7    it?

 8             MR. RICHTER:  Object to the form; scope.

 9             THE WITNESS:  I haven't taken a position on

10    that one way or another.                                   09:09:30

11    BY MR. JAFFE:

12        Q    Okay.  So let's go back to your opening

13    declaration, which I marked as Exhibit 4.

14        A    Okay.

15        Q    I'm looking at the wrong declaration.  One       09:10:13

16    second.

17             While I'm looking this up, we can start.

18             Both of your declarations cite to various

19    portions of the specifications of the Zone Scene

20    Patents; correct?                                          09:10:28

21        A    I believe that's correct.

22        Q    You also cite to various portions of the

23    claim language; correct?

24        A    I believe I do.

25        Q    How did you come up with or identify the         09:10:37
```

Page 39

```
 1    specific portions of the claim language or

 2    specification that you were citing in your

 3    declaration?

 4            MR. RICHTER:  Object to the form.

 5            THE WITNESS:  If I understand the question      09:10:51

 6    correctly, it would have been portions of the

 7    specification that would have been relevant to the

 8    opinions that I was providing.

 9    BY MR. JAFFE:

10        Q    And how did you know that those portions      09:11:06

11    were relevant as opposed to other portions of the

12    claim specification?

13            MR. RICHTER:  Same objection.

14            THE WITNESS:  By reading the specification.

15    BY MR. JAFFE:                                           09:11:24

16        Q    In its entirety?

17        A    I have read the specification in its

18    entirety.

19        Q    What I'm getting at is, let's say

20    hypothetically you cited column 1, lines 1 through      09:11:32

21    10, how did you know to cite that versus column 2,

22    lines 1 through 10?

23            MR. RICHTER:  Object to the form;

24    incomplete hypothetical.

25            THE WITNESS:  I would have cited to             09:11:45
```

Page 40

```
 1    portions that I thought were relevant to my

 2    particular opinions.  In some cases, for example, in

 3    the reply declaration, I would have looked at what

 4    Dr. Kyriakakis had cited to and might also have

 5    cited to the same things, either to explain that          09:12:03

 6    that citation was consistent with what I was saying

 7    or was talking about something different or didn't

 8    support the conclusion that he suggested it

 9    supported.

10           In some cases, I'm looking through the              09:12:20

11    specification for relevant citations to my opinions.

12    In some cases, I'm looking through the specification

13    as well as the claims in responding to opinions that

14    Google and Dr. Kyriakakis have offered.

15    BY MR. JAFFE:                                              09:12:39

16       Q    You didn't consider in forming your claim

17    construction opinions just the portions of the

18    specification and claims you cited, you considered

19    the entirety of the specifications in the claims;

20    correct?                                                   09:12:51

21       A    I did.  I certainly considered the entire

22    specification of the claims.

23       Q    Did you consider specific portions of the

24    prosecution history or did you consider the entirety

25    of the prosecution history for the three Zone Scene        09:13:16
```

Page 41

```
 1    Patents asserted in this case?

 2       A    I think, as I testified to earlier, and I

 3    defer to what I said earlier, but I think the short

 4    version of it is I reviewed the prosecution history

 5    and to the extent there was some part of it that          09:13:33

 6    were relevant to the opinions that I was offering in

 7    this case or relevant to the positions that the

 8    parties were taking that I was asked to analyze,

 9    then I might have focused on those portions of the

10    prosecution history over others that were not            09:13:49

11    related.

12       Q    Did you review any of the prosecution

13    histories for any of the other related patents in

14    kind of the Zone Scene family?

15            MR. RICHTER:  Object to the form.               09:14:03

16    BY MR. JAFFE:

17       Q    And, again, sorry, just to clarify, in

18    forming your opinions on the claim construction?

19            MR. RICHTER:  Same objection.

20            THE WITNESS:  Sure.                              09:14:12

21            So there's -- if what you're referring to

22    is the related U.S. application information that's

23    contained on the face and second pages of the

24    patents, again, to the extent any of that was part

25    of the prosecution history for the Zone Scene           09:14:30
```

Page 42

```
 1    Patents, I would have reviewed it to see if there

 2    was anything related to the positions that the

 3    parties were taking, and then the subset of those

 4    that I was asked to opine on.

 5    BY MR. JAFFE:                                        09:14:46

 6        Q    You reviewed the provisional application in

 7    forming your opinions on the claim construction;

 8    correct?

 9            MR. RICHTER:  Object to the form.

10            THE WITNESS:  I believe I did.  I think       09:14:58

11    there's a citation to it in one of my declarations.

12    BY MR. JAFFE:

13        Q    And, in fact, it's actually attached to

14    your reply declaration; correct?

15        A    I think that's right.  At the end.          09:15:08

16        Q    And, again, with regard to the provisional

17    application, you didn't review just specific

18    portions that you cited, you reviewed the entirety;

19    true?

20        A    That's correct.                             09:15:22

21        Q    I want to turn --

22            MR. JAFFE:  Actually, before we do that,

23    we've been going about an hour.

24            So, Dr. Almeroth, if you want to take a

25    break, we can take a quick break now or we can keep  09:15:31
```

Page 43

```
 1    going.  I'll leave it up to you.

 2            THE WITNESS:  We can go a little bit

 3    longer.

 4    BY MR. JAFFE:

 5       Q    Okay.  Let's turn to Exhibit 1, which is      09:15:39

 6    the '206 Patent.

 7       A    Okay.

 8       Q    Let me know when you're there.

 9       A    I got it.

10       Q    I'm looking first at the first page of the   09:16:05

11    patent.  The first page of the patent.

12       A    Okay.  I got it up.

13       Q    There's a figure at the bottom.

14            Do you see that?

15       A    Yeah.                                         09:16:15

16       Q    What does that figure show?

17       A    Let's see.  I think there's probably a

18    portion of the specification that does a pretty good

19    job of describing what it does.

20            Let me go find that for you.                 09:16:31

21            So it's figure 3A in the patent and then

22    that's described in the specification.  At least

23    under the description of the drawings, it says:

24                "It provides an illustration

25                of one Zone Scene where the left         09:16:58
```

Page 44

```
 1              column shows the starting zone

 2              grouping.  All zones are

 3              separate.  The column on the

 4              right shows the affects of

 5              grouping the zones to make a              09:17:07

 6              group of three zones named after

 7              morning."

 8              Does -- what's shown here on the front --

 9       the figure on the front of the '206 Patent, does it

10       show a Zone Scene?                              09:17:24

11              MR. RICHTER:  Object to the form.

12              THE WITNESS:  It shows a representation of

13       what a Zone Scene would be.

14       BY MR. JAFFE:

15          Q   Where does it show a Zone Scene?         09:17:39

16          A   So the representation of the Zone Scene is

17       depicted pictorially as the combination of the

18       bedroom and den and dining room.

19          Q   Does what's shown here on the face page of

20       '206 Patent, and as you noted, there's a copy of   09:18:04

21       figure 3A.

22              Does it show a zone configuration?

23              MR. RICHTER:  Object to the form.

24              THE WITNESS:  So there's quite a bit of

25       opinion in the reply declaration around what a zone  09:18:15
```

Page 45

```
 1   configuration is as compared to a Zone Scene.  I

 2   think one way kind of -- let me -- there's a couple

 3   sentences I think that do a pretty good job of

 4   distinguishing those to -- let me pull that up.

 5          So I refer you to kind of paragraph 68, 69        09:19:35

 6   and 70.  It goes on from there.  I think one of the

 7   opinions that is in paragraph 72 where when it's

 8   talking about a zone configuration, often the

 9   patents use the term "file" and that typically

10   refers to -- let's see.                               09:19:54

11          The idea that the zone configuration -- I'm

12   reading from the middle of paragraph 72 -- would be

13   the kinds of things that are maintained or sort of

14   memory of the zone player in the form of a file and

15   transmitted from time to time into a controller      09:20:26

16   device.

17          So there can be some sort of -- as an

18   example, some kind of configuration data that might

19   be stored in a file that's then ultimately used to

20   create the kind of user interface representation     09:20:41

21   that's shown here.

22          But the underlying configuration would be

23   more of the type of like data that represents what

24   that Zone Scene would be.

25   ///                                                  09:21:04
```

Page 46

1    BY MR. JAFFE:

2        Q    I appreciate all that answer.  I want to

3    ask my question again.

4            Does figure 3A show a zone configuration?

5            MR. RICHTER:  Object to the form.          09:21:14

6            THE WITNESS:  I would give you the same

7    answer.

8    BY MR. JAFFE:

9        Q    I just reviewed your other answer.  I don't

10   see a response to whether it includes a zone          09:21:28

11   configuration or not.  Sorry if I'm missing it.

12   Maybe I'll try one more time.

13           Does -- figure 3A, does it show a zone

14   configuration?

15           MR. RICHTER:  Object to the form.          09:21:41

16           THE WITNESS:  I thought my answer was

17   responsive.

18           But I think as part of that answer what I

19   pointed to was examples of what -- or an example of

20   what the zone configuration data could be, or what    09:21:51

21   the zone configuration could be, and then ultimately

22   that the user interface was kind of the

23   representation of that zone configuration.

24   BY MR. JAFFE:

25       Q    Where in figure 3A is the zone            09:22:06

Page 47

1    configuration?

2              MR. RICHTER:  Object to the form.

3              THE WITNESS:  I don't understand that

4    question.  I don't think that figure 3A is something

5    that you would look at and say okay, there is, for          09:22:19

6    example, a zone configuration file, or a zone

7    configuration that there will be something that you

8    would point to.

9              As I think I testified to a second ago, you

10   can create a visual representation of both the scene        09:22:35

11   and what's in the zone configuration file and

12   display it visually.  I don't think that that's --

13   well, difficult concept to understand the idea.  You

14   might have a file of data and that you can represent

15   it visually.                                                09:23:02

16   BY MR. JAFFE:

17      Q    Do you consider a zone configuration and a

18   zone configuration file synonymous?

19             MR. RICHTER:  Object to the form.

20             THE WITNESS:  I believe -- I don't know           09:23:19

21   that I've offered that particular opinion.

22   Somewhere around paragraph 72 in the reply there

23   might be something along those lines, but I would

24   have to go through the declaration to see if I say

25   something specific like that.                               09:23:34

Page 48

```
 1    BY MR. JAFFE:

 2        Q    What's the difference between a zone

 3    configuration and a zone configuration file?

 4            MR. RICHTER:  Object to the form;

 5    foundation, scope.                                    09:23:41

 6            THE WITNESS:  I don't recall offering an

 7    opinion that they're the same.  I would have to look

 8    through the declaration and see if you want me to

 9    try and answer that question.

10    BY MR. JAFFE:                                         09:23:52

11        Q    Claim 1 of the '206 Patent, for example,

12    does not include the phrase "zone configuration

13    file"; correct?

14        A    That's correct.  I don't think it does.

15        Q    It does include the phrase "zone            09:24:05

16    configuration"; correct?

17        A    Yes.

18        Q    Is there a difference between a zone

19    configuration and a zone configuration file?

20            MR. RICHTER:  Object to the form.             09:24:18

21            THE WITNESS:  Let me go look at my

22    declaration and see.

23            So I think the closest that I come to on

24    this question is the sentence in the middle of

25    paragraph 72.  It says, in part:                      09:24:51
```

                                                            Page 49

```
 1                    "A precedent would have

 2              understood this teaching to

 3              convey the notion of zone

 4              configuration, being maintained

 5              or stored in the memory of the          09:25:03

 6              zone player in the form of a file

 7              and transmitted from time to time

 8              to a controller device, which

 9              confirms the POSITA's

10              understanding that the claim term       09:25:14

11              zone configuration refers to

12              configuration data."

13              So I think as you accurately pointed out,

14        the claim doesn't use the term "zone configuration

15        file," but the zone configuration is configuration   09:25:27

16        data that certainly may be stored in a file, as an

17        example.

18        BY MR. JAFFE:

19            Q    I think we can agree that zone

20        configuration and zone configuration file are two    09:25:46

21        different phrases; correct?

22            A    They are different words.

23            Q    Do they have different meaning?

24                 MR. RICHTER:  Object to the form.

25        ///                                                   09:26:00
```

Page 50

```
 1    BY MR. JAFFE:

 2        Q    In the context of the Zone Scene Patents,

 3    just to anchor that properly?

 4            MR. RICHTER:  Objection; form, scope.

 5            THE WITNESS:  For two reasons, can you        09:26:14

 6    repeat the question?

 7    BY MR. JAFFE:

 8        Q    Sure.

 9            Do the phrases zone configuration and zone

10    configuration files have different meaning in the     09:26:24

11    context of the Zone Scene Patents?

12            MR. RICHTER:  Same objections.

13            THE WITNESS:  I don't believe I've taken a

14    position as to what the meaning of at least zone

15    configuration file would be.  I think in a general   09:26:41

16    sense there was an understanding of what zone

17    configuration is and a zone configuration file can

18    be something that's different.

19    BY MR. JAFFE:

20        Q    What's an example of a zone configuration?   09:26:53

21            MR. RICHTER:  Object to the form;

22    foundation.

23            THE WITNESS:  I'm not sure what you're

24    asking.

25            Do you want -- I don't understand if your     09:27:04
```

Page 51

```
1    question is asking for, say, specific syntax of how

2    configuration information might be stored within a

3    zone configuration or how it might be represented,

4    or exactly what you're asking.

5    BY MR. JAFFE:                                      09:27:23

6        Q    I'm asking:  Can you provide an example of

7    a zone configuration?

8            MR. RICHTER:  Same objections.

9            THE WITNESS:  And the same answer still

10   applies.  I'm not sure what you're asking for.     09:27:33

11   BY MR. JAFFE:

12       Q    Well, maybe we'll break that down.

13            Is the difficulty the word "example" or

14   "zone configuration"?

15       A    The difficulty is "example."  Let's start  09:27:47

16   with that.

17       Q    Okay.  Are you familiar with providing

18   examples of things?

19       A    Yes.

20       Q    Okay.  So in the context that you're       09:27:57

21   familiar with of providing examples, can you provide

22   an example of a zone configuration?

23            MR. RICHTER:  Object to the form, scope.

24            THE WITNESS:  Usually there's context for

25   what kind of example you want.  That's the -- what I  09:28:11
```

Page 52

```
 1    expressed uncertainty about what you mean by an

 2    example.

 3            If you ask if a chocolate chip cookie is an

 4    example of a cookie, then it's easy to answer yes to

 5    that.                                           09:28:27

 6            If you're asking for an example of zone

 7    configuration, are you asking -- are you looking for

 8    syntax?  Are you looking for what kinds of values

 9    could be stored in it?

10            I'm not sure what kind of answer you're     09:28:39

11    looking for in your question.

12    BY MR. JAFFE:

13        Q    Sure.

14            In the -- I'll ask it more specifically.

15            In the context of the Zone Scene Patents,    09:28:49

16    can you provide an example of a zone configuration?

17            MR. RICHTER:  Same objections.

18            THE WITNESS:  It's going to be the same

19    answer.  I don't know what kind of example you're

20    asking about.                                   09:29:02

21    BY MR. JAFFE:

22        Q    Any example?

23        A    If you're asking me to, as an example, tell

24    you the syntax for how the information in a zone

25    configuration would be codified, I don't have an    09:29:24
```

Page 53

1    example.  It's not a question I try to answer in

2    forming the opinions that are in the declaration.

3        Q    Can you provide any examples of information

4    or data that would be included in a zone

5    configuration in the context of the Zone Scene          09:29:45

6    Patents?

7            MR. RICHTER:  Object to the form, scope.

8            THE WITNESS:  Let's see.

9            I don't see anything where I identify

10   specific examples of information that might be          09:31:26

11   contained in the zone configuration.  Paragraph 73

12   towards the end has kind of an, IE, data that

13   characterizes one or more particular predefined

14   previously saved groupings of zone players.

15           So I think that that is -- that kind of         09:31:48

16   gets to an example of information that would be

17   stored in the zone configuration.

18           I thought there was some point there was

19   some more particular types of information that were

20   identified maybe somewhere in the specification.  I     09:32:11

21   would have to go and look.

22   BY MR. JAFFE:

23       Q    What's an example of data that

24   characterizes one or more particular predefined

25   previously stated grouping of zone players?            09:32:31

                                                   Page 54

```
 1              MR. RICHTER:  Object to the form; scope.

 2              THE WITNESS:  So beyond that description, I

 3      don't think I've tried to come up with examples of

 4      ways in which that information could be manifested

 5      is what would appear in a zone configuration.          09:32:43

 6      BY MR. JAFFE:

 7         Q    I understood you may have not tried to come

 8      up with one previously.

 9              Can you come up with one now?

10              MR. RICHTER:  Same objections.                 09:32:59

11              THE WITNESS:  I haven't tried to come up

12      with an example.  I would have to give it some

13      thought.

14      BY MR. JAFFE:

15         Q    Sitting here today, you can't give me an       09:33:14

16      example of what -- let me just read this right.

17              You can't give me an example of data

18      characterizes one or more particular predefined,

19      prescribed groupings of zone players; true?

20              MR. RICHTER:  Same objections.                 09:33:30

21              THE WITNESS:  I don't think I've done it in

22      the context of the declaration and I would have to

23      give some thought on what that might look like.

24              I haven't done it so far and I'm not really

25      prepared to just come up with an example on the fly.   09:33:44
```

Page 55

```
 1    BY MR. JAFFE:

 2       Q    Can you give me an example of a Zone Scene?

 3            MR. RICHTER:  Same objections.

 4            THE WITNESS:  I think the best that I could

 5    do would be to point to portions in the              09:34:05

 6    specification, probably the ones that I've cited to

 7    that refer to what a Zone Scene is.

 8            We've talked about figure 3A as an example

 9    of what a Zone Scene is and kind of how the

10    specifications characterize.  That is probably the   09:34:23

11    place that I would start.

12    BY MR. JAFFE:

13       Q    What information is necessarily -- is

14    necessary to be a Zone Scene?

15            MR. RICHTER:  Object to the form.            09:34:41

16            THE WITNESS:  As to what information is

17    necessary, I think the best that I can do is point

18    you to, for example, the plain language.  It says:

19                "Each Zone Scene identifying

20                a group configuration associated          09:35:07

21                with two or more of the plurality

22                of independent playback devices."

23            I think that's what's required in a Zone

24    Scene.

25    ///                                                  09:35:22
```

Page 56

```
 1    BY MR. JAFFE:

 2         Q    Let's go to claim 1 of the '206 Patent.

 3              Let me know when you're there.

 4         A    I'm there.  I was just reading from it.

 5         Q    Okay.  Great.                              09:35:31

 6              Claim 1 states, in part, quote:

 7                  "Wherein the zone

 8              configuration characterizes one

 9              or more Zone Scenes."  Then it

10              keeps going from there.                    09:35:44

11                  Do you see that?

12         A    I do.

13         Q    Can you give me an example of a zone

14    configuration characterizing one or more zone

15    scenes?                                              09:35:52

16              MR. RICHTER:  Object to the form; scope.

17              THE WITNESS:  Again, if you mean specific

18    examples, I haven't tried to think of an instance

19    of, for example, a hypothetical system that would

20    have information in what would be considered a zone  09:36:03

21    configuration that would be sufficient to meet the

22    requirements of the claim.

23    BY MR. JAFFE:

24         Q    The claim goes on.  It says -- and I'm

25    skipping a little bit.                               09:36:29
```

                                                     Page 57

```
 1              Then the next clause, it says, quote:

 2                  "Cause a selectable

 3              indication of the received zone

 4              configuration to be displayed."

 5                  Do you see that?                      09:36:38

 6      A    I do.

 7      Q    Can you give an example of what a

 8   selectable indication of the received zone

 9   configuration to be displayed, how that would -- how

10   would you know if you had that or not?                09:36:51

11          MR. RICHTER:  Object to the form; scope.

12          THE WITNESS:  With respect to applying that

13   claim language to determine whether or not the

14   limitation is present, that's not an exercise I'm

15   undertaking as part of this declaration and I would    09:37:10

16   have to give it some thought.

17   BY MR. JAFFE:

18      Q    Okay.  Another term in claim 1 is group

19   configuration.

20          Do you see that?                               09:37:23

21      A    I do.

22      Q    Can you give me an example of a group

23   configuration in the context of the claims of the

24   '206 Patent?

25          MR. RICHTER:  Same objections.                 09:37:34

                                                       Page 58
```

```
 1              THE WITNESS:  I think it would be almost

 2     the same answer with respect to coming up with, as

 3     you termed it, an example that would demonstrate how

 4     a hypothetical system would meet the limitation.

 5     That's not something I tried to do as part of this        09:37:53

 6     declaration.

 7     BY MR. JAFFE:

 8         Q    So it's fair to say that sitting here

 9     today, you can't provide me a single example of a

10     group configuration?                                      09:38:05

11              MR. RICHTER:  Object to the form, and to

12     the extent it mischaracterizes his testimony.

13              THE WITNESS:  To the extent that your

14     question is asking for a specific example of what

15     the syntax would look like of something that would        09:38:22

16     be a group configuration, that's not something I

17     tried to do as part of my declaration and I would

18     have to give it some thought.

19     BY MR. JAFFE:

20         Q    Is it fair to say that, sitting here today,      09:38:38

21     you can't provide me with a single example of a zone

22     configuration?

23              MR. RICHTER:  Same objections; scope.

24              THE WITNESS:  I think it would be the same

25     answer with respect to applying the proposed              09:38:48
```

Page 59

```
 1    constructions to give a specific example and what

 2    the syntax of something might be that would look

 3    like a zone configuration.  It's not something I

 4    tried to do as part of this declaration.

 5    BY MR. JAFFE:                                    09:39:11

 6        Q    Sitting here today, you can't provide me

 7    with a single example of a Zone Scene; correct?

 8             MR. RICHTER:  Same objections.

 9             THE WITNESS:  It would be the same kinds of

10    answers.  Instead of zone configuration, it would be    09:39:23

11    with respect to the Zone Scene.

12    BY MR. JAFFE:

13        Q    How does one tell the difference between a

14    zone configuration and a group configuration?

15             MR. RICHTER:  Object to the form.          09:39:50

16             THE WITNESS:  So the best that I can tell

17    you is with respect to what I describe in the

18    declaration.  So, I mean, first of all, I think the

19    declaration goes through and talks about zone

20    configuration in zone C and the relationship between    09:40:25

21    the two of those.

22             Now, with respect to where group

23    configuration plays a role, it's in the claim

24    language where each scene identifying a group

25    configuration associated with two or more of the       09:40:40
```

Page 60

1     plurality of independent playback devices.

2              And so it's -- the group configuration is

3     in conjunction with what the Zone Scene is doing, so

4     the zone configuration would be something different

5     than the Zone Scene identifying a group               09:41:00

6     configuration.  Different from the perspective of,

7     again, the idea that the zone configuration is

8     what's pointed to, as an example, through a zone

9     configuration file and then it's the data that would

10    be used.                                              09:41:32

11             So it's a sentence I read before.

12                 "The precedent would

13                 understand the reference to a

14                 file to refer to a specific

15                 format, arrangement or collection        09:41:40

16                 of data stored in these examples

17                 in the memory of a zone player."

18             And then it goes on from there.  So I am

19    not sure I understand the question of how you would

20    tell the difference.  You would be looking at two     09:41:56

21    different things.  You would be looking at the Zone

22    Scene identifying a group configuration, then you

23    would have the zone configuration, for example, in

24    the file.

25    ///                                                   09:42:13

                                                      Page 61

1    BY MR. JAFFE:

2        Q    So your last answer you said you're looking

3    at two different things.

4              What things are you looking at?

5        A    Well, I think it was more than that.  And,          09:42:20

6    again, I clarified what I said in my previous answer

7    about looking at two different things.

8              I think you're looking at two different

9    types of information that could represent, for

10   example, the Zone Scene.  Again, that's kind of the       09:42:37

11   Zone Scene itself, which is kind of a logical

12   representation that you might see represented in,

13   for example, user interface, then you would have the

14   zone configuration, which would be the kind of data

15   that might be stored in a file.                            09:42:55

16             So just as a general example, to kind of

17   show the difference between those two, you can have

18   some kind of visual representation of a series of

19   menus and those menus -- for example, in 3A where

20   you depicted a grouping of zones or zone players          09:43:13

21   would be a Zone Scene, you would see the visual

22   representation of that Zone Scene and then the zone

23   configuration would be the underlying data that

24   would provide the representation itself.

25             So, for example, you can have a program         09:43:35

Page 62

```
 1      read the zone configuration and aid the visual

 2      representation that was displayed to the user based

 3      on the information that was in that zone

 4      configuration.

 5          Q    In the context of the '206 Patent, are zone        09:43:56

 6      configurations and group configurations the same

 7      thing or are they different?

 8              MR. RICHTER:  Object to the form.

 9              Yeah.  Object to the form.

10              THE WITNESS:  I don't think I've taken the          09:44:17

11      position that they are the same.  In fact, I think I

12      disagreed with Dr. Kyriakakis that they are the

13      same, that they mean the same thing.

14      BY MR. JAFFE:

15          Q    Right.                                             09:44:28

16              I know unfortunately we were talking over

17      each other a little bit, which is probably my fault.

18      Let me repeat my question to help provide context.

19              In the context of the '206 Patent, are zone

20      configurations and group configurations the same       09:44:41

21      thing or are they different?

22              MR. RICHTER:  Same objections.

23              THE WITNESS:  They are not the same thing.

24      I think that they're referring to different concepts

25      within the claim language.  Whether or not           09:44:58
```

                                                        Page 63

```
 1    ultimately the information that it represents could

 2    be the same thing would be a different kind of

 3    question.

 4            But at least as an example of what a zone

 5    configuration could be, for example, is a file with        09:45:17

 6    the information that represents what the Zone Scene

 7    is and then the Zone Scene identifying a group

 8    consideration, I think that those are two different

 9    things.

10    BY MR. JAFFE:                                              09:45:36

11        Q    You said in your answer, "Whether or not

12    ultimately the information that it represents could

13    be the same thing would be a different kind of

14    question."

15            What did you mean by that?                         09:45:47

16        A    So you can have a Zone Scene.  So, for

17    example, if you look at 3A where it's describing a

18    Zone Scene graphically, and there would be an

19    underlying zone configuration for that Zone Scene,

20    then with respect to the Zone Scene identifying a          09:46:05

21    group configuration associated with two or more

22    plurality of independent playback devices where I

23    think -- let's see.

24            So that group configuration is referring to

25    a grouping of zone players for synchronize playback       09:46:27
```

Page 64

1    and that comes from paragraph 64 of deposition

2    Exhibit 5.  Then the zone configuration could be the

3    data that represents that grouping of zone players

4    that are being grouped for synchronous playback.

5           So, again, it's kind of this idea that you          09:46:54

6    have the machine related representation of the zone

7    configuration, that's what the zone configuration

8    could be, for example.  And then you have the Zone

9    Scene identifying a group configuration and it goes

10   on from there.                                            09:47:16

11          And so that's ultimately kind of the

12   logical construct of how the different zone players

13   are grouped together.

14      Q    What are the criteria that a person with

15   ordinary skill would use to differentiate between         09:47:29

16   zone configurations and group configurations?

17          MR. RICHTER:  Object to the form.

18          THE WITNESS:  Again, with respect to

19   differentiating between the two, I don't think that

20   that's a requirement in terms of the claim.               09:47:45

21          In terms of some rubric or model of what

22   questions you would ask that would differentiate

23   between the two, that's not something that I tried

24   to put together.  I would have to give some thought

25   as to whether even that would be something that --        09:48:00

```
1    well, I mean, if you ask me to do it, I would have

2    to give it some thought.  I'm not sure how that

3    would be relevant to the claim language.

4    BY MR. JAFFE:

5        Q    Okay.                                      09:48:18

6             THE WITNESS:  I'm sure we're not at a

7    transition point.  We'll be on this for a while,

8    maybe now would be a good time for a break.

9             MR. JAFFE:  Now is perfectly fine.

10            THE VIDEOGRAPHER:  Taking us off the record   09:49:03

11   here.  One moment.

12            We're off the record at 9:49 a.m.

13               (Whereupon, a recess was held

14               from 9:49 a.m. to 10:03 a.m.)

15            THE VIDEOGRAPHER:  We're back on the record   10:02:59

16   at 10:03 a.m.

17            MR. JAFFE:  Welcome back.

18            THE WITNESS:  Thank you.

19   BY MR. JAFFE:

20       Q    I want to turn to your opening declaration   10:03:22

21   which I marked as Exhibit 4, and in particular,

22   let's go to paragraph 43.

23       A    Okay.

24       Q    So here in paragraph 43, you describe what

25   a Zone Scene is.                                     10:03:52
```

Page 66

```
 1            Do you see that?

 2       A    Are you referring to the first sentence?

 3       Q    Yes.

 4       A    I wouldn't interpret that as saying what a

 5   Zone Scene is.                                        10:04:19

 6       Q    You said here:

 7            "As disclosed in the '206

 8            Patent, a mechanism is provided

 9            to place 'zone players' into a

10            'Zone Scene,' which is a                      10:04:29

11            predefined grouping of 'zone

12            players' that can first be saved

13            by a user and can then be invoked

14            in order to cause the defined

15            grouping of 'zone players' to                10:04:42

16            become configured for synchronous

17            playback of media."

18            Do you see that?

19       A    I do see that sentence.

20       Q    When you use the word "is," was that         10:04:50

21   inaccurate at the time?

22       A    I think what that is providing is a

23   description as to what a Zone Scene is with respect

24   to how that term should be construed as part of

25   claim construction.  I think that's a separate        10:05:13
```

Page 67

```
 1    process.  I'm just generally describing kind of a

 2    high level what it is.

 3        Q    Where did you get this kind of high level

 4    what it is description of a Zone Scene from?

 5        A    It should be based on the sites that are          10:05:34

 6    provided there.

 7        Q    Well, why don't we take a look at those.

 8             Now, I think you have your declaration and

 9    the '206 Patent.  I'm hoping we can have them side

10    by side or you can have them side by side either in      10:05:49

11    paper or electronically so we can flip them back and

12    forth.

13             Is that okay?

14        A    Yep.  I have them side by side.

15        Q    Okay.  The first thing that you cite is the      10:06:01

16    abstract.

17        A    Yes.

18        Q    So does the abstract describe a predefined

19    grouping?

20        A    I think the abstract in the context of the       10:06:24

21    overall patent and person in the skill of the art

22    would understand when it's describing the ability of

23    the user to group some of the players according to a

24    theme or scene.

25        Q    In your opinion, does a Zone Scene require       10:07:40
```

Page 68

```
1    grouping zone players according to a theme or scene?

2            MR. RICHTER:  Object to the form.

3            THE WITNESS:  I think that gets into the

4    construction for what a Zone Scene should be and

5    ultimately I don't think I've taken a position as to        10:08:00

6    which of the constructions is accurate.

7    BY MR. JAFFE:

8        Q    What is a scene as written here in the

9    abstract?

10           MR. RICHTER:  Object to the form, scope.          10:08:16

11           THE WITNESS:  I don't think I've tried to

12   define that term.  Maybe there's some further

13   description of what that term is in the context of

14   the Zone Scene patents.

15   BY MR. JAFFE:                                              10:08:30

16       Q    What is a theme?

17           MR. RICHTER:  Same objection.

18           THE WITNESS:  It's the same answer.  I

19   haven't tried to come up with some definition off

20   the top of my head.  I mean, sorry, I haven't tried       10:08:37

21   to come up with some definition in the declaration

22   and so, sitting here right now, I don't have one

23   just off the top of my head for what the definition

24   of that term should be.

25   ///                                                        10:08:53
```

Page 69

1    BY MR. JAFFE:

2        Q    Can you give me an example of a theme as

3    that term is used in the abstract of the '206

4    Patent?

5            MR. RICHTER:   Same objection.                    10:08:59

6            THE WITNESS:   Again, I don't think that's a

7    question I tried to answer in the declaration.

8    There might be something in the specification.   I

9    can review it, if you like.

10   BY MR. JAFFE:                                             10:09:13

11       Q    Sure.

12           My question is:   Can you, Dr. Almeroth,

13   sitting here today, provide me an example of a

14   theme, as that term is used in the abstract of the

15   '206 Patent?                                              10:09:27

16           MR. RICHTER:   Same objection.

17           THE WITNESS:   I don't have one that comes

18   to mind off the top of my head.   I would have to

19   give it some thought and either go look at the spec

20   or do some work.   It's not something I have         10:09:41

21   memorized.

22   BY MR. JAFFE:

23       Q    Okay.   So the next thing you cite in

24   paragraph 43 of your opening declaration is column

25   3, lines 5 through 21.                                    10:10:07

                                                    Page 70

```
 1              So why don't we turn there right now.  If

 2     you want to take a minute to read it, go ahead and

 3     let me know when we can -- when you are ready.

 4         A    It's a little bit longer.  I skimmed it to

 5     see what it said.  I may need to reread it based on       10:10:33

 6     what your question is.

 7         Q    Sure.

 8              So first question is:  Where does this talk

 9     about a predefined grouping?

10              And by "this" I'm referring to column 3,        10:10:48

11     lines 5 through 21 of the '206 Patent.

12              MR. RICHTER:  Object to the form.

13              THE WITNESS:  I believe in the context of

14     where it's describing the grouping of players and

15     then the idea that the theme can be activated at any     10:11:26

16     time or a specific time, that those kind of temporal

17     relationships would be understood based on kind of a

18     context of the Zone Scene patents.

19     BY MR. JAFFE:

20         Q    So you mentioned the word "theme."             10:11:47

21              What do you mean by "theme"?

22         A    I'm just using the term as it appears in

23     the specification at column 3, line 11.

24         Q    What is your understanding of what that

25     term means?                                             10:11:59
```

Page 71

```
 1        A    I don't have a specific dictionary

 2   definition that I could give you off the top of my

 3   head.  It's what the patent calls a theme.

 4        Q    What does the patent call a theme?

 5        A    At this point, in column 3, line 9 it says        10:12:16

 6   a theme representing a group and configure the theme

 7   with parameters pertaining to the selected players.

 8             I think there's other discussions as to

 9   what a theme is.  I don't have those memorized and I

10   haven't really taken a position as to a definition        10:12:35

11   of what that term is.

12        Q    Okay.  Column 3, the portion that you cited

13   here, lines 5 through 21, it doesn't mention Zone

14   Scene; correct?

15             MR. RICHTER:  Object to the form.        10:13:16

16             THE WITNESS:  I think it speaks for itself,

17   whether or not those words appear.  But ultimately I

18   think when you look at the words that are used here,

19   whether or not they're related to zone theme -- or

20   sorry, Zone Scene is a position that probably Sonos        10:13:40

21   takes.

22   BY MR. JAFFE:

23        Q    Why did you cite this in support of your

24   description of what a Zone Scene is?

25             And by "this," I'm referring to column 3,        10:13:56
```

Page 72

```
1     lines 5 through 21 of the '206 Patent?

2       A    Because it's describing the idea of being

3     able to group players under the conditions described

4     here and that those are consistent with how the

5     patent describes what a Zone Scene is.              10:14:16

6       Q    Can you group players without it being a

7     Zone Scene?

8            MR. RICHTER:  Object to the form,

9     foundation, scope.

10           THE WITNESS:  I'm not sure what context     10:14:27

11    you're asking.  If you're asking in some sort of

12    hypothetical system, I'm not sure what the

13    constraints are in that hypothetical.

14           But the context for that hypothetical is --

15    I forget what I said exactly.  Maybe the constraints  10:15:00

16    on that hypothetical.

17    BY MR. JAFFE:

18      Q    Does what's written here at column 3,

19    lines 5 through 21 describe a Zone Scene?

20           MR. RICHTER:  Object to the form; asked and  10:15:21

21    answered.

22           THE WITNESS:  Can you repeat the question?

23    BY MR. JAFFE:

24      Q    Does what's written here in column 3,

25    lines 5 through 21, describe a Zone Scene, and I'm    10:16:00
```

Page 73

1      referring to the '206 Patent in that citation?

2          A     Yeah.  I understand the question.

3              I think what it's describing is

4      functionality of the system that relates to placing

5      zone players into a Zone Scene.  And so there are          10:16:22

6      aspects of what's described here that are consistent

7      with the characterization that I provided in

8      paragraph 43 of Exhibit 4.

9          Q     Where in column 3, lines 5 through 21, does

10     this portion of the 206 specification describe a           10:16:44

11     Zone Scene?

12             MR. RICHTER:  Object to the form.

13             THE WITNESS:  Let me see if I can find

14     specific words.

15             I mean, I don't think what I was doing in          10:16:56

16     the declaration was trying to identify specific

17     words in the citation that would relate to a Zone

18     Scene specifically.  It was more generally

19     describing the functionality of what the invention

20     is, what the mechanism is and that's the basis for         10:17:13

21     the citation here.

22             I mean, I can certainly look through it and

23     see, but I think generally the answer is the

24     description is with respect to the invention and

25     what it's directed to and it's the mechanism that          10:17:34

Page 74

```
 1    I'm summarizing in paragraph 43.

 2    BY MR. JAFFE:

 3        Q    I appreciate that.

 4             I'm going to ask my question again because

 5    I'm not sure I actually got the answer.              10:17:45

 6             Where in column 3, lines 5 through 21, does

 7    this portion of the specification describe a Zone

 8    Scene?

 9             MR. RICHTER:  Object to the form.

10             THE WITNESS:  So maybe the way to answer it   10:18:00

11    is -- I thought I answered it previously, but that

12    this section is generally describing the mechanism

13    of placing zone players into a Zone Scene with

14    respect to specific sentences in this section that

15    you would use to define what a Zone Scene is.  I      10:18:17

16    don't think that was the intent of paragraph 43.

17             And I think ultimately that gets into

18    portions of the specification that support the

19    different parties' constructions, which is not

20    something I was trying to support as part of          10:18:34

21    paragraph 43.

22    BY MR. JAFFE:

23        Q    Can you identify any reference to a Zone

24    Scene, lines 5 through 21 of the '206 Patent?

25             MR. RICHTER:  Object to form.                10:18:53
```

Page 75

```
 1              THE WITNESS:  Now I'm not sure what you're

 2      actually asking.

 3              So, for example, column 5 -- sorry.

 4              Column 3, starting at line 5, it talks

 5      about the system comprising a plurality of players,        10:19:07

 6      each located in a zone.  That's similar to the

 7      language that says "predefined grouping of zone

 8      players."

 9              We talked about the question that doesn't

10      say predefined, but in the context of the                 10:19:21

11      specification, what you're actually defining at that

12      point, that's part of the embodiment that's

13      described starting at column 3, line 5.

14              If that's a portion of the specification

15      that's responsive to your question, then I can go         10:19:38

16      through the rest of that and kind of tie it into the

17      characterization of what a Zone Scene is in

18      paragraph 43 of my declaration.

19      BY MR. JAFFE:

20         Q    Let's go to the last citation in                  10:20:04

21      paragraph 43 here, column 8, lines 24 through 36.

22      We're still in the '206 Patent.

23              Let me know when you're there,

24      Dr. Almeroth.

25         A    I'm there.                                        10:20:21
```

Page 76

1      Q    So the first line that you cite is a

2  sentence that starts with "using" and ends with

3  "automatically effectuated."  That's lines 24

4  through 28.

5          Do you see that?                                10:20:40

6      A    Yes.

7      Q    Is that a definition of a Zone Scene?

8          MR. RICHTER:  Object to the form; scope.

9          THE WITNESS:  I don't think I've offered an

10 opinion as to whether or not this is a definition       10:20:55

11 for what a Zone Scene is.  I think, again, that gets

12 into the construction.

13         If it's a definition, you almost seem to be

14 asking me the question of whether or not there's

15 lexicography here and those are all issues that I       10:21:11

16 don't believe I addressed in my declaration.

17 BY MR. JAFFE:

18     Q    Would you agree that morning, afternoon and

19 gardens are examples of particular scenes?

20         MR. RICHTER:  Object to the form.              10:21:30

21 BY MR. JAFFE:

22     Q    Sorry.  Let me start over.

23         Dr. Almeroth, would you agree that morning,

24 afternoon and gardens are example of particular

25 scenes as those terms are used in column 8, lines 24    10:21:44

                                            Page  77

1   through 28 of the '206 Patent?

2          MR. RICHTER:  Object to the form; scope.

3          THE WITNESS:  The best that I can say is if

4   you look at the full sentence, it says that a theme

5   or a Zone Scene, and then it goes on to be          10:22:03

6   configured in a particular scene and then it just

7   says, EG, morning, afternoon or garden.

8          As to the implication of that sentence to

9   the parties' constructions, that's not a position

10  that I've offered an opinion on.                    10:22:21

11  BY MR. JAFFE:

12     Q   So where in column 8, lines 24 through 36

13  is the requirement of a predefined grouping, as you

14  put in paragraph 43 of your declaration?

15          MR. RICHTER:  Same objection.               10:22:53

16          THE WITNESS:  Again, I think the idea here

17  is it's describing some of the aspects of a theme or

18  a Zone Scene.  And with respect to the grouping, or

19  the predefined grouping of zone players, it's in the

20  context of the entire part of the specification that  10:23:12

21  separately defines the actions of defining that

22  group versus invoking.

23          And so you predefine the group as distinct

24  from invoking.  And then based on the description of

25  the problem that you're trying to solve, would lead   10:23:34

                                              Page 78

```
 1      a person of skilled art to understand this is really

 2      referring to predefined groupings of zone players.

 3      BY MR. JAFFE:

 4          Q    You would agree that the citations that you

 5      provided in paragraph 43 for what a Zone Scene is,          10:23:52

 6      that none of those citations mentioned a predefined

 7      grouping; correct?

 8               MR. RICHTER:  Object to the form.

 9               THE WITNESS:  Sorry.  I don't think it uses

10      the word "predefined," but I think it describes the        10:24:06

11      concept, especially in the context of what the rest

12      of the specification describes.

13               I think those are illustrative citations

14      that demonstrate the concept.

15      BY MR. JAFFE:                                              10:24:26

16          Q    So in this part of the specification you

17      cited, there's a reference at column 8, lines 29 to

18      a morning zone scene, slash, configuration.

19               Do you see that?

20          A    I do.                                             10:24:39

21          Q    In the context of a morning Zone Scene, as

22      described here, what would be included in a group

23      configuration, as that term is used in claim 1 of

24      the 206?

25               MR. RICHTER:  Object to the form, scope.          10:24:56
```

Page 79

```
1              THE WITNESS:  So first, turning to the

2    claim language and looking, for example, at claim 1,

3    you would have a Zone Scene identifying a group

4    configuration associated with two or more plurality

5    of independent playback devices.                      10:25:20

6              So that Zone Scene is kind of the logical

7    representation that would be distinct from the

8    configurations would be the description of that Zone

9    Scene and identifying a group configuration.  So the

10   group configuration is just the grouping of zone      10:25:38

11   players for synchronous playback.

12             So that would be where it describes the

13   Zone Scene, the kind of information that would be

14   what the Zone Scene is, and then --

15   BY MR. JAFFE:                                          10:25:58

16       Q    So --

17       A    -- the zone configuration would be

18   something different.

19       Q    Sorry.  I apologize.  I didn't mean to

20   interrupt.                                             10:26:12

21             Okay.  So we have the morning Zone Scene.

22             What information would be included in the

23   morning Zone Scene?

24             MR. RICHTER:  Object to the form, scope.

25             THE WITNESS:  So as to what specific         10:26:23
```

Page 80

```
 1    information would be included in that example, I

 2    don't think that the patent says specifically.  So

 3    it would really be for the morning Zone Scene, if

 4    you were attempting to use that as an example as it

 5    relates to claim 1, that Zone Scene would have to          10:26:49

 6    identify a group configuration associated with two

 7    or more of the plurality of independent playback

 8    devices.  So as to what examples of information

 9    would be sufficient to meet the limitation for

10    claim 1, I don't have specific examples of syntax         10:27:07

11    beyond just the plain language of the claim.

12    BY MR. JAFFE:

13        Q    Okay.  And I suspect your answers may be

14    similar, but I want to run through it just to make

15    sure.                                                     10:27:24

16         So for the morning Zone Scene/configuration

17    referred to in column 8, line 29 of the '206 Patent,

18    what would be included in the group configuration

19    for that morning Zone Scene described in the

20    specification?                                            10:27:40

21         MR. RICHTER:  Same objections.

22         THE WITNESS:  So if, again, you're asking

23    to apply the claim language to that example, the

24    claim language described the type of information

25    identifying group configuration associated with two      10:28:01
```

Page 81

1    or more of the plurality of independent playback

2    devices.

3            And that group configuration, the type of

4    information is really described at the top of

5    column 5 around line 4.  So the idea that it's        10:28:16

6    information about the grouping of zone players for

7    synchronous playback is the type of group

8    configuration information that would be required as

9    part of describing what the Zone Scene is, at least

10   in the context of claim 1 of the '206 Patent.          10:28:39

11   BY MR. JAFFE:

12       Q    Does the group configuration require a list

13   of all the zone players in the group?

14            MR. RICHTER:  Same objection.

15            THE WITNESS:  I don't see where the claim      10:28:52

16   gets into that specific of a requirement as to

17   whether or not that could meet the limitation.  I

18   would have to give it some thought.

19   BY MR. JAFFE:

20       Q    Would the name of a group be a group          10:29:06

21   configuration?

22            MR. RICHTER:  Same objection.

23            THE WITNESS:  I think it's the same answer.

24   I think you're into the context of applying the

25   claim language and I'm not offering opinions on how    10:29:17

Page 82

```
 1    to apply the claim language for purposes of these

 2    declarations.

 3    BY MR. JAFFE:

 4        Q    What about an ID number for a group, would

 5    that be a group configuration or a zone              10:29:34

 6    configuration, for that matter?

 7             MR. RICHTER:  Object to the form; scope,

 8    foundation.

 9             THE WITNESS:  Same answer.

10    BY MR. JAFFE:                                         10:29:45

11        Q    Just for the record, what is that answer?

12        A    It's the one that I just provided for the

13    previous question.

14             Essentially it gets to applying the claim

15    language, which is not something I tried to do as     10:29:53

16    part of this declaration, or these two declarations.

17        Q    Going back to paragraph 43, you refer to a

18    Zone Scene as something that is saved.

19             Do you see that?

20        A    I see that.                                  10:30:30

21        Q    What do you mean by "saved"?

22        A    So this part of at least the mechanism to

23    provide -- to place zone players into a Zone Scene

24    would relate to, for example, the zone

25    configuration.                                        10:30:47
```

Page 83

1          So the idea that you could have some

2     representation of, say, for example, machine

3     readable file that would contain what the predefined

4     group of zone players were and then to be able to

5     save that, for example, in a file.                    10:31:03

6          There's some further discussion of that

7     functionality in Exhibit 5 around paragraph -- I

8     believe it's the same paragraph 72 we talked about

9     earlier.

10         Yeah, that's right.                              10:31:33

11    Q    What information is required to be in a

12    saved Zone Scene?

13         MR. RICHTER:  Object to the form; scope.

14         THE WITNESS:  I haven't tried to define the

15    term at a level where there's a specific list of      10:32:19

16    information that I think is required.

17    BY MR. JAFFE:

18    Q    How would one of ordinary scope determine

19    whether what they're looking at is a Zone Scene or

20    not?                                                  10:32:35

21         MR. RICHTER:  Object to the form.

22         THE WITNESS:  So with respect to figuring

23    out whether or not the limitation is met, first as

24    it relates to Zone Scene, there's language in the

25    claim that says a Zone Scene identifying a group      10:32:50

Page 84

```
 1     configuration associated with two or more of the

 2     plurality of independent playback devices.

 3            So I think a person of skill in the art

 4     would look at what's required there, look at what

 5     potentially would be a Zone Scene and compare the      10:33:07

 6     requirements of the claim language against the

 7     characteristics of whatever they're trying to

 8     assess, and do the comparison with the caveat that

 9     there is a disagreement among the parties as to what

10     the construction for Zone Scene is.                    10:33:29

11            So depending on what that construction is,

12     you would use either parties' construction and the

13     information that's described as to what a Zone Scene

14     is to determine whether or not you have a Zone

15     Scene.                                                 10:33:44

16     BY MR. JAFFE:

17        Q    I would like to go to your reply

18     declaration that we marked as Exhibit 5.

19        A    Okay.  Got it.

20        Q    If you can turn to paragraph 56.               10:34:43

21        A    Okay.

22        Q    Let me know when you're there.

23        A    I'm there.

24        Q    Okay.  So paragraph 56 -- and I'll just

25     read for the record the one sentence in the            10:35:06
```

Page 85

```
 1    paragraph says, quote:

 2              "Zone Scene patents are

 3          directed to a new mechanism for

 4          grouping zone players together

 5          for synchronous playback that is          10:35:14

 6          intended to advance upon Sonos's

 7          prior grouping mechanism."

 8              Do you see that?

 9    A    I do see that.

10    Q    So you use the word "new."               10:35:23

11          What is your basis for testifying that this

12    is a new mechanism for grouping zone players

13    together for synchronous playback?

14    A    At least at this point as part of claim

15    construction, the idea that claims were granted by  10:35:39

16    the patent office, and so are presumed to be valid.

17    Q    So a part from the presumption of validity,

18    the word "new" doesn't -- you're not offering any

19    opinions on that?

20    A    At least with respect to the validity of      10:35:53

21    the claims, say, for example, over anticipation and

22    obviousness, I have not rendered opinions, so this

23    is based on that presumption.

24    Q    And the end of the sentence refers to

25    Sonos's prior grouping mechanism.                   10:36:10
```

                                                    Page 86

```
 1              Do you see that?

 2         A    Yes.

 3         Q    What is or was Sonos's prior grouping

 4    mechanism?

 5         A    So I think that refers to -- in the          10:36:20

 6    background of the invention, I think there's a

 7    general description in the background of the

 8    invention.  And I can go and find it, but also I

 9    believe that I have opined on prior Sonos patents

10    that deal with grouping and synchronization.         10:36:47

11         Q    So what's your understanding of Sonos's

12    prior grouping mechanism?

13              MR. RICHTER:  Object to the form.

14              THE WITNESS:  I'm not sure what you're

15    referring to.                                         10:37:06

16              I mean, there's earlier patents that Sonos

17    has on grouping and synchronization.  It's generally

18    referring to the mechanisms within their patents and

19    also in their products.

20    BY MR. JAFFE:                                         10:37:28

21         Q    Sonos, before the Zone Scene patents were

22    filed, had released a system publically that allowed

23    you to group speakers and playback in synchrony;

24    correct?

25              MR. RICHTER:  Object to the form; assumes    10:37:42
```

Page 87

```
1    facts, scope.

2           THE WITNESS:  While I once testified about

3    early Sonos products and what their capabilities

4    were, I haven't reviewed that testimony or those

5    opinions in either preparing this declaration or          10:38:00

6    preparing for this deposition, so I would have to go

7    back and review any of those opinions, to the extent

8    that's what you're asking about.

9    BY MR. JAFFE:

10       Q    I'm just following up on what you wrote in       10:38:15

11   paragraph 56 saying that the Zone Scene patents were

12   intended to advance upon Sonos's prior grouping

13   mechanism.

14          The prior grouping mechanism included the

15   ability to group speakers and playback synchrony in      10:38:30

16   group; right?

17          MR. RICHTER:  Object to the form.

18          THE WITNESS:  So I think then that may be

19   the answer to your question is the first part of

20   paragraph 57, that prior grouping mechanism required     10:38:43

21   a user to select each zone player to be included in

22   an ad hoc manner one by one, and then that's the

23   description from the provisional, as well as that

24   background portion of the '206 Patent that I had

25   mentioned.                                               10:39:05
```

Page 88

```
 1    BY MR. JAFFE:

 2        Q    Right.

 3             And I guess zooming out a little bit,

 4    though, Sonos's prior grouping mechanism included

 5    the ability to group; right?                              10:39:15

 6             That's why you referred to it as a grouping

 7    mechanism; right?

 8             MR. RICHTER:  Object to the form.

 9             THE WITNESS:  It was an ability to group as

10    characterized by that first sentence in 57.  So it        10:39:29

11    wasn't just any and every kind of grouping, it was a

12    specific type of grouping as set forth in those

13    citations I've described here.

14    BY MR. JAFFE:

15        Q    How did the Zone Scene patents advance upon       10:39:41

16    Sonos's prior grouping mechanism?

17        A    I think that goes on into the middle of the

18    paragraph 57 that this prior grouping mechanism

19    could be efficient and time consuming in some

20    situations.  So there's a citation in the '206            10:40:00

21    Patent.

22             And then maybe this is even more responsive

23    to your question, in paragraph 58 that talks about

24    how to address the inefficiency and then --

25    generally I don't read my declaration into the            10:40:16
```

Page 89

```
 1    record -- but it goes into those details in

 2    paragraph 58.

 3        Q    Let's turn to paragraph 58 and the second

 4    line.  I'm not going to read the whole thing.  It

 5    refers to pre-create and pre-saved a predefined          10:40:33

 6    group, then it continues on.

 7             That's three instances of the word "pre,"

 8    or prefix "pre."

 9             Why did you include so many pre's in that

10    description there?                                       10:40:49

11             MR. RICHTER:  Object to the form.

12             THE WITNESS:  I don't have a specific

13    answer.  I mean, I think I'm just trying to draw the

14    distinction between the idea that you're taking

15    actions in advance of playing the media and invoking    10:41:03

16    the previously saved group to contrast it with

17    what's described as the prior grouping mechanism

18    characterized as in an ad hoc manner one by one at

19    the time the user wishes to play media for that

20    group.                                                   10:41:29

21    BY MR. JAFFE:

22        Q    On that point, you referred to pre-create,

23    pre-saved, predefined.

24             It's before what?

25             Pre as in before what?                          10:41:39
```

Page 90

```
 1        A     Generally it's at the time that the user

 2   wishes to play the media in that group

 3   configuration.  As to some specific time threshold,

 4   say, as it relates to what's required by the claims,

 5   that's not a position or an opinion I've offered in      10:42:03

 6   this declaration.

 7        Q     Okay.  So still paragraph 58, romanette

 8   (ii), you say:

 9               "When the user later wishes

10               to play media in that group                  10:42:20

11               configuration."

12               Do you see that?

13        A     I see that.

14        Q     What is the group configuration you're

15   referring to there?                                      10:42:27

16        A     That is the group configuration from the

17   first romanette (i), pre-create, pre-saved

18   predefined group of zone players.  Again, I think

19   that this -- I'm using this term here to generally

20   refer to what was in the romanette (i) as opposed to     10:42:45

21   defining what the term "group configuration" is, as

22   it's used in the claim.

23        Q     So in paragraph 58 of your reply

24   declaration, you're using group configuration as a

25   shorthand for what's in romanette (i); is that fair?     10:43:07
```

Page 91

```
1        A    I think it's generally referring to the

2    group as opposed to, for example, what's pre-saved.

3            So I don't think it's referring to

4    everything that's in romanette (i).

5        Q    Are you using group configuration in the        10:43:27

6    context of the claim term or in a different context

7    here in paragraph 58?

8        A    Just using it in a general context.  I'm

9    not using it in the way that the patent uses it in,

10   for example, claim 1.                                    10:43:44

11           So, in other words, I wouldn't read -- it

12   wasn't my intention that this should act as a

13   definition for what group configuration should be as

14   it's used in the claim.

15           In fact, there's -- that's paragraph 64          10:44:00

16   where that group configuration just refers to the

17   grouping of zone players for synchronous playback.

18   There's a part of that description that overlaps

19   with part of what's in romanette (i), but because

20   I'm not talking about the claim language in             10:44:24

21   paragraph 58 like I am in paragraph 64, I am not

22   reading more or -- a person reading my declaration

23   shouldn't read more into the statements in

24   paragraph 58.

25       Q    Later in paragraph 58 you say:                  10:44:46
```

Page 92

```
1              "Each zone scene comprises an

2          identification of the particular

3          group configuration of zone

4          players that has been predefined

5          and saved later for invocation          10:44:58

6          (i.e., the makeup of the

7          predefined group), perhaps along

8          with other optional settings."

9              Do you see that?

10    A    I do.                                     10:45:08

11    Q    Can you give me an example of an

12   identification of the particular group configuration

13   of zone players as you refer to it here in

14   paragraph 58?

15          MR. RICHTER:  Object to the form.        10:45:20

16          THE WITNESS:  Again, with respect to the

17   example of an identification of the particular

18   group, I don't have a real role example that I've

19   identified.  There might be a portion in the street

20   cites contained at the end of that sentence.      10:45:42

21          I think we can walk through and see if

22   there are examples specified in the definition.

23   Again, there's the difference between what the

24   specification describes as part of one more

25   embodiments and ultimately what's required by the  10:45:57
```

Page 93

```
 1   claim 1.

 2          THE REPORTER:  "By the claim"?

 3          MR. JAFFE:  I think he said "claim

 4   language."  She was trying to get that last word.

 5   Please correct me -- anyone correct me if I have          10:46:18

 6   that wrong.

 7   BY MR. JAFFE:

 8      Q    Is a listing of the speakers in a group, is

 9   that an identification of a particular group

10   configuration?                                            10:46:35

11          MR. RICHTER:  Object to the form; scope.

12          THE WITNESS:  I haven't tried to answer

13   that question in the declaration.  I have to give it

14   some thought.

15   BY MR. JAFFE:                                             10:46:42

16      Q    How about a group ID number, would that be

17   an identification of a particular group

18   configuration?

19          MR. RICHTER:  Same objection.

20          THE WITNESS:  It would be the same answer.         10:46:52

21   I think you're in the context of applying whatever

22   the constructions are to determine if something

23   would meet the construction or a limitation, and

24   that's not something that I've done at this point.

25   ///                                                       10:47:08
```

Page 94

```
 1   BY MR. JAFFE:

 2       Q    What about a name of a group, is that an

 3   identification of a particular group configuration?

 4            MR. RICHTER:  Same objection.

 5            THE WITNESS:  Same answer.                 10:47:16

 6   BY MR. JAFFE:

 7       Q    So here in this sentence, you send at least

 8   the first clause with, "(i.e., the makeup of the

 9   predefined group)."

10            What do you mean by the "makeup of the      10:47:41

11   predefined group"?

12       A    Just what it says.

13       Q    What does that mean in paragraph 58 of your

14   reply declaration?

15       A    I'm not sure what other words you want me   10:47:54

16   to use or what the confusion is about the makeup of

17   the predefined group.

18       Q    Well, what do you mean by the word

19   "makeup"?

20       A    Just what it says.  The makeup.  How the    10:48:04

21   group is made up.

22       Q    Is that the list of the speakers?

23            Is that the makeup of the predefined group?

24            MR. RICHTER:  Object to the form.

25            THE WITNESS:  Sorry.  Go ahead.             10:48:22
```

Page 95

```
 1              MR. RICHTER:  Just object to the form.

 2              THE WITNESS:  As to what examples what

 3     would be the makeup for the group, again, ultimately

 4     what controls here is what the claim language is and

 5     how it's construed, then ultimately applying that          10:48:35

 6     claim language to determine whether or not things

 7     are in the scope of that claim language.

 8              That's not an exercise I've gone through

 9     within the context of this declaration.  So as to

10     specific examples of what would qualify as the             10:48:50

11     makeup of the predefined group, first of all, that's

12     not even claim language.

13              Second of all, it's just not an exercise

14     I've gone through.

15     BY MR. JAFFE:                                               10:49:04

16        Q    Other than repeating the words of the

17     makeup of the predefined group back to me, you can't

18     tell me what you meant with that parenthetical; is

19     that fair?

20              MR. RICHTER:  Object to the form.                 10:49:14

21              THE WITNESS:  It means what I said it

22     means, so I'm not sure what else you're asking about

23     beyond the makeup of the predefined group.

24     BY MR. JAFFE:

25        Q    Okay.  Let's go to paragraph 59, the next          10:49:24
```

                                                   Page 96

```
 1    paragraph.  You refer to configuration data in the

 2    first sentence.

 3            Do you see that?

 4       A    I do.

 5       Q    Can you give me some examples of what          10:50:01

 6    configuration data would be, as you use that term

 7    here in paragraph 59?

 8            MR. RICHTER:  Object to the form; scope.

 9            THE WITNESS:  As I've used that term here,

10    it just generally refers to configuration data.  As   10:50:12

11    to what examples would meet the current

12    configuration data, at least as I've used it here, I

13    don't have specific examples.

14    BY MR. JAFFE:

15       Q    In the last sentence of paragraph 59, you      10:51:03

16    say, quote:

17               "The Zone Scene Patents refer

18            to this configuration data in

19            terms of one or more zone

20            configuration files."                          10:51:14

21            Do you see that?

22       A    I do.

23       Q    The patents don't claim zone configuration

24    files, right, they claim zone configuration;

25    correct?                                               10:51:24
```

                                                            Page 97

```
 1              MR. RICHTER:  Object to the form; calls for
 2      a legal conclusion.
 3              THE WITNESS:  At least within what we've
 4      been looking at in claim 1 of the '206 Patent, I
 5      don't recall the word "zone configuration file."       10:51:35
 6              But, again, ultimately whether or not the
 7      zone configuration would be stored in a file, that
 8      gets into what the scope of the claim is.
 9              As for the rest of the claims and any of
10      the zone team patents, I don't know if zone            10:51:54
11      configuration file is ever used in the claims
12      because I don't have them memorized.  I think they
13      speak for themselves what they say.
14      BY MR. JAFFE:
15          Q    How would data characterize previously        10:52:05
16      saved zone scenes within the system?
17              MR. RICHTER:  Object to the form;
18      foundation, scope.
19              THE WITNESS:  So I know that there's an
20      issue that Dr. Kyriakakis had with respect to the      10:52:21
21      use of the word "characterize," and I think this is
22      addressed in paragraph 75.
23              You're asking in your question something
24      different than what's in paragraph 75 with respect
25      to, for example, how you might actually determine if   10:52:41
```

Veritext Legal Solutions
866 299-5127

1    there's characterization -- if the data

2    characterizes the Zone Scene?

3            You want specific examples, then, again, I

4    don't have specific examples.  That wasn't the

5    purpose of this declaration to apply the claim        10:53:01

6    language.

7    BY MR. JAFFE:

8        Q    I was referring to your declaration --

9    reply declaration, paragraph 59, and the second line

10   says:                                                 10:53:15

11              "May include data

12              characterizing previously saved

13              zone scenes within the system."

14              Do you see that?

15       A    I do.                                         10:53:22

16       Q    What is "data characterizing previously

17   saved zone scenes within the system"?

18       A    So, again, if you're asking for specific

19   examples, this declaration doesn't provide specific

20   examples kind of at that level of detail.  I thought   10:53:37

21   your previous question was asking something

22   different.

23            So maybe -- I'm not actually sure if you're

24   asking for something more than just a specific

25   example of how that multizone system can include      10:53:53

Page 99

1    data characterizing previously saved zone scenes

2    within the system.

3        Q    So my question is:  Just looking at what

4    you wrote here in paragraph 59 of your declaration,

5    what is data characterizing previously saved Zone        10:54:19

6    Scenes?

7        A    It's exactly that.  If you want -- your

8    question seems vague and whether or not you're

9    asking about examples or not.

10            It's data characterizing previously saved       10:54:36

11   zone scenes.  So whatever data you have that can be

12   used to characterize the Zone Scene, then that's

13   what's being referenced here in this paragraph.

14       Q    How does data characterize the previously

15   saved Zone Scene?                                         10:54:57

16            MR. RICHTER:  Object to form; foundation,

17   scope.

18            THE WITNESS:  Again, that gets into the

19   application of how that data would characterize it

20   would depend on the type of data that you would          10:55:08

21   have.  Could be examples of providing what the zone

22   players are that are part of the Zone Scene.  That

23   might be one way of doing it.

24            But there could be lots of different ways

25   of data that characterizes the previously saved Zone     10:55:26

1    Scene.

2    BY MR. JAFFE:

3        Q    How does one of ordinary skill know whether

4    a set of data characterizes previously saved Zone

5    Scenes or not?                                    10:55:40

6            MR. RICHTER:  Object to the form.

7            THE WITNESS:  Let's see.  I think this gets

8    into the second half of paragraph 75.  Probably is a

9    description responding to Dr. Kyriakakis, so I will

10   read that last half of the paragraph.             10:56:29

11           But it uses figure 3A as an example to

12   visually demonstrate what the specific group of zone

13   players are and so data representing or

14   characterizing what those relationships are, so then

15   let me go back to paragraph 59.                   10:56:55

16           The data that may include characterizing

17   what the previously saved Zone Scene is within the

18   system.  So representations of data that would

19   define what that Zone Scene is could be an example

20   of how that data characterizes the Zone Scene.    10:57:14

21   BY MR. JAFFE:

22       Q    That would be like a list of -- sorry.

23            Go ahead.

24       A    Yeah.  Trying to get back to your question.

25            So how would a person in skill of the art  10:57:26

                                            Page 101

```
 1    know they would be able to look at a system and see

 2    the kinds of information that would describe the

 3    Zone Scene?  And they would be able to use their

 4    knowledge to determine whether or not they thought

 5    it provided characterization of that Zone Scene.          10:57:42

 6            And I don't think that the methodology for

 7    looking at some data -- some representation of data

 8    in determining whether or not it's a

 9    characterization of this Zone Scene would be that

10    difficult of a task for a person of skill in the          10:58:04

11    arts.

12        Q    Since you kind of went there, let's go to

13    paragraph 72 of your declaration.

14        A    Okay.

15        Q    Just at eye level, paragraph 72 is             10:58:49

16    describing why you disagree with Dr. Kyriakakis's

17    opinion that the specification confuses the term

18    "zone configuration" and "group configuration";

19    correct?

20            MR. RICHTER:  Object to the form;                10:59:03

21    declaration speaks for itself.

22            THE WITNESS:  The first part of the

23    sentence in 72, but I don't know if that's

24    exclusively characteristic of everything that's in

25    paragraph 72.                                             10:59:16
```

Page 102

```
 1    BY MR. JAFFE:

 2        Q    So here in the middle of paragraph 72, I

 3    guess it's a little bit -- two-thirds of the way in,

 4    there's a sentence that says, quote:

 5              "Indeed, the example                      10:59:41

 6         embodiment of the zone

 7         configuration is a zone

 8         configuration file which may take

 9         the form of a zone group

10         configuration file."                           10:59:50

11              Do you see that?

12        A    I do.

13        Q    So when you were looking at the

14    specification of the Zone Scene patents, you were

15    taking the description of zone group configuration    11:00:03

16    file to be an example of a zone configuration; is

17    that fair?

18              MR. RICHTER:  Object to the form.

19              THE WITNESS:  You missed one level of

20    indirection.                                          11:00:19

21              It's the example of the zone configuration

22    is a zone configuration file.  So the zone

23    configuration can be represented in the file format

24    and saved, for example, and then that can take the

25    form of a zone group configuration file.              11:00:34
```

Page 103

```
 1            So the difference is whether it's just the

 2    zone configuration file, which is broader in the

 3    sense that it doesn't have to have -- or be about a

 4    zone group.  And then the more specific instance of

 5    a zone group configuration file, which could be an          11:00:50

 6    example of the way that you're representing zone

 7    configuration, if, for example, there's a zone

 8    group, then that can be representing within the zone

 9    group configuration file.

10    BY MR. JAFFE:                                               11:01:08

11        Q    Let me make sure I understand that.

12            So there's zone configuration, and an

13    example of a zone configuration is a zone

14    configuration file, and a zone configuration file

15    can take the form of a zone group configuration          11:01:21

16    file; is that fair?

17            MR. RICHTER:  Object to the form.

18            THE WITNESS:  If you read that sentence

19    correctly, that's what it says.

20    BY MR. JAFFE:                                               11:01:31

21        Q    I wasn't reading a sentence.  I was kind of

22    paraphrasing just to be clear.

23        A    Maybe could you redo it, then?

24            I thought you were...

25        Q    Sure.                                              11:01:40
```

Page 104

```
 1            So we have a zone configuration and an

 2    example of a zone configuration is a zone

 3    configuration file and a zone configuration file can

 4    take the form of a zone group configuration file; is

 5    that right?                                        11:01:57

 6        A    Yes.

 7        Q    Okay.  So when you saw zone group

 8    configuration file, your understanding was that by

 9    the kind of chain of logic, referred back to a zone

10    configuration; is that right?                      11:02:17

11            MR. RICHTER:  Object to the form.

12            THE WITNESS:  There was a relationship back

13    to zone configuration and so it would be wrong to

14    think that zone group configuration file was somehow

15    synonymous with group configuration.               11:02:32

16            Even though those two words are embedded in

17    the four words, it's a different terminology chain.

18    BY MR. JAFFE:

19        Q    When you were looking at the specification,

20    so, for example -- well, why don't we just do this  11:03:01

21    more methodically.

22            Here on paragraph 72 towards the bottom,

23    you say column 5, 11 through 50 of the '206 Patent.

24            Do you see that?

25        A    I do.                                      11:03:23
```

```
 1        Q    Now, there's a kind of a big chunk there

 2   and I don't want to stop you from reviewing whatever

 3   parts that you want to, but if you look at lines 48,

 4   you see there's a reference to a zone group

 5   configuration?                                          11:04:00

 6        A    Yes.

 7        Q    Is that zone group configuration -- is that

 8   referring to a zone configuration?

 9             MR. RICHTER:  Object to the form.

10             THE WITNESS:  It's more in line with the      11:04:20

11   terminology chain, as it relates to zone

12   configuration than it is to group configuration.

13   This is -- this is in contrast to the use of the

14   term "group configuration."

15             So this is -- I think I referred in the       11:04:39

16   declaration to group configuration as being

17   different than the zone group configuration being

18   described here.

19   BY MR. JAFFE:

20        Q    Sorry.  I'm not sure I followed that.         11:05:00

21             Is what's written here on column 5, line 48

22   where it uses the phrase "zone group configuration,"

23   is that referring to a zone configuration or a group

24   configuration?

25             MR. RICHTER:  Object to the form.             11:05:17
```

Page 106

```
 1              THE WITNESS:  It's certainly not referring

 2     to a group configuration.  It says "zone group

 3     configuration."  The claim term that we started with

 4     was "zone configuration."

 5              So you can think about a zone configuration      11:05:34

 6     relating to the broader concept of the zone

 7     regardless if you have a group there or not.  So a

 8     zone group configuration would be information

 9     specific to the zone group.

10              And so the group information, remember, is       11:05:51

11     different.  It's tied to the Zone Scene description

12     and that's based on the claim language.  Claim 1 of

13     the '206 Patent.

14     BY MR. JAFFE:

15          Q    Okay.  So can you go to paragraph 64.           11:06:15

16          A    Yes.

17              Before you start, I was going to tie this

18     paragraph into the previous answer, but I didn't

19     want to sound not responsive.

20              But there is a typo in this paragraph that       11:07:19

21     maybe has created confusion.

22          Q    What is the typo?

23          A    So the typo is where it says -- see where

24     it says at the end the pin cite, CEG '206 Patent,

25     that's actually what I described in the previous       11:07:35
```

Page 107

```
 1    answer as what's described in this column 5.  And

 2    the part you were talking about, which is around

 3    line 48, was in contrast to group configuration.

 4          So I think instead of e.g., I think it's

 5    like c.f., as opposed to e.g. as for example.          11:07:56

 6      Q    Okay.  So you were citing here in

 7    paragraph 64 in describing what a group

 8    configuration is, column 5, lines 43 through 50,

 9    which refers to the zone group configuration, the

10    same cite that you later cited in support of the      11:08:24

11    zone configuration; right?

12      A    No.

13          So what I was citing to here is group

14    configuration and it's contrasted by the term "zone

15    group configuration."  So it wasn't supposed to be    11:08:44

16    that was -- it was the column 5, line 43 through 57.

17    31 through 33 were examples of group configuration.

18    It was group configuration is a grouping of zone

19    players for synchronous playback in contrast to the

20    zone group configuration.                             11:09:05

21          So that zone group -- sorry.

22          The group configuration being a grouping of

23    zone players for synchronous playback is at the top

24    of that column, for example, and this is showing the

25    contrast of the different term.                       11:09:22
```

Page 108

```
 1        Q    That's not how it's actually written here;

 2   correct?

 3        A    Yeah.  That was the typo that I mentioned

 4   instead of e.g., it should be c.f. --

 5        Q    Okay.                                        11:09:35

 6        A    -- in contrast.

 7        Q    So the zone group configuration, you have

 8   here in column 5 -- well, actually, let me pause and

 9   start over.

10            Is that all right?                            11:09:51

11        A    Yes.

12        Q    So the second part you cite here in

13   paragraph 64 is column 7, lines 31 through 33.

14        A    Yes.

15        Q    How do you see a reference here to a zone    11:10:12

16   group configuration?

17        A    Exactly.  Right.  It's in contrast to group

18   configuration.  The zone group configuration is

19   something different.

20        Q    I appreciate that.                           11:10:24

21            My question actually was:  Do you see the

22   words written there, "zone group configuration"?

23        A    Yes.

24        Q    Is the reference here to zone group

25   configuration, is that referring to a zone            11:10:35
```

Page 109

```
 1    configuration or a group configuration?

 2            And here again, we're talking about column

 3    7, lines -- what is it -- 31 through 33 of the '206

 4    Patent.

 5       A    Right.                                        11:10:49

 6            MR. RICHTER:  Object to the form.

 7            THE WITNESS:  So here it's the zone group

 8    configuration.  It's more in line with the

 9    terminology that we had described.

10            And now I lost the paragraph that we were      11:11:02

11    in earlier.  72.  So it's more a part of that kind

12    of terminology tree that you have zone configuration

13    and then zone configuration file, and then a more

14    specific instance of that is a zone group

15    configuration file because that requires group        11:11:30

16    configuration information as opposed to just zone

17    information.

18            So it's more part of that flow of

19    terminology than group information where that group

20    information is just the grouping of zone players for   11:11:50

21    synchronous playback.

22    BY MR. JAFFE:

23       Q    Sorry.  You're kind of losing me with

24    terminology trees and flows here.

25            Is what's referred to here as a zone group     11:12:00
```

Page 110

```
1      configuration, does that refer to a zone

2      configuration or a group configuration, here in

3      column 7, lines 31 through 33?

4             MR. RICHTER:  Same objection.

5             THE WITNESS:  It's not referring to group        11:12:14

6      configuration.  That's a different term that

7      modifies as used in the claims for zone status --

8      sorry, not zone status -- Zone Scene.

9             It's more in line with zone configuration,

10     but zone group configuration is a more specific        11:12:39

11     version of zone configuration.  That's kind of the

12     simpler way.

13            I used the term terminology tree, that's

14     the term that I was using when we were describing

15     paragraph 72.  You have zone configuration, then the   11:13:01

16     example embodiment is a zone configuration file that

17     may take the form of a zone group configuration

18     file.

19            So the idea here is that zone in column 7,

20     line 31 through 33 where it talks about zone group     11:13:19

21     configuration would be the embodiment -- or an

22     embodiment of that would be the zone group

23     configuration file.

24            It kind of ties into those terms as opposed

25     to group configuration.  That's something different.   11:13:36
```

Page 111

```
 1    BY MR. JAFFE:

 2        Q    So here in paragraph 64, you don't cite any

 3    relevant -- excuse me -- you don't cite any examples

 4    in the specification of a group configuration; is

 5    that right?                                          11:13:56

 6        A    No, not here in 64.  To the extent that

 7    term is discussed, I think there's other paragraphs

 8    and I thought there was a cite somewhere, maybe not

 9    in 64, to the top of column 5.

10        Q    So even though you wrote, quote, "In the    11:14:17

11    context of this claim language and the relevant

12    disclosure in the specification," and that included

13    various sites, your testimony is that those cites

14    aren't actually examples of group configurations?

15        A    Correct.  The cite there are to contrast    11:14:37

16    group configuration with zone group configuration.

17    So the cites for group configuration I think are in

18    a different paragraph, and the top of column 5,

19    where it's describing in words exactly what the last

20    sentence before the cites say.                       11:15:02

21        Q    So the top of column 5?

22        A    Yes.

23        Q    What specific lines are you referring to?

24        A    That first full paragraph:

25             "Two or more zone players may              11:15:21
```

Page 112

```
1              be grouped together to form a new

2              zone group.  An accommodation of

3              zone players and existing zone

4              group may be grouped together.

5              In one instance, a new zone group          11:15:31

6              is formed by adding one zone

7              player to another zone player or

8              an existing zone group."

9         So that group configuration is kind of that

10   concept, a grouping of zone players for synchronous     11:15:42

11   playback.

12      Q   What you just described doesn't mention the

13   phrase configuration -- or group configuration,

14   excuse me; correct?

15      A   No, it doesn't.  But it becomes apparent        11:15:57

16   when you look at how group configuration is used to

17   modify Zone Scene in, for example, claim 1 of the

18   '206 Patent.

19      Q   Let's take this sentence by sentence, then.

20         So the first sentence of what you just          11:16:26

21   cited in the top of column 5 says:

22              "Two or more zone players may

23              be grouped together to form a new

24              zone group."

25              Do you see that?                            11:16:35
```

Page 113

```
 1        A     Yes.

 2        Q     Is that describing group configuration?

 3        A     So group --

 4              MR. RICHTER:  Object to the form.

 5              THE WITNESS:  -- group configuration would        11:16:44

 6    refer to that grouping.

 7              So the fact that you have those zone

 8    players grouped together would be the grouping of

 9    zone players for synchronous playback.

10    BY MR. JAFFE:                                               11:16:58

11        Q     How would it refer to the group?

12        A     The mechanics of how, I don't know that

13    there are particular limits on how that can be

14    expressed.  It's not really a question I tried to

15    answer.                                                     11:17:16

16              But if we're back in the claim language,

17    that zone C would have to identify the group

18    configuration associated with two or more of the

19    plurality of independent playback devices.

20              So any mechanic -- any mechanism for how         11:17:35

21    you would represent the Zone Scene using that group

22    configuration would be within the scope of the

23    claims.

24        Q     Let's go to the third sentence here.  It

25    says, quote:                                                11:17:57
```

Page 114

```
 1                    "In one instance a new zone

 2              group is formed by adding one

 3              zone player to another zone

 4              player or an existing zone

 5              group."                                   11:18:06

 6                    Do you see that?

 7        A     I do.

 8        Q     How does that describe a group

 9   configuration?

10              MR. RICHTER:  Object to the form.          11:18:11

11              THE WITNESS:  It shows that the

12   configuration of the group can change so that you

13   can add additional players, so that the idea that

14   whether the grouping existed before or whether you

15   modified it, once you have modified it, it's a new    11:18:26

16   grouping but it still is a grouping of zone players

17   for synchronous playback.

18   BY MR. JAFFE:

19        Q     What would be included in the group

20   configuration in the -- as described here in         11:18:37

21   column 5, lines 4 through 8?

22              MR. RICHTER:  Object to the form; scope.

23              THE WITNESS:  Column 5, lines 4 through 8

24   doesn't describe, say, anything specific like a

25   particular variable or a wave representing the       11:18:53
```

                                                  Page 115

```
 1    information.  I think this gets back to the claim

 2    language allowing for variations on anything that

 3    can identify a group configuration associated with

 4    two or more of the plurality in the playback

 5    devices.                                          11:19:12

 6              So any programming construct or mechanism

 7    or visual representation that would convey that

 8    concept would be sufficient to meet the claim.

 9    Those are examples.

10    BY MR. JAFFE:                                     11:20:44

11        Q    So let's go to paragraph 65.  Again, we're

12    still in your reply declaration.

13        A    Okay.

14        Q    You referred to Zone Scene identifying a

15    group configuration as a special kind of group     11:21:12

16    configuration.

17              Do you see that?

18        A    Yes.

19        Q    What makes it special?

20        A    That it's predefined and saved for later   11:21:23

21    implication.

22        Q    And then you said:

23              "A group configuration can be

24              formed more efficiently."

25              What do you mean by that?                 11:21:33
```

Page 116

```
 1        A     So I think this goes back to the part we

 2    read before, maybe paragraph 57 in the reply brief,

 3    and then paragraph 58 uses that word "inefficiency."

 4            So it's that whole point of instead of

 5    having to form the group in an ad hoc manner, one by        11:21:58

 6    one, every time the user wishes to play the media in

 7    that group configuration, that the efficiency that

 8    you get is described in paragraph 58.

 9            And we talked about those two individual

10    romanettes.                                                 11:22:20

11        Q     So after this citation, you cite column 8,

12    lines 22 through 36.

13            Do you see that?

14        A     Yes.

15        Q     There's no reference to a group               11:22:42

16    configuration in that citation; correct?

17            MR. RICHTER:  Object to the form.

18            THE WITNESS:  I'm not sure what you're

19    asking.

20            I mean, the concept that the group that the      11:23:17

21    Zone Scene identifying a group configuration is a

22    special kind of group configuration.  It's

23    describing the first part of that cite.

24            The idea that you can dynamically link

25    together says using one command, so it's describing     11:23:39
```

Page 117

```
 1    the process of creating that special kind of group

 2    configuration.

 3    BY MR. JAFFE:

 4        Q    Thanks for that.

 5             My question is:  There's no reference to a        11:23:52

 6    group configuration in column 8, lines 22 through 36

 7    of the '206 Patent; correct?

 8             MR. RICHTER:  Object to the form.

 9             THE WITNESS:  So if you think my answer

10    wasn't responsive and that's why you're asking it         11:24:03

11    again, then maybe your question was whether or not

12    the words "group configuration" appear within that

13    section.

14             I don't think the words are there, but as

15    in the previous answer, I think they were there in        11:24:15

16    concept.

17    BY MR. JAFFE:

18        Q    Where are they there in concept?

19        A    So the idea that you're creating these

20    predefined groups for later invocation.                   11:24:28

21        Q    That's the concept of a group

22    configuration?

23        A    That's the concept of a special kind of

24    group configuration.

25        Q    Okay.  So column 8, line 60 through 67,          11:24:47
```

```
 1    your next citation in paragraph 55 -- excuse me --

 2    65, there's no reference to group configuration in

 3    that citation; correct?

 4           MR. RICHTER:  Same objection.

 5           THE WITNESS:  I don't see the word "group         11:25:09

 6    configuration," the words.  But I think it's there

 7    in concept with respect to one of the things that

 8    the specification describes is if you're building

 9    this special kind of group configuration that's

10    predefined and saved, it's describing some              11:25:26

11    additional kind of attributes, optional attributes.

12    BY MR. JAFFE:

13       Q    Okay.  And then column 10, lines 4 through

14    19, there's no reference to a group configuration

15    there either; correct?                                  11:25:47

16           MR. RICHTER:  Same objection.

17           THE WITNESS:  Yeah.  This looks to be

18    setting up the special kind of group configuration.

19    BY MR. JAFFE:

20       Q    Where is it setting that up?                    11:26:12

21       A    So I mean I can just read, but the idea

22    that -- first of all, the cite is 10-4, which says

23    the process.  So there's a little bit of a

24    description as to what that process is.

25           So you have to go to the paragraph before        11:26:34
```

Veritext Legal Solutions
866 299-5127

1      that starts at column 9, line 65, and so that

2      describes process of providing a player fee or Zone

3      Scene for plurality of players.

4              Then by the time you get to column 10,

5      line 4, it's going through that process of allowing          11:26:52

6      the user to decide which zone player will be

7      associated with the scene.  So you're creating that

8      special kind of group configuration that's

9      predefined and then it will get on to describing how

10     it's saved.                                                  11:27:10

11        Q    Okay.  So where in column 10, lines 4

12     through 19 is a reference to a group configuration?

13             MR. RICHTER:  Object to form.

14             THE WITNESS:  Again, I think like the other

15     cites, so far it's not using the words "group                11:27:27

16     configuration," but it's describing in concept the

17     idea that you have predefined groups and that those

18     zone scenes are special kinds of group

19     configuration.

20     BY MR. JAFFE:                                                11:27:51

21        Q    Okay.  And then the next cite is column 10,

22     lines 21 through 22.

23             There's no reference to a group

24     configuration in those two lines, is there?

25             MR. RICHTER:  Same objection.                        11:28:04

                                                         Page 120

```
 1            THE WITNESS:  I don't see the words, but

 2    with respect to what's there in concept, it's now on

 3    to the invocation phase for what's a predefined and

 4    saved special kind of group configuration.

 5    BY MR. JAFFE:                                      11:28:29

 6        Q    Then the next thing you cite, Appendix N,

 7    pages 30 through 35 and 37.  I'd like to turn there

 8    now.

 9        A    That I don't have printed.

10             Do you have a PDF of Exhibit 5?            11:28:48

11        Q    Yeah.  That's on the Exhibit Share.

12        A    I pulled that down.

13             Do you have a page number?

14        Q    I'm not actually -- I think, if I'm

15    understanding this correctly, the PDF page number    11:29:00

16    would be -- hold on --

17        A    I'm getting there, too.

18        Q    -- 241.

19             But this is actually one question I have,

20    which is what you intended to cite here.             11:29:28

21        A    That looks -- it does not look like what I

22    had in mind.  I think the cite is -- I have to go

23    back and look and see.  I would have to double check

24    the cite.

25             MR. RICHTER:  Jordan, did you say page 241   11:30:43
```

1    of Exhibit 5?

2              MR. JAFFE:  PDF page 241.

3              MR. RICHTER:  Okay.

4              THE WITNESS:  I think it's -- actually, if

5    I'm correct, it's PDF page 200.  It's the scene          11:31:05

6    setup that's described there and I think that it's

7    similar.  It should be those pages starting with

8    that scene setup.

9    BY MR. JAFFE:

10       Q    Okay.  Where does this refer to the group       11:32:10

11   configuration?

12       A    It's the same concept of what the other

13   insights are.  It doesn't use that term by name, but

14   with respect to setting up the special kind of group

15   configuration, especially in the context of the         11:32:22

16   claim language where that Zone Scene identifies a

17   group configuration associated with two or more of

18   the plurality of independent playback devices,

19   that's what this and all the other cites are

20   showing.                                                 11:32:40

21       Q    Okay.  Can you hear me?

22       A    I can.

23            If you're going to transition, can we do

24   another break?

25       Q    Yeah.  I have a couple quick follow-ups and     11:32:55

Page 122

1    I'm happy to take a break.

2         So you suggested that the citation was

3    supposed to be to what's page 200 of the PDF of your

4    reply declaration; is that right?

5    A    I believe that's right.  I would have to go        11:33:11

6    back and double check.  There's a sequence of pages.

7    I think the page count is correct.

8    Q    So I'm just looking at page 200 and that's

9    the page -- just make sure we're looking at the same

10   thing.                                                  11:33:30

11        It starts section 3, "scene setup"; is that

12   right?

13   A    Yes.

14   Q    Then there's -- the first thing it refers

15   to is "desktop controllers."                            11:33:38

16   A    That's section 3.2.  It's 3.1.  It's --

17   handheld controller 3.2 is desktop controller.

18   Q    3.2 refers to Zone Scene setup and then

19   there's a picture and in there are three different

20   scenes that are listed, or at least three different     11:33:59

21   menu items that end with the word "scene."

22        The first one is "party mode scene," second

23   one is "end party mode scene," and third one is

24   "morning scene."

25        Do you see that?                                   11:34:11

```
 1        A    I do.

 2        Q    What is party mode scene?

 3             MR. RICHTER:  Object to the form; scope.

 4             THE WITNESS:  That's just the name of

 5   whatever scene is in here.  You can give whatever      11:34:21

 6   name you want.  I don't think that it's describing

 7   the style of scene, as that term has been used

 8   elsewhere.  It's just the name of a particular

 9   scene.

10   BY MR. JAFFE:                                          11:34:39

11        Q    You said, "As that term has been used

12   elsewhere."

13             Is this term used elsewhere?

14             What term are you referring to when you're

15   saying referred to elsewhere?                          11:34:49

16        A    I think -- let's see.

17             I thought it was mentioned in the '206

18   Patent.  I thought I saw it somewhere.  I don't

19   remember exactly where I saw it before.

20             But at least in this example, it's just the  11:35:20

21   name of a particular scene, like the other ones that

22   surround it, where you can -- the user can go in and

23   create scenes.

24        Q    Are you familiar with party mode in Sonos's

25   products?                                              11:35:42
```

Page 124

```
 1              MR. RICHTER:  Object to the form; scope,

 2     foundation.

 3              THE WITNESS:  I've vaguely heard of that

 4     term.  As to exactly what it is, it's not something

 5     I offered opinions on in this declaration.         11:35:58

 6     BY MR. JAFFE:

 7         Q    What is party mode?

 8              MR. RICHTER:  Same objections.

 9              THE WITNESS:  I don't know.  That's -- the

10     details are not something I offered in this         11:36:06

11     particular declaration.

12     BY MR. JAFFE:

13         Q    Do you know what this party mode scene is

14     here --

15              MR. RICHTER:  Same objection.             11:36:17

16     BY MR. JAFFE:

17         Q    -- in paragraph 200 of your declaration?

18         A    I think you mean page 200 of the PDF.

19         Q    Correct.

20         A    It just says it's a scene that's available  11:36:29

21     and consistent with something that the user can

22     create or edit.

23         Q    Then there's this thing called morning

24     scene.

25              Do you know what that is?                 11:37:05
```

                                              Page 125

1               Still on page 200 of the PDF of your reply

2      declaration.

3               MR. RICHTER:  Object to the form.

4               THE WITNESS:  Just what it describes here.

5      Right?                                                    11:37:17

6               So Zone Scene setup is available from the

7      zones menu on the DCR.  Page 201, Zone Scene can be

8      added, edited or deleted.  With respect to page 202,

9      at least in this document, describes each scene

10     consisting of just one zone grouping.  And then          11:37:39

11     shows kind of through the user interface what you

12     can do.

13              I think page 12 might be missing.  Page 13

14     doesn't have a number on it.  But now you're into,

15     for example, the volumes for the zones in the Zone       11:38:00

16     Scene.

17              And then there's more configuration on 14

18     and 15.

19     BY MR. JAFFE:

20        Q    So looking at page 201, PDF page 201, in         11:38:16

21     your reply declaration, there's a UI dialogue, and

22     it says, "The following Zone Scenes are available."

23              Are morning, end party mode and party mode

24     examples of Zone Scenes?

25              MR. RICHTER:  Object to the form.               11:38:38

Page 126

```
 1              THE WITNESS:  That would require applying

 2     whatever the court ultimately determines the

 3     construction is for Zone Scene and then having more

 4     information about the genesis of these particular

 5     three entries.                                    11:38:54

 6              MR. JAFFE:  We can take our next break.

 7              THE VIDEOGRAPHER:  We're off the record at

 8     11:39 a.m.

 9                 (Whereupon, a recess was held

10                 from 11:39 a.m. to 11:51 a.m.)        11:50:59

11              THE VIDEOGRAPHER:  We're back on the record

12     at 11:51 a.m.

13     BY MR. JAFFE:

14         Q    Welcome back, Dr. Almeroth.

15         A    Hi.                                      11:51:10

16         Q    Did you do any sort of refreshing on the

17     subject matter in your deposition while we were on

18     break?

19         A    No.

20         Q    So before we went on a break, we were    11:51:22

21     looking at some citations in the appendix, Appendix

22     N, starting on page PDF page 200 of your reply

23     declaration.

24              And I wanted to ask you:  Where was the

25     reference to a group configuration in this relevant  11:51:40
```

Page 127

```
 1    part of the appendix that you cited?

 2            MR. RICHTER:  Object to the form.

 3            THE WITNESS:  I don't see where the

 4    particular term "group" information shows up, but I

 5    think it's there in concept consistent with the        11:51:53

 6    other citations I have identified consistent with

 7    the claim language and how group information is used

 8    or side group configuration as used in the claims.

 9    BY MR. JAFFE:

10       Q    I want to turn back to the part of the        11:52:47

11    declaration we've been going through.  We just

12    talked about paragraph 65.  I would like to turn to

13    paragraph 66.  This is PDF page 20 if that helps you

14    get there quicker.

15       A    Okay.                                          11:53:08

16       Q    So the second-to-last sentence says that:

17             "A POSITA would understand

18             this to mean that the data

19             'provides an indication of' or

20             'provides a characteristic of'                11:53:34

21             the thing it is characterizing."

22             Do you see that?

23       A    No.

24             What paragraph did you say?

25       Q    Paragraph 66, second-to-last sentence.        11:53:45
```

Page 128

```
 1         A    Yes.

 2         Q    Can you give me an example of how data

 3    would provide an indication of or provide a

 4    characteristic of the thing it is characterizing?

 5              MR. RICHTER:  Object to the form; scope.          11:54:07

 6              THE WITNESS:  I mean, in a general sense I

 7    haven't really attempted to come up with examples or

 8    even specifically in the context of examples from

 9    the patent.  Maybe there are some, but I don't know

10    if that's what those citations describe.  But I        11:54:24

11    don't have something off the top of my head.

12    BY MR. JAFFE:

13         Q    Paragraph 67 says that a zone -- I'm going

14    to paraphrase, it says a zone configuration refers

15    to configuration data, whereas a Zone Scene is not       11:54:56

16    limited to being a data representation.

17              Do you see that?

18         A    I do.

19         Q    So is a Zone Scene some sort of abstract

20    concept here, as compared to a zone configuration?       11:55:13

21              MR. RICHTER:  Object to the form; scope,

22    calls for legal conclusion.

23              THE WITNESS:  I don't think it's an

24    abstract concept.  I'm not sure if you're using the

25    term "abstract" in the sense of saying 101 analysis,     11:55:29
```

                                                    Page 129

```
 1      in which case it does call for a legal conclusion.

 2              But I think the idea here is that zone

 3      configuration is configuration data.  The kind of

 4      thing that might appear in a file that could be

 5      passed around and then it would be used to kind of        11:55:47

 6      construct what the zone is.

 7              But the Zone Scene, as it says, isn't

 8      limited to being a data representation.  I mean,

 9      it's -- you use the term "abstract," I think it's

10      more of a concept of what the zone is.                    11:56:04

11              It's a conceptual representation, so you

12      could represent it in a variety of different ways.

13      The point here is, it's not limited to just a data

14      representation.

15              Maybe you could do it with a figure or            11:56:19

16      something like that.

17      BY MR. JAFFE:

18          Q    A figure wouldn't be a data representation?

19          A    So --

20              MR. RICHTER:  Object to the form.                 11:56:31

21              THE WITNESS:  -- I mean, at that point, if

22      you don't like that example, which is probably why

23      I've been hesitant to give you specific examples and

24      application indications of the claim terms, then the

25      point really is that you can have data                    11:56:48
```

Page 130

1    representations as part of the zone configuration.

2    That's configuration data.  But the Zone Scene isn't

3    limited to that kind of data representation, the

4    kind of things that would be stored, for example, in

5    a file.                                              11:57:05

6    BY MR. JAFFE:

7        Q    So if a Zone Scene is not limited to a data

8    representation, what else could it be?

9            MR. RICHTER:  Object to the form; scope,

10   calls for legal conclusion.                          11:57:23

11           THE WITNESS:  Something that's not a data

12   representation.  It's a conceptual -- the fact -- I

13   mean, the example from figure 4A.  Zone Scene is the

14   combination of the bedroom, den, dining room.

15   That's the Zone Scene.                               11:57:45

16   BY MR. JAFFE:

17       Q    And so claim 1 is a media controller

18   including a processor the controller can figure to.

19           Do you see that?

20       A    Yes.                                        11:58:01

21       Q    In the context of an apparatus claim, how

22   would you have a Zone Scene that's not a data

23   representation?

24           MR. RICHTER:  Object to the form;

25   foundation, scope, calls for a legal conclusion.     11:58:16

Page 131

```
 1              THE WITNESS:  So the first limitation is

 2     received via network interface, a zone

 3     configuration -- and then I'll stop short of reading

 4     verbatim.

 5              So what you have to receive in the          11:58:34

 6     apparatus is the zone configuration.  It says where

 7     you receive it from, tells you more about the zone

 8     configuration wherein clause.  Another wherein

 9     clause.  The zone configuration characterizes one or

10     more zone scenes.                                     11:58:57

11              So the Zone Scene is characterized by the

12     zone configuration.  So in the context of an

13     apparatus claim, what was required is to receive via

14     network interface and then what's identified from

15     there.                                                11:59:19

16              Zone configuration is configuration data.

17     I think it's perfectly consistent with the

18     understanding of the claim that the Zone Scene can

19     be characterized by the zone configuration.

20     BY MR. JAFFE:                                         11:59:42

21        Q    Okay.  In the context of claim 1 of the

22     '206 Patent, can you provide me an example of a Zone

23     Scene that would not be a data representation?

24              MR. RICHTER:  Object to the form; scope.

25              THE WITNESS:  Not a question I tried to      11:59:55
```

Page 132

```
 1    answer.  I would have to give it some thought.

 2    BY MR. JAFFE:

 3        Q    Going back to paragraph 67, and there's a

 4    long sentence, but the -- towards the bottom of the

 5    page, you say, in part, quote:                          12:00:21

 6             "Describes a Zone Scene as a

 7             previously-saved, predefined

 8             group configuration that is

 9             framed from the perspective of a

10             user rather than being limited          12:00:32

11             only to its representation in

12             computer data."

13             Do you see that?

14        A    I do.

15        Q    What do you mean by, "Framed from the        12:00:40

16    perspective of a user"?

17        A    Let me see what the rest of the sentence

18    says.

19             (Document reviewed by the witness.)

20             THE WITNESS:  So the idea here in the        12:01:27

21    sentence is it's describing that the Zone Scene is

22    not limited to configuration data.  And you have to

23    consider the Zone Scene from the perspective of the

24    user.

25             So the citations, I think we've already      12:01:43
```

1    gone through them, 18 through 36, and then the two

2    column 10 citations are essentially describing ways

3    in which Zone Scenes can be created.  They can be

4    given a particular name, and you see that in example

5    in figure 3A, and so those are from the perspective        12:02:04

6    of a particular user.

7            So the user's understanding -- or reference

8    as to what the Zone Scene is, which wouldn't be

9    limited to just the data that characterizes what

10   that Zone Scene is.                                        12:02:26

11       Q    We're talking about what's in the mind of a

12   user?

13       A    No.

14            MR. RICHTER:  Object to the form.

15            THE WITNESS:  It's -- you can still see,          12:02:34

16   for example, in figure 3A, that the name of the Zone

17   Scene could be morning, and so that's not limited to

18   just the representation of the data.

19            Now, you can represent or you can store

20   that data in a zone configuration, but it doesn't         12:02:55

21   have to be limited to just the data.  That would be,

22   for example, stored in a file or sent across the

23   network.

24   BY MR. JAFFE:

25       Q    So if it's not limited to the data, what         12:03:17

Page 134

```
 1    else is there?

 2            MR. RICHTER:  Object to the form; calls for

 3    a legal conclusion.

 4            THE WITNESS:  I don't understand the

 5    question.                                          12:03:28

 6    BY MR. JAFFE:

 7        Q   Sure.

 8            So is figure 3A an example of a Zone Scene

 9    that is not a data representation?

10            MR. RICHTER:  Object to the form.          12:03:49

11            THE WITNESS:  Again, I don't understand the

12    question.

13            You're seeming to ask in the question

14    whether they have to be mutually exclusive.  You

15    have the Zone Scene as represented by the bedroom,  12:04:05

16    the dining room and den.  That's what the Zone Scene

17    is.  I can tell you what that Zone Scene is.  It

18    doesn't have to be represented as zone configuration

19    or configuration data or a file.

20            And so whether the fact that you might be   12:04:23

21    able to represent the view of the zone date -- I'm

22    sorry -- the Zone Scene as data or not, just the

23    whole point of this part of the declaration,

24    paragraph 67, is where a zone configuration refers

25    to configuration data.  The description or the      12:04:42
```

Page 135

```
 1    understanding of what the Zone Scene is, is not

 2    limited to a data representation.

 3          So it's what makes it distinctive over the

 4    zone configuration.

 5    BY MR. JAFFE:                                      12:05:05

 6      Q    Okay.  Can you give me an example of a Zone

 7    Scene that is not a data representation?

 8          MR. RICHTER:  Object to the form; scope.

 9          THE WITNESS:  I think you asked that

10    already, but the answer is I haven't tried to come  12:05:14

11    up with kind of the applications of the claim, and

12    the claim, leaps and bounds, that wasn't something

13    that I was trying to come up with an example of in

14    this declaration.

15    BY MR. JAFFE:                                      12:05:28

16      Q    In the context of a device and computer

17    code, how do you store something that isn't a data

18    representation?

19          MR. RICHTER:  Object to the form;

20    foundation, scope.                                 12:05:37

21          THE WITNESS:  Again, the point here is that

22    you can have the Zone Scene, you can depict it

23    pictorially, you can store it as data, but the Zone

24    Scene is the thing.  So if I tell you that the Zone

25    Scene is the bedroom, the den and the dining room,  12:06:01
```

Page 136

1      that's the Zone Scene.

2              Where is it stored or represented as data?

3      It's not.  You can.  That becomes the zone

4      configuration that's stored.  But independent of the

5      zone configuration that might be stored or                    12:06:18

6      transmitted and is configuration data, you can still

7      have the Zone Scene, as the conceptual

8      representation of that data.

9      BY MR. JAFFE:

10         Q    Okay.                                                 12:06:38

11         A    To be clear, to look at the claim -- and

12     you're asking about the claim -- the thing that the

13     claim has to receive is the zone configuration.

14             And the zone configuration, as the claim

15     says, has to characterize the Zone Scene and that's        12:07:01

16     the requirement of the claim.  You don't need to

17     separately store or have a Zone Scene other than the

18     Zone Scene is characterized by its own

19     configuration.

20         Q    Okay.  So in paragraph 68, you say that            12:07:26

21     zone configuration characterizes one or more Zone

22     Scenes.  That's the third and fourth lines.

23         A    I see that.

24         Q    And so I'm just referring generally to this

25     paragraph, so feel free to refer to whatever you           12:07:53

                                                          Page 137

```
 1    want.

 2            Am I understanding the opinion you're

 3    expressing here is that a zone configuration can

 4    include one or more Zone Scenes, whereas a Zone

 5    Scene is just a single Zone Scene?                    12:08:06

 6            MR. RICHTER:  Object to the form; document

 7    speaks for itself.

 8            THE WITNESS:  Could you repeat the

 9    question?

10            I don't think it made sense, but I'll try    12:08:20

11    and understand it one more time.

12    BY MR. JAFFE:

13        Q    Sure.

14            I'm trying to just understand the opinion

15    you're expressing in paragraph 68.  And as I         12:08:27

16    understand it, you're saying that one of the

17    differences -- or maybe the difference between a

18    Zone Scene and a zone configuration is that a zone

19    configuration characterized as potentially more than

20    one Zone Scene, whereas a Zone Scene just            12:08:46

21    characterized as one thing.

22            MR. RICHTER:  Same objection.

23            THE WITNESS:  Yeah.  I don't think that's

24    right.

25            I think the point here is that you can have   12:08:57
```

Page 138

```
1    a zone configuration.  If we think about that in

2    terms of the idea that it's configuration data and

3    one of the ways that it's been described is being

4    stored in a file.  So we think about the data that

5    characterizes the Zone Scene as being configuration      12:09:17

6    data in a file, then that file, that zone

7    configuration can actually have information that

8    characterizes multiple zone scenes.

9            So I think we had the example of Zone

10   Scenes like morning and afternoon and in garden, so      12:09:36

11   for those particular Zone Scenes, the configuration

12   data for each of those Zone Scenes could be in the

13   same zone configuration.

14   BY MR. JAFFE:

15       Q    It's possible that a zone configuration         12:09:59

16   with only one Zone Scene in it; right?

17            MR. RICHTER:  Object to the form; scope.

18            THE WITNESS:  So a zone configuration can

19   characterize one or more Zone Scenes; it can

20   characterize one Zone Scene alone.                        12:10:21

21   BY MR. JAFFE:

22       Q    Got it.

23            On the other hand, a Zone Scene -- excuse

24   me -- a zone configuration could characterize five

25   Zone Scenes, for example?                                 12:10:33
```

Page 139

```
 1            MR. RICHTER:  Same objections.

 2            THE WITNESS:  If I understand your

 3   hypothetical correctly, that would fall under the or

 4   more Zone Scenes part of the description.

 5   BY MR. JAFFE:                                    12:11:07

 6      Q    So turning to paragraph 69 -- again, I'm

 7   not going to quote it verbatim, but so I understand

 8   kind of what your opinion is that you express here,

 9   it's basically that the zone configuration kind of

10   holds multiple Zone Scenes and then the group        12:11:23

11   configuration is describing the group of zone

12   players; is that correct?

13            MR. RICHTER:  Object to the form; document

14   speaks for itself.

15            THE WITNESS:  So the zone configuration      12:11:39

16   characterizes one or more Zone Scenes.  That's

17   exactly what the claim language says.  And then each

18   Zone Scene identifies a group configuration

19   associated with two or more of the plurality of

20   independent playback devices.                         12:12:01

21            And I think going back to paragraph 64,

22   that's described as a grouping of zone players for

23   synchronous playback.

24            I recognize you kind of read the claim

25   language back to me, so I'm not sure that really      12:12:18
```

Page 140

```
 1    gets the answer to my question, but we can move on.

 2    BY MR. JAFFE:

 3        Q    Does a group configuration refer to a

 4    grouping of zone players for synchronous playback?

 5            MR. RICHTER:  Object to the form; scope.        12:12:39

 6            THE WITNESS:  That's what I say in

 7    paragraph 64.

 8    BY MR. JAFFE:

 9        Q    But you also say that a Zone Scene is a

10    grouping of players for synchronous playback;           12:12:50

11    correct?

12        A    I don't know where I say that.

13            So the Zone Scene -- I mean, this goes back

14    to what the two parties disputed constructions are

15    for Zone Scene and whether it's Zone Scene by itself    12:13:16

16    or Zone Scene identified in a group configuration

17    and ultimately what the Zone Scene is.  I don't take

18    a claim construction position on.

19        Q    Well, I mean, let's go back to paragraph 43

20    of your opening declaration.                            12:13:47

21        A    Yep.

22        Q    (Reading):

23            "Zone Scene, which is a

24            predefined grouping of zone

25            players that can first be saved              12:14:00
```

Page 141

```
 1              by a user and then later be

 2              invoked in order to cause the

 3              predefined grouping of zone

 4              players to be configured for

 5              synchronous playback of the              12:14:11

 6              media."

 7                   Do you see that?

 8         A    I do.

 9         Q    That's what you're saying a Zone Scene is;

10    correct?                                          12:14:19

11         A    I stand by the testimony I gave earlier

12    about this paragraph and how that particular

13    language should be interpreted.

14         Q    Okay.  You won't say that's what it is, but

15    okay.                                             12:14:29

16              Let's go back to your rebuttal declaration,

17    paragraph 69.  You say:

18              "A group configuration refers

19              to a grouping of zone players for

20              synchronous playback."                  12:14:43

21                   Do you see that?

22         A    64?

23         Q    69.

24         A    Okay.  I see you're reading at the end on

25    the next page.  Okay.                             12:15:18
```

Veritext Legal Solutions
866 299-5127

```
 1        Q    You say that:

 2             "Group configuration refers

 3             to a grouping of zone players for

 4             synchronous playback."

 5             Correct?                                    12:15:54

 6        A    I thought you said group configuration the

 7   first time, then I thought you just said something

 8   different.

 9        Q    You say that in paragraph 69 of your

10   declaration that group configuration refers to a      12:16:08

11   grouping of zone players for synchronous playback.

12        A    Yes.

13        Q    So doesn't that mean that group

14   configuration and Zone Scene are essentially

15   redundant of one another, in your opinion?            12:16:22

16             MR. RICHTER:  Object to the form; calls for

17   a legal conclusion.

18             THE WITNESS:  I thought it was a good

19   question.

20             No, I don't think they're redundant because 12:16:33

21   a grouping of zone players for synchronous playback

22   doesn't include additional specific requirements for

23   a Zone Scene.

24             And I realize that those terms are at

25   issue, there's different constructions for what is    12:17:00
```

Page 143

1    required for the Zone Scene and what the Zone Scene

2    is, and I believe you're pointing back to

3    paragraph 43 of the opening declaration.

4           I think that summarizes, in part, what

5    Sonos's construction is, but as I testified, I'm not        12:17:16

6    taking a position as to what the correct

7    construction of a Zone Scene is.

8           But the point is that a Zone Scene is

9    something more specific than group configuration.

10           So just like we were talking about zone        12:17:39

11    configuration and zone group configuration and zone

12    configuration file and zone group configuration

13    file, and that there's a relationship there in terms

14    of being a subset or more specific than the other,

15    the same thing applies to Zone Scene and group        12:17:58

16    configuration.

17           And let me just add the one last cite.

18           This is in the reply declaration.  I think

19    it first starts off, this whole section, around

20    paragraph 52 when it talks about kind of the dispute        12:18:37

21    between the parties around what zone scene is.

22    Sorry.

23           Paragraph 60 talks about the party zone

24    scene proposals.

25           The point of those paragraphs is there's        12:18:57

1    different definitions for what a Zone Scene being

2    offered is the correct construction.  I'm not taking

3    a position on those.

4          But there's some aspects that overlap and

5    the aspects that overlap are ultimately one                    12:19:10

6    construction versus another.  They would be more

7    specific than group configuration.

8    BY MR. JAFFE:

9       Q    Got it.

10          Let's turn to paragraph 72 of your reply            12:19:30

11   declaration.

12      A    Okay.

13      Q    In the last sentence of paragraph 72, you

14   say that -- excuse me:

15             "A 'zone group configuration'                    12:19:57

16          file is something different than

17          an identification of a group

18          configuration."

19          What do you mean by that?

20      A    Okay.  So zone group configuration -- and I        12:20:08

21   use the term kind of "terminology tree," which is

22   what we went through just above this -- that you

23   have zone configuration, then the embodiment being a

24   zone configuration file.  That doesn't require

25   anything about a zone group, then you have zone               12:20:25

1    group configuration file, so those terms are sort of

2    related.

3         But the zone group configuration file being

4    configuration data is different than the group

5    configuration.  So you have the group configuration          12:20:41

6    was the grouping of zone players for synchronous

7    playback, as kind of a more general case of zone

8    status.

9         So the idea is that you have kind of the

10   zone status -- sorry -- the Zone Scene, and that            12:20:56

11   identifies a group configuration.  And then what

12   that ultimately has to be is characterized by the

13   zone configuration.

14        And you -- in your questioning earlier, you

15   kind of took issue with the fact that you had this         12:21:20

16   conceptual representation of the group, where I can

17   say it's a bedroom, a living room, and a kitchen,

18   that's not data.  You can represent it however you

19   want.  So that represents the group or the Zone

20   Scene, then there's the piece of the claim where you       12:21:38

21   have to have the actual configuration data that can

22   be received via network interface.

23     Q    When you refer to configuration data as

24   what zone configuration refers to, the zone

25   configuration data, that never appears in the claims       12:22:00

Page 146

1    of the specification; correct?

2         A    The term "configuration data"?

3         Q    Correct.

4         A    I don't have the spec memorized.  You can

5    do a word search and see if they're there or it's          12:22:11

6    not.  But, again, I think it's there in concept when

7    it describes this idea of a file and what's in the

8    file, as an example.

9         Q    So it's -- the phrase "configuration data"

10   is not, at least to your memory, present in the            12:22:27

11   claims of the specification.

12        Did you come up with that phrase,

13   "configuration data," or did someone provide it to

14   you?

15        MR. RICHTER:  Object to the form; scope and            12:22:40

16   to the extent mischaracterizes prior testimony.

17        THE WITNESS:  You're asking about

18   configuration data?

19   BY MR. JAFFE:

20        Q    Yes.                                              12:22:54

21        So just maybe I'll restate the question, if

22   that would be helpful.

23        A    Sure.

24        Q    I'm looking here, for example, at

25   paragraph 72 you say that zone configuration refers         12:23:01

Page 147

```
 1        to configuration data; correct?

 2            A    That's what it says.

 3            Q    And at least sitting here today, you can't

 4        identify a single place in the intrinsic record

 5        where the phrase "configuration data" appears;        12:23:19

 6        correct?

 7                 MR. RICHTER:   Object to the form; and to

 8        the extent it mischaracterizes.

 9                 THE WITNESS:   So I don't have the spec

10        memorized.  I couldn't tell you if there's a cite to  12:23:29

11        the specific word "configuration" followed by the

12        specific word "data."

13                 I think if you look at what's being

14        described in the context of the first part of

15        paragraph 72, the term "zone configuration files"     12:23:41

16        are described and files generally contain data and

17        they're characterized as -- I mean, it's addressed

18        right there at the top of paragraph 72.

19                 So to answer your question, I don't know

20        whether or not the word "configuration data," those   12:24:04

21        two words appear.  But I think the first part of 72

22        addresses the relationship between configuration

23        data and configuration file and then the term zone

24        configuration.

25        ///                                                   12:24:23
```

Page 148

```
 1    BY MR. JAFFE:

 2        Q     Thank you for that.  I'm going to ask my

 3    question again, though.

 4              Sitting here today, you can't identify a

 5    single place in the intrinsic record where the            12:24:30

 6    phrase "configuration data" appears; correct?

 7              MR. RICHTER:  Same objections.

 8              THE WITNESS:  It's essentially the same

 9    answer I gave.  It's a little bit circular and

10    longwinded, so I'll try to make it more concise.          12:24:44

11              The point is, I don't know if the term

12    "configuration data," those two words appear in the

13    specification or claims.

14              But the point is, if you look at what the

15    spec says about zone configuration and zone              12:25:01

16    configuration files, that's what files generally

17    hold, are data.  And if it's a configuration file,

18    it holds configuration data.

19    BY MR. JAFFE:

20        Q    I'll ask it another way.                        12:25:15

21              Please identify a single place in the

22    intrinsic record where the phrase "configuration

23    data" appears.

24        A    If you're asking for those two words

25    specifically, I don't have the specification             12:25:28
```

Page 149

```
 1     memorized.  But as I've testified to in the last

 2     couple of answers, and paragraph 72 provides the

 3     basis for my opinion as to where a person with

 4     skilled art would understand the disclosures the way

 5     I've characterized them.                              12:25:46

 6        Q    Okay.  Then I want to circle back to the

 7     question I was getting at earlier.

 8             Where did the phrase "configuration data"

 9     come from?

10             Is that a phrase that you came up with or    12:26:02

11     was that a phrase that was provided to you by

12     someone else?

13             MR. RICHTER:  Object to the form; scope.

14             THE WITNESS:  I suspect I came up with it

15     in the context of understanding what a zone          12:26:14

16     configuration is as it relates to zone configuration

17     files.

18             Potentially the word "data" I believe

19     appears in lots of places, so the idea that it's

20     configuration -- zone configuration and it has data, 12:26:37

21     I think it pretty much comes straight out of the

22     spec.

23     BY MR. JAFFE:

24        Q    Well, it doesn't come straight out of the

25     spec, right, because you can't identify any instance 12:26:53
```

Page 150

1   of it; right?

2              MR. RICHTER:  Object to the form.

3              THE WITNESS:  The term "configuration

4   data," I don't -- again, I don't know if it's been

5   established whether or not those words appear                12:27:05

6   together, but the idea that you have configuration

7   files that contain data, I'm not sure why it's

8   unreasonable to say that the zone configuration file

9   that has data is not configuration data.

10             I don't recall Dr. Kyriakakis saying that       12:27:26

11  it's his opinion that a zone configuration file

12  doesn't have configuration data.

13  BY MR. JAFFE:

14      Q    Okay.  Let's go to paragraph 73.

15      A    Okay.                                              12:27:48

16      Q    So here you state on the last page on 22

17  carrying over to page 23:

18             "First, as I explained above,

19             'zone configuration' is not used

20             in isolation in the                             12:28:10

21             specification -- the

22             specification uses the phrase

23             'zone configuration file.'"

24             Do you see that?

25      A    I see that.                                       12:28:19

                                                    Page 151

```
 1        Q     Are you aware of any instance of an example

 2   or description in the specification of a zone

 3   configuration as contrasted from a zone

 4   configuration file?

 5             MR. RICHTER:  Object to the form.              12:28:34

 6             THE WITNESS:  I don't have the spec

 7   memorized.  Sitting here right now, I couldn't say

 8   one way or another.  I'd have to go look.

 9             But I don't have one memorized to the

10   extent it's there.                                      12:28:48

11   BY MR. JAFFE:

12        Q     And then you cite here on column 5,

13   lines 51 through 53 --

14        A     Yes.

15        Q     -- and it refers to zone configuration        12:29:12

16   files.

17             Do you see that?

18        A     I see that.

19        Q     Then it says:

20             "Typically a saved zone group               12:29:21

21             configuration file is transmitted

22             to a controller."

23             Do you see that?

24        A     I see that.

25        Q     And that's at column 5, line 54.             12:29:30
```

```
 1              Is the zone group configuration file there,

 2      is that referring to a zone configuration or a group

 3      configuration?

 4         A    It's referring to -- it's a special

 5      instance of a zone configuration file, so it's -- so        12:29:45

 6      the difference there is the introduction of the word

 7      "group"; otherwise, it's the same.  Zone

 8      configuration file versus zone group configuration

 9      file.

10              So the zone group configuration file would         12:30:02

11      have information about the zone group, as opposed to

12      just information about the zone.

13         Q    So what do you mean when you say,

14      "Information about the zone group as opposed to

15      information about the zone"?                                12:30:19

16         A    So the information is the configuration

17      data, just to be more specific.  But you can

18      certainly have a zone and a zone doesn't necessarily

19      have to have a group in it.

20              So if you have a zone configuration file,          12:30:36

21      there might not be any information about a zone

22      group, but a zone group configuration file is

23      something more specific.  It would have information

24      about the zone group.

25              Now, the zone group configuration file             12:30:49
```

Page 153

```
 1    might have information about the zone group, but it

 2    doesn't have the same specificity as a zone group

 3    configuration file, at least in terms of the use of

 4    that word and the name.

 5        Q    Can they be the same?                      12:31:03

 6             MR. RICHTER:  Object to the form.

 7             THE WITNESS:  If you have an example of a

 8    zone group configuration file, it certainly might be

 9    the case that it is a zone configuration file.  If I

10    have a red car and a car, the red car is still a      12:31:25

11    car.  Kind of a genus species description.

12    BY MR. JAFFE:

13        Q    Do you have an example of zone group

14    configuration file?

15             MR. RICHTER:  Object to the form; scope.     12:31:41

16             THE WITNESS:  You asked a lot of questions

17    about examples.  I'm not sure what specificity of

18    examples you want.

19             If you talk about the syntax of how

20    information might be stored, configuration data       12:31:51

21    might be stored in the files, I don't have an

22    example.  I didn't try and come up with an example

23    for purposes of this declaration.  It wasn't

24    necessary for my opinions.

25    ///                                                   12:32:07
```

Page 154

```
 1    BY MR. JAFFE:

 2        Q    Just to make sure we're not talking past

 3    each other.

 4             What are the essential elements that make

 5    something a zone configuration?                    12:32:13

 6             MR. RICHTER:  Object to the form; scope,

 7    calls for a legal conclusion.

 8             THE WITNESS:  I think ultimately I would

 9    have to -- I think that's an application of the

10    claim language.  I don't think I've tried to come up   12:32:28

11    with some definitive list of information.

12             The best I can point you to is what the

13    claim language says or what it describes as being

14    required.

15    BY MR. JAFFE:                                      12:32:41

16        Q    What are the essential elements that make

17    up a group configuration?

18             MR. RICHTER:  Same objection.

19             THE WITNESS:  It would be essentially the

20    same answer.  I mean, I can point you to the claim    12:32:51

21    language like I've done before.  But beyond the

22    claim language, I think you're asking me about sort

23    of applying that term and what would be within the

24    scope of the term or not, which is not I understand

25    an exercise that I have opined on for purposes of my   12:33:08
```

Page 155

```
 1    claim construction declarations.

 2    BY MR. JAFFE:

 3        Q    Looking at paragraph 73, again, of your

 4    reply declaration, on the third line down on

 5    page 23, you refer to the Zone Scene technology.        12:33:23

 6            Do you see that?

 7        A    I see that.

 8        Q    What is the Zone Scene technology?

 9        A    So the full sentence says:

10            "Second, the specification                       12:33:34

11        introduces 'zone configuration

12        file' prior to introducing and

13        discussing the 'Zone Scene'

14        technology."

15            So the point here is -- let me answer your        12:33:43

16    question.

17            The Zone Scene technology would be the type

18    of technology described and claimed in the Zone

19    Scene Patent.

20        Q    So towards the end of this paragraph, we're     12:34:07

21    still in paragraph 73, you refer to a Zone Scene as

22    a previously saved grouping.

23            Do you see that, in part?

24            I'm not quoting the whole thing.

25        A    I see it.                                        12:34:21
```

                                                    Page 156

```
 1        Q    What is required to be saved?

 2             MR. RICHTER:  Object to the form; scope,

 3     and calls for a legal conclusion.

 4             THE WITNESS:  If you're asking about what's

 5     required by the claims, then I can point you to the      12:34:36

 6     claim language.

 7             Beyond that, if you're asking about

 8     examples or the application of that claim language,

 9     those are not opinions I have attempted to offer in

10     this declaration.                                        12:34:49

11     BY MR. JAFFE:

12        Q    Well, how does one in the ordinary skill

13     know if they saved enough to be a previously saved

14     grouping, as you wrote here in paragraph 73 of your

15     declaration?                                             12:35:00

16             MR. RICHTER:  Same objections.

17             THE WITNESS:  So if you're asking -- it

18     says "previously saved groupings."  If you're

19     referring to in the claim language for zone

20     configuration, then the claim zone configuration has    12:35:13

21     to characterize one or more Zone Scenes.

22             So that would be what a person in the

23     skilled art would look to to determine whether or

24     not what had previously been saved was sufficient to

25     meet the claim language.  You have to look at that       12:35:31
```

Page 157

```
 1      language, compare it to what was saved, and then

 2      make a determination.

 3              So, again, this gets into the realm of

 4      applying the claim language to determine if

 5      something is within the scope or not, which is not      12:35:43

 6      an exercise that I have taken for purposes of my

 7      claim construction declarations.

 8      BY MR. JAFFE:

 9          Q    Can you provide any examples of what would

10      be saved in the context of what you wrote here in      12:35:54

11      paragraph 73?

12              MR. RICHTER:  Object to the form; scope.

13              THE WITNESS:  I haven't tried to come up

14      with examples.

15      BY MR. JAFFE:                                          12:36:05

16          Q    Can you right now provide me an example of

17      what would be saved?

18              MR. RICHTER:  Same objection.

19              THE WITNESS:  I have to give it some

20      thought.  It's not in my declaration, so you're       12:36:13

21      essentially asking me to develop opinions on the

22      fly, which I would just need some time to think

23      about.

24      BY MR. JAFFE:

25          Q    So looking back at figure 3A of the '206      12:36:26
```

Page 158

```
 1    Patent, which is also on the face of the patent, it

 2    has a picture and it says "zone configuration/scene"

 3    and then there is a bracket pointing to a block that

 4    has bedroom, den, dining room in it.

 5          Do you see that?                              12:36:48

 6      A    I do.

 7      Q    In your opinion, is this figure correct?

 8          MR. RICHTER:  Object to the form.

 9          THE WITNESS:  I'm not sure what original

10    analysis I'm to use in determining whether this      12:37:03

11    figure is correct, as you characterized it.

12    BY MR. JAFFE:

13      Q    Would you think it's a fair

14    characterization to say figure 3A is showing a zone

15    configuration?                                        12:37:15

16      A    I think it is a visual representation of

17    what could be a zone configuration.  So in the

18    context or the example of where the zone

19    configuration is a file or there's some

20    configuration data, then that configuration data can  12:37:33

21    be used to provide the graphical depiction shown in

22    paragraph 3A.

23      Q    Would you agree this is also depicting a

24    Zone Scene, figure 3A?

25      A    Given that there are competing             12:37:47
```

Page 159

1    constructions, the idea that a Zone Scene -- well,

2    it depends on which construction potentially, so the

3    idea that I think we were describing earlier that

4    it's a predefined grouping of zone players.

5         So just looking at 3A, I would have to go          12:38:12

6    back and see if it would meet the elements of the

7    different proposed constructions.  I certainly think

8    it could be.

9    Q    Would you agree that figure 3A provides an

10   illustration of one Zone Scene?                         12:38:28

11        MR. RICHTER:  Object to the form.

12        THE WITNESS:  Column 3, line 42 says figure

13   3A provides an illustration of one Zone Scene.

14   That's certainly what the patent says.

15   BY MR. JAFFE:                                           12:39:00

16   Q    So would you agree that figure 3A provides

17   an illustration of a Zone Scene?

18        MR. RICHTER:  Same objection.

19        THE WITNESS:  It provides an illustration

20   of one Zone Scene.  As to whether or not that's a       12:39:07

21   Zone Scene that would meet the different parties'

22   constructions for the particular claims, I think

23   that's ultimately a different question.

24        So I can tell you what the patent says and

25   I don't -- don't offer the opinion that the patent      12:39:20

                                                        Page 160

```
1     is wrong when it describes figure 3A that way.

2     BY MR. JAFFE:

3        Q    Does figure 3A show a zone configuration, a

4     Zone Scene, both, or neither?

5             MR. RICHTER:  Object to the form; scope.          12:39:39

6             THE WITNESS:  So I think what figure 3A is

7     showing conceptually is that you can have the kind

8     of information that would show the grouping of zone

9     players.  As I testified to earlier, there could be

10    a configuration that is used to create that visual     12:39:59

11    representation.  And I think it's pretty

12    straightforward from there, so it's not clear what

13    it means to say figure 3A is a zone configuration,

14    for example.

15            If that's configuration data and it's         12:40:20

16    stored in a file, typically you wouldn't store the

17    visual representation itself.  But if you're

18    representing the data that's in the file, then your

19    question is difficult to answer.

20    BY MR. JAFFE:                                          12:40:40

21       Q    Does figure 3A show configuration data?

22            MR. RICHTER:  Same objection.

23            THE WITNESS:  I think it shows the visual

24    representation of configuration data.  I think

25    consistent with configuration data being more a       12:40:58
```

Page 161

```
 1    broader understanding of what a Zone Scene is.

 2    Doesn't have the same constraints that a Zone Scene

 3    has.

 4              MR. JAFFE:  Do we want -- I'm going to

 5    change topics here.                                    12:41:32

 6              Do we want to break for lunch?

 7              THE WITNESS:  Sure.  It's a good time if

 8    you are changing topics.

 9              MR. JAFFE:  Does that work for everyone

10    else?                                                  12:41:42

11         MR. RICHTER:  Works for me.

12              THE WITNESS:  Go off the record and decide.

13              THE VIDEOGRAPHER:  We're off the record at

14    12:41 p.m.

15              (Whereupon, a lunch recess was held          13:17:02

16              from 12:41 p.m. to 1:17 p.m.)

17              THE VIDEOGRAPHER:  We are back on the

18    record at 1:17 p.m.

19    BY MR. JAFFE:

20         Q    Welcome back, Dr. Almeroth.                  13:17:12

21         A    Thank you.

22         Q    I wanted to follow up on one of the items

23    that we talked about this morning, and specifically

24    in paragraph 63 of your reply declaration, you

25    talked about a Zone Scene being framed from the        13:17:29
```

Page 162

```
 1    perspective of a user rather than being limited only

 2    to its representation and computer data.

 3           Do you recall that?

 4       A    Yes.

 5       Q    What I want to understand is, in your view,      13:17:42

 6    a Zone Scene is something that is previously saved;

 7    right?

 8       A    I'm thinking about the claim language.  I

 9    don't recall there being a limitation about saving,

10    so I'm not sure if you're talking about the          13:18:23

11    limitation or some sort of embodiment, like I

12    described it.

13       Q    So let's go to paragraph 67.  I think I

14    said 63.  I may have misstated that.  I meant 67.

15       A    Okay.  I'm at 67.                             13:18:58

16       Q    Here is the portion where you state that:

17              "A Zone Scene is a previously

18          saved, predefined group

19          configuration as framed from a

20          perspective of a user rather than        13:19:16

21          being limited only to its

22          representation and computer

23          data."

24              Do you see that?

25       A    I see that.                                  13:19:22
```

1        Q    And so if it's previously saved, it has to

2   be saved as a representation of data; correct?

3           MR. RICHTER:  Object to the form, scope.

4           THE WITNESS:  I think the pronoun at the

5   end of that sentence you're referring to the Zone          13:19:40

6   Scene?  You said "it."

7   BY MR. JAFFE:

8        Q    Yes, Zone Scene.

9        A    Again, the idea is that the Zone Scene is

10  characterized by the zone configuration.  I think          13:19:59

11  there's examples where the zone configuration is

12  described as a zone configuration file which is

13  saved and then can also be retrieved.

14          So the thing that stores the

15  characterization of the Zone Scene or the zone             13:20:18

16  configuration, but from the zone configuration,

17  among other places, while the zone configuration

18  characterizes the Zone Scene, so that's the thing

19  that's being saved, at least one embodiment.

20       Q    Is zone configuration a word that has a          13:21:23

21  plain and ordinary meaning to one of skill in the

22  art in 2006?

23          MR. RICHTER:  Object to the form; scope.

24          THE WITNESS:  Your question didn't qualify

25  as to whether or not it was in light of the               13:21:39

Page 164

```
 1    specification or the claims in the specification.

 2            So outside of the scope of the claims, I

 3    haven't really looked to see if that term has been

 4    used in the same way in other context.

 5            Or I'm sorry, if it -- I haven't looked to      13:22:16

 6    see if that term has particular meanings in other

 7    context.

 8    BY MR. JAFFE:

 9        Q    What is the plain and ordinary meaning of

10    zone characterization in 2006 to one in the skill of    13:22:33

11    the art?

12            MR. RICHTER:  Object to the form.

13            THE WITNESS:  If you're asking outside the

14    scope of the claims, I don't think that's a position

15    that I've taken.                                        13:22:41

16    BY MR. JAFFE:

17        Q    What is the plain and ordinary meaning of

18    group configuration in 2006 to a person of skill in

19    the art?

20            MR. RICHTER:  Object to the form; scope.        13:23:01

21            THE WITNESS:  If you're asking that

22    question outside of the scope of the claims of the

23    Zone Scene Patents, then that's not an opinion that

24    I believe I've offered.

25    ///                                                     13:23:16
```

Page 165

```
 1    BY MR. JAFFE:

 2        Q    Are you aware that there's five patents

 3    currently asserted in this case?

 4        A    Yes.

 5        Q    We've been talking about what we've          13:23:23

 6    referring to as the Zone Scene Patents.

 7        A    Yes.

 8        Q    Have you reviewed any of the other patents

 9    that are asserted in this case?

10        A    I don't believe I have.  To be more         13:23:34

11    precise, I certainly haven't reviewed those patents,

12    at least I don't recall reviewing those patents, as

13    a basis for the opinions that are contained in my

14    two declarations.

15        Q    I think you -- are your declarations true    13:24:10

16    and accurate, to the best of your knowledge?

17        A    They are.

18        Q    Are there any corrections you would like to

19    make to them?

20        A    Other than the one that we discussed         13:24:23

21    earlier, I am not aware of anything else, any other

22    typos that need to be put on the record.

23        Q    I want to -- data network is one of the

24    terms you provided opinions about; correct?

25        A    Yes.                                         13:25:11
```

Page 166

1       Q    Data network is a well understood term in

2    the networking field; correct?

3       A    I think that it is a term that has meaning

4    to people of skill in the art.  In a general sense,

5    as to kind of specifically what it means, sometimes          13:25:34

6    context is required.

7       Q    Sorry.

8            My question was:  The term data network is

9    a well understood term of art in the networking

10   field; correct?                                              13:25:55

11           MR. RICHTER:  Object to the form;

12   foundation.

13           THE WITNESS:  I think I answered that

14   question.

15           The term "data network" is something that's         13:26:02

16   used or would be used by a person in the skill of

17   the art, it's used by people in the field.

18           But in some cases it has a more specific

19   meaning, depending on its context, and I think that

20   at least the Zone Scene Patents use the term in that         13:26:21

21   way.

22   BY MR. JAFFE:

23      Q    What is the plain and ordinary meaning of

24   data network to a person of ordinary skill in 2006?

25      A    If you're asking about as the term has been          13:26:37

                                                                 Page 167

```
 1    offered for construction, then I think it's a medium

 2    that interconnects devices, enabling them to send

 3    digital data packets to and receive digital data

 4    packets from each other.

 5            If you're asking outside of the scope of          13:26:57

 6    these claims, the Zone -- in the Zone Scene Patents,

 7    to some more generalized definition, that's not an

 8    opinion that I've offered in this declaration.

 9      Q    You were reading something.

10            What were you reading from in that answer?        13:27:18

11      A    From the Sonos's proposed construction that

12    I believe is the correct one, so that's -- I happen

13    to be reading from Exhibit 5 on page 5.

14      Q    So you were reading from Sonos's proposed

15    construction?                                             13:27:38

16      A    Yes.

17      Q    Is Sonos's proposed construction, in your

18    opinion, is that the plain ordinary meaning of data

19    network, or is that a specialized construction for

20    purposes of, you know, in light of the intrinsic        13:27:51

21    record?

22            MR. RICHTER:  Object to the form.

23            THE WITNESS:  I'm not sure how to answer

24    that question.  Sort of -- you set up with the

25    two -- the choices are mutually exclusive.  I think      13:28:12
```

Page 168

```
 1    that that's how a person of skill in the art would

 2    understand that term in the context of the Zone

 3    Scene Patents.

 4    BY MR. JAFFE:

 5        Q    Do the Zone Scene Patents redefine the term        13:28:26

 6    "data network"?

 7            MR. RICHTER:  Object to form.

 8            THE WITNESS:  I don't think they redefine

 9    the term.  I think that the supporting language in

10    the claim demonstrates to a person of skill in the        13:28:50

11    art, particular requirements for what a data network

12    needs to be embodied within Sonos's construction.

13    BY MR. JAFFE:

14        Q    Where is the word or -- is data network

15    required for claim of the '206 Patent -- let me ask        13:29:06

16    it again.

17            Is a data network required for claim one of

18    the '206 Patent?

19            MR. RICHTER:  Object to the form; calls for

20    a legal conclusion.                                         13:29:21

21            THE WITNESS:  So the term -- well, claim 1

22    recites receive via a network interface.  That

23    network interface has been proposed for

24    construction.  And let me -- so that construction

25    reads a physical component of the device that           13:30:32
```

Page 169

1    provides an inter connection with the data network.

2         So to meet the limitations of the claims,

3    you require that you receive via a network interface

4    as an apparatus claim.  I don't believe you actually

5    have to have the network present, but you would need          13:30:51

6    a network interface that would meet the proposed

7    construction or what ultimately the court adopts as

8    the construction for network interface.

9         There might be other terms, but I think

10   that that's one way that a data network impacts           13:31:10

11   claim 1 of the '206 Patent.

12   BY MR. JAFFE:

13        Q    Did the intrinsic record modify the plain

14   ordinary meaning of data network?  Intrinsic record

15   of the Zone Scene Patents.                                13:31:26

16        MR. RICHTER:  Object to the form.

17        THE WITNESS:  I don't recall with intrinsic

18   records setting forth sort of what sometimes style

19   the lexicography definition for data network.  But

20   certainly as I describe in my declaration, there are      13:31:44

21   descriptions of what that data network is used for

22   that would help a person understand some of the

23   specific requirements as to what the data network

24   needs to be.

25   ///                                                       13:32:00

Page 170

```
 1    BY MR. JAFFE:

 2        Q    Are you relying on any disclaimer in the

 3    specification or prosecution with regard to data

 4    network?

 5        A    I think ultimately that's a legal question,        13:32:07

 6    but I don't recall issue of disclaimer being at

 7    issue for claim construction as it relates to the

 8    data network firm.

 9        Q    Would you then agree that the term "data

10    network" is used in accordance with this plain and        13:32:25

11    ordinary meaning with the zone form?

12             MR. RICHTER:  Object to the form.

13             THE WITNESS:  Again, I think the idea is

14    data network is a term of art.  But with respect to

15    the specific requirements or characterizations of        13:32:38

16    what a data network is, I think that the patent sets

17    forth a good description that a person of skill in

18    the art would understand and is consistent with

19    Sonos's proposed construction and that those

20    requirements are consistent with how that term is        13:32:53

21    used or would be understood more generally by a

22    person with skill in the art.

23    BY MR. JAFFE:

24        Q    Is there anywhere in the Zone Scenes

25    patents that does not use the term "data network" in        13:33:07
```

Page 171

```
 1    accordance with its plain and ordinary meaning?

 2              MR. RICHTER:  Object to the form.

 3              THE WITNESS:  Well, if -- not sure exactly

 4    what you're asking.

 5              My recollection -- I don't have a patent        13:33:24

 6    memorized.  My recollection of the uses of data

 7    network are consistent with the construction that

 8    Sonos has proposed.

 9    BY MR. JAFFE:

10        Q    I appreciate that.  I mean, my question was    13:33:34

11    a little bit different.

12              Can you identify anywhere in the Zone Scene

13    Patents where the patents use the term not in

14    accordance with their plain and ordinary meaning?

15              MR. RICHTER:  Object to the form.             13:33:50

16              THE WITNESS:  You're re-asking the question

17    because your question used the plain and ordinary

18    meaning of the term, and I used Sonos's

19    construction.

20              And my understanding is that the              13:33:59

21    construction proposed by Sonos is the plain and

22    ordinary meaning of the term, so that's -- when you

23    say "plain and ordinary meaning of the term," I'm

24    applying how Sonos is defining that term.

25    ///                                                     13:34:12
```

Page 172

```
 1    BY MR. JAFFE:

 2        Q    Your opinion is that Sonos's construction

 3    is the plain and ordinary meaning of the term "data

 4    network"; is that right?

 5            MR. RICHTER:  Object to the form.              13:34:19

 6            THE WITNESS:  I believe that the

 7    construction that's described is the plain -- how a

 8    person of ordinary skill in the art would understand

 9    that term in the context of the Zone Scene Patents.

10    BY MR. JAFFE:                                          13:34:44

11        Q    I'm a little confused.

12            Is Sonos's construction the plain and

13    ordinary meaning of the term "data network"?

14            MR. RICHTER:  Object to the form.

15            THE WITNESS:  So I'm now reading from          13:35:22

16    paragraph 56 in the opening brief.  I think the best

17    way to express what my opinion is, is that Sonos's

18    construction is consistent with how you would see

19    and understand the term in the context of the Zone

20    Scene Patents.                                         13:35:43

21            And Google applies what it calls a plain

22    and ordinary meaning, but I think ultimately

23    disagrees that the plain and ordinary meaning is

24    what Sonos describes.

25            So your question is kind of ambiguous with     13:35:58
```

Page 173

1    respect to what plain and ordinary meaning you're

2    asking about.

3    BY MR. JAFFE:

4        Q    In the field of networking -- well, let me

5    back up.                                              13:36:20

6            Are there any aspects of Sonos's proposed

7    construction that are different than the plain and

8    ordinary meaning of the term data network?

9            MR. RICHTER:  Object to the form.

10           THE WITNESS:  So, again, Google appears to    13:36:34

11   be applying the plain and ordinary meaning, but then

12   defines that construction so broadly as I think to

13   be inaccurately reflecting what the plain and

14   ordinary meaning would be, again.

15           So your question is ambiguous as to the       13:36:51

16   particular plain and ordinary that you're applying.

17   BY MR. JAFFE:

18       Q    Do you have an understanding of what the

19   plain and ordinary meaning of the term "data

20   network" is?                                          13:37:01

21           MR. RICHTER:  Object to the form.

22           THE WITNESS:  So I believe Sonos's

23   construction is consistent with a person who would

24   understand that term.  Whether or not you

25   characterize that as the plain and ordinary meaning,  13:37:13

Page 174

```
 1    I'm not sure how to answer that question other than

 2    to say that Sonos's proposed construction is

 3    consistent with how a person of skill in the art

 4    would understand the term in the context of the Zone

 5    Scene Patents.                                    13:37:38

 6    BY MR. JAFFE:

 7        Q    Are you aware of any data networks in the

 8    2006 timeframe that would not meet Sonos's proposed

 9    construction?

10        A    Not as that term has been properly       13:37:46

11    construed.

12        Q    I'm not sure -- I don't really understand

13    what that means.

14        A    Your question is circular in the sense that

15    you said "data network," so it depends what         13:38:00

16    definition of data network is.  So if you're

17    implying Sonos's proposed construction for data

18    network, then I'm not aware of any data networks

19    that don't meet that construction.

20        Q    So in your opinion by definition, all data 13:38:19

21    networks comply with Sonos's proposed construction

22    because it's essentially a tautology; right?

23             MR. RICHTER:  Objection; calls for a legal

24    conclusion.

25             THE WITNESS:  I think the way you asked the 13:38:34
```

Page 175

```
 1    question, it was circular.

 2    BY MR. JAFFE:

 3        Q    Okay.  So you have no understanding of the

 4    plain and ordinary meaning of data network, apart

 5    from Sonos's proposed construction; true?              13:38:42

 6            MR. RICHTER:  Object to the form and to the

 7    extent it mischaracterizes prior testimony.

 8            THE WITNESS:  What I can say is, I offered

 9    an opinion that Sonos's proposed construction is how

10    a person of skill in the art would interpret the       13:38:58

11    term "data network" in the sense of the Zone Scene

12    Patents.

13            Your repeated use of plain and ordinary

14    meaning seems ambiguous as to what exactly you mean.

15    But basically all these questions you're asking,       13:39:12

16    when you say "plain and ordinary meaning," I'm not

17    exactly sure what you're referring to because

18    after -- this has alleged to apply the plain and

19    ordinary meaning, but done so in a way that I think

20    is inconsistent with how a person of skill in the      13:39:38

21    art would understand that term in the context of the

22    Zone Scene Patents.

23    BY MR. JAFFE:

24        Q    Can you look at paragraph 31 of your

25    opening declaration.                                   13:39:47
```

                                                  Page 176

```
1          A     Okay.

2          Q     Do you see there's a reference here to the

3     plain and ordinary meaning of a claim term?

4          A     I see that.

5          Q     So you understand what the plain and          13:40:06

6     ordinary meaning of a claim term is; correct?

7          A     I understand that legal concept.

8          Q     What is the plain and ordinary meaning of

9     the claim term "data network"?

10         A     If you're asking me what the plain and        13:40:22

11    ordinary meaning is in the context of the Zone Scene

12    Patents, then it's what I described as Sonos's

13    proposed construction, which is a medium that

14    interconnects devices enabling them to send digital

15    packets to and receive digital packets from each       13:40:43

16    other.

17         Q     So outside of the Zone Scene Patents, if a

18    fellow engineer came up and asked you what a data

19    network was or student, for example, what would you

20    tell them?                                              13:40:58

21              MR. RICHTER:  Object to the form;

22    incomplete hypothetical.

23              THE WITNESS:  Outside of this scope of

24    these patents, I haven't really offered an opinion

25    as to what that term would mean.                        13:41:07
```

Page 177

1          It would somewhat depend on the context.

2     In general, though, I believe I've provided several

3     extrinsic references that describe what a data

4     network is that's consistent with how a person of

5     ordinary skill in the art would understand that          13:41:23

6     term.

7     BY MR. JAFFE:

8         Q    Is there such a thing as analog data?

9             MR. RICHTER:  Object to the form;

10    foundation, scope.                                        13:41:34

11            THE WITNESS:  Yes.

12    BY MR. JAFFE:

13        Q    There's also digital data; right?

14            MR. RICHTER:  Same objection.

15            THE WITNESS:  Yes.                                13:41:46

16    BY MR. JAFFE:

17        Q    So the word "data" by itself, that could

18    refer to either analog data or digital data; is that

19    fair?

20        A    You would have to look at the context, but      13:41:55

21    it could refer to digital data or analog data.

22    Sometimes the context would actually limit what that

23    term could mean.

24        Q    Do all data networks use packets?

25            MR. RICHTER:  Object to the form;                 13:42:17

                                                    Page 178

```
 1    foundation.

 2            THE WITNESS:  Could you repeat the

 3    question?

 4    BY MR. JAFFE:

 5        Q    Do all data networks use packets?          13:42:20

 6            MR. RICHTER:  Same objection.

 7            THE WITNESS:  I think the opinion that I've

 8    offered is if you properly construe the term "data

 9    networks" when it includes digital data packets, I

10    think there's one instance in the declaration where   13:42:37

11    I describe parenthetically it could be called

12    frames.

13            There's sometimes other terms like "cells"

14    that are used, but in general, the data networks as

15    properly construed would include data packets.        13:42:55

16    BY MR. JAFFE:

17        Q    I appreciate that.  I'm not sure that

18    actually answered my question, though.

19            Do all data networks use packets?

20            MR. RICHTER:  Same objections.              13:43:08

21            THE WITNESS:  I think I answered that

22    question.

23    BY MR. JAFFE:

24        Q    You said, "Data networks as properly

25    construed."                                          13:43:19
```

                                                       Page 179

```
 1              Are you construing any claims today?
 2      A    Data network, as that term has been
 3   proposed by Sonos.   Sorry.
 4              I mean, if that doesn't mean what I just
 5   said, then I'm not sure exactly what the difference        13:43:35
 6   would be, but I'm describing by description of the
 7   construction, or what the construction is.
 8      Q    Right.  I'm not asking you for a
 9   description of Sonos's construction.
10              I'm just asking you:  Is it possible to        13:43:52
11   have a data network that doesn't have packets?
12              MR. RICHTER:  Object to the form;
13   foundation.
14              THE WITNESS:  So if you're implying that
15   Sonos's proposed construction for data network, then        13:44:06
16   that construction includes the term "digital data
17   packets."
18              As I testified to a couple questions ago,
19   the idea is that it's packets or sometimes it's
20   called "frames" or sometimes called "cells," but        13:44:23
21   even though slightly different terms can be used,
22   it's essentially the same concept of a packet.
23              The idea where you have some framing that
24   delineates one packet from the next is an example.
25   ///                                                          13:44:37
```

Page 180

```
 1    BY MR. JAFFE:

 2        Q    Are you familiar with something called

 3    "packets switched networks"?

 4        A    Yes.

 5        Q    What are packet switched networks, in your        13:44:52

 6    understanding?

 7        A    Hang on a second.  The phone is ringing in

 8    my hotel room.  We just have to let it go.

 9             You asked what are packet -- it's a network

10    that switches packets.                                     13:45:11

11        Q    Were there any data networks before packet

12    switch networks were created?

13             MR. RICHTER:  Object to the form.

14             THE WITNESS:  That's not really a question

15    I tried to answer.                                         13:45:27

16    BY MR. JAFFE:

17        Q    Are you familiar with circuit switch

18    networks?

19        A    Yes.

20        Q    Are those data networks?                          13:45:37

21             MR. RICHTER:  Object to the form; calls for

22    a legal conclusion.

23             THE WITNESS:  It depends on what you mean

24    by "circuit switch network."

25    ///                                                        13:45:49
```

                                                     Page 181

```
 1    BY MR. JAFFE:

 2        Q    So what's your understanding of a circuit

 3    switch network?

 4        A    It depends.  It has multiple definitions

 5    depending on context.                               13:45:56

 6        Q    Okay.  Please provide your understanding of

 7    the most common form of circuit switch network.

 8        A    It depends.  I mean, it covers lots of

 9    different kinds of networks, so you would have to be

10    more specific in your question.                     13:46:12

11        Q    Okay.  Is it possible for a circuit switch

12    network to be a data network?

13            MR. RICHTER:  Object to the form; calls for

14    a legal conclusion.

15            THE WITNESS:  If, as an example, of a        13:46:26

16    circuit switch network you're thinking of something

17    like ATM, then very likely it would meet the

18    proposed construction for a data network.  But I

19    would have to give it some more thought.

20    BY MR. JAFFE:                                        13:46:45

21        Q    Circuit switch networks can send

22    non-packetized data; correct?

23        A    You would have to give me an example of one

24    you had in mind.

25        Q    You don't have any understanding of whether 13:46:57
```

Page 182

```
 1    they could -- circuit switched networks can or

 2    cannot send non-packetized data?

 3            MR. RICHTER:  Object to the form.

 4            THE WITNESS:  It depends on how you're

 5    using those terms, so you have to be more specific        13:47:09

 6    as to what kind of network you're talking about.

 7    BY MR. JAFFE:

 8        Q    Okay.  So you're not opining one way or

 9    another on whether circuit switch networks could or

10    could not send non-packetized data?                       13:47:22

11            THE WITNESS:  Can we take a break?  I'm

12    sorry, there's a pending question and someone's

13    knocking at my hotel room.

14            MR. JAFFE:  I'll withdraw the question.

15            THE WITNESS:  Thanks.  Hold on.              13:47:39

16            THE VIDEOGRAPHER:  We're off the record at

17    1:47 p.m.

18              (Whereupon, a recess was held

19               from 1:47 p.m. to 1:48 p.m.)

20            THE VIDEOGRAPHER:  We're back on the record    13:48:25

21    at 1:48 p.m.

22            MR. JAFFE:  I assume that wasn't Mr.

23    Circuit Switch Packet coming at the door.

24    BY MR. JAFFE:

25        Q    So I'll ask my question.                   13:48:38
```

Page 183

```
1              Dr. Almeroth, you're not opining one way or

2    another whether circuit switch networks could or

3    could not send packetized data?

4        A    I believe in the declaration there are

5    examples of circuit switch networks that are              13:48:49

6    described as not meeting the construction for a data

7    network.  And I believe those are in the rebut of

8    the reply declaration.

9              The idea if you have the plain old

10   telephone service with circuit switches and all          13:49:09

11   you're carrying is analog data, that would be an

12   example of something that's not a data network.

13       Q    You mentioned that you testified on behalf

14   of Sonos at the ITC; correct?

15       A    Yes.                                             13:49:27

16       Q    Did you testify regarding claim

17   construction during that proceeding?

18       A    I did.

19       Q    Did you review the ALJ's claim construction

20   order?                                                    13:49:39

21       A    At some point I did, yes.

22            MR. JAFFE:  I'm going to mark this I just

23   marked Exhibit 6.  That should be available to you

24   now.

25   ///                                                       13:51:17
```

Page 184

```
 1                    (Whereupon, Defendant's Exhibit 6 was

 2               marked for identification by the

 3               Court Reporter.)

 4          THE WITNESS:  Reloading.  I see it.  I will

 5     download it now.                                13:51:25

 6          Okay.  I've got it up.

 7     BY MR. JAFFE:

 8       Q    Did you understand that one of the issues

 9     that the ALJ and the staff were considering was

10     whether data network should be restricted to       13:52:08

11     transferring digital data packets between devices?

12       A    I think the record speaks for itself as to

13     what was at issue.  I mean, certainly both Google

14     and Sonos will make characterizations about what

15     this order describes, so I think I'll just let the  13:52:32

16     document speak for itself.

17       Q    So let's look at page 16 through 17 of

18     Exhibit 6.

19       A    Okay.  You want to tell me the Bates

20     number.                                            13:53:07

21       Q    It's 201.

22       A    Page 16 at the bottom of the page.  I got

23     it.

24       Q    The internal pagination.

25            Here it says the staff, which you          13:53:26
```

                                                      Page 185

1   understand refers to the ITC staff; correct?

2       A    Yes.

3       Q    The staff here says that local area

4   networks should be given its plain and ordinary

5   meaning; right?                                          13:53:38

6       A    That's where it starts, yes.

7       Q    And the staff says that -- I'm paraphrasing

8   a little bit.

9            The staff here says that limiting data

10  network to transferring digital data packets between    13:53:52

11  digital devices is inconsistent with the intrinsic

12  evidence and pertinent extrinsic evidence.

13           Do you see that?

14           MR. RICHTER:  I'm going to object on the

15  grounds that the document speaks for itself.             13:54:06

16           I think actually "staff" refers to

17  something other than ITC.

18           I'll just object on the basis the document

19  speaks for itself.

20           MR. JAFFE:  Go ahead, Doctor.                   13:54:25

21           THE WITNESS:  I'm with you.  I can read

22  along with what you're reading from in these

23  paragraphs.

24  BY MR. JAFFE:

25       Q    Does -- do you disagree with what's written    13:54:32

                                                    Page 186

```
 1    here in this paragraph in Exhibit 6?

 2        A    So, again, I think the document will speak

 3    for itself.  I think ultimately with respect to

 4    whether or not data network was something that was

 5    fully briefed and I was given an opportunity or          13:54:52

 6    provided the same kind of analysis that I provided

 7    here, I'm assuming both parties will weigh in.

 8            But ultimately whatever constructions were

 9    offered in the ITC, I accepted for purposes of that

10    investigation and I believe that my opinions in this     13:55:13

11    case are based on the evidence that I've provided.

12            MR. JAFFE:  I'm going to move to strike as

13    nonresponsive.

14    BY MR. JAFFE:

15        Q    So the order -- would you agree that the         13:55:42

16    order finds that data network is not restricted to a

17    data network for transferring digital data packets

18    between network devices; correct?

19            MR. RICHTER:  Objection to the form and

20    calls for a legal conclusion.                            13:55:57

21            THE WITNESS:  So if you're moving to strike

22    my answers that are intending to provide some

23    explanation, then the only thing I can say is that

24    the document speaks for itself and that will be the

25    extent of my answers with respect to Exhibit 6.          13:56:10
```

Page 187

```
 1    BY MR. JAFFE:

 2        Q    Okay.  So is it fair to say that you can't

 3    say one way or another whether you agree or disagree

 4    with what's in Exhibit 6?

 5            MR. RICHTER:  Objection to the extent it          13:56:25

 6    mischaracterizes testimony, the document speaks for

 7    itself as well.

 8            THE WITNESS:  So with respect to the

 9    opinions that I expressed, I put those in the

10    declarations before the ITC.  Whether the ITC            13:56:38

11    addressed the specific issue that's presently before

12    this court as it relates to claim construction, I

13    don't know that they're exactly the same.

14            So I think the document speaks for itself

15    with respect to what the issues were and then what       13:56:57

16    the ALJ ultimately ruled in the ITC.

17    BY MR. JAFFE:

18        Q    Do you acknowledge that the ITC disagreed

19    with your construction of data network as you're

20    offering it in this lawsuit?                             13:57:16

21            MR. RICHTER:  Object to the form and scope.

22            THE WITNESS:  I'm not sure what you're

23    asking.  I'm not sure what you mean by did I

24    acknowledge.  And your characterization of what the

25    document -- again, I think the document speaks for       13:57:32
```

Page 188

```
 1    itself.  I don't really have much else to add with
 2    respect to what that process was.
 3    BY MR. JAFFE:
 4        Q    Can you have a unidirectional network?
 5            MR. RICHTER:  Object to the form,              13:58:13
 6    foundation, scope.
 7            THE WITNESS:  The construction for data
 8    network that I think is correct means that you have
 9    to be able to send digital data packets and receive
10    digital data packets.                                 13:58:28
11            I'm not sure what the scope of
12    unidirectional networks would look like.  I mean, I
13    can give you some background on this issue.  I think
14    it's addressed in the declaration.
15    BY MR. JAFFE:                                         13:58:55
16        Q    If I'm understanding your answer, you're
17    basically saying that Sonos's construction requires
18    bi-functionality, so, therefore, you can't have a
19    unidirectional data network; is that right?
20            MR. RICHTER:  Object to the form to the       13:59:09
21    extent it mischaracterizes.
22            THE WITNESS:  That's not my testimony.
23    BY MR. JAFFE:
24        Q    Okay.  So can you have a unidirectional
25    data network or not?                                  13:59:16
```

Page 189

```
 1              MR. RICHTER:  Object to the form.

 2              THE WITNESS:  You've asked that question

 3      and I've answered it.  It's in the record.  If you

 4      would like me to answer it again, I point you to the

 5      record.  And if that's not sufficient, I can try and        13:59:27

 6      summarize what my answer was previously.

 7      BY MR. JAFFE:

 8         Q    Okay.  I'm not sure what the answer is.  I

 9      didn't know you were pointing to your declaration,

10      so let me ask it a different way.                            13:59:39

11              Can you provide me any examples of data

12      networks that are unidirectional?

13              MR. RICHTER:  Object to the form; scope.

14              THE WITNESS:  It depends what you mean by

15      "unidirectional."                                           13:59:53

16      BY MR. JAFFE:

17         Q    How so?

18         A    Well, so I know Dr. Kyriakakis has

19      characterized or made some description of token

20      rings and alleged that it's unidirectional.  That          14:00:11

21      network allows devices to send and receive digital

22      data packets.

23              Though if he wants to call that a

24      unidirectional network, then I think that that's an

25      example of a unidirectional network that would meet         14:00:32
```

```
1    Sonos's construction for data network.

2        Q    So does your understanding of the term

3    "data network" exclude networks in which devices

4    send data in only one direction?

5            MR. RICHTER:  Object to the form.              14:00:58

6            THE WITNESS:  That's incomplete.  So if

7    you're saying that they can only send digital data

8    packets and they cannot receive digital data

9    packets, then that would be an example of a network

10   that would not be a data network under Sonos's        14:01:15

11   proposed construction.

12   BY MR. JAFFE:

13       Q    Have you ever used the phrase "data

14   network" in a manner inconsistent with Sonos's

15   proposed construction?                                 14:01:58

16           MR. RICHTER:  Object to the form;

17   foundation, scope.

18           THE WITNESS:  As I sit here now, I'm not

19   aware of any instance where I have used that term

20   inconsistently with Sonos's proposed construction.    14:02:19

21           The only caveat I would add is, as I

22   testified to earlier, sometimes the context provides

23   more clarity as to what the requirements are.  So it

24   might depend on the particular instance in what I --

25   and where I've used that term, and I would have to    14:02:39
```

Page 191

```
 1    see that instance and assess whether or not I

 2    thought it was inconsistent or consistent or even a

 3    relevant example to how that term is used in Zone

 4    Scene Patents.

 5    BY MR. JAFFE:                                    14:03:03

 6        Q    When you transmit voice across a network,

 7    that's transmitting data over a network; correct?

 8            MR. RICHTER:  Object to the form.

 9            THE WITNESS:  Your question is essentially

10    an incomplete hypothetical, so the answer is, it    14:03:23

11    depends.

12    BY MR. JAFFE:

13        Q    What does it depend on?

14        A    Whether or not, for example, you're sending

15    digital voice, whether or not your definition of    14:03:41

16    data is broad enough to allow for analog data or

17    not.  Those are two issues I have with your

18    question.

19        Q    So voice can be sent in analog form over a

20    network; fair?                                      14:04:04

21        A    Voice can be sent -- well, even that is

22    vague.

23            This goes to the issue of you can have

24    digital voice decoded as ones and zeros and sent

25    over a network as analog.  The signals that are sent 14:04:24
```

Page 192

```
1    over networks are all analog signals.

2         So your question is vague with respect to,

3    is the voice data that's being sent analog or

4    digital?  And ultimately because all data over the

5    network is analog, transmitting analog voice is the      14:04:41

6    idea that it could still be digital voice sent as an

7    analog way form.

8         So if you want to be specific in terms of

9    technical accuracy, you have to make the scenario

10   more clear.                                              14:05:02

11   Q     The references to digital data packets and

12   bi-directionality, what you're proposing as a

13   construction for data network, you are -- those

14   concepts are coming from the specification of the

15   Zone Scene Patents; is that correct?                     14:05:50

16        MR. RICHTER:  Object to the form.

17        THE WITNESS:  So two things.

18        You characterized the construction of

19   "bi-directionality."  That's not the words used in

20   the construction.  And given the ambiguity that          14:06:01

21   Dr. Kyriakakis has introduced around unidirectional

22   and bidirectional, it's not really an accurate

23   reflection of what the proposed construction is.

24        Then the second part is ultimately what

25   I've testified to, I believe, is that there is           14:06:18
```

Page 193

```
 1    intrinsic support in the patents that show that the

 2    term "data network" is being used in a way that I

 3    think is consistent with Sonos's proposed

 4    construction.

 5    BY MR. JAFFE:                                      14:06:55

 6        Q    So I just want to go back to something you

 7    mentioned before where you said that when you're

 8    actually transmitting the data, at the end of the

 9    day, it's all going to be in analog form; correct?

10        A    Transmission over networks are            14:07:10

11    traditionally typically analog.

12        Q    Because it's either going to be a radiowave

13    or it's going to be something else, an actual

14    physical form, but it's not going to be digital, at

15    least at that point; is that fair?                 14:07:26

16        A    Typically the medium -- the media carry

17    analog signals.  I think you're right, it's a radio

18    frequency wave, radiowave, can be a light pulse.

19    Even the example I give my students is a CD.  You're

20    still measuring the depth of a pit burned onto the  14:07:48

21    CD and now that can be representative of digital

22    data, or it can be analog data.

23             So analog data over an analog medium or

24    digital media over an analog medium.

25        Q    Let's go forward with the CD example to try 14:08:08
```

Page 194

 1   and tease this out a little bit.

 2          You said it's measuring a pit.  I'm not an

 3   expert on CDs, but if I'm understanding this

 4   correctly, either what's being measured there can

 5   be -- refer back to a piece of digital data or it          14:08:24

 6   could possibly refer to analog data; is that fair?

 7      A    In the context of a CD, I'm not sure how

 8   you would -- I mean, if it's referring back to

 9   analog data, it would have had to have gone through

10   some encoding process.                                     14:08:50

11          The idea is that the depth of the pit would

12   match up to some sort of binary value which would be

13   a digital value.  So you could start with a simple

14   example where you either had a pit or you didn't.

15   You could say if you had a pit, it was a value of          14:09:07

16   one.  And if you didn't, you would have a value of

17   zero.

18          The technology for creating those pits and

19   interpreting the signals gives you much more

20   granularity, so then you can have something like 16        14:09:21

21   different depth levels of a pit.  So 16 different

22   values would give you four different bits.  0000 to

23   1111.  And so that would be digital data.

24          Now, that digital data could have been

25   encoded from analog data, say, for example, a song,       14:09:40

                                                        Page 195

1    or it could have been from its own digital data,

2    like a document with letters and numbers in it that

3    are themselves discreet quantities that mean

4    something.

5         So if we're talking about a CD, generally          14:09:57

6    the thing that gets encoded on the CD is some kind

7    of digital data that's representative of something.

8    Q    I guess like a record player would be

9    something that would be analog?

10   A    If you go back to the old days of vinyl,          14:10:16

11   generally that's supposed to all be analog.

12   Q    So when you're saying that the data network

13   has to represent kind of digital data, you're not

14   saying that what is transmitted over the network is

15   analog or digital, what you're saying is that the      14:10:34

16   actual information that's represented there has to

17   be represented at some point in ones and zeros; is

18   that fair?

19        MR. RICHTER:  Object to the form,

20   incomplete hypothetical.                               14:10:47

21        THE WITNESS:  There's part of your

22   characterization I would agree with.  Again, there's

23   a little ambiguity in your characterization with

24   respect to transmitted.

25        But if it's -- we're talking about the            14:10:59

Veritext Legal Solutions
866 299-5127

```
 1    signal, or the signal over the network is analog

 2    when we talk about something like digital data

 3    packets, it's referring to the data right before

 4    it's transmitted and that typically is in some sort

 5    of representation of ones and zeros.                    14:11:15

 6           You could think of a computer, what we're

 7    doing now, my voice gets encoded as a series of ones

 8    and zeroes.  Those get sent over the Internet.

 9    They're sent as digital data packets.

10    BY MR. JAFFE:                                           14:11:34

11        Q    To make sure I've got the terminology

12    right, what do you mean by "digital"?

13        A    Digital would be ones and zeros, something

14    like a discreet value.  I think there's a portion in

15    my dec that describes that specifically.                14:11:46

16        Q    What is analog in the context that we've

17    been discussing it?

18        A    So analog would be some sort of continuous

19    wave form, or what occurs in nature for signals.

20        Q    What is a packet?                              14:12:04

21           MR. RICHTER:  Object to the form;

22    foundation.

23           THE WITNESS:  So you're kind of asking to

24    construe the construction.  I mean, generally

25    packets -- I can think of examples of packets,          14:12:15
```

Page 197

```
 1    things like IP packets, consistent with testimony

 2    earlier, you could also call something like an

 3    Ethernet frame, ATM cell.  Sometimes there's

 4    different words for kind of examples of what data

 5    packets might be.                                    14:12:33

 6    BY MR. JAFFE:

 7        Q    So I want to go back to your opening

 8    declaration.

 9        A    Okay.

10        Q    Particularly paragraph 62.                  14:13:13

11        A    I'm there.

12        Q    The first cite you have here is column 5,

13    lines 14 through 26.

14             Do you see that?

15        A    Yes.  I see that.                           14:13:33

16        Q    This is describing an embodiment, correct,

17    what you're saying here?

18        A    Was your question is or isn't?

19        Q    Is, I-S.

20        A    I mean, there's different portions.         14:14:13

21    There's some that are highlighted.  But, for

22    example, if you look at the first part, it says the

23    network interface 202 facilitates a dataflow between

24    the data network.  In other words, the data network

25    108 of figure 1 -- maybe this calls for a legal      14:14:31
```

                                                    Page 198

```
 1    conclusion.

 2           But whether or not this is interpreted as

 3    an embodiment or the only embodiment, I'm not aware

 4    of other portions of the specification that describe

 5    the data network, or in this case, the network          14:14:53

 6    interface that's inconsistent with Sonos's proposed

 7    construction.

 8       Q    So here it refers to network interface 202.

 9            Do you see that?

10       A    I do.                                            14:15:25

11       Q    If you look at in the 206 specification,

12    column 5, line 9 --

13       A    Okay.

14       Q    -- do you see how it describes it as an

15    exemplary functional block diagram?                     14:15:51

16       A    I see that.

17       Q    So this is an example; is that right?

18       A    When you say "this," it's referring to

19    figure 2A.  Again, there's two questions here.  One

20    is whether or not the network interface that's shown    14:16:09

21    within 2A is being described as exemplary, or if

22    it's just the arrangement of the components in the

23    block diagram.  And then also be a question whether

24    or not this is the only embodiment that's described.

25           So other than saying I see the word            14:16:29
```

Page 199

```
 1    exemplary as it relates to the functional block

 2    diagram, I suspect there's other considerations to

 3    keep in mind.

 4        Q    Do you dispute that figure 2A is exemplary

 5    functional block diagram of a zone player in          14:16:45

 6    accordance with the present invention of the '206

 7    Patent?

 8            MR. RICHTER:  Object to the form.

 9            THE WITNESS:  If you're reading accurately

10    from the document from the patent, I don't dispute    14:16:54

11    that that's what appears there.

12    BY MR. JAFFE:

13        Q    So in order to have a network interface, do

14    you have to have the same exact network interface

15    that's described here in the context of figure 2A?    14:17:26

16            MR. RICHTER:  Object to the form.

17            THE WITNESS:  I think ultimately what

18    controls is what the claim language says and what

19    the claim language requires.

20    BY MR. JAFFE:                                          14:17:37

21        Q    Well, to have a network interface, do you

22    have to have exactly what's described here with

23    respect to figure 2A?

24            MR. RICHTER:  Same objection.

25            THE WITNESS:  Again, you seem to be lumping    14:17:48
```

Page 200

```
 1    all of the description as to what figure 2A is.  I

 2    think ultimately it's a legal question with respect

 3    to what the claim language requires versus the

 4    description of the network interface.

 5            And then also examples of what -- I'm          14:18:04

 6    sorry -- exemplary language as it relates to what

 7    the network interface is described as doing, but it

 8    says -- we can just read it, as well as I can, that

 9    by the time you get to line 14, it says the network

10    interface 202 facilitates the dataflow between the   14:18:28

11    network -- data network and the zone player, and

12    then it uses the word "typically."

13            So you would have to look at that and say,

14    well, there's aspects of what the network interface

15    requires, then typically executes a special set of   14:18:45

16    rules, whether or not that's required or what it

17    typically might do, and then as I testified to

18    ultimately, it's what the claim language requires.

19    BY MR. JAFFE:

20        Q    In your opinion, does this portion           14:19:00

21    described in figure 2A change the plain meaning of

22    the term "data network"?

23            MR. RICHTER:  Object to the form; calls for

24    a legal conclusion.

25            THE WITNESS:  It's hard for me to answer      14:19:15
```

```
 1    that question.  I think, again, that with the

 2    construction that Sonos has proposed that I believe

 3    is accurate is consistent with how a person skilled

 4    in the art would understand the term.

 5           I mean, the term, as it's used beyond the        14:19:31

 6    patents, but I think ultimately the patents -- the

 7    person of skill in the art would have the meaning

 8    described to it based on the claims in the

 9    specification.

10    BY MR. JAFFE:                                           14:19:56

11       Q    Let me ask it more broadly.

12           Sitting here today, are you aware of any

13    portions of the Zone Scenes patents that modify or

14    change the plain and ordinary meaning of data

15    network?                                                14:20:09

16           MR. RICHTER:  Object to the form.

17           THE WITNESS:  Well, I think -- I'm not sure

18    how to answer that question.  It really depends on

19    how much detail is in that plain and ordinary

20    meaning.  So I think that the scope of my opinion is    14:20:23

21    that I'm describing how a person skilled in the art

22    would understand the term "data network" in the

23    context of the Zone Scene Patents and such an

24    understanding is consistent with the extrinsic

25    evidence and definitions that I've provided.           14:20:48
```

Veritext Legal Solutions
866 299-5127

```
 1              So whether or not there's a change or a

 2     difference in some context is not really a question

 3     I've analyzed.  I think it's consistent with the

 4     extrinsic record.

 5              In fact, sorry, there's a whole subsection      14:21:22

 6     on that in the opening declaration starting at

 7     paragraph 67.

 8     BY MR. JAFFE:

 9        Q    In your declaration -- and I can give you

10     the specific cites here -- you refer to multimedia,      14:22:30

11     but you also refer to media.

12              Is there any difference in meaning between

13     multimedia and media, in your opinion?

14              MR. RICHTER:  Object to the form; scope and

15     calls for a legal conclusion.                            14:22:49

16              THE WITNESS:  I would have to look at the

17     specific instances that you have in mind.  I think

18     the context should make it pretty clear what I'm

19     referring to.

20     BY MR. JAFFE:                                            14:23:15

21        Q    So, for example, in paragraph 14 of your

22     opening declaration, you talked about streaming

23     media capabilities, and then in the prior paragraph,

24     paragraph 13, you refer to multimedia content and

25     multimedia based applications.                           14:23:46
```

Veritext Legal Solutions
866 299-5127

```
 1              Why did you use the word "media" in one

 2    place and "multimedia" in another?

 3              MR. RICHTER:  Object to the form.

 4              THE WITNESS:  I don't think that there is a

 5    particular reason.  I think consistent with my          14:23:58

 6    testimony earlier when you were asking about

 7    multimedia, you can use the term "multimedia" to

 8    refer to content that's not text.  In some cases,

 9    you can use multimedia to refer to extensively one

10    or more types of media.                                 14:24:26

11              So, for example, the last sentence of 13

12    also uses the term "media," so the delivery of media

13    through multi tasks.  So that can refer to one type

14    of media, it can refer to multiple types of media,

15    either independently or synchronized together.          14:24:43

16              Same thing for paragraph 14 when it talks

17    about the streaming media capabilities.  So from a

18    capability perspective, the Internet can just carry

19    data, whether or not that's data of a single type

20    or, for example, data that's just audio or data        14:25:02

21    that's just video or data that's a combination of

22    audio or video.  Generally the Internet has the

23    capability to do any of those situations.

24              The middle of paragraph 14 says we're

25    developed to deliver multimedia content to users.       14:25:25
```

Page 204

```
 1      Again, in the context of what that particular

 2      project was, you can deliver just audio, audio and

 3      video independently.

 4              So, say -- good example is people would

 5      focus their camera on a fish tank, so there would be        14:25:46

 6      no audio, it would just be video, or you could have

 7      a meeting conference that would be a combination of

 8      audio and video.

 9              So I guess the point is, I'm not aware of a

10      definition of multimedia that limits it to being two       14:26:01

11      or more types of media.  That's how I've used the

12      term.

13      BY MR. JAFFE:

14          Q    What is the prefix multi in the word

15      "multimedia" indicate?                                      14:26:18

16              MR. RICHTER:  Object to the form; calls for

17      a legal conclusion.

18              THE WITNESS:  So I think in a general

19      sense, multi can mean a couple of different things.

20      It either refers to multiple media types and               14:26:31

21      capability or multiple media types as an option for

22      one or the other.

23              So even if you look at the first part of

24      paragraph 13, says:

25                  "Although the early Internet              14:26:52
```

Page 205

```
 1              was used mostly for text based

 2              non-realtime applications, the

 3              interest in sharing multimedia

 4              content such as video quickly

 5              developed."                              14:27:01

 6                So, I mean, there's an instance where

 7              multimedia in a general sense can refer

 8              to different types of nontext, but not

 9              requiring that different types means

10              both types or two of -- two different    14:27:15

11              types carried together or capability to

12              process two or more types.

13  BY MR. JAFFE:

14      Q    Did the Zone Scene Patents redefine the

15  term "multimedia," in your opinion?                  14:27:50

16              MR. RICHTER:  Object to the form.

17              THE WITNESS:  It's not really a question I

18  sought to answer.

19              Again, with respect to redefining the term,

20  I think my previous answers articulated that         14:28:07

21  multimedia refers to basically one or more types of

22  media, other than for example text.

23              So I'm not sure to even know how to start

24  to answer the question whether or not the patents

25  redefine that term.                                  14:28:34
```

Page 206

```
1    BY MR. JAFFE:

2        Q    Outside of these patents, you would agree

3    with the term "multimedia" requires multiple forms

4    of media; right?

5            MR. RICHTER:  Object to the form; scope.          14:28:42

6            THE WITNESS:  Absolutely not.  That's not

7    how I've used it in the paragraphs you pointed to in

8    the declaration.

9            I know Google has pointed to a previous

10   declaration to suggest that's how I used the term.      14:28:55

11   Again, if you look at the paragraph after that one

12   in the declaration, it shows that I've used the term

13   to refer to one or more different types of media,

14   typically not being text.  Audio alone, audio and

15   video, video alone.  Those kinds of -- types of        14:29:12

16   multimedia are consistent with how I've used the

17   term even in this declaration.

18   BY MR. JAFFE:

19       Q    So video alone would qualify as multimedia;

20   is that right?                                          14:29:27

21           MR. RICHTER:  Object to the form.

22           THE WITNESS:  That's just what that

23   sentence says.  Although the early Internet was used

24   mostly for text-based, non-realtime applications.

25   The interest in sharing multimedia content, such as    14:29:38
```

Page 207

```
 1    video, quickly developed.

 2          Now, the next sentence says "multimedia

 3    based content."  So you can have content that's

 4    either audio, video, audio and video together.  The

 5    term is broad enough and flexible enough to cover          14:29:59

 6    situations of one or more types of media.

 7    BY MR. JAFFE:

 8       Q    When you're referring to video, are you

 9    referring to video as in pictures and sound, or just

10    pictures?                                                  14:30:15

11       A    As I testified to a second ago, the example

12    here can include just video alone.  So the fish

13    tanks example, you wouldn't send audio.

14          In fact, in the early days of the Internet,

15    audio and video streams were carried separately and       14:30:31

16    it was a challenge to actually try and get those

17    synchronized.  Now their protocols like RTP that

18    will help with that.  But in the early days, they

19    were really just independent streams and they were

20    still called multimedia -- stream was called a            14:30:49

21    multimedia stream.

22       Q    So in your opinion, the word "multimedia"

23    can include video by itself with no sound?

24       A    I believe it can.  In fact, I think that's

25    what that sentence in paragraph 13 is referring to.       14:32:06
```

Page 208

1        Q    Okay.  I just want to make sure we were on

2    the same page because maybe someone can think video

3    includes both audio and video together.

4        A    Right.  I think the idea that multimedia is

5    specifically and narrowly defined to require two or          14:32:27

6    more types of media integrated together I think is

7    an overly narrow interpretation of the term

8    "multimedia" and certainly is not how the patent

9    uses it.

10       Q    We touched on this a little bit earlier in          14:32:47

11   the context of data network.  I want to move to the

12   term "network interface."

13       A    Okay.

14       Q    "Network interface" is a commonly used word

15   in the field of networking; correct?                         14:32:58

16           MR. RICHTER:  Object to the form;

17   foundation, scope.

18           THE WITNESS:  Well, it's not a term that

19   I've opined on in my declaration.  Certainly I am

20   aware that the term "network interface" has been            14:33:10

21   used at least in a general sense outside of the

22   scope of these patents.

23   BY MR. JAFFE:

24       Q    What's your understanding of what a network

25   interface is?                                                14:33:21

                                                        Page 209

```
 1              MR. RICHTER:  Object to the form;

 2      foundation, scope.

 3              THE WITNESS:  The whole issue of network

 4      interface is a proposed term for construction in the

 5      context of these patents and is not one that I          14:33:31

 6      opined on.  So what that term could mean outside the

 7      scope of these patents, I haven't really thought

 8      about in the context of these declarations.

 9      BY MR. JAFFE:

10         Q    You're not offering any opinions on what        14:33:44

11      network interface means in the context of these

12      patents?

13         A    It's my recollection that because the term

14      "data network" is incorporated into the construction

15      of network interface, I'm at least offering the        14:33:57

16      opinion as to what data network means.  But I don't

17      recall in the declarations that I specifically have

18      taken on the issue as to what a network interface

19      should be -- how it should be construed in the Zone

20      Scene Patents.                                          14:34:18

21         Q    Got it.

22              So let's turn to local area network.

23              What is a local area network, in your

24      opinion?

25              MR. RICHTER:  Object to the form;              14:34:43
```

Page 210

```
 1   foundation, scope.
 2         THE WITNESS:  Again, I believe that is not
 3   a term at issue for the Zone Scene Patents, so I
 4   don't have an opinion beyond just the description
 5   that's contained in the declaration.              14:35:00
 6         So I understand that that's a term -- I
 7   believe it's a term at issue for the other patents
 8   asserted by Sonos.  So in the context of those
 9   patents, I don't have an opinion what the term
10   means.                                            14:35:16
11   BY MR. JAFFE:
12       Q   I want to turn back to the '206 Patent.
13       A   Okay.
14       Q   Did you consider claim 17 in arriving at
15   your claim construction opinions?                 14:36:13
16         MR. RICHTER:  Objection; form.
17         THE WITNESS:  I understand it's an asserted
18   claim and I certainly would have reviewed the claim
19   in the context of forming my opinions.  I don't
20   recall if there was some particular aspect of that  14:36:28
21   claim that was relevant to a particular opinion.  To
22   the extent it was relevant, I would have included it
23   in the declarations.
24   BY MR. JAFFE:
25       Q   Do you understand what's described in the  14:36:46
```

Page 211

Veritext Legal Solutions
866 299-5127

1    claim 17?

2        A    Well, I have the claim up in front of me.

3    I see what it says with respect to positions I've

4    taken in these declarations for terms in those

5    claims, then I offered opinions about them.                14:37:03

6    Everything else depends on what you would ask.

7        Q    Depends on what I ask on whether or not you

8    understand it?

9        A    It's to the depth of my understanding as it

10   relates to a specific question.                            14:37:17

11       Q    Okay.  Let me ask my question again, make

12   sure we're not talking past each other.

13            Do you understand what's described in claim

14   17 of the '206 Patent?

15            MR. RICHTER:  Object to the form.                 14:37:28

16            THE WITNESS:  I do generally.

17   BY MR. JAFFE:

18       Q    So the preamble of claim 17 refers to a set

19   of instructions.

20            Do you see that?                                  14:37:43

21       A    I do.

22       Q    What do you understand instructions to

23   refer to there?

24            MR. RICHTER:  Object to the form;

25   foundation and scope.                                      14:37:50

                                                   Page 212

```
 1              THE WITNESS:  I haven't taken a position on

 2    what that term means.  I understand it's also a

 3    disputed term.  I think in the context of not so

 4    much the preamble, but another portion, and so I

 5    haven't offered opinions about either parties'          14:38:07

 6    construction and which one is correct.

 7    BY MR. JAFFE:

 8        Q    Where is your understanding that it's a

 9    disputed term in another portion?

10              Where does that understanding come from?      14:38:28

11        A    I believe it comes from Google's brief,

12    construction brief, that I mentioned earlier.

13        Q    Okay.

14        A    I believe subsection -- sorry -- section 3

15    Q and R, the term -- at least Q is longer.  I'm not     14:38:50

16    going to read it for the 033 patent.  And then for R

17    wherein the instruction comprises construction.

18              THE REPORTER:  I'm sorry.  "And R where the

19    'construction' comprises construction"?

20              THE WITNESS:  Where the instruction           14:39:09

21    comprises an instruction.

22    BY MR. JAFFE:

23        Q    Can you give me an example of what would

24    comprise an instruction, as that term is used in

25    claim 17 of the '206 Patent?                            14:39:31
```

Page 213

```
 1              MR. RICHTER:  Object to the form; outside

 2      the scope.

 3              THE WITNESS:  No, I don't have an example.

 4      It's not something I really looked at in forming the

 5      opinions that are contained in my two declarations.      14:39:42

 6              MR. JAFFE:  Why don't we take our next

 7      break, if that's all right.

 8              THE WITNESS:  Sure.

 9              MR. RICHTER:  Sure.

10              MR. JAFFE:  Should we do five or ten            14:40:40

11      minutes?

12              THE WITNESS:  Depends how long you need,

13      Jordan.

14              THE VIDEOGRAPHER:  We're off the record at

15      2:40 p.m.                                                14:40:50

16                  (Whereupon, a recess was held

17                  from 2:40 p.m. to 2:51 p.m.)

18              THE VIDEOGRAPHER:  We're back on the record

19      at 2:51 p.m.

20      BY MR. JAFFE:                                            14:51:47

21          Q    We're going to change gears again.  If we

22      can go to paragraph 69 of your reply declaration.

23          A    Okay.

24          Q    So I wanted to ask you about the sentence

25      at the top of page 21, and I'm just going to quote      14:52:24
```

Page 214

```
1    the part of it.  It's a longer sentence.  I won't

2    read the entire thing on the record.

3            The part I wanted to ask you about says,

4    quote:

5                "Intended to collectively              14:52:37

6            define the confines of the

7            claimed Zone Scene."

8                Do you see that?

9        A    I do.

10       Q    What did you mean by, "Collectively define   14:52:44

11   the confines of the claimed Zone Scene"?

12       A    So the idea here is that the language in

13   the claim, at least claim one of the '206 Patent

14   said each Zone Scene identifying a group

15   configuration associated with two or more of the    14:53:04

16   plurality of independent playback devices.

17           So in this sense, group configuration,

18   which is what this sentence is talking about,

19   appears in the claim as part of the single

20   definitional phrase.  So it's part of a phrase that  14:53:20

21   describes what each Zone Scene has to be.

22           So it's defining the confines of the claim

23   Zone Scene by identifying what's required of the

24   Zone Scene and that is to identify a group

25   configuration associated with two or more of the    14:53:43
```

Veritext Legal Solutions
866 299-5127

1    plurality of independent playback devices.

2        Q    Do you think Zone Scene has different

3    meaning across the 206 and the other two patents,

4    the other two Zone Scene Patents?

5            MR. RICHTER:  Object to the form; scope,        14:54:03

6    calls for a legal conclusion.

7            THE WITNESS:  With respect to the term

8    "Zone Scene," as it's construed, or offered for

9    construction by the two parties, that's not an

10   opinion that I weighed in on.                           14:54:16

11           So with respect to that term and its

12   meaning and whether or not the proposed

13   constructions apply across all of the asserted

14   claims of the Zone Scene Patents, that's not an

15   opinion I weighed in on, I believe.                     14:54:31

16   BY MR. JAFFE:

17       Q    Even though you say that there's a

18   definitional phrase in the '206 Patent that

19   collectively defines the confines of the claim Zone

20   Scene, you don't have an opinion one way or the         14:54:46

21   other on how the lack of a single definitional

22   phrase in the 885 or 966 affects what Zone Scene

23   means?

24           MR. RICHTER:  Object to the form; scope,

25   assumes facts.                                          14:55:05

                                                  Page 216

```
 1              THE WITNESS:  So it's my understanding that

 2    these terms of issues were raised in the context of

 3    the '206 Patent, and so I responded to those

 4    opinions.  I don't recall there being opinions

 5    offered as it relates to those terms in the other      14:55:23

 6    patents.

 7    BY MR. JAFFE:

 8         Q    Okay.  One of the things we've mentioned a

 9    few different times over the course of the day is

10    something called synchrony.                            14:55:38

11         A    Yes.

12         Q    You use that word a number of times in your

13    declaration; right?

14         A    Yes.

15         Q    What does synchrony mean in this context?    14:55:50

16         A    Typically it's related to playing in

17    synchrony.  Beyond that, in terms of a dictionary

18    definition or a requirement of what needs to happen

19    in a system in order to meet limitations that relate

20    to that term, those are really all opinions.  I        14:56:14

21    haven't taken positions on these two declarations.

22         Q    In the '206 Patent and Zone Scene Patent,

23    does it describe how to emit audio in synchrony?

24              MR. RICHTER:  Object to the form; scope.

25              THE WITNESS:  I don't believe that's an       14:56:40
```

```
 1    opinion I've offered in the declarations.  I would

 2    have to go back and look.

 3    BY MR. JAFFE:

 4        Q    So let's go to column 7 in 206.

 5        A    Okay.                                    14:57:35

 6        Q    In a particular line, the paragraph

 7    starting at line 38, all the way to 50, if you want

 8    to review that to yourself.  I just have a few

 9    questions about it.

10        A    Okay.  I see what it is.                 14:57:47

11             Sometimes it helps to hear the question

12    first before I just spend a lot of time reading it.

13        Q    So in the middle of it, it says:

14             "As all the zone players are

15              coupled on the network, the            14:58:03

16              received signals in one zone

17              player can cause other zone

18              players in the group to be

19              synchronized so that all the zone

20              players in the group playback an      14:58:12

21              identical audio source or a list

22              of identical audio sources in a

23              timely synchronized manner."

24             Do you see that?

25        A    I do see that.                           14:58:22
```

```
 1        Q    How would one zone player cause other zone

 2   players to be synchronized as described here in

 3   column 7 of the '206 Patent?

 4             MR. RICHTER:  Objection; form, foundation,

 5   scope.                                              14:58:41

 6             THE WITNESS:  That's not really a question

 7   I look to answer as part of forming my opinions in

 8   the declarations, so I would have to go give it some

 9   thought.  I'm not really prepared to answer that

10   question now.                                       14:58:55

11   BY MR. JAFFE:

12        Q    Can you turn to column 10.

13        A    Okay.  I'm there.

14        Q    There's a paragraph starting at line 36.

15        A    Column 10 of the '206 Patent?            14:59:52

16        Q    Correct.

17        A    36?

18        Q    Column 10 of the '206 Patent.

19        A    And then what line?

20        Q    46.                                       15:00:11

21        A    46.  Okay.

22             Sorry.  I misheard you as 36.

23        Q    No problem.

24        A    Okay.  I'm there.

25        Q    Would you agree with this statement in the  15:00:20
```

Page 219

```
 1    specification that:

 2                  "The present invention has

 3             been described in sufficient

 4             detail with a certain degree of

 5             particularity and is understood          15:00:29

 6             to skill of the art that the

 7             present disclosure of embodiment

 8             has been made by way of examples

 9             only," and it goes on from there.

10             Do you agree with that?                  15:00:45

11         MR. RICHTER:  Object to the form; scope.

12         THE WITNESS:  I see those statements.  I

13    don't have any reason to believe that they're not

14    accurate, but I haven't really assessed them to

15    determine whether or not I absolutely think they're 15:00:54

16    accurate or not.

17    BY MR. JAFFE:

18      Q    You don't have any reason to dispute that

19    statement in the patent specification; correct?

20         MR. RICHTER:  Same objection.               15:01:05

21         THE WITNESS:  I don't have any basis to

22    dispute one way or another because I really haven't

23    looked at that question, so I couldn't say yes or no

24    without having a chance to actually look and assess

25    what's being said and whether I agreed with it or    15:01:18
```

Veritext Legal Solutions
866 299-5127

```
 1    not.

 2    BY MR. JAFFE:

 3        Q    The last line says, quote:

 4             "Accordingly, the scope of

 5             the present invention is defined          15:01:37

 6             by the opinion claims rather than

 7             the foregoing description of

 8             embodiments."

 9             Do you see that?

10        A    I do see that.                            15:01:45

11        Q    Do you agree with that statement?

12             MR. RICHTER:  Objection to form; scope.

13             THE WITNESS:  I haven't really looked at

14    that sentence to determine whether or not I agree

15    with it or not, so I don't -- I can't really answer  15:01:54

16    until I have a chance to look at it.

17    BY MR. JAFFE:

18        Q    Sitting here today, do you have any reason

19    to dispute that that sentence is accurate?

20             MR. RICHTER:  Same objection.             15:02:05

21             THE WITNESS:  Sitting here today, I haven't

22    had an opportunity to form an opinion one way or

23    another, so I can't really agree or disagree with

24    it.  Sitting here today, I don't obviously have a

25    reason to disagree with it if I haven't had a chance  15:02:19
```

Page 221

1    to look at it.

2              MR. JAFFE:  I will pass the witness.

3              Thank you very much, Dr. Almeroth.

4              THE WITNESS:  Thank you.

5              MR. RICHTER:  Sonos has no questions for        15:03:55

6    the witness.

7              Thank you, Dr. Almeroth.

8              THE WITNESS:  Thank you, gentlemen, court

9    reporter.

10             THE REPORTER:  Off the record?              15:04:06

11             THE VIDEOGRAPHER:  That concludes today's

12   videotape deposition of Kevin Almeroth.  We're off

13   the record at 3:04 p.m.

14

15             (Whereupon the deposition proceedings

16             were concluded at 3:04 p.m.)

17

18

19

20

21

22

23

24

25

                                                    Page 222

```
1    STATE OF CALIFORNIA        )
                                )  ss.
2    COUNTY OF LOS ANGELES      )

3

4

5              I, KEVIN ALMEROTH, declare under

6    penalty of perjury that the foregoing testimony is

7    true and correct to the best of my knowledge and

8    belief.

9

10             Dated this ___ day of _____, 2021.

11

12

13             _____

14                    (KEVIN ALMEROTH)

15

16

17

18

19

20

21

22

23

24

25

                                        Page  223
```

```
 1   STATE OF CALIFORNIA    )
 2   COUNTY OF LOS ANGELES ) ss.
 3
 4         I, D'Anne Moungey, C.S.R. No. 7872 in and
 5   for the State of California, do hereby certify:
 6         That prior to being examined, the witness
 7   named in the foregoing deposition was by me duly
 8   sworn to testify to the truth, the whole truth, and
 9   nothing but the truth;
10         That said deposition was taken down by me
11   in shorthand at the time and place therein named and
12   thereafter reduced to typewriting under my
13   direction, and the same is a true, correct, and
14   complete transcript of said proceedings;
15         That if the foregoing pertains to the
16   original transcript of a deposition in a Federal
17   Case, before completion of the proceedings, review
18   of the transcript { } was { } was not required.
19         I further certify that I am not interested
20   in the event of the action.
21         Witness my hand this 28th day of June, 2021.
22
23
24
25         D'Anne Moungey, C.S.R. No. 7872
```

Page  224