# EXHIBIT 23

Case 6:20-cv-00881-ADA   Document 83-7   Filed 06/29/21   Page 2 of 3

1,053 Federal district court cases for Alan D Albright of W.D.Tex.

Page 1 of 2

# District Judge Alan D Albright of the U.S. District Court for the Western District of Texas W.D.Tex.
# Cases

Showing **1,053** open federal district court cases before District Judge Alan D Albright; pending between 2000-01-01 and 2021-06-29.; sorted by most recent docket activity.

## Summary

**Case Filings** (Top 6 by Focus Order)



| | <2016 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|---|
| ● Patent | 0 | 0 | 1 | 6 | 37 | 371 | 385 |
| ● Antitrust | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ● Bankruptcy | 0 | 0 | 0 | 0 | 0 | 4 | 4 |
| ● Contracts | 0 | 0 | 0 | 2 | 6 | 29 | 18 |
| ● Copyright | 0 | 0 | 0 | 0 | 2 | 1 | 3 |
| ● Employment | 0 | 1 | 2 | 3 | 10 | 19 | 10 |

### Cases by Type

| Case Types | Cases |
|---|---|
| Patent | 800 |
| Bankruptcy | 8 |
| Contracts | 55 |
| Copyright | 6 |
| Employment | 45 |
| Insurance | 14 |
| Product Liability | 9 |
| Trade Secret | 6 |
| Trademark | 31 |
| Tax | 1 |
| Consumer Protection | 11 |
| Torts | 43 |
| Civil Rights | 20 |

### Courts

| | | |
|---|---|---|
| W.D.Tex. | 1,050 | 100% |
| N.D.Tex. | 3 | 0% |

https://law.lexmachina.com/court/txwd/judge/5198506/cases?status=open&pending-from=2000-01-01&pending-

Case 6:20-cv-00881-ADA   Document 83-7   Filed 06/29/21   Page 3 of 3

1,053 Federal district court cases for Alan D Albright of W.D.Tex.

Page 2 of 2

| Case Types | Cases |
|---|---|
| Remaining Federal | 61 |

*All other Case Types have 0 results in this case list.*

**Case Status**

Open: 1,053 (100%)    Terminated: 0 (0%)