# EXHIBIT 24

157 Federal district court cases for William Haskell Alsup of N.D.Cal.



**Lex Machina®**

# District Judge William Haskell Alsup of the U.S. District Court for the Northern District of California N.D.Cal.

## Cases

> Showing **157** open federal district court cases before District Judge William Haskell Alsup; pending between 2000-01-01 and 2021-06-29.; sorted by most recent docket activity.

## Summary

**Case Filings** (Top 6 by Focus Order)

| | <2016 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|---|
| ● Patent | 1 | 1 | 1 | 1 | 2 | 3 | 0 |
| ● Antitrust | 0 | 1 | 0 | 0 | 7 | 2 | 0 |
| ● Bankruptcy | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| ● Contracts | 1 | 0 | 0 | 3 | 2 | 7 | 0 |
| ● Copyright | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ● Employment | 4 | 1 | 0 | 7 | 6 | 11 | 0 |

### Cases by Type

| Case Types | Cases |
|---|---|
| Patent | 9 |
| Antitrust | 10 |
| Bankruptcy | 1 |
| Contracts | 13 |
| Employment | 29 |
| Insurance | 3 |
| Product Liability | 14 |
| Securities | 21 |
| Trade Secret | 3 |
| Trademark | 4 |
| ERISA | 5 |
| Environmental | 6 |
| Consumer Protection | 3 |

### Courts

| | | |
|---|---|---|
| N.D.Cal. | 157 | 100% |

157 Federal district court cases for William Haskell Alsup of
N.D.Cal.

Lex Machina®

**Case Types**

| Case Types | Cases | |
|---|---|---|
| Torts | 2 | |
| Civil Rights | 8 | |
| Remaining Federal | 37 | |

*All other Case Types have 0 results in this case list.*

**Case Status**

Open: 157 (100%)                    Terminated: 0 (0%)