# EXHIBIT 25



Case 6:20-cv-00881-ADA   Document 83-9   Filed 06/29/21   Page 3 of 3

2,454 Federal district court cases for Alan D Albright of W.D.Tex.

Page 2 of 2

| Event | Cases Reaching Event | Median Days from Case Filing to Event |
| --- | --- | --- |
| **Temporary Restraining Order (Grant)** <br> *(Remaining Federal cases are not included)* | 4 | n/a |
| **Preliminary Injunction (Grant)** <br> *(Remaining Federal cases are not included)* | 5 | n/a |
| **Preliminary Injunction (Deny)** <br> *(Remaining Federal cases are not included)* | 2 | n/a |
| **Permanent Injunction (Grant)** <br> *(Remaining Federal cases are not included)* | 15 | 365 |
| **FLSA Conditional Certification** <br> *(Remaining Federal cases are not included)* | 1 | n/a |
| **Claim Construction Hearing** <br> *(Remaining Federal cases are not included)* | 190 | 294 |