# EXHIBIT 26

Case 6:20-cv-00881-ADA   Document 83-10   Filed 06/29/21   Page 2 of 3

3,283 Federal district court cases for William Haskell Alsup of N.D.Cal.



Page 1 of 2

# District Judge William Haskell Alsup of the U.S. District Court for the Northern District of California N.D.Cal.

## Cases

Showing **3,283** federal district court cases before District Judge William Haskell Alsup; pending between 2000-01-01 and 2021-06-29.; sorted by most recent docket activity.

**Timing**



Case 6:20-cv-00881-ADA   Document 83-10   Filed 06/29/21   Page 3 of 3

3,283 Federal district court cases for William Haskell Alsup of N.D.Cal.

Page 2 of 2

| Event | Cases Reaching Event | Median Days from Case Filing to Event |
|---|---|---|
| **Temporary Restraining Order (Grant)**<br>*(Remaining Federal cases are not included)* | 7 | n/a |
| **Temporary Restraining Order (Deny)**<br>*(Remaining Federal cases are not included)* | 4 | n/a |
| **Preliminary Injunction (Grant)**<br>*(Remaining Federal cases are not included)* | 15 | 51 |
| **Preliminary Injunction (Deny)**<br>*(Remaining Federal cases are not included)* | 16 | 97 |
| **Permanent Injunction (Grant)**<br>*(Remaining Federal cases are not included)* | 63 | 302 |
| **Permanent Injunction (Deny)**<br>*(Remaining Federal cases are not included)* | 1 | n/a |
| **FLSA Conditional Certification**<br>*(Remaining Federal cases are not included)* | 9 | n/a |
| **Class Certification**<br>*(Remaining Federal cases are not included)* | 23 | 420 |
| **Claim Construction Hearing**<br>*(Remaining Federal cases are not included)* | 45 | 318 |