# EXHIBIT 27



City, county, state, or zip

# San Francisco County, CA

Updated on June 24

Share

Find a vaccine

**RISK LEVEL**
● MEDIUM

**VACCINATION PROGRESS**

| Daily new cases | Infection rate | Positive test rate | % Vaccinated |
|---|---|---|---|
| ● 1.2 PER 100K | ● 0.81 | ● 0.5% | 72.8% 1+ DOSE |

**PAST 30 DAYS**

Cases

Hospitaliz…

Deaths

% Vaccinated | Risk levels

Pop. with 1+ dose

✉ Get the latest news and alerts about this location.

Email address | Get alerts

## Vaccine eligibility

✓ Individuals 12+

Find your vaccine and other information from these official sources:

Find a vaccine ↗

California Department of Health ↗

## Compare

Nearby | CA | USA

| | COUNTY POPULATION ▲ ▼ | DAILY NEW CASES PER 100K ▲ ▼ | INFECTION RATE ▲ ▼ | POSITIVE TEST RATE ▲ ▼ | VACCINATED (1+ ▲ ▼ |
|---|---|---|---|---|---|
| 1 | Los Angeles Co. 10,000,000 | ● 1.9 | ● 1.01 | ● 0.7% | 58% |
| 2 | San Diego Co. 3,300,000 | ● 2.1 | ● 0.95 | ● 0.9% | 70% |
| 3 | Orange Co. 3,200,000 | ● 1.4 | ● 0.97 | ● 0.8% | 59% |
| 4 | Riverside Co. 2,500,000 | ● 1.8 | ● 1.00 | ● 1.3% | 45% |
| 5 | San Bernardino Co. 2,200,000 | ● 1.8 | ● 0.90 | ● 1.1% | 42% |
| 12 | San Francisco Co. 880,000 | ● 1.2 | ● 0.81 | ● 0.5% | 73% |

See all (58)

Share

## Recommendations

**Masks** are not required in most indoor and outdoor settings for vaccinated people, except by local regulation e.g., from businesses, workplaces or local government. Unvaccinated

**Indoor gatherings** should be avoided with people outside the immediate household, unless you are fully vaccinated. See guidance for vaccinated individuals. Outdoor gatherings

More

Source: CDC

Share

## % Vaccinated

**1+ DOSE**       **FULLY VACCINATED**
● **72.8%**        ● **64.6%**



In San Francisco County, California, 642,005 people (72.8%) have received at least one dose and 569,397 (64.6%) are fully vaccinated. Fewer than

Share

0.001% of people who have received a dose experienced a severe adverse reaction. See more vaccine resources and FAQs. About this data

## Cases

| DAILY NEW CASES | INFECTION RATE | POSITIVE TEST RATE |
|---|---|---|
| • 1.2 PER 100K | • 0.81 | • 0.5% |



Over the last week, San Francisco County, California has averaged 11 new confirmed cases per day (**1.2** for every 100,000 residents). About this data

Share

Note that our daily new cases per 100k metric is different than the "adjusted case rate" metric used by California for determining reopening tier assignments. Their adjusted case rate is adjusted to account for testing levels.

## Hospitalizations

| ICU USED | ICU PATIENTS | HOSPITALIZED PATIENTS |
|---|---|---|
| • 66% | 3.0 | 17.0 |



San Francisco County, California has reported having 254 staffed adult ICU beds. 165 are filled by non-COVID patients and 3 are filled by COVID patients. Overall, 168 out of 254 (66%) are filled. This suggests there is likely enough capacity to absorb a wave of new COVID infections. About this data

Share

## Deaths

DAILY DEATHS

0.1



| Deaths — 7 Day Average |

Over the last week, San Francisco County, CA has averaged 0.1 daily deaths. About this data

Share

## Vulnerabilities

VULNERABILITY LEVEL
**MEDIUM**



San Francisco County, CA has **average vulnerability** among U.S. counties.

Communities with higher vulnerability have pre-existing economic, social, and physical

More ⌄

About this data     Share

## Trends

| METRIC | PAST # OF DAYS | LOCATIONS |
| Cases ⌄ | All time ⌄ | San Francisco County, CA ⌄ |



| Cases — 7 Day Average |                              Share



Alerts →
Receive emails when your location changes risk level or vaccine eligibility

Daily Download →
Receive daily emails with the latest data and scientific findings

Data API →
Get realtime, local data including daily new cases, % vaccinated, and more.

