# EXHIBIT 30

# Find a Google Authorized Service Provider

Visit anytime during store hours or call to make an appointment. Be sure to back up and reset your Pixel 5 before bringing it in for repair.



**Address, city and state, or ZIP**
94111

| uBreakiFix | 10.7 mi |
|---|---|
470 Noor Ave, South San Francisco, CA, 94080
Open hour: 12 PM-5 PM

| uBreakiFix | 25.3 mi |
|---|---|
1748 Decoto Rd, Union City, CA, 94587
Open hour: 12 PM-5 PM

| uBreakiFix | 30.9 mi |
|---|---|
43506 Christy Street, Fremont, CA, 94538
Open hour: 12 PM-5 PM

| uBreakiFix | 38.1 mi |
|---|---|
10095 A Saich Way, Cupertino, CA, 95014
Open hour: 12 PM-5 PM

Open hour: 12 PM-5 PM

Google Store

Placing an order

Shipping options

Tracking a package

Country availability

Repairs

Installation

Nest Legal

Nest Privacy

Financing

Device recycling

Sustainability

Gift returns

Refurbished

Trade-in

Pixel for Business

Locations

  

United States    Privacy    Google Nest Commitment to Privacy    Sales Terms    Terms of Service    Careers