# EXHIBIT 31

Case 6:20-cv-00881-ADA Document 83-15 Filed 06/29/21 Page 2 of 4



# Play.
# Amplified.

Turn any room into a Play room. Introducing Google Play and Sonos.

Try Google Play | Buy Sonos



## Your home.
## Your music.
## Your choice.

With the ability to stream what you want, where you want with Google Play and Sonos, you are in complete control of your music experience. You can even control how Google and Sonos play together through the Google Play Music app.





## Sounds like perfection

Google Play is now on Sonos. Enjoy millions of songs, custom radio stations, recommendations, and more, in crystal clear sound at any volume. It's all the music you love, in every room of your home.

## Direct play

Sonos is now on Google Play. Turn any room into a Play room by streaming music directly from the Google Play Music app on Android to your Sonos Wireless HiFi System. Listen to what you want, where you want, the





## Bring your music

Your collection, and so much more. Bring up to 20,000 songs and all of your playlists from your computer to Google Play for free. Your library blends with all the music on Google Play and your recommendations will be that much better. Never go without your favorite tracks again.

## Radio unleashed

Start with the music you love, and then discover the music you'll love next. Kick back with I'm Feeling Lucky radio and get a station you'll love with the touch of a button. Or, create your own customized experience based on any song, album, artist or genre. Either way, you'll enjoy endless music sent to any speaker across the Sonos system. It's radio unlike anything you've heard before.







## A speaker system unlike any other

Experience the highest quality audio from the best wireless speakers in the world, synced perfectly to any room of your home. Sonos systems pump out full-bodied, crystal clear sound with no skips, delays or drops. It's music the way it was meant to be heard.



Help | Learn More | Go to Google Play

- Google
- About Google
- Privacy & Terms