# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **SONOS, INC.,**<br>　　　*Plaintiff,*<br><br>v.<br><br>**GOOGLE LLC,**<br>　　　*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **6-20-CV-00881-ADA** |

## ORDER

IT IS HEREBY ORDERED that the above entitled and numbered case it set for **SEALED MOTION HEARING BY ZOOM** on **FRIDAY, JULY 23, 2021 AT 10:30 AM.** An email will be sent with the Zoom link.

SIGNED this 21st day of July, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE