**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| SONOS, INC., <br><br>  Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br>  Defendant. | § § § § § § § § § § | NO. 6:20-cv-00881-ADA <br><br> JURY TRIAL DEMANDED <br><br> **<u>FILED UNDER SEAL</u>** |

**SONOS, INC.'S SUR-REPLY TO GOOGLE LLC'S MOTION TO
<u>TRANSFER PURSUANT TO 28 U.S.C. § 1404(A)</u>**

# HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# FILED UNDER SEAL