**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| SONOS, INC.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case No. 6:20-cv-00881-ADA |

**CORRECTED DECLARATION OF JORDAN JAFFE IN SUPPORT OF
GOOGLE LLC'S MOTION TO STRIKE SONOS'S UNTIMELY PRIORITY CLAIMS**

I, Jordan Jaffe, declare and state as follows:

1. I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP representing Google LLC ("Google") in this matter. If called as a witness, I could and would testify competently to the information contained herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of Plaintiff Sonos, Inc.'s Supplemental Preliminary Infringement Contentions and Identification of Priority Dates.

3. Attached hereto as Exhibit 2 is a true and correct copy of a February 12, 2021 letter from J. Jaffe to A. Caridis.

4. Attached hereto as Exhibit 3 is a true and correct copy of an email chain between counsel for Google and counsel for Sonos.

5. Attached hereto as Exhibit 4 is a true and correct copy of Google's Preliminary Invalidity Contentions.

6. Attached hereto as Exhibit 5 is a true and correct copy of a Sonos, Inc.'s Responses and Objections to Google LLC's First Set of Requests for Production Regarding Claim Construction.

7. Attached hereto as Exhibit 6 is a true and correct copy of an email from A. Marsuka to counsel for Google.

8. Attached hereto as Exhibit 7 is a true and correct copy of a July 9, 2021 letter from J. Jaffe to C. Richter.

9. Attached hereto as Exhibit 8 is a true and correct copy of an email from P. Amstutz to pthe Court and the attached discovery dispute chart.

10. Attached hereto as Exhibit 9 is a true and correct copy of an email from the Court to counsel for Google and counsel for Sonos.

11. Attached hereto as Exhibit 10 is a true and correct copy of a document produced by Sonos on May 11, 2021 bearing the Bates number SONOS-SVG2-00027732.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.  Executed on August 26, 2021 in San Francisco, California.

*/s/ Jordan Jaffe*  
Jordan Jaffe