# EXHIBIT 10

# achtungreport

| Medium: | **DE:BUG** |
|---|---|
| Erscheinungsdatum: | **30.09.11** |
| Auflage: | **26782** |

# Wireless Speaker

Lautsprecher-Kabel? Was für Dinosaurier! Dank WiFi, Bluetooth und AirPlay kann man die notorischen Staubfänger mittlerweile mit gutem Gewissen aus den heimischen vier Wänden verbannen. Ein Überblick. Teuer, preiswert, laut, leise, groß, klein, edel, outdoor.



WARENKORB



## Jawbone
## Jambox

...ei Jawbone kennt man sich aus mit der Audio-Über...agung via Bluetooth, immerhin hat der Hersteller mit ...einen stylishen Headsets den Markt ordentlich aufge...ischt. Dass die Jambox allerdings ein kompakter Ghet...blaster mit perfektem Bumms ist, damit hatte niemand ...o wirklich gerechnet. Bis zu 85dB Schalldruck liefert der ...chicke, wenn man gewünscht auch quietschebunte Tisch-

lautsprecher, über den dank Freisprecher auch perfekte Konferenztelefonate im Büro absolviert werden können. Das Pairing mit dem Smartphone geht denkbar einfach vonstatten, die automatische Stimme einer freundlichen Jawbone-Dame informiert einen dabei sogar über Akkustand und mögliche Probleme. Der Sound ist für den kleinen Korpus der Jambox mehr als beeindruckend, zu laut sollte man den Tischlautsprecher dann aber doch nicht drehen, irgendwann ist einfach Schluss: kein Wunder bei der geringen Größe. Highlight der Jambox ist, dass sie nicht nur kontinuierlich Software-Updates bekommt, die auch immer eine Sound-Optimierung im Blick haben. Man kann via Computer auch seine bevorzugten Einstellungen als Preset speichern, so dass die Jambox immer genau so klingt, wie ihr es am liebsten habt.

## Sonos
## Play:3

Der Platzhirsch im Business der drahtlosen Lautsprecher komplettiert mit dem Play:3 sein stetig wachsendes Portfolio und macht den Einstieg in die Sonos-Welt mit 299 Euro nochmals preiswerter. Der Drei-Wege-Lautsprecher (ein Hochtöner, zwei Mitteltöner) sorgen für erprobten, runden Sound, für den Bass nutzt der Play:3 das Luftvolumen innerhalb des Lautsprechers. Der Clou: Legt man sich zwei Play:3 zu, kann man sie als klassisches Links-Rechts-Pärchen betreiben, was in unserem Test den Klang nochmals deutlich verbesserte. Und natürlich versteht sich der Play:3 perfekt mit weiteren Lautsprechern von Sonos. So kann man sein musikalisches Netzwerk Zuhause Schritt für Schritt immer wieder erweitern und modifizieren. Dank des eigenen WiFi-Netzwerkes kommt die Musik auch nicht anderen Diensten in den Weg, bzw. wird nicht ausgebremst, wenn Rechner automatische Backups oder Ähnliches machen. Die Konfiguration ist, wie immer bei Sonos, kinderleicht und die tighte Integration mit iTunes und eine stetig wachsende Anzahl von Musikdiensten macht Sonos im Allgemeinen und den Play:3 im Besonderen zu einer der besten Lösungen, wenn es um kabellose Lautsprecher geht.

**Preis: 200 Euro**
www.jawbone.com

**Preis: 299 Euro**
www.sonos.com

SONOS-SVG2-00027732