# Exhibit B

# Cole Richter

| | |
|---|---|
| **From:** | Caridis, Alyssa <acaridis@orrick.com> |
| **Sent:** | Friday, January 8, 2021 5:01 PM |
| **To:** | QE-Sonos3 |
| **Cc:** | Sonos-WDTX0881-service |
| **Subject:** | Sonos v Google (WDTX) -- Amended Complaint |
| **Attachments:** | 2021-01-08 [Sonos] Amended Complaint.pdf; REDLINE Between Original and Amended Complaint.pdf; 2021-01-08 [Sonos] Supplemental Infringement Contentions.pdf; Exhibit A - 10848885 - Supplemental Infringement Contention Claim Chart.pdf |

Counsel,

Sonos intends to move next week to amend the operative complaint in this action to add a new asserted patent (USPN 10, 848,885). Sonos's proposed amended complaint is attached, as well as a red-line document showing changes from the original complaint. In addition, Sonos attaches hereto its anticipated Supplemental Infringement Contentions and claim chart relating to the '885 Patent.

Please let us know when you are available early next week for a meet and confer pursuant Local Rule 7(i).

Thanks,
Alyssa

**Alyssa Caridis**
Intellectual Property
Partner
Pronouns: she/her/hers

Orrick
Los Angeles
T 2136122372
acaridis@orrick.com



NOTICE TO RECIPIENT | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.