# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SONOS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 6:20-cv-00881-ADA <br><br> JURY TRIAL DEMANDED |

## JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Plaintiff Sonos, Inc. and Defendant Google LLC respectfully submit this Joint Motion for Entry of Stipulated Protective Order, which is attached hereto as Exhibit 1.

Dated:  September 15, 2021.

By: */s/ Paige Arnette Amstutz*
Paige Arnette Amstutz
Texas State Bar No. 00796136
SCOTT, DOUGLASS & MCCONNICO, LLP
303 Colorado Street, Suite 2400
Austin, TX  78701
Telephone:  (512) 495-6300
Facsimile:  (512) 495-6399
pamstutz@scottdoug.com

Charles K. Verhoeven (admitted *pro hac vice*)
charlesverhoeven@quinnemanuel.com
Melissa Baily (admitted *pro hac vice*)
melissabaily@quinnemanuel.com
Jordan Jaffe (admitted *pro hac vice*)
jordanjaffe@quinnemanuel.com
Lindsay Cooper (admitted *pro hac vice*)
lindsaycooper@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA  94111-4788
Telephone:   (415) 875 6600
Facsimile:    (415) 875 6700

*Counsel for Defendant Google LLC*

By: */s/ Mark D. Siegmund*
Mark D. Siegmund
Texas State Bar No. 24117055
LAW FIRM OF WALT, FAIR PLLC.
1508 North Valley Mills Drive
Waco, TX  76710
Telephone:  (254) 772-6400
Facsimile:  (254) 772-6432
mark@walfairpllc.com

Clement Seth Roberts (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105
Telephone:     (415) 773-5484
Facsimile:     (415) 773-5759
croberts@orrick.com

Bas de Blank (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Boulevard
Menlo Park, CA  94205
Telephone:     (650) 614-7343
Facsimile:     (650) 614-7401
bdeblank@orrick.com
Alyssa Caridis (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Menlo Park, CA  94205
Telephone:     (213) 612-2372
Facsimile:     (213) 612-2499
acaridis@orrick.com

George I. Lee (admitted *pro hac vice*)
Sean M. Sullivan (admitted *pro hac vice*)
Roy P. Shea (admitted *pro hac vice*)
J. Dan Smith (admitted *pro hac vice*)
LEE SULLIVAN SHEA & SMITH LLP
656 W. Randolph Street, Floor 5W
Chicago, IL  60661
Telephone:     (312) 754-9602
Facsimile:     (312) 754-9603
lee@ls3ip.com
sullivan@ls3ip.com
shea@ls3ip.com
smith@ls3ip.com

*Counsel for Plaintiff Sonos, Inc.*

2

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on September 15, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Paige Arnette Amstutz*
Paige Arnette Amstutz

4838-8081-6379